---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Maine**

Case number *(If known)*: _____    Chapter **11** _____

☐ Check if this is an amended filing

---

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Cozy Harbor Seafood, Inc. |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** |

01-0368494

| | |
|---|---|
| 4. | **Debtor's address** |

**Principal place of business**

75 St. John Street
Number        Street

_____

Portland          ME      04102
City                      State        ZIP Code

Cumberland County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box 389
P.O. Box

Portland          ME      04112-0389
City                      State        ZIP Code

**Location of principal assets, if different from principal place of business**

6 Portland Fish Pier
Number        Street

_____

Portland          ME      04101
City                      State        ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | https://www.cozyharbor.com/ |

| | |
|---|---|
| 6. | **Type of debtor** |

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Debtor    Cozy Harbor Seafood, Inc.
_____    Case number (if known)_____
_____Name_____

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .
4244_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY
        District _____ When _____ Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor  Casco Bay Lobster Co., Inc.    Relationship  Affiliate
        District  District of Maine    When _____
                                            MM / DD / YYYY
        Case number, if known _____

Debtor    Cozy Harbor Seafood, Inc.                                          Case number (if known)_____
_____
         Name

| 11. Why is the case filed in *this district*? | Check all that apply: |
|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** See attached.
_____
Number        Street

_____

_____
City                                          State        ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency  Acadia Insurance

Contact name _____

Phone    1-800-773-4300 _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Cozy Harbor Seafood, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/16/2025
            MM / DD / YYYY

**X** _____     John S. Norton, Jr.
Signature of authorized representative of debtor     Printed name

Title  Authorized Party

**18. Signature of attorney**

**X** _____     Date  06/16/2025
Signature of attorney for debtor          MM / DD / YYYY

Sam Anderson
Printed name
Bernstein Shur Sawyer & Nelson, P.A.
Firm name
100 Middle Street P.O. Box 9729
Number      Street

| Portland | ME | 04101 |
|---|---|---|
| City | State | ZIP Code |

| 2077741200 | sanderson@bernsteinshur.com |
|---|---|
| Contact phone | Email address |

| 9809 | ME |
|---|---|
| Bar number | State |

Cozy Harbor Seafood, Inc.

| Debtor | | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 201

4) Debtor's Addresses

Location Of Assets                    35 Union Wharf Portland, ME 04101,
                                      Cumberland County


10) Pending Bankruptcies

Art's Lobster Co.,    District of Maine
Inc.

# COZY HARBOR SEAFOOD, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

### June 16, 2025

The undersigned, constituting all of the members of the Board of Directors (the "**Directors**") of Cozy Harbor Seafood, Inc. (the "**Company**"), hereby adopt the following resolutions (the "**Resolutions**") in accordance with those certain Bylaws of the Company, as the same may be or may have been amended from time to time:

**WHEREAS:** The Directors constitute all of the Directors of the Company; and further,

**WHEREAS:** The Directors have reviewed and considered the financial and operating condition of the Company, including historical performance of the foregoing, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Directors being apprised of the efforts to reorganize the Company; and further,

**WHEREAS:** The Directors have determined it desirable and in the best interests of the Company, its respective creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and to possibly pursue debtor in possession financing, the potential sale or sales of some or all of the Company's assets, and/or a potential reorganization; and further,

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "**Bankruptcy Court**") at such time as the Company shall determine and in such form or forms as the Company may approve, and to elect to proceed as a debtor and debtor-in-possession under Chapter 11;

**RESOLVED:** That John Norton and Joseph Donovan (the "**Authorized Parties**"), be and hereby are authorized on behalf of, and in the name of, the Company to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary,

proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, to sell assets, and/or to file and prosecute a plan of reorganization or liquidation; and further,

**RESOLVED:**      That the Authorized Parties are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, bills of sale, assignment agreements, leases, or other instruments as may reasonably be required to give effect to these Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:**      That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("**BSSN**") as general bankruptcy counsel to the Company in connection with the Chapter 11 proceedings if the Company determines that the filing of a voluntary petition for relief is appropriate, and to pay BSSN at its standard hourly rates in connection with its representation of the Company, and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company, and that the Company is authorized to retain and compensate such other professionals in addition to BSSN in the Chapter 11 case as may be determined by the Company; and further,

**RESOLVED**       That any and all actions taken in relation to the matters authorized by these Resolutions, but taken prior to the date of these Resolutions, are hereby ratified and confirmed in all respects.

**COZY HARBOR SEAFOOD, INC.**

By: _____
Name: John Norton
Title: Director and Shareholder


By: _____
Name: Joseph Donovan
Title: Director and Shareholder

**United States Bankruptcy Court**

IN RE:                                                          Case No._____

Cozy Harbor Seafood, Inc.
_____ Chapter ___11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| John S. Norton, Jr. 75 St. John Street, Portland, ME 04102 | 66 | Common stockholder |
| Joseph B. Donovan 75 St. John Street, Portland, ME 04102 | 25 | Common stockholder |
| Joel Knox 75 St. John Street, Portland, ME 04102 | 9 | Common stockholder |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Cozy Harbor Seafood, Inc. |
| United States Bankruptcy Court for the: | District of Maine |
| Case number (If known): | _____ |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | East Coast Seafood, LLC 10 North Front Street New Bedford, MA, 02740 | | Suppliers or Vendors | | | | 1,374,780.00 |
| 2 | J.K. Marine dba Lousibourg Seafood Ltd P.O. Box 5609 Louisbourg, NS-Canada B1C1B5 | | Suppliers or Vendors | | | | 803,400.00 |
| 3 | Whitecap International Seafood Exporters 591 North Avenue Wakefield, MA, 01880 | | Suppliers or Vendors | | | | 342,375.00 |
| 4 | Northern Ocean Sea Products LLC 7 Parker Street 2nd Floor Gloucester, MA, 01930 | | Suppliers or Vendors | | | | 265,219.34 |
| 5 | Cape Bald Packers 2618 Acadie Road Cap-Pele NB - Canada E4N1E3 | | Suppliers or Vendors | | | | 206,000.00 |
| 6 | Packedge 955 Portland Road Saco, ME, 04072-9675 | | Suppliers or Vendors | | | | 93,732.65 |
| 7 | Sea Salt LLC 660 Main Street Saco, ME, 04072 | | Suppliers or Vendors | | | | 72,688.50 |
| 8 | Arbutus Cove Enterprises 650 Herald Street Victoria, BC - Canada | | Suppliers or Vendors | | | | 68,558.05 |

Debtor    Cozy Harbor Seafood, Inc.
                Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Wedgeport Lobsters Limited P.O. Box 400 Lower Wedgeport, NS -Canada B0W-2B0 | | Suppliers or Vendors | | | | 59,552.00 |
| 10  Area 52 163 Zack Rd Lustes Mountain, NB-Canada E1G2V1 | | Suppliers or Vendors | | | | 39,048.30 |
| 11  Camden National Bank 2 Elm Street Camden, ME, 04843 | | Suppliers or Vendors | | | | 35,774.56 |
| 12  Mechanical Services, Inc 400 Presumpscot Street Portland, ME, 04103 | | Suppliers or Vendors | | | | 33,359.21 |
| 13  Atlantic Coast Seafood Inc. 42-44 Boston Fish Pier Boston, MA, 02210 | | Suppliers or Vendors | | | | 33,246.21 |
| 14  Volk Packaging Corporation 11 Morin Street Biddeford, ME, 04005 | | Suppliers or Vendors | | | | 32,542.30 |
| 15  Channel Fish Processing Co. Inc. 200 Commerce Drive Braintree, MA, 02184 | | Suppliers or Vendors | | | | 31,460.00 |
| 16  Acadia Insurance P.O. Box 9010 Westbrook, ME, 04098 | | Suppliers or Vendors | | | | 27,787.00 |
| 17  Portland Fish Exchange 6 Portland Fish Pier Portland, ME, 04101 | | Suppliers or Vendors | | | | 27,203.00 |
| 18  Base Seafood Auction 62 Hassey Street New Bedford, MA, 02740 | | Suppliers or Vendors | | | | 25,246.80 |
| 19  CoolSeal USA 232 J Street Perrysburg, OH, 43551 | | Suppliers or Vendors | | | | 25,108.00 |
| 20  Curtis Thaxter, 1 Canal Plaza, Suite #1000 Portland, ME 04101 | | Suppliers or Vendors | | | | 24,634.50 |

| Fill in this information to identify the case and this filing: |
| --- |
| Debtor Name __Cozy Harbor Seafood, Inc.__ |
| United States Bankruptcy Court for the: _____ District of __Maine__ <br> (State) |
| Case number (*If known*): _____ |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration  **List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders and List of Equity Shareholders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/01/2025__          ✘ __/s/ Joe Donovan__
　　　　　　　MM / DD / YYYY          Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　__Joe Donovan__
　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　__Authorized Party__
　　　　　　　　　　　　　　　　　Position or relationship to debtor

United States Bankruptcy Court

District of Maine

In re:  Cozy Harbor Seafood, Inc.                                Case No.

                                                                 Chapter    11

                         Debtor(s)

**Verification of Creditor Matrix**

     The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: ___7/1/2025_____

    /s/ Joe Donovan_____
    Signature of Individual signing on behalf of debtor

    Authorized Party_____
    Position or relationship to debtor

Al Butler
190 Water Street
P.O Box 178
Gardiner        ME      04345


35 UNION LLC
P.O. Box 389
Portland        ME      04101

Acadia Insurance
P.O. Box 9010
Westbrook       ME      04098

Al Butler
190 Water Street
P.O Box 178
Gardiner        ME      04345

Amato's Sandwich Shops, Inc
312 Saint John Street   2nd Floor
Portland        ME      04102

AMCS OpCo LLC

Office of the United States Trustee
Ann-Marie Dirsa
53 Pleasant Street, Suite 2300
Concord NH      03301

Applied Refrigeration Services
7C Commons Ave
Windham ME      40692

Aqua Production Systems
4036 Gairloch Rd
Union Center
Nova Scotia - Canada    B0K1S0

Araho Transfer
7 Fid Kennedy Ave
Boston  MA      02210

Arbutus Cove Enterprises
        650 Herald Street
Victoria        BC - Canada     V8W1S7

Area 52
163 Zack Rd
Lustes Mountain NB - Canada
E1G2V1

Atlantic Coast Seafood, Inc
42-44 Boston Fish Pier
Boston  MA      02210

Atlantic Recycling Equipment
13 Jessie Doe Road
Rollinsford      NH      03869

Baader North America Corp.
505 Hwy. 82 W.  Ste A
Indianola      MS      38751

BASE
62 Hassey Street
New Bedford, MA 02740

Bangor Savings Bank
20 Marginal Way
Portland      ME      04101

Beaver Enterprises, Inc
204 Park Street
Rockland      ME      04841

Belt Power LLC
2197 Canton Road
Suite 208
Marietta      GA

Butler Brothers Industrial Supply
2001 Lisbon Street
Lewiston      ME      04240

Camden National Bank
2 Elm Street
Camden  ME      04843

Cape Ann Seafood Exchange
c/o Sallyport Commercial Finance
P.O. Box 4776   Dept #100
Houston TX      77210-4776

Cape Bald Packers
2618 Acadie Road
Cap-Pele      NB - Canada      E4N 1E3

Central Maine Power
P.O BOX 847810
BOSTON  MA      02284-7810

Channel Fish Processing Co Inc
200 Commerce Dr
Braintree       MA      02184

Chep USA
15226  Collections Center Dr
Chicago IL      60693

Cintas
P.O Box 631025
Cincinnati      OH      45263-1025

City of Portland
389 Congress Street
P.O. Box 544
Portland        ME      04112

City of Portland
Department of Public Works
212 Canco Road  Suite B
Portland        ME      04103

Coastal  Carriers, Inc
28 Tichnor Court
Scituate        MA      02066

Coface North America Insurance Company
P.O. Box 70280
Lockbox 10116
Philadelphia    PA      19176-0280

CoolSeal USA
232 J Street
Perrysburg      OH      43551

Corporate Payment Systems
P.O Box 790428
St. Louis       MO      63179-0428

"Crosspack, Inc"
2 Alden Lane
Scarborough     ME      04074

Crown Lift Trucks
P.O Box 641173

```
Cincinatti       OH      45264 - 1173

Crow's Nest Property
7 Wright Way
Falmouth        ME      04105

Cryovac Sealed Air Corporation
2415 Cascade Pointe Blvd
Charlotte       NC      28208

Cunningham Security Systems
325 US Route 1
Falmouth        ME      04105

Curtis Thaxter  LLC
200 Middle Street
Suite 1001
Portland        ME      04101

Dead River Company
P.O Box 467
Scarborough     ME      04070-0467

Doug's Fresh Express
91 Spring View Drive
Lynn    MA      01904

Downeast Energy
86 Pleasant Hill Road
STE 1   Scarborough     ME      04074

Durants Wharf, Inc.
899 Cundys Harbor Road
Harpswell       ME      04079

1,374,780 Seafood, LLC DBA Seatrade International
10 North Front Street
New Bedford     MA      02740

Equitable Payment Center
Box 371405
Pittsburgh      PA      15250 - 7405

F.W Webb Company
160 Middlesex Turnpike
Bedford MA      01730

F/V Fishin Addiction
114 Macarthur Drive
New Bedford     MA      02740
```

F/V Max & Emma
114 MacArthur Drive
New Bedford      MA      02740

F/V TIMBERWOLF
114 MacArthur Drive
New Bedford      MA      02740

Fedex
P. O Box 371461
Pittsburgh      PA      15250-7461

Fedex Corporation
Attn: Legal Department - Compliance
1000 Ridgeway Loop - Ste 500
Memphis      TN      38120

FFE Transportation Services Inc
P.O. Box 847576
Dallas  TX      75284-7576

Fisherman's Wharf Gloucester
37 Rogers Street
Gloucester      MA      01930

Flores & Associates
P.O Box 63238
Charlotte      NC      28263-3238

Food Prep Solutions
P.O. Box 4777
Stamford      CT      06907

Frederick Safety Services
32 Grove Street
Brewer  ME      04112

Freightliner of Maine
422 Perry Road
Bangor  ME      04401

Frosty Seas
6901 NW 41st STREET
Miami    FL      33166

Galway Transport Inc
P.O Box 419
Kennebunk      ME      04112 - 0389

Goodyear Commercial Tire & Services
10 Gin Rd
Scarborough      ME      04074

Grainger
DEPT. 808682348
Palatine        IL      60038-0001

"Graybar Electric Company, Inc"
P. O Box 414426
Boston  MA      02241 - 4428

Guys Locksmith
1932 Broadway
South Portland  ME      04106

GWI
43 Landry St
Biddeford       ME

Hall Internet Marketing
10 Mill Brook Rd
Unit 1
Saco    ME      04072

Hamilton Marine
155 E. Main Street
Searsport       ME      04974

Harbor Fish Market
9 Custom House Wharf
Portland        ME      04101

Harcros Chemical Inc
P. O Box 74583
Chicago IL      60696

Office of the United States Trustee
Heather Sprague
5 Post Office Square, Suite 1000
Boston  MA      02109

Hygiena LLC
941 Avenida Acaso
Camarillo       CA      93012

Independent Fisheries Limited
1271 Little Harbour Road
Comp 2 Box 9
Sable River     Nova Scotia     B0T 1V0

Industrial Calibration
71C Pine Rd.
Hudson   NH      03051

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

"International C Food Inc.,"
P. O Box E - South Station
Fall River      MA      02724

Intral Worldwide LLC
ATTN: Dean Scribner
1900 Crown Colony, Suite 407
Quincy  MA      02169

Ion Networking
1 Perry Hawkes Rd
Windham ME      04062

IPFS Corporation
P.O Box 32144
New York        NY      10087-2144

"JK Marine dba Louisbourg Seafood, Ltd."
P.O. Box 5609
Louisbourg      NS - Canada     B1C1B5

Johnson Controls
DEPT. CH 10320
Palatine        IL      60055-0320

Katahdin Analytical Services
P.O Box 540
Scarborough     ME      04070

KCV Trailer Rentals
127 Pleasant Hill Rd
Scarborough     ME      04074

Key Bank, N.A.
One Canal Plaza 3rd Floor
Portland        ME      04101

Kyocera
55 Bradly Drive
Westbrook       ME      04092

Laitram Machinery INC
P.O. BOX 730443
Dallas  TX     75373-0443


"Lineage Logistics PFS, LLC"
P.O Box 734938
Dallas  TX     75373

"Lineage Logistics, LLC"
P.O Box 974647
Dallas  TX     75397

LITTLE BAY LOBSTER
158 SHATTUCK WAY
NEWINGTON      NH     03801

Logtek Inc
P.O Box 744889
Atlanta GA     30384-4889

Loma Systems Inc
39425 Treasury Center
Chicago IL     60694-9400

"Maine Department of Agriculture, Conservation & Forestry"
28 Statehouse Station
Augusta ME     04333

Maine Department of marine Resources
21 Statehouse Station
Augusta ME     04333

Maine Hardware
274 Saint John Street
Portland       ME     04102

Maine Marine Supply
416 Commercial Street
Portland       ME     04101

Maine Revenue Services
c/o John Burke, Esq., AAG
6 State House Station
Augusta, ME 04333-0006


Maine Scale LLC

4 Washington Street North
Auburn  ME      04210

Marel Inc.
1024 Airport Parkway
Gainesville     GA      30501

Marine Stewardship Council International Ltd
Marine House
1 Snow Hill
London  England EC1A 2DH

Massachusetts Port Authority
P.O Box 3471
Boston  MA      02241

Matheson Tri-Gas Inc
P.O. Box 347297
Pittsburgh      PA      15251-4297

Matrix Sciences 1061
Feehanville Dr
Mount Prospect  FL      60056

McMaster-Carr Supply Company
P.O. Box 7690
Chicago IL      60680

Mechanical Services, Inc
400 PRESUMPSCOT STREET
PORTLAND        ME      04103

Memic
P.O. Box 6900
Lewiston        ME      04243-6900

Mesa Labs Lakewood Manufacturing Facility
12100 W 6th Ave
Lakewood        CO      80228

Messer LLC
P.O Box 731114
Dallas  TX      75373-1114

Mike Hahn
20 Marginal Way
Portland        ME      04101

"Miner, Ltd."
18 Willey Road

Saco    ME       04072

Modern Pest Services
100 PLEASANT ST
BRUNSWICK       ME       04011

Multivac
DEPT. CH 17573
PALATINE        IL       60055-7573

Mutual Of Omaha Payment Processing Center
P.O. Box 2147
Omaha    NE    68103-2147

NEPW Logistics Inc
70 Quarry Road
Portland        ME       04103

New England Kenworth
42 Wallace Avenue
South Portland  ME       04106

NHDOT E-Z Pass
P.O Box 9687
Manchester      NH       03108

Northeast Laboratory Services
P.O Box 788
Waterville      ME       04903

Northern Ocean Sea Products LLC dba Northern Ocean Marine
7 Parker Street 2nd Floor
Gloucester      MA       01930

NWD Inc P.O Box 50821
New Bedford     MA       02745

Office of the U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101


Packaging Products Corp.
P.O Box 697
Wilmington      MA       01887
Packedge
955 Portland Rd
Saco    ME       04072-9675

Pallet One - Issacson lumber Company
P.O. BOX L
Livermore falls ME      04254

Plastic Supply
6 Pomerleau Street
Biddeford       ME      04005

PNC EQUIPMENT FINANCE
655 BUSINESS CENTER DR. SUITE 250
HORSHAM PA      19044

Portland Fish Exchange
6 Portland Fish PIer
Portland        ME      04101

Portland Plastic Pipe
444 Lincoln Street Extension
South Portland  ME      04106

Portland Water District
225 Douglass Street
P.O. Box 3553
Portland        ME      04101

Power Products Systems
90 Bay State Road
Wakefield       MA      01880

"Progressive Scale & Label Systems, LLC"
P.O Box 587
Bethel  CT      06801

Purdy Powers & COmpany
130 Middle Street
Portland        ME      04101

Pyramid Transport & Cold Storage
100 S. Laws St
Bridgeville     DE      19933

"Quadient Finance USA, Inc"
P.O Box 6813
Carol Stream    IL      60197-6813

Retail Services Co.
2108 West Broadway, Unit A
South Portland  ME      04106

"Robinson's Wharf, Inc."
20 Hendricks Hill Road
Southport        ME      04576

"Ross Industries, Inc."
P.O Box 677817
Dallas  TX      75267-7817

Ryder Transportation Services
P. O Box  96723
Chicago IL      60693-9337

Sea Salt LLC
660 Main Street
Saco    ME      04072

SEDNA TECHNOLOGIES
27 Parker Street
SUITE # 12251
Dartmouth      NS - Canada      B2Y 4T5

Share-ify
585 East State Road 434
1st Floor
Longwood        FL      32750

South Bristol Fisherman's Co-Op
P.O. Box 63
South Bristol   ME      04568-0063

Staples
PO BOX 70242
PHILADELPHIA    PA      19176-0242

Stavis Seafoods LLC
P. O Box 712122
Philadelphia    PA      19171-2122

Taylor Lobster Company LLC
32 Route 236
Kittery ME      03904

"Taylor Services, LLC"
16 Westview Drive
Raymond ME      04071
"TCN Holdings, LLC d/b/a ODORITE Co."
5 Wallace Avenue
BLDG 2
South Portland  Maine   04106

TD Bank
1 Portland Square
Suite 4 Portland        ME      04101

The Cote Corporation
2980 Hotel Road
P.O Box 1418
Auburn  ME      04211-1418

TOM RENEHAN
11 WINTER ST
YARMOUTH        ME      04096

Tom Scola
36 Eastern Ave
Gloucester      MA      01930

Tribune Seafood Limited - C/O T65045
P.O. Box 55811
Boston  MA      02205-5811

Trillium Drivers
P.O Box 671854
Detroit MI      48267-1854

"Troiano Waste Services, Inc"
PO BOX 3541
Portland        ME      04104-3541

Ubaldo Chach Julian
1423 Pleasant Street
Apt 1
New Bedford     MA      02740

Uline
Attn: Accounts Receivable
PO BOX 88741
Chicago IL      60680-1741

Ultra Source LLC
1414 West 29th Street
Kansas City     MO      64108-3604

Unifirst Corporation
P.O Box 650481
Dallas  TX      75265-0481

United States Department of Commerce - National Marine Fisheries Service
55 Great Republic Drive
Gloucester      MA      01930

```
UNITIL
P.O BOX 981077
BOSTON  MA       02298-1010


US Cellular
DEPT. 0205
PALATINE       IL      60055-0205


"USA Container Freezer & Refrigeration, LLC"
75 Neal Court
Plainville     CT      06062


VERNO d'EON FISHING SUPPLIES LTD
P.O BOX 70
MIDDLE WEST PUBNICO      NS - Canada


Verrill Dana
c/o Roger Clement
One Portland Square - 10th Floor
Portland       ME      04101


"Vessel Services, Inc."
One Portland Fish Pier
Portland       ME      04101


Village of Tenants Harbor
3 School Street
Tenants Harbor  ME      04860


Vital Delivery Solutions LLC
P. O Box 1075
WILLISTON      VT      05495


Volk Packaging Corporation
11 Morin Street
Biddeford      ME      04005



WD Matthews
901 Center St
Auburn  ME      04210


Wedgeport Lobsters Limited
P.O Box 400
Lower Wedgeport NS - Canada      B0W 2B0


Wells Fargo Equipment Finance, Inc.
600 South 4th Street
MAC N9300-100
```

Minneapolis       MN        55412

"Wells Fargo Vendor Financial Services, LLC"
PO Box 070241
Philadelphia     PA        19176-0241

Whitecap International Seafood Exporters
591 North Avenue
Wakefield        MA        01880

WNDK Limited Liability Company
"c/o John Norton, Lr."
P.O Box 389
Portland         ME        04112

Worldwide Perishables Enterprises LLC
195 Cottage Street
Chelsea MA        02150

"WQS, LLC"
15720 Brixham Hill Ave
Suite 320
Charlotte        NC        28277

Wright Express Fleet Services    WEX Bank
P.O Box 4337
Carol Stream     IL        60197-6293

Zep Manufacturing Co.
P.O Box 3338
Boston  MA        02241-0389

Zoro Tools, Inc.
ATTN: Cash Processing
P.O Box 5233
Janesville       WI        53547-5233