**<u>Exhibit A</u>**
**Budget**

**Cozy Harbor Seafood**
Weekly Cash Flow

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week 27 | Week 28 | Week 29 | Week 30 | Week 31 | Week 32 | Week 33 | Week 34 | Week 35 | Week 36 | Week 37 | Week 38 | Week 39 |
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| Week Beginning | 29-Jun-25 | 6-Jul-25 | 13-Jul-25 | 20-Jul-25 | 27-Jul-25 | 3-Aug-25 | 10-Aug-25 | 17-Aug-25 | 24-Aug-25 | 31-Aug-25 | 7-Sep-25 | 14-Sep-25 | 21-Sep-25 |
| Week Ending | 5-Jul-25 | 12-Jul-25 | 19-Jul-25 | 26-Jul-25 | 2-Aug-25 | 9-Aug-25 | 16-Aug-25 | 23-Aug-25 | 30-Aug-25 | 6-Sep-25 | 13-Sep-25 | 20-Sep-25 | 27-Sep-25 |
| Cash Starting Balance | 293,201 | 736,738 | 808,429 | 742,737 | 472,007 | 302,496 | 228,633 | 163,811 | 159,913 | 19,244 | 73,832 | 90,983 | 197,325 |
| Cash Ending Balance | 736,738 | 808,429 | 742,737 | 472,007 | 302,496 | 228,633 | 163,811 | 159,913 | 19,244 | 73,832 | 90,983 | 197,325 | 313,172 |
| Total Inventory | 3,037,329 | 3,012,963 | 3,010,700 | 3,036,862 | 3,077,781 | 3,078,115 | 3,069,306 | 3,099,901 | 3,092,195 | 3,110,464 | 3,110,108 | 3,140,775 | 3,139,281 |
| Total Accounts Receivable | 3,246,946 | 3,176,726 | 3,291,602 | 3,539,316 | 3,701,535 | 3,785,387 | 3,919,174 | 3,947,225 | 4,113,454 | 3,991,796 | 3,913,110 | 3,793,784 | 3,684,532 |
| **Collateral Total** | **7,021,014** | **6,998,118** | **7,045,038** | **7,048,185** | **7,081,813** | **7,092,135** | **7,152,291** | **7,207,038** | **7,224,893** | **7,176,093** | **7,114,200** | **7,131,884** | **7,136,985** |
| **Cash Inflows** | | | | | | | | | | | | | |
| Weekly AR Collections | 929,932 | 795,502 | 778,298 | 806,442 | 867,132 | 906,876 | 927,420 | 960,198 | 967,070 | 1,007,796 | 977,990 | 958,712 | 929,477 |
| Financing | | | | | | | | | | | | | |
| Capital Infusion | | | | | | | | | | | | | |
| Sale of Assets | | | | | | | | | | | | | |
| **Total Cash Inflows** | **929,932** | **795,502** | **778,298** | **806,442** | **867,132** | **906,876** | **927,420** | **960,198** | **967,070** | **1,007,796** | **977,990** | **958,712** | **929,477** |
| **Cash Outflows** | | | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| Cash Used For Purchased Lobster & Fish | | | | | | | | | | | | | |
| Cost of Fish | 46,682 | 93,364 | 93,364 | 84,800 | 70,023 | 70,023 | 84,070 | 80,719 | 155,026 | 106,351 | 80,862 | 73,828 | 83,235 |
| Total Cost of Lobster | 230,000 | 440,680 | 575,288 | 714,409 | 711,764 | 680,484 | 720,981 | 666,850 | 695,606 | 554,260 | 595,010 | 554,789 | 528,166 |
| Cost of Crab | 20,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Less Bait Sales | 7,131 | 9,574 | 16,255 | 17,736 | 23,557 | 20,981 | 24,672 | 17,022 | 15,439 | 19,352 | 21,024 | 14,694 | 18,490 |
| Less Fuel Sales | 975 | 1,607 | 2,543 | 3,454 | 4,231 | 4,041 | 4,421 | 2,977 | 2,977 | 3,462 | 3,671 | 2,557 | 3,336 |
| Total Cash Used For Purchased Lobster & Fish | 288,576 | 552,863 | 679,853 | 808,019 | 783,999 | 755,485 | 805,957 | 756,569 | 862,216 | 667,797 | 681,177 | 641,365 | 619,574 |
| Other Direct Costs | | | | | | | | | | | | | |
| Total Other Direct Costs | 20,692 | 37,453 | 44,181 | 72,945 | 49,412 | 47,792 | 51,026 | 76,439 | 54,823 | 44,397 | 44,838 | 70,104 | 41,535 |
| Labor Cost | | | | | | | | | | | | | |
| Total Labor Cost | 90,694 | 41,396 | 76,624 | 93,833 | 126,723 | 83,505 | 81,425 | 86,775 | 99,474 | 98,509 | 76,293 | 74,183 | 70,177 |
| **Total Cost of Goods Sold** | **399,962** | **631,712** | **800,657** | **974,797** | **960,134** | **886,782** | **938,408** | **919,783** | **1,016,513** | **810,703** | **802,308** | **785,651** | **731,286** |
| **Expenses** | | | | | | | | | | | | | |
| Total Business & Admin. Expenses | 11,448 | 15,798 | 7,448 | 7,444 | 12,476 | 8,080 | 17,194 | 8,237 | 13,101 | 7,130 | 7,476 | 30,712 | 7,985 |
| Total Payroll Expenses | 20,781 | 35,217 | 20,738 | 24,646 | 21,117 | 35,602 | 21,040 | 21,008 | 25,245 | 35,336 | 20,721 | 20,672 | 24,539 |
| Total Professional Fees | 3,800 | 15,350 | 6,300 | 5,800 | 3,800 | 8,541 | 6,300 | 5,800 | 3,800 | 8,811 | 3,800 | 6,300 | 5,800 |
| Total Travel, Meals, & Entertainment | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Total Occupancy Expenses | 45,008 | 20,338 | 3,450 | 3,450 | 33,132 | 35,736 | 3,450 | 3,450 | 37,060 | 20,488 | 56,034 | 3,600 | 32,994 |
| Total Equipment | 5,147 | 5,147 | 5,147 | 10,786 | 5,734 | 5,750 | 5,599 | 5,568 | 11,770 | 5,491 | 5,251 | 5,185 | 10,775 |
| **Total Expenses** | **86,433** | **92,099** | **43,333** | **52,376** | **76,509** | **93,958** | **53,834** | **44,312** | **91,226** | **77,505** | **93,531** | **66,719** | **82,343** |

**Cozy Harbor Seafood**
Weekly Cash Flow

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week 27 | Week 28 | Week 29 | Week 30 | Week 31 | Week 32 | Week 33 | Week 34 | Week 35 | Week 36 | Week 37 | Week 38 | Week 39 |
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| Week Beginning | 29-Jun-25 | 6-Jul-25 | 13-Jul-25 | 20-Jul-25 | 27-Jul-25 | 3-Aug-25 | 10-Aug-25 | 17-Aug-25 | 24-Aug-25 | 31-Aug-25 | 7-Sep-25 | 14-Sep-25 | 21-Sep-25 |
| **Additional Expenditures** | | | | | | | | | | | | | |
| Legal & Consultants | | | | 25,000 | | | | | | 50,000 | 50,000 | | |
| Adequate Utility Assurance | | | | 25,000 | | | | | | | | | |
| Critical Vendor Payments | | | | | | | | | | | | | |
| UST Fees | | | | | | | | | | 15,000 | 15,000 | | |
| Committee Fees | | | | | | | | | | 65,000 | 65,000 | | |
| **Total Additional Expenditures** | - | - | - | 50,000 | - | - | - | - | - | | | - | - |
| **Total Cash Outflow** | 486,395 | 723,811 | 843,990 | 1,077,172 | 1,036,643 | 980,740 | 992,242 | 964,095 | 1,107,739 | 953,208 | 960,840 | 852,370 | 813,630 |
| **Intercompany Transfers** | | | | | | | | | | | | | |
| Transfer Out | | | | | | | | | | | | | |
| 7510 Intercompany Purchases CHS/ARTS | (33,184) | (45,887) | (70,566) | (94,584) | (115,955) | (113,165) | (120,085) | (82,009) | (98,189) | (101,384) | (68,235) | (95,537) | (40,938) |
| 7520 Intercompany Purchases CHS/CBL | (17,665) | (16,911) | (33,188) | (20,603) | (36,079) | (25,168) | (38,364) | (30,072) | (19,124) | (33,565) | (40,871) | (33,391) | (35,998) |
| Transfer In | | | | | | | | | | | | | |
| 7020 Intercompany Sales CHS/CBL | 17,665 | 16,911 | 33,188 | 20,603 | 36,079 | 25,168 | 38,364 | 30,072 | 19,124 | 33,565 | 40,871 | 33,391 | 35,998 |
| 7010 Intercompany Sales CHS/ARTS | 33,184 | 45,887 | 70,566 | 94,584 | 115,955 | 113,165 | 120,085 | 82,009 | 98,189 | 101,384 | 68,235 | 95,537 | 40,938 |
| **Total Intercompany Transfers** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Cash** | 736,738 | 808,429 | 742,737 | 472,007 | 302,496 | 228,633 | 163,811 | 159,913 | 19,244 | 73,832 | 90,983 | 197,325 | 313,172 |
| **LOC Est Balance** | 4,915,047 | 4,922,588 | 4,930,140 | 4,937,704 | 4,945,280 | 4,952,867 | 4,960,466 | 4,968,077 | 4,975,699 | 4,983,333 | 4,990,979 | 4,998,636 | 5,006,305 |
| **Ending Cash** | 736,738 | 808,429 | 742,737 | 472,007 | 302,496 | 228,633 | 163,811 | 159,913 | 19,244 | 73,832 | 90,983 | 197,325 | 313,172 |

13-Week Projection Period