## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re: | Chapter 11 |
| COZY HARBOR SEAFOOD, INC., | Case No. 25-20160 |
| Debtor. | |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO
## FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedures, Cozy Harbor Seafood, Inc. respectfully represents that the following individuals and/or corporations directly or indirectly own 10% or more of any class of Cozy Harbor Seafood, Inc.'s equity interests:

**John S. Norton, Jr.:  66% of shares**

**Joseph B. Donovan:  25% of shares**

In addition, Joel Knox owns the remaining 9% of shares in Cozy Harbor Seafood, Inc.

Dated:   July 2, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Proposed Counsel to the Debtor and Debtor in Possession*