B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of __Maine_____

| | | |
|---|---|---|
| **In re** | COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC. | 25-20160, 25-20161, and Case No. 25-20162 _____ |
| | **Debtor** | Chapter __11_____ |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __* see note below__

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . $ __* see note below__

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __0 as of petition date__

2. The source of the compensation paid to me was:

   [X] Debtor          [X] Other (specify)   *see note below

3. The source of compensation to be paid to me is:

   [X] Debtor          [X] Other (specify)   * see note below

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtors' financial situation, and rendering advice to the debtors in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtors at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.    Representation of the debtors in adversary proceedings and other contested bankruptcy matters;

    e.    Additional services as to be set forth in Bernstein Shur's application to employ.

\* Prior to the Petition Date, Bernstein Shur maintained a single bill for services to all debtors, and Bernstein Shur received a single payment in the amount of $45,210.00, which was funded from a security retainer.  As of the Petition Date, Bernstein Shur held an additional retainer in the amount of $54,790.00, which Bernstein Shur will continue to hold in escrow pending further Court order.  All payments received by Bernstein Shur were funded through an account held by Cozy Harbor Seafood, Inc.

\* Bernstein Shur has agreed to accept compensation at the firm's hourly rates and reimbursement of expenses subject to the Bankruptcy Code, Bankruptcy Rules, and Local Rules.  The hourly rates of the Bernstein Shur professionals most likely to work on these matters are as follows:

| Professional | Position | Hourly Rate |
|---|---|---|
| D. Sam Anderson | Attorney (Shareholder) | $595.00 |
| Adam R. Prescott | Attorney (Shareholder) | $495.00 |
| Kate Flynn | Paraprofessional | $175.00 |

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:  N/A

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 7/2/2025 | /s/ Adam R. Prescott |
|---|---|
| *Date* | *Signature of Attorney* |
| | Bernstein, Shur, Sawyer & Nelson, P.A. |
| | *Name of law firm* |