# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| In re: Cozy Harbor Seafood, Inc., Debtor | Chapter 11 Case No. 25-20160 |
|---|---|
| In re: Casco Bay Lobster Co., Inc., Debtor | Chapter 11 Case No. 25-20161 |
| In re: Art's Lobster Co., Inc., Debtor | Chapter 11 Case No. 25-20162 |

## ORDER SETTING EMERGENCY HEARING

On July 1, 2025, the debtors listed above each commenced a case by filing a voluntary bankruptcy petition. The debtors then each filed three motions, listed below, which include requests to determine certain matters on an emergency basis and to limit notice.

- Motion of Debtors (A) for Entry of an Order Directing Joint Administration of Chapter 11 Cases for Procedural Purposes Only and Related Relief; and (B) Request for Emergency Determination

- Motion of Debtors for Entry of an Order: (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Related Relief; and (IV) Request for Emergency Determination and Limitation of Notice

- Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to: (A) Pay Pre-Petition Employee Compensation; (B) Pay Related Payroll Obligations; and (C) Continue Employee Benefit Programs; and (II) Request for Emergency Determination and Limitation of Notice

1

The requests for emergency determination and limitation of notice are granted to the extent set forth below.

On July 3, 2025, at 10:00 a.m., the Court will conduct an emergency hearing at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine. At the hearing, the Court will consider the requests for interim relief in the second motion listed above and all requests for relief in the first and third motions listed above. Parties may participate in the hearing in person in the Bangor Courtroom, by video from the Portland Courtroom, or by telephone. Anyone who anticipates introducing evidence, appearing as a witness, or cross-examining a witness, however, may not participate by phone.

Objections may be raised at the hearing. Written responses are not required but may be filed up until the time that the hearing is convened. See D. Me. LBR 9013-4(d)(1).

By no later than 2:00 p.m. on July 2, 2025, the debtors must serve a copy of each motion, along with notice of the hearing and objection deadline. Service must be on (a) the United States Trustee; (b) the debtors' secured creditors **and**, if applicable, to counsel representing them; (c) the non-insider holders of the 20 largest unsecured claims against each of the debtors **and**, if applicable, to counsel representing such holders; (d) applicable federal and state taxing authorities; and (e) any attorney of record or party that has requested notice pursuant to Bankruptcy Rule 2002. Service must be accomplished by electronic mail, facsimile, or other means reasonably calculated to provide prompt notice. The debtors must each file a certificate of such service no later than 3:00 p.m. on July 2, 2025. See D. Me. LBR 9013-4(b).

Dated: July 2, 2025

Michael A. Fagone
United States Bankruptcy Judge
District of Maine