# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **COZY HARBOR SEAFOOD, INC.,** | **Case No. 25-20160** |
| Debtor. | **(Request for Joint Administration Pending)** |
| **In re:** | **Chapter 11** |
| **CASCO BAY LOBSTER CO., INC.,** | **Case No. 25-20161** |
| Debtor. | **(Request for Joint Administration Pending)** |
| **In re:** | **Chapter 11** |
| **ART'S LOBSTER CO., INC.,** | **Case No. 25-20162** |
| Debtor.[1] | **(Request for Joint Administration Pending)** |

## NOTICE OF EMERGENCY HEARINGS

On July 1 and 2, 2025, Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc. (collectively, the "**Debtors**"), filed the following motions, each requesting emergency determination:

(1) Motion for Debtors for Entry of an Order: (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Related Relief; and (IV) Request for Emergency Determination and Limitation of Notice (the "**Cash Collateral Motion**");

(2) Motion of Debtors for Entry of an Order: (I) Authorizing the Debtors to Pay: (A) Pre-Petition Employee Compensation; (B) Pay Related Payroll Obligations; and (C) Continue Employee Benefit Programs; and (II) Request for Emergency Determination and Limitation of Notice (the "**Payroll Motion**"); and

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

    (3)    Motion of Debtors (A) For Entry of an Order Directing Joint Administration of Chapter 11 Cases for Procedural Purposes Only and Related Relief; and (B) Request for Emergency Determination (the "**Joint Administration Motion**").

On **July 3, 2025, at 10:00 a.m.**, the Bankruptcy Court will conduct an emergency hearing at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine, regarding the Cash Collateral Motion, Payroll Motion, and Joint Administration Motion. Parties may participate in the hearing in person in the Bangor Courtroom, by video from the Portland Courtroom, or by telephone. Anyone who anticipates introducing evidence, appearing as a witness, or cross-examining a witness, however, may not participate by phone. If you intend to participate in the hearing via telephone, you are required to register with CourtCall at 1-866-582-6878.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

**Objections may be raised at the hearing**. Written responses are not required but may be filed up until the time that the hearing is convened. See D. Me. LBR 9013-4(d)(1). If you are not able to access the CM/ECF filing system, your response should be served upon the Court at:

Monica M. Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
MC Smith Federal Building
202 Harlow Street, 3rd Floor
Bangor, Maine 04401

- and –

D. Sam Anderson, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Cash Collateral Motion, Payroll Motion, and/or Joint Administration Motion and may enter an order granting the requested relief without further notice or hearing.

*[intentionally left blank]*

Dated: July 2, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ D. Sam Anderson*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Proposed counsel to the Debtors and Debtors in Possession*