**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>COZY HARBOR SEAFOOD, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-20160 |
| In re:<br><br>CASCO BAY LOBSTER CO., INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 25-20161 |
| In re:<br><br>ART'S LOBSTER CO., INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-20162 |

**CERTIFICATE OF SERVICE**

I, Kate Flynn, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that, on July 1, 2025, I filed in the above-referenced cases the *Chapter 11 Voluntary Petition of Cozy Harbor Seafood, Inc., Resolutions, Chapter 11 List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders, Declaration Under Penalty of Perjury for Non-Individual Debtors, Verification of Creditor Matrix,* and *Creditor Matrix* (collectively, the "**Petition Packages**") [D.E. 1, D.E. 1, D.E. 1][2] via

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Docket references are to the above-captioned chapter 11 cases in the order set forth in the caption.

the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through CM/ECF.

I further certify that on July 1, 2025, I filed in the above-referenced cases the *Declaration of John S. Norton, Jr. in Support of Chapter 11 Petitions and First Day Pleadings* [D.E. 5, D.E. 5, D.E. 5] (the "**First Day Declarations**") via CM/ECF, which sent notice to all parties receiving notification through CM/ECF.

I further certify that, on July 1, 2025, I filed via CM/ECF in the above-referenced cases the following documents, which sent notices to all parties receiving notification through CM/ECF:

- *Debtor's Motion for Joint Administration / Motion of Debtors (A) for Entry of an Order Directing Joint Administration of Chapter 11 Cases for Procedural Purposes Only and Related Relief; And (B) Request for Emergency Determination* with *Proposed Order Form* [D.E. 2, D.E. 2, D.E. 2],

- *Motion to Use Cash Collateral / Motion of Debtors for Entry of an Order: (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Related Relief; And (IV) Request for Emergency Determination and Limitation of Notice* with *Exhibit A- Budget* and *Proposed Order Form* in Cozy Harbor Seafood, Inc. [D.E. 3], and

- *Debtor's Motion to Pay / Motion of Debtors for Entry of an Order: (I) Authorizing the Debtors to: (A) Pay Pre-Petition Employee Compensation; (B) Pay Related Payroll Obligations; And (C) Continue Employee Benefit Programs; And (II) Request for Emergency Determination and Limitation of Notice* with *Proposed Order Form*, and *Declaration of John S. Norton, Jr. in Support of Chapter 11 Petitions and First Day Pleadings* [D.E. 4, D.E. 4, D.E. 4].

I further certify that, on July 2, 2025, I filed the *Motion to Use Cash Collateral / Motion of Debtors for Entry of an Order: (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Related Relief; And (IV) Request for Emergency Determination and Limitation of Notice* with *Exhibit A- Budget* and *Proposed Order Form* [D.E. 9, D.E.10] in Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc. via CM/ECF, which sent notices to all parties receiving notification through CM/ECF (collectively, the above-referenced first-day motions (joint

administration, payroll, and cash collateral) filed on July 1, and July 2, 2025, are referred to herein as the "**Motions**").

I further certify that on July 2, 2025, I filed in the above-referenced cases the *Notice of Emergency Hearing* [D.E. 13, 13, and 15] via CM/ECF, which sent notices to all parties receiving notification through CM/ECF.

I further certify that on July 2, 2025, I reached out to the below individuals via telephone on the attached Service List to inform them of the hearing on July 3, 2025, and to verify contact information and then I served the *Petition Packages*, the *First Day Declarations*, the *Motions*, the *Notice of Emergency Hearing*, and the *Order Setting Emergency Hearing* [D.E. 12, 12, and 14] upon the parties as indicated on the attached Service List via email.

I further certify that attempts to contact Dave Dyer and Russell Langmaid via telephone were unsuccessful.

Dated: July 2, 2025          */s/ Kate Flynn*
                             Kate Flynn
                             BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
                             100 Middle Street
                             P.O. Box 9729
                             Portland, ME 04104-5029
                             Tel: (207) 774-1200

## SERVICE LIST

**The Petition Package and Motion were served upon the following parties via electronic mail or facsimile on July 2, 2025:**

| NAME | SERVICE CONTACT (EMAIL or FAX) | DATE OF SERVICE |
|---|---|---|
| Acadia Insurance | joan.gallant@acadia-ins.com | 07/02/2025 |
| William Lunt | luntlobster@gmail.com <br> paulalunt@gmail.com | 07/02/2025 |
| Vessel Services, Inc. | office@vesselservicesinc.com | 07/02/2025 |
| C.B.S. Lobster & Bait, Inc. | cbslobster13@yahoo.com | 07/02/2025 |
| Seth Mayberry | Smayberry4746@gmail.com | 07/02/2025 |
| Village of Tenants Harbor | t.elwell@stgeorgemaine.com | 07/02/2025 |