**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

**ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS'**
**CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY**
**AND GRANTING RELATED RELIEF**

Upon consideration of the *Motion of Debtors for Entry of an Order Directing Joint Administration of Chapter 11 Cases for Procedural Purposes Only and Related Relief* [Dkt. No. __2__] (the "**Motion**"); and this Court having considered the Motion; and appropriate and adequate notice and opportunity for a hearing on the Motion having been given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors[2] and their respective estates, creditors, and other parties in interest; and good cause appearing therefor; it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. The above-captioned chapter 11 cases be and hereby are jointly administered, for procedural purposes only, in Case No. 25-20160, Cozy Harbor Seafood, Inc., and the cases shall be jointly administered by this Court and the Clerk in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.

3.   The caption of these jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: | Chapter 11 |
| **COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,** | Case No. 25-20160 |
| | **(Jointly Administered)** |
| Debtors.[1] | |

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

4.   The Clerk of the Court shall maintain one file and one docket for these jointly administered cases, which file and docket shall be the file and docket for Cozy Harbor Seafood, Inc. (the "**Lead Case**").

5.   The Clerk of the Court shall make an entry on the docket for each of the jointly administered cases, which shall read substantially as follows:

> An order has been entered directing the joint administration of the chapter 11 cases of Cozy Harbor Seafood, Inc., Case No. 25-20160; Casco Bay Lobster Co., Inc., Case No. 25-20161; and Art's Lobster Co., Inc., Case No. 25-20162. The cases are being jointly administered for procedural purposes only. The docket of the chapter 11 case of Cozy Harbor Seafood, Inc., Case No. 25-20160, should be consulted for all matters affecting these cases.

6.   Nothing herein shall relieve the Debtors of the obligation to file separate monthly operating reports and separate schedules and statements of financial affairs.

7.   The Debtors and the Clerk shall maintain separate claim registries in each of their respective chapter 11 cases.

8. Within seven (7) days of the entry of this Order, the Debtors shall file with the Clerk a single consolidated mailing list constituting a total mailing list of all interested parties in all the jointly administered cases without duplication.

9. This Court shall retain jurisdiction over interpretation and enforcement of this Order.

Dated: July 3, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine