UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

## NOTICE OF HEARING

The above-captioned debtors and debtors-in-possession (the "**Debtors**") have filed the *Motion of the Debtors for an Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; (II) Approving the Form of Adequate Assurance Proposed by the Debtors; and (III) Establishing Procedures for Resolving Certain Disputes Regarding Utilities* (the "**Motion**").

A hearing on the Motion is set to take place at the United States Bankruptcy Court, 202 Harlow Street, 3rd Floor, Bangor, ME 04401, on **July 17, 2025, at 1:00 p.m.** (the "**Hearing**"). Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Bangor; (b) by video from the United States Bankruptcy Court located at 537 Congress Street, Portland, Maine, or (c) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules. If you intend to participate in the Hearing via telephone, you are required to register with CourtCall at 1-866-582-6878, no later than 3:00 p.m. the last business day prior to the Hearing.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to approve the Motion, then on or before **July 15, 2025**, you or your attorney must file a written response explaining your position with the Court via the CM/ECF filing system. If you are not able to access the CM/ECF filing system, your response should be served upon the Court at:

Monica M. Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
MC Smith Federal Building

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

202 Harlow Street, 3rd Floor
Bangor, Maine 04401

- and –

Adam R. Prescott, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the requested relief without further notice or hearing.

Dated:  July 3, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street
PO Box 9729, Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Proposed Counsel to the Debtors and Debtors-in-Possession*