**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 25-20160**<br><br>**(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I, Kate Flynn, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that, on July 3, 2025, I filed in the above-referenced jointly administered cases the following documents via the Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through CM/ECF:

- *Motion Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, Approving the Form of Adequate Assurance Proposed by the Debtors, and Establishing Procedures for Resolving Certain Disputes Regarding Utilities* with *Proposed Order* and *Notice of Hearing* [Docket No. 33] (collectively, the "**Utilities Motion**");

- *Notice of Interim Cash Collateral Hearing* [Docket No. 35]; and

- *Notice of Evidentiary Cash Collateral Hearing* [Docket No. 36].

I further certify that on July 3, 2025, I served via email the Utilities Motion, *Notice of Interim Cash Collateral Hearing*, *Notice of Evidentiary Cash Collateral Hearing*, and *Interim Order: (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; and (III Granting Related Relief* [Docket No. 31] upon the service parties set forth in the attachment hereto.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St John Street, Portland, ME 04102.

I further certify that on July 7, 2025, I caused to be mailed the Utilities Motion (including proposed order and notice of hearing) upon the parties set forth in the attachment hereto.

Dated: July 7, 2025

/s/ Kate Flynn
Kate Flynn
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200

## SERVICE LIST

**The Utilities Motion,** *Notice of Interim Cash Collateral Hearing, Notice of Evidentiary Cash Collateral Hearing,* **and** *Interim Order: (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; and (III) Granting Related Relief* **were served upon the following parties via electronic mail or facsimile on July 3, 2025:**

| NAME | SERVICE CONTACT (EMAIL or FAX) | DATE OF SERVICE |
|---|---|---|
| Office of U.S. Trustee | Ann.Marie.Dirsa@usdoj.gov; heather.sprague@usdoj.gov | 07/03/2025 |
| Key Bank | sdoil@verrill-law.com; rclement@verrill-law.com | 07/03/2025 |
| Camden National Bank | abutler@camdennational.bank jfischer@dwmlaw.com; kfisher@dwmlaw.com | 07/03/2025 |
| Joseph Donovan | kmcdonald@mpmlaw.com; msmart@mpmlaw.com | 07/03/2025 |
| Internal Revenue Service | scott.miller@irs.gov 1-855-383-9723 | 07/03/2025 |
| Maine Revenue Services | compliancebk.mrs@maine.gov; John.Burke@maine.gov | 07/03/2025 |
| Office of the U.S. Attorney | usame-bankruptcynotice@usdoj.gov 780-3304 | 07/03/2025 |
| Acadia Insurance | joan.gallant@acadia-ins.com | 07/03/2025 |
| Independent Fisheries Limited | office@independentfisheries.ca | 07/03/2025 |
| East Coast Seafood, LLC | toneill@myseafood.com | 07/03/2025 |
| J.K. Marine dba Louisbourg Seafood, Ltd. | derrick.k@louisbourgseafoods.ca | 07/03/2025 |
| Whitecap International Seafood Exporters | egerber@whitecapseafoods.com | 07/03/2025 |
| Northern Ocean Sea Products | joyce@northernoceanmarine.com | 07/03/2025 |
| Cape Bald Packers | dallain@capebaldpackers.com | 07/03/2025 |
| Packedge | eatkins@packedgeinc.com | 07/03/2025 |
| Sea Salt, LLC | shawn.seasalt@gmail.com | 07/03/2025 |
| Arbutus Cove Enterprises | admin@arbutuscove.net | 07/03/2025 |
| Wedgeport Lobsters Limited | tammy@wedgeportlobsters.ca | 07/03/2025 |
| Atlantic Coast Seafood, Inc. | shelli@atlanticcoastsfd.com | 07/03/2025 |
| Volk Packaging Corp | klaverriere@volkboxes.com | 07/03/2025 |
| Channel Fish Processing, Co., Inc. | jmonti@channelfish.com | 07/03/2025 |
| Portland Fish Exchange | jberg@pfex.org | 07/03/2025 |
| Area 52 | info@area52.ca | 07/03/2025 |
| Mechanical Services, Inc. | info@mechanicalservices.com | 07/03/2025 |

| BASE Seafood Auctions | carina@baseseafood.com; Cassie@baseseafood.com | 07/03/2025 |
|---|---|---|
| CoolSeal USA | mjaeck@coolsealusa.com | 07/03/2025 |

**The Utilities Motion (including proposed order and notice of hearing) was served upon the following parties via U.S. First Class Mail on July 7, 2025.**
See attached matrix.

| NAME | SERVICE CONTACT (EMAIL or FAX) | DATE OF SERVICE |
|---|---|---|
| Central Maine Power | P.O. Box 847810 Boston, MA 02284-7810 | 07/07/2025 |
| Portland Water District | 225 Douglass St, P.O Box 3553 Portland, ME 04101 | 07/07/2025 |
| UNITIL | P.O. Box 981077 Boston, MA 02298-1010 | 07/07/2025 |