**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: | Chapter 11 |
| **COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,** | Case No. 25-20160 |
| | (Jointly Administered) |
| Debtors.[1] | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEBTORS TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

Upon the *Motion for Extension of Time for Debtors to File Schedules and Statement of Financial Affairs* [Dkt. No. ___] (the "Motion") filed by the Debtors[2] seeking entry of an order extending the time for the Debtors to file their Schedules and Statement as required by Rule 1007(c) of the Federal Rules of Bankruptcy Procedure; and after deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED,** and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The deadline by which the Debtors must file their Schedules and Statement, as required by Rule 1007(c), is extended to **July 29, 2025**, without prejudice to the Debtors' right to seek further extensions of such deadline.

3. This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St John Street, Portland, ME 04102.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine