**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Cozy Harbor Seafood, Inc.,<br>Casco Bay Lobster Co., Inc., and<br>Art's Lobster Co., Inc.,<br><br>Debtors | Chapter 11<br>Case No. 25-20160<br>(Jointly Administered) |

## ORDER REGARDING SERVICE

On July 3, 2025, the Court granted the above debtors' motion to jointly administer their respective cases (Case Nos. 25-20160, 25-20161, and 25-20162), designating Cozy Harbor Seafood, Inc.'s case as the lead case (i.e., Case No. 25-20160). Also, on July 3, 2025, the Court entered an interim order authorizing the debtors to use cash collateral and granting related relief [Dkt. No. 31]. The debtors then filed notices of a further interim hearing and of an evidentiary hearing on their joint request to use cash collateral [Dkt. Nos. 35, 36]. On July 7, 2025, a certificate of service [Dkt. No. 43] was filed indicating that some but not all parties entitled to notice of those hearings were served with the hearing notices and a copy of the interim order.

By no later than July 10, 2025, the debtors must serve the two notices of hearings and the interim order on all parties—in each case—that are identified in Federal Rule of Bankruptcy Procedure 4001(b)(1)(C) and Local Rule 4001-2(b). *See* Fed. R. Bankr. P. 4001(b)(2)(B). Service must be accomplished by electronic mail, facsimile, overnight mail, or other means reasonably calculated to provide prompt notice. The debtors must file a certificate of such service in the lead case by no later than July 11, 2025.

Dated: July 8, 2025

Michael A. Fagone
United States Bankruptcy Judge
District of Maine