United States Bankruptcy Court

District of Maine

In re:
    Cozy Harbor Seafood, Inc.
    Casco Bay Lobster, Co., Inc.
    Art's Lobster Co., Inc.

Case No.

Chapter    11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/10/2025

/s/ Joe Donovan
Signature of Individual signing on behalf of debtor

Authorized Party
Position or relationship to debtor

```
35 UNION LLC
P.O. Box 389
Portland         ME        04101

Acadia Insurance
P.O. Box 9010
Westbrook        ME        04098

Al Butler
190 Water Street
P.O Box 178
Gardiner         ME        04345

Alan A Post
PO Box 4
South Thomaston ME        04858

Alex Ausplund
340 Wallston Road
Tenants Harbor   ME        04860

Amato's Sandwich Shops, Inc
312 Saint John Street   2nd Floor
Portland         ME        04102

AMCS OpCo LLC
292 Centennial Road
Toledo   OH       43617

Office of the United States Trustee
ATTN: Ann-Marie Dirsa
53 Pleasant Street, Suite 2300
Concord NH       03301

Applied Refrigeration Services
7C Commons Ave
Windham ME       40692

Aqua Production Systems
4036 Gairloch Rd
Union Center    NS - Canada    B0K1S0

Araho transfer
7 Fid Kennedy Ave
Boston  MA       02210

Arbutus Cove Enterprises
650 Herald Street
Victoria         BC - Canada    V8W1S7
```

```
Area 52
163 Zack Rd
Lustes Mountain NB - Canada     E1G2V1

Atlantic Coast Seafood, Inc
42-44 Boston Fish Pier
Boston   MA         02210

Atlantic Recycling Equipment
13 Jessie Doe Road
Rollinsford     NH       03869

Baader North America Corp.
505 Hwy. 82 W.  Ste A
Indianola       MS       38751

Bangor Savings Bank
20 Marginal Way
Portland        ME       04101

BASE
62 Hassey Street
New Bedford     MA       02740

Beaver Enterprises, Inc
204 Park Street
Rockland        ME       04841

Belinda Anderson
P.O. Box 10
Tenants Harbor  ME       04860

Belt Power LLC
2197 Canton Road
Suite 208
Marietta        GA       30066

Brendan G. Newell
7 Creek Lane
Damariscotta    ME       04543

Brent Nappi
1 Shady Lane
Falmouth        ME       04105

Butler Brothers Industrial Supply
2001 Lisbon Street
Lewiston        ME       04240

C.B.S. Lobster & Bait, Inc
```

```
52 Union Wharf
Portland        ME      04101

Camden National Bank
2 Elm Street
Camden   ME     04843

Cape Ann Seafood Exchange
c/o Sallyport Commercial Finance Dept #100
P.O. Box 4776
Houston TX      77210-4776

Cape Bald Packers
2618 Acadie Road
Cap-Pele        NB - Canada     E4N 1E3

Central Maine Power
P.O BOX 847810
BOSTON   MA     02284-7810

Central Maine Power
P.O BOX 847810
BOSTON   MA     02284-7810

Channel Fish Processing Co Inc
200 Commerce Dr
Braintree       MA      02184

Charter Communications
P.O. Box 6030
Carol Stream    IL      60197-6030

Chep USA
15226  Collections Center Dr
Chicago IL      60693

Cintas
P.O Box 631025
Cincinnati      OH      45263-1025

City of Portland
389 Congress Street
P.O. Box 544
Portland        ME      04112

City of Portland Department of Public Works
212 Canco Road  Suite B
Portland        ME      04103

Coastal  Carriers, Inc
```

```
28 Tichnor Court
Scituate        MA      02066

Coface North America Insurance Company
P.O. Box 70280  Lockbox 10116
Philadelphia    PA      19176-0280

Consolidated Communications
P.O. Box 11021
Lewiston        ME      04243

CoolSeal USA
232 J Street
Perrysburg      OH      43551

Corporate Payment Systems
P.O Box 790428
St. Louis       MO      63179-0428

Crosspack, Inc
2 Alden Lane
Scarborough     ME      04074

Crown Lift Trucks
P.O Box 641173
Cincinatti      OH      45264 - 1173

Crow's Nest Property
7 Wright Way
Falmouth        ME      04105

Cryovac Sealed Air Corporation
2415 Cascade Pointe Blvd
Charlotte       NC      28208

Cunningham Security Systems
325 US Route 1
Falmouth        ME      04105

Curtis Thaxter  LLC
200 Middle Street
Suite 1001
Portland        ME      04101

Dale Carson
P. O. Box 441
Tenants Harbor  Maine   04860

Darrell Olsen
P.O. Box 24
```

```
Port Clyde         ME        04855

David Hupper
20 Hupper Lane
Tenants Harbor  ME        04860

David Johnson
299 Fern Avenue
Long Island     ME        04050

Dave Dyer
79 Summit Terrace
North Yarmouth  ME        04097

Dead River Company
P.O Box 467
Scarborough     ME        04070-0467

Doug's Fresh Express
91 Spring View Drive
Lynn    MA        01904

Downeast Energy
86 Pleasant Hill Road, STE 1
Scarborough     ME        04074

Durants Wharf, Inc.
899 Cundys Harbor Road
Harpswell       ME        04079

East Coast Seafood, LLC DBA Seatrade International
10 North Front Street
New Bedford     MA        02740

Equitable Payment Center
P.O. Box 371405
Pittsburgh      PA        15250 - 7405

F.W Webb Company
160 Middlesex Turnpike
Bedford MA      01730

F/V Fishin Addiction
114 Macarthur Drive
New Bedford     MA        02740

F/V Max & Emma
114 MacArthur Drive
New Bedford     MA        02740
```

```
F/V TIMBERWOLF
114 MacArthur Drive
New Bedford     MA      02740

Fedex
P. O Box 371461
Pittsburgh      PA      15250-7461

Fedex Corporation
Attn: Legal Department - Compliance
1000 Ridgeway Loop - Ste 500
Memphis         TN      38120

FFE Transportation Services Inc
P.O. Box 847576
Dallas  TX      75284-7576

Fisherman's Wharf Gloucester
37 Rogers Street
Gloucester      MA      01930

Flores & Associates
P.O Box 63238
Charlotte       NC      28263-3238

Food Prep Solutions
P.O. Box 4777
Stamford        CT      06907

Frederick Safety Services
32 Grove Street
Brewer  ME      04112

Freightliner of Maine
422 Perry Road
Bangor  ME      04401

Frosty Seas
6901 NW 41st STREET
Miami   FL      33166

Galway Transport Inc
P.O Box 419
Kennebunk       ME      04112 - 0389

Goodyear Commercial Tire & Services
10 Gin Rd
Scarborough     ME      04074

Grainger
```

```
DEPT. 808682348
Palatine        IL       60038-0001

Graybar Electric Company, Inc
P. O Box 414426
Boston   MA      02241 - 4428

Guys Locksmith
1932 Broadway
South Portland  ME       04106

GWI
43 Landry St
Biddeford ME    04005

Hall Internet Marketing
10 Mill Brook Rd      Unit 1
Saco    ME      04072

Hamilton Marine
155 E. Main Street
Searsport       ME       04974

Harbor Fish Market
9 Custom House Wharf
Portland        ME       04101

Harcros Chemical Inc
P. O Box 74583
Chicago IL      60696

Office of the United States Trustee
ATTN: Heather Sprague
5 Post Office Square, Suite 1000
Boston   MA      02109

Hygiena LLC
941 Avenida Acaso
Camarillo       CA       93012

Immigration and Customs Enforcement (ICE)
David Fife, Special Agent
One City Center, Suite 404
Portland        ME       04101

Intact Services USA
P.O Box 371871
Pittsburgh      PA       15250-7871

Independent Fisheries Limited
```

```
1271 Little Harbour Road, Comp 2 Box 9
Sable River      Nova Scotia      B0T 1V0

Industrial Calibration
71C Pine Rd.
Hudson   NH        03051

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia    PA        19101-7346

International C Food Inc.,
P. O Box E - South Station
Fall River      MA        02724

Intral Worldwide LLC
ATTN: Dean Scribner
1900 Crown Colony, Suite 407
Quincy   MA        02169

Ion Networking
1 Perry Hawkes Rd
Windham ME        04062

IPFS Corporation
P.O Box 32144
New York         NY        10087-2144

JK Marine dba Louisbourg Seafood, Ltd.
P.O. Box 5609
Louisbourg       NS - Canada      B1C1B5

John Armstrong
PO Box 127
Tenants Harbor   ME        04860

John Hansen
P.O. Box 426
Tenants Harbor   ME        04860

Johnson Controls
DEPT. CH 10320
Palatine         IL        60055-0320

Joseph B. Donovan

Katahdin Analytical Services
P.O Box 540
Scarborough      ME        04070
```

```
KCV Trailer Rentals
127 Pleasant Hill Rd
Scarborough     ME      04074

Key Bank, N.A.
One Canal Plaza 3rd Floor
Portland        ME      04101

Kyocera
55 Bradly Drive
Westbrook       ME      04092

Laitram Machinery INC
P.O. BOX 730443
Dallas   TX     75373-0443

Lineage Logistics PFS, LLC
P.O Box 734938
Dallas   TX     75373

Lineage Logistics, LLC
P.O Box 974647
Dallas   TX     75397

LITTLE BAY LOBSTER
158 SHATTUCK WAY
NEWINGTON       NH      03801

Logtek Inc
P.O Box 744889
Atlanta GA      30384-4889

Loma Systems Inc
39425 Treasury Center
Chicago IL      60694-9400

Maine Department of Agriculture, Conservation & Forestry
28 Statehouse Station
Augusta ME      04333

Maine Department of Marine Resources
21 Statehouse Station
Augusta ME      04333

Maine Hardware
274 Saint John Street
Portland        ME      04102

Maine Marine Supply
```

```
416 Commercial Street
Portland        ME      04101

Maine Revenue Services
51 Commerce Dr
Augusta ME      04333

Office of the Maine State Treasurer
39 State House Station, Burton M. Cross Building
111 Sewall Street
Augusta ME      04333-0039

Maine Scale LLC
4 Washington Street North
Auburn  ME      04210

Marel Inc.
1024 Airport Parkway
Gainesville     GA      30501

Marine Stewardship Council International Ltd
Marine House
1 Snow Hill
London  England EC1A 2DH

Maritime Energy
153 New County Rd
Thomaston       ME      04861

Massachusetts Port Authority
P.O Box 3471
Boston  MA      02241

Matheson Tri-Gas Inc
P.O. Box 347297
Pittsburgh      PA      15251-4297

Matrix Sciences 1061 Feehanville Dr
Mount Prospect  FL      60056

McMaster-Carr Supply Company
P.O. Box 7690
Chicago IL      60680

Mechanical Services, Inc
400 PRESUMPSCOT STREET
PORTLAND        ME      04103

Memic
```

```
P.O. Box 6900
Lewiston        ME      04243-6900

Mesa Labs
Lakewood Manufacturing Facility
12100 W 6th Ave
Lakewood        CO      80228

Messer LLC
P.O Box 731114
Dallas   TX     75373-1114

Michael Ames
570 Port Clyde Road
Tenants Harbor  ME      04860

Midcoast Marine Supply
153 New County Rd
Thomaston       ME      04861

Michael Floyd
18 Vernon Road
Long Island     ME      04050

Michael Johnson
283 Fern Ave.
Long Island     ME      04050

Mike Hahn
20 Marginal Way
Portland        ME      04101

Miner, Ltd.
18 Willey Road
Saco    ME      04072

Modern Pest Services
100 PLEASANT ST
BRUNSWICK       ME      04011

Multivac
DEPT. CH 17573
PALATINE        IL      60055-7573

Mutual Of Omaha Payment Processing Center
P.O. Box 2147
Omaha   NE      68103-2147

NEPW Logistics Inc
70 Quarry Road
```

```
Portland         ME       04103

New England Kenworth
42 Wallace Avenue
South Portland   ME       04106

NHDOT E-Z Pass   P.O Box 9687
Manchester       NH       03108

Northeast Laboratory Services
P.O Box 788
Waterville       ME       04903

Northern Ocean Sea Products LLC dba Northern Ocean Marine
7 Parker Street 2nd Floor
Gloucester       MA       01930

NWD Inc
P.O Box 50821
New Bedford      MA       02745

Ocean Explorer
P.O. Box 6
Tenants Harbor   ME       04860

Office of the U.S. Attorney
537 Congress Street
Suite 300
Portland         ME       04101-3490

O'Hara Corporation
120 Tillson Avenue    Suite 100
Rockland         ME       04841

Packaging Products Corp.
P.O Box 697
Wilmington       MA       01887

Packedge
955 Portland Rd
Saco   ME       04072-9675

Pallet One - Issacson lumber Company
P.O. BOX L
Livermore falls ME       04254

Plastic Supply
6 Pomerleau Street
Biddeford        ME       04005
```

```
PNC EQUIPMENT FINANCE
655 BUSINESS CENTER DR. SUITE 250
HORSHAM PA       19044

Portland Fish Exchange
6 Portland Fish Pier
Portland         ME      04101

Portland Plastic Pipe
444 Lincoln Street Extension
South Portland  ME      04106

Portland Water District
225 Douglass Street
P.O. Box 3553
Portland         ME      04101

Power Products Systems
90 Bay State Road
Wakefield       MA      01880

Progressive Scale & Label Systems, LLC
P.O Box 587
Bethel  CT      06801

Purdy Powers & Company
130 Middle Street
Portland         ME      04101

Pyramid Transport & Cold Storage
100 S. Laws St
Bridgeville     DE      19933

Quadient Finance USA, Inc
P.O Box 6813
Carol Stream    IL      60197-6813

R&D Trash Removal
PO Box 130
Thomaston       ME      04861

Randy J. Creswell
P.O. Box 7340
Portland, ME 04112

Retail Services Co.
2108 West Broadway Unit A
South Portland  ME      04106

Robinson's Wharf, Inc.
```

```
20 Hendricks Hill Road
Southport        ME        04576

Ross Industries, Inc.
P.O Box 677817
Dallas   TX       75267-7817

Russell Langmaid
99 Little John Road
Yarmouth         ME        04096

Ryder Transportation Services
P. O Box  96723
Chicago IL       60693-9337

Sea Salt LLC
660 Main Street
Saco     ME      04072

SEDNA TECHNOLOGIES
27 Parker Street SUITE # 12251
Dartmouth        NS - Canada     B2Y 4T5

Seth Mayberry
81 Totten Road
Gray     ME      04039

Share-ify
585 East State Road 434  1st Floor
Longwood         FL       32750

South Bristol Fisherman's Co-Op
P.O. Box 63
South Bristol   ME       04568-0063

Staples
P.O. BOX 70242
PHILADELPHIA     PA       19176-0242

Stavis Seafoods LLC
P. O. Box 712122
Philadelphia    PA       19171-2122

Taylor Lobster Company LLC
32 Route 236
Kittery ME       03904

Taylor Services, LLC
16 Westview Drive
Raymond ME       04071
```

```
TCN Holdings, LLC d/b/a ODORITE Co.
5 Wallace Avenue BLDG 2
South Portland  Maine    04106

TD Bank
1 Portland Square       Suite 4
Portland        ME      04101

Tenants Harbor Wharf
P.O. Box 389
Portland        ME      04112

The Cote Corporation
2980 Hotel Road
P.O Box 1418
Auburn  ME      04211-1418

TOM RENEHAN
11 WINTER ST
YARMOUTH        ME      04096

Tom Scola
36 Eastern Ave
Gloucester      MA      01930

Tribune Seafood Limited - C/O T65045
P.O. Box 55811
Boston  MA      02205-5811

Trillium Drivers
P.O Box 671854
Detroit MI      48267-1854

Troiano Waste Services, Inc
PO BOX 3541
Portland        ME      04104-3541

Tytan International, LLC
801 Carpenters Crossing
Folcroft        PA      19032

Ubaldo Chach Julian
1423 Pleasant Street    Apt 1
New Bedford     MA      02740

Uline   Attn: Accounts Receivable
PO BOX 88741
Chicago IL      60680-1741
```

```
Ultra Source LLC
1414 West 29th Street
Kansas City     MO        64108-3604

Unifirst Corporation
P.O Box 650481
Dallas  TX       75265-0481

United States Department of Commerce - National Marine Fisheries Service
55 Great Republic Drive
Gloucester      MA       01930

UNITIL
P.O BOX 981077
BOSTON  MA       02298-1010

US Cellular
DEPT. 0205
PALATINE IL      60055-0205

USA Container Freezer & Refrigeration, LLC
75 Neal Court
Plainville CT    06062

VERNO d'EON FISHING SUPPLIES LTD
P.O BOX 70
MIDDLE WEST PUBNICO
NS - Canada      B0W 2M0

Verrill Dana
c/o Roger Clement
1 Portland Square - 10th Floor
Portland        ME       04101

Vessel Services, Inc.
1 Portland Fish Pier
Portland        ME       04101

Village of Tenants Harbor
3 School Street
Tenants Harbor  ME       04860

Vital Delivery Solutions LLC
P. O Box 1075
WILLISTON       VT       05495

Volk Packaging Corporation
11 Morin Street
Biddeford       ME       04005
```

```
WD Matthews
901 Center St
Auburn   ME        04210

Wedgeport Lobsters Limited
P.O Box 400
Lower Wedgeport NS - Canada     B0W 2B0

Wells Fargo Equipment Finance, Inc.
600 South 4th Street    MAC N9300-100
Minneapolis    MN       55412


Wells Fargo Vendor Financial Services, LLC
PO Box 070241
Philadelphia    PA       19176-0241

Whitecap International Seafood Exporters
591 North Avenue
Wakefield       MA       01880

William Lunt
P.O Box 198
Tenants Harbor  Maine    04860

WNDK Limited Liability Company
c/o John Norton, Lr.
P.O Box 389
Portland        ME       04112

Worldwide Perishables Enterprises LLC
195 Cottage Street
Chelsea MA      02150

WQS, LLC
15720 Brixham Hill Ave  Suite 320
Charlotte       NC       28277

Wright Express Fleet Services   WEX Bank
P.O Box 4337
Carol Stream    IL       60197-6293

Zep Manufacturing Co.
P.O Box 3338
Boston  MA      02241-0389

Zoro Tools, Inc.
ATTN: Cash Processing
P.O Box 5233
Janesville WI   53547-5233
```