**Fill in this information to identify the case and this filing:**

Debtor Name: __Cozy Harbor Seafood, Inc__

United States Bankruptcy Court for the: _____ District of __Maine__ (State)

Case number (*If known*): __25-20160__

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Amended List of Creditors Who Have 20 Largest Unsecured Claims__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/11/2025__
MM / DD / YYYY

✘ __/s/ Joe Donovan__
Signature of individual signing on behalf of debtor

__Joe Donovan__
Printed name

__Authorized party__
Position or relationship to debtor

---

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name: Cozy Harbor Seafood, Inc.

United States Bankruptcy Court for the: District of Maine

Case number (If known): 25-20160

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | East Coast Seafood, LLC<br>10 North Front Street<br>New Bedford, MA, 02740 | | Suppliers or Vendors | | | | 1,374,780.00 |
| 2 | J.K. Marine dba Lousibourg Seafood Ltd<br>P.O. Box 5609<br>Louisbourg, NS-Canada B1C1B5 | | Suppliers or Vendors | | | | 803,400.00 |
| 3 | Whitecap International Seafood Exporters<br>591 North Avenue<br>Wakefield, MA, 01880 | | Suppliers or Vendors | | | | 342,375.00 |
| 4 | Northern Ocean Sea Products LLC<br>7 Parker Street<br>2nd Floor<br>Gloucester, MA, 01930 | | Suppliers or Vendors | | | | 265,219.34 |
| 5 | Cape Bald Packers<br>2618 Acadie Road<br>Cap-Pele NB - Canada E4N1E3 | | Suppliers or Vendors | | | | 206,000.00 |
| 6 | Independent Fisheries Limited<br>1271 Little Harbour Road<br>Comp 2, Box 9<br>Sable River, Nova Scotia, B0T1V0, Canada | | Suppliers or Vendors | | | | 99,622.48 |
| 7 | Packedge<br>955 Portland Road<br>Saco, ME, 04072-9675 | | Suppliers or Vendors | | | | 93,732.65 |
| 8 | Sea Salt LLC<br>660 Main Street<br>Saco, ME, 04072 | | Suppliers or Vendors | | | | 72,688.50 |

Debtor  Cozy Harbor Seafood, Inc.  
Name

Case number (*if known*) 25-20160

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Arbutus Cove Enterprises<br>650 Herald Street<br>Victoria, BC - Canada | | Suppliers or Vendors | | | | 68,558.05 |
| 10 | Wedgeport Lobsters Limited<br>P.O. Box 400<br>Lower Wedgeport, NS -Canada B0W-2B0 | | Suppliers or Vendors | | | | 59,552.00 |
| 11 | Area 52<br>163 Zack Rd<br>Lustes Mountain, NB-Canada E1G2V1 | | Suppliers or Vendors | | | | 39,048.30 |
| 12 | Camden National Bank<br>2 Elm Street<br>Camden, ME, 04843 | | Suppliers or Vendors | | | | 35,774.56 |
| 13 | Mechanical Services, Inc<br>400 Presumpscot Street<br>Portland, ME, 04103 | | Suppliers or Vendors | | | | 33,359.21 |
| 14 | Atlantic Coast Seafood Inc.<br>42-44 Boston Fish Pier<br>Boston, MA, 02210 | | Suppliers or Vendors | | | | 33,246.21 |
| 15 | Volk Packaging Corporation<br>11 Morin Street<br>Biddeford, ME, 04005 | | Suppliers or Vendors | | | | 32,542.30 |
| 16 | Channel Fish Processing Co. Inc.<br>200 Commerce Drive<br>Braintree, MA, 02184 | | Suppliers or Vendors | | | | 31,460.00 |
| 17 | Acadia Insurance<br>P.O. Box 9010<br>Westbrook, ME, 04098 | | Suppliers or Vendors | | | | 27,787.00 |
| 18 | Portland Fish Exchange<br>6 Portland Fish Pier<br>Portland, ME, 04101 | | Suppliers or Vendors | | | | 27,203.00 |
| 19 | Base Seafood Auction<br>62 Hassey Street<br>New Bedford, MA, 02740 | | Suppliers or Vendors | | | | 25,246.80 |
| 20 | CoolSeal USA<br>232 J Street<br>Perrysburg, OH, 43551 | | Suppliers or Vendors | | | | 25,108.00 |