*RELIEF REQUESTED WITHOUT A HEARING*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,** | **Case No. 25-20160** **(Jointly Administered)** |
| **Debtors.[1]** | |

**MOTION TO CONTINUE INTERIM CASH COLLATERAL HEARING AND EXTEND CERTAIN DEADLINES IN INTERIM CASH COLLATERAL ORDER**

Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc., the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), by and through their undersigned proposed attorneys, and with the consent of KeyBank N.A. ("**KeyBank**"), move this Court (the "**Motion**") for the entry of an order: (a) continuing the interim cash collateral hearing scheduled for July 17, 2025, at 1:00 PM by approximately seven (7) days (subject to this Court's availability) (such continued hearing date, the "**Continued Interim Hearing**"), and (b) extending the objection and other deadlines under the *Interim Order: (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; and (III) Granting Related Relief* [Dkt. No. 31] (the "**Interim Cash Collateral Order**") as described further below.  In support of this Motion, the Debtors state as follows:

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363.  The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

**JURISDICTION AND VENUE**

1.      The United States District Court for the District of Maine (the "**District Court**") has original, but not exclusive, jurisdiction over the Debtors' chapter 11 cases pursuant to 28 U.S.C. § 1334(b).  Pursuant to 28 U.S.C. § 157 and Rule 83.6 of the District Court's local rules, the District Court has authority to refer and has referred this proceeding to this Court.

2.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court has constitutional authority to enter final judgment in this proceeding.

3.      Venue is proper in this district pursuant to 28 U.S.C. § 1408, and venue over this proceeding is proper in this district pursuant to 28 U.S.C. § 1409.

**BACKGROUND**

4.      On July 1, 2025 (the "**Petition Date**"), the Debtors commenced their chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code with this Court.

5.      The Debtors continue to operate their businesses and manage their properties as debtors and debtors-in-possession.  To date, no operating trustee, examiner, or statutory committee has been appointed in the cases by the United States Trustee.

6.      These cases are being jointly administered for procedural purposes only.

7.      This Court entered the Interim Cash Collateral Order on July 3, 2025, which authorized the use of cash collateral through July 17, 2025, in accordance with the Budget that was attached to the Interim Cash Collateral Order.  The Interim Cash Collateral Order included the following deadlines and hearing dates:

> Paragraph 10: A further interim hearing on the Motion shall take place before this Court on **July 17, 2025, at 1:00 p.m.**, and, if necessary, the Court shall conduct an evidentiary hearing on **July 18, 2025** at 9:30 a.m., in Portland.

Paragraph 11: The Debtors shall file and serve a proposed further interim Order and revised Budget, if applicable, **on or before July 11, 2025**.

Paragraph 12: Objections, if any, to the relief requested in the Motion being granted on a
further interim basis shall be filed with this Court and served upon proposed counsel for the Debtors, on all parties appearing in the cases, and the Office of the United States Trustee, **on or before July 15, 2025, at 5:00 p.m**.

8.      Prior to and since the hearing, the Debtors and KeyBank have been exchanging information related to the Debtors' operations, cash collateral, and other matters, as well as working toward a new order for continued use of cash collateral.  To afford additional time for that exchange of information and those discussions, the Debtors, with KeyBank's consent, seek to continue the July 17, 2025, interim hearing by approximately seven (7) days, with a related, proportional continuance of the deadlines in the Interim Cash Collateral Order in advance of the Continued Interim Hearing as set forth in the proposed order filed with this Motion.  KeyBank has consented to the continued use of cash collateral subject to the terms and protections contained in the Interim Cash Collateral Order through July 26, 2025.  The Debtors submit that no parties will be prejudiced by this relief, but rather the additional time to work on a consensual resolution will benefit parties and conserve estate resources.

9.      In addition to KeyBank, the Debtors conferred with the U.S. Trustee regarding the relief in this Motion, and the U.S. Trustee has consented to that relief as well.

WHEREFORE, the Debtors respectfully request that this Court enter an order: (i) scheduling the Continued Interim Hearing; (ii) extending relevant deadlines under the Interim Cash Collateral Order; (iii) extending the Debtors' authority to use cash collateral through July 26, 2025, subject to the same terms and protections as are contained in the Interim Cash Collateral Order; and (iv) granting such other and further relief as this Court deems just and proper.

Dated:   July 11, 2025

Respectfully submitted,

**BERNSTEIN, SHUR, SAWYER &
NELSON, P.A.**

*/s/ Adam R. Prescott*

D. Sam Anderson
Adam R. Prescott
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Proposed Counsel to the Debtors and Debtors in
Possession*