**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION TO CONTINUE INTERIM CASH COLLATERAL HEARING AND EXTEND CERTAIN DEADLINES IN INTERIM CASH COLLATERAL ORDER**

Upon the above-referenced motion [Dkt. No. 57] (the "**Motion**") filed by the Debtors,[2] and after deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The further interim hearing on the *Motion of Debtors for Entry of an Order: (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Related Relief; and (IV) Request for Emergency Determination and Limitation of Notice* [Dkt. No. 3] (the "**Cash Collateral Motion**") is continued from July 17, 2025, at 1:00 p.m. to **July 24, 2025, at 10:00 a.m.** (the "**Continued Interim Hearing**"). The hearing will be held at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine. Parties may participate in the hearing in person in the Bangor Courtroom, by video from the Portland Courtroom, or by telephone.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.

3. The evidentiary hearing previously scheduled for July 18, 2025, at 9:30 a.m. in Portland, Maine, is cancelled and may be rescheduled, as needed, upon further Order of this Court.

4. The Debtors shall file and serve a proposed further interim Order and revised Budget (as defined in the Interim Cash Collateral Order), if applicable, **on or before four (4) business days prior to the Continued Interim Hearing**.

5. Objections, if any, to the relief requested in the Cash Collateral Motion being granted on a further interim basis shall be filed with this Court and served upon proposed counsel for the Debtors, on all parties appearing in the cases, and the Office of the United States Trustee, **on or before two (2) business days prior to the Continued Interim Hearing.**

6. For avoidance of doubt, pending further Order of this Court, the Interim Cash Collateral Order shall remain in full force and effect, and the Debtors shall continue to have authority to use cash collateral upon the terms and conditions of the Interim Cash Collateral Order through the Continued Interim Hearing.

7. This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

8. By no later than July 15, 2025, the debtors must serve a copy of this order on all parties—in each case being jointly administered here—that are identified in Federal Rule of Bankruptcy Procedure 4001(b)(1)(C) and Local Rule 4001-2(b). *See* Fed. R. Bankr. P. 4001(b)(2)(B). The debtors must file a certificate of such service in the lead case by no later than July 16, 2025.

Dated: July 14, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine