**Exhibit A**
**Declaration**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 25-20160**<br><br>**(Jointly Administered)** |

**DECLARATION OF CASEY SKOVRAN IN SUPPORT OF APPLICATION OF THE DEBTORS FOR ORDER PURSUANT TO §§ 327 AND 328 OF THE BANKRUPTCY CODE AUTHORIZING EMPLOYMENT OF OPUS CONSULTING GROUP, AS FINANCIAL ADVISOR TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

I, Casey Skovran, declare (this "**Declaration**"), pursuant to § 1746 of title 28 of the United States Code, as follows:

1. I am a senior consultant at Opus Consulting Partners ("**Opus**").

2. I submit this Declaration in the chapter 11 cases of the above-referenced debtors (the "**Debtors**") in support of the *Application of the Debtors for Order Pursuant to §§ 327 and 328 of the Bankruptcy Code Authorizing Employment of Opus Consulting Partners as Financial Advisor to the Debtors, Effective as of the Petition Date* (the "**Application**").

**DISINTERESTEDNESS OF PROFESSIONAL**

3. I am not related and, to the best of my knowledge, no other professional at Opus is related, to any United States Bankruptcy Judge in this District or the United States Trustee for this District or any employee thereof.

4. In accordance with Local Rule 2014-1:

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

    (a)    Based on Opus's conflicts search conducted to date and described herein, to the best of my knowledge, neither I, nor Opus, nor any member thereof, insofar as I have been able to ascertain, holds an interest adverse to the Debtors, their creditors, or any other party in interest, or their respective attorneys and accountants. Opus's connections with creditors and other parties in interest are disclosed below; Opus believes that none of those connections is disqualifying under the applicable statutes and rules.

    (b)    I am, and each member of Opus is, a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code, as modified by § 1107 of the Bankruptcy Code, in that Opus and its employees and members:

        (i)    are not creditors, equity security holders, or insiders of the Debtors; and

        (ii)    are not and were not, within two (2) years before the date of filing of the Debtors' cases, directors, officers, or employees of the Debtors.

5.    Opus has conducted a search of its records for any connections to the persons and entities listed on **Exhibit 1** attached to this Declaration, which comprises secured creditors, accounts payable parties, taxing authorities, and utility providers relating to the Debtors. The information listed on **Exhibit 1** may be updated or may change during the pendency of the Debtors' bankruptcy cases. I will update this Declaration when necessary and promptly after I become aware of additional material information.

6.    Opus discloses the following known connections with the Debtors, creditors of the Debtors, or other parties in interest, or their respective attorneys and accountants (to the extent known):

    (a)    Opus maintains business bank accounts at TD Bank.

    (b)    Opus utilizes services from Cunningham Security Services.

    (c)    Opus's Principal, Jacques Santucci, and Jeff Messer owner of Messer LLC, both serve on the board of directors for the Institute for Family Owned Business, a local nonprofit organization. Messer LLC is an unsecured creditor of Cozy Harbor Seafood.

2

With respect to the parties referred to above, Opus has not and will not represent such party in any matters related to the Debtors' bankruptcy cases.

7. Moreover, in the past, Opus may have served as a professional person in matters wholly unrelated to the Debtors or the bankruptcy cases (including matters in which Bernstein Shur is involved and that were referred to Opus by Bernstein Shur attorneys), in which many other attorneys, accountants, and other professionals of the Debtors, creditors, or other parties in interest also may have served or serve as professional persons. I do not believe any of these ordinary interactions constitute conflicts.

## SCOPE OF ENGAGEMENT

8. In accordance with Local Rule 2014-1(c), the professional services that Opus has rendered and will continue to render to the Debtors will include the following:

  (a) Financial analysis and cash flow forecasting, including creating, maintaining, and updating cash budgets for cash collateral use, pro formas, and similar cash flow reports and analysis.

  (b) Strategic advisory services, including regarding restructuring and operational decisions of the Debtors.

  (c) Assistance with weekly and monthly reporting, preparation of schedules and statements of financial affairs, and other financial advisory support as needed to assist the Debtors in meeting their obligations as debtors-in-possession.

  (d) Communicating with, as needed, creditors, vendors, lenders, and other parties in interest during the cases, including regarding financial performance, budgeting, and related matters as may arise.

## PROFESSIONAL COMPENSATION

9. Opus does not hold a claim against the Debtors as of the Petition Date. Opus held a retainer of $25,000 as of the Petition Date.

10. Prior to the Petition Date, Opus maintained a single billing account for the Debtors, and Opus invoiced and applied payments for services to the Debtors as follows:

3

| Invoice Date | Payment Date | Payment Amount | Source of Payment |
|---|---|---|---|
| 3/31/2025 | 5/5/2025 | $4,605.00 | Cozy Key Bank Op Acct |
| 4/30/2025 | 5/20/2025 | $21,465.00 | Cozy Key Bank Op Acct |
| 5/31/2025 | 6/30/2025 | $5,097.50 | Cozy Key Bank Op Acct |
| 6/26/2025 | 6/30/2025 | $14,802.50 | Cozy Key Bank Op Acct |
| **Total** | | **$45,970.00** | |

11. With respect to compensation and expense reimbursement for all future professional services rendered in connection with these cases, Opus will, in compliance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules and orders of this Court, submit an application for compensation, on an hourly basis, and for reimbursement of actual, necessary expenses and other charges that Opus incurs in connection with the cases.

12. Opus's hourly rates are set at levels designed to fairly compensate Opus for its professional services and to cover fixed and routine overhead expenses. I will be the primary individual working on these matters. My biography is included at **Exhibit 2** to this Declaration.

13. My rate is **$250** per hour. Opus's rates for other professionals are as follows:

    Principal, Senior Advisor    $300 / hour

    Senior Consultant    $250 / hour

    Consultant    $200 / hour

    Analyst    $150 / hour

    Bookkeeping    $110 / hour

14. Further, Opus seeks to be reimbursed for its actual and necessary expenses incurred in connection with the services discussed above. Opus will maintain detailed records of time and any actual and necessary expenses incurred in connection with the rendering of its services by category and nature of the services rendered.

4

15. Opus has not agreed to share with any person the compensation to be paid for services rendered in the bankruptcy cases, except the owner and employees of Opus.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2025                                  */s/ Casey Skovran*
                                                      Casey Skovran

<u>**Exhibit 1**</u>
**Searched Parties**

# Cozy Harbor Seafood

35 UNION LLC
Acadia Insurance
Amato's Sandwich Shops, Inc
AMCS OpCo LLC
Applied Refrigeration Services
Aqua Production Systems
Araho transfer
Arbutus Cove Enterprises
Area 52
Atlantic Coast Seafood, Inc
Atlantic Recycling Equipment
Baader North America Corp.
Bangor Savings Bank
Base
Beaver Enterprises, Inc
Belt Power LLC
Butler Brothers Industrial Supply
Camden National Bank
Cape Ann Seafood Exchange
Cape Bald Packers
Central Maine Power
Channel Fish Processing Co Inc
Chep USA
Cintas
City of Portland
City of Portland Depatment of Public Works
Coastal  Carriers, Inc
Coface North America Insurance Company
CoolSeal USA
Corporate Payment Systems
Crosspack, Inc
Crown Lift Trucks
Crow's Nest Property
Cryovac Sealed Air Corporation
Cunningham Security Systems
Curtis Thaxter  LLC
Dead River Company
Doug's Fresh Express
Downeast Energy
Durants Wharf, Inc.
East Coast Seafood, LLC DBA Seatrade International
Equitable Payment Center
F.W Webb Company
F/V Fishin Addiction
F/V Max & Emma
F/V TIMBERWOLF

Fedex Corporation
FFE Transportation Services Inc
Fisherman's Wharf Gloucester
Flores & Associates
Food Prep Solutions
Frederick Safety Services
Freightliner of Maine
Frosty Seas
Galway Transport Inc
Goodyear Commercial Tire & Services
Grainger
Graybar Electric Company, Inc
Guys Locksmith
GWI
Hall Internet Marketing
Hamilton Marine
Harbor Fish Market
Harcros Chemical Inc
Hygiena LLC
Independent Fisheries Limited
Industrial Calibration
Internal Revenue Service
International C Food Inc.,
Intral Worldwide LLC
Ion Networking
IPFS Corporation
JK Marine dba Louisbourg Seafood, Ltd.
Johnson Controls
Katahdin Analytical Services
KCV Trailer Rentals
Key Bank, N.A.
Kyocera
Laitram Machinery INC
Lineage Logistics PFS, LLC
Lineage Logistics, LLC
LITTLE BAY LOBSTER
Logtek Inc
Loma Systems Inc
Maine Department of Agriculture, Conservation & Forestry
Maine Department of marine Resources
Maine Hardware
Maine Marine Supply
Maine Revenue Services
Maine Scale LLC
Marel Inc.
Marine Stewardship Council International Ltd

Massachusetts Port Authority
Matheson Tri-Gas Inc
Matrix Sciences
McMaster-Carr Supply Company
Mechanical Services, Inc
Memic
Mesa Labs
Messer LLC
Mike Hahn
Miner, Ltd.
Modern Pest Services
Multivac
Mutual Of Omaha
NEPW Logistics Inc
New England Kenworth
NHDOT E-Z Pass
Northeast Laboratory Services
Northern Ocean Sea Products LLC dba Northern Ocean Marine
NWD Inc
Packaging Products Corp.
Packedge
Pallet One - Issacson lumber Company
Plastic Supply
PNC EQUIPMENT FINANCE
Portland Fish Exchange
Portland Plastic Pipe
Portland Water District
Power Products Systems
Progressive Scale & Label Systems, LLC
Purdy Powers & COmpany
Pyramid Transport & Cold Storage
Quadient Finance USA, Inc
Retail Services Co.
Robinson's Wharf, Inc.
Ross Industries, Inc.
Ryder Transportation Services
Sea Salt LLC
SEDNA TECHNOLOGIES
Share-ify
South Bristol Fisherman's Co-Op
Staples
Stavis Seafoods LLC
Taylor Lobster Company LLC
Taylor Services, LLC
TCN Holdings, LLC d/b/a ODORITE Co.
TD Bank

The Cote Corporation
TOM RENEHAN
Tom Scola
Tribune Seafood Limited - C/O T65045
Trillium Drivers
Troiano Waste Services, Inc
Ubaldo Chach Julian
Uline
Ultra Source LLC
Unifirst Corporation
United States Department of Commerce - National Marine Fisheries Service
UNITIL
US Cellular
USA Container Freezer & Refrigeration, LLC
VERNO d'EON FISHING SUPPLIES LTD
Vessel Services, Inc.
Village of Tenants Harbor
Vital Delivery Solutions LLC
Volk Packaging Corporation
WD Matthews
Wedgeport Lobsters Limited
Wells Fargo Equipment Finance, Inc.
Wells Fargo Vendor Financial Services, LLC
Whitecap International Seafood Exporters
WNDK Limited Liability Company
Worldwide Perishables Enterprises LLC
WQS, LLC
Wright Express Fleet Services
Zep Manufacturing Co.
Zoro Tools, Inc.

# Casco Bay Lobster

Bangor Savings Bank
Brent Nappi
C.B.S. Lobster & Bait, Inc
Camden National Bank
City of Portland
Dave Dyer
David Johnson
Intact Services USA
Internal Revenue Service
Johnathan Norton
Key Bank, N.A.
Maine Revenue Services
Michael Floyd
Michael Johnson
Russell Langmaid
Seth Mayberry
TD Bank
Vessel Services, Inc.
Village of Tenants Harbor
Wells Fargo Equipment Finance, Inc.

## Art's Lobster

Alan A Post
Alex Ausplund
Bangor Savings Bank
Belinda Anderson
Brendan G. Newell
Camden National Bank
Central Maine Power
Charter Communications
City of Portland
Consolidated Communications
Crown Lift Trucks
Cunningham Security Systems
Dale Carlson
Darrell Olsen
David Hupper
Internal Revenue Service
John Armstong
John Hansen
Key Bank, N.A.
Maine Revenue Services
Maritime Energy
Michael Ames
MIDCOAST MARINE SUPPLY
Ocean Explorer, LLC
Office of the U.S. Attorney
O'Hara Corporation
R & D Trash Removal, Inc.
TD Bank
Tenants Harbor Wharf LLC
Tytan International, LLC
Village of Tenants Harbor
Wells Fargo Equipment Finance, Inc.
William Lunt

**Exhibit 2**
**Biography**

Casey Skovran is a Senior Consultant at Opus Consulting with extensive experience in managing bankruptcies, receiverships, and restructuring processes for various businesses. He specializes in overseeing financial operations and ensuring compliance, providing critical support during distressed situations. As an Outsourced CFO/Controller for small businesses and non-profits, Casey has played an integral role in cash management, forecasting, and optimizing financial reporting systems to enhance operational profitability.

In his role managing a restructuring engagement, Casey has been responsible for financial management, including cash flow, budget forecasting, and financial reporting for distressed entities. He ensures business continuity while safeguarding creditor protection throughout the process as well as improving the relationship with lenders and banking partners. Additionally, Casey has worked closely with legal teams to identify, catalog, and market assets for sale, maximizing value recovery for creditors during the asset sale process.

Another key area of Casey's expertise is ensuring compliance during the bankruptcy process. He handles complex financial reporting, making sure that all necessary legal requirements are met and that the business is in compliance with all requirements.

Beyond his distressed asset work, Casey has developed business valuations to support merger and acquisition analysis, providing crucial financial insights to facilitate corporate transactions. He also manages entire accounting departments and implements new accounting software to streamline financial operations and improve reporting for clients.

Prior to joining Opus, Casey held various positions in accounting and finance with a large multi-national IT corporation, including six years as a project controller.

He earned his MBA from the University of Mary in Bismarck, ND where he also graduated with a B.S. in Mathematics.

Opus Consulting, and their team of professionals, is a full-service business advisory firm with a cross-functional approach to performance management. For over 16 years, they have supported companies from start-up to turnaround, offering management and advisory services to enable long-term growth.

Opus Consulting works with companies before and during bankruptcy to help navigate the complexities of bankruptcy proceedings and develop strategies to address financial and operational challenges. In a bankruptcy scenario, they conduct a thorough analysis of the client's financial situation, including assessing assets, liabilities, cash flow, and debt obligations to determine the feasibility of various options. The team manages the bankruptcy process in coordination with legal counsels, preparing necessary reports, participating in hearings, and assisting with all necessary debt restructuring, creditor negotiations, debtor-in-possession financing, and operational restructuring. This includes development of all reporting schedules, communication plans for internal and external stakeholders, overseeing cashflow management and reporting, and operational management when necessary.