**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Cozy Harbor Seafood, Inc.,<br>Casco Bay Lobster Co., Inc., and<br>Art's Lobster Co., Inc.,<br><br>Debtors | Chapter 11<br>Case No. 25-20160<br>(Jointly Administered) |

## ORDER REQUIRING SUPPLEMENTS TO EMPLOYMENT APPLICATIONS

For their jointly administered chapter 11 cases, the above Debtors have collectively applied for authority to employ: (1) Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN"), as their counsel [Dkt. No. 67]; and (2) Opus Consulting Partners, LLC ("Opus"), as their financial advisor [Dkt. No. 70].   By no later than August 5, 2025, the applications must be supplemented as follows.

1. For each application, the Debtors must file and serve a supplement describing whether BSSN and Opus, respectively, intend to maintain one, or more than one, billing account for services rendered to and expenses incurred by the Debtors in connection with the jointly administered cases.

2. The application to employ BSSN is supported by the sworn declaration of D. Sam Anderson, Esq.   The declaration references attached exhibits—one of which, Exhibit 1, is described as containing a list.   That list, however, is missing from Exhibit 1. As a supplement to the application, the Debtors must refile and serve the declaration, along with its complete exhibits.

After these steps have been completed, the Court will either rule on each application or schedule a hearing to consider it.

Dated: July 22, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine
