UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COZY HARBOR SEAFOOD, INC., | ) | Chapter 11 |
| CASCO BAY LOBSTER CO., INC., | ) | Case No. 25-20160 |
| and ART'S LOBSTER CO., INC., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## LIMITED OBJECTION TO DEBTORS' MOTION FOR AN ORDER AUTHORIZING USE OF CASH COLLATERAL (WITH CERTIFICATE OF SERVICE)

William K. Harrington, the United States Trustee for Region 1, respectfully objects to the Debtors' Motion for Entry of an Order Authorizing the Use of Cash Collateral because the budget provides for payment of certain expenses outside the ordinary course of Debtors' business that must be authorized by separate motion. For example, the Debtors should not be permitted to pay critical vendors ($25,000 budgeted in Week 30) or bankruptcy professionals ($65,000 budgeted in Weeks 36 and 37) absent a separate order of Court. The United States Trustee reserves his right to raise additional objections as appropriate at the hearing set for July 24, 2025.

WHEREFORE, the United States Trustee requests that the Court enter an order sustaining his objection, denying the Debtors' use of cash collateral for non-ordinary course expenses that must be authorized by separate Court order, and

-1-

granting other relief as the Court deems appropriate.

                          Respectfully submitted,

                          WILLIAM K. HARRINGTON
                          UNITED STATES TRUSTEE
                          REGION ONE

Dated: July 22, 2025        By:   */s/ Heather A. Sprague*
                                        Heather A. Sprague BBO# 661541
                                        United States Department of Justice
                                        John W. McCormack Post Office & Courthouse
                                        5 Post Office Square, 10th Floor, Suite 1000
                                        Boston, MA  02109-3934
                                        PHONE:     (617) 788-0404
                                        FAX:           (617) 565-6368
                                        Heather.Sprague@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned certifies that on July 22, 2025, true and correct copies of the foregoing Objection were served via CM/ECF upon the individuals who have filed notices of appearance in the Court's CM/ECF database, including Debtors' counsel below.

                              By:   */s/ Heather A. Sprague*

D. Sam Anderson, Esq.
Email: sanderson@bernsteinshur.com

Adam R. Prescott, Esq.
Email: aprescott@bernsteinshur.com