**Exhibit A**
**Critical Vendor List**

| Debtor | Vendor | Total Critical Vendor Claim | 503(b)(9) Claim (Estimated) | Repayment Terms |
|---|---|---|---|---|
| Art's | John Armstrong | $ 1,380.00 | $ 1,380.00 | |
| Art's | John Hansen | $ 76.77 | $ 76.77 | |
| Art's | David Hupper | $ 332.00 | $ 332.00 | |
| Art's | Paula Lunt | $ 608.17 | $ 608.17 | |
| Art's | Bill Lunt | $ 2,751.35 | $ 2,751.35 | |
| Art's | Brendan Newell | $ 249.75 | $ 249.75 | |
| Art's | Alan Post | $ 434.80 | $ 434.80 | |
| Art's | Arthur Rackliff | $ 1,004.70 | $ 1,004.70 | |
| Casco Bay | Dave Dyer | $ 587.50 | $ 587.50 | |
| Casco Bay | David Johnson | $ 3,871.00 | $ 3,871.00 | |
| Casco Bay | Russell Langmaid | $ 276.50 | $ 276.50 | |
| Casco Bay | Seth Mayberry | $ 5,416.90 | $ 5,416.90 | |
| Casco Bay | Brent Nappi | $ 1,672.15 | $ 1,672.15 | |
| Casco Bay | CBS Bait and Lobster | $ 2,822.50 | $ 2,822.50 | |
| Cozy | F/V Timberwolf | $ 35,163.00 | $ 20,000.00 | $1500/week |
| Cozy | F/V Max & Emma | $ 17,500.00 | $ - | $1500/week |
| Cozy | Fishermans Wharf | $ 22,441.50 | $ - | $2500/week |
| Cozy | Robinsons Wharf | $ 5,670.00 | $ 5,670.00 | |
| Cozy | International C Food Inc | $ 1,462.10 | $ 756.30 | |
| | Total | $ 103,720.69 | $ 47,910.39 | |