**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: | Chapter 11 |
| **COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,** | Case No. 25-20160 |
| | (Jointly Administered) |
| **Debtors.**[1] | |

**ORDER: (I) AUTHORIZING, BUT NOT DIRECTING, DEBTORS TO PAY PREPETITION CLAIMS, INCLUDING SECTION 503(b)(9) CLAIMS, OF CERTAIN CRITICAL VENDORS; AND (II) GRANTING RELATED RELIEF**

Upon consideration of the above-referenced motion [Dkt. No. _____] (the "**Motion**") filed by the Debtors[2] for entry of an order: (i) authorizing, but not directing, the Debtors to pay certain prepetition obligations owed to Critical Vendors; and (ii) granting related relief, all as more fully set forth in the Motion; and this Court having reviewed the Motion and the record in support thereof; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; it is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1.  The Motion is **GRANTED** as set forth herein.

2.  The Debtors are authorized, but not directed, to pay all or part of, and discharge, on a case-by-case basis, the Critical Vendor Claims up to the amounts per Critical Vendor as set forth in **Exhibit A** to the Motion.

3.  As a condition to receiving payment hereunder, the Debtors may require, by written

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Capitalized terms used, but not defined herein, have the meaning ascribed to such terms in the Motion.

agreement, such parties to continue supplying goods and other products to the Debtors in accordance with trade terms at least as favorable to the Debtors as those practices and programs (including credit limits, pricing, cash discounts, timing of payments, allowances, product mix, availability, and other programs) consistent with the parties' ordinary course practice.

4. Nothing herein shall impair or prejudice the Debtors' ability to contest, in their sole discretion, the extent, perfection, priority, validity, or amounts of any claims held by payee.

5. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____

                                                  Michael A. Fagone
United States Bankruptcy Judge
District of Maine