**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

## NOTICE OF EVIDENTIARY CASH COLLATERAL HEARING

Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc. (collectively, the "**Debtors**"), have filed the *Motion for Debtors for Entry of an Order: (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Granting Related Relief; and (IV) Request for Emergency Determination and Limitation of Notice* [Dkt. No. 3] (the "**Cash Collateral Motion**"). On July 24, 2025, the Bankruptcy Court entered its second interim order [Dkt. No. 80] granting the Cash Collateral Motion on an interim basis.

If necessary, the Bankruptcy Court shall conduct an evidentiary hearing regarding the relief sought in the Cash Collateral Motion on **August 14, 2025, at 9:30 a.m.**, at the United States Bankruptcy Court, 537 Congress Street, 2nd Floor, Portland, ME 04101. Anyone who anticipates introducing evidence, appearing as a witness, or cross-examining a witness, may not participate in the evidentiary hearing via telephone.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

Objections to the relief requested in the Cash Collateral Motion being granted on a final basis shall be filed with the Bankruptcy Court and served **on or before August 4, 2025.** If you are not able to access the CM/ECF filing system, your response should be served upon the Court at:

Monica M. Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
MC Smith Federal Building
202 Harlow Street, 3rd Floor
Bangor, Maine 04401

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

- and –

Adam R. Prescott, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Cash Collateral Motion being granted on a final basis and may enter an order granting the requested relief without further notice or hearing.

Dated:   July 24, 2025

    Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Proposed counsel to the Debtors and Debtors in Possession*