# Exhibit 1

## Searched Parties

# Cozy Harbor Seafood

35 UNION LLC
Acadia Insurance
Amato's Sandwich Shops, Inc
AMCS OpCo LLC
Applied Refrigeration Services
Aqua Production Systems
Araho transfer
Arbutus Cove Enterprises
Area 52
Atlantic Coast Seafood, Inc
Atlantic Recycling Equipment
Baader North America Corp.
Bangor Savings Bank
Base
Beaver Enterprises, Inc
Belt Power LLC
Butler Brothers Industrial Supply
Camden National Bank
Cape Ann Seafood Exchange
Cape Bald Packers
Central Maine Power
Channel Fish Processing Co Inc
Chep USA
Cintas
City of Portland
City of Portland Depatment of Public Works
Coastal  Carriers, Inc
Coface North America Insurance Company
CoolSeal USA
Corporate Payment Systems
Crosspack, Inc
Crown Lift Trucks
Crow's Nest Property
Cryovac Sealed Air Corporation
Cunningham Security Systems
Curtis Thaxter  LLC
Dead River Company
Doug's Fresh Express
Downeast Energy
Durants Wharf, Inc.
East Coast Seafood, LLC DBA Seatrade International
Equitable Payment Center
F.W Webb Company
F/V Fishin Addiction
F/V Max & Emma
F/V TIMBERWOLF

Fedex Corporation
FFE Transportation Services Inc
Fisherman's Wharf Gloucester
Flores & Associates
Food Prep Solutions
Frederick Safety Services
Freightliner of Maine
Frosty Seas
Galway Transport Inc
Goodyear Commercial Tire & Services
Grainger
Graybar Electric Company, Inc
Guys Locksmith
GWI
Hall Internet Marketing
Hamilton Marine
Harbor Fish Market
Harcros Chemical Inc
Hygiena LLC
Independent Fisheries Limited
Industrial Calibration
Internal Revenue Service
International C Food Inc.,
Intral Worldwide LLC
Ion Networking
IPFS Corporation
JK Marine dba Louisbourg Seafood, Ltd.
Johnson Controls
Katahdin Analytical Services
KCV Trailer Rentals
Key Bank, N.A.
Kyocera
Laitram Machinery INC
Lineage Logistics PFS, LLC
Lineage Logistics, LLC
LITTLE BAY LOBSTER
Logtek Inc
Loma Systems Inc
Maine Department of Agriculture, Conservation & Forestry
Maine Department of marine Resources
Maine Hardware
Maine Marine Supply
Maine Revenue Services
Maine Scale LLC
Marel Inc.
Marine Stewardship Council International Ltd

Massachusetts Port Authority
Matheson Tri-Gas Inc
Matrix Sciences
McMaster-Carr Supply Company
Mechanical Services, Inc
Memic
Mesa Labs
Messer LLC
Mike Hahn
Miner, Ltd.
Modern Pest Services
Multivac
Mutual Of Omaha
NEPW Logistics Inc
New England Kenworth
NHDOT E-Z Pass
Northeast Laboratory Services
Northern Ocean Sea Products LLC dba Northern Ocean Marine
NWD Inc
Packaging Products Corp.
Packedge
Pallet One - Issacson lumber Company
Plastic Supply
PNC EQUIPMENT FINANCE
Portland Fish Exchange
Portland Plastic Pipe
Portland Water District
Power Products Systems
Progressive Scale & Label Systems, LLC
Purdy Powers & COmpany
Pyramid Transport & Cold Storage
Quadient Finance USA, Inc
Retail Services Co.
Robinson's Wharf, Inc.
Ross Industries, Inc.
Ryder Transportation Services
Sea Salt LLC
SEDNA TECHNOLOGIES
Share-ify
South Bristol Fisherman's Co-Op
Staples
Stavis Seafoods LLC
Taylor Lobster Company LLC
Taylor Services, LLC
TCN Holdings, LLC d/b/a ODORITE Co.
TD Bank

The Cote Corporation
TOM RENEHAN
Tom Scola
Tribune Seafood Limited - C/O T65045
Trillium Drivers
Troiano Waste Services, Inc
Ubaldo Chach Julian
Uline
Ultra Source LLC
Unifirst Corporation
United States Department of Commerce - National Marine Fisheries Service
UNITIL
US Cellular
USA Container Freezer & Refrigeration, LLC
VERNO d'EON FISHING SUPPLIES LTD
Vessel Services, Inc.
Village of Tenants Harbor
Vital Delivery Solutions LLC
Volk Packaging Corporation
WD Matthews
Wedgeport Lobsters Limited
Wells Fargo Equipment Finance, Inc.
Wells Fargo Vendor Financial Services, LLC
Whitecap International Seafood Exporters
WNDK Limited Liability Company
Worldwide Perishables Enterprises LLC
WQS, LLC
Wright Express Fleet Services
Zep Manufacturing Co.
Zoro Tools, Inc.

# Casco Bay Lobster

Bangor Savings Bank
Brent Nappi
C.B.S. Lobster & Bait, Inc
Camden National Bank
City of Portland
Dave Dyer
David Johnson
Intact Services USA
Internal Revenue Service
Johnathan Norton
Key Bank, N.A.
Maine Revenue Services
Michael Floyd
Michael Johnson
Russell Langmaid
Seth Mayberry
TD Bank
Vessel Services, Inc.
Village of Tenants Harbor
Wells Fargo Equipment Finance, Inc.

# Art's Lobster

Alan A Post
Alex Ausplund
Bangor Savings Bank
Belinda Anderson
Brendan G. Newell
Camden National Bank
Central Maine Power
Charter Communications
City of Portland
Consolidated Communications
Crown Lift Trucks
Cunningham Security Systems
Dale Carlson
Darrell Olsen
David Hupper
Internal Revenue Service
John Armstong
John Hansen
Key Bank, N.A.
Maine Revenue Services
Maritime Energy
Michael Ames
MIDCOAST MARINE SUPPLY
Ocean Explorer, LLC
Office of the U.S. Attorney
O'Hara Corporation
R & D Trash Removal, Inc.
TD Bank
Tenants Harbor Wharf LLC
Tytan International, LLC
Village of Tenants Harbor
Wells Fargo Equipment Finance, Inc.
William Lunt