**Exhibit 2**

**Biographies of BSSN Professionals and Paraprofessionals**

**D. SAM ANDERSON**

Sam Anderson is a shareholder and co-chair of BSSN's Business Restructuring & Insolvency Practice Group. Sam's practice focuses primarily on representing debtors in Chapter 11 reorganization proceedings. Sam's practice has focused most recently on representing both paper mills and real estate holding companies in chapter 11, including debtors in single asset real estate cases, and representing companies in the hospitality industry through reorganizations and asset sales.

Additionally, Sam has considerable experience working on individual Chapter 11 reorganizations. He has extensive experience representing creditors in Chapter 11 proceedings, including representing landlords as creditors in these proceedings. Sam has a wide range of experience in representing clients in pre-bankruptcy and bankruptcy related matters, including representing clients in valuation disputes, preference litigation, fraudulent transfer litigation, stay relief, assets sales under the Bankruptcy Code, plan confirmation and other matters arising under bankruptcy law. He also has experience representing plaintiffs and defendants in commercial litigation in both state and federal courts.

**ADAM PRESCOTT**

Adam is a member of Bernstein Shur's Business Restructuring and Insolvency Practice Group. Adam's experience includes chapter 11 reorganizations and asset sales and acquisitions, as well as other bankruptcy-related matters, including preference litigation, claim objections, cash collateral and adequate protection disputes, relief from stay litigation, and numerous other areas of bankruptcy law and litigation. As part of his bankruptcy practice, Adam regularly appears in court to represent clients, and he also frequently drafts motions, objections, and other pleadings for clients, including in bankruptcy appeals before the U.S. District Court for the District of Maine and the First Circuit Court of Appeals. In addition to his bankruptcy practice, Adam maintains a diverse litigation and appellate practice, which has included representing clients in federal and state courts across the country.

Adam earned his J.D. from the William & Mary School of Law, and his B.S. in Economics from Trinity College in Hartford, Connecticut. After law school, Adam clerked for the Honorable Rudolph Contreras at the United States District Court for the District of Columbia. Prior to joining Bernstein Shur, Adam worked as a Senior Associate at WilmerHale in Washington, D.C.

**KATE FLYNN**

Kate Flynn is a paralegal trainee in the Business Restructuring and Insolvency Practice Group. Kate joined Bernstein Shur in June 2025.