**Fill in this information to identify the case:**

Debtor name ___Cozy Harbor Seafood, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF MAINE___

Case number (if known) ___25-20160___

☒ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒ Amended *Schedule* ___D, E/F, H___
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/28/2025___

_____
Signature of individual signing on behalf of debtor

___John Norton___
Printed name

___Authorized Party___
Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Cozy Harbor Seafood, Inc.

United States Bankruptcy Court for the: District of Maine

Case number (If known): 25-20160

☒ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim | Column B Value of collateral that supports this claim |
|---|---|---|
| | Do not deduct the value of collateral. | |

**2.1**

Creditor's name: Camden National Bank

Describe debtor's property that is subject to a lien: Specific parts and equipment set forth in loan documents.

Column A: $ 323,855.00
Column B: $ 469,518.00

Creditor's mailing address: 2 Elm Street, Camden, ME 04843

Describe the lien: Security agreement,

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Creditor's email address, if known:

Date debt was incurred:

Last 4 digits of account number:

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Creditor's name: Key Bank NA

Describe debtor's property that is subject to a lien: Cash on Hand, Accounts Receivable, Inventory

Column A: $4,901,241.00
Column B: $6,745,898.69

Creditor's mailing address: One Canal Plaza, 3rd Floor, Portland, ME 04101

Describe the lien: Security agreement,

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Creditor's email address, if known:

Date debt was incurred:

Last 4 digits of account number:

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ 5,225,096.00

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) 25-20160 |
|---|---|---|
| | Name | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Roger Clement<br>One Portland Square<br>10th Floor<br>Portland, ME, 04102 | Line 2. 2 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Cozy Harbor Seafood, Inc. |
| United States Bankruptcy Court for the: | District of Maine |
| Case number (if known) | 25-20160 |

☒ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Atlantic Coast Seafood, Inc.<br>42-44 Boston Fish Pier<br>Boston, MA 02210<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Products/Inventory<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ 36,903.96 | $ 16,665.91 |
| **2.2** | **Priority creditor's name and mailing address**<br>Base Seafood Auction<br>62 Hassey Street<br>New Bedford, MA 02740<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Product/Inventory<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ 25,246.80 | $ 10,227.00 |
| **2.3** | **Priority creditor's name and mailing address**<br>Beaver Enterprises, Inc.<br>204 Park Street<br>Rockland, ME 04841<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Product/Inventory<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $ 3,024.00 | $ 1,209.60 |

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

Belt Power LLC
2197 Canton Road
Suite 208
Marietta, GA 30066

Total claim: $ 3,195.44     Priority amount: $ 2,243.77

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
Product/Inventory

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

Butler Brothers Industrial Supply
2001 Lisbon Street
Lewiston, ME 04240

Total claim: $ 17,919.38     Priority amount: $ 8,247.82

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
Product/Inventory

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address

Cape Ann Seafood Exchange
P.O. Box 4776
Dept #100
Houston, TX 77210-4776

Total claim: $ 17,503.85     Priority amount: $ 5,009.52

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
Product/Inventory

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.7** Priority creditor's name and mailing address

Channel Fish Processing Co., Inc.
200 Commerce Drive
Braintree, MA 02184

Total claim: $ 38,588.70     Priority amount: $ 30,953.70

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Basis for the claim:**
Product/Inventory

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Cozy Harbor Seafood, Inc.
        Name

Case number (if known)  25-20160

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.8**  **Priority creditor's name and mailing address**
Chep USA
15226 Collection Center Dr.
Chicago, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Total claim: $ 606.58
Priority amount: $ 606.58

---

**2.9**  **Priority creditor's name and mailing address**
CoolSeal USA
232 J Street
Perrysburg, OH 43551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Total claim: $ 25,108.00
Priority amount: $ 7,604.00

---

**2.10**  **Priority creditor's name and mailing address**
Cryovac Sealed Air Corporation
2415 Cascade Pointe Blvd
Charlotte, NC 28208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Total claim: $ 9,162.21
Priority amount: $ 6,362.09

---

**2.11**  **Priority creditor's name and mailing address**
East Coast Seafood, LLC
10 North Front Street
New Bedford, MA 02740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Total claim: $ 1,374,780.00
Priority amount: $ 863,980.00

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) | 25-20160 |
|---|---|---|---|
| | Name | | |

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.12  Priority creditor's name and mailing address**
Employees
75 St. John Street
Portland, ME 04102

Total claim: $ 0.00
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13  Priority creditor's name and mailing address**
F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

Total claim: $ 760.02
Priority amount: $ 473.97

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Basis for the claim:**
Product/Inventory

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14  Priority creditor's name and mailing address**
F/V TIMBERWOLF
114 MacArthur Drive
New Bedford, MA 02740

Total claim: $ 35,163.00
Priority amount: $ 20,000.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Basis for the claim:**
Product/Inventory

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.15  Priority creditor's name and mailing address**
Grainger
Dept. 808682348
Palatine, IL 60038-0001

Total claim: $ 3,322.02
Priority amount: $ 1,146.70

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Basis for the claim:**
Product/Inventory

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* 25-20160 |
| --- | --- | --- |
| | Name | |

**Part 1.** Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.16** Priority creditor's name and mailing address

Harcros Chemical Inc
P.O. Box 74583
Chicago, IL 60696

$ 996.80          $ 700.80

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.17** Priority creditor's name and mailing address

JAMISON DOOR COMPANY
55 Jv Jamison Drive
Hagerstown, MD 21740

$ 1,236.82        $ 1,236.82

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.18** Priority creditor's name and mailing address

Maine Hardware
274 St John Street
Portland, ME 04102

$ 994.81          $ 307.40

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.19** Priority creditor's name and mailing address

Maine Marine Supply
416 Commercial Street
Portland, ME 04101

$ 1,644.06        $ 534.62

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Inventory

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) 25-20160 |
| | Name | |

<table>
<tr><td style="background:black;color:white">**Part 1.**</td><td>**Additional Page**</td></tr>
</table>

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.20** Priority creditor's name and mailing address
Messer LLC
P.O. Box 731114
Dallas, TX 75373-1114

Total claim: $ 35,007.71    Priority amount: $ 14,885.84

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.21** Priority creditor's name and mailing address
Northern Ocean Sea Products LLC
7 Parker Street
2nd Floor
Gloucester, MA 01930

Total claim: $ 284,244.69    Priority amount: $ 73,577.66

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.22** Priority creditor's name and mailing address
Packaging Products Corp
P.O. Box 697
Wilmington, MA 01887

Total claim: $ 3,103.20    Priority amount: $ 1,163.70

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

**2.23** Priority creditor's name and mailing address
Packedge
955 Portland Road
Saco, ME 04072-9675

Total claim: $ 95,082.41    Priority amount: $ 42,554.44

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product/Inventory

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

---

Debtor    Cozy Harbor Seafood, Inc.                    Case number *(if known)*  25-20160
          Name

| Part 1. | Additional Page |

| | | Total claim | Priority amount |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

---

**2.24** Priority creditor's name and mailing address
Pallet One
P.O. Box L
Livermore Falls, ME 04254

Total claim $13,043.94    Priority amount $13,043.94

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Basis for the claim:
Product/Inventory

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address
Retail Services Co.
2108 West Broadway
Unit A
South Portland, ME 04106

Total claim $11,394.74    Priority amount $6,873.95

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Basis for the claim:
Product/Inventory

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.26** Priority creditor's name and mailing address
Robinson's Wharf, Inc.
20 Hendricks Hill Road
Southport, ME 04576

Total claim $5,670.00    Priority amount $3,510.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Basis for the claim:
Product/Inventory

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.27** Priority creditor's name and mailing address
Sea Salt LLC
660 Main Street
Saco, ME 04072

Total claim $72,688.50    Priority amount $42,538.50

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Basis for the claim:
Product/Inventory

Is the claim subject to offset?
☐ No
☑ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* 25-20160 |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.28** Priority creditor's name and mailing address

South Bristol Fisherman's Co-Op
P.O. Box 63
South Bristol, ME 04568-0063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Product/Inventory

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 36.00    Priority amount: $ 36.00

---

**2.29** Priority creditor's name and mailing address

Staples
P.O. Box 70242
Philadelphia, PA 19176-2122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Product/Inventory

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 264.29    Priority amount: $ 136.71

---

**2.30** Priority creditor's name and mailing address

Tribune Seafood Limited
P.O. Box 55811
Boston, MA 02205-5811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Product/Inventory

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 17,834.50    Priority amount: $ 17,177.50

---

**2.31** Priority creditor's name and mailing address

Volk Packaging Corporation
11 Morin Street
Biddeford, ME 04005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**

Product/Inventory

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 40,761.82    Priority amount: $ 17,466.54

---

Debtor  Cozy Harbor Seafood, Inc.
Name

Case number *(if known)* 25-20160

---

**Part 1.** Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.** _32_  **Priority creditor's name and mailing address**

Zoro Tools, Inc.
P.O. Box 5233
Janesville, WI 53547-5233

Total claim: $ 1,164.95    Priority amount: $ 415.08

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Product/Inventory
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

☑ No
☐ Yes

---

**2.** ____  **Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

☐ No
☐ Yes

---

**2.** ____  **Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

☐ No
☐ Yes

---

**2.** ____  **Priority creditor's name and mailing address**

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

☐ No
☐ Yes

---

Debtor _____Cozy Harbor Seafood, Inc._____    Case number *(if known)*___25-20160___
       Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
35 UNION LLC
P.O. Box 389
Portland, ME 04101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 23,535.65

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Acadia Insurance
P.O. Box 9010
Westbrook, ME 04098

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 27,787.00

**Basis for the claim:**      Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Allegiance Trucks
351 North Street
Saco, ME 04072

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 228.50

**Basis for the claim:**      Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Amato's Sandwich Shops, Inc.
312 Saint John Street
2nd Floor
Portland, ME 04102

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50.26

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
AMCS OpCo LLC
292 Centennial Road
Toledo, OH 43617

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,027.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Anthem Blue Cross Blue Shield

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,239.04

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Cozy Harbor Seafood, Inc.
        Name

Case number (if known) 25-20160

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Applied Refrigeration Services
7C Commons Ave
Windham, ME 04062

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 6,508.26

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Aqua Production Systems
4036 Gairloch Rd
Union Center, Nova Scotia Canada B0K1S0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,019.57

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Araho Transfer
7 Fid Kennedy Ave
Boston, MA 02210

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,113.03

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Arbutus Cove Enterprises
650 Herald Street
Victoria, BC - Canada

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 68,558.05

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Arche Advisors

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,912.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Cozy Harbor Seafood, Inc.                           Case number *(if known)*  25-20160
      Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.12**   **Nonpriority creditor's name and mailing address**

Area 52
163 Zack Rd
Lustes Mountain, NB-Canada E1G2V1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 39,048.30

---

**3.13**   **Nonpriority creditor's name and mailing address**

Atlantic Coast Seafood Inc.
42-44 Boston Fish Pier
Boston, MA 02210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 36,903.96

---

**3.14**   **Nonpriority creditor's name and mailing address**

Atlantic Recycling Equipment
13 Jessie Doe Road
Rollinsford, NH 03869

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,011.50

---

**3.15**   **Nonpriority creditor's name and mailing address**

Baader North America Corp.
505 Hwy. 82 W
Suite A
Indianola, MS 38751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 8,697.12

---

**3.16**   **Nonpriority creditor's name and mailing address**

Base Seafood Auction
62 Hassey Street
New Bedford, MA 02740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 25,246.80

| Debtor | Cozy Harbor Seafood, Inc. | | Case number *(if known)* | 25-20160 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **17**   **Nonpriority creditor's name and mailing address**

Beaver Enterprises, Inc.
204 Park Street
Rockland, ME 04841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,024.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** **18**   **Nonpriority creditor's name and mailing address**

Belt Power, LLC
2197 Canton Road
Suite 208
Marietta, GA 30066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,195.44

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** **19**   **Nonpriority creditor's name and mailing address**

Butler Brothers Industrial Supply
2001 Lisbon Street
Lewiston, ME 04240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,919.38

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** **20**   **Nonpriority creditor's name and mailing address**

Camden National Bank
2 Elm Street
Camden, ME 04843

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35,774.56

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** **21**   **Nonpriority creditor's name and mailing address**

Cape Ann Seafood Exchange
c/o Sallyport Commercial Finance, P.O. Box 4776
Dept #100
Houston, TX 77210-4776

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,503.85

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* | 25-20160 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22 Nonpriority creditor's name and mailing address**

Cape Bald Packers
2618 Acadie Road
Cap-Pele NB - Canada E4N1E3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 206,000.00

---

**3.23 Nonpriority creditor's name and mailing address**

Central Maine Power
P.O. Box 847810
Boston, MA 02284-7810

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,565.73

---

**3.24 Nonpriority creditor's name and mailing address**

Channel Fish Processing Co. Inc.
200 Commerce Drive
Braintree, MA 02184

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 38,588.70

---

**3.25 Nonpriority creditor's name and mailing address**

Cintas
P.O. Box 631025
Cincinnati, OH 45263-1025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 405.12

---

**3.26 Nonpriority creditor's name and mailing address**

City of Portland
P.O. Box 544
389 Congress Street
Portland, ME 04112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 694.50

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* | 25-20160 |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** **Nonpriority creditor's name and mailing address**

Coface North American Insurance Company
P.O. Box 70280
Lockbox 10116
Philadelphia, PA 19176-0280

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 134.72

---

**3.28** **Nonpriority creditor's name and mailing address**

CoolSeal USA
232 J Street
Perrysburg, OH 43551

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,108.00

---

**3.29** **Nonpriority creditor's name and mailing address**

Crosspack, Inc.
2 Alden Lane
Scarborough, ME 04074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,350.22

---

**3.30** **Nonpriority creditor's name and mailing address**

Crow's Nest Property
7 Wright Way
Falmouth, ME 04105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,269.42

---

**3.31** **Nonpriority creditor's name and mailing address**

Crown Lift Trucks
165 Innovation Way
Scarborough, ME 04074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,494.38

---

Debtor    Cozy Harbor Seafood, Inc.                                    Case number (if known)    25-20160
        Name

| **Part 2:** | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 32   **Nonpriority creditor's name and mailing address**

Cryovac Sealed Air Corporation
2415 Cascade Pointe Blvd
Charlotte, NC 28208

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 9,162.21

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 33   **Nonpriority creditor's name and mailing address**

Cunningham Security Systems
325 US Route 1
Falmouth, ME 04105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,014.10

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 34   **Nonpriority creditor's name and mailing address**

Curtis Thaxter, LLC
200 Middle Street
Suite 1001
Portland, ME 04101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 24,634.50

**Is the claim subject to offset?**
☐ No
☒ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 35   **Nonpriority creditor's name and mailing address**

Dead River Company
P.O. Box 467
Scarborough, ME 04070-0467

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,941.23

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 36   **Nonpriority creditor's name and mailing address**

Doug's Fresh Express
91 Spring View Drive
Lynn, MA 01904

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 212.52

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Cozy Harbor Seafood, Inc.
           Name

Case number (if known)    25-20160

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37  Nonpriority creditor's name and mailing address**

East Coast Seafood, LLC
10 North Front Street
New Bedford, MA 02740

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,374,780.00

---

**3.38  Nonpriority creditor's name and mailing address**

Equitable Payment Center
P.O. Box 371405
Pittsburgh, PA 1520-7405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,643.00

---

**3.39  Nonpriority creditor's name and mailing address**

F.W. Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 760.02

---

**3.40  Nonpriority creditor's name and mailing address**

F/V Max & Emma
114 MacArthur Drive
New Bedford

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 17,500.00

---

**3.41  Nonpriority creditor's name and mailing address**

F/V TIMBERWOLF
114 MacArthur Drive
New Bedford, MA 02740

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 35,163.00

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* 25-20160 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

FedEx
P.O. Box 371461
Pittsburgh, PA 1520-7461

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,419.57

---

**3.43** Nonpriority creditor's name and mailing address

FFE Transportation Services, Inc.
P.O. Box 847576
Dallas, TX 75284-7576

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 917.51

---

**3.44** Nonpriority creditor's name and mailing address

Finance Authority of Maine
5 Community Drive
Suite 102
Augusta, ME 04330

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 337,500.00

---

**3.45** Nonpriority creditor's name and mailing address

Fisherman's Wharf Gloucester
37 Rogers Street
Gloucester 01930

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22,441.50

---

**3.46** Nonpriority creditor's name and mailing address

Flores & Associates
P.O. Box 63238
Charlotte, NC 28263-3238

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 93.75

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* | 25-20160 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 47  **Nonpriority creditor's name and mailing address**

Food Prep Solutions
P.O. Box 4777
Stamford, CT 06907

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 409.39

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 48  **Nonpriority creditor's name and mailing address**

Frederick Safety Services
32 Grove Street
Portland, ME 04112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 351.20

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 49  **Nonpriority creditor's name and mailing address**

Freightliner of Maine
422 Perry Road
Bangor, ME 04401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,122.41

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 50  **Nonpriority creditor's name and mailing address**

Galway Transport, Inc.
P.O. Box 419
Kennebunk, ME 04112-0389

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,477.69

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 51  **Nonpriority creditor's name and mailing address**

Grainger
DEPT. 808682348
Palatine, IL 60038-0001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,322.02

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Cozy Harbor Seafood, Inc.
          Name

          Case number *(if known)*    25-20160

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **52**  **Nonpriority creditor's name and mailing address**

Graybar Electric Company, Inc.
P.O. Box 414426
Boston, MA 02241-4428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 300.57

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **53**  **Nonpriority creditor's name and mailing address**

Hall Internet Marketing
10 Mill Brook Road
Unit 1
Saco, ME 04072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 849.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **54**  **Nonpriority creditor's name and mailing address**

Hamilton Marine
155 E. Main Street
Searsport, ME 04974

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 170.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **55**  **Nonpriority creditor's name and mailing address**

Harbor Fish Market
9 Custom House Wharf
Portland, ME 04101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 242.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **56**  **Nonpriority creditor's name and mailing address**

Harcros Chemical, Inc.
P.O. Box 74583
Chicago, IL 60696

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 996.80

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Cozy Harbor Seafood, Inc.
_____
Name

Case number (if known)  25-20160
_____

| **Part 2:** | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** **57**  Nonpriority creditor's name and mailing address

Hygenia, LLC
941 Avenida Acaso
Camarillo, CA 93012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,436.96

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **58**  Nonpriority creditor's name and mailing address

Independent Fisheries Limited
1271 Little Harbour Road
Comp 2, Box 9
Sable River, Nova Scotia, B0T1V0, Canada

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 99,622.48

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **59**  Nonpriority creditor's name and mailing address

Industrial Calibration
71C Pine Road
Hudson, NH 03051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,415.78

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **60**  Nonpriority creditor's name and mailing address

International C Food, Inc.
P.O. Box E - South Station
Fall River, MA 02724

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,462.10

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **61**  Nonpriority creditor's name and mailing address

Intral Worldwide, LLC
ATTN: Dean Scribner
1900 Crown Colony, Ste 407
Quincy, MA 02169

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,725.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   Cozy Harbor Seafood, Inc.
         Name

                                                      Case number (if known)   25-20160

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 62 **Nonpriority creditor's name and mailing address**

Ion Networking
1 Perry Hawkes Road
Windham, ME 04062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,767.34

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 63 **Nonpriority creditor's name and mailing address**

J.K. Marine dba Lousibourg Seafood Ltd
P.O. Box 5609
Louisbourg, NS-Canada B1C1B5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 803,400.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 64 **Nonpriority creditor's name and mailing address**

Johnson Controls
DEPT. CH 10320
Palatine, IL 60055-0320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,914.96

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 65 **Nonpriority creditor's name and mailing address**

Katahdin Analytical Services
P.O. Box 540
Scarborough, ME 04070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,449.00

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 66 **Nonpriority creditor's name and mailing address**

KCV Trailer Rentals
127 Pleasant Hill Road
Scarborough, ME 04074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,491.60

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor ___Cozy Harbor Seafood, Inc._____    Case number _(if known)___25-20160_____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.⁶⁷  Nonpriority creditor's name and mailing address**

Kyocera
55 Bradly Drive
Westbrook, ME 04092

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 528.64

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.⁶⁸  Nonpriority creditor's name and mailing address**

Laitram Machinery, Inc.
P.O. Box 730443
Dallas, TX 75373-0443

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 3,144.08

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.⁶⁹  Nonpriority creditor's name and mailing address**

Lineage Logistics PFS, LLC
P.O. Box 734938
Dallas, TX 75373

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 34,079.23

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.⁷⁰  Nonpriority creditor's name and mailing address**

Lineage Logistics, LLC
P.O. Box 974647
Dallas, TX 75397

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 62.04

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.⁷¹  Nonpriority creditor's name and mailing address**

Logtek, Inc.
P.O. Box 744889
Atlanta, GA 30384-4889

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 5,506.20

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Cozy Harbor Seafood, Inc. | Case number (if known) | 25-20160 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **72** **Nonpriority creditor's name and mailing address**

Loma Systems, Inc.
39425 Treasury Center
Chicago, IL 60694-9400

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,474.76

---

**3.** **73** **Nonpriority creditor's name and mailing address**

MA Division of Marine Fisheries
30 Emerson Avenue
Gloucester, MA 01930

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 260.00

---

**3.** **74** **Nonpriority creditor's name and mailing address**

Maine Hardware
274 Saint John Street
Portland, ME 04102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 994.81

---

**3.** **75** **Nonpriority creditor's name and mailing address**

Maine Marine Supply
416 Commercial Street
Portland, ME 04101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,644.06

---

**3.** **76** **Nonpriority creditor's name and mailing address**

Maine Scale, LLC
4 Washington Street North
Auburn, ME 04210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,722.27

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.⁷⁷ Nonpriority creditor's name and mailing address**

Marel Inc.
1024 Airport Parkway
Gainesville, GA 30501

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,875.37

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.⁷⁸ Nonpriority creditor's name and mailing address**

Marine Stewardship Council International Ltd
1 Snow Hill
Marine House
London, England EC1A2DH

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 267.18

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.⁷⁹ Nonpriority creditor's name and mailing address**

Mark White Fractional Cfo
110 Roaring Brook
Portland, ME 04103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,450.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.⁸⁰ Nonpriority creditor's name and mailing address**

Matheson Tri-Gas Inc.
P.O. Box 347297
Pittsburgh, PA 15251-4297

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 136.28

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.⁸¹ Nonpriority creditor's name and mailing address**

Matrix Sciences International, Inc.
1061 Feehanville Dr
Mount Prospect, IL 60056

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,731.08

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Cozy Harbor Seafood, Inc.    Case number *(if known)*    25-20160
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** **82**    **Nonpriority creditor's name and mailing address**

McMaster-Carr Supply Company
P.O. Box 7690
Chicago, IL 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 9,226.60

---

**3.** **83**    **Nonpriority creditor's name and mailing address**

Mechanical Services, Inc
400 Presumpscot Street
Portland, ME 04103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 33,359.21

---

**3.** **84**    **Nonpriority creditor's name and mailing address**

Memic
P.O. Box 6900
Lewiston, ME 04243-6900

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 17,668.20

---

**3.** **85**    **Nonpriority creditor's name and mailing address**

Messer LLC
P.O. Box 731114
Dallas, TX 75373-1114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 35,007.71

---

**3.** **86**    **Nonpriority creditor's name and mailing address**

Miner Ltd
18 Willey Road
Saco, ME 04072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 429.33

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* | 25-20160 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **87**   **Nonpriority creditor's name and mailing address**

Modern Pest Services
100 Pleasant Street
Brunswick, ME 04011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 491.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **88**   **Nonpriority creditor's name and mailing address**

Mutual of Omaha
Payment Processing Center
P.O. Box 2147
Omaha, NE 68103-2147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 217.71

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **89**   **Nonpriority creditor's name and mailing address**

NEPW Logistics Inc
70 Quarry Road
Portland, ME 04103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 24,578.41

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **90**   **Nonpriority creditor's name and mailing address**

New England Kenworth
42 Wallace Avenue
South Portland, ME 04106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 8,052.01

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** **91**   **Nonpriority creditor's name and mailing address**

New York Life Insurance Company
P.O. Box 130539
Dallas, TX 75313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 414.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor ___Cozy Harbor Seafood, Inc._____    Case number _(if known)___25-20160_____
        Name

---

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.92  Nonpriority creditor's name and mailing address**

Northeast Delta Dental
One Delta Drive
P.O. Box 2002
Concord, NH 03302-2002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

$ 278.86

---

**3.93  Nonpriority creditor's name and mailing address**

Northern Ocean Sea Products LLC
7 Parker Street
2nd Floor
Gloucester, MA 01930

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

$ 284,244.69

---

**3.94  Nonpriority creditor's name and mailing address**

NWD Inc
P.O. Box 50821
New Bedford, MA 02745

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

$ 121.50

---

**3.95  Nonpriority creditor's name and mailing address**

Office of the Attorney General, Commonwealth of Massachusetts
One Ashburton Place
18th Floor
Boston, MA 02108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

$ 2.20

---

**3.96  Nonpriority creditor's name and mailing address**

Packaging Products Corp
P.O. Box 697
Wilmington, MA 01887

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

$ 3,103.20

---

Debtor Cozy Harbor Seafood, Inc.
Name

Case number (if known) 25-20160

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** Nonpriority creditor's name and mailing address

Packedge
955 Portland Road
Saco, ME 04072-9675

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 95,082.41

**3.98** Nonpriority creditor's name and mailing address

Pallet One
P.O. Box L
Livermore Falls, ME 04254

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13,043.94

**3.99** Nonpriority creditor's name and mailing address

PNC Equipment Finance
655 Business Center Drive
Suite 250
Horsham, PA 19044

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,156.35

**3.100** Nonpriority creditor's name and mailing address

Portland Fish Exchange
6 Portland Fish Pier
Portland, ME 04101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 27,203.00

**3.101** Nonpriority creditor's name and mailing address

Portland Plastic Pipe
444 Lincoln Street Extension
South Portland, ME 04106

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 394.37

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* | 25-20160 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 102    **Nonpriority creditor's name and mailing address**

Portland Water District
225 Douglass Street
P.O. Box 3553
Portland, ME 04101

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 14,756.12

---

**3.** 103    **Nonpriority creditor's name and mailing address**

Power Products Systems
90 Bay State Road
Wakefield, MA 01880

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 2,605.70

---

**3.** 104    **Nonpriority creditor's name and mailing address**

Progressive Scale & Label Systems, LLC
P.O. Box 587
Bethel, CT 06801

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 3,844.33

---

**3.** 105    **Nonpriority creditor's name and mailing address**

Pyramid Transport & Cold Storage
100 S. Law Street
Bridgeville, DE 19933

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 550.00

---

**3.** 106    **Nonpriority creditor's name and mailing address**

Quadient Finance USA, Inc.
P.O. Box 6813
Carol Stream, IL 60197-6813

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 248.78

---

Debtor _____
Cozy Harbor Seafood, Inc.
       Name

Case number *(if known)* ___25-20160___

---

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 107  **Nonpriority creditor's name and mailing address**

Quadient Leasing USA, Inc.
P.O. Box 6813
Carol Stream, IL 60197-6030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 208.71

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 108  **Nonpriority creditor's name and mailing address**

Retail Services Co.
2108 West Broadway
Unit A
South Portland, ME 04106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,394.74

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 109  **Nonpriority creditor's name and mailing address**

Robinson's Wharf, Inc.
20 Hendricks Hill Road
Southport, ME 04576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,670.00

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 110  **Nonpriority creditor's name and mailing address**

Ross Industries, Inc.
P.O. Box 677817
Dallas, TX 75267-7817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,295.37

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 111  **Nonpriority creditor's name and mailing address**

Sea Salt LLC
660 Main Street
Saco, ME 04072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 72,688.50

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☐ No
☒ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor     Cozy Harbor Seafood, Inc.                                    Case number (if known) 25-20160
            Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

| | Amount of claim |

---

**3.** 112  **Nonpriority creditor's name and mailing address**

Secretary of State
148 State House Station
Augusta, ME 04333

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,626.40

---

**3.** 113  **Nonpriority creditor's name and mailing address**

SEDNA TECHNOLOGIES
27 Parker Street
Suite 12251
Dartmouth, NS - Canada, B2Y 4T5

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,898.00

---

**3.** 114  **Nonpriority creditor's name and mailing address**

Staples
P.O. Box 70242
Philadelphia, PA 19176-0242

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 264.29

---

**3.** 115  **Nonpriority creditor's name and mailing address**

Stavis Seafoods LLC
P.O. Box 712122
Philadelphia, PA 19171-2122

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 13,098.52

---

**3.** 116  **Nonpriority creditor's name and mailing address**

Taylor Lobster Company LLC
32 Route 236
Kittery, ME 03904

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 2,160.00

---

Debtor _____  Case number _(if known)_ ___25-20160____
       Cozy Harbor Seafood, Inc.
      Name

Case 25-20160   Doc 97   Filed 07/29/25   Entered 07/29/25 16:36:19   Desc Main
Document      Page 36 of 42

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 117  **Nonpriority creditor's name and mailing address**

Taylor Services LLC
16 Westview Drive
Raymond, ME 04071

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 880.00

---

**3.** 118  **Nonpriority creditor's name and mailing address**

TCN Holdings, LLC d/b/a ODORITE Co.
5 Wallace Avenue
Bldg 2
South Portland, ME 04106

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 319.24

---

**3.** 119  **Nonpriority creditor's name and mailing address**

The Cote Corporation
2980 Hotel Road
P.O. Box 1418
Auburn, ME 04211-1418

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 6,775.13

---

**3.** 120  **Nonpriority creditor's name and mailing address**

Tom Renehan
11 Winter Street
Yarmouth, ME 04096

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 500.00

---

**3.** 121  **Nonpriority creditor's name and mailing address**

Tom Scola
36 Eastern Ave
Gloucester, MA 01930

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 770.00

Debtor    Cozy Harbor Seafood, Inc.
Name

Case number *(if known)* 25-20160

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 122  **Nonpriority creditor's name and mailing address**

Tribune Seafood Limited
P.O. Box 55811
Boston, MA 02205-5811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,834.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 123  **Nonpriority creditor's name and mailing address**

Trillium Drivers
P.O. Box 671854
Detroit, MI 48267-1854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,755.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 124  **Nonpriority creditor's name and mailing address**

Troiano Waste Services, Inc.
P.O. Box 3541
Portland, ME 04104-3541

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 29,748.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 125  **Nonpriority creditor's name and mailing address**

Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,380.33

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 126  **Nonpriority creditor's name and mailing address**

Ultra Source LLC
1414 West 29th Street
Kansas City, MO 64108-3604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 664.72

Date or dates debt was incurred _____

Last 4 digits of account number _____

| Debtor | Cozy Harbor Seafood, Inc. | Case number *(if known)* 25-20160 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127  Nonpriority creditor's name and mailing address**

Unifirst Corporation
P.O. Box 650481
Dallas, TX 75265-0481

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,511.78

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.128  Nonpriority creditor's name and mailing address**

UNITIL
P.O. Box 981077
Boston, MA 02298-1010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 283.56

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.129  Nonpriority creditor's name and mailing address**

US Cellular
Dept. 0205
Palatine, IL 60055-0205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 127.31

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.130  Nonpriority creditor's name and mailing address**

USA Container Freezer & Refrigeration, LLC
75 Neal Court
Plainville, CT 06062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,300.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.131  Nonpriority creditor's name and mailing address**

VERNO d'EON FISHING SUPPLIES LTD
P.O. Box 70
Middle West Pubnico, NS- Canada, B0W2M0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 133.03

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____    Case number _(if known)_ __25-20160__
     Cozy Harbor Seafood, Inc.
    Name

| **Part 2:** | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.** **132**  **Nonpriority creditor's name and mailing address**

Vital Delivery Solutions LLC
P.O. Box 1075
Williston, VT 05495

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 596.96

---

**3.** **133**  **Nonpriority creditor's name and mailing address**

Volk Packaging Corporation
11 Morin Street
Biddeford, ME 04005

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 40,761.82

---

**3.** **134**  **Nonpriority creditor's name and mailing address**

WD Matthews
901 Center Street
Auburn, ME 04210

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 262.21

---

**3.** **135**  **Nonpriority creditor's name and mailing address**

Wedgeport Lobsters Limited
P.O. Box 400
Lower Wedgeport, NS -Canada B0W-2B0

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 59,552.00

---

**3.** **136**  **Nonpriority creditor's name and mailing address**

Wells Fargo Vendor Financial Services, LLC
P.O. Box 070241
Philadelphia, PA 19176-0241

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 395.76

---

Debtor  Cozy Harbor Seafood, Inc.                                         Case number (if known) 25-20160
        Name

| Part 2: | Additional Page |

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |

---

**3.137  Nonpriority creditor's name and mailing address**

Whitecap International Seafood Exporters
591 North Avenue
Wakefield, MA 01880

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 342,375.00

---

**3.138  Nonpriority creditor's name and mailing address**

Worldwide Perishables Enterprises LLC
195 Cottage Street
Chelsea, MA 02150

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,671.77

---

**3.139  Nonpriority creditor's name and mailing address**

WQS Food Verification LLC
15720 Brixham Hall Ave
Suite 320
Charlotte, NC 28277

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 7,592.00

---

**3.140  Nonpriority creditor's name and mailing address**

Zep Manufacturing Co.
P.O. Box 3338
Boston, MA 02241-0389

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 14,909.23

---

**3.141  Nonpriority creditor's name and mailing address**

Zoro Tools, Inc.
Attn: Cash Processing
P.O. Box 5233
Janesville, WI 53547-5233

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,164.95

---

Debtor    Cody Hansen Seafoods, Inc.
          Name

          Case number *(if known)* 25-20160

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 2,176,453.20 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 2,567,095.92 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 4,743,549.12 |

**Fill in this information to identify the case:**

Debtor name  Cozy Harbor Seafood, Inc.

United States Bankruptcy Court for the:  District of Maine

Case number (If known):  25-20160

☑ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Art's Lobster Co., Inc. | 75 St. John Street Portland, ME 04101 | Key Bank N.A. | ☑ D ☐ E/F ☐ G |
| 2.2 Casco Bay Lobster Co., Inc. | 75 St. John Street Portland, ME 04101 | Key Bank N.A. | ☑ D ☐ E/F ☐ G |
| 2.3 | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |