### Exhibit A
**Budget**

**Collateral Summary**

**13-Week Projection Period**

| | | | | | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Actual | Actual | Actual | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| Week Beginning | 29-Jun-25 | 6-Jul-25 | 13-Jul-25 | 20-Jul-25 | 27-Jul-25 | 3-Aug-25 | 10-Aug-25 | 17-Aug-25 | 24-Aug-25 | 31-Aug-25 | 7-Sep-25 | 14-Sep-25 | 21-Sep-25 | 28-Sep-25 | 5-Oct-25 | |
| Week Ending | 5-Jul-25 | 12-Jul-25 | 19-Jul-25 | 26-Jul-25 | 2-Aug-25 | 9-Aug-25 | 16-Aug-25 | 23-Aug-25 | 30-Aug-25 | 6-Sep-25 | 13-Sep-25 | 20-Sep-25 | 27-Sep-25 | 4-Oct-25 | 11-Oct-25 | |
| Ending Cash Balance | 961,006 | 1,585,852 | 1,936,853 | 1,559,756 | 1,542,183 | 1,227,743 | 980,067 | 811,671 | 739,841 | 536,840 | 490,282 | 431,249 | 348,765 | 328,767 | 174,165 | 174,165 |
| Accounts Receivable | 3,568,899 | 2,915,096 | 2,484,382 | 2,865,783 | 2,644,472 | 2,961,384 | 3,156,588 | 3,381,490 | 3,468,744 | 3,684,847 | 3,739,942 | 3,801,792 | 3,742,522 | 3,800,020 | 3,851,030 | 3,851,030 |
| Inventory | 2,658,427 | 2,582,029 | 2,616,436 | 2,660,254 | 2,845,212 | 2,888,777 | 2,895,972 | 2,894,587 | 2,928,107 | 2,927,473 | 2,940,874 | 2,947,472 | 2,983,602 | 2,986,639 | 2,996,639 | 2,996,323 |
| **Total** | **7,188,332** | **7,083,577** | **7,037,771** | **7,085,793** | **7,031,866** | **7,077,903** | **7,032,627** | **7,087,748** | **7,136,693** | **7,149,159** | **7,171,098** | **7,180,512** | **7,113,943** | **7,059,421** | **6,907,862** | **7,021,517** |
| Estimated Debt | 4,922,588 | 4,930,140 | 4,937,704 | 4,937,704 | 4,945,280 | 4,945,280 | 4,952,867 | 4,960,466 | 4,968,077 | 4,975,699 | 4,983,333 | 4,990,979 | 4,996,636 | 5,006,305 | 5,013,086 | 5,021,679 |
| Growth in Collateral | | | | | | | | | | 919,895 | | | | | | |
| Cash Receipts | 438,741 | 1,197,540 | 1,252,601 | 608,674 | 606,571 | 647,896 | 725,539 | 733,364 | 828,465 | 849,842 | 902,787 | 916,286 | 831,439 | 905,486 | 916,918 | 931,005 |
| Financing | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Product Purchases | 130,343 | 419,449 | 723,466 | 733,264 | 813,699 | 748,784 | 714,830 | 772,345 | 713,369 | 824,191 | 740,190 | 760,657 | 713,850 | 687,429 | 757,904 | 757,279 |
| Direct Costs | 3,387 | 9,220 | 33,361 | 66,398 | 33,895 | 42,799 | 42,413 | 45,413 | 49,209 | 44,397 | 44,838 | 69,171 | 82,759 | 41,535 | 45,600 | 46,007 |
| Total Labor | 94,264 | 101,946 | 98,182 | 112,410 | 129,386 | 128,385 | 88,745 | 88,745 | 94,096 | 106,795 | 105,229 | 94,870 | 82,759 | 98,759 | 105,762 | 98,228 |
| Operating Expenses | 10,415 | 31,698 | 17,253 | 33,769 | 39,106 | 57,932 | 75,381 | 35,257 | 25,735 | 72,640 | 59,828 | 74,985 | 48,142 | 63,767 | 69,000 | 26,509 |
| Legal & Consultants | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Utility Assurance | - | - | - | - | - | - | 25,000 | 25,000 | - | - | - | - | - | - | - | - |
| Critical Vendor Payments | - | - | - | - | - | 25,000 | - | - | - | - | - | - | 75,000 | - | - | - |
| **Total Expenses** | **238,409** | **562,323** | **872,262** | **985,871** | **986,233** | **979,909** | **973,215** | **941,760** | **960,295** | **1,052,844** | **949,345** | **973,320** | **998,922** | **881,465** | **1,074,482** | **920,043** |
| **Change in Cash** | **200,332** | **635,217** | **380,339** | **(377,197)** | **(379,662)** | **(332,213)** | **(247,676)** | **(168,390)** | **(71,830)** | **(203,002)** | **(46,557)** | **(59,034)** | **(67,483)** | **45,001** | **(157,064)** | **2,962** |
| Beginning Cash | 736,738 | 961,006 | 1,585,852 | 1,376,208 | 1,936,953 | 1,559,756 | 1,227,743 | 980,067 | 811,671 | 739,841 | 536,840 | 490,282 | 431,249 | 363,765 | 328,767 | 171,203 |
| **Ending Cash** | **807,070** | **1,596,223** | **1,946,191** | **990,010** | **1,557,291** | **1,227,743** | **980,067** | **811,671** | **739,841** | **536,840** | **490,282** | **431,249** | **363,765** | **380,767** | **171,203** | **174,165** |

Cozy Harbor Seafood
Weekly Cash Flow

| | Week 27 Actual | Week 28 Actual | Week 29 Actual | Week 30 Actual | 5 Week 31 Forecast | 6 Week 32 Forecast | 7 Week 33 Forecast | 8 Week 34 Forecast | 9 Week 35 Forecast | 10 Week 36 Forecast | 11 Week 37 Forecast | 12 Week 38 Forecast | 13 Week 39 Forecast | 14 Week 40 Forecast | 15 Week 41 Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Beginning | 2-Jul-25 | 9-Jul-25 | 16-Jul-25 | 23-Jul-25 | 30-Jul-25 | 3-Aug-25 | 10-Aug-25 | 17-Aug-25 | 24-Aug-25 | 31-Aug-25 | 7-Sep-25 | 14-Sep-25 | 20-Sep-25 | 28-Sep-25 | 4-Oct-25 |
| Week Ending | 5-Jul-25 | 15-Jul-25 | 22-Jul-25 | 29-Jul-25 | 2-Aug-25 | 9-Aug-25 | 16-Aug-25 | 23-Aug-25 | 30-Aug-25 | 6-Sep-25 | 13-Sep-25 | 20-Sep-25 | 27-Sep-25 | 4-Oct-25 | 11-Oct-25 |
| Cash Starting Balance | 763,174 | 961,090 | 1,050,662 | 1,306,043 | 1,550,756 | 1,227,743 | 980,067 | 811,673 | 739,841 | 856,640 | 460,282 | 342,240 | 340,765 | 328,767 | 272,283 |
| Cash Ending Balance | 961,090 | 1,050,662 | 1,306,043 | 1,550,756 | 1,227,743 | 980,067 | 811,673 | 739,841 | 856,640 | 460,282 | 342,240 | 340,765 | 328,767 | 272,283 | 172,283 |
| | | | | | | | | | | | | | | | |
| **Cash Inflows:** | | | | | | | | | | | | | | | |
| Total Inventory | 2,608,427 | 2,162,039 | 1,904,000 | 1,942,640 | 1,912,025 | | | | | | | | | | |
| Total Accounts Receivable | 3,590,869 | 2,310,066 | 2,464,470 | 2,591,384 | 2,395,664 | | | | | | | | | | |
| Collateral Total | 7,188,332 | 7,689,877 | 7,677,775 | 7,477,465 | 7,077,903 | 7,035,539 | 7,687,748 | 7,136,655 | 7,345,150 | 7,371,088 | 7,160,812 | 7,113,563 | 7,056,451 | 6,857,562 | 7,851,617 |
| | | | | | | | | | | | | | | | |
| **Cash Inflows:** | | | | | | | | | | | | | | | |
| Weekly AR Collections | 438,741 | 1,187,040 | 1,210,601 | 606,571 | 647,996 | 726,539 | 770,364 | 828,460 | 849,642 | 902,787 | 996,286 | 931,439 | 926,486 | 916,938 | 931,000 |
| Financing | | | | | | | | | | | | | | | |
| Capital Infusion | | | | | | | | | | | | | | | |
| Sale of Assets | | | | | | | | | | | | | | | |
| Total Cash Inflows | 438,741 | 1,187,040 | 1,210,601 | 606,571 | 647,996 | 726,539 | 770,364 | 828,460 | 849,642 | 902,787 | 996,286 | 931,439 | 926,486 | 916,938 | 931,000 |
| | | | | | | | | | | | | | | | |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | |
| Cash Used For Purchased Lobster & Fish | | | | | | | | | | | | | | | |
| Cost of Fish | 34,479 | 119,803 | 84,062 | 70,823 | 70,823 | 84,079 | 68,739 | 80,330 | 101,036 | 100,261 | 80,862 | 75,609 | 63,228 | 127,780 | 110,084 |
| Total Cost of Lobster | 95,340 | 281,888 | 652,792 | 726,876 | 676,924 | 609,829 | 657,380 | 625,095 | 626,653 | 656,031 | 677,274 | 608,021 | 596,831 | 614,415 | 614,766 |
| Cost of Lobster | 224 | 17,909 | 20,687 | 38,118 | 19,627 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Less Fish Sales | | | | | 27,583 | 25,157 | 30,081 | 24,072 | 17,022 | 21,654 | 22,604 | 14,694 | 13,573 | 13,575 | 16,982 |
| Less Fuel Sales | | 920 | 2,085 | 4,041 | 4,041 | 4,421 | 3,471 | 3,682 | 3,471 | 2,557 | 3,185 | 3,336 | 3,308 | 3,308 |
| Other Purchases | 130,343 | 419,440 | 733,640 | 813,399 | 76,020 | 772,365 | 713,369 | 824,191 | 746,590 | 760,657 | 713,850 | 687,439 | 767,954 | 763,279 |
| Total Cash Used For Purchased Lobster & Fish | 4,500 | 7,099 | 10,873 | 111,339 | 70,020 | | | | | | | | | |
| Bait COGS | 3,387 | 3,273 | (1,670) | 3,000 | | | | | | | | | | |
| Fuel COGS | | 9,200 | 33,161 | 43,799 | 42,178 | 67,094 | 48,209 | 44,397 | 44,818 | 66,171 | 41,535 | 44,600 | 46,027 |
| Other Direct Costs | | | | | | | | | | | | | | |
| Total Other Direct Costs | 3,387 | | | | | | | | | | | | | |
| Labor Cost | 74,963 | 82,461 | 78,939 | 77,723 | 110,818 | 72,249 | 70,189 | 75,529 | 88,318 | 87,255 | 76,269 | 70,177 | 46,500 | 48,027 |
| Total Labor Cost | 215,214 | 321,593 | 844,405 | 940,125 | 901,600 | 829,257 | 837,006 | 865,982 | 861,618 | 877,640 | 891,786 | 837,263 | 790,614 | 800,690 | 802,007 |
| Total Cost of Goods Sold | 209,885 | 51,584 | 383,533 | 61,077 | 76,009 | 80,846 | 83,834 | 44,532 | 91,235 | 77,005 | 93,331 | 66,739 | 62,542 | 84,486 | 45,086 |
| | | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | | |
| Total Business & Admin. Expenses | 3,335 | 7,609 | 3,720 | 12,476 | 6,060 | 17,594 | 8,237 | 13,101 | 7,110 | 7,476 | 30,712 | 7,805 | 11,196 | 7,399 |
| Total Payroll Expenses | 17,695 | 20,082 | 14,826 | 21,117 | 35,602 | 21,048 | 21,008 | 25,245 | 35,336 | 20,721 | 20,672 | 24,539 | 35,451 | 20,993 |
| Total Professional Fees | 12,000 | 18,933 | 4,502 | 8,541 | 6,300 | 6,300 | 3,600 | 8,611 | 3,600 | 3,600 | 6,300 | 3,600 | 6,153 | 3,600 |
| Total Insurance Expenses | | 750 | | | | | | | | | | | | |
| Total Marketing Expenses | | | | | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Total Travel, Meals, & Entertainment | | 204 | 3,400 | 3,400 | 3,400 | 3,400 | 3,400 | 3,600 | 3,600 | 3,600 | 3,600 |
| Total Facilities & Equipment | 27,787 | 8,937 | 29,686 | 33,132 | 36,256 | 26,488 | 32,080 | 11,770 | 56,054 | 5,251 | 13,775 | 27,750 | 6,750 |
| Total Equipment | | | 4,197 | 5,754 | 5,750 | 5,598 | 5,508 | 5,481 | | | 5,385 | 10,775 | 5,697 | 5,743 |
| Total Expenses | | | | | | | | | | | | | | |

2/4

Cozy Harbor: Cash Flow- Managed 4/26- Adjusted Rest- Cozy Harbor Consolidated

**Cozy Harbor Seafood — Weekly Cash Flow**

| | Week 27 Actual 2-Jul-25 | Week 28 Actual 9-Jul-25 | Week 29 Actual 16-Jul-25 | Week 30 Actual 20-Jul-25 | 5 Week 31 Forecast 27-Jul-25 | 6 Week 32 Forecast 3-Aug-25 | 7 Week 33 Forecast 10-Aug-25 | 8 Week 34 Forecast 17-Aug-25 | 9 Week 35 Forecast 24-Aug-25 | 10 Week 36 Forecast 31-Aug-25 | 11 Week 37 Forecast 7-Sep-25 | 12 Week 38 Forecast 14-Sep-25 | 13 Week 39 Forecast 21-Sep-25 | 14 Week 40 Forecast 28-Sep-25 | 15 Week 41 Forecast 5-Oct-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Beginning | | | | | | | | | | | | | | | |
| **Additional Expenditures** | | | | | | | | | | | | | | | |
| Legal Fees | | | | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | | | | |
| Financial Consultant | | | | | | | | | | | | | | | |
| Adequate Utility Assurance | | | | | | | | | | | | | | | |
| Critical Vendor Payments | | | | | | 25,000 | | | | | | | | | |
| UST Fees | | | | | | 25,000 | | | | | | | | | |
| Committee Fees | | | | | | | | | | | | | | | |
| **Total Additional Expenditures** | | | | | | 50,000 | | | | | 75,000 | 50,000 | 65,000 | 90,000 | 95,305 |
| **Total Cash Outflow** | 873,215 | 873,235 | 941,780 | 900,295 | 932,644 | 649,345 | | | | | 875,920 | 1,013,922 | 948,483 | 1,074,467 | 819,643 |
| **Intercompany Transfers** | | | | | | | | | | | | | | | |
| Transfer Out | | | | | | | | | | | | | | | |
| 7910 Intercompany Purchases CHSARTS | (8,933) | (25,321) | (33,830) | (50,727) | (115,906) | (133,806) | (120,085) | (82,039) | (88,309) | (181,364) | (89,235) | (88,527) | (49,938) | (182,644) | (53,121) |
| 7920 Intercompany Purchases CHSFDSL | (4,517) | (14,096) | (30,747) | (28,274) | (36,079) | (25,368) | (38,364) | 32,372 | (19,124) | (33,565) | (40,871) | (33,281) | (43,596) | (43,596) | (28,465) |
| Transfer In | | | | | | | | | | | | | | | |
| 7910 Intercompany Sales CHSARTS | 8,933 | 25,321 | 33,830 | 36,070 | 115,905 | 131,365 | 120,085 | 82,039 | 98,189 | 103,384 | 98,235 | 96,527 | 49,938 | 102,644 | 53,121 |
| 7920 Intercompany Sales CHSFDSL | 4,517 | 14,096 | 30,747 | 26,374 | 25,368 | 25,368 | 36,364 | 32,372 | 19,124 | 33,565 | 40,871 | 33,281 | 35,596 | 43,596 | 28,465 |
| **Total Intercompany Transfers** | | | | | | | | | | | | | | | |
| **Ending Cash** | 991,006 | 1,586,652 | 1,906,963 | 1,642,383 | 1,227,743 | 980,867 | 811,671 | 739,841 | 526,860 | 490,282 | 431,249 | 348,765 | 326,767 | 171,203 | 174,166 |
| **LOC Est Balance** | | | | | | | | | | | | | | | |
| Borrowing Capacity | 4,502,068 / Over Base | 4,490,140 / Over Base | 4,337,704 | 4,341,300 | 4,945,280 / Covered | 4,962,867 / Covered | 4,960,460 / Covered | 4,968,077 / Covered | 4,975,698 / Covered | 4,981,323 / Covered | 4,990,070 / Covered | 4,999,038 / Covered | 5,006,555 / Covered | 5,013,596 / Covered | 5,021,679 / Covered |
| Amount above or below base | 4,501,547 | 4,311,502 | | | 5,585,051 | 5,519,107 | 5,541,094 | 4,986,077 | 5,547,205 | 5,547,465 | 5,557,253 | 5,555,677 | 5,481,462 | 5,205,854 | 5,374,929 |
| | (1,542) | (616,568) | | | 605,670 | 986,459 | 560,638 | 596,553 | 571,796 | 973,500 | 964,494 | 482,636 | 425,179 | 314,647 | 353,250 |
| Interest (payment on LOC draw) | | | | | | | | | | | | | | | |
| **Ending Cash** | 991,006 | 1,586,652 | 1,906,963 | 1,642,383 | 1,227,743 | 980,867 | 811,671 | 739,841 | 526,860 | 490,282 | 431,249 | 348,765 | 326,767 | 171,203 | 174,166 |
| **Projected Retail/Credit Sales** | 517,137 | 146,123 | 831,287 | 764,641 | 964,068 | 820,744 | 998,286 | 916,739 | 1,065,945 | 867,863 | 976,116 | 911,233 | 807,632 | 974,435 | 98,205.1 |

7/31/2025

CONFIDENTIAL



**AR & Inventory Projections**

| | Actual | Actual | Actual | Forecast | Actual | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Beginning | 2-Jul-25 | 6-Jul-25 | 13-Jul-25 | 20-Jul-25 | 27-Jul-25 | 3-Aug-25 | 10-Aug-25 | 17-Aug-25 | 24-Aug-25 | 31-Aug-25 | 7-Sep-25 | 14-Sep-25 | 21-Sep-25 | 28-Sep-25 | 5-Oct-25 |
| Week Ending | 8-Jul-25 | 12-Jul-25 | 19-Jul-25 | 26-Jul-25 | 2-Aug-25 | 9-Aug-25 | 16-Aug-25 | 23-Aug-25 | 30-Aug-25 | 6-Sep-25 | 13-Sep-25 | 20-Sep-25 | 27-Sep-25 | 4-Oct-25 | 11-Oct-25 |
| Starting AR | 3,490,503 | 3,568,899 | 2,915,696 | 2,484,382 | 2,865,781 | 2,644,472 | 2,961,384 | 3,156,588 | 3,381,490 | 3,468,744 | 3,684,847 | 3,739,942 | 3,801,792 | 3,781,576 | 3,742,522 |
| Sales | | | | | | | | | | | | | | | |
| Lobster Sales | 517,137 | 545,122 | 801,287 | 990,073 | 766,661 | 964,808 | 920,744 | 988,266 | 915,719 | 1,065,945 | 957,883 | 978,136 | 911,223 | 887,432 | 974,415 |
| Fish Sales | 425,189 | 182,134 | 679,130 | 826,460 | 693,853 | 822,734 | 776,670 | 835,718 | 758,055 | 799,973 | 762,859 | 820,263 | 763,604 | 726,101 | 748,173 |
| Crab Sales | 58,818 | 175,408 | 103,945 | 123,603 | 66,463 | 102,064 | 102,064 | 122,538 | 117,654 | 225,962 | 155,014 | 117,862 | 121,321 | 186,232 | 193,411 |
| Bait/Fuel Sales | 33,130 | 187,580 | 17,373 | 40,010 | 6,345 | 40,010 | 40,010 | 40,010 | 40,010 | 40,010 | 40,010 | 40,010 | 40,010 | 40,010 | 40,010 |
| Total Sales | | | | | | | | | | | | | | 982,015 | 982,015 |
| 24.50% Weekly Collections | 438,741 | 1,197,540 | 1,232,601 | 608,674 | 606,571 | 647,896 | 735,539 | 773,364 | 828,465 | 849,842 | 902,787 | 916,286 | 931,439 | 925,486 | 916,918 |
| Less Credits | 765 | 840 | | | | | | | | | | | | | |
| **Ending AR** | **3,568,899** | **2,915,696** | **2,484,382** | **2,865,781** | **2,644,472** | **2,961,384** | **3,156,588** | **3,381,490** | **3,468,744** | **3,684,847** | **3,739,942** | **3,801,792** | **3,781,576** | **3,742,522** | **3,800,020** |
| Beginning Inventory | 2,658,427 | 2,582,729 | 2,562,029 | 2,616,436 | 2,616,436 | 2,845,212 | 2,888,777 | 2,895,572 | 2,894,587 | 2,928,107 | 2,927,473 | 2,940,874 | 2,947,472 | 2,983,602 | 2,988,132 |
| Purchases | | | | | | | | | | | | | | | |
| Lobster | | | 679,654 | 722,876 | 676,549 | 693,829 | 687,369 | 622,650 | 657,581 | 626,653 | 674,490 | 627,274 | 596,021 | 614,415 | 614,766 |
| Fish | | | 84,800 | 58,320 | 70,023 | 70,023 | 84,070 | 80,719 | 155,026 | 106,351 | 80,862 | 73,828 | 83,235 | 127,789 | 132,694 |
| Crab | | | 30,000 | 30,118 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Direct Cost | | | 66,398 | 33,896 | 43,789 | 42,178 | 45,413 | 67,894 | 49,209 | 44,397 | 44,838 | 69,171 | 41,535 | 45,600 | 46,027 |
| Direct Labor | | | 93,833 | 77,723 | 110,818 | 72,249 | 70,169 | 75,519 | 88,218 | 87,253 | 76,293 | 74,183 | 70,177 | 87,186 | 79,651 |
| Total Purchases | | | 954,685 | 922,332 | 931,188 | 854,279 | 917,020 | 875,982 | 980,035 | 894,653 | 906,483 | 874,455 | 820,968 | 904,989 | 903,137 |
| 8.00% Inventory Reductions | 910,867 | 694,156 | 887,623 | 847,084 | 918,405 | 842,462 | 980,669 | 881,252 | 899,885 | 838,325 | 816,437 | 896,462 | 903,454 | | |
| **Ending Inventory** | **2,658,427** | **2,582,729** | **2,616,436** | **2,660,254** | **2,645,212** | **2,888,777** | **2,895,972** | **2,894,587** | **2,927,473** | **2,940,874** | **2,947,472** | **2,983,602** | **2,988,132** | **2,996,639** | **2,995,323** |

CONFIDENTIAL

7/31/2025