# Exhibit B

## Milestones

The Debtors must achieve each of the following milestones, as may be extended only with the prior written consent of the Prepetition Lienholder, on terms and conditions, and subject to documentation, in form and substance acceptable to the Prepetition Lienholder:

1. The Debtors shall pursue a sale of all or substantially all of the assets of the Debtors (the "**Sale Assets**") pursuant to § 363 of the Bankruptcy Code (a "**363 Sale**").

2. On or before August 21, 2025, the Court shall have entered a Bidding Procedures Order. The Bidding Procedures Order shall approve a Sale Process. "**Sale Process**" shall mean the implementation of bidding and sale procedures in respect of the 363 Sale with the possibility of a stalking horse asset purchase agreement that is subject to higher or better bids, with such bidding procedures and orders in form and substance reasonably acceptable the Prepetition Lienholder. The Sale Process shall provide that bids (or in the case of a stalking horse sale, competing bids) shall be due September 23, 2025 and an auction and sale hearing shall occur on or before October 2, 2025.

3. On or before October 2, 2025, the Debtors shall have conducted an auction, if necessary, for the sale of the Sale Assets in accordance with the Bidding Procedures Order.

4. On or before October 2, 2025, the Court shall have entered an order approving the sale of the substantially all of the Debtors assets (the "**Approved Sale**"), with the order and sale agreement(s) in form and substance reasonably acceptable to the Prepetition Lienholder. The Approved Sale shall provide that the gross proceeds (other than the Carve-Outs) from the Prepetition Lienholder's Collateral shall be paid and applied to the indefeasible payment of the Prepetition Lienholder's secured claim at closing.

5. The Approved Sale shall be consummated on or before October 9, 2025.