**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: | **Chapter 11** |
| **COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,** | **Case No. 25-20160** |
| | **(Jointly Administered)** |
| Debtors.[1] | |

**ORDER GRANTING MOTION TO SHORTEN CERTAIN NOTICE PERIODS REGARDING DEBTORS' BID PROCEDURES MOTION**

Upon the above-referenced motion [Dkt. No. ___] (the "**Motion**") filed by the Debtors,[2] and after deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. As to the bid procedures relief requested in the Debtors' Bid Procedures Motion, the periods in Local Rule 9013-1(b)(2) are hereby shortened such that the Debtors may notice the hearing on the Bid Procedures Motion for August 21, 2025, at 1:00 PM, with a 14-day objection deadline of August 18, 2025.

3. This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363.  The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.

Dated:

                                              Michael A. Fagone
                                              United States Bankruptcy Judge
                                              District of Maine