# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

In re:

**COZY HARBOR SEAFOOD, INC.,
CASCO BAY LOBSTER CO., INC., and
ART'S LOBSTER CO., INC.,**

Debtors.[1]

Chapter 11

Case No. 25-20160

(Jointly Administered)

## SUPPLEMENT TO APPLICATIONS TO EMPLOY BERNSTEIN, SHUR, SAWYER & NELSON, P.A. AND OPUS CONSULTING PARTNERS, LLC

In accordance with this Court's *Order Requiring Supplements to Employment Applications* [Dkt. No. 73], the above-referenced debtors and debtors in possession (the "**Debtors**") state as follows:

(a)     Bernstein, Shur, Sawyer & Nelson, P.A. ("**BSSN**") and Opus Consulting Partners, LLC ("**Opus**")[2] each propose – subject to Court approval – to maintain a single billing account for services rendered to and expenses incurred by the Debtors in connection with these jointly administered cases.

(b)     On account of maintaining a single invoice – but again subject to Court approval – the Debtors propose that allowed compensation and reimbursement of expenses to BSSN and Opus, respectively, be allocated among the Debtors based on the approximate ratio of their estimated unsecured liabilities, which is as follows: Cozy Harbor Seafood, Inc. (98%); Casco Bay Lobster Co., Inc. (1%); and Art's Lobster Co., Inc. (1%).

(c)     In the event that this Court should require a different billing method or allocation (or other provisions) as a condition of entry of an order approving the retention of BSSN and/or Opus, BSSN and Opus will comply with any such requirement(s) in these cases and manage billing and compensation accordingly.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] The application to retain BSSN was filed at Docket No. 67. The application to retain Opus was filed at Docket No. 70.

Dated:    August 4, 2025

Respectfully submitted,

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ D. Sam Anderson*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Proposed counsel to the Debtors and Debtors in Possession*