**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,** | **Case No. 25-20160** |
| | **(Jointly Administered)** |
| **Debtors.**[1] | |

## NOTICE OF HEARING REGARDING BID PROCEDURES MOTION

On August 4, 2025, Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc., the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), filed the *Motion for Entry of: (I) Order (A) Approving Bid Procedures, (B) Scheduling Auction and Sale Hearing, (C) Approving Form and Manner of Notice Thereof, (D) Approving Procedures for Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief; and (II) Order (A) Approving Sale of Substantially All Assets Free and Clear; (B) Authorizing Assumption and Assignment of Contracts and Leases; and (C) Granting Related Relief* [Dkt. No. 112] (the "**Motion**").

Through the bid procedures relief sought in the Motion, the Debtors seek entry of an order (the "**Bid Procedures Order**"): (a) approving certain procedures (the "**Bid Procedures**") in connection with the proposed sale of substantially all of the Debtors' assets, (b) scheduling an auction and further hearing to consider approval of the sale pending completion of the Bid Procedures, (c) approving the form and manner of notice thereof, (d) approving procedures for the assumption and assignment of contracts and leases, and (e) granting related relief

A hearing to consider the Bid Procedures relief in the Motion only is scheduled to be held at the United States Bankruptcy Court for the District of Maine (the "**Court**"), 202 Harlow Street, 3rd Floor, Bangor, ME 0440, on **August 21, 2025, at 1:00 p.m.** (the "**Hearing**"). You are encouraged to participate in the Hearing, either directly or through your attorney, as appropriate. Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Bangor; (b) by video from the United States Bankruptcy Court located at 537 Congress Street, Portland, Maine, or (c) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules. If you intend to participate in the Hearing via telephone, you are required to register with CourtCall at 1-866-582-6878, no later than 3:00 p.m. the last business day prior to the Hearing.

**Your rights may be affected.** You should read these papers carefully and discuss them

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

**with your attorney, if you have one.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to approve the Bid Procedures and enter the Bid Procedures Order, then on or before **August 18, 2025**, you or your attorney must file a written response explaining your position with the Court via the CM/ECF filing system.  If you are not able to access the CM/ECF filing system, your response should be served upon the Court at:

Monica M. Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
537 Congress Street, 2nd Floor
Portland, ME 04101

- and -

D. Sam Anderson, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Bid Procedures relief sought in the Motion and may enter an order granting the requested relief without further notice or hearing.

| | |
|---|---|
| Dated:   August 4, 2025 | Respectfully submitted,<br>**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**<br><br>*/s/ D. Sam Anderson*<br>D. Sam Anderson<br>Adam R. Prescott<br>100 Middle Street<br>PO Box 9729<br>Portland, Maine 04104<br>Telephone: (207) 774-1200<br>Facsimile: (207) 774-1127<br>sanderson@bernsteinshur.com<br>aprescott@bernsteinshur.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |