**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

**ORDER GRANTING APPLICATION OF THE DEBTORS FOR ORDER PURSUANT TO §§ 327 AND 328 OF THE BANKRUPTCY CODE AUTHORIZING EMPLOYMENT OF BERNSTEIN, SHUR, SAWYER & NELSON, P.A. AS COUNSEL TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

Upon consideration of the *Application of the Debtors for Order Pursuant to §§ 327 and 328 of the Bankruptcy Code Authorizing Employment of Bernstein, Shur, Sawyer & Nelson, P.A. as Counsel to the Debtors Effective as of the Petition Date* [Dkt. No. 67] (the "**BSSN Application**"), and upon consideration of the separately filed Declaration of D. Sam Anderson, Esq., in Support of the BSSN Application (the "Anderson Declaration") [Dkt. No. 92], along with the supplement to the BSSN Application (the "Supplement") [Dkt. No. 114], and it satisfactorily appearing that BSSN is disinterested and does not represent or hold any interest adverse to the Debtors or the estates in the matters upon which BSSN is to be engaged, and having found that the employment of BSSN will be in the best interest of the Debtors and the estates, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The BSSN Application is **GRANTED** as set forth herein.

2. The Debtors are authorized to employ BSSN under § 327 of the Bankruptcy Code

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

on terms set forth in the BSSN Application, the Anderson Declaration, and the Supplement, and BSSN is authorized to perform the services set forth in the BSSN Application and Anderson Declaration on behalf of the Debtors.

3. The retention of BSSN shall be and hereby is deemed effective as of the Petition Date.

4. All payments of professional fees and reimbursement of expenses to BSSN are subject to Court approval based on application to the Court and submission of contemporaneous time records, pursuant to the Bankruptcy Code, Bankruptcy Rules, and the Local Rules, or in accordance with any further order of this Court, including any professional fees paid to BSSN under any approved cash collateral budget (meaning any payments made to BSSN under a cash collateral budget shall be held in escrow by BSSN pending further Court order allowing compensation to BSSN).

5. Service of the BSSN Application, the Anderson Declaration, the Supplement, and the proposed order was sufficient notice to parties under the circumstances.

6. This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

7. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

Dated: August 5, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine