**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Cozy Harbor Seafood, Inc.,<br>Casco Bay Lobster Co., Inc., and<br>Art's Lobster Co., Inc.,<br><br>      Debtors | Chapter 11<br>Case No. 25-20160<br>(Jointly Administered) |

## ORDER SETTING STATUS CONFERENCE

For their jointly administered chapter 11 cases, the Debtors have collectively applied for authority to employ Corporate Finance Associates New England, LLC, and Corporate Finance Securities, Inc., as their business broker and transaction advisor [Dkt. No. 93]. To coincide with a hearing scheduled in the lead chapter 11 case, the Court will hold a status conference on this application on August 7, 2025, at 1:00 p.m., at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine. Interested parties may participate in the status conference in person in the Bangor Courtroom, by video from the Portland Courtroom, or by telephone.

Dated: August 6, 2025

                                                    _____

                                                    Michael A. Fagone
                                                    United States Bankruptcy Judge
                                                    District of Maine