UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re: ) Chapter 11
) Case No. 25-20160 MAF
COZY HARBOR SEAFOOD, INC.,
CASCO BAY LOBSTER CO., INC., ) (Jointly Administered)
and ART'S LOBSTER CO., INC.,

Debtors.

**APPOINTMENT OF AN OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
(WITH CERTIFICATE OF SERVICE)**

Pursuant to 28 U.S.C. 586(a)(3), 11 U.S.C. 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following creditors to the Official Committee of Unsecured Creditors:

1. Damien Barry
   77 Kings Rd.
   Sydney, Nova Scotia, Canada B1S1A2
   Phone: (902) 565-0072
   Email: damien.b@louisbourgseafoods.ca

2. Northern Ocean Sea Products LLC
   Attn: Mr. David H. Fyrberg
   7 Parker Street
   Gloucester, MA 01930
   Phone: (978) 283-0222
   Email: deke@northernoceanmarine.com

>
> Respectfully submitted,
>
> WILLIAM K. HARRINGTON
> UNITED STATES TRUSTEE
> REGION 1
>
> By:  */s/ Heather A. Sprague*
> Heather A. Sprague BBO#661541
> United States Department of Justice
> John W. McCormack Post Office
>  & Courthouse
> 5 Post Office Square, 10th Floor,
> Suite 1000
> Boston, MA 02109-3934
> Phone: (617) 788-0404
> Fax: (617) 565-6368
> Heather.Sprague@USDOJ.gov

Dated:  August 13, 2025.

## CERTIFICATE OF SERVICE

    I certify that on August 13, 2025, true and correct copies of the foregoing appointment were served via CM/ECF only upon the individuals who have filed notices of appearance in the Court's CM/ECF database, and by email to the committee members identified above.

                                           WILLIAM K. HARRINGTON
                                           UNITED STATES TRUSTEE
                                           REGION 1

By:    */s/ Heather A. Sprague*
           Heather A. Sprague BBO#661541
           United States Department of Justice
           John W. McCormack Post Office
            & Courthouse
           5 Post Office Square, 10th Floor,
           Suite 1000
           Boston, MA 02109-3934
           Phone: (617) 788-0404
           Fax: (617) 565-6368
           Heather.Sprague@USDOJ.gov

Dated:  August 13, 2025.