# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re: ) | |
| ) | |
| COZY HARBOR SEAFOOD, INC., ) | Chapter 11 |
| CASCO BAY LOBSTER CO., INC., ) | Case No. 25-20160 |
| and ART'S LOBSTER CO., INC., ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

**AGREED MOTION TO EXTEND TIME TO RESPOND TO**
**MOTION TO APPROVE BID PROCEDURES AND SALE FREE AND CLEAR**

The United States Trustee (the "UST") hereby moves with consent to extend the deadline for filing a response to the Debtors' Motion for Entry of: (i) Order (A) Approving Bid Procedures, (B) Scheduling Auction and Sale Hearing, (C) Approving Form and Manner of Notice Thereof, (D) Approving Procedures For Assumption and Assignment of Contracts and Leases, and (E) Granting Related Relief; and (ii) Order (A) Approving Sale of Substantially All Assets Free and Clear, (B) Authorizing Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief (Dkt. #112) (the "Motion"), stating:

1. On August 4, 2025, Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc., (collectively, the "Debtors") filed the Motion.

2. The deadline for responding to the Motion is August 18, 2025.

3. The UST contacted counsel for the Debtors to discuss the Motion and requested additional time to respond to the Motion so the parties can try to resolve any concerns the UST has regarding the Moton without having to involve the Court.

4. The UST is requesting a brief one-day extension through and including August 19, 2025, to file a response to the Motion.

5. The Debtors through counsel consent and agree to the requested extension.

WHEREFORE, the United States Trustee respectfully requests that this Court extend the deadline for the UST to respond to the Motion through and including August 19, 2025, and grant such other and further relief as is just and equitable.

Respectfully submitted,

WILLIAM K. HARRINGTON
United States Trustee for Region One

By: /s/ *Sandra Nicholls*
Sandra Nicholls
Acting Assistant U.S. Trustee
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace, Suite 431
Providence, RI  02903
401-528-5553
sandra.nicholls@usdoj.gov

Dated:  August 18, 2025

## Certification of Service

I hereby certify that on August 18, 2025 I electronically filed the Agreed Motion to Extend Time in the above captioned case with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System.  The following participants are scheduled to receive notice electronically through the CM/ECF System:

- **D. Sam Anderson**    sanderson@bernsteinshur.com, sbaker@bernsteinshur.com; kflynn@bernsteinshur.com
- **Roger A. Clement, Jr.**    rclement@verrilldana.com, crubin@verrill-law.com; rclement@ecf.courtdrive.com
- **Bodie B. Colwell**    bcolwell@preti.com, sbarrington@preti.com
- **Randy J. Creswell**    rcreswell@creswelllaw.com, gwen@creswelllaw.com
- **Shawn K. Doil**    sdoil@verrill-law.com, lwaddell@verrill-law.com; lwaddell@ecf.courtdrive.com
- **Jeremy R. Fischer**    jfischer@dwmlaw.com, chunter@dwmlaw.com; mveilleux@dwmlaw.com
- **Kellie W. Fisher**    kfisher@dwmlaw.com, chunter@dwmlaw.com
- **Christopher M. Leger**    cleger@kelleyleger.com, clegerecf@gmail.com; r44127@notify.bestcase.com

- **Kelly McDonald**    kmcdonald@mpmlaw.com, kwillette@mpmlaw.com
- **Office of U.S. Trustee**    ustpregion01.po.ecf@usdoj.gov
- **Adam R. Prescott**    aprescott@bernsteinshur.com, sbaker@bernsteinshur.com; kflynn@bernsteinshur.com
- **Micah A. Smart**    msmart@mpmlaw.com, kwillette@mpmlaw.com
- **Heather A Sprague**    heather.sprague@usdoj.gov

 /s/ *Sandra Nicholls*
Sandra Nicholls