UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COZY HARBOR SEAFOOD, INC., | ) | Chapter 11 |
| CASCO BAY LOBSTER CO., INC., | ) | Case No. 25-20160 |
| and ART'S LOBSTER CO., INC., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER EXTENDING TIME TO RESPOND TO MOTION
TO APPROVE BID PROCEDURES AND SALE FREE AND CLEAR (DKT. #112)**

Upon the Motion of the United States Trustee to Extend Time to Respond to the Motion to Approve Bid Procedures and Sale Free and Clear (the "Extension Motion"), the Debtors having consented to the relief requested in the Extension Motion, and good cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Extension Motion is GRANTED on the terms contained herein; and

2. The deadline for the United States Trustee to respond to the Motion to Approve Bid Procedures and Sale Free and Clear (Dkt. #112) is hereby extended through and including August 20, 2025.

Dated: August 19, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine