*RELIEF REQUESTED WITHOUT A HEARING*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>**(Jointly Administered)** |

**MOTION TO CONTINUE HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING, BUT NOT DIRECTING, DEBTORS TO PAY PREPETITION CLAIMS, INCLUDING SECTION 503(B)(9) CLAIMS, OF CERTAIN CRITICAL VENDORS**

Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc., the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), move for entry of an order continuing the August 21, 2025 hearing on the *Debtors' Motion for Entry of Order: (I) Authorizing, But Not Directing, Debtors to Pay Prepetition Claims, Including Section 503(b)(9) Claims, of Certain Critical Vendors; and (II) Granting Related Relief* [Dkt. No. 76] (the "**Critical Vendors Motion**") to September 4, 2025, at 1:00 PM. In support of this motion, the Debtors state as follows:

**JURISDICTION AND VENUE**

1. The United States District Court for the District of Maine (the "**District Court**") has original, but not exclusive, jurisdiction over the Debtors' chapter 11 cases pursuant to

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

28 U.S.C. § 1334(b).  Pursuant to 28 U.S.C. § 157 and Rule 83.6 of the District Court's local rules, the District Court has authority to refer and has referred this proceeding to this Court.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court has constitutional authority to enter final judgment in this proceeding.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1408, and venue over this proceeding is proper in this district pursuant to 28 U.S.C. § 1409.

## BACKGROUND

4. On July 1, 2025, the Debtors commenced their chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code with this Court.

5. The Debtors filed the Critical Vendors Motion on July 23, 2025, with a hearing date of August 21, 2025.

6. Objections to the Critical Vendors Motion were filed by KeyBank N.A. [Dkt. No. 141] and the U.S. Trustee [Dkt. No. 146].

7. The Debtors seek to continue the August 21, 2025 hearing on the Critical Vendors Motion to allow the Debtors additional time to work with the objecting parties in an attempt to resolve the objections.  The Debtors submit that the additional time will not prejudice any party, but rather the extension will afford an opportunity to confer with the interested parties and avoid a contested hearing if a resolution can be reached before the continued hearing on September 4, 2025.

WHEREFORE, the Debtors respectfully request that this Court enter an order continuing the hearing on the Critical Vendors Motion to September 4, 2025, at 1:00 PM and granting such other and further relief as this Court deems just and proper.

Dated: August 20, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
D. Sam Anderson
Adam R. Prescott
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Counsel to the Debtors and Debtors in Possession*