**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>**(Jointly Administered)** |

**ORDER GRANTING MOTION TO CONTINUE HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER AUTHORIZING, BUT NOT DIRECTING, DEBTORS TO PAY PREPETITION CLAIMS, INCLUDING SECTION 503(B)(9) CLAIMS, OF CERTAIN CRITICAL VENDORS**

Upon the above-referenced motion [Dkt. No. 151] (the "**Motion**") filed by the Debtors,[2] and after deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The hearing on the Critical Vendors Motion is continued from August 21, 2025, to **September 4, 2025, at 1:00 PM**.

3. This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

Dated:   August 20, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363.  The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.