**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF D. SAM ANDERSON, ESQ. IN SUPPORT OF APPLICATION OF THE DEBTORS FOR ORDER AUTHORIZING THE EMPLOYMENT OF BERNSTEIN, SHUR, SAWYER & NELSON, P.A. AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, D. Sam Anderson, declare, pursuant to § 1746 of title 28 of the United States Code, as follows:

1. I am a shareholder with the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("**BSSN**"), which has its principal office located at 100 Middle Street, West Tower, Portland, ME 04101. BSSN's phone number is (207) 774-1200. My e-mail address is sanderson@bernsteinshur.com.

2. I submit this supplemental declaration in the chapter 11 cases of the above-referenced debtors (the "**Debtors**") regarding the *Application of the Debtors for Order Pursuant to §§ 327 and 328 of the Bankruptcy Code Authorizing Employment of Bernstein, Shur, Sawyer & Nelson, P.A. as Counsel to the Debtors, Effective as of the Petition Date* [Dkt. No. 67].

3. Attached hereto at **Exhibit 1** is a supplemental list of parties for purposes of identifying potential conflicts or other relationships with parties in interest. Based on BSSN's

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

review of its internal records and client database, BSSN makes the following disclosures regarding the supplemental list of parties on **Exhibit 1**:

    a. Portland Fish Pier (d/b/a Portland Fish Exchange) is a current client of BSSN on matters unrelated to the Debtors or these chapter 11 cases.

    b. Broadreach Public Relations is a current client of BSSN on matters unrelated to the Debtors or these chapter 11 cases. Broadreach Public Relations also provides various contracted public relations services to BSSN in the ordinary course.

4. The information listed on **Exhibit 1** may be updated or may change during the cases. I will supplement this declaration as necessary after I become aware of additional information.

The foregoing is true and correct to the best of my knowledge and belief.

Dated: August 21, 2025         */s/ D. Sam Anderson*
                                           D. Sam Anderson