## **Exhibit 1**

**Supplemental Searched Parties**

Arthur Rackliff
Broadreach Public Relations
Maine Coast Petroleum, Inc.
Mark Lannon
McCloskey, Mina, Cunniff & Fawley
New England Bait, LLC
Opus Consulting Partners, LLC
Paula Lunt
Round-2 Lobster Co., Inc.
Shyer's Lobster Pound, Inc.
Trace Register, Inc.
Tycho Poly Inc.
Sellers Exchange
Portland Fish Exchange
John S. Norton
Joseph Donovan
Joel Knox