# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF   Maine

In Re.  Casco Bay Lobster Co., Inc.

§
§
§
§

Debtor(s)

Case No.   25-20161

Lead Case No.   25-20160

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2025

Petition Date: 07/01/2025

Months Pending: 1

Industry Classification: | 3 | 1 | 1 | 7 |

Reporting Method:          Accrual Basis  ⦿          Cash Basis  ○

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒   Statement of cash receipts and disbursements
☒   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒   Statement of operations (profit or loss statement)
☒   Accounts receivable aging
☒   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Adam Prescott
Signature of Responsible Party

08/21/2025
Date

Adam Prescott
Printed Name of Responsible Party

100 Middle St, Portland, ME 04101
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Casco Bay Lobster Co., Inc.                                    Case No. 25-20161

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $14,227 | |
| b. | Total receipts (net of transfers between accounts) | $105,554 | $105,554 |
| c. | Total disbursements (net of transfers between accounts) | $100,338 | $100,338 |
| d. | Cash balance end of month (a+b-c) | $19,443 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $100,338 | $100,338 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $4,700 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ⦿  Market ◯   Other ◯   (attach explanation)) | $54,725 |
| d | Total current assets | $89,323 |
| e. | Total assets | $109,048 |
| f. | Postpetition payables (excluding taxes) | $15,747 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $45 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $15,792 |
| k. | Prepetition secured debt | $4,901,241 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $14,542 |
| n. | Total liabilities (debt) (j+k+l+m) | $4,931,575 |
| o. | Ending equity/net worth (e-n) | $-4,822,527 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $1,850 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $93,770 | |
| c. | Gross profit (a-b) | $-91,920 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $100 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $1,754 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-93,774 | $-93,774 |

Debtor's Name  Casco Bay Lobster Co., Inc.                                        Case No.  25-20161

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Casco Bay Lobster Co., Inc.                    Case No.  25-20161

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/23/2022)                    4

Debtor's Name  Casco Bay Lobster Co., Inc.                                    Case No.  25-20161

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Casco Bay Lobster Co., Inc.                                          Case No.  25-20161

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/23/2022)                                        6

Debtor's Name Casco Bay Lobster Co., Inc.                          Case No.  25-20161

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name Casco Bay Lobster Co., Inc.                    Case No.  25-20161

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $44 | $44 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ◉  No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉  No ○  N/A ○ | |
| i. | Do you have:  Worker's compensation insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ | |

Debtor's Name  Casco Bay Lobster Co., Inc.                                    Case No.  25-20161

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ John S. Norton, Jr.
_____
Signature of Responsible Party

Authorized Party
_____
Title

John S. Norton, Jr.
_____
Printed Name of Responsible Party

08/21/2025
_____
Date

Debtor's Name Casco Bay Lobster Co., Inc.                                    Case No.  25-20161



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Casco Bay Lobster Co., Inc.                                    Case No.  25-20161



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Casco Bay Lobster Co., Inc.                                    Case No.  25-20161



PageThree



PageFour

*Casco Bay Lobster Co., Inc.*

*Case: 25-20161*

*Monthly Operating Report July 2025*

*Additional Information*

*Insider Payments:*

Insider payments were made to a supplier of lobster, Johnathan Norton, who is the son of owner John Norton and David Johnson, who is the brother-in-law of owners John Norton and Joe Donovan. Purchase prices were consistent with other lobster suppliers.

## Transaction Report - Cash Receipts
### Casco Bay Lobster Co, Inc.
#### July 2-31, 2025

| Transaction date | Transaction type | Num | Name | Memo/Description | Account full name | Item split account | Amount |
|---|---|---|---|---|---|---|---|
| 07/03/2025 | Journal Entry | CBL Funding 25-07-03 | | CBL Funding | 1040 CBL Key Bank Operating | | 4,517.25 |
| 07/10/2025 | Journal Entry | CBL Funding 25-07-10 | | CBL Fishermen | 1040 CBL Key Bank Operating | | 11,255.60 |
| 07/11/2025 | Journal Entry | CBL Funding 25-07-11 | | CBL Funding | 1040 CBL Key Bank Operating | | 2,800.00 |
| 07/17/2025 | Journal Entry | CBL Funding 071725 | | CBL Fishermen | 1040 CBL Key Bank Operating | | 17,506.05 |
| 07/18/2025 | Journal Entry | CBL Funding 25-07-18 | | CBL Fishermen | 1040 CBL Key Bank Operating | | 6,945.50 |
| 07/18/2025 | Journal Entry | CBL Funding 25-07-18 | | CBL Fishermen | 1040 CBL Key Bank Operating | | 6,295.00 |
| 07/25/2025 | Journal Entry | CBL Funding 25-07-25 | | CBL Fishermen | 1040 CBL Key Bank Operating | | 28,273.90 |
| 07/31/2025 | Journal Entry | CBL Funding 25-07-31 | | CBL Funding | 1040 CBL Key Bank Operating | | 27,961.13 |
| | | | | | | **Total** | **105,554.43** |

Of the cash receipts listed, all are from the Cozy Harbor Seafood operating account ending 9759.

## Transaction Report - Cash Disbursements
### Casco Bay Lobster Co, Inc.
#### July 2-31, 2025

| Transaction date | Transaction type | Num | Name | Memo/Description | Account full name | Item split account | Amount |
|---|---|---|---|---|---|---|---|
| 07/03/2025 | Bill Payment (Check) | 35416 | Brent Nappi - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -4,416.45 |
| 07/03/2025 | Bill Payment (Check) | 35417 | Emmanuel Kourinos - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -100.80 |
| 07/10/2025 | Bill Payment (Check) | 35418 | Russell Langmaid - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -688.70 |
| 07/10/2025 | Bill Payment (Check) | 35419 | Dave Dyer - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -2,414.90 |
| 07/10/2025 | Bill Payment (Check) | 35420 | Jonathan Norton - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -43.15 |
| 07/10/2025 | Bill Payment (Check) | 35421 | Seth Mayberry - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -4,917.10 |
| 07/10/2025 | Bill Payment (Check) | 35422 | David Johnson - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -3,191.75 |
| 07/10/2025 | Bill Payment (Check) | 35423 | Memic | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,078.75 |
| 07/11/2025 | Bill Payment (Check) | 35424 | C.B.S. Lobster & Bait, Inc - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -2,800.00 |
| 07/17/2025 | Bill Payment (Check) | 35425 | David Johnson - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -5,311.20 |
| 07/17/2025 | Bill Payment (Check) | 35426 | Seth Mayberry - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -5,667.40 |
| 07/17/2025 | Bill Payment (Check) | 35427 | Michael Floyd - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,765.60 |
| 07/17/2025 | Bill Payment (Check) | 35428 | Cameron T. Murphy - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -489.00 |
| 07/17/2025 | Bill Payment (Check) | 35429 | Robert Tetrault - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,774.30 |
| 07/17/2025 | Bill Payment (Check) | 35430 | Jonathan Norton - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -2,498.55 |
| 07/18/2025 | Bill Payment (Check) | 35431 | C.B.S. Lobster & Bait, Inc - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -6,295.00 |
| 07/18/2025 | Bill Payment (Check) | 35432 | Jonathan Norton - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -208.50 |
| 07/18/2025 | Bill Payment (Check) | 35433 | Robert Tetrault - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -70.00 |
| 07/18/2025 | Bill Payment (Check) | 35434 | David Johnson - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -143.50 |
| 07/18/2025 | Bill Payment (Check) | 35435 | Michael Floyd - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -228.50 |
| 07/25/2025 | Bill Payment (Check) | 35436 | C.B.S. Lobster & Bait, Inc - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -3,270.00 |
| 07/25/2025 | Bill Payment (Check) | 35437 | Brent Nappi - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -2,258.10 |
| 07/25/2025 | Bill Payment (Check) | 35438 | Robert Tetrault - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -2,961.65 |
| 07/25/2025 | Bill Payment (Check) | 35439 | Seth Mayberry - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -6,718.30 |
| 07/25/2025 | Bill Payment (Check) | 35440 | Cameron T. Murphy - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -670.20 |
| 07/25/2025 | Bill Payment (Check) | 35441 | David Johnson - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -7,099.40 |
| 07/25/2025 | Bill Payment (Check) | 35442 | Michael Floyd - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -5,296.25 |
| 07/31/2025 | Bill Payment (Check) | 35443 | C.B.S. Lobster & Bait, Inc - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -795.00 |
| 07/31/2025 | Bill Payment (Check) | 35444 | Jonathan Norton - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -757.28 |
| 07/31/2025 | Bill Payment (Check) | 35445 | Robert Tetrault - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,715.30 |
| 07/31/2025 | Bill Payment (Check) | 35446 | Roger F. Woodman Jr. - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -652.75 |
| 07/31/2025 | Bill Payment (Check) | 35447 | Seth Mayberry - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -7,556.80 |
| 07/31/2025 | Bill Payment (Check) | 35448 | David Johnson - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -8,069.45 |
| 07/31/2025 | Bill Payment (Check) | 35449 | Michael Floyd - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -7,910.55 |
| 07/31/2025 | Bill Payment (Check) | 35450 | Cameron T. Murphy - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -504.00 |
| | | | | | | **Total** | **-100,338.18** |

# Casco Bay Lobster
## Balance Sheet
**As of July 31, 2025**

|  | Casco Bay Lobster |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Bank Accounts** |  |
| 1010 CHS Key Bank Operating | 0.00 |
| 1019 CHS Key Bank Operating Reconciling Items |  |
| **Total 1010 CHS Key Bank Operating** | **$ 0.00** |
| 1011 CHS Key Bank FBO Account |  |
| 1012 CHS Key Bank Payroll Account |  |
| 1013 CHS Key Bank Utility Account |  |
| 1014 CHS Camden PPP Account |  |
| 1030 CHS Key Bank DISC Operating |  |
| 1040 CBL Key Bank Operating | 19,443.20 |
| 1049 CBL Key Bank Operating Reconciling Items | 0.00 |
| **Total 1040 CBL Key Bank Operating** | **$ 19,443.20** |
| 1050 ART Key Bank Operating | 0.00 |
| 1059 ART Key Bank Operating Reconciling Items |  |
| **Total 1050 ART Key Bank Operating** | **$ 0.00** |
| 1060 CHS Santander Operating Account |  |
| 1070 Art's Camden National Bank |  |
| 1075 ART Sovereign Bank |  |
| 1080 Petty Cash | 0.00 |
| 1081 Petty Cash - Transportation |  |
| 1090 Employee Clearing Account | 0.00 |
| **Total Bank Accounts** | **$ 19,443.20** |
| **Accounts Receivable** |  |
| 1100 Accounts Receivable Trade | 8,735.20 |
| 1117 Reserve for Doubtful Accounts |  |
| **Total 1100 Accounts Receivable Trade** | **$ 8,735.20** |
| **Total Accounts Receivable** | **$ 8,735.20** |
| **Other Current Assets** |  |
| 10110 Undeposited Funds | 0.00 |
| 1310 Prepaid Insurance | 4,231.58 |
| 1320 Prepaid Expenses |  |
| 1330 Prepaid Workers Compensation | 2,188.07 |
| Inventory | 0.00 |
| 1201 Inventory Live Lobster | 17,996.25 |
| 1202 Inventory Fish |  |
| 1203 Inventory Frozen Lobster |  |
| 1205 Inventory Crab | 76.70 |

**Other Inventory**

**1220 Inventory Supplies**

| | | |
|---|---|---:|
| **1221 Inventory Bait** | | 35,810.23 |
| **1222 Inventory Fuel** | | 842.24 |
| **1223 Inventory Ingredients** | | |
| **1224 Inventory Other** | | 0.00 |
| **Total Other Inventory** | **$** | **36,652.47** |

**Packaging Inventory**

**1240 Inventory Packaging**

**1241 Inventory Packaging Supplies**

**1242 Inventory Fish Packaging**

**1243 Inventory Lobster Packaging**

**1245 Inventory Crab Packaging**

| | | |
|---|---|---:|
| **Total Packaging Inventory** | **$** | **0.00** |
| **Total Inventory** | **$** | **54,725.42** |
| **Inventory Asset** | | 0.00 |
| **Total Other Current Assets** | **$** | **61,145.07** |
| **Total Current Assets** | **$** | **89,323.47** |

**Fixed Assets**

| | | |
|---|---|---:|
| **1430 Equipment** | | 333,203.75 |
| **1450 Leasehold Improvements** | | |
| **1460 Vehicles** | | |
| **1480 Construction in Progress** | | |

**Accumulated Depreciation**

| | | |
|---|---|---:|
| **1530 Acc Depreciation - Equipment** | | -313,479.12 |
| **1550 Acc Depreciation - Leasehold Improvements** | | 0.00 |
| **1560 Acc Depreciation - Vehicles** | | |
| **Total Accumulated Depreciation** | **-$** | **313,479.12** |
| **Total Fixed Assets** | **$** | **19,724.63** |

**Other Assets**

**1610 Split Value - Life Insurance**

**1620 Security Deposit**

**1680 Deposits**

**1720 Investment in Arts Lobster Co., Inc.**

**1760 Investment - CHS DISC INC**

**1802 Discontinued Equipment-Cost Shrimp**

**1812 Discontinued Equipment-Acc Depreciation Shrimp**

| | | |
|---|---|---:|
| **Total Other Assets** | **$** | **0.00** |
| **TOTAL ASSETS** | **$** | **109,048.10** |

**LIABILITIES AND EQUITY**

**Liabilities**

**Current Liabilities**

**Accounts Payable**

| | | |
|---|---|---:|
| **2100 Accounts Payable Trade** | | 30,288.43 |
| **Total Accounts Payable** | **$** | **30,288.43** |

**Credit Cards**

| | | |
|---|---:|---|
| **2800 Camden (Elan) Credit Card** | | |
| **Total Credit Cards** | **$ 0.00** | |
| **Other Current Liabilities** | | |
| **2150 Line of Credit Key Bank** | | |
| **2200 Maine Sales Tax** | 478.85 | |
| **2201 ME Family Leave Ins** | | |
| **2290 Payroll Clearing Account** | | |
| **2380 Flex Spending Medical/Child SEC 125** | | |
| **2450 Accrued Expenses** | 0.00 | |
| **2470 PO Clearing Account** | | |
| **Maine Revenue Services Payable** | 0.00 | |
| **Out Of Scope Agency Payable** | 0.00 | |
| **Related Party Due To/From** | | |
| **2901 Due To/From CHS/CBL** | 829,973.46 | *\*\*\*Intercompany balances do not represent* |
| **2902 Due To/From CHS/Arts** | | *true assets/liabilities, not collectable/payable* |
| **2903 Due To/From CHS/SBSL** | | |
| **2904 Due To/From  CHS/CH Foods** | | |
| **2910 Due To/From CBL/Arts** | -23,638.83 | |
| **2911 Due To/From CBL/SBSL** | 1,684.97 | |
| **2912 Due To/From ART/SBSL** | | |
| **Total Related Party Due To/From** | **$ 808,019.60** | |
| **Total Other Current Liabilities** | **$ 808,498.45** | |
| **Total Current Liabilities** | **$ 838,786.88** | |
| **Long-Term Liabilities** | | |
| **Leases Payable** | | |
| **2610 Lease Payable CHS Wells Fargo 200985228 (267-0)** | | |
| **2611 Lease Payable CHS Wells Fargo 200985227 (267-1)** | | |
| **2620 Lease Payable CHS USA Container & Refrig (268-0)** | | |
| **2630 Lease Payable PNC Equip Finance** | | |
| **Total Leases Payable** | **$ 0.00** | |
| **Notes Payable** | | |
| **2500 Note Payable CHS Camden Lobster Automation Line (260-0)** | | |
| **2501 Note Payable CBL Camden Redfish II (250-0)** | 0.00 | |
| **2520 Note Payable CHS Balboa Capital Corporation (265-0)** | | |
| **2530 Note Payable CHS Toyota #1 JN (257-0)** | | |
| **2531 Note Payable CHS Paccar Financial Corp Kenworth #12 (254-0)** | | |
| **2532 Note Payable CHS Paccar Financial Corp Kenworth #13 (258-0)** | | |
| **2550 Note Payable CHS Product recall insurance $2,801.41/ 2 yrs (252-1)** | | |
| **2560 THRIVE 4Yr Forgiveable Loan** | | |
| **2590 NOTES PAYABLE TO SHAREHOLDERS** | | |
| **Total Notes Payable** | **$ 0.00** | |
| **Total Long-Term Liabilities** | **$ 0.00** | |

| | | |
|---|---|---|
| **Total Liabilities** | **$** | **838,786.88** |
| **Equity** | | |
| **2700 Retained Earnings** | | -742,700.56 |
| **2710 Common Stock** | | 0.00 |
| **2720 ADDITIONAL PAID IN CAPITAL** | | 0.00 |
| **2770 Dividend Income CHS DISC** | | |
| **Opening balance equity** | | 0.00 |
| **Net Income** | | 12,961.78 |
| **Total Equity** | **-$** | **729,738.78** |
| **TOTAL LIABILITIES AND EQUITY** | **$** | **109,048.10** |

Thursday, Aug 21, 2025 05:32:44 AM GMT-7

# Casco Bay Lobster
## Profit and Loss
**July 2-31, 2025**

| | Casco Bay Lobster |
|---|---:|
| **Income** | |
| 3011 Sales Fish | |
| 3012 Sales Lobster | |
| 3013 Sales Live Lobster | |
| 3015 Sales Crab | |
| 3016 Sales Bait | 1,850.00 |
| 3017 Sales Fuel | |
| **Total Income** | $ 1,850.00 |
| **Cost of Goods Sold** | |
| 4063 Ice - Lobster | |
| A - Product COGS | 88,718.41 |
| B - Other Direct Costs | 5,051.40 |
| C - Labor Cost | |
| Cost of goods sold | |
| **Total Cost of Goods Sold** | $ 93,769.81 |
| **Gross Profit** | -$ 91,919.81 |
| **Expenses** | |
| 5973 Utilities Fuel - Lobster | 100.45 |
| **Total Expenses** | $ 100.45 |
| **Net Operating Income** | -$ 92,020.26 |
| **Other Income** | |
| 6500 Miscellaneous Income | |
| 7000 Intercompany Sales | |
| **Total Other Income** | $ 0.00 |
| **Other Expenses** | |
| 6580 Penalties & Fines | |
| 7500 Intercompany Purchases | |
| Depreciation | 1,754.21 |
| **Total Other Expenses** | $ 1,754.21 |
| **Net Other Income** | -$ 1,754.21 |
| **Net Income** | -$ 93,774.47 |

Thursday, Aug 21, 2025 05:29:15 AM GMT-7 - Accrual Basis

# A/P Aging Detail Report
## Casco Bay Lobster Co, Inc.
### As of July 31, 2025

| Date | Transaction type | Num | Vendor display name | Business full name | Due date | Past due | Open balance |
|---|---|---|---|---|---|---|---|
| 07/23/2025 | Bill | 25-26 1st | Intact Services USA - POST | Casco Bay Lobster | 07/23/2025 | | 3,124.50 |
| 07/25/2025 | Bill | 212639 | Vessel Services, Inc. - POST | Casco Bay Lobster | 07/25/2025 | | 810.26 |
| 07/26/2025 | Bill | 57915 | C.B.S. Lobster & Bait, Inc - POST | Casco Bay Lobster | 07/26/2025 | | 55.00 |
| 07/26/2025 | Bill | 57973 | C.B.S. Lobster & Bait, Inc - POST | Casco Bay Lobster | 07/26/2025 | | 1,070.00 |
| 07/28/2025 | Bill | 2025-2nd | Memic - POST | Casco Bay Lobster | 07/28/2025 | | 1,083.75 |
| 07/28/2025 | Bill | 57722 | C.B.S. Lobster & Bait, Inc - POST | Casco Bay Lobster | 07/28/2025 | | 2,010.00 |
| 07/29/2025 | Bill | 57922 | C.B.S. Lobster & Bait, Inc - POST | Casco Bay Lobster | 07/29/2025 | | 1,470.00 |
| 07/30/2025 | Bill | 151370 | Jonathan Norton - POST | Casco Bay Lobster | 07/30/2025 | | 28.50 |
| 07/30/2025 | Bill | 57720 | C.B.S. Lobster & Bait, Inc - POST | Casco Bay Lobster | 07/30/2025 | | 520.00 |
| 07/28/2025 | Vendor Credit | C151356 | Brent Nappi - POST | Casco Bay Lobster | | | -1,099.00 |
| 07/31/2025 | Bill | 151374 | Michael Floyd - POST | Casco Bay Lobster | 07/31/2025 | | 1,619.25 |
| 07/31/2025 | Bill | 151375 | David Johnson - POST | Casco Bay Lobster | 07/31/2025 | | 2,914.60 |
| 07/31/2025 | Bill | 57716 | C.B.S. Lobster & Bait, Inc - POST | Casco Bay Lobster | 07/31/2025 | | 1,400.00 |
| 07/31/2025 | Bill | 57717 | C.B.S. Lobster & Bait, Inc - POST | Casco Bay Lobster | 07/31/2025 | | 740.00 |
| | | | | | | **Total** | **15,746.86** |

# A/R Aging Detail Report
## Casco Bay Lobster Co, Inc.
### As of July 31, 2025

| Date | Transaction type | Num | Customer full name | Business full name | Due date | Open balance |
|------|------------------|-----|--------------------|--------------------|----------|-------------:|
| 06/06/2025 | Invoice | 1054600 | C.B.S Lobster, Inc | Casco Bay Lobster | 06/20/2025 | 500.00 |
| 06/12/2025 | Invoice | 1054633 | C.B.S Lobster, Inc | Casco Bay Lobster | 06/26/2025 | 325.00 |
| 06/13/2025 | Invoice | 1054665 | C.B.S Lobster, Inc | Casco Bay Lobster | 06/27/2025 | 650.00 |
| 06/19/2025 | Invoice | 1054685 | C.B.S Lobster, Inc | Casco Bay Lobster | 07/03/2025 | 300.00 |
| 06/24/2025 | Invoice | 1054734 | C.B.S Lobster, Inc | Casco Bay Lobster | 07/08/2025 | 575.00 |
| 06/27/2025 | Invoice | 1054767 | C.B.S Lobster, Inc | Casco Bay Lobster | 07/11/2025 | 250.00 |
| 07/01/2025 | Invoice | 1054787 | C.B.S Lobster, Inc | Casco Bay Lobster | 07/15/2025 | 250.00 |
| 07/09/2025 | Invoice | 1054853 | C.B.S Lobster, Inc | Casco Bay Lobster | 07/23/2025 | 250.00 |
| 07/18/2025 | Invoice | 1055021 | C.B.S Lobster, Inc | Casco Bay Lobster | 08/01/2025 | 250.00 |
| 07/21/2025 | Invoice | 1055008 | C.B.S Lobster, Inc | Casco Bay Lobster | 08/04/2025 | 425.00 |
| 07/25/2025 | Invoice | 1055009 | C.B.S Lobster, Inc | Casco Bay Lobster | 08/08/2025 | 600.00 |
| 07/30/2025 | Invoice | 1055010 | C.B.S Lobster, Inc | Casco Bay Lobster | 08/13/2025 | 325.00 |
| | | | | | **Total** | **4,700.00** |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**July 31, 2025**
**page 1 of 3**

xxxxxxxx6877

26 31      T  968 00000 R EM AO
CASCO BAY LOBSTER CO., INC.
DEBTOR IN POSSESSION 25-20161
PO BOX 389
PORTLAND ME 04112-0389

*Questions or comments?*
*Call 1-800-821-2829*

## KeyNotes

*As your business grows, KeyBank can help you reconcile your Business Checking account through our Account Reconcilement Service. This service is designed for businesses who desire a convenient and time saving method to automatically reconcile an account with large check volume activity. Learn more about how our products and services can help your business manage its cash by calling the Commercial Client Service Center at 1-800-821-2829.*

**Commercial Transaction**    xxxxxxxx6877
CASCO BAY LOBSTER CO., INC.
DEBTOR IN POSSESSION 25-20161

| | |
|---|---|
| Beginning balance 6-30-25 | $22,782.22 |
| 8 Additions | +105,554.43 |
| 26 Subtractions | -65,546.95 |
| **Ending balance 7-31-25** | **$62,789.70** |

## Additions

| Transfers Date | Serial # | Source | | | |
|---|---|---|---|---|---|
| 7-3 | | Trf Fr | DDA 0000199681009759 | 1961 | $4,517.25 |
| 7-10 | | Trf Fr | DDA 0000199681009759 | 1961 | 11,255.60 |
| 7-11 | | Trf Fr | DDA 0000199681009759 | 1961 | 2,800.00 |
| 7-17 | | Trf Fr | DDA 0000199681009759 | 1961 | 17,506.05 |
| 7-18 | | Trf Fr | DDA 0000199681009759 | 1961 | 6,945.50 |
| 7-18 | | Trf Fr | DDA 0000199681009759 | 1961 | 6,295.00 |
| 7-25 | | Trf Fr | DDA 0000199681009759 | 1961 | 28,273.90 |
| 7-31 | | Trf Fr | DDA 0000199681009759 | 1961 | 27,961.13 |
| | | **Total additions** | | | **$105,554.43** |

## Subtractions

Paper Checks        * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 35405 | 7-1 | $201.60 | 35416 | 7-8 | 4,416.45 | 35420 | 7-28 | 43.15 |
| *35410 | 7-1 | 4,218.65 | *35418 | 7-11 | 688.70 | 35421 | 7-17 | 4,917.10 |
| *35415 | 7-1 | 4,135.00 | 35419 | 7-14 | 2,414.90 | 35422 | 7-17 | 3,191.75 |

**Corporate Banking Statement**
**July 31, 2025**
**page 2 of 3**

xxxxxxxx6877

## Subtractions
*(con't)*

*Paper Checks*          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|
| 35423 | 7-15 | 1,078.75 | 35429 | 7-21 | 1,774.30 | 35435 | 7-23 | 228.50 |
| 35424 | 7-15 | 2,800.00 | 35430 | 7-21 | 2,498.55 | *35437 | 7-29 | 2,258.10 |
| 35425 | 7-22 | 5,311.20 | 35431 | 7-21 | 6,295.00 | 35438 | 7-28 | 2,961.65 |
| 35426 | 7-24 | 5,667.40 | 35432 | 7-28 | 208.50 | *35440 | 7-29 | 670.20 |
| 35427 | 7-23 | 1,765.60 | 35433 | 7-21 | 70.00 | 35441 | 7-29 | 7,099.40 |
| 35428 | 7-22 | 489.00 | 35434 | 7-22 | 143.50 | | | |

**Paper Checks Paid**          **$65,546.95**

## Stop payments

| Number | Check Date | Amount | Issued | Expires |
|--------|-----------|--------|--------|---------|
| 35396 | 6-6-25 | $2,584.15 | 7-2-25 | 1-2-26 |
| 35407 | 6-19-25 | $1,217.60 | 7-2-25 | 1-2-26 |
| 35408 | 6-23-25 | $1,030.52 | 7-2-25 | 1-2-26 |
| 35412 | 6-26-25 | $946.30 | 7-2-25 | 1-2-26 |
| 35414 | 6-26-25 | $2,878.40 | 7-2-25 | 1-2-26 |

*All stop payments expire on date shown, unless you notify us.*

## Fees and charges

*See your Account Analysis statement for details.*



page 3 of 3

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

XFER TO SAV       - Transfer to Savings Account
XFER FROM SAV     - Transfer from Savings Account
XFER TO CKG       - Transfer to Checking Account
XFER FROM CKG     - Transfer from Checking Account
PMT TO CR CARD    - Payment to Credit Card
ADV CR CARD       - Advance from Credit Card

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| **Check # or Date** | **Amount** | **Date** | **Amount** |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **TOTAL ➜** | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

| This amount should agree with your check register balance. |
|---|

| **TOTAL ➜** | $ |
|---|---|

**KeyBank**

Check #: 35405,  Amount: $201.60,  Date: 07/01/2025

 

Check #: 35410,  Amount: $4218.65,  Date: 07/01/2025

 

Check #: 35415,  Amount: $4135.00,  Date: 07/01/2025

 

Check #: 35416,  Amount: $4416.45,  Date: 07/08/2025

 

Check #: 35418,  Amount: $688.70,  Date: 07/11/2025

 

**◆π KeyBank**

**Check #: 35419,  Amount: $2414.90,  Date: 07/14/2025**

 

**Check #: 35423,  Amount: $1078.75,  Date: 07/15/2025**

 

**Check #: 35424,  Amount: $2800.00,  Date: 07/15/2025**

 

**Check #: 35421,  Amount: $4917.10,  Date: 07/17/2025**

 

**Check #: 35422,  Amount: $3191.75,  Date: 07/17/2025**

 

**Page 2 of 6**

**KeyBank**

Check #: 35429,   Amount: $1774.30,  Date: 07/21/2025

 

Check #: 35430,   Amount: $2498.55,  Date: 07/21/2025

 

Check #: 35431,   Amount: $6295.00,  Date: 07/21/2025

 

Check #: 35433,   Amount: $70.00,   Date: 07/21/2025

 

Check #: 35425,   Amount: $5311.20,  Date: 07/22/2025

 

Page 3 of 6

**KeyBank**

**Check #: 35428,   Amount: $489.00,   Date: 07/22/2025**



**Check #: 35434,   Amount: $143.50,   Date: 07/22/2025**



**Check #: 35427,   Amount: $1765.60,   Date: 07/23/2025**



**Check #: 35435,   Amount: $228.50,   Date: 07/23/2025**



**Check #: 35426,   Amount: $5667.40,   Date: 07/24/2025**



Page 4 of 6

KeyBank

**Check #: 35420,   Amount: $43.15,   Date: 07/28/2025**

 

**Check #: 35432,   Amount: $208.50,   Date: 07/28/2025**

 

**Check #: 35438,   Amount: $2961.65,   Date: 07/28/2025**

 

**Check #: 35437,   Amount: $2258.10,   Date: 07/29/2025**

 

**Check #: 35440,   Amount: $670.20,   Date: 07/29/2025**

 



**Check #: 35441,   Amount: $7099.40,   Date: 07/29/2025**



Cozy Harbor Seafood

**1040 CBL Key Bank Operating, Period Ending 07/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 08/04/2025

Reconciled by: Katie Snell

Any changes made to transactions after this date aren't included in this report.

**Summary**
USD

| | |
|---|---:|
| Statement beginning balance | 14,226.97 |
| Checks and payments cleared (24) | -82,701.65 |
| Deposits and other credits cleared (9) | 131,264.38 |
| Statement ending balance | 62,789.70 |
| | |
| Uncleared transactions as of 07/31/2025 | -43,346.48 |
| Register balance as of 07/31/2025 | 19,443.22 |

**Details**

Checks and payments cleared (24)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 06/14/2025 | Journal | P06 Unspec Reclass | | -25,709.95 |
| 07/03/2025 | Bill Payment | 35416 | Brent Nappi - POST | -4,416.45 |
| 07/10/2025 | Bill Payment | 35421 | Seth Mayberry - POST | -4,917.10 |
| 07/10/2025 | Bill Payment | 35423 | Memic | -1,078.75 |
| 07/10/2025 | Bill Payment | 35422 | David Johnson - POST | -3,191.75 |
| 07/10/2025 | Bill Payment | 35418 | Russell Langmaid - POST | -688.70 |
| 07/10/2025 | Bill Payment | 35419 | Dave Dyer - POST | -2,414.90 |
| 07/10/2025 | Bill Payment | 35420 | Jonathan Norton - POST | -43.15 |
| 07/11/2025 | Bill Payment | 35424 | C.B.S. Lobster & Bait, Inc - P… | -2,800.00 |
| 07/17/2025 | Bill Payment | 35425 | David Johnson - POST | -5,311.20 |
| 07/17/2025 | Bill Payment | 35430 | Jonathan Norton - POST | -2,498.55 |
| 07/17/2025 | Bill Payment | 35429 | Robert Tetrault - POST | -1,774.30 |
| 07/17/2025 | Bill Payment | 35428 | Cameron T. Murphy - POST | -489.00 |
| 07/17/2025 | Bill Payment | 35427 | Michael Floyd - POST | -1,765.60 |
| 07/17/2025 | Bill Payment | 35426 | Seth Mayberry - POST | -5,667.40 |
| 07/18/2025 | Bill Payment | 35432 | Jonathan Norton - POST | -208.50 |
| 07/18/2025 | Bill Payment | 35431 | C.B.S. Lobster & Bait, Inc - P… | -6,295.00 |
| 07/18/2025 | Bill Payment | 35433 | Robert Tetrault - POST | -70.00 |
| 07/18/2025 | Bill Payment | 35434 | David Johnson - POST | -143.50 |
| 07/18/2025 | Bill Payment | 35435 | Michael Floyd - POST | -228.50 |
| 07/25/2025 | Bill Payment | 35437 | Brent Nappi - POST | -2,258.10 |
| 07/25/2025 | Bill Payment | 35441 | David Johnson - POST | -7,099.40 |
| 07/25/2025 | Bill Payment | 35440 | Cameron T. Murphy - POST | -670.20 |
| 07/25/2025 | Bill Payment | 35438 | Robert Tetrault - POST | -2,961.65 |

Total
-82,701.65

Deposits and other credits cleared (9)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 06/14/2025 | Journal | P06 Unspec Reclass | | 25,709.95 |
| 07/03/2025 | Journal | CBL Funding 25-07-03 | | 4,517.25 |
| 07/10/2025 | Journal | CBL Funding 25-07-10 | | 11,255.60 |
| 07/11/2025 | Journal | CBL Funding 25-07-11 | | 2,800.00 |
| 07/17/2025 | Journal | CBL Funding 071725 | | 17,506.05 |
| 07/18/2025 | Journal | CBL Funding 25-07-18 | | 6,295.00 |
| 07/18/2025 | Journal | CBL Funding 25-07-18 | | 6,945.50 |
| 07/25/2025 | Journal | CBL Funding 25-07-25 | | 28,273.90 |
| 07/31/2025 | Journal | CBL Funding 25-07-31 | | 27,961.13 |

Total
131,264.38

**Additional Information**

Uncleared checks and payments as of 07/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|-------------:|
| 07/03/2025 | Bill Payment | 35417 | Emmanuel Kourinos - POST | -100.80 |
| 07/25/2025 | Bill Payment | 35436 | C.B.S. Lobster & Bait, Inc - P… | -3,270.00 |
| 07/25/2025 | Bill Payment | 35439 | Seth Mayberry - POST | -6,718.30 |
| 07/25/2025 | Bill Payment | 35442 | Michael Floyd - POST | -5,296.25 |
| 07/31/2025 | Bill Payment | 35444 | Jonathan Norton - POST | -757.28 |
| 07/31/2025 | Bill Payment | 35445 | Robert Tetrault - POST | -1,715.30 |
| 07/31/2025 | Bill Payment | 35446 | Roger F. Woodman Jr. - POST | -652.75 |
| 07/31/2025 | Bill Payment | 35447 | Seth Mayberry - POST | -7,556.80 |
| 07/31/2025 | Bill Payment | 35450 | Cameron T. Murphy - POST | -504.00 |
| 07/31/2025 | Bill Payment | 35449 | Michael Floyd - POST | -7,910.55 |
| 07/31/2025 | Bill Payment | 35448 | David Johnson - POST | -8,069.45 |
| 07/31/2025 | Bill Payment | 35443 | C.B.S. Lobster & Bait, Inc - P… | -795.00 |

| Total | | | | -43,346.48 |
|-------|--|--|--|-----------:|