# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re: | Chapter 11 |
| **COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,** | Case No. 25-20160 |
| | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF SALE HEARING AND PROPOSED SALE

Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc., the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") have filed the *Motion for Entry of: (I) Order (A) Approving Bid Procedures, (B) Scheduling Auction and Sale Hearing, (C) Approving Form and Manner of Notice Thereof, and (D) Approving Procedures for Assumption and Assignment of Contracts and Leases; and (E) Granting Related Relief; and (II) Order (A) Approving Sale of Substantially All Assets Free and Clear; (B) Authorizing Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief* [Docket No. 112] (the "**Bid Procedures and Sale Motion**").

On August 21, 2025, the Bankruptcy Court entered its order granting the bid procedures relief sought in the Bid Procedures and Sale Motion [Docket No. 164] (the "**Bid Procedures Order**"). Through the Bid Procedures Order, the Bankruptcy Court approved the Bid Procedures (as defined in the Bid Procedures Order) and granted certain related relief.

In accordance with the Bid Procedures Order, the Bankruptcy Court will conduct a hearing to consider the proposed sale of the Debtors' assets at the United States Bankruptcy Court for the District of Maine (the "**Court**"), 202 Harlow Street, 3rd Floor, Bangor, ME, on **October 2, 2025, at 1:00 p.m.** (the "**Hearing**"). You are encouraged to participate in the Hearing, either directly or through your attorney, as appropriate. Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Bangor; (b) by video from the United States Bankruptcy Court located at 537 Congress Street, Portland, Maine, or (c) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules. If you intend to participate in the Hearing via telephone, you are required to register with CourtCall at 1-866-582-6878, no later than 3:00 p.m. the last business day prior to the Hearing.

If you do not want the Court to approve the proposed sale as set forth in the Bid Procedures and Sale Motion, then on or before **September 29, 2025**, you or your attorney must file a written

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

objection explaining your position with the Court via CM/ECF filing system.

If you object to the cure amount or to the possible assumption and assignment of your executory contract(s) or unexpired lease(s) as set forth in the Bid Procedures Order, you must file an objection to such relief with the Bankruptcy Court no later than **October 1, 2025**.

If you are not able to access the CM/ECF filing system, your response should be served upon the Court at:

Monica M. Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
MC Smith Federal Building
202 Harlow Street, 3rd Floor
Bangor, Maine 04401

– and –

D. Sam Anderson, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

All parties are advised to review carefully the Bid Procedures Order **and** the Bid Procedures and Sale Motion, which, among other relief, seeks authority to sell substantially all of the Debtors' assets free and clear of liens, claims, encumbrances, and other interests pursuant to Section 363(f) of the Bankruptcy Code. The Bankruptcy Court may deem any lienholder or other interest holder to consent to the free and clear sale under Section 363(f)(2) of the Bankruptcy Code to the extent such holder does not timely object to the sale transaction(s) as set forth in the Bid Procedures and Sale Motion.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the sale and related relief sought in the Bid Procedures and Sale Motion and may enter an order granting the requested relief without further notice or hearing.

*[intentionally left blank]*

Dated:  August 22, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ D. Sam Anderson*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Counsel to the Debtors and Debtors in Possession*