**Exhibit A**
**Marc Powers Declaration**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

|  |  |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>        Debtors.[1] | Chapter 11<br><br>**Case No. 25-20160**<br><br>**(Jointly Administered)** |

**DECLARATION OF MARC POWERS IN SUPPORT OF APPLICATION OF THE
DEBTORS FOR ORDER PURSUANT TO §§ 327 AND 328 OF THE
BANKRUPTCY CODE AUTHORIZING EMPLOYMENT OF
PURDY POWERS & COMPANY AS ACCOUNTANT
TO THE DEBTORS**

I, Marc Powers, declare (this "**Declaration**"), pursuant to § 1746 of title 28 of the United States Code, as follows:

1.        I am a principal of Purdy Powers & Company ("**Purdy Powers**").  I am authorized to submit this Declaration on behalf of Purdy Powers.

2.        I submit this Declaration in the chapter 11 cases of the above-referenced debtors (the "**Debtors**") in support of the *Application of the Debtors for Order Pursuant to §§ 327 and 328 of the Bankruptcy Code Authorizing Employment of Purdy Powers & Company as Accountant to the Debtors, Effective as of August 18, 2025* (the "**Application**").

**DISINTERESTEDNESS OF PROFESSIONAL**

3.        I am not related and, to the best of my knowledge, no other professional at Purdy Powers is related, to any United States Bankruptcy Judge in this District or the United States Trustee for this District or any employee thereof.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363.  The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

4.      In accordance with Local Rule 2014-1:

(a)      Based on Purdy Powers's conflicts search conducted to date and described herein, to the best of my knowledge, neither I, nor Purdy Powers, nor any member thereof, insofar as I have been able to ascertain, holds an interest adverse to the Debtors, their creditors, or any other party in interest, or their respective attorneys and accountants.  Purdy Powers's connections with creditors and other parties in interest are disclosed below; Purdy Powers believes that none of those connections is disqualifying under the applicable statutes and rules.

(b)      I am, and each member of Purdy Powers is, a "disinterested person" as that term is defined in § 101(14) of the Bankruptcy Code, as modified by § 1107(b) of the Bankruptcy Code, in that Purdy Powers and its employees and members:

(i)      are not creditors, equity security holders, or insiders of the Debtor; and

(ii)      are not and were not, within two (2) years before the date of filing of the Debtors' cases, directors, officers, or employees of the Debtors.

5.      Purdy Powers has conducted a search of its records (the "**Conflict Check System**") for any connections to the persons and entities listed on **Exhibit 1** attached to this Declaration. The information listed on **Exhibit 1** may be updated or may change during the pendency of the Debtors' bankruptcy cases.  I will update this Declaration when necessary and promptly after I become aware of additional material information.

6.      Prior to the Petition Date, Purdy Powers provided similar tax and accounting services on behalf of and for the benefit of the following insiders and affiliates of the Debtors: John S. Norton, Joseph Donovan, WNDK Limited Liability Company, 35 Union, LLC, and Tenant's Harbor Wharf (collectively, the "**Affiliates**").  Purdy Powers anticipates providing similar accounting services to these Affiliates after the Petition Date, which will primarily involve preparing tax returns and general tax advice.  Purdy Powers will carefully track its time to ensure that all fees and costs are billed to the appropriate entity.

7.      In addition to the Affiliates, Purdy Powers discloses that the following entities on

**Exhibit 1** are current clients of Purdy Powers:

      (a)     Sea Salt, LLC

      (b)     Troiano Waste Services

With respect to the parties referred to above, Purdy Powers has not and will not represent such party in any matters related to the Debtors' bankruptcy cases.

8.     Moreover, in the past, Purdy Powers may have served as a professional person in matters wholly unrelated to the Debtors or the bankruptcy cases, in which many other attorneys, accountants, and other professionals of the Debtors, creditors, or other parties in interest also may have served or serve as professional persons (including Purdy Powers being retained in chapter 11 cases in which Bernstein Shur was counsel to the debtor).  I do not believe any of these ordinary interactions constitute conflicts.

## SCOPE OF ENGAGEMENT

9.     Purdy Powers began working for the Debtors in 2017 and has provided accounting services to the Debtors since that time.

10.     Purdy Powers may perform the following services in connection with its engagement for the Debtors:

      (a)     Preparing and filing state and federal tax returns, including 2024 and 2025 and all necessary services relating thereto; and

      (b)     Tax analysis and advice, including regarding tax consequences of business operations and advice to Debtors regarding tax implications of various sale structures under consideration, which also may include reviewing sale offers and communications with Debtors regarding the same.

## PROFESSIONAL COMPENSATION

11.     A brief biography of each Purdy Powers professional who may work on the bankruptcy cases is included at **Exhibit 2** to this Declaration.

12.     As of the Petition Date, Purdy Powers does not hold a retainer from the Debtors.

3

13.     As of the Petition Date, Purdy Powers does not hold a claim against the Debtors.

14.     Attached hereto as **Exhibit 3** is the history of invoices and payments for Purdy Power's services to the Debtors prior to the Petition Date.

15.     I seek approval for Purdy Powers to record time in quarter-hour (15 minute) increments, which is consistent with our ordinary billing practices and will reduce the administrative burden on Purdy Powers during this case as a professional that does not typically bill in tenth of an hour increments.   The Debtors have advised me of the time-keeping requirements, and I am familiar with those requirements from prior chapter 11 matters in which Purdy Powers was retained as a professional.

16.     With respect to compensation and expense reimbursement for all future professional services rendered in connection with the cases, Purdy Powers will, in compliance with applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules and orders of this Court, submit an application for compensation, on an hourly basis, and for reimbursement of actual, necessary expenses and other charges that Purdy Powers incurs in connection with the cases.

17.     Purdy Powers will use the following rates in these cases:

| Purdy Powers & Company Billing Rates | |
| --- | --- |
| Staff | Billing Rate |
| Marc J. Powers, CPA, CVA | $425.00 |
| Derek K. Markgren, CPA, MST | $350.00 |
| Maria Happnie, CPA | $250.00 |
| Corwin Brown, MA, EA | $200.00 |

18.     Purdy Powers' hourly rates are set at levels designed to fairly compensate Purdy Powers for its professional services and to cover fixed and routine overhead expenses.

19.     Further, Purdy Powers seeks to be reimbursed for its actual and necessary expenses

incurred in connection with the services discussed above.  Purdy Powers will maintain detailed records of time and any actual and necessary expenses incurred in connection with the rendering of its services by category and nature of the services rendered.

20.     Purdy Powers will maintain a separate billing detail as to each of the Debtors.

21.     Purdy Powers has not agreed to share with any person the compensation to be paid for services rendered in the bankruptcy case, except the owners and employees of Purdy Powers.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: August 25, 2025                              */s/ Marc Powers*
                                                    _____
                                                    Marc Powers

5

**Exhibit 1**

**Searched Parties**

# Cozy Harbor Seafood

35 UNION LLC
Acadia Insurance
Amato's Sandwich Shops, Inc
AMCS OpCo LLC
Applied Refrigeration Services
Aqua Production Systems
Araho transfer
Arbutus Cove Enterprises
Area 52
Atlantic Coast Seafood, Inc
Atlantic Recycling Equipment
Baader North America Corp.
Bangor Savings Bank
Base
Beaver Enterprises, Inc
Belt Power LLC
Butler Brothers Industrial Supply
Camden National Bank
Cape Ann Seafood Exchange
Cape Bald Packers
Central Maine Power
Channel Fish Processing Co Inc
Chep USA
Cintas
City of Portland
City of Portland Depatment of Public Works
Coastal  Carriers, Inc
Coface North America Insurance Company
CoolSeal USA
Corporate Payment Systems
Crosspack, Inc
Crown Lift Trucks
Crow's Nest Property
Cryovac Sealed Air Corporation
Cunningham Security Systems
Curtis Thaxter  LLC
Dead River Company
Doug's Fresh Express
Downeast Energy
Durants Wharf, Inc.
East Coast Seafood, LLC DBA Seatrade International
Equitable Payment Center
F.W Webb Company
F/V Fishin Addiction
F/V Max & Emma
F/V TIMBERWOLF

Fedex Corporation
FFE Transportation Services Inc
Fisherman's Wharf Gloucester
Flores & Associates
Food Prep Solutions
Frederick Safety Services
Freightliner of Maine
Frosty Seas
Galway Transport Inc
Goodyear Commercial Tire & Services
Grainger
Graybar Electric Company, Inc
Guys Locksmith
GWI
Hall Internet Marketing
Hamilton Marine
Harbor Fish Market
Harcros Chemical Inc
Hygiena LLC
Independent Fisheries Limited
Industrial Calibration
Internal Revenue Service
International C Food Inc.,
Intral Worldwide LLC
Ion Networking
IPFS Corporation
JK Marine dba Louisbourg Seafood, Ltd.
Johnson Controls
Katahdin Analytical Services
KCV Trailer Rentals
Key Bank, N.A.
Kyocera
Laitram Machinery INC
Lineage Logistics PFS, LLC
Lineage Logistics, LLC
LITTLE BAY LOBSTER
Logtek Inc
Loma Systems Inc
Maine Department of Agriculture, Conservation & Forestry
Maine Department of marine Resources
Maine Hardware
Maine Marine Supply
Maine Revenue Services
Maine Scale LLC
Marel Inc.
Marine Stewardship Council International Ltd

Massachusetts Port Authority
Matheson Tri-Gas Inc
Matrix Sciences
McMaster-Carr Supply Company
Mechanical Services, Inc
Memic
Mesa Labs
Messer LLC
Mike Hahn
Miner, Ltd.
Modern Pest Services
Multivac
Mutual Of Omaha
NEPW Logistics Inc
New England Kenworth
NHDOT E-Z Pass
Northeast Laboratory Services
Northern Ocean Sea Products LLC dba Northern Ocean Marine
NWD Inc
Packaging Products Corp.
Packedge
Pallet One - Issacson lumber Company
Plastic Supply
PNC EQUIPMENT FINANCE
Portland Fish Exchange
Portland Plastic Pipe
Portland Water District
Power Products Systems
Progressive Scale & Label Systems, LLC
Purdy Powers & COmpany
Pyramid Transport & Cold Storage
Quadient Finance USA, Inc
Retail Services Co.
Robinson's Wharf, Inc.
Ross Industries, Inc.
Ryder Transportation Services
Sea Salt LLC
SEDNA TECHNOLOGIES
Share-ify
South Bristol Fisherman's Co-Op
Staples
Stavis Seafoods LLC
Taylor Lobster Company LLC
Taylor Services, LLC
TCN Holdings, LLC d/b/a ODORITE Co.
TD Bank

The Cote Corporation
TOM RENEHAN
Tom Scola
Tribune Seafood Limited - C/O T65045
Trillium Drivers
Troiano Waste Services, Inc
Ubaldo Chach Julian
Uline
Ultra Source LLC
Unifirst Corporation
United States Department of Commerce - National Marine Fisheries Service
UNITIL
US Cellular
USA Container Freezer & Refrigeration, LLC
VERNO d'EON FISHING SUPPLIES LTD
Vessel Services, Inc.
Village of Tenants Harbor
Vital Delivery Solutions LLC
Volk Packaging Corporation
WD Matthews
Wedgeport Lobsters Limited
Wells Fargo Equipment Finance, Inc.
Wells Fargo Vendor Financial Services, LLC
Whitecap International Seafood Exporters
WNDK Limited Liability Company
Worldwide Perishables Enterprises LLC
WQS, LLC
Wright Express Fleet Services
Zep Manufacturing Co.
Zoro Tools, Inc.

# Casco Bay Lobster

Bangor Savings Bank
Brent Nappi
C.B.S. Lobster & Bait, Inc
Camden National Bank
City of Portland
Dave Dyer
David Johnson
Intact Services USA
Internal Revenue Service
Johnathan Norton
Key Bank, N.A.
Maine Revenue Services
Michael Floyd
Michael Johnson
Russell Langmaid
Seth Mayberry
TD Bank
Vessel Services, Inc.
Village of Tenants Harbor
Wells Fargo Equipment Finance, Inc.

## Art's Lobster

Alan A Post
Alex Ausplund
Bangor Savings Bank
Belinda Anderson
Brendan G. Newell
Camden National Bank
Central Maine Power
Charter Communications
City of Portland
Consolidated Communications
Crown Lift Trucks
Cunningham Security Systems
Dale Carlson
Darrell Olsen
David Hupper
Internal Revenue Service
John Armstong
John Hansen
Key Bank, N.A.
Maine Revenue Services
Maritime Energy
Michael Ames
MIDCOAST MARINE SUPPLY
Ocean Explorer, LLC
Office of the U.S. Attorney
O'Hara Corporation
R & D Trash Removal, Inc.
TD Bank
Tenants Harbor Wharf LLC
Tytan International, LLC
Village of Tenants Harbor
Wells Fargo Equipment Finance, Inc.
William Lunt

Arthur Rackliff

Broadreach Public Relations

Maine Coast Petroleum, Inc.

Mark Lannon

McCloskey, Mina, Cunniff & Fawley

New England Bait, LLC

Opus Consulting Partners, LLC

Paula Lunt

Round-2 Lobster Co., Inc.

Shyer's Lobster Pound, Inc.

Trace Register, Inc.

Tycho Poly Inc.

Sellers Exchange

Portland Fish Exchange

John S. Norton

Joseph Donovan

Joel Knox

**Exhibit 2**

**Biographies**

# Marc J. Powers, CPA, CVA

CURRICULUM VITAE

130 Middle Street
Portland ME 04101

## CURRENT AND PRIOR EMPLOYMENT

- 1989 to Present
  Purdy Powers & Company, Stockholder and Principal
- 1987 - 1989
  Ernst & Young (national CPA firm), Senior Accountant

## EXPERIENCE AND QUALIFICATIONS

Mr. Powers has been practicing as a CPA for over 30 years, as a CVA for approximately 20 years and as a Partner with Purdy, Powers and Company since 1996. Mr. Powers has been advising businesses with accounting, valuation, tax and business advice during these years. Mr. Powers has done numerous valuations for estate planning, divorce engagements, buy/sell agreements, shareholder disputes, mergers and acquisitions, and financial planning. Mr. Powers provides business advice on a routine basis with many of his clients. He has assisted businesses with hiring, forecasting, banking, debt restructure, angel investing, private lending, software searches, writing business plans, investment banking, development of management reporting systems, strategic tax planning, international accounting, forward exchange contracts, hedging transactions, contract reviews and negotiations.

Mr. Powers has been involved in over 100 business mergers and acquisitions representing both the seller and buyer. Mr. Powers has done buyer and seller negotiations, quarterbacked document preparation, performed financial due diligence and provided tax advice for many of these transactions. In addition, Mr. Powers has worked with many businesses to prepare them for sale or transition to the next generation.

Mr. Powers has spoken at many events, has been published and has also testified in court as an expert witness. Mr. Powers is routinely engaged as an expert witness in litigation matters involving business valuation, lost earnings and other forensic financial matters.

## FORMAL EDUCATION

- University of Maine, Orono, Maine - B.S. in Business Administration, 1987

## PROFESSIONAL DESIGNATIONS AND CERTIFICATIONS

- Certified Public Accountant since 1989 - State of Maine Certificate No. 1730
- Certified Valuation Analyst since 2002
- Passed Series 65 exam

## PROFESSIONAL ASSOCIATIONS

- Member of the American Institute of Certified Public Accountants
- Member of the National Association of Certified Valuation Analysts
- Member of the Institute of Business Appraisers
- Firm member of the American Institute of Certified Public Accountants Peer Review Program

**Hourly Rate**

Mr. Powers' current rate for litigation support, including testimony, is $395 per hour.

## PROFESSIONAL EDUCATION

Over 30 years of continuing education to meet the requirements of the AICPA and state of Maine and 10 years of continuing education to meet the requirements for NACVA.  This includes numerous conferences held all over the United States.  Mr. Powers often attends the national conferences where the speakers are more experienced and the materials are more sophisticated.

### Published Articles

Portland Press Herald, February 13, 2004, Your Business Section, "Personal property depreciation can save a company a bundle".

Portland Press Herald, January 20, 2009, Your Business Section, "Tracking goals key to survival".

### Recent Speaking Engagements

Mereda's Morning Menu, October 28, 2015, " Real Estate Partnerships: How to make money while keeping your investors, your bank and the IRS Happy."

NBI Seminar, December 11, 2015, *Divorce Law – Common Mistakes in Dividing Assets*

## RECENT TESTIMONY AND DEPOSITIONS

Hillman Mather Adams Norberg Trust – Deposition, March 21, 2023
Estate of Nicholas Hamp v. RLI – Deposition on Damages via Zoom on August 30, 2022
Kevin B. Dean, Debtor  Chapter 11 Case No. 20-20427 –  via Zoom-U.S. Bankruptcy Court Deposition
Andrew T Goode v. Susan B. Jones – divorce matter, testimony
John R .Killinger Jr. and Heidi Killinger v. Adam W. Darcy, DPM, FACFAS and St. Joseph's Hospital – damages Deposition
Yankee Pride Trucking and Logistics, Inc. v. UIG, Inc. – lost earnings/damages deposition
Estate of Gerald Keene v. Mount Desert Island Hospital and John Benson, M.D. – damages, deposition
Duane D. and Crystal L. McLellan v. Calais Regional Hospital et. Al. – damages, deposition
Sulikowski v. Sulikowski, - divorce matter, testimony
Crocker Cirque II, LLC vs. Hopkinson & Abbondanza - damages, deposition
Mueller v. Mueller – testified telephonically
Musetti V. Musetti – valuation of electrical business – divorce matter - deposition
Pickus v. Ollila – valuation of medical practice – divorce matter – testimony
Dube v. Dube – valuation of a business – divorce matter - deposition
Averill v. Averill – valuation of business – divorce matter, testimony
Light v. Light – net after tax cash flow for support purposes – divorce matter, testimony
Illuminati v. Illuminati - valuation of dental practice, testimony
Darling's v. Ford Motor Company - valuation and investment return, testimony
Case v. Global Insurance Resources – valuation, deposition
Coppola v Coppola - cash flow for support purposes, divorces matter, testimony
Schmir et al. v. Kany et al – investment damages, deposition

Numerous other cases engaged; cases were settled and/or did not reach deposition or court testimony stage.

**Derek Markgren, CPA, MST**

**SHAREHOLDER**

**PROFESSIONAL HISTORY**

2006- Joined Purdy Powers & Company.

**<u>EDUCATION</u>**

University of New Hampshire

Florida Gulf Coast University

**<u>LICENSE</u>**

Certified Public Accountant - State of Maine.

**<u>CONTINUING PROFESSIONAL EDUCATION</u>**

All continuing professional education requirements have been met with respect to standards set forth by the American Institute of Certified Public Accountants, the Government Accounting Office, and the State of Maine Board of Accountancy.

Maria Happnie

**PROFESSIONAL HISTORY**

2011 - Joined Purdy Powers & Company.

**EDUCATION**

St. Joseph's College

**LICENSE**

Certified Public Accountant - State of Maine.

**CONTINUING PROFESSIONAL EDUCATION**

All continuing professional education requirements have been met with respect to standards set forth by the American Institute of Certified Public Accountants, the Government Accounting Office, and the State of Maine Board of Accountancy.

**Corwin Brown, MA, EA**
**Manager**

**PROFESSIONAL HISTORY**

2022- Joined Purdy Powers & Company.

**EDUCATION**

Oswego State University
Framingham State University

**LICENSE**

Enrolled Agent

**CONTINUING PROFESSIONAL EDUCATION**

All continuing professional education requirements have been met with respect to standards set forth by the American Institute of Certified Public Accountants, the Government Accounting Office, and the State of Maine Board of Accountancy.

**Exhibit 3**

**Payment History**

**Purdy Powers & Company**

**Deposit Report**

**For deposit date1/1/2024 - 12/31/2024**

| Payment Method | Reference | Deposit Date | Client ID | Client Name | Amount |
|---|---|---|---|---|---|
| **Deposit Date : 9/3/2024** | | | | | |
| Check | 74326 | 9/3/2024 | 217035 | Cozy Harbor Seafood, Inc. | 24,920.00 |
| | | | | **9/3/2024 Subtotal :** | **$24,920.00** |
| **Deposit Date : 9/11/2024** | | | | | |
| Check | 74387 | 9/11/2024 | 217035 | Cozy Harbor Seafood, Inc. | 237.30 |
| | | | | **9/11/2024 Subtotal :** | **$237.30** |
| **Deposit Date : 9/18/2024** | | | | | |
| Check | 74438 | 9/18/2024 | 217035 | Cozy Harbor Seafood, Inc. | 312.30 |
| | | | | **9/18/2024 Subtotal :** | **$312.30** |
| **Deposit Date : 9/20/2024** | | | | | |
| Check | 74455 | 9/20/2024 | 217035 | Cozy Harbor Seafood, Inc. | 6,800.00 |
| | | | | **9/20/2024 Subtotal :** | **$6,800.00** |
| **Deposit Date : 10/22/2024** | | | | | |
| Check | 74689 | 10/22/2024 | 217035 | Cozy Harbor Seafood, Inc. | 373.80 |
| | | | | **10/22/2024 Subtotal :** | **$373.80** |
| **Deposit Date : 11/14/2024** | | | | | |
| Check | 74819 | 11/14/2024 | 217035 | Cozy Harbor Seafood, Inc. | 5,400.00 |
| | | | | **11/14/2024 Subtotal :** | **$5,400.00** |
| **Deposit Date : 12/10/2024** | | | | | |
| Check | 75016 | 12/10/2024 | 217035 | Cozy Harbor Seafood, Inc. | 680.00 |
| | | | | **12/10/2024 Subtotal :** | **$680.00** |
| | | | | **Total Deposit** | **$38,723.40** |

# *Purdy Powers & Company*

**130 Middle Street**
**Portland, ME  04101**
**207-775-3496**

*Cozy Harbor Seafood, Inc.*
*P.O. Box 389*
*Portland, ME  04112*

Invoice No.    81863
Client No.     217035                                     *Services thru: 3.30.2024*

For professional services rendered in connection with the following:

Progress bill on audit of financial statements for the year ended               $15,000.00
December 31, 2023.

Consulting with John Norton                                                        820.00

                                        Current Amount Due      $    15,820.00

*A finance charge of 1.5% per month will be assessed on past due balances.*

# *Purdy Powers & Company*

**130 Middle Street**
**Portland, ME  04101**
**207-775-3496**

*Cozy Harbor Seafood, Inc.*
*P.O. Box 389*
*Portland, ME  04112*

*Invoice No.*   83177
*Client No.*    217035

*Services thru: 4.27.24*

For professional services rendered in connection with the following:

Progress bill for audit of financial statements for year ended
December 31, 2023 for Cozy Harbor and the following tax returns -
35 Union LLC, WNDK LLC, and Tenant's Harbor

Current Amount Due   $       5,000.00

*A finance charge of 1.5% per month will be assessed on past due balances.*

# *Purdy Powers & Company*

**130 Middle Street**
**Portland, ME  04101**
**207-775-3496**

*Cozy Harbor Seafood, Inc.*
*P.O. Box 389*
*Portland, ME  04112*

| | | |
|---|---|---|
| *Invoice No.* | *83599* | |
| *Client No.* | *217035* | *Services thru: 5.25.24* |

For professional services rendered in connection with the following:

Progress bill on audit of financial statements for the year ended
December 31, 2023.

Current Amount Due        $       4,100.00

*A finance charge of 1.5% per month will be assessed on past due balances.*

# *Purdy Powers & Company*

*130 Middle Street*
*Portland, ME  04101*
*207-775-3496*

*Cozy Harbor Seafood, Inc.*
*P.O. Box 389*
*Portland, ME  04112*

| | | |
|---|---|---|
| *Invoice No.* | *83865* | |
| *Client No.* | *217035* | *Services thru: 6.29.24* |

For professional services rendered in connection with the following:

Progress bill on audit of financial statements for the year ended
December 31, 2023.

Current Amount Due      $      6,800.00

*A finance charge of 1.5% per month will be assessed on past due balances.*

# *Purdy Powers & Company*

*130 Middle Street*
*Portland, ME  04101*
*207-775-3496*

*Cozy Harbor Seafood, Inc.*
*P.O. Box 389*
*Portland, ME  04112*

| | | | |
|---|---|---|---|
| Invoice No. | 85062 | *Invoice Date:* **10/02/2024** |
| Client No. | 217035 | *Due Date:* **Net 30** |
| | | *Services thru: 9.28.2024* |

For professional services rendered in connection with the following:

Final bill on audit and tax returns for 2023.

Current Amount Due    $___5,400.00

*A finance charge of 1.5% per month will be assessed on past due balances.*