# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Katherine Flynn, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that on August 25, 2025, the following documents were filed via this Court's CM/ECF electronic filing system ("**CM/ECF**"), which sent notice to all parties receiving notification through the Court's CM/ECF system in this case:

- *Application of the Debtors for Order Authorizing Employment of Opus Consulting Partners to Provide Fractional Chief Financial Officer Services to the Debtors, Effective as of July 28, 2025* [Docket No. 172] (the "**Opus Application**"); and

- *Application of the Debtors for Order Authorizing Employment of Purdy Powers & Company as Accountant to the Debtors, Effective as of August 18, 2025* [Docket No. 173] (the "**Purdy Application**").

I further certify that on August 25, 2025, I served via email the Opus Application and Purdy Application upon the service parties set forth in the attachment hereto.

I further certify that on August 25, 2025, I caused to be mailed the Opus Application and Purdy Application upon the parties set forth in the attachment hereto in the manner set forth below.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St John Street, Portland, ME 04102.

Dated: August 25, 2025 /s/ *Katherine Flynn*
Katherine Flynn
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200

**SERVICE LIST**

**The Opus Application and the Purdy Application were served upon the following parties via electronic mail or facsimile on August 25, 2025:**

| NAME | SERVICE CONTACT (EMAIL or FAX) | DATE OF SERVICE |
|---|---|---|
| East Coast Seafood, LLC | toneill@myseafood.com; | 08/25/2025 |
| J.K. Marine dba Louisbourg Seafood Ltd | derrick.k@louisbourgseafoods.ca; damien.b@louisbourgseafoods.ca; | 08/25/2025 |
| Whitecap International Seafood Exporters | egerber@whitecapseafoods.com; | 08/25/2025 |
| Northern Ocean Sea Products, LLC | joyce@northernoceanmarine.com; | 08/25/2025 |
| Cape Bald Packers | dallain@capebaldpackers.com; | 08/25/2025 |
| Independent Fisheries Limited | office@independentfisheries.ca; | 08/25/2025 |
| Packedge | eatkins@packedgeinc.com; | 08/25/2025 |
| Sea Salt, LLC | shawn.seasalt@gmail.com; | 08/25/2025 |
| Arbutus Cove Enterprises | admin@arbutuscove.net; | 08/25/2025 |
| Wedgeport Lobsters Limited | tammy@wedgeportlobsters.ca; | 08/25/2025 |
| Area 52 | info@area52.ca; | 08/25/2025 |
| Camden National Bank | abutler@camdennational.bank; jfischer@dwmlaw.com; kfisher@dwmlaw.com | 08/25/2025 |
| Mechanical Services Inc. | info@mechanicalservices.com; cleger@kelleyleger.com; | 08/25/2025 |
| Atlantic Coast Seafood, Inc. | shelli@atlanticcoastsfd.com; tory@atlanticcoastsfd.com; | 08/25/2025 |
| Volk Packaging Corporation | klaverriere@volkboxes.com; bcolwell@preti.com; | 08/25/2025 |
| Channel Fish Processing, Co., Inc. | BBrennan@channelfish.com; | 08/25/2025 |
| Acadia Insurance | joan.gallant@acadia-ins.com; | 08/25/2025 |
| Portland Fish Exchange | jberg@pfex.org; rvanmeter@pfex.org; | 08/25/2025 |
| BASE Seafood Auction | carina@baseseafood.com; Cassie@baseseafood.com; | 08/25/2025 |
| CoolSeal USA | mjaeck@coolsealusa.com; | 08/25/2025 |
| Seth Mayberry | smayberry4746@gmail.com; | 08/25/2025 |
| C.B.S Lobster & Bait, Inc. | cbslobster13@yahoo.com; | 08/25/2025 |
| Vessel Services, Inc. | office@vesselservicesinc.com; | 08/25/2025 |
| Village of Tenants Harbor | t.elwell@stgeorgemaine.com; | 08/25/2025 |
| City of Portland | treasury@portlandmaine.gov; ajames@portlandmaine.gov; rcreswell@creswelllaw.com; | 08/25/2025 |
| William Lunt | luntlobster@gmail.com; paulalunt@gmail.com; | 08/25/2025 |

| | | |
|---|---|---|
| Tytan International, LLC | info@tytanintl.com; | 08/25/2025 |
| Cunningham Security Systerms | info@cunninghamsecurity.com; | 08/25/2025 |
| Maritime Energy | info@maritimeenergy.com; | 08/25/2025 |
| Crown Lift Trucks | amy.jackson@crown.com; | 08/25/2025 |
| Charter Communications | resibankruptcy@charter.com; | 08/25/2025 |
| Midcoast Marine Supply | mmsthomaston@yahoo.com; | 08/25/2025 |
| Office of the Maine State Treasurer | state.treasurer@maine.gov; | 08/25/2025 |
| Belinda Anderson | banderson@cozyharbor.com; | 08/25/2025 |
| Key Bank | rclement@verrill-law.com; sdoil@verrill-law.com; | 08/25/2025 |
| Internal Revenue Service | scott.miller@irs.gov; | 08/25/2025 |
| Maine Revenue Services | compliancebk.mrs@maine.gov; John.Burke@maine.gov; | 08/25/2025 |
| Office of the U.S. Attorney | usame-bankruptcynotice@usdoj.gov; | 08/25/2025 |
| Ann-Marie Dirsa | Ann.Marie.Dirsa@usdoj.gov; | 08/25/2025 |
| Heather Sprague | heather.sprague@usdoj.gov; | 08/25/2025 |
| Joseph Donovan | kmcdonald@mpmlaw.com; msmart@mpmlaw.com; | 08/25/2025 |

**The Opus Application and the Purdy Application were served via U.S. First Class Mail on August 25, 2025.**
See attached matrix.

**SERVICE LIST**

| NAME | SERVICE CONTACT | DATE OF SERVICE | MANNER OF SERVICE |
|---|---|---|---|
| Dave Dyer | 79 Summit Terrace, North Yarmouth, ME 04097 | 08/25/2025 | U.S. First Class Mail |
| Russell Langmaid | 99 Little John Road, Yarmouth, ME 04097 | 08/25/2025 | U.S. First Class Mail |
| Darrell Olsen | P.O. Box 24 Port Clyde, ME 04855-0024 | 08/25/2025 | U.S. First Class Mail |
| Consolidated Communications | 1 Davis Farm Road, Portland, ME 04103-1668 | 08/25/2025 | U.S. First Class Mail |
| Charter Communications | P.O. Box 6030 Carol Stream, IL 60197-6030 | 08/25/2025 | U.S. First Class Mail |