**Fill in this information to identify the case:**

Debtor Name __Cozy Harbor Seafood, Inc._____

United States Bankruptcy Court for the:_____ District of __Maine___
                                                                         (State)

Case number:  __25-20160_____

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of  8/29/2025  on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3.  For purposes of this form, "Debtor" shall include the estate of such Debtor.

The Debtor holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Cozy Harbor Foods | 100% | |
| Cozy Harbor Seafoods DISC | 100% | |
| South Bristol Shrimp & Lobster | 100% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity (to the extent available and existing in the ordinary couse).

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name _____      Case number_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

X _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date  8/29/2025
         MM / DD / YYYY

**For individual Debtors:**

X _____         X _____
Signature of Debtor 1                                             Signature of Debtor 2

_____             _____
Printed name of Debtor 1                                       Printed name of Debtor 2

Date _____                                  Date _____
         MM / DD / YYYY                                                  MM / DD / YYYY

Debtor Name   Cozy Harbor Seafood, Inc.                                    Case number  25-20160

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

**The three non-debtor companies have not operated for multiple years, as such only a balance sheet is available.**

Debtor Name  Cozy Harbor Seafood, Inc.                              Case number  25-20160

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

# South Bristol Shrimp & Lobster

Balance Sheet

August 2025

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| **TOTAL ASSETS** | |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|    Current Liabilities | |
|     Other Current Liabilities | |
|      Related Party Due To/From | |
|       2903 Due To/From CHS/SBSL | 551,123.59 |
|       2911 Due To/From CBL/SBSL | -1,684.97 |
|       2912 Due To/From ART/SBSL | -1,031.31 |
|     **Total Related Party Due To/From** | **548,407.31** |
|    **Total Other Current Liabilities** | **$548,407.31** |
|   **Total Current Liabilities** | **$548,407.31** |
| **Total Liabilities** | **$548,407.31** |
|   Equity | |
|    2700 Retained Earnings | -548,407.31 |
|    Net Income | |
| **Total Equity** | **$ -548,407.31** |
| **TOTAL LIABILITIES AND EQUITY** | **$0.00** |

*Source: QuickBooks files of Debtor*

*Form 426*
*Exhibit A*

South Bristol Shrimp & Lobster has not had any financial activity in multiple years including January 1, 2025 through August 1, 2025. As Such a Profit & Loss Statement, Statement of Cash Flows, and Statement of Change in Shareholders' Equity are not applicable.

The balance sheet ties to the last audited financials of Cozy Harbor Seafood and its affiliates as completed for year end 2023. There was no activity for this entity in 2024.

The $551,124 owed to Cozy Harbor Seafood is NOT anticipated to be paid as South Bristol Shrimp & Lobster currently has no assets nor sources of income. Additionally, the negative liabilities are receivables from Art's Lobster and Casco Bay Lobster, these receivables are NOT anticipated to be collected.

# Cozy Harbor Seafood DISC

## Balance Sheet
August 2025

|  | TOTAL |
|---|---:|
| **ASSETS** |  |
|   Current Assets |  |
|   Bank Accounts |  |
|     1030 CHS Key Bank DISC Operating | 3,000.00 |
|   **Total Bank Accounts** | **$3,000.00** |
|   **Total Current Assets** | **$3,000.00** |
| **TOTAL ASSETS** | **$3,000.00** |
| **LIABILITIES AND EQUITY** |  |
|   Liabilities |  |
|   **Total Liabilities** |  |
|   Equity |  |
|     2700 Retained Earnings | 3,000.00 |
|     Net Income |  |
|   **Total Equity** | **$3,000.00** |
| **TOTAL LIABILITIES AND EQUITY** | **$3,000.00** |

*Source: QuickBooks files of Debtor*

*Form 426*
*Exhibit A*

CHS DISC has not had any financial activity in multiple years including January 1, 2025 through August 1, 2025. As Such a Profit & Loss Statement, Statement of Cash Flows, and Statement of Change in Shareholders' Equity are not applicable.

The balance sheet ties to the last audited financials of Cozy Harbor Seafood and its affiliates as completed for year end 2023. There was no activity for this entity in 2024.

The $3000 cash is in a checking account at Key Bank NA.

# Cozy Harbor Foods
## Balance Sheet
August 2025

*Form 426*
*Exhibit A*

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| **TOTAL ASSETS** | |
| LIABILITIES AND EQUITY | |
|  Liabilities | |
|   Current Liabilities | |
|    Other Current Liabilities | |
|     Related Party Due To/From | |
|      2904 Due To/From  CHS/CH Foods | -127,610.69 |
|     **Total Related Party Due To/From** | **-127,610.69** |
|    **Total Other Current Liabilities** | **$ -127,610.69** |
|   **Total Current Liabilities** | **$ -127,610.69** |
|  **Total Liabilities** | **$ -127,610.69** |
|  Equity | |
|   2700 Retained Earnings | 127,610.69 |
|   Net Income | |
|  **Total Equity** | **$127,610.69** |
| **TOTAL LIABILITIES AND EQUITY** | **$0.00** |

*Source: QuickBooks files of Debtor*

*Form 426*
*Exhibit A*

Cozy Harbor Foods has not had any financial activity in multiple years including January 1, 2025 through August 1,2025. As Such a Profit & Loss Statement, Statement of Cash Flows, and Statement of Change in Shareholders' Equity are not applicable.

The balance sheet ties to the last audited financials of Cozy Harbor Seafood and its affiliates as completed for year end 2023. There was no activity for this entity in 2024.

The negative liability is in fact a collectible due from Cozy Harbor Seafood that is NOT anticipated to be collected.

Debtor Name   Cozy Harbor Seafood, Inc.                                              Case number   25-20160

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

  Not available as companies are non-operating.

Debtor Name  Cozy Harbor Seafood, Inc.  Case number  25-20160

**Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity**] for period ending [date]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name   Cozy Harbor Seafood, Inc.                              Case number  25-20160

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

　　a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

　　b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Case 25-20160    Doc 183    Filed 08/29/25    Entered 08/29/25 13:53:59    Desc Main
Document    Page 14 of 17

Debtor Name  Cozy Harbor Seafood, Inc.                              Case number  25-20160

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Cozy Harbor Seafood wholly owns Cozy Harbor Foods, CHS DISC, and South Bristol Shrimp & Lobster.

Cozy Harbor Foods is an entity that historically would purchase and resell processed seafood from an unrelated 3rd party. This was done to reduce the liability against Cozy Harbor Seafood.

CHS DISC was an entity that was set up under the advice of the tax accounting firm to take advantage of tax breaks on international sales. There has not been any activity in the prior two years.

South Bristol Shrimp & Lobster is a discontinued operation that was a buying shrimp and lobster in South Bristol, Maine. It has not been used in over ten years. The entity is still registered with the Maine Secretary of State's Office on the off chance that management would have wanted to used the entity for a purpose.

Official Form 426     Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability     page **8**

Debtor Name  Cozy Harbor Seafood, Inc.                              Case number  25-20160

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

- Cozy Harbor Foods is owed $127,611 from the primary debtor Cozy Harbor Seafood due to activity in prior year(s). It is NOT anticipated this debt will be paid and it can be written off. Payment of this intercompany debt would be of no value to any entity, be they the debtor or a creditor.
- South Bristol Shrimp & Lobster owes $551,124 to Cozy Harbor Seafood due to activity in prior year(s). It is NOT anticipated to be paid as South Bristol Shrimp & Lobster currently has no assets nor sources of income.
- Casco Bay Lobster owes $1,685 to South Bristol Shrimp & Lobster due to activity in prior year(s). It is NOT anticipated this debt will be paid and it can be written off. Payment of this intercompany debt would be of no value to any entity, be they the debtor or a creditor.
- Art's Lobster owes $1,031 to South Bristol Shrimp & Lobster due to activity in prior year(s). It is NOT anticipated this debt will be paid and it can be written off. Payment of this intercompany debt would be of no value to any entity, be they the debtor or a creditor.
- This data was sourced from Cozy Harbor Seafood's QuickBooks files on 7/16/2025 and ties to their last audited financials for year ending 2023.

Debtor Name    Cozy Harbor Seafood, Inc.                           Case number  25-20160

### Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Cozy Harbor Seafood, the primary debtor, files one consolidated income tax filing at the state and federal levels. This includes the three non-debtor entities. Any income or loss and associated refunds or credits are held within the Cozy Harbor Seafood entity.
The three non-debtor entities currently have no fixed assets as such, they do not owe any local personal property taxes.
The CHS DISC entity has not had any transactions for the past several years, as such any income tax benefit derived from the entity is moot.

Debtor Name   Cozy Harbor Seafood, Inc.                              Case number   25-20160

### Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

The three non-debtor entities have not had any activity for multiple years. As such, it is not believed there are any claims, expenses or fees that could be asserted against any of the three Debtors.

This data is sourced from the QuickBooks file of Cozy Harbor Seafood and their audited financials from 2023.