# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

## ORDER GRANTING MOTION FOR LIMITED RELIEF FROM AUTOMATIC STAY TO EFFECTUATE SETOFF BETWEEN DEBTORS AND SEA SALT, LLC

Upon consideration of the above-referenced motion [Dkt. No. 144] (the "**Motion**"), and for good and sufficient cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Motion is **GRANTED**.

2. Sea Salt[2] is granted relief from the automatic stay under Section 362(a) of the Bankruptcy Code for the exclusive purpose of effectuating setoff between the Cozy Claim and the Sea Salt Claim, with such setoff to be applied, **first**, to satisfy that portion of the Sea Salt Claim constituting an administrative expense claim under Section 503(b)(9) of the Bankruptcy Code, and, **second**, with the balance applied against the remaining general unsecured claim held by Sea Salt against Cozy Harbor Seafood, Inc. as of the Petition Date.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

3. Except as to the application of setoff approved in this Order, all objections to any other claims held or asserted by Sea Salt in these cases are preserved.

4. The relief granted in this Order shall be effective immediately.

5. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

Dated: September 2, 2025

Michael A. Fagone  
United States Bankruptcy Judge  
District of Maine