*RELIEF REQUESTED WITHOUT A HEARING*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and, ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Kyle D. Smith, a member in good standing of the Bar of the United States District Court for the District of Maine, move, pursuant to Rule 9010-1(a)(1) of the Local Rules for the United States Bankruptcy Court for the District of Maine, for the pro hac vice admission of Troy Lawrence, Esq. of Dentons Bingham Greenebaum to practice in this Court in connection with the above-captioned case. In support of this motion, I state as follows:

1. Attorney Lawrence has been employed by Dentons and has been retained by the Official Committee of Unsecured Creditors of Cozy Harbor Seafood, Inc., the Creditors Committee in the above-captioned case.

2. Attorney Lawrence is an attorney at Dentons Bingham Greenebaum, One City Center, Suite 11100, Portland, ME 04101, and is a member in good standing of the Bars of the State of Arizona, Florida, Hawaii, Massachusetts, Nevada, and New York.

3. On January 21, 2025, Attorney Lawrence applied for admission by motion to the Maine Board of Bar Examiners pursuant to Maine Bar Admission Rule 11A. Attorney

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

25070861.v1

Lawrence's admission by motion application is currently pending with the Maine Board of Bar Examiners.

4. A *Certification for Admission Pro Hac Vice* is attached hereto as **Exhibit A**. Attorney Lawrence is not currently, and has never been, suspended or disbarred in any jurisdiction, and there are not any disciplinary matters pending against him.

5. Attorney Lawrence has read and understands the requirements of Rule 83.1 of the Local Rules of the United States District Court for the District of Maine, and is familiar with the provisions of the Federal Rules of Bankruptcy Procedure, Title 11 of the United States Code (the "Bankruptcy Code"), and the Local Rules for the United States Bankruptcy Court for the District of Maine.

WHEREFORE, I respectfully request that this Court enter an order authorizing Troy Lawrence, Esq. to practice before this Court in the above-captioned case as counsel for the Official Committee of Unsecured Creditors.

Dated: September 3, 2025

Respectfully submitted,

/s/ Kyle D. Smith
Kyle D. Smith
DENTONS BINGHAM GREENEBAUM LLP
One City Center, Suite 11100
Portland, Maine 04101
(207) 810-4955
andrew.helman@dentons.com

25070861.v1