Case 25-20160    Doc 185-1    Filed 09/03/25    Entered 09/03/25 10:02:57    Desc
Certification for Admission Pro Hac Vice - Troy Lawrence    Esq.    Page 1 of 3

2/24                                                                                                    LOCAL FORM 8

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC.,**<br>**CASCO BAY LOBSTER CO., INC., and,**<br>**ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

## CERTIFICATION FOR ADMISSION PRO HAC VICE

I hereby request admission Pro Hac Vice to the U.S. Bankruptcy Court for the District of Maine and I represent that the answers to the following questions are complete, true and correct:

1. **Name:**
   Troy Lawrence, Esq.

2. **State bar membership numbers:**
   Arizona (036887); Florida (1061000); Hawaii (011719); Massachusetts (713952); Nevada (16102); New York (6063275).

3. **Firm name, address and telephone number:**
   Dentons Bingham Greenebaum
   One City Center, Suite 11100
   Portland, ME 04101

4. **List state and federal courts that you are a member in good standing to practice law:**
   Arizona; Florida; Hawaii; Massachusetts; Nevada; New York; U.S. District Court, District of Arizona; U.S. District Court, District of Hawaii; U.S. District Court, District of Massachusetts; U.S. District Court, District of Nevada; Ninth Circuit Court of Appeals

5. **Name, address and telephone number of associated local counsel:**
   Kyle D. Smith, Esq.
   Dentons Bingham Greenebaum
   One City Center, Suite 11100
   Portland, ME 04101
   (207) 810-4955

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

25070883.v1

Case 25-20160    Doc 185-1    Filed 09/03/25    Entered 09/03/25 10:02:57    Desc Certification for Admission Pro Hac Vice - Troy Lawrence    Esq.    Page 2 of 3

2/24    LOCAL FORM 8

**6.**     **Party name(s) entering appearance for:**
Official Committee of Unsecured Creditors for Cozy Harbor Seafood, Inc.,

**7.**     **Have you been denied admission, disbarred, or suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated grievance committee or administrative body?**

☒     NO
☐     YES (explain on a separate sheet)

**8.**     **Have any proceedings been instituted against you which could lead to denied admission, disbarment, or suspension from practice, reprimand, denial of "in good standing" status, or other discipline by any court, bar associated grievance committee or administrative body?**

☒     NO
☐     YES (explain on a separate sheet)

**9.**     **I have read and understand the requirements of D. Me. Local R. 83.1.**

**10.**    **I am familiar with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules for the Bankruptcy Court for the District of Maine.**

**11.**    **I agree to abide by all of the rules and procedures in the Administrative Procedures for Electronic Filing By Attorneys currently in effect, and any changes or additions that may be made to these procedures in the future.**

**12.**    **I understand that the use of my login and password serves as and constitutes my signature. I agree to protect and secure my password and I will immediately notify the Court if I have any reason to suspect that my password has been compromised in any way.**

[*the remainder of this page is intentionally left blank*]

25070883.v1

Case 25-20160   Doc 185-1   Filed 09/03/25   Entered 09/03/25 10:02:57   Desc
Certification for Admission Pro Hac Vice - Troy Lawrence   Esq.   Page 3 of 3

LOCAL FORM 8
2/24

Date: September 3, 2025         /s/ Troy Lawrence
                                Troy Lawrence
                                DENTONS BINGHAM GREENEBAUM LLP
                                One City Center, Suite 11100
                                Portland, Maine 04101
                                Phone: (207) 810-4955
                                Email: troy.lawrence@dentons.com

Date: September 3, 2025         /s/ Kyle D. Smith            `
                                Kyle D. Smith
                                DENTONS BINGHAM GREENEBAUM LLP
                                One City Center, Suite 11100
                                Portland, Maine 04101
                                Phone: (207) 810-4955
                                Email: kyle.d.smith@dentons.com

25070883.v1