**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **COZY HARBOR SEAFOOD, INC.,** **CASCO BAY LOBSTER CO., INC., and,** **ART'S LOBSTER CO., INC.,** | **Case No. 25-20160** |
| | **(Jointly Administered)** |
| **Debtors.**[1] | |

<u>**ORDER ON MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**</u>

Upon consideration of the *Motion for Admission to Practice Pro Hac Vice* [Dkt. No. 185] (the "Motion") regarding the admission of Troy Lawrence, Esq., of Dentons Bingham Greenebaum as counsel to the Official Committee of Unsecured Creditors; and, upon consideration of all responses to the Motion, if any; and good cause having been shown, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1.      The Motion is **GRANTED**.

2.      Troy Lawrence, Esq. is admitted to practice in this Court in connection with the above-captioned case, and in any and all proceedings arising in, under, or relating to the case.

3.      This order shall become final in 14 days unless an interested party sooner objects, in which case the matter shall be set for hearing and considered by the court as if this order had not been entered

---

[1]      The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

Date:     September 3, 2025

_____

Michael A. Fagone
United States Bankruptcy Judge
District of Maine