**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: | Chapter 11 |
| **COZY HARBOR SEAFOOD, INC.,**<br>**CASCO BAY LOBSTER CO., INC., and**<br>**ART'S LOBSTER CO., INC.,** | Case No. 25-20160<br><br>**(Jointly Administered)** |
| Debtors.[1] | |

**NOTICE OF FILING OF PROPOSED FORM OF SALE ORDER AND**
**FORM OF ASSET PURCHASE AGREEMENT**

   **PLEASE TAKE NOTICE** that in accordance with Paragraph 13 of the *Order: (A) Approving Bid Procedures, (B) Scheduling Auction and Sale Hearing, (C) Approving Form and Manner of Notice Thereof, and (D) Approving Procedures for Assumption and Assignment of Contracts and Leases; and (E) Granting Related Relief* [Docket No. 164], attached hereto as **Exhibit A** is the proposed form of Sale Order and attached hereto as **Exhibit B** is the proposed form of Asset Purchase Agreement.

Dated:   September 4, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER &**
**NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott, Esq.
D. Sam Anderson, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Counsel to the Debtors and Debtors in Possession*

---

[1]The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363.  The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have filed and served the foregoing NOTICE OF FILING OF

PROPOSED FORM OF SALE ORDER AND FORM OF ASSET PURCHASE AGREEMENT

via this Court's CM/ECF system on all parties requesting CM/ECF notice in this case.

Dated:   September 4, 2025

/s/ *Adam R. Prescott*
Adam R. Prescott
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
aprescott@bernsteinshur.com