**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

**ORDER GRANTING APPLICATION OF THE DEBTORS FOR ORDER PURSUANT TO §§ 327 AND 328 OF THE BANKRUPTCY CODE AUTHORIZING EMPLOYMENT OF PURDY POWERS & COMPANY AS ACCOUNTANT TO THE DEBTORS, EFFECTIVE AS OF AUGUST 18, 2025**

Upon consideration of the *Application of the Debtors for Order Pursuant to §§ 327 and 328 of the Bankruptcy Code Authorizing Employment of Purdy Powers & Company as Accountant to the Debtors, Effective as of August 18, 2025* [Dkt. No. 173] (the "**Purdy Powers Application**"), and upon consideration of the Powers Declaration[2] attached thereto and filed therewith, and it satisfactorily appearing that Purdy Powers is disinterested and does not represent or hold any interest adverse to the Debtors or the estates in the matters upon which Purdy Powers is to be engaged, and having found that the employment of Purdy Powers will be in the best interest of the Debtors and the Debtors' estates, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.  The Purdy Powers Application is **GRANTED** as set forth herein.

2.  The Debtors are authorized to employ Purdy Powers under § 327 of the Bankruptcy

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to such terms in the Purdy Powers Application.

Code on terms set forth in the Purdy Powers Application and Powers Declaration, and Purdy Powers is authorized to perform the following services on behalf of the Debtors: Preparing and filing state and federal tax returns, including 2024 and 2025 and all necessary services relating thereto.

        3.      The retention of Purdy Powers shall be and hereby is deemed effective as of August 18, 2025.

        4.      All payments of professional fees and reimbursement of expenses to Purdy Powers are subject to Court approval based on application to the Court and submission of contemporaneous time records, pursuant to the Bankruptcy Code, Bankruptcy Rules, and the Local Rules, or in accordance with any further order of this Court.

        5.      ~~Purdy Powers is authorized to record and bill time in quarter-hour (15 minute) increments during the cases.~~

        6.      Purdy Powers shall maintain a separate billing detail as to each of the Debtors.

        7.      Service of the Purdy Powers Application, the Powers Declaration, and the proposed order was sufficient notice to parties under the circumstances.

        8.      This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

Dated: September 16, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine