**EXHIBIT A**
**(Helman Declaration)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:**<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>**Debtors.** [1] | **Chapter 11**<br><br>**Case No. 25-20160**<br><br>**(Jointly Administered)** |

**DECLARATION OF ANDREW C. HELMAN IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING THE EMPLOYMENT OF DENTONS AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF AUGUST 22, 2025**

I, Andrew C. Helman, declare, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am a partner with the law firm Dentons Bingham Greenebaum LLP ("DBG"). In Maine, DBG's address is One City Center, Suite 11100, Portland, Maine 04101. My office telephone number is (207) 619-0919. My e-mail address is andrew.helman@dentons.com.

2. I submit this Declaration in the above-captioned jointly administered chapter 11 case of Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc. (the "Debtors"), pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules, in support of the Committee's *Application of the Official Committee of Unsecured Creditors for an Order Authorizing the*

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

*Employment of Dentons as Counsel for the Official Committee of Unsecured Creditors, Effective August 22, 2025* (the "Application").[2]

3. Unless otherwise stated in this Declaration, I have personal knowledge of the facts hereinafter set forth. If any information disclosed requires amendment or modification upon Dentons' completion of further analysis or as additional creditor information becomes available to Dentons, a supplemental declaration will be submitted to this Court.

4. I am admitted to practice law in: (i) the State of Maine; (ii) the Commonwealth of Massachusetts; (iii) the United States District Court for the District of Maine; (iv) the United States District Court for the District of Massachusetts; (v) the United States District Court for the District of Vermont; (vi) the United States Bankruptcy Appellate Panel for the First Circuit; (vii) the United States Court of Appeals for the First Circuit; and (viii) the United States Court of Appeals for the Second Circuit. I have been admitted to other federal bankruptcy courts for representation of parties in specific cases.

5. I am authorized to make this Declaration on Dentons' behalf. This Declaration is based upon matters within personal knowledge and, if called upon to testify, I would testify as set forth herein.

6. Dentons is a full-service law firm with attorneys who regularly advise debtors, creditors' committees, and other parties-in-interest in chapter 11 cases. The firm's professionals have substantial experience in virtually all legal issues that may arise in this case. In particular, Dentons' professionals have substantial experience in the areas of bankruptcy and restructuring, as well as litigation, corporate, financing, and tax law.

[2] Capitalized terms not defined herein but defined in the Application shall have the meaning ascribed to them in the Application.

7. Dentons Group is a Swiss verein structure comprised of member firms. The partners of DBG and partners or shareholders of member firms within the United States region for Dentons Group are also partners of Dentons United States LLP, which is the U.S. Region member of the Dentons Group, whose members and their respective subsidiaries, affiliates, and related entities provide legal services in different locations with their own legal practices. Dentons United States LLP was formed to facilitate the intention of DBG and other attorneys at Dentons Group member firms in the United States to collaborate while continuing to benefit from local identity and culture.

8. As used in this Declaration, "Dentons" refers to attorneys within the United States who are partners in Dentons United States LLP or employed by member firms whose partners, shareholders, or members are partners in Dentons United States LLP. This includes attorneys with DBG. Dentons' restructuring attorneys within the United States work together as part of a national Restructuring, Insolvency, and Bankruptcy Group. Dentons' standard business terms in the U.S. Region do not require separate engagement by clients of any member firm within Dentons and, as necessary or appropriate, attorneys within Dentons who are not directly employed by DBG may provide services on this matter, with all fees for services subject to review and approval by this Court under applicable provisions of the Bankruptcy Code. For these reasons, DBG is making disclosures under Bankruptcy Rule 2014(a) with respect to all of Dentons Group, which includes international organizations, in accordance with the firm's practices.

9. Based on this information, Dentons makes disclosures as set forth on the attached **Exhibit 1**. This document was prepared based on a search in the firm's global conflict check system using the names of parties appearing on **Exhibit 1**. To the best of my knowledge, any representations or connections disclosed in the attached **Exhibit 1** are wholly unrelated to the Debtor or this chapter 11 case.

10. In addition to such disclosures on **Exhibit 1**, I make the following additional disclosures:

A. Dentons discloses that it has provided legal services to KeyBank N.A ("KeyBank") in an unrelated matter. Dentons is not representing KeyBank in connection with the Debtors' chapter 11 cases. If the need arises, then the Committee will obtain conflicts counsel to represent the Committee in matters directly adverse to KeyBank in connection with the Debtors' chapter 11 case.

B. Several attorneys and staff in the firm's Portland office were, at various points in time, employed at Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN"). Of attorneys and staff in Dentons' Portland office who have or are expected to work on this matter, Kyle D. Smith, Samantha Hayes, and I were employed at BSSN. BSSN has been retained to represent the Debtors as their general bankruptcy counsel in these cases. Additionally, at BSSN, Samantha Hayes and I worked with the Honorable Michael A. Fagone, currently a judge in the United States Bankruptcy Court for the District of Maine and the presiding judge in these cases. Each of the Dentons employees named above has and is expected to continue to render services for the Committee during these chapter 11 cases.

C. Opus Consulting, which has been retained to provide financial advisory services to the Debtors, currently represents a mutual client in the same capacity in one or more matters in which Dentons is involved.

11. I am not related, and to the best of my knowledge, no attorney with Dentons is related, to any federal judge in this District or to the U.S. Trustee for this District.

12. Dentons has, and will continue to, examine its conflict check system to determine whether it has any connections with other parties in interest and will supplement the disclosures in this Declaration as needed.

13. Based on the conflict search conducted to date by Dentons and described in this Declaration, to the best of my knowledge, neither I nor Dentons, nor any attorney or employee associated with Dentons, insofar as I have been able to ascertain, holds any adverse interest or represent any entity having an adverse interest in connection with this chapter 11 case. Any connections with creditors or other parties in interest are disclosed herein based on conflict checks to date and will be supplemented as necessary during this case. Dentons does not believe that any such connections are disqualifying under applicable statutes and rules.

14. While Dentons has taken reasonable steps to ascertain whether current clients are creditors of the Debtors, affiliated with the Debtors, or otherwise parties in interest, Dentons' analysis is continuing. Dentons will supplement this Declaration as necessary.

15. I further disclose that attorneys with Dentons are active in many different restructuring matters in the United States as well as with restructuring trade groups. As a result, attorneys with Dentons have personal or professional relationships with other professionals in this case.

16. Accordingly, based on information available to date, I believe that Dentons is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, to the extent applicable to the case in that Dentons and its lawyers:

(a) Are not creditors (except to the extent permitted under the Bankruptcy Code and established precedent), equity security holders, or insiders of the Debtors;

(b) Are not and were not, within two (2) years before the Petition Date directors, officers, or employees of the Debtors; and

(c) Do not have any interest materially adverse to the interest of the Debtors' estates or creditors by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

17. No agreement or understanding exists between Dentons and any other person (other than internally within the Dentons Group) to share compensation received for services to be rendered in connection with representation of this case. No representations have been received or made by Dentons, nor any member or associate thereof, with respect to compensation in connection with this case other than in accordance with the Bankruptcy Code.

18. The professional services that Dentons may render to the Committee include, without limitation, the following legal services:

A. Providing legal advice regarding the powers and duties available to the Committee, as an official committee appointed under section 1102 of the Bankruptcy Code;

B. Investigating the acts, conduct, assets, liabilities, and financial condition of the Debtors, the operation of the Debtors' business, and any other matter relevant to the Case or the formulation of a plan or plans of reorganization or liquidation;

C. Preparing on behalf of the Committee necessary applications, motions, complaints, answers, orders, agreements and other legal papers or documents;

D. Reviewing, analyzing, and assisting the Committee in responding to all court filings of the Debtors or other parties-in-interest and appearing in Court to present necessary motions, applications, and pleadings, and to otherwise protect the interest of the Committee;

E. Consulting with the Debtors and its professionals as well as the United States Trustee concerning the administration of the Debtors' estates;

F. Representing the Committee in hearings and other judicial proceedings; and

G. Performing other legal services for the Committee that may be necessary or desirable in the Case.

19. Dentons anticipates that attorneys may render services to the Committee in connection with these chapter 11 cases at the rates set forth below:

| **Professional** | **Role** | **Rate** |
|---|---|---|
| Andrew Helman | Office Managing Partner | $750.00 |
| Kyle D. Smith | Managing Associate | $495.00 |
| Troy A. Lawrence | Associate | $425.00 |
| Samantha Hayes | Paralegal | $270.00 |

20. The range of rates provided includes discounts in this matter from the standard rates charged for each respective timekeeper. Such rates will likely increase on or about January 1, 2026, in accordance with the firm's ordinary policies and practices. The professionals involved do not vary their rate based on the geographic location of a bankruptcy case, and discounts have been provided in this matter as a courtesy to the Committee.

21. Further, Dentons has agreed to provide the Committee with a blended hourly rate cap of $600.00 per hour on a cumulative basis over the duration of these chapter 11 cases. In the event that Dentons' blended hourly rate exceeds $600.00 at the conclusion of its involvement in these cases then Dentons has agreed to reduce the total fees sought for compensation to $600.00 per hour.

22. Attached as **Exhibit 2** are biographies of attorneys who are anticipated to work on this matter. From time to time, other attorneys or paraprofessionals within Dentons' United States Region may provide services to the Committee, though Dentons anticipates that only attorneys and professionals within DBG will work on this matter.

23. Dentons has not received any retainer in this matter.

24. I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstances relating thereto.

25. Dentons also respectfully requests that any order entered by the court approving the retention of Dentons as counsel to the Committee be effective as of August 22, 2025.

26. By reason of the foregoing, I believe Dentons is eligible for employment and retention by the Committee pursuant to section 1103(a) of the Bankruptcy Code, the applicable Bankruptcy Rules, and this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2025

**ANDREW C. HELMAN**

**EXHIBIT 1**
**(Parties In Interest)**

| Party Name | Connections |
|---|---|
| 35 Union LLC | No known connections |
| Acadia Insurance | Connections (to affiliate in unrelated matters) |
| Alan Post | No known connections |
| Allegiance Trucks | No known connections |
| Amato's Sandwich Shops, Inc. | No known connections |
| AMCS OpCo LLC | No known connections |
| Applied Refrigeration Services | No known connections |
| Aqua Production Systems | No known connections |
| Araho Transfer | No known connections |
| Arbutus Cove Enterprises | No known connections |
| Arbutus Cove Enterprises | No known connections |
| Arche Advisors | No known connections |
| Area 52 | No known connections |
| Arthur Rackliff | No known connections |
| Atlantic Coast Seafood Inc. | No known connections |
| Atlantic Recycling Equipment | No known connections |
| Baader North America Corp. | No known connections |
| Base Seafood Auction | No known connections |
| Beaver Enterprises, Inc. | No known connections |
| Belinda Anderson | No known connections |
| Belt Power LLC | No known connections |
| Brendan G. Newell | No known connections |
| Brent Nappi | No known connections |
| Butler Brothers Industrial Supply | No known connections |
| C.B.S. Lobster & Bait, Inc. | No known connections |
| Camden National Bank | No known connections |
| Cape Ann Seafood Exchange | No known connections |
| Cape Bald Packers | No known connections |
| Central Maine Power | No known connections |
| Channel Fish Processing Co. Inc. | No known connections |
| Charter Communications | Connections (in unrelated matters) |
| Chep USA | Connections (in unrelated matters outside the United States) |
| Cintas | Connections (in unrelated matters) |
| City of Portland | No known connections |

| | |
|---|---|
| Coface North America Insurance Company | Connections (in unrelated matters outside the United States or to affiliate(s) in unrelated matters outside the United States) |
| Consolidated Communications | Connections (to affiliate in unrelated matters) |
| CoolSeal USA | Connections (to affiliate in unrelated matters) |
| Crosspack, Inc. | No known connections |
| Crown Lift Trucks | Connections (to affiliate in unrelated matters outside the United States) |
| Crow's Nest Property | No known connections |
| Cryovac Sealed Air Corporation | Connections (to affiliate in unrelated matters outside the United States) |
| Cunningham Security Systems | No known connections |
| Curtis Thaxter, LLC | No known connections |
| Darrel Olsen | No known connections |
| Dave Dyer | Connections (to an individual with a similar name who resides outside of Maine) |
| Dave Hupper | No known connections |
| David Johnson | Connections (to individuals with similar names and who do not appear to be the same individual) |
| Dead River Company | No known connections |
| Doug's Fresh Express | No known connections |
| East Coast Seafood, LLC | No known connections |
| Equitable Payment Center | No known connections |
| F.W. Webb Company | Connections (in unrelated matters) |
| F/V Max & Emma | No known connections |
| F/V Timberwolf | No known connections |
| FedEx Corporation | Connections (in unrelated matters) |
| FFE Transportation Services, Inc. | No known connections |
| Finance Authority of Maine | No known connections |
| Fisherman's Wharf Gloucester | No known connections |
| Flores & Associates | No known connections |
| Food Prep Solutions | No known connections |
| Frederick Safety Services | No known connections |
| Freightliner of Maine | No known connections |
| Galway Transport, Inc. | No known connections |
| Grainger | Connections (to affiliate in unrelated matters outside the United States) |
| Graybar Electric Company, Inc. | No known connections |

| | |
|---|---|
| Hall Internet Marketing | No known connections |
| Hamilton Marine | No known connections |
| Harbor Fish Market | No known connections |
| Harcros Chemical, Inc. | Connections (in unrelated matters) |
| Hygenia, LLC | No known connections |
| Independent Fisheries Limited | No known connections |
| Industrial Calibration | No known connections |
| International C Food, Inc. | No known connections |
| Intral Worldwide, LLC | No known connections |
| Ion Networking | No known connections |
| J.K. Marine d/b/a Louisbourg Seafood LTD | No known connections |
| Jamison Door Company | No known connections |
| Joel Knox | No known connections |
| John Armstrong | No known connections |
| John Hansen | Connections (to an individual named Jonathan M. Hansen who resides outside of Maine) |
| John S. Norton | No known connections |
| Johnson Controls | Connections (in unrelated matters outside the United States and to affiliate in unrelated matters outside the United States) |
| Joseph Donovan | No known connections |
| Katahdin Analytical Services | No known connections |
| KCV Trailer Rentals | No known connections |
| KeyBank National Association | Connections (in unrelated matters and to affiliate(s) in unrelated matters) |
| Kyocera | Connections (in unrelated matters outside the United States) |
| Laitram Machinery | Not a client |
| Lineage Logistics PFS, LLC | No known connections |
| Lineage Logistics LLC | Connections (in unrelated matters) |
| Logtek, Inc. | No known connections |
| Loma Systems, Inc. | No known connections |
| MA Division of Marine Fisheries | No known connections |
| Maine Coast Petroleum, Inc. | No known connections |
| Maine Hardware | No known connections |
| Maine Marine Supply | No known connections |
| Maine Scale, LLC | No known connections |
| Marel, Inc. | Connections (in unrelated matters and to affiliate in unrelated matters) |
| Marine Stewardship Council International LTD | No known connections |
| Maritime Energy | No known connections |

| | |
|---|---|
| Mark White Fractional Cfo | No known connections |
| Matheson Tri-Gas Inc. | No known connections |
| Matrix Sciences International, Inc. | Connections (to affiliate in unrelated matters) |
| McMaster-Carr Supply Company | No known connections |
| Mechanical Services, Inc. | No known connections |
| Memic | No known connections |
| Messer LLC | No known connections |
| Midcoast Marine Supply | No known connections |
| Miner Ltd. | No known connections |
| Modern Pest Services | No known connections |
| Mutual of Omaha | Connections (to affiliate in unrelated matters) |
| NEPW Logistics Inc. | No known connections |
| New England Bait, LLC | No known connections |
| New England Kenworth | No known connections |
| New York Life Insurance Company | Connections (in unrelated matters) |
| Northeast Delta Dental | No known connections |
| NWD Inc. | No known connections |
| O'Hara Corporation | No known connections |
| Ororite Co. | No known connections |
| Packaging Products Corp | No known connections |
| Packedge | No known connections |
| Pallet One | No known connections |
| Paula Lunt | No known connections |
| PNC Equipment Finance | Connections (in unrelated matters) |
| Portland Fish Exchange | No known connections |
| Portland Plastic Pipe | No known connections |
| Portland Water District | No known connections |
| Power Products Systems | No known connections |
| Progressive Scale & Label Systems LLC | No known connections |
| Pyramid Transport & Cold Storage | No known connections |
| Quadient Finance USA, Inc. | No known connections |
| Quadient Leasing USA, Inc. | No known connections |
| R&D Trash Removal | No known connections |
| Retail Services Co. | No known connections |
| Robinson’s Wharf, Inc. | No known connections |
| Ross Industries Inc. | No known connections |
| Russell Langmaid | No known connections |
| Sallyport Commercial Finance | No known connections |
| Sea Salt LLC | No known connections |
| Sedna Technologies | No known connections |

| | |
|---|---|
| Seth Mayberry | No known connections |
| South Bristol Fisherman’s Co-op | No known connections |
| Staples | Connections (in unrelated matters) |
| Stavis Seafoods LLC | No known connections |
| Taylor Lobster Company LLC | No known connections |
| Taylor Services LLC | No known connections |
| TCN Holdings, LLC | No known connections |
| Tenant’s Harbor Wharf LLC | No known connections |
| The Cote Corporation | No known connections |
| Timberwolf | No known connections |
| Tom Renehan | No known connections |
| Tom Scola | No known connections |
| Tribune Seafood Limited | No known connections |
| Trillium Drivers | No known connections |
| Troiano Waste Services, Inc. | No known connections |
| Tytan International LLC | No known connections |
| Uline | No known connections |
| Ultra Source LLC | No known connections |
| Unifirst Corporation | Connections (in unrelated matters outside the United States) |
| Unitil | Connections (in unrelated matters) |
| US Cellular | Connections (to affiliate in unrelated matters) |
| USA Container Freezer & Refrigeration LLC | No known connections |
| Verno D’eon Fishing Supplies LTD | No known connections |
| Vessel Services, Inc. | No known connections |
| Vital Delivery Solutions LLC | No known connections |
| Volk Packaging Corporation | No known connections |
| WD Matthews | No known connections |
| Wedgeport Lobsters Limited | No known connections |
| Wells Fargo Vendor Financial Services LLC | Connections (in unrelated matters) |
| Whitecap International Seafood Exporters | No known connections |
| William Lunt | No known connections |
| WNDK limited Liability Company | No known connections |
| Worldwide Perishables Enterprises LLC | No known connections |
| WQS Food Verification LLC | No known connections |
| Zep Manufacturing Co | No known connections |
| Zoro Tools Inc. | Connections (to affiliate in unrelated matters outside the United States) |

**<u>EXHIBIT 2</u>**
**(Biographies)**

DENTONS

# Andrew C. Helman
Partner



Partner

Portland
D +1 207 619 0919

Boston

andrew.helman@dentons.com

# Overview

Andrew Helman is a partner in the Restructuring, Insolvency and Bankruptcy practice group at Dentons and the Portland Office Managing Partner. He focuses his practice on bankruptcy and insolvency matters and works with all types of businesses, including those in the health care and cannabis sectors, to help them restructure and protect their assets.

Andrew has served as lead counsel to debtors, trustees, secured parties and others in chapter 11 cases, including having served as independent counsel to a state attorney general in several chapter 11 cases in New England and Delaware. He has particular experience as lead counsel representing rural hospitals in chapter 11 cases and has successfully confirmed chapter 11 plans that have allowed rural hospitals to continue operating with restructured balance sheets.

Andrew frequently writes articles for national insolvency publications and teaches seminars on bankruptcy and fraudulent transfer law. In addition, he is co-chair of the American Bankruptcy Institute’s Health Care Committee and was a recipient of the American Bankruptcy Institute’s 40 Under 40 Award in 2019. He was also selected as one of 40 attorneys nationally to participate in the National Conference of Bankruptcy Judges' 2016 NextGen Program. He is ranked by Chambers for bankruptcy and restructuring, and has been included in *The Best Lawyers in America* for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law since 2021.

# Experience

## Recent Debtor Representations

- **Marianas Properties, LLC:** Lead counsel representing the debtor, the owner of Pacific Star Resort & Spa, in a chapter 11 case. The debtor and two non-debtor affiliates are co-obligors on a significant loan to Bank of Guam, and the case was filed to resolve these issues for the debtor. *In re Marianas Properties, LLC*, Case No. 24-13 (Guam).
- **Asia Pacific Financial Management Group Inc.:** Lead counsel representing the debtor, a broker-dealer and registered representative advisor, in its reorganization under subchapter V of chapter 11. The debtor as

resolved significant disputes with its largest creditor in advance of plan confirmation. *In re Asia Pacific Financial Management Group, Inc.*, Case No. 23-5 (Guam).

- **Curitec LLC:** Represented the debtor, a direct medical equipment provider, in a successful reorganization case under chapter 11. This case was a true reorganization, which paid all creditors in full at confirmation and allowed equity to retain control. The case was commenced in response to a complete cessation of payments by Medicare. In less than a month after the filing, Dentons negotiated a resolution that restored the majority of payments, advancing important arguments about bankruptcy court jurisdiction, the automatic stay, and Medicare jurisdiction. Medicare asserted a claim for more than $32 million, but the parties reached a favorable settlement paying less than $10 million. Bankruptcy Judge Christopher Lopez, in confirming the plan, said that he was "honored" to be the bankruptcy judge on such a case, that the result was "incredible" and a "testament to hard work." *In re Curitec LLC*, Case No. 23-90108 (Bankr. S.D.Tex.).

- **Green Roads Inc:** Lead counsel negotiating and obtaining approval of debtor-in-possession financing to assist the debtor in the start of its chapter 11 case. *In re Green Roads, Inc.*, Case No. 23-11738 (Bankr. S.D. Fla.).

- **Red Properties LLC:** Lead counsel representing a real estate development company in its successful case under subchapter v of chapter 11. The case resulted in a confirmed plan selling assets to a buyer and permitting the debtor to reorganize around remaining assets. *In re Red Properties LLC*, Case No. 22-20014 (Bankr. D. Me.).

- **First Guaranty Mortgage Corporation:** Represented First Guaranty Mortgage Corporation in the preparation and filing of its chapter 11 case. *In First Guaranty Mortgage Corporation*, Case No. 22-10584 (Bankr. D. Del.).

- **The ROTM Lofts, LLC:** Lead counsel in the successful reorganization of a company that owns and operates a historic tax credit project in a case under subchapter V of chapter 11. The case permitted the debtor to retain its primary asset with restructured debt and a reduced balance sheet. *In re The ROTM Lofts, LLC*, Case No. 20-20469 (Bankr. D. Me.).

- **Springfield Hospital Inc.:** Lead counsel representing Springfield Hospital, Inc., in its successful chapter 11 case. The company confirmed a chapter 11 plan reorganizing its debts and is continuing to provide health care services today. *In re Springfield Hospital, Inc.*, Case No. 19-10283 (Bankr. D. Vt.).

- **Penobscot Valley Hospital:** Lead counsel for Penobscot Valley Hospital, which confirmed a chapter 11 plan that has restructured the company's balance sheet, after operational improvements, which together has positioned the company to continue to provide health care services for years to come. *In re Penobscot Valley Hospital,* Case No. 19-10034 (Bankr. D. Me.).

- **Calais Regional Hospital:** Lead counsel to Calais Regional Hospital, a rural hospital on the Canadian border, in a successful case resulting in continued hospital services through a sale of assets to another local hospital that is able to consolidate management functions and reduce cost. *In re Calais Regional Hospital,* Case No. 19-10491 (Bankr. D. Me.).

## Recent Creditor Committee Representations

- **Official Committee of Unsecured Creditors of Pottsville Operations, LLC:** Lead counsel representing the Official Committee of Unsecured Creditors of Pottsville Operations, LLC, in 19 jointly administered cases of skilled nursing facilities with more than 3,000 beds in Pennsylvania. To date, Dentons work has ensured general unsecured creditors are protected through more favorable marketing processes for two different groups of assets. Additional work is underway. *In re Pottsville Operations, LLC*, Case No. 24-70418 (Bankr. W.D. P.A.).

- **Official Committee of Unsecured Creditors of Heywood Healthcare, Inc.:** Lead counsel representing the Official Committee of Unsecured Creditors of Heywood Healthcare, Inc., in the jointly administered chapter 11 cases of Heywood Healthcare, Inc., and its affiliates, including two community hospitals in Massachusetts. Dentons played a pivotal role in helping the parties reach a global settlement that is expected to provide

general unsecured creditors recoveries of between 20% and 30%. *In re Heywood Healthcare, Inc.*, Case No. 23-40817 (Bankr. D. Mass.).

- **Official Committee of Unsecured Creditors of U.S. Credit, Inc.:** Lead counsel representing the Official Committee of Unsecured Creditors of U.S. Credit, Inc. in the chapter 11 case of U.S. Credit, Inc., a financial services company. *In re U.S. Credit, Inc.*, Case No. 24-10058 (Bankr. D. Mass.).

- **Official Committee of Unsecured Creditors of Vantage Travel Service, Inc:** Lead counsel representing the Official Committee of Unsecured Creditors of Vantage Travel Service, Inc., in the chapter 11 case of a travel company. The case involves more than $108 million claims of customers who paid for trips that were not provided. *In re Vantage Travel Service, Inc.,* Case No. 23-11060 (Bankr. D. Mass.).

- **Official Committee of Unsecured Creditors of Fairport Baptist Homes, et al.:** Lead counsel representing the Official Committee of Unsecured Creditors of Fairport Baptist Homes et al. The debtor companies own and operate a 142-bed skilled nursing facility, independent living, and other businesses related to senior care. *In re Fairport Baptist Homes, et al*., Case No. 22-20220 (Bankr. W.D. N.Y.).

- **Official Committee of Unsecured Creditors of Community Eco Power, LLC, et al.:** Lead counsel representing the Official Committee of Unsecured Creditors of Community Eco Power, LLC, et al. The Committee successfully reopened an auction, which led to a sale for significantly more than originally proposed. Official Committee of Unsecured Creditors of Community Eco Power, LLC, et al. *In re Community Eco Power, LLC, et al.,* Case No. 21-30234 (Bankr. D. Mass.).

- **Official Committee of Unsecured Creditors of Alto Maipo SpA:** Represent the Official Committee of Unsecured Creditors of Alto Maipo SpA in a case resulting in full recovery for unsecured creditors under a confirmed chapter 11 plan. *In re Alto Maipo SpA*, Case No. 21-11508 (Bankr. D. Del.).

## Other Recent Representations

- **Community Memorial Hospital:** Represent a court-appointed receiver in the liquidation and wind-down of the hospital, which is owned and operated by the Mark-Milford-Hicksville Joint Township Hospital District in a case pending in Ohio state court.

- **Former owner/lender:** Represent the former owner and lender of the debtor in enforcement of a claim based on seller financing. *In Island Employee Cooperative, Inc*., Case No. 21-10253 (Bankr. D. Me.).

- **State of New Hampshire, et al:** Independent counsel representing the State of New Hampshire and various agencies, including the Attorney General's Office, Department of Health and Human Services, and Department of Revenue, in chapter 11 cases in health care and other cases. *In re Stored Solar Enterprises, Series LLC,* Case No. 22-10191 (Bankr. D. Me.); *In re LRGHealthcare,* Case No. 20-10892 (Bankr. D.N.H.); *The Prospect-Woodward Home*, Case No. 21-10523 (Bankr. D. N.H.); *In re Gorham Paper and Tissue, LLC*, Case No. 20-12814 (Bankr. D. Del.).

# Recognition

- **Dentons recognized by Best Lawyers in America® in 2025 rankings**

- **Chambers USA recognizes Dentons with significant new lawyer, practice rankings**

- **Dentons recognized by Best Lawyers in America® in 2024 rankings**

## Honors and Awards

- Named*, Best Lawyers in America,* Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law, 2021-2025; Litigation - Bankruptcy, 2024, 2025

- Ranked, Maine, *Chambers USA*, Bankruptcy and Restructuring, 2019-2023

- Honoree, 40 Under 40, American Bankruptcy Institute, 2019
- National Conference of Bankruptcy Judges' Next Generation Program, 2016
- Selected for inclusion in the 2015-2020 issues of *Super Lawyers Rising Stars (*Maine)

## In the Media

- Quoted in "**Maine law firms are looking to a new generation of managing partners**," Mainebiz, November 18, 2024
- "**Flexibility, client connections are common themes in law office build-outs**," Mainebiz, November 18, 2024
- **"New Restaurant Relief Fund Threatens to Stiff Bankrupt Companies**," *Bloomberg Law,* May 18, 2021
- "**Other possible bidders emerge in LRGHealthcare bankruptcy**," *New Hampshire Business Review*, November 18, 2020
- "**Judges expect 'tsunami' of bankruptcies** ," The Guam Daily Post, October 30, 2020
- "**Federal court, attorneys collaborate for a bankruptcy seminar**", *The Guam Daily Post*, October 20, 2020
- "**Where are all the bankruptcies experts predicted?**" *Portland Press Herald*, September 8, 2020
- "**Virus bill leaves bankruptcy firms in limbo without SBA directions**," *Bloomberg Law*, August 3, 2020
- "**Calais Regional Hospital wants out of bankruptcy long enough to get PPP loan**," Channel 8WAGM/Channel 16 WWPI, July 29, 2020
- "**Calais hospital wants to temporarily exit bankruptcy so it can qualify for PPP loan**," *Bangor Daily News*, July 29, 2020
- "**Calais hospital struggles to find bank to help it apply for emergency stimulus loan**," *Bangor Daily News*, May 13, 2020
- "**Judge rules Springfield Hospital can apply for SBA loan**," *VTDigger*, May 7, 2020
- "**Springfield Hospital sues government for access to Paycheck Protection Program**," *Valley News*, May 5, 2020
- "**Courts grapple with bankruptcy companies' loan access** ," *Bloomberg Law*, May 4, 2020
- "**2 bankruptcy Maine hospitals warn they could close if they don't receive stimulus funds** ," Channel 13 WGME, April 29, 2020
- "**Small hospitals stumble over rules for federal coronavirus loans**," *Wall Street Journal*, April 22, 2020
- "**Rural hospitals unsure coronavirus aid is coming**," *Wall Street Journal*, April 9, 2020
- "**Coronavirus crisis puts bankruptcy hospitals back in demand**," *Wall Street Journal*, April 6, 2020
- "**Rural hospitals: the challenges Maine's hospitals face in delivering care to rural communities** ," Maine Public Radio, December 18, 2019
- "**Court grants Lincoln hospital right to pay wages and bills during Ch. 11 proceedings**," *Mainebiz* January 31, 2019
- "**Lincoln hospital will keep operating despite $10m in debts**," *Bangor Daily News*, January 31, 2019

# Insights

- Co-author, "**Crisis in Rural, Community Hospitals Requires Shifts in Strategy**," *Bloomberglaw.com*, March 5, 2021.
- "**How to navigate Congress's changes to the bankruptcy code** ," Mainebiz, April 15, 2020.
- "**How to prepare for short-term business disruption**," Mainebiz, March 20, 2020.
- Co-author, "**When Blockchain Meets Article 9 And Bankruptcy,**" *Law360.com*, February 9, 2018.
- Co-author, "**Binding The Government In Healthcare Restructurings: What Notice Is Required?**," American Bankruptcy Institute, Bankruptcy Litigation Committee Newsletter (Jan. 2018).
- Co-author, "**Life After Jevic: And End To Priority-Skipping Distributions?**," Vol. XXXVI American Bankruptcy Institute Journal No. 9 (Sept. 2017).
- Co-author, "**Psst, Can You Keep a Secret? Unperfected "Secret" Liens as a Preference Defense**," Vol. XXXVI American Bankruptcy Institute Journal No. 6 (June 2017).
- Co-author, "**Trademarks and Bankruptcy: Mission to Harmonize Continues**," Vol. XXXVI American Bankruptcy Institute Journal No. 4 (April 2017).
- "**An Emerging Split of Authority: Does Actual Notice of a Security Interest Still Cut Off An Account Debtor's Setoff Rights Under UCC § 9-404(a)(2)?** ," Fall 2016 ABA Commercial Law Newsletter (Nov. 15, 2016).
- "**Dueling Bankruptcies Prove that Rejection Beats Assumption**," Vol. XXXV American Bankruptcy Institute Journal No. 9 (Sept. 2016).
- Co-author, "**The Missing Page of the Playbook: "Blocking Directors" Cannot Be Relieved of Fiduciary Duty**," Vol. XXXV American Bankruptcy Institute Journal No. 8 (Aug. 2016).
- Co-author, "**You Take It: Force-Vesting under a Chapter 13 Plan**," Vol. XXXV American Bankruptcy Institute Journal No. 4 (April 2016).
- Co-author, "**Tools-of-the-Trade Exemption Includes Digital Files as Documents**," XXXV American Bankruptcy Institute Journal No. 3 (Mar. 2016).
- Co-author, "**Bankruptcy Court: Religious Court's Edict Violated the Automatic Stay** ," XXXV American Bankruptcy Institute Journal No. 1 (Jan. 2016).
- "**Debtor Owns Social Media Accounts Created by Its Former Principal**," XXXIV American Bankruptcy Institute Journal No. 7 (July 2015).
- Chapter author, "Protecting Against Insolvency," The Health Plans Contracting Handbook: A Guide for Payers and Providers, American Health Law Association (8th ed. 2021).
- "**Racism, Juries, and Justice: Addressing Post-Verdict Juror Testimony of Racial Prejudice During Deliberations,**" 62 Me. L. Rev. 327 (2010).
- "**Putting Equity Back in Reverse Mortgages: Helping Seniors Retire With Dignity,**" 19:2 Me. Pol. Rev. 56 (2010).
- "**Putting Equity Back in Reverse Mortgages: How State Legislatures Can Bring Fairness to Home Equity Conversion Mortgages**," 12 Elder's Advisor 415 (2011).
- "**Judicial Performance and Policy Implications in Moore v. Abbott,**" 61 Me. L. Rev. 587 (2009).

# Activities and Affiliations

## Presentations

- Presenter, "**Doing Business Overseas: Key Trends and Common Pitfalls,**" Association of Corporate Counsel Webinar, October 26, 2023
- Roundtable Panelist on Expert Webcast: Future of US Healthcare, October 20, 2022
- *From Green to Red: What Insolvency Professionals Need to Know About Cannabis,* American Bankruptcy Institute's Northeast Bankruptcy Conference & Northeast Consumer Forum, July 16, 2022 (discussed issues that arise when the growing state-sanctioned cannabis trade intersects with the insolvency world, in both commercial and consumer settings).
- *Debt Finance and Lender Enforcement Issues for Cannabis Borrowers,* 2022 New England Cannabis Convention, March 18, 2022 (financing opportunities for cannabis business owners in light of federal and state cannabis regulations).
- *Plenary Session* | *Industry Spotlight & 2022 Economic Outlook: Will Your Next Case Be Feasible?* American Bankruptcy Institute (December 10, 2021) (presented banking and insurance industry outlook for 2022).
- *Post-Pandemic Performance And Margin Strategies,* New England Society For Healthcare Strategy (November 18, 2021) (panel discussion regarding performance improvement and strategies for financially distressed organization).
- *Trends And Transactions In Healthcare And Physician Group M&A,* Expert Webcast (fall 2021) (panel discussion on health care and physician group M&A as impacted by Covid-19).
- *Reactor Panel: Where Have The Restructurings Gone?* American Bankruptcy Institute (October 25, 2021) (moderated a panel discussion on the status of health care restructurings during Covid-19 at ABI's dedicated program for distressed health care).
- *Navigating Change: Driving With One Flickering Headlight On A Dark Road In Maine,* Maine Health Care Association (October 20, 2021) (presentation to owners and operators of long-term care and senior living facilities regarding debt restructuring)
- *Health Care Restructuring And Insolvency In The Age Of Covid-19,* American Health Law Association (July 7, 2021) (panel discussion on restructuring options for health care providers in the age of Covid-19).
- *Great Debates: Resolve, Arbitration Of Disputes In Bankruptcy Should Be Allowed (And Encouraged)?* American Bankruptcy Institute (April 22, 2021) (debate at ABI's Annual Spring Meeting on enforceability of arbitration provisions in bankruptcy cases).
- *Restructuring Options for Rural Hospitals and Nursing Care Facilities,* Expert Webcast (April 15, 2021) (panel discussion on restructuring, financing, M&A and strategic options available to rural hospitals and nursing care facilities to pivot and continue operations in the "New Normal").
- *Healthcare Insolvency in the Age of COVID-19*, presented by the Boston Bar Association (March 4, 2021) (panel discussion on of key issues in health care insolvency cases and new developments from emerging case law).
- *Pitfalls of the PPP: The Impact of COVID-19 on the World of Financial Workouts,* 2021 South Carolina Bar Convention, Corporate, Banking, and Securities Law Seminar (January 22, 2021).
- *Economic Impacts of Covid-19*, sponsored by the Guam Bar Association (October 30, 2020).
- *ABI Talks*, 2020 Midwestern Virtual Bankruptcy Institute, American Bankruptcy Institute (October 29, 2020) (presented a talk on health care restructuring).
- *Bankruptcy Issues Related to PPP Loans and Other Pandemic Governmental Lending Programs*, insolvency2020, presented by the American Bankruptcy Institute (October 13, 2020) (panel discussion on bankruptcy matters pertaining to the Paycheck Protection Program and related matters).
- *Business Survival Strategies For The Now And The Future*, Maine Society of CPAs (April 23, 2020) (webinar presenting an educational program for CPAs who are likely to have clients in need of business advice in light

of Covid-19).

- *A Roadmap To Tough Choices: Financial Advice During Covid-19*, presentation in partnership with the City of Sommerville, Mass. (forthcoming April 22) (webinar presentation for businesses on survival techniques during periods of financial distress).
- *Protect Your Cash And Explore Government Financing Opportunities*, (March 26, 2020) (webinar presentation with local financial advisor to clients of both firms on survival techniques during a period of economic instability).
- *The Gotchas That Getcha: Selected Loan Documentation Issues Part III*, Association of Commercial Finance Attorneys (May 19, 2019) (presented on potential insolvency impacts from climate change).
- *Stayin' Alive . . . Debt Restructuring for Critical Access Hospitals* , American Bankruptcy Institute, abiLIVE webinar series (May 2, 2019).
- *Recreational Marijuana Business Law in Maine*, National Business Institute (Dec. 11 & 13, 2018) (presented on insolvency issues for cannabis businesses).
- *Litigating New Financial Industry Issues in Bankruptcy: Cryptocurrency, Blockchain, and Other Breaking News*, American Bankruptcy Institute, Winter Leadership Conference (Dec. 6-8, 2018).
- *Bitcoin: Tax And Commercial Law Implications*, Maine Society of CPAs (Sept. 6, 2018).
- *Beyond the Surface of Venue: Real World Bankruptcy Practice in 2018*, National Conference of Bankruptcy Judges (Oct. 30, 2018) (recorded program for webcast).
- *Bitcoin Financing: UCC, Regulatory and Hedging Concerns*, Strafford (April 10, 2018 and rebroadcast with live Q&A June 6, 2018).
- *The Uniform Voidable Transaction Act (UVTA): An Overview Of Changes*, National Business Institute (Mar. 5, 2018).
- *Debt Restructuring And Asset Sales For Health Care Businesses*, Maine Health Care Association (Oct. 2017).

## Memberships

- Member, American Bankruptcy Institute
- Co-Chair, American Bankruptcy Institute Health Care Insolvency Committee (2018-2022)
- Member, Maine State Bar Association
- Member, Jewish Community Relations Council of Southern Maine (2017-2021)
- Member, Boston Bar Association
  - Bankruptcy Section Finance Co-Chair (August 2022-2023)

# Areas of focus

## Practices

- **Restructuring, Insolvency and Bankruptcy**
- **Commercial Litigation**
- **Out-of-Court Restructurings and Work-outs**

- **Debtor Representation**
- **Creditor and Equity Committee Representation**

### Industry sectors

- **Distressed Health Care**
- **Private Equity**
- **Cannabis**

### Region

- **United States**

# Education

- University of Maine, JD, *summa cum laude*
- University of Massachusetts, BA, *cum laude*

# Admissions and qualifications

- Maine
- Massachusetts
- US Bankruptcy Appellate Panel for the First Circuit
- US Court of Appeals for the First Circuit
- US Court of Appeals for the Second Circuit
- US District Court for the District of Maine
- US District Court for the District of Vermont

# Languages

- English

© 2025 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

DENTONS

# Kyle D. Smith

## Managing Associate



Managing Associate

Portland

D +1 207 553 8368

kyle.d.smith@dentons.com

# Overview

Kyle D. Smith is a managing associate in the Restructuring, Insolvency and Bankruptcy practice group in Dentons' Portland office. Kyle has experience representing debtors, committees, secured creditors and other parties-in-interest in chapter 11 and chapter 7 cases. His work with clients includes a focus on bankruptcy-related litigation and dispute resolution, with experience in chapter 11 reorganizations, asset sales and acquisitions, and debt restructuring outside of court and via state law proceedings.

Prior to joining Dentons, Kyle was a bankruptcy associate at a large Maine law firm, and was an associate at a New York City law firm that focuses on representing creditors' committees in large chapter 11 reorganizations. While at the University of Michigan Law School, Kyle served as a judicial intern in the United States District Court for the District of Massachusetts.

# Experience

- **Asia Pacific Financial Management Group Inc.:** Lead counsel representing the debtor, a broker-dealer and registered representative advisor, in its reorganization under subchapter V of chapter 11. The debtor as resolved significant disputes with its largest creditor in advance of plan confirmation. *In re Asia Pacific Financial Management Group, Inc*., Case No. 23-5 (Guam).
- **Official Committee of Unsecured Creditors of Heywood Healthcare, Inc.:** Lead counsel representing the Official Committee of Unsecured Creditors of Heywood Healthcare, Inc., in the jointly administered chapter 11 cases of Heywood Healthcare, Inc., and its affiliates, including two community hospitals in Massachusetts. *In re Heywood Healthcare, Inc*., Case No. 23-40817 (Bankr. D. Mass.).
- **Official Committee of Unsecured Creditors of Fairport Baptist Homes, et al.:** Lead counsel representing the Official Committee of Unsecured Creditors of Fairport Baptist Homes et al. The debtor companies own and operate a 142-bed skilled nursing facility, independent living, and other businesses related to senior care. *In re Fairport Baptist Homes, et al.,* Case No. 22-20220 (Bankr. W.D. N.Y.).
- ***In re Inmet Mining, LLC,*** Chapter 11 Case No. 23-70113-grs, United States Bankruptcy Court for the Eastern District of Kentucky. Represented the Official Committee of Unsecured Creditors. The Debtor was a

coal mining company with locations in Kentucky and Virginia with over $100 million in debt. The Committee negotiated resolution of a challenge to the Debtor's secured lender which guaranteed a recovery to unsecured creditors, then the Committee worked with the Debtor on two asset sales under section 363 of the Bankruptcy Code, and drafted a joint plan of liquidation with the Debtor which was confirmed with the support of unsecured creditors.

- ***In re Green Roads, Inc.*****,** Chapter 11 Case No. 23-11738-SMG, United States Bankruptcy Court for the Southern District of Florida. Currently represents the Debtor, a CBD company, which recently closed on an expedited sale process for substantially all of the Debtor's assets as a going-concern under section 363 of the Bankruptcy Code.

# Recognition

## Honors and Awards

- Selected to *New England Super Lawyers* Rising Stars list, 2023

# Activities and Affiliations

- American Bankruptcy Institute
  - Practice Co-Chair, Emerging Leaders Program for the American Bankruptcy Institute 2024 Northeast Bankruptcy Conference

- Maine State Bar Association

## Community Involvement and Pro Bono

- Successfully represented a Maine family in an eviction action, and won a preliminary injunction and secured a monetary settlement based on warranty of habitability claims.
- Assisted in the representation of a Chinese political refugee in connection with filing an affirmative asylum application in the United States.

## Presentations

- Moderator, "Suring Lessons: How to Prepare for the Next Restructuring Wave," American Bankruptcy Northeast Conference Emerging Leaders Luncheon and Program, July 9, 2024

# Areas of focus

## Practices

- **Restructuring, Insolvency and Bankruptcy**
- **Debtor Representation**

# Education

- University of Michigan Law School, 2019, JD
- Connecticut College, 2014, BA, Government, cum laude

# Admissions and qualifications

- Maine
- New York
- US Bankruptcy Court for the District of Maine
- US District Court for the District of Maine

© 2025 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.

DENTONS

# Troy Lawrence
Associate



Associate

Portland
D +1 207 544 6490

troy.lawrence@dentons.com

## Overview

Troy Lawrence is a member of Dentons' Restructuring, Insolvency and Bankruptcy practice, representing debtors, committees, trustees, secured creditors and other parties-in-interest in chapter 11 and chapter 7 cases.

Troy's bankruptcy experience includes serving as law clerk for the US Bankruptcy Court, Middle District of Florida. He also clerked for the Nevada Court of Appeals and Nevada's Fourth Judicial District Court prior to clerking for the bankruptcy court.

*Note: Admission in Maine is pending.*

## Experience

- Bank: Represented bank in defense of second-lien stripping action in chapter 7 bankruptcy.
- Lender: Defended lender in retroactive annulment of automatic stay action in Nevada.

## Recognition

### Honors and Awards

- Maine State Bar Association Pro Bono Student Award, 2020
- Maine Association for Public Interest Law Fellowship, 2019

## Activities and Affiliations

- Central Florida Bankruptcy Law Association, 2022-2023

### Community Involvement and Pro Bono

- Cumberland Legal Aid Clinic Volunteer, 2017-2020

# Areas of focus

## Practices

- **Restructuring, Insolvency and Bankruptcy**
- **Debtor Representation**
- **Creditor and Equity Committee Representation**

# Education

- University of Maine School of Law, 2020, JD
- University of Maine, 2016, BA

# Admissions and qualifications

- Arizona
- Florida
- Hawai`i
- Massachusetts
- Nevada
- New York
- US District Court for the District of Arizona
- US District Court for the District of Hawai`i
- US District Court for the District of Nevada

© 2025 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.