UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| In re:<br><br>COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,<br><br>Debtors[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |
|---|---|

**ORDER GRANTING MOTION TO ENLARGE CERTAIN DEADLINES UNDER BID PROCEDURES ORDER AND TO CONTINUE SALE HEARING**

Upon the above-referenced motion [Dkt. No. 209] (the "**Motion**") filed by the Debtors,[2] and after deliberation and sufficient cause appearing therefor, and with the consent of KeyBank, the Committee, and the Office of the United States Trustee, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The deadlines in the Bid Procedures Order are modified as follows:

| Description | Date in Bid Procedures Order | New Date |
|---|---|---|
| Bid Deadline | September 23, 2025 | September 29, 2025 |
| Auction | September 25, 2025 (11:00 a.m.) | September 30, 2025 (11:00 a.m.) |
| Sale Objection Deadline | September 29, 2025 | October 6, 2025 (12:00 p.m.) |
| Objection to Contract Assumption Deadline | October 1, 2025 | October 6, 2025 (12:00 p.m.) |
| Sale Hearing | October 2, 2025 (1:00 p.m.) | October 7, 2025 (1:00 p.m.) |

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.

3. The Debtors shall immediately upload a copy of this Order to the data room.

4. This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

5. On or before September 23, 2025, the Debtors must serve a copy of this Order on each of the persons who were required to be served with the Bid Procedures Order, including without limitation Contract Counterparties as defined in that order. *See* Bid Procedures Order ¶ 10. On or before September 25, 2025, the Debtors must file a certificate of such service.

Dated: September 22, 2025 _____
 Michael A. Fagone
 United States Bankruptcy Judge
 District of Maine