## UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Maine

In Re. Casco Bay Lobster Co, Inc.

§
§
§
§

Debtor(s)

Case No.  25-20161

Lead Case No.  25-20160

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2025

Petition Date: 07/01/2025

Months Pending: 2

Industry Classification: 3 1 1 7

Reporting Method:          Accrual Basis ⦿          Cash Basis ○

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☒  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒  Statement of operations (profit or loss statement)
☒  Accounts receivable aging
☒  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Adam Prescott
Signature of Responsible Party

09/22/2025
Date

Adam Prescott
Printed Name of Responsible Party

100 Middle Street, Portland ME 04101
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Casco Bay Lobster Co, Inc.                                         Case No. 25-20161

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $19,443 | |
| b. | Total receipts (net of transfers between accounts) | $145,891 | $251,445 |
| c. | Total disbursements (net of transfers between accounts) | $158,749 | $258,649 |
| d. | Cash balance end of month (a+b-c) | $6,585 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $158,749 | $258,649 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $6,575 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ◉  Market ○   Other ○   (attach explanation)) | $40,955 |
| d | Total current assets | $60,535 |
| e. | Total assets | $78,505 |
| f. | Postpetition payables (excluding taxes) | $16,772 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $601 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $17,373 |
| k. | Prepetition secured debt | $4,916,066 |
| l. | Prepetition priority debt | $15,957 |
| m. | Prepetition unsecured debt | $580 |
| n. | Total liabilities (debt) (j+k+l+m) | $4,949,976 |
| o. | Ending equity/net worth (e-n) | $-4,871,471 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $3,846 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $173,528 | |
| c. | Gross profit (a-b) | $-169,682 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $1,093 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $1,754 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-172,529 | $-266,203 |

UST Form 11-MOR (12/01/2021)                         2

Debtor's Name Casco Bay Lobster Co, Inc.                                    Case No.  25-20161

**Part 5:  Professional Fees and Expenses**

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |  |  |  |  |  |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
| i |  |  |  |  |  |  |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

Debtor's Name Casco Bay Lobster Co, Inc.  Case No. 25-20161

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name  Casco Bay Lobster Co, Inc.                                                     Case No.  25-20161

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

Debtor's Name Casco Bay Lobster Co, Inc.                                Case No. 25-20161

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                                6

Debtor's Name Casco Bay Lobster Co, Inc.                                      Case No.  25-20161

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name  Casco Bay Lobster Co, Inc.                                    Case No.  25-20161

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $44 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○    No ⦿

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○    No ⦿

c.  Were any payments made to or on behalf of insiders?    Yes ⦿    No ○

d.  Are you current on postpetition tax return filings?    Yes ⦿    No ○

e.  Are you current on postpetition estimated tax payments?    Yes ⦿    No ○

f.  Were all trust fund taxes remitted on a current basis?    Yes ⦿    No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○    No ⦿

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ⦿    No ○    N/A ○

i.  Do you have:    Worker's compensation insurance?    Yes ⦿    No ○

If yes, are your premiums current?    Yes ⦿    No ○    N/A ○    (if no, see Instructions)

Casualty/property insurance?    Yes ⦿    No ○

If yes, are your premiums current?    Yes ⦿    No ○    N/A ○    (if no, see Instructions)

General liability insurance?    Yes ⦿    No ○

If yes, are your premiums current?    Yes ⦿    No ○    N/A ○    (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ○    No ⦿

k.  Has a disclosure statement been filed with the court?    Yes ○    No ⦿

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿    No ○

Debtor's Name Casco Bay Lobster Co, Inc.                                      Case No.  25-20161

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes◯ No⬤ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes◯ No◯ N/A⬤ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ John S. Norton, Jr.                                         John S. Norton, Jr.
_____                               _____
Signature of Responsible Party                                Printed Name of Responsible Party

Authorized Party                                              09/22/2025
_____                               _____
Title                                                         Date

Debtor's Name  Casco Bay Lobster Co, Inc.                                     Case No.  25-20161



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Casco Bay Lobster Co, Inc.                                              Case No.  25-20161



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Casco Bay Lobster Co, Inc.                                    Case No.  25-20161



PageThree



PageFour

*Casco Bay Lobster Co., Inc.*

*Case: 25-20161*

*Monthly Operating Report August 2025*

*Additional Information*

*Insider Payments:*

Insider payments were made to a supplier of lobster, Johnathan Norton, who is the son of owner John Norton and to David Johnson, who is the brother-in-law of owners John Norton and Joe Donovan. Purchase prices were consistent with other lobster suppliers.

Casco Bay Lobster Co, Inc.

**Casco Bay Lobster Co, Inc.**
**Transaction Report - Cash Receipts**
August 1-31, 2025

| Transaction date | Transaction type | Num | Name | Memo/Description | Account full name | Item split account | Amount |
|---|---|---|---|---|---|---|---|
| 08/07/2025 | Journal Entry | CASH 2025-08- | | CBL Funding | 1040 CBL Key Bank Operating | | 37,005.85 |
| 08/08/2025 | Journal Entry | CASH 2025-08- | | CBL Funding | 1040 CBL Key Bank Operating | | 11,378.51 |
| 08/14/2025 | Journal Entry | CASH 2025-08- | | CBL Funding | 1040 CBL Key Bank Operating | | 28,201.95 |
| 08/21/2025 | Journal Entry | CASH 2025-08- | | CBL Funding | 1040 CBL Key Bank Operating | | 23,686.70 |
| 08/22/2025 | Journal Entry | CASH 2025-08- | | CBL Funding | 1040 CBL Key Bank Operating | | 3,860.00 |
| 08/28/2025 | Journal Entry | CASH 2025-08- | | CBL Funding | 1040 CBL Key Bank Operating | | 41,319.70 |
| 08/29/2025 | Deposit | | Memic - POST | | 1040 CBL Key Bank Operating | Insurance Workers Comp - Lob | 438.00 |
| | | | | | | **Total** | **145,890.71** |

## Casco Bay Lobster Co, Inc.
### Transaction Report - Cash Disbursements
#### August 1-31, 2025

| Transaction date | Transaction type | Num | Name | Memo/Description | Account full name | Item split account | Amount |
|---|---|---|---|---|---|---|---|
| 08/07/2025 | Bill Payment (Check) | 35451 | Brent Nappi - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -7,894.30 |
| 08/07/2025 | Bill Payment (Check) | 35452 | Robert Tetrault - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,814.50 |
| 08/07/2025 | Bill Payment (Check) | 35453 | Jonathan Norton - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,326.70 |
| 08/07/2025 | Bill Payment (Check) | 35454 | Roger F. Woodman Jr. - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,485.75 |
| 08/07/2025 | Bill Payment (Check) | 35455 | Seth Mayberry - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -6,581.70 |
| 08/07/2025 | Bill Payment (Check) | 35456 | David Johnson - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -8,390.45 |
| 08/07/2025 | Bill Payment (Check) | 35457 | Michael Floyd - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -9,065.20 |
| 08/07/2025 | Bill Payment (Check) | 35458 | Cameron T. Murphy - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -447.25 |
| 08/08/2025 | Bill Payment (Check) | 35459 | C.B.S. Lobster & Bait, Inc - POS | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -6,360.00 |
| 08/08/2025 | Bill Payment (Check) | 35460 | Intact Services USA - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -3,124.50 |
| 08/08/2025 | Bill Payment (Check) | 35461 | Memic - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,083.75 |
| 08/08/2025 | Bill Payment (Check) | 35462 | Vessel Services, Inc. - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -810.26 |
| 08/14/2025 | Bill Payment (Check) | 35463 | Jonathan Norton - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -3,151.65 |
| 08/14/2025 | Bill Payment (Check) | 35464 | Robert Tetrault - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,595.00 |
| 08/14/2025 | Bill Payment (Check) | 35465 | Cameron T. Murphy - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,904.85 |
| 08/14/2025 | Bill Payment (Check) | 35466 | David Johnson - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -6,652.10 |
| 08/14/2025 | Bill Payment (Check) | 35467 | Michael Floyd - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -7,409.00 |
| 08/14/2025 | Bill Payment (Check) | 35468 | Roger F. Woodman Jr. - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,781.00 |
| 08/14/2025 | Bill Payment (Check) | 35469 | Seth Mayberry - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -5,708.35 |
| 08/15/2025 | Bill Payment (Check) | 35470 | Vessel Services, Inc. - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -999.05 |
| 08/15/2025 | Bill Payment (Check) | 35471 | C.B.S. Lobster & Bait, Inc - POS | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -11,859.00 |
| 08/21/2025 | Bill Payment (Check) | 35472 | Robert Tetrault - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,377.00 |
| 08/21/2025 | Bill Payment (Check) | 35473 | Jonathan Norton - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -2,747.40 |
| 08/21/2025 | Bill Payment (Check) | 35474 | Seth Mayberry - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -3,720.40 |
| 08/21/2025 | Bill Payment (Check) | 35475 | Roger F. Woodman Jr. - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,053.50 |
| 08/21/2025 | Bill Payment (Check) | 35476 | David Johnson - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -6,108.75 |
| 08/21/2025 | Bill Payment (Check) | 35477 | Michael Floyd - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -7,094.75 |
| 08/21/2025 | Bill Payment (Check) | 35478 | Cameron T. Murphy - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,584.90 |
| 08/22/2025 | Bill Payment (Check) | 35479 | C.B.S. Lobster & Bait, Inc - POS | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -3,860.00 |
| 08/28/2025 | Bill Payment (Check) | 35480 | Brent Nappi - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -5,281.45 |
| 08/28/2025 | Bill Payment (Check) | 35481 | Robert Tetrault - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,433.10 |
| 08/28/2025 | Bill Payment (Check) | 35482 | Jonathan Norton - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -4,865.45 |
| 08/28/2025 | Bill Payment (Check) | 35483 | Seth Mayberry - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -4,684.50 |
| 08/28/2025 | Bill Payment (Check) | 35484 | Roger F. Woodman Jr. - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -1,063.75 |
| 08/28/2025 | Bill Payment (Check) | 35485 | Michael Floyd - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -6,344.00 |
| 08/28/2025 | Bill Payment (Check) | 35486 | David Johnson - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -4,900.75 |
| 08/28/2025 | Bill Payment (Check) | 35487 | Cameron T. Murphy - POST | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -728.20 |
| 08/28/2025 | Bill Payment (Check) | 35488 | C.B.S. Lobster & Bait, Inc - POS | | 1040 CBL Key Bank Operating | Accounts Payable Trade | -12,018.50 |
| | | | | | | **Total** | **-158,310.76** |

# Casco Bay Lobster Co, Inc.
## Balance Sheet
### As of August 31, 2025

| Distribution account | Total |
|---|---:|
| **Assets** | |
| Current Assets | |
| Bank Accounts | |
| 1010 CHS Key Bank Operating | |
| 1040 CBL Key Bank Operating | 6,585.17 |
| 1049 CBL Key Bank Operating Reconciling Items | |
| **Total for 1040 CBL Key Bank Operating** | **$6,585.17** |
| 1050 ART Key Bank Operating | |
| 1080 Petty Cash | |
| 1090 Employee Clearing Account | |
| **Total for Bank Accounts** | **$6,585.17** |
| Accounts Receivable | |
| 1100 Accounts Receivable Trade | 6,575.00 |
| **Total for Accounts Receivable** | **$6,575.00** |
| Other Current Assets | |
| 10110 Undeposited Funds | |
| 1310 Prepaid Insurance | 4,231.58 |
| 1330 Prepaid Workers Compensation | 2,188.07 |
| Inventory | 0.00 |
| 1201 Inventory Live Lobster | |
| 1205 Inventory Crab | |
| Other Inventory | 0.00 |
| 1221 Inventory Bait | 40,112.47 |
| 1222 Inventory Fuel | 842.24 |
| 1224 Inventory Other | |
| **Total for Other Inventory** | **$40,954.71** |
| **Total for Inventory** | **$40,954.71** |
| Inventory Asset | |
| **Total for Other Current Assets** | **$47,374.36** |
| **Total for Current Assets** | **$60,534.53** |
| Fixed Assets | |
| 1430 Equipment | 333,203.75 |
| Accumulated Depreciation | 0.00 |
| 1530 Acc Depreciation - Equipment | -315,233.33 |
| 1550 Acc Depreciation - Leasehold Improvements | |
| **Total for Accumulated Depreciation** | **-$315,233.33** |
| **Total for Fixed Assets** | **$17,970.42** |
| Other Assets | |
| **Total for Assets** | **$78,504.95** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2100 Accounts Payable Trade | 31,511.77 |
| **Total for Accounts Payable** | **$31,511.77** |
| Credit Cards | |
| Other Current Liabilities | |
| 2200 Maine Sales Tax | 601.47 |
| 2450 Accrued Expenses | |

**Casco Bay Lobster Co, Inc.**
**Balance Sheet**
**As of August 31, 2025**

| Distribution account | Total | |
|---|---|---|
| Maine Revenue Services Payable | | |
| Out Of Scope Agency Payable | | |
| Related Party Due To/From | 0.00 | |
| 2901 Due To/From CHS/CBL | 790,672.47 | *Intercompany balances do not represent |
| 2902 Due To/From CHS/Arts | | true assets/liabilities, not collectable/payable |
| 2910 Due To/From CBL/Arts | -29,429.23 | |
| 2911 Due To/From CBL/SBSL | 1,684.97 | |
| **Total for Related Party Due To/From** | **$762,928.21** | |
| **Total for Other Current Liabilities** | **$763,529.68** | |
| **Total for Current Liabilities** | **$795,041.45** | |
| Long-term Liabilities | | |
| Notes Payable | 0.00 | |
| 2501 Note Payable CBL Camden Redfish II (250-0) | | |
| **Total for Notes Payable** | **0.00** | |
| **Total for Long-term Liabilities** | **0.00** | |
| **Total for Liabilities** | **$795,041.45** | |
| Equity | | |
| 2710 Common Stock | | |
| 2720 ADDITIONAL PAID IN CAPITAL | | |
| Opening balance equity | | |
| 2700 Retained Earnings | -742,700.56 | |
| Net Income | 26,164.06 | |
| **Total for Equity** | **-$716,536.50** | |
| **Total for Liabilities and Equity** | **$78,504.95** | |

The note "***Intercompany balances do not represent true assets/liabilities, not collectable/payable" appears in italics to the right.

# Casco Bay Lobster
## Profit and Loss
### July 2 - August 31, 2025

| | Jul 2-31, 2025 | Aug 2025 | Total |
|---|---:|---:|---:|
| **Income** | | | |
| **3016 Sales Bait** | 1,850.00 | 3,846.20 | 5,696.20 |
| **Total Income** | $ 1,850.00 | $ 3,846.20 | $ 5,696.20 |
| **Cost of Goods Sold** | | | |
| **A - Product COGS** | | | 0.00 |
| **4012 Purchases Lobster** | 87,520.75 | 169,211.50 | 256,732.25 |
| **4015 Purchases Crab** | 289.90 | 438.75 | 728.65 |
| **4016 Purchases Bait** | 1,750.00 | -3,481.37 | -1,731.37 |
| **4017 Purchases Fuel** | -842.24 | 0.00 | -842.24 |
| **Total A - Product COGS** | $ 88,718.41 | $ 166,168.88 | $ 254,887.29 |
| **B - Other Direct Costs** | | | 0.00 |
| **B4 - Transportation** | | | 0.00 |
| **4125 Transportation - Live Lobster** | 5,051.40 | 7,359.00 | 12,410.40 |
| **Total B4 - Transportation** | $ 5,051.40 | $ 7,359.00 | $ 12,410.40 |
| **Total B - Other Direct Costs** | $ 5,051.40 | $ 7,359.00 | $ 12,410.40 |
| **Total Cost of Goods Sold** | $ 93,769.81 | $ 173,527.88 | $ 267,297.69 |
| **Gross Profit** | -$ 91,919.81 | -$ 169,681.68 | -$ 261,601.49 |
| **Expenses** | | | |
| **5767 Supplies - Bait** | | 1,093.00 | 1,093.00 |
| **Total Expenses** | $ 0.00 | $ 1,093.00 | $ 1,093.00 |
| **Net Operating Income** | -$ 91,919.81 | -$ 170,774.68 | -$ 262,694.49 |
| **Other Income** | | | |
| **6500 Miscellaneous Income** | | | 0.00 |
| **7000 Intercompany Sales** | | | 0.00 |
| **7020 Intercompany Sales CHS/CBL** | | | 0.00 |
| **Total 7000 Intercompany Sales** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total Other Income** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Other Expenses** | | | |
| **Depreciation** | | | 0.00 |
| **5383 Depreciation - Lobster** | 1,754.21 | 1,754.21 | 3,508.42 |
| **Total Depreciation** | $ 1,754.21 | $ 1,754.21 | $ 3,508.42 |
| **Total Other Expenses** | $ 1,754.21 | $ 1,754.21 | $ 3,508.42 |
| **Net Other Income** | -$ 1,754.21 | -$ 1,754.21 | -$ 3,508.42 |
| **Net Income** | -$ 93,674.02 | -$ 172,528.89 | -$ 266,202.91 |

*Prior month Utility expense of $100.45 was reclassified to a Cozy Harbor expense.*

Friday, Sep 19, 2025 09:56:47 AM GMT-7 - Accrual Basis

# Casco Bay Lobster Co, Inc.
## A/P Aging Detail Report
### As of August 31, 2025

| Date | Transaction type | Num | Vendor display name | Business full name | Open balance |
|---|---|---|---|---|---|
| 08/13/2025 | Bill | 57692 | C.B.S. Lobster & Bait, Inc - POST | Casco Bay Lobster | 300.00 |
| 08/27/2025 | Bill | 56034 | C.B.S. Lobster & Bait, Inc - POST | Casco Bay Lobster | 1,860.00 |
| 08/27/2025 | Bill | 56245 | C.B.S. Lobster & Bait, Inc - POST | Casco Bay Lobster | 630.00 |
| 08/28/2025 | Bill | 56036 | C.B.S. Lobster & Bait, Inc - POST | Casco Bay Lobster | 1,840.00 |
| 08/28/2025 | Bill | 151507 | David Johnson - POST | Casco Bay Lobster | 1,206.55 |
| 08/29/2025 | Bill | 56388 | C.B.S. Lobster & Bait, Inc - POST | Casco Bay Lobster | 230.00 |
| 08/29/2025 | Bill | 56386 | C.B.S. Lobster & Bait, Inc - POST | Casco Bay Lobster | 55.00 |
| 08/29/2025 | Bill | 151515 | Michael Floyd - POST | Casco Bay Lobster | 1,628.25 |
| 08/29/2025 | Bill | 151516 | Cameron T. Murphy - POST | Casco Bay Lobster | 498.80 |
| 08/30/2025 | Bill | 213885 | Vessel Services, Inc. - POST | Casco Bay Lobster | 1,230.45 |
| 08/30/2025 | Bill | 56374 | C.B.S. Lobster & Bait, Inc - POST | Casco Bay Lobster | 1,035.00 |
| 08/30/2025 | Bill | 151517 | Michael Floyd - POST | Casco Bay Lobster | 2,037.70 |
| 08/30/2025 | Bill | 151518 | Seth Mayberry - POST | Casco Bay Lobster | 3,213.30 |
| 08/30/2025 | Bill | 151519 | Brent Nappi - POST | Casco Bay Lobster | 2,014.85 |
| 08/30/2025 | Bill | 151521 | Robert Tetrault - POST | Casco Bay Lobster | 543.00 |
| 08/30/2025 | Bill | 151523 | Roger F. Woodman Jr. - POST | Casco Bay Lobster | 522.00 |
| 08/30/2025 | Vendor Credit | C151520 | Jonathan Norton - POST | Casco Bay Lobster | -775.00 |
| 08/30/2025 | Vendor Credit | C151522 | Jonathan Norton - POST | Casco Bay Lobster | -1,298.12 |
| | | | | **Total** | **16,771.78** |

Casco Bay Lobster Co, Inc.

# Casco Bay Lobster Co, Inc.
## A/R Aging Detail Report
### As of August 31, 2025

| Date | Transaction type | Num | Customer full name | Business full name | Due date | Open balance |
|------|------------------|-----|--------------------|--------------------|----------|-------------:|
| 06/06/2025 | Invoice | 1054600 | C.B.S Lobster, Inc | Casco Bay Lobster | 06/20/2025 | 500.00 |
| 06/12/2025 | Invoice | 1054633 | C.B.S Lobster, Inc | Casco Bay Lobster | 06/26/2025 | 325.00 |
| 06/13/2025 | Invoice | 1054665 | C.B.S Lobster, Inc | Casco Bay Lobster | 06/27/2025 | 650.00 |
| 06/19/2025 | Invoice | 1054685 | C.B.S Lobster, Inc | Casco Bay Lobster | 07/03/2025 | 300.00 |
| 06/24/2025 | Invoice | 1054734 | C.B.S Lobster, Inc | Casco Bay Lobster | 07/08/2025 | 575.00 |
| 06/27/2025 | Invoice | 1054767 | C.B.S Lobster, Inc | Casco Bay Lobster | 07/11/2025 | 250.00 |
| 07/01/2025 | Invoice | 1054787 | C.B.S Lobster, Inc | Casco Bay Lobster | 07/15/2025 | 250.00 |
| 07/09/2025 | Invoice | 1054853 | C.B.S Lobster, Inc | Casco Bay Lobster | 07/23/2025 | 250.00 |
| 07/18/2025 | Invoice | 1055021 | C.B.S Lobster, Inc | Casco Bay Lobster | 08/01/2025 | 250.00 |
| 07/21/2025 | Invoice | 1055008 | C.B.S Lobster, Inc | Casco Bay Lobster | 08/04/2025 | 425.00 |
| 07/25/2025 | Invoice | 1055009 | C.B.S Lobster, Inc | Casco Bay Lobster | 08/08/2025 | 600.00 |
| 07/30/2025 | Invoice | 1055010 | C.B.S Lobster, Inc | Casco Bay Lobster | 08/13/2025 | 325.00 |
| 08/04/2025 | Invoice | 1055022 | C.B.S Lobster, Inc | Casco Bay Lobster | 08/18/2025 | 900.00 |
| 08/07/2025 | Invoice | 1055039 | C.B.S Lobster, Inc | Casco Bay Lobster | 08/21/2025 | 350.00 |
| 08/18/2025 | Invoice | 1055124 | C.B.S Lobster, Inc | Casco Bay Lobster | 09/01/2025 | 100.00 |
| 08/27/2025 | Invoice | 1055173 | C.B.S Lobster, Inc | Casco Bay Lobster | 09/10/2025 | 525.00 |

**Total    6,575.00**

Cozy Harbor Seafood

**1040 CBL Key Bank Operating, Period Ending 08/31/2025**

**RECONCILIATION REPORT**

Reconciled on: 09/04/2025

Reconciled by: Katie Snell

Any changes made to transactions after this date aren't included in this report.

| Summary | USD |
|---|---|
| Statement beginning balance | 62,789.70 |
| Checks and payments cleared (41) | -184,274.80 |
| Deposits and other credits cleared (23) | 183,457.57 |
| Statement ending balance | 61,972.47 |
| | |
| Uncleared transactions as of 08/31/2025 | -54,949.30 |
| Register balance as of 08/31/2025 | 7,023.17 |
| Cleared transactions after 08/31/2025 | 0.00 |
| Uncleared transactions after 08/31/2025 | -27,881.78 |
| Register balance as of 09/04/2025 | -20,858.61 |

**Details**

Checks and payments cleared (41)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2025 | Journal | Non-Spec 070125 | | -0.02 |
| 07/01/2025 | Journal | Non-Spec 070125 | | -18,783.42 |
| 07/01/2025 | Journal | P06.5 Non Spec Reclas | | -18,783.42 |
| 07/25/2025 | Bill Payment | 35439 | Seth Mayberry - POST | -6,718.30 |
| 07/25/2025 | Bill Payment | 35442 | Michael Floyd - POST | -5,296.25 |
| 07/25/2025 | Bill Payment | 35436 | C.B.S. Lobster & Bait, Inc - P … | -3,270.00 |
| 07/31/2025 | Bill Payment | 35445 | Robert Tetrault - POST | -1,715.30 |
| 07/31/2025 | Bill Payment | 35447 | Seth Mayberry - POST | -7,556.80 |
| 07/31/2025 | Bill Payment | 35446 | Roger F. Woodman Jr. - POST | -652.75 |
| 07/31/2025 | Bill Payment | 35450 | Cameron T. Murphy - POST | -504.00 |
| 07/31/2025 | Bill Payment | 35449 | Michael Floyd - POST | -7,910.55 |
| 07/31/2025 | Bill Payment | 35448 | David Johnson - POST | -8,069.45 |
| 07/31/2025 | Bill Payment | 35443 | C.B.S. Lobster & Bait, Inc - P … | -795.00 |
| 07/31/2025 | Bill Payment | 35444 | Jonathan Norton - POST | -757.28 |
| 08/07/2025 | Bill Payment | 35455 | Seth Mayberry - POST | -6,581.70 |
| 08/07/2025 | Bill Payment | 35451 | Brent Nappi - POST | -7,894.30 |
| 08/07/2025 | Bill Payment | 35452 | Robert Tetrault - POST | -1,814.50 |
| 08/07/2025 | Bill Payment | 35453 | Jonathan Norton - POST | -1,326.70 |
| 08/07/2025 | Bill Payment | 35454 | Roger F. Woodman Jr. - POST | -1,485.75 |
| 08/07/2025 | Bill Payment | 35456 | David Johnson - POST | -8,390.45 |
| 08/07/2025 | Bill Payment | 35457 | Michael Floyd - POST | -9,065.20 |
| 08/07/2025 | Bill Payment | 35458 | Cameron T. Murphy - POST | -447.25 |
| 08/08/2025 | Bill Payment | 35462 | Vessel Services, Inc. - POST | -810.26 |
| 08/08/2025 | Bill Payment | 35459 | C.B.S. Lobster & Bait, Inc - P … | -6,360.00 |
| 08/08/2025 | Bill Payment | 35460 | Intact Services USA - POST | -3,124.50 |
| 08/08/2025 | Bill Payment | 35461 | Memic - POST | -1,083.75 |
| 08/14/2025 | Bill Payment | 35464 | Robert Tetrault - POST | -1,595.00 |
| 08/14/2025 | Bill Payment | 35465 | Cameron T. Murphy - POST | -1,904.85 |
| 08/14/2025 | Bill Payment | 35466 | David Johnson - POST | -6,652.10 |
| 08/14/2025 | Bill Payment | 35468 | Roger F. Woodman Jr. - POST | -1,781.00 |
| 08/14/2025 | Bill Payment | 35469 | Seth Mayberry - POST | -5,708.35 |
| 08/14/2025 | Bill Payment | 35463 | Jonathan Norton - POST | -3,151.65 |
| 08/14/2025 | Bill Payment | 35467 | Michael Floyd - POST | -7,409.00 |
| 08/15/2025 | Bill Payment | 35471 | C.B.S. Lobster & Bait, Inc - P … | -11,859.00 |
| 08/15/2025 | Bill Payment | 35470 | Vessel Services, Inc. - POST | -999.05 |
| 08/21/2025 | Bill Payment | 35473 | Jonathan Norton - POST | -2,747.40 |
| 08/21/2025 | Bill Payment | 35478 | Cameron T. Murphy - POST | -1,584.90 |
| 08/21/2025 | Bill Payment | 35474 | Seth Mayberry - POST | -3,720.40 |
| 08/21/2025 | Bill Payment | 35472 | Robert Tetrault - POST | -1,377.00 |
| 08/22/2025 | Bill Payment | 35479 | C.B.S. Lobster & Bait, Inc - P … | -3,860.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/28/2025 | Bill Payment | 35487 | Cameron T. Murphy - POST | -728.20 |

**Total** | | | | **-184,274.80**

Deposits and other credits cleared (23)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2025 | Journal | P06.5 Non Spec Reclas | | 18,783.42 |
| 07/01/2025 | Journal | Non-Spec 070125 | | 0.02 |
| 07/01/2025 | Journal | Non-Spec 070125 | | 18,783.42 |
| 08/04/2025 | Journal | CASH 2025-08-04 | | 0.00 |
| 08/05/2025 | Journal | CASH 2025-08-05 | | 0.00 |
| 08/06/2025 | Journal | CASH 2025-08-06 | | 0.00 |
| 08/07/2025 | Journal | CASH 2025-08-07 | | 37,005.85 |
| 08/08/2025 | Journal | CASH 2025-08-08 | | 11,378.51 |
| 08/11/2025 | Journal | CASH 2025-08-11 | | 0.00 |
| 08/12/2025 | Journal | CASH 2025-08-12 | | 0.00 |
| 08/14/2025 | Journal | CASH 2025-08-14 | | 28,201.95 |
| 08/15/2025 | Journal | CASH 2025-08-15 | | 0.00 |
| 08/18/2025 | Journal | CASH 2025-08-18 | | 0.00 |
| 08/19/2025 | Journal | CASH 2025-08-19 | | 0.00 |
| 08/20/2025 | Journal | CASH 2025-08-20 | | 0.00 |
| 08/21/2025 | Journal | CASH 2025-08-21 | | 23,686.70 |
| 08/22/2025 | Journal | CASH 2025-08-22 | | 3,860.00 |
| 08/25/2025 | Journal | CASH 2025-08-25 | | 0.00 |
| 08/26/2025 | Journal | CASH 2025-08-26 | | 0.00 |
| 08/27/2025 | Journal | CASH 2025-08-27 | | 0.00 |
| 08/28/2025 | Journal | CASH 2025-08-28 | | 41,319.70 |
| 08/29/2025 | Journal | CASH 2025-08-29 | | 0.00 |
| 08/29/2025 | Deposit | | Memic - POST | 438.00 |

**Total** | | | | **183,457.57**

**Additional Information**

Uncleared checks and payments as of 08/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/03/2025 | Bill Payment | 35417 | Emmanuel Kourinos - POST | -100.80 |
| 08/21/2025 | Bill Payment | 35477 | Michael Floyd - POST | -7,094.75 |
| 08/21/2025 | Bill Payment | 35475 | Roger F. Woodman Jr. - POST | -1,053.50 |
| 08/21/2025 | Bill Payment | 35476 | David Johnson - POST | -6,108.75 |
| 08/28/2025 | Bill Payment | 35486 | David Johnson - POST | -4,900.75 |
| 08/28/2025 | Bill Payment | 35480 | Brent Nappi - POST | -5,281.45 |
| 08/28/2025 | Bill Payment | 35481 | Robert Tetrault - POST | -1,433.10 |
| 08/28/2025 | Bill Payment | 35482 | Jonathan Norton - POST | -4,865.45 |
| 08/28/2025 | Bill Payment | 35483 | Seth Mayberry - POST | -4,684.50 |
| 08/28/2025 | Bill Payment | 35484 | Roger F. Woodman Jr. - POST | -1,063.75 |
| 08/28/2025 | Bill Payment | 35485 | Michael Floyd - POST | -6,344.00 |
| 08/28/2025 | Bill Payment | 35488 | C.B.S. Lobster & Bait, Inc - P… | -12,018.50 |

**Total** | | | | **-54,949.30**

Uncleared checks and payments after 08/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/04/2025 | Bill Payment | 35496 | Michael Floyd - POST | -8,894.40 |
| 09/04/2025 | Bill Payment | 35494 | David Johnson - POST | -6,269.05 |
| 09/04/2025 | Bill Payment | 35495 | Cameron T. Murphy - POST | -498.80 |
| 09/04/2025 | Bill Payment | 35489 | Brent Nappi - POST | -2,014.85 |
| 09/04/2025 | Bill Payment | 35490 | Robert Tetrault - POST | -1,735.80 |
| 09/04/2025 | Bill Payment | 35491 | Jonathan Norton - POST | -3,990.08 |
| 09/04/2025 | Bill Payment | 35492 | Roger F. Woodman Jr. - POST | -1,265.50 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/04/2025 | Bill Payment | 35493 | Seth Mayberry - POST | -3,213.30 |
| Total | | | | -27,881.78 |

Uncleared deposits and other credits after 08/31/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/02/2025 | Journal | CASH 2025-09-02 | | 0.00 |
| 09/03/2025 | Journal | CASH 2025-09-03 | | 0.00 |
| Total | | | | 0.00 |



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**August 31, 2025**
**page 1 of 3**

xxxxxxxx6877

38 31        T   968 00000 R EM AO
CASCO BAY LOBSTER CO., INC.
DEBTOR IN POSSESSION 25-20161
PO BOX 389
PORTLAND ME 04112-0389

*Questions or comments?*
*Call 1-800-821-2829*
*Dial 711 for TTY/TRS*

Commercial Transaction    xxxxxxxx6877
CASCO BAY LOBSTER CO., INC.
DEBTOR IN POSSESSION 25-20161

| | |
|---|---:|
| Beginning balance 7-31-25 | $62,789.70 |
| 7 Additions | +145,890.71 |
| 38 Subtractions | -146,707.94 |
| **Ending balance 8-31-25** | **$61,972.47** |

## Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 8-29 | | Key Capture Deposit | | $438.00 |

| Transfers | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 8-7 | | Trf Fr | DDA xxxxxxxxxxxx9759 | 1961 | $37,005.85 |
| | 8-8 | | Trf Fr | DDA xxxxxxxxxxxx9759 | 1961 | 11,378.51 |
| | 8-14 | | Trf Fr | DDA xxxxxxxxxxxx9759 | 1961 | 28,201.95 |
| | 8-21 | | Trf Fr | DDA xxxxxxxxxxxx9759 | 1961 | 23,686.70 |
| | 8-22 | | Trf Fr | DDA xxxxxxxxxxxx9759 | 1961 | 3,860.00 |
| | 8-28 | | Trf Fr | DDA xxxxxxxxxxxx9759 | 1961 | 41,319.70 |
| | | | **Total additions** | | | **$145,890.71** |

## Subtractions

Paper Checks        * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 35436 | 8-1 | $3,270.00 | 35450 | 8-1 | 504.00 | 35460 | 8-15 | 3,124.50 |
| *35439 | 8-1 | 6,718.30 | 35451 | 8-12 | 7,894.30 | 35461 | 8-11 | 1,083.75 |
| *35442 | 8-4 | 5,296.25 | 35452 | 8-8 | 1,814.50 | 35462 | 8-22 | 810.26 |
| 35443 | 8-1 | 795.00 | 35453 | 8-12 | 1,326.70 | 35463 | 8-18 | 3,151.65 |
| 35444 | 8-4 | 757.28 | 35454 | 8-12 | 1,485.75 | 35464 | 8-18 | 1,595.00 |
| 35445 | 8-6 | 1,715.30 | 35455 | 8-18 | 6,581.70 | 35465 | 8-15 | 1,904.85 |
| 35446 | 8-5 | 652.75 | 35456 | 8-14 | 8,390.45 | 35466 | 8-22 | 6,652.10 |
| 35447 | 8-8 | 7,556.80 | 35457 | 8-15 | 9,065.20 | 35467 | 8-27 | 7,409.00 |
| 35448 | 8-7 | 8,069.45 | 35458 | 8-15 | 447.25 | 35468 | 8-25 | 1,781.00 |
| 35449 | 8-7 | 7,910.55 | 35459 | 8-13 | 6,360.00 | 35469 | 8-25 | 5,708.35 |

**Corporate Banking Statement**
**August 31, 2025**
**page 2 of 3**

xxxxxxxx6877

## Subtractions
*(con't)*

*Paper Checks*          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|
| 35470 | 8-27 | 999.05 | 35473 | 8-25 | 2,747.40 | 35479 | 8-25 | 3,860.00 |
| 35471 | 8-20 | 11,859.00 | 35474 | 8-29 | 3,720.40 | *35487 | 8-29 | 728.20 |
| 35472 | 8-25 | 1,377.00 | *35478 | 8-22 | 1,584.90 | | | |

**Paper Checks Paid**          **$146,707.94**

**Fees and charges**          *See your Account Analysis statement for details.*



page 3 of 3

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM  SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O. Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | |
|---|---|
| Check # or Date | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➜ | $ |

| ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|
| Date | Amount |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➜ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

KeyBank

**Check #: 35436,   Amount: $3270.00,   Date: 08/01/2025**

 

**Check #: 35439,   Amount: $6718.30,   Date: 08/01/2025**

 

**Check #: 35443,   Amount: $795.00,   Date: 08/01/2025**

 

**Check #: 35450,   Amount: $504.00,   Date: 08/01/2025**

 

**Check #: 35442,   Amount: $5296.25,   Date: 08/04/2025**

 

KeyBank

**Check #: 35444,   Amount: $757.28,   Date: 08/04/2025**



**Check #: 35446,   Amount: $652.75,   Date: 08/05/2025**



**Check #: 35445,   Amount: $1715.30,   Date: 08/06/2025**



**Check #: 35448,   Amount: $8069.45,   Date: 08/07/2025**



**Check #: 35449,   Amount: $7910.55,   Date: 08/07/2025**



**KeyBank**

**Check #: 35447,   Amount: $7556.80,   Date: 08/08/2025**

 

**Check #: 35452,   Amount: $1814.50,   Date: 08/08/2025**

 

**Check #: 35461,   Amount: $1083.75,   Date: 08/11/2025**

 

**Check #: 35451,   Amount: $7894.30,   Date: 08/12/2025**

 

**Check #: 35453,   Amount: $1326.70,   Date: 08/12/2025**

 

**KeyBank**

**Check #: 35454,  Amount: $1485.75,  Date: 08/12/2025**

 

**Check #: 35459,  Amount: $6360.00,  Date: 08/13/2025**

 

**Check #: 35456,  Amount: $8390.45,  Date: 08/14/2025**

 

**Check #: 35457,  Amount: $9065.20,  Date: 08/15/2025**

 

**Check #: 35458,  Amount: $447.25,  Date: 08/15/2025**

 

**KeyBank**

**Check #: 35460,  Amount: $3124.50,  Date: 08/15/2025**




**Check #: 35465,  Amount: $1904.85,  Date: 08/15/2025**




**Check #: 35455,  Amount: $6581.70,  Date: 08/18/2025**




**Check #: 35463,  Amount: $3151.65,  Date: 08/18/2025**




**Check #: 35464,  Amount: $1595.00,  Date: 08/18/2025**




**KeyBank**

**Check #: 35471, Amount: $11859.00, Date: 08/20/2025**

 

**Check #: 35462, Amount: $810.26, Date: 08/22/2025**

 

**Check #: 35466, Amount: $6652.10, Date: 08/22/2025**

 

**Check #: 35478, Amount: $1584.90, Date: 08/22/2025**

 

**Check #: 35468, Amount: $1781.00, Date: 08/25/2025**

 

**KeyBank**

**Check #: 35469,  Amount: $5708.35,  Date: 08/25/2025**

 

**Check #: 35472,  Amount: $1377.00,  Date: 08/25/2025**

 

**Check #: 35473,  Amount: $2747.40,  Date: 08/25/2025**

 

**Check #: 35479,  Amount: $3860.00,  Date: 08/25/2025**

 

**Check #: 35467,  Amount: $7409.00,  Date: 08/27/2025**



**KeyBank**

**Check #: 35470,  Amount: $999.05,  Date: 08/27/2025**

 

**Check #: 35474,  Amount: $3720.40,  Date: 08/29/2025**

 

**Check #: 35487,  Amount: $728.20,  Date: 08/29/2025**

