**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC.,**<br>**CASCO BAY LOBSTER CO., INC., and**<br>**ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

**ORDER GRANTING**
**APPLICATION OF THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING**
**THE EMPLOYMENT OF DENTONS AS COUNSEL FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF AUGUST 22, 2025**

Upon consideration of the *Application to of the Official Committee of Unsecured Creditors for an Order Authorizing the Employment of Dentons as Counsel for the Official Committee of Unsecured Creditors, Effective as of August 22, 2025* [Dkt. No. 207] (the "Application") and the *Declaration of Andrew C. Helman in Support of the Application to Employ Dentons as Counsel for the Official Committee of Unsecured Creditors* (the "Helman Declaration"); the Court having reviewed the Application and the Helman Declaration; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) Dentons does not hold or represent any interest adverse to the Debtors' estates; (d) Dentons is a "disinterested person" as contemplated under section 101(14) of the Bankruptcy Code; and (e) employment of Dentons is necessary and in the best interests of the Debtors' estates, creditors, and other parties in interest; the Court finding that notice of the Retention Documents was sufficient under the circumstances; and the Court being fully advised in

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

the premises and having determined that the legal and factual bases set forth in the Retention Documents establish just cause for the relief herein granted, and after due deliberation and cause appearing therefor, it is HEREBY ORDERED that:

1. The Application is granted on the terms set forth herein.

2. The Committee is authorized to employ Dentons as counsel under section 1103 of the Bankruptcy Code, to perform such services as detailed in the Retention Documents and on the terms set forth in the Retention Documents with such employment effective as of August 22, 2025.[2]

3. All payments of professional fees and reimbursements of expenses to Dentons are subject to court approval based upon application to the Court and submission of contemporaneous time records, pursuant to the Bankruptcy Rules and Local Rules.

4. Service of the Application was sufficient notice to parties under the circumstances.

5. This Order shall become final in 14 days unless an interested party sooner objects, in which case the matter shall be set for hearing and considered by the court as if this Order had not been entered.

6. This Court shall retain exclusive jurisdiction to interpret and enforce the terms of this Order.

Date: September 23, 2025

Michael A. Fagone
United States Bankruptcy Judge
District of Maine

---

[2] By entering this Order, however, the Court expresses no view as to the reasonableness of the rates that are proposed to be charged for such services.