# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

### ORDER GRANTING DEBTORS' CONSENTED-TO MOTION TO ENLARGE SALE OBJECTION DEADLINE AND CONTINUE SALE HEARING

Upon the above-referenced motion [Dkt. No. 220] (the "**Motion**") filed by the Debtors,[2] and after deliberation and sufficient cause appearing therefor, and with the consent of KeyBank, the U.S. Trustee, Camden National Bank, and the Committee, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The deadlines in the Bid Procedures Order are modified as follows:

    (a) The Debtors shall file and serve a notice of Successful Bid or, if no Successful Bid is selected, a status report, on or before **October 7, 2025, at 4:00 PM**.

    (b) The Sale Objection Deadline and the Objection to Contract Assumption Deadline are enlarged to **October 8, 2025, at 4:00 PM**.

    (c) The Sale Hearing is continued to **October 9, 2025, at 1:00 PM.**

3. On or before **October 6, 2025, at 1:00 PM**, the Debtors shall serve a copy of this Order on the Committee (through its counsel), the secured lenders (through their counsel), the

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.

Contract Counterparties (as defined in the Bid Procedures Order) or their counsel, if known, the Office of the U.S. Trustee, and all parties that submitted a bid prior to the Bid Deadline. In addition, the Debtors shall immediately cause a copy of this Order to be placed in the data room.

4. This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

Dated: October 6, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine