**Exhibit A**

CONFIDENTIAL



**Collateral Summary**

| | 15<br>Forecast<br>5-Oct-25<br>11-Oct-25 | 16<br>Forecast<br>12-Oct-25<br>18-Oct-25 | 17<br>Forecast<br>19-Oct-25<br>25-Oct-25 |
|---|---|---|---|
| **Week Beginning** | | | |
| **Week Ending** | | | |
| Ending Cash Balance | 897,552 | 472,276 | 217,757 |
| Accounts Receivable | 2,309,247 | 2,663,162 | 2,905,306 |
| Inventory | 3,595,357 | 3,690,954 | 3,751,342 |
| **Total** | **6,802,157** | **6,826,392** | **6,874,404** |
| Estimated Debt | 5,021,679 | 5,029,383 | 5,037,100 |
| Growth in Collateral | | | |
| Cash Receipts | 548,167 | 565,766 | 652,475 |
| Financing | | | |
| Net Product Purchases | 709,617 | 709,179 | 693,234 |
| Direct Costs | 41,931 | 66,109 | 40,424 |
| Total Labor | 96,009 | 105,194 | 94,429 |
| Operating Expenses | 26,509 | 110,559 | 78,906 |
| Legal Fees (Bernstein Shur) | - | - | - |
| Financial Consultant (Opus) | - | - | - |
| Adequate Utility Assurance | - | - | - |
| Critical Vendor Payments | - | - | - |
| UST Fees | - | - | - |
| Committee Fees | - | - | - |
| Total Expenses | 874,066 | 991,042 | 906,994 |
| **Change in Cash** | **(325,899)** | **(425,277)** | **(254,519)** |
| Beginning Cash | 1,223,451 | 897,552 | 472,276 |
| **Ending Cash** | **897,552** | **472,276** | **217,757** |

**Cozy Harbor Seafood**
Weekly Cash Flow

| | 15 | 16 | 17 |
|---|---|---|---|
| | Week 41 Forecast | Week 42 Forecast | Week 43 Forecast |
| Week Beginning | 5-Oct-25 | 12-Oct-25 | 19-Oct-25 |
| Week Ending | 11-Oct-25 | 18-Oct-25 | 25-Oct-25 |
| **Cash Starting Balance** | 1,223,451 | 897,552 | 472,276 |
| **Cash Ending Balance** | 897,552 | 472,276 | 217,757 |
| Total Inventory | 3,595,357 | 3,690,954 | 3,751,342 |
| Total Accounts Receivable | 2,309,247 | 2,663,162 | 2,905,306 |
| **Collateral Total** | **6,802,157** | **6,826,392** | **6,874,404** |
| **Cash Inflows** | | | |
| Weekly AR Collections | 548,167 | 565,766 | 652,475 |
| Interest Income | | | |
| Financing | | | |
| Capital Infusion | | | |
| Sale of Assets | | | |
| **Total Cash Inflows** | 548,167 | 565,766 | 652,475 |
| **Cash Outflows** | | | |
| **Cost of Goods Sold** | | | |
| Cash Used For Purchased Lobster & Fish | | | |
| Cost of Fish | 94,781 | 79,910 | 76,075 |
| Total Cost of Lobster | 605,016 | 614,689 | 598,462 |
| Cost of Crab | 30,000 | 30,000 | 30,000 |
| Less Bait Sales | 16,982 | 13,418 | 9,883 |
| Less Fuel Sales | 3,198 | 2,001 | 1,419 |
| Other Purchases | | | |
| Total Cash Used For Purchased Lobster & Fish | 709,617 | 709,179 | 693,234 |
| Bait COGS | | | |
| Fuel COGS | | | |
| Other Direct Costs | | | |
| Total Other Direct Costs | 41,931 | 66,109 | 40,424 |
| Labor Cost | | | |
| Total Labor Cost | 77,432 | 86,618 | 75,853 |
| **Total Cost of Goods Sold** | 828,980 | 861,906 | 809,510 |
| **Expenses** | | | |
| Total Business & Admin. Expenses | 7,599 | 7,354 | 16,295 |
| Total Payroll Expenses | 20,993 | 34,637 | 24,669 |
| Total Professional Fees | 3,800 | 6,300 | 5,800 |
| Total Marketing Expenses | - | - | - |
| Total Travel, Meals, & Entertainment | 250 | 250 | 250 |
| Total Occupancy Expenses | 6,700 | 75,046 | 39,470 |
| Total Equipment | 5,745 | 5,549 | 10,999 |
| Other miscellaneous | | | |
| Unapplied Cash Bill Payment Expense | | | |
| **Total Expenses** | 45,086 | 129,136 | 97,483 |

CONFIDENTIAL

**Cozy Harbor Seafood**
Weekly Cash Flow

| | 15 | 16 | 17 |
|---|---|---|---|
| | Week 41 | Week 42 | Week 43 |
| | Forecast | Forecast | Forecast |
| Week Beginning | 5-Oct-25 | 12-Oct-25 | 19-Oct-25 |
| Week Ending | 11-Oct-25 | 18-Oct-25 | 25-Oct-25 |
| **Additional Expenditures** | | | |
| Other Income (MISC INCOME) | | | |
| Legal Fees | | | |
| Financial Consultant | | | |
| Adequate Utility Assurance | | | |
| Critical Vendor Payments | | | |
| UST Fees | | | |
| Committee Fees | | | |
| **Total Additional Expenditures** | - | - | - |
| **Total Cash Outflow** | 874,066 | 991,042 | 906,994 |
| **Intercompany Transfers** | | | |
| Transfer Out | | | |
| 7910 Intercompany Purchases CHS/ARTS | (53,121) | (37,898) | (73,127) |
| 7920 Intercompany Purchases CHS/CBL | (28,465) | (40,508) | (31,750) |
| Transfer In | | | |
| 7010 Intercompany Sales CHS/ARTS | 53,121 | 37,898 | 73,127 |
| 7020 Intercompany Sales CHS/CBL | 28,465 | 40,508 | 31,750 |
| **Total Intercompany Transfers** | - | - | - |
| **Ending Cash** | **897,552** | **472,276** | **217,757** |
| **LOC Est Balance** | 5,021,679 | 5,029,383 | 5,037,100 |
| Borrowing Base | 5,213,116 | 5,156,541 | 5,150,719 |
| Amount above or below base | Covered 191,438 | Covered 127,158 | Covered 113,619 |
| Interest payment on LOC / (draw) | | | |
| **Ending Cash** | **897,552** | **472,276** | **217,757** |
| **Projected/Actual Credit Sales** | **1,028,160** | **919,680** | **894,619** |

CONFIDENTIAL

**AR & Inventory Projections**

| | | Forecast | Forecast | Forecast |
|---|---|---:|---:|---:|
| | Week Beginning | 5-Oct-25 | 12-Oct-25 | 19-Oct-25 |
| | Week Ending | 11-Oct-25 | 18-Oct-25 | 25-Oct-25 |
| | Starting AR | 1,829,254 | 2,309,247 | 2,663,162 |
| | Sales | 1,028,160 | 919,680 | 894,619 |
| | Lobster Sales | 850,000 | 763,196 | 743,724 |
| | Fish Sales | 138,150 | 116,474 | 110,885 |
| | Crab Sales | 40,010 | 40,010 | 40,010 |
| | Bait/Fuel Sales | | | |
| | Total Sales | 1,028,160 | 919,680 | 894,619 |
| 24.50% | Weekly Collections | 548,167 | 565,766 | 652,475 |
| | Less Credits | | | |
| | **Ending AR** | **2,309,247** | **2,663,162** | **2,905,306** |
| | Beginning Inventory | 3,620,133 | 3,595,357 | 3,690,954 |
| | Purchases | | | |
| | Lobster | 605,016 | 614,689 | 598,462 |
| | Fish | 94,781 | 79,910 | 76,075 |
| | Crab | 30,000 | 30,000 | 30,000 |
| | Direct Cost | 41,931 | 66,109 | 40,424 |
| | Direct Labor | 77,432 | 86,618 | 75,853 |
| | Total Purchases | 849,160 | 877,325 | 820,813 |
| 15.00% | Inventory Reductions | 873,936 | 781,728 | 760,426 |
| | **Ending Inventory** | **3,595,357** | **3,690,954** | **3,751,342** |