# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In re:

Cozy Harbor Seafood, Inc.,
Casco Bay Lobster Co., Inc., and
Art's Lobster Co., Inc.,

        Debtors

Chapter 11
Case No. 25-20160
(Jointly Administered)

## ORDER RESCHEDULING SALE HEARING
## AND FURTHER EXTENDING RELATED DEADLINES

A hearing on the Debtors' motion to sell substantially all their assets [Dkt. No. 112] was scheduled for October 9, 2025. At the Debtors' request then, the hearing was instead treated as a status conference on the motion. The Debtors then also requested that the Court further extend certain dates and deadlines that were originally established in the Bid Procedures Order [Dkt. No. 164] and that have since been twice extended [Dkt. Nos. 211, 221]. After consultation with interested parties that appeared on October 9, the Court granted that request as follows:

1. By no later than 11:59 p.m. on October 15, 2025, the Debtors must file a notice of bid results similar to the type of notice contemplated in paragraph C.9. of the Bid Procedures attached to the Bid Procedures Order. If the bid results are such that approval of a sale will be sought, a copy of the executed asset purchase agreement must be attached to the notice.

2. By no later than October 16, 2025, the Debtors must serve the notice in paragraph 1 above (along with any attachment) on all parties identified in paragraph 10 of the Bid Procedures Order. Service must be accomplished by electronic mail, facsimile, or other means reasonably calculated to provide prompt notice. The Debtors must file a certificate of such service no later than October 17, 2025.

1

3. The deadline for any Sale Objection or Objection to Contract Assumption, as those objections are defined in the Bid Procedures Order, is extended to October 20, 2025, at 4:00 p.m.

4. The Sale Hearing, as detailed in the Bid Procedures Order, is rescheduled to October 21, 2025, at 11:00 a.m., at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine.  Parties may participate in the hearing in person in the Bangor Courtroom, by video from the Portland Courtroom, or by telephone.  Anyone who anticipates introducing evidence, appearing as a witness, or cross-examining a witness, however, may not participate by phone.

5. By no later than October 10, 2025, at 5:00 p.m., the Debtors must serve a copy of this Order via the means identified above in paragraph 2 on all parties entitled to notice in that paragraph.  The Debtors must file a certificate of such service by October 14, 2025.

Dated: October 10, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine