**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

**ORDER GRANTING DEBTORS' CONSENTED-TO MOTION TO ENLARGE OUTSIDE DATE UNDER CASH COLLATERAL ORDER**

Upon the above-referenced motion [Dkt. No. 229] (the "**Motion**") filed by the Debtors,[2] and after deliberation and sufficient cause appearing therefor, and with the consent of KeyBank, the U.S. Trustee, Camden National Bank, and the Committee, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The October 9, 2025 deadline in Paragraph 2 of the Cash Collateral Order is hereby enlarged to October 21, 2025, and the Continued Budget attached hereto as **Exhibit A** shall be the relevant "Budget" for purposes of the extended period through October 21, 2025. Further, it shall be an event of default under the Cash Collateral Order if the Debtors have not filed an executed asset purchase agreement with this Court on or before October 15, 2025.

3. Nothing herein shall constitute a waiver by KeyBank of any prior or existing events of default under the Cash Collateral Order.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.

4.  Nothing herein is intended to modify the prior Budget under the Cash Collateral Order, including amounts that were projected to be disbursed under the Budget but for which disbursement has not yet been made.

5.  This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

Dated:  October 10, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine