**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC.,**<br>**CASCO BAY LOBSTER CO., INC., and**<br>**ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 25-20160**<br><br>**(Jointly Administered)** |

## NOTICE REGARDING ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that in accordance with Paragraph 1 of the Order Rescheduling Sale Hearing and Further Extending Related Deadlines [Dkt. No. 230], the Debtors have not executed an asset purchase agreement as of this filing.

Dated:   October 15, 2025

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER &**
**NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott, Esq.
D. Sam Anderson, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Counsel to the Debtors and Debtors in Possession*

---

[1]The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363.  The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.