# FIRST ADDENDUM TO ASSET PURCHASE AGREEMENT

This FIRST ADDENDUM TO ASSET PURCHASE AGREEMENT (the "**First Addendum**") dated as of October 20, 2025, is by and between: (a) Cozy Harbor Seafood, Inc. ("**Cozy Harbor**"), Casco Bay Lobster Co., Inc. ("**Casco Bay**") and Art's Lobster, Co., Inc. ("**Art's Lobster**" and, together with Cozy Harbor and Casco Bay, the "**Sellers**"); and (b) Aquashell USA, LLC, an Indiana limited liability company, or its assignee ("**Purchaser**" and Purchaser, together with Sellers, the "**Parties**").

WHEREAS, the Parties have entered into that certain Asset Purchase Agreement (the "**APA**") dated contemporaneously hereto; and

WHEREAS, as a condition of entering into the APA and closing the transactions therein, Purchaser has required certain agreements, concessions, covenants, and other commitments from non-parties John Norton, Joseph Donovan, and WNDK LLC (collectively, the "**Third-Party Obligors**" and the obligations of the Third-Party Obligors under the APA, collectively, the "**Third-Party Obligations**"); and

WHEREAS, the Third-Party Obligors have agreed to incur the Third-Party Obligations under the condition that the Third-Party Obligors receive, prior to closing, from the Bankruptcy Court[1] an order granting releases in favor of the Third-Party Obligors of certain claims and causes of action related to the APA and the Chapter 11 Cases that may be brought by the Debtors, the Official Committee of Unsecured Creditors (to the extent adequate standing is obtained), and any subsequent estate fiduciary or trustee (including a chapter 7 trustee) (collectively, the "**Third-Party Causes of Action**"); and

WHEREAS, to facilitate the timely closing of the transactions in the APA, Sellers and Purchaser desire to enter into this First Addendum to include certain additional terms and conditions to the APA related to the Third-Party Obligations.

NOW, THEREFORE, in consideration of the mutual benefits to be derived from this First Addendum and the APA, and of the representations, warranties, conditions, agreements and promises contained herein and for other good and valuable consideration, the Parties hereby agree as follows:

1. If the Third-Party Obligors do not receive from the Bankruptcy Court an order granting releases from the Third-Party Causes of Action on or before October 31, 2025, then Purchaser or Sellers may terminate the APA with no further liability to Purchaser and Sellers thereunder, and Sellers shall immediately return the Deposit to Purchaser.

2. This First Addendum may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. This First Addendum may be executed and delivered via PDF.

3. The Parties agree that the Bankruptcy Court shall retain jurisdiction over the enforcement of this First Addendum, including the performance of the obligations and transactions contemplated hereunder.

*[signatures to follow]*

---

[1] Capitalized terms used, but not otherwise defined here, shall have the meaning ascribed to such terms in the APA.

IN WITNESS WHEREOF, the Parties hereto have caused this First Addendum to be duly authorized, executed and delivered.

COZY HARBOR SEAFOOD, INC.

By: _____
Name: John Norton
Title: President

CASCO BAY LOBSTER CO., INC.

By: _____
Name: John Norton
Title: President

ART'S LOBSTER CO., INC.

By: _____
Name: John Norton
Title: President

AQUASHELL USA, LLC

By: _____
Name: Hal P. Harlan
Title: President