**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR BERNSTEIN, SHUR, SAWYER & NELSON, P.A. AS COUNSEL TO THE DEBTORS FOR THE PERIOD OF JULY 1, 2025, THROUGH OCTOBER 17, 2025**

This matter having come before this Court on the *First Interim Application for Compensation and Reimbursement of Expenses for Bernstein, Shur, Sawyer & Nelson, P.A. as Counsel to the Debtors for the Period of July 1, 2025, through October 17, 2025* [D.E. ___] (the "**Fee Application**"), and after sufficient notice having been provided, and with this Court having reviewed the Fee Application, it is hereby **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. The Fee Application is **GRANTED** as set forth herein.

2. In relation to the Compensation Period,[2] BSSN is allowed, on an interim basis, compensation for services to Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc. in the total amount of **$219,434.12**, which is comprised of compensation for services in the amount of **$211,480.50**, and reimbursement of expenses in the amount of **$7,953.62**.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Fee Application.

3. The fees and expenses for the Compensation Period are awarded on an interim basis in accordance with the applicable sections of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this Court's local rules. The fees and expenses allowed herein are allocated among the Debtors in accordance with the Retention Order.

4. BSSN is authorized to apply the escrowed funds in its possession to the fees and expenses allowed herein.

5. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

Date: _____

Michael A. Fagone
United States Bankruptcy Judge
District of Maine