**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Katherine Flynn, being over the age of eighteen and an employee of Bernstein, Shur, Sawyer & Nelson, P.A., in Portland, Maine, hereby certify that, on October 23, 2025, the *First Interim Application for Compensation and Reimbursement of Expenses for Bernstein, Shur, Sawyer & Nelson, P.A. as Counsel to the Debtors for the Period of July 1, 2025, Through October 17, 2025* [Docket No. 258] ("**BSSN Compensation Application**") was filed with via this Court's CM/ECF electronic filing system ("**CM/ECF**") which sent notice to all parties receiving notification through the Court's CM/ECF system.

I further certify that on October 23, 2025, I served the BSSN Compensation Application via electronic mail or facsimile upon the parties as indicated on the attached Email Service list.

I further certify that on October 24, 2025, I caused to be mailed the BSSN Compensation Application Notice of Hearing upon the parties set forth in the attachment hereto via U.S. First Class Mail.

Dated: October 24, 2025                  */s/ Katherine Flynn*
                                                              Katherine Flynn

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St John Street, Portland, ME 04102.

Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Tel: (207) 774-1200

## SERVICE LIST

**The BSSN Compensation Application was served upon the following parties via electronic mail or facsimile on October 23, 2025:**

| NAME | SERVICE CONTACT (EMAIL or FAX) | DATE OF SERVICE |
|---|---|---|
| East Coast Seafood, LLC | toneill@myseafood.com; | 10/23/2025 |
| J.K. Marine dba Louisbourg Seafood Ltd | derrick.k@louisbourgseafoods.ca; damien.b@louisbourgseafoods.ca; | 10/23/2025 |
| Whitecap International Seafood Exporters | egerber@whitecapseafoods.com; | 10/23/2025 |
| Northern Ocean Sea Products, LLC | joyce@northernoceanmarine.com; | 10/23/2025 10/23/2025 |
| Cape Bald Packers | dallain@capebaldpackers.com; | 10/23/2025 |
| Independent Fisheries Limited | office@independentfisheries.ca; | 10/23/2025 |
| Packedge | eatkins@packedgeinc.com; | 10/23/2025 |
| Sea Salt, LLC | shawn.seasalt@gmail.com; | 10/23/2025 |
| Arbutus Cove Enterprises | admin@arbutuscove.net; | 10/23/2025 |
| Wedgeport Lobsters Limited | tammy@wedgeportlobsters.ca; | 10/23/2025 |
| Area 52 | info@area52.ca; | 10/23/2025 |
| Camden National Bank | abutler@camdennational.bank; jfischer@dwmlaw.com; kfisher@dwmlaw.com; | 10/23/2025 |
| Mechanical Services Inc. | info@mechanicalservices.com cleger@kelleyleger.com; | 10/23/2025 |
| Atlantic Coast Seafood, Inc. | shelli@atlanticcoastsfd.com; tory@atlanticcoastsfd.com | 10/23/2025 |
| Volk Packaging Corporation | klaverriere@volkboxes.com; bcolwell@preti.com; | 10/23/2025 |
| Channel Fish Processing, Co., Inc. | BBrennan@channelfish.com; | 10/23/2025 |
| Acadia Insurance | joan.gallant@acadia-ins.com; | 10/23/2025 |
| Portland Fish Exchange | jberg@pfex.org; rvanmeter@pfex.org; | 10/23/2025 |
| BASE Seafood Auction | carina@baseseafood.com; Cassie@baseseafood.com; | 10/23/2025 |
| CoolSeal USA | mjaeck@coolsealusa.com | 10/23/2025 |
| Seth Mayberry | smayberry4746@gmail.com; | 10/23/2025 |
| C.B.S Lobster & Bait, Inc. | cbslobster13@yahoo.com; | 10/23/2025 |
| Vessel Services, Inc. | office@vesselservicesinc.com; | 10/23/2025 |
| Village of Tenants Harbor | t.elwell@stgeorgemaine.com; | 10/23/2025 |
| City of Portland | treasury@portlandmaine.gov; | 10/23/2025 |

| | ajames@portlandmaine.gov; rcreswell@creswelllaw.com; | |
|---|---|---|
| William Lunt | luntlobster@gmail.com; paulalunt@gmail.com; | 10/23/2025 |
| Tytan International, LLC | info@tytanintl.com; | 10/23/2025 |
| Cunningham Security Systerms | info@cunninghamsecurity.com; | 10/23/2025 |
| Maritime Energy | info@maritimeenergy.com; | 10/23/2025 |
| Crown Lift Trucks | amy.jackson@crown.com; | 10/23/2025 |
| Charter Communications | resibankruptcy@charter.com; | 10/23/2025 |
| Midcoast Marine Supply | mmsthomaston@yahoo.com; | 10/23/2025 |
| Office of the Maine State Treasurer | state.treasurer@maine.gov; | 10/23/2025 |
| Belinda Anderson | banderson@cozyharbor.com ; | 10/23/2025 |
| Key Bank | rclement@verrill-law.com; sdoil@verrill-law.com; | 10/23/2025 |
| Internal Revenue Service | scott.miller@irs.gov; | 10/23/2025 |
| Maine Revenue Services | compliancebk.mrs@maine.gov; John.Burke@maine.gov; | 10/23/2025 |
| Office of the U.S. Attorney | usame-bankruptcynotice@usdoj.gov; | 10/23/2025 |
| Ann-Marie Dirsa | Ann.Marie.Dirsa@usdoj.gov; | 10/23/2025 |
| Heather Sprague | heather.sprague@usdoj.gov; | 10/23/2025 |
| Joseph Donovan | kmcdonald@mpmlaw.com; msmart@mpmlaw.com; | 10/23/2025 |
| Counsel on behalf of the Official Committee of Unsecured Creditors | Andrew.helman@dentons.com; kyle.d.smith@dentons.com; | 10/23/2025 |
| Aquashell USA, LLC | btb@marcusclegg.com; bankruptcy@marcusclegg.com; dcj@marcusclegg.com; | 10/23/2025 |
| Sparks Belting | JMeeuwenberg@sparksmol.com; | 10/23/2025 |

**The BSSN Compensation Application Notice of Hearing was served upon the following parties via U.S. First Class Mail on October 24, 2025:**
See attached matrix.

| | | |
|---|---|---|
| 35 UNION LLC<br>P.O. Box 389<br>Portland  ME         04101 | Acadia Insurance<br>P.O. Box 9010<br>Westbrook         ME         04098 | Al Butler<br>190 Water Street<br>P.O Box 178<br>Gardiner ME         04345 |
| Alan A Post<br>PO Box 4<br>South Thomaston    ME     04858 | Allegiance Trucks<br>351 North Street<br>Saco, ME 04072 | Alex Ausplund<br>340 Wallston Road<br>Tenants Harbor     ME     04860 |
| Amato's Sandwich Shops, Inc<br>312 Saint John Street         2nd Floor<br>Portland  ME         04102 | AMCS OpCo LLC<br>292 Centennial Road<br><br>Toledo    OH         43617 | Anthem Blue Cross Blue Shield<br>2 Gannett Dr<br>South Portland, ME 04106 |
| Arche Advisors, Inc.<br>50 E 100 S #201<br>St. George, UT 84770 | Office of the United States Trustee<br><br>ATTN: Heather Sprague<br>5 Post Office Square, Suite 100<br>Boston, MA 02109 | Applied Refrigeration Services<br>7C Commons Ave<br>Windham ME         40692 |
| Aqua Production Systems<br>4036 Gairloch Rd<br>Union Center     NS - Canada<br>            B0K1S0 | Araho Transfer<br>7 Fid Kennedy Ave<br>Boston    MA         02210 | Arbutus Cove Enterprises<br>650 Herald Street<br>Victoria   BC<br>Canada    V8W1S7 |
| Area 52<br>163 Zack Rd<br>Lustes Mountain      NB<br>Canada    E1G2V1 | Atlantic Coast Seafood, Inc<br>42-44 Boston Fish Pier<br><br>Boston    MA         02210 | Atlantic Recycling Equipment<br>13 Jessie Doe Road<br>Rollinsford         NH         03869 |
| Baader North America Corp.<br>505 Hwy. 82 W.     Ste A<br>Indianola MS         38751 | Bangor Savings Bank<br>20 Marginal Way<br>Portland  ME         04101 | BASE<br>62 Hassey Street<br>New Bedford         MA         02740 |
| Beaver Enterprises, Inc<br>204 Park Street<br>Rockland ME         04841 | Belinda Anderson<br>P.O. Box 10<br>Tenants Harbor     ME         04860 | Belt Power LLC<br>2197 Canton Road<br>Suite 208<br>Marietta  GA         30066 |
| Brendan G. Newell<br>7 Creek Lane<br>Damariscotta         ME         04543 | Brent Nappi<br>1 Shady Lane<br>Falmouth ME         04105 | Broadreach Public Relations<br>19 Commercial Street<br>Portland, ME 04101 |
| Butler Brothers Industrial Supply<br>2001 Lisbon Street<br>Lewiston ME         04240 | C.B.S. Lobster & Bait, Inc<br>52 Union Wharf<br>Portland  ME         04101 | Camden National Bank<br>ATTN: Kellie Fisher, Jeremy Fischer<br>2 Elm Street<br>Camden  ME         04843 |

Drummond Woodsum
Attn: Kellie Fisher, Esq.
84 Marginal Way, Suite 600
Portland, ME 04101-2480

Drummond Woodsum
Attn: Jeremy R. Fischer, Esq.
84 Marginal Way, Suite 600
Portland, ME 04101-0248

Cape Ann Seafood Exchange
c/o Sallyport Commercial Finance Dept #100
P.O. Box 4776
Houston TX 77210-4776

Cape Bald Packers
2618 Acadie Road
Cap-Pele NB - Canada   E4N 1E3

Central Maine Power
P.O BOX 847810
BOSTON MA 02284-7810

Channel Fish Processing Co Inc
200 Commerce Dr
Braintree MA 02184

Charter Communications
P.O. Box 6030
Carol Stream IL 60197-6030

Chep USA
15226 Collections Center Dr
Chicago IL 60693

Cintas
P.O Box 631025
Cincinnati OH 45263-1025

City of Portland
389 Congress Street
P.O. Box 544
Portland, ME 04112

City of Portland Department of Public Works
212 Canco Road   Suite B
Portland ME 04103

Coastal Carriers, Inc
28 Tichnor Court
Scituate MA 02066

Coface North America Insurance Company
P.O. Box 70280   Lockbox 10116
Philadelphia PA 19176-0280

Consolidated Communications
1 Davis Farm Road
Portland, ME 04103-1668

CoolSeal USA
232 J Street
Perrysburg OH 43551

Corporate Payment Systems
P.O Box 790428
St. Louis MO 63179-0428

Corporate Billing
P.O. Box 1726
Decatur, AL 35602

Crosspack, Inc
2 Alden Lane
Scarborough ME 04074

Crown Lift Trucks
P.O Box 641173
Cincinatti OH 45264-1173

Crown Lift Trucks
165 Innovation Way
Scarborough ME 04074

Crow's Nest Property
7 Wright Way
Falmouth ME 04105

Cryovac Sealed Air Corporation
2415 Cascade Pointe Blvd
Charlotte NC 28208

Cunningham Security Systems
325 US Route 1
Falmouth ME 04105

Curtis Thaxter LLC
200 Middle Street
Suite 1001
Portland ME 04101

Dale Carson
P. O. Box 441
Tenants Harbor Maine 04860

Darrell Olsen
P.O. Box 24
Port Clyde ME 04855

David Hupper
20 Hupper Lane
Tenants Harbor ME 04860

David Johnson
299 Fern Avenue
Long Island ME 04050

Dave Dyer
79 Summit Terrace
North Yarmouth ME 04097

Dead River Company
P.O Box 467
Scarborough ME 04070-0467

| | | |
|---|---|---|
| Doug's Fresh Express<br>91 Spring View Drive<br>Lynn     MA     01904 | Downeast Energy<br>86 Pleasant Hill Road, STE 1<br>Scarborough     ME     04074 | Durants Wharf, Inc.<br>899 Cundys Harbor Road<br>Harpswell     ME     04079 |
| East Coast Seafood, LLC DBA Seatrade International<br>10 North Front Street<br>New Bedford     MA     02740 | Equitable Payment Center<br>P.O. Box 371405<br>Pittsburgh     PA     15250 - 7405 | F.W Webb Company<br>160 Middlesex Turnpike<br>Bedford  MA     01730 |
| F/V Fishin Addiction<br>114 Macarthur Drive<br>New Bedford     MA     02740 | F/V Max & Emma<br>114 MacArthur Drive<br>New Bedford     MA     02740 | F/V TIMBERWOLF<br>114 MacArthur Drive<br>New Bedford     MA     02740 |
| Fedex<br>P. O Box 371461<br>Pittsburgh     PA     15250-7461 | Fedex Corporation<br>Attn: Legal Department - Compliance<br>1000 Ridgeway Loop - Ste 500<br>Memphis     TN     38120 | FFE Transportation Services Inc<br>P.O. Box 847576<br>Dallas     TX     75284-7576 |
| Finance Authority of Maine<br>5 Community Drive<br>Suite 102<br>Augusta, ME 04330 | Fisherman's Wharf Gloucester<br>37 Rogers Street<br>Gloucester     MA     01930 | Flores & Associates<br>P.O Box 63238<br>Charlotte NC     28263-3238 |
| Food Prep Solutions<br>P.O. Box 4777<br>Stamford CT     06907 | Frederick Safety Services<br>32 Grove Street<br>Brewer  ME     04112 | Freightliner of Maine<br>422 Perry Road<br>Bangor  ME     04401 |
| Frosty Seas<br>6901 NW 41st STREET<br>Miami     FL     33166 | Galway Transport Inc<br>P.O Box 419<br>Kennebunk     ME     04112 - 0389 | Goodyear Commercial Tire & Services<br>10 Gin Rd<br>Scarborough     ME     04074 |
| Grainger<br>DEPT. 808682348<br>Palatine  IL     60038-0001 | Graybar Electric Company, Inc<br>P. O Box 414426<br>Boston     MA     02241 - 4428 | Guys Locksmith<br>1932 Broadway<br>South Portland     ME     04106 |
| GWI<br>43 Landry St<br>Biddeford ME     04005 | Hall Internet Marketing<br>10 Mill Brook Rd   Unit 1<br>Saco     ME     04072 | Hamilton Marine<br>155 E. Main Street<br>Searsport ME     04974 |
| Harbor Fish Market<br>9 Custom House Wharf<br>Portland  ME     04101 | Harcros Chemical Inc<br>P. O Box 74583<br>Chicago     IL     60696 | Office of the United States Trustee<br>ATTN: Heather Sprague<br>5 Post Office Square, Suite 1000<br>Boston     MA     02109 |

| | | |
|---|---|---|
| Hygiena LLC<br>941 Avenida Acaso<br>Camarillo        CA        93012 | Immigration and Customs Enforcement (ICE)<br>David Fife, Special Agent<br>One City Center, Suite 404<br>Portland  ME         04101 | Intact Services USA<br>P.O Box 371871<br>Pittsburgh        PA        15250-7871 |
| Independent Fisheries Limited<br>1271 Little Harbour Road, Comp 2 Box 9<br>Sable River        Nova Scotia<br>B0T 1V0 | Industrial Calibration<br>71C Pine Rd.<br>Hudson   NH        03051 | Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia        PA        19101-7346 |
| International C Food Inc.,<br>P. O Box E - South Station<br>Fall River        MA        02724 | Intral Worldwide LLC<br>ATTN: Dean Scribner<br>1900 Crown Colony, Suite 407<br>Quincy        MA        02169 | Ion Networking<br>1 Perry Hawkes Rd<br>WindhamME        04062 |
| IPFS Corporation<br>P.O Box 32144<br>New York        NY        10087-2144 | Jamison Door Company<br>55 Jv Jamison Dr<br>Hagerstown, MD 21740 | JK Marine dba Louisbourg Seafood, Ltd.<br>P.O. Box 5609<br>Louisbourg        NS - Canada<br>B1C1B5 |
| JK Marine dba Louisbourg Seafood, Ltd.<br>77 Kings Rd<br>Sydney, Nova Scotia B1S1A2<br>Canada | John Armstrong<br>PO Box 127<br>Tenants Harbor        ME        04860 | John Hansen<br>P.O. Box 426<br>Tenants Harbor        ME        04860 |
| Johnson Controls<br>DEPT. CH 10320<br>Palatine   IL        60055-0320 | Murray, Plumb & Murray<br>Attn: Kelly McDonald<br>75 Pearl Street, P.O. Box 9785<br>Portland, Maine 04104-5085 | Murray, Plumb & Murray<br>Attn: Micah Smart<br>75 Pearl Street, P.O. Box 9785<br>Portland, Maine 04104-5085 |
| Katahdin Analytical Services<br>P.O Box 540<br>Scarborough        ME        04070 | KCV Trailer Rentals<br>127 Pleasant Hill Rd<br>Scarborough        ME        04074 | Key Bank, N.A.<br>One Canal Plaza        3rd Floor<br>Portland  ME        04101 |
| Shawn K. Doil, Esq.<br>Verrill Dana,LLP<br>One Portland Square, 10th Floor<br>Portland, ME 04101-4054 | Roger Clement, Esq.<br>Verrill Dana,LLP<br>One Portland Square, 10th Floor<br>Portland, ME 04101-4054 | Kyocera<br>55 Bradly Drive<br>Westbrook        ME        04092 |
| Laitram Machinery INC<br>P.O. BOX 730443<br>Dallas    TX        75373-0443 | Lineage Logistics PFS, LLC<br>P.O Box 734938<br>Dallas    TX        75373 | Lineage Logistics, LLC<br>P.O Box 974647<br>Dallas    TX        75397 |
| LITTLE BAY LOBSTER<br>158 SHATTUCK WAY<br>NEWINGTON        NH        03801 | Logtek Inc<br>P.O Box 744889<br>Atlanta        GA        30384-4889 | Loma Systems Inc<br>39425 Treasury Center<br>Chicago  IL        60694-9400 |

| | | |
|---|---|---|
| Maine Coast Petroleum<br>48 Main Street<br>St. George, ME 04860 | Maine Department of Agriculture,<br>Conservation & Forestry<br>28 Statehouse Station<br><br>Augusta  ME      04333 | Maine Department of Marine Resources<br>21 Statehouse Station<br>Augusta  ME      04333 |
| Maine Hardware<br>274 Saint John Street<br>Portland  ME      04102 | Maine Marine Supply<br>416 Commercial Street<br><br>Portland  ME      04101 | Maine Revenue Services<br>51 Commerce Dr<br>Augusta  ME      04333 |
| Office of the Maine State Treasurer<br>39 State House Station, Burton M. Cross Building<br>111 Sewall Street<br>Augusta  ME      04333-0039 | Maine Scale LLC<br>4 Washington Street North<br><br>Auburn  ME      04210 | Marel Inc.<br>1024 Airport Parkway<br>Gainesville      GA      30501 |
| Marine Stewardship Council International Ltd, Marine House<br>1 Snow Hill<br>London  England<br>EC1A 2DH | Maritime Energy<br>153 New County Rd<br>Thomaston      ME      04861 | Mark Lannon<br>75 St. John Street<br>Portland, ME 04102 |
| Massachusetts Port Authority<br>P.O Box 3471<br>Boston  MA      02241 | Matheson Tri-Gas Inc<br>P.O. Box 347297<br>Pittsburgh      PA      15251-4297 | Matrix Sciences   1061 Feehanville Dr<br>Mount Prospect      FL      60056 |
| McCloskey, Mina, Cunniff & Fawley<br>12 City Center<br>Portland, ME 04101 | McMaster-Carr Supply Company<br>P.O. Box 7690<br>Chicago  IL      60680 | Mechanical Services, Inc<br>400 PRESUMPSCOT STREET<br>PORTLAND      ME      04103 |
| Memic<br>P.O. Box 6900<br>Lewiston ME      04243-6900 | Mesa Labs<br>Lakewood Manufacturing Facility<br><br>12100 W 6th Ave<br>Lakewood      CO      80228 | Messer LLC<br>P.O Box 731114<br>Dallas   TX      75373-1114 |
| Michael Ames<br>570 Port Clyde Road<br>Tenants Harbor      ME      04860 | Midcoast Marine Supply<br>153 New County Rd<br>Thomaston      ME      04861 | Michael Floyd<br>18 Vernon Road<br>Long Island      ME      04050 |
| Michael Johnson<br>283 Fern Ave.<br>Long Island      ME      04050 | Mike Hahn<br>20 Marginal Way<br>Portland  ME      04101 | Miner, Ltd.<br>18 Willey Road<br>Saco      ME      04072 |
| Modern Pest Services<br>100 PLEASANT ST<br>BRUNSWICK      ME      04011 | Multivac<br>DEPT. CH 17573<br>PALATINE      IL      60055-7573 | Mutual Of Omaha Payment Processing Center<br>P.O. Box 2147<br>Omaha   NE   68103-2147 |

| | | |
|---|---|---|
| NEPW Logistics Inc<br>70 Quarry Road<br>Portland  ME          04103 | New England Bait, LLC<br>1755 Indian River Road<br>Jonesport, ME 04649 | New England Kenworth<br>42 Wallace Avenue<br>South Portland        ME      04106 |
| New York Life Insurance Company<br>P.O. Box 130539<br>Dallas, TX 75313 | NHDOT E-Z Pass<br>P.O Box 9687<br>Manchester         NH       03108 | Northeast Delta Dental<br>One Delta Drive<br>P.O. Box 2002<br>Conrod, NH 03302-2002 |
| Northeast Laboratory Services<br>P.O Box 788<br>Waterville         ME        04903 | Northern Ocean Sea Products LLC dba<br>Northern Ocean Marine<br>7 Parker Street     2nd Floor<br>Gloucester          MA         01930 | NWD Inc<br>P.O Box 50821<br>New Bedford        MA        02745 |
| Ocean Explorer<br>P.O. Box 6<br>Tenants Harbor      ME       04860 | Office of the U.S. Attorney<br>537 Congress Street<br>Suite 300<br>Portland  ME         04101-3490 | O'Hara Corporation<br>120 Tillson Avenue  Suite 100<br>RocklandME         04841 |
| Packaging Products Corp.<br>P.O Box 697<br>Wilmington          MA       01887 | Packedge<br>955 Portland Rd<br>Saco     ME        04072-9675 | Pallet One - Issacson Lumber Company<br>P.O. BOX L<br>Livermore falls       ME       04254 |
| Paula Lunt<br>P.O. Box 198<br>Tenants Harbor, ME 04860 | Plastic Supply<br>6 Pomerleau Street<br>Biddeford          ME       04005 | PNC EQUIPMENT FINANCE<br>655 BUSINESS CENTER DR.  SUITE 250<br>HORSHAM          PA       19044 |
| Portland Fish Exchange<br>6 Portland Fish Pier<br>Portland  ME         04101 | Portland Plastic Pipe<br>444 Lincoln Street Extension<br>South Portland         ME      04106 | Portland Water District<br>225 Douglass Street<br>P.O. Box 3553<br>Portland  ME          04101 |
| Power Products Systems<br>90 Bay State Road<br>Wakefield          MA       01880 | Progressive Scale & Label Systems, LLC<br>P.O Box 587<br>Bethel    CT       06801 | Purdy Powers & Company<br>130 Middle Street<br>Portland  ME          04101 |
| Pyramid Transport & Cold Storage<br>100 S. Laws St<br>Bridgeville         DE       19933 | Quadient Finance USA, Inc<br>P.O Box 6813<br>Carol Stream        IL        60197-6813 | R&D Trash Removal<br>PO Box 130<br>Thomaston         ME       04861 |
| Randy J. Creswell<br>P.O. Box 7340<br>Portland, ME 04112 | Retail Services Co.<br>2108 West Broadway Unit A<br>South Portland         ME       04106 | Robinson's Wharf, Inc.<br>20 Hendricks Hill Road<br>Southport         ME       04576 |

| | | |
|---|---|---|
| Ross Industries, Inc.<br>P.O Box 677817<br>Dallas   TX         75267-7817 | Round-2 Lobster Co., Inc.<br>1708 State Road<br>Plymouth, MA 02360 | Russell Langmaid<br>99 Little John Road<br>Yarmouth         ME       04096 |
| Ryder Transportation Services<br>P. O Box  96723<br>Chicago   IL        60693-9337 | Sea Salt LLC<br>660 Main Street<br>Saco      ME        04072 | Secretary of State<br>148 State House Station<br>Augusta, ME 04333 |
| SEDNA TECHNOLOGIES<br>27 Parker Street SUITE # 12251<br>Dartmouth         NS - Canada<br>        B2Y 4T5 | Seth Mayberry<br>81 Totten Road<br>Gray       ME         04039 | Share-ify<br>585 East State Road 434      1st Floor<br>Longwood          FL        32750 |
| Shyer's Lobster Pound, Inc.<br>380 S Broadway<br>Salem, NH 03079 | South Bristol Fisherman's Co-Op<br><br>P.O. Box 63<br>South Bristol        ME      04568-0063 | Staples   c/o Shane Anderson<br>P.O. BOX 70242<br>PHILADELPHIA   PA    19176-0242 |
| Stavis Seafoods LLC<br>P. O. Box 712122<br>Philadelphia         PA       19171-2122 | Taylor Lobster Company LLC<br>32 Route 236<br>Kittery     ME         03904 | Taylor Services, LLC<br>16 Westview Drive<br>Raymond ME         04071 |
| TCN Holdings, LLC d/b/a ODORITE Co.<br>5 Wallace Avenue BLDG 2<br>South Portland         Maine      04106 | TD Bank<br>1 Portland Square   Suite 4<br>Portland  ME         04101 | Tenants Harbor Wharf, LLC<br>P.O. Box 389<br>Portland  ME         04112 |
| The Cote Corporation<br>2980 Hotel Road<br>P.O Box 1418<br>Auburn   ME        04211-1418 | TOM RENEHAN<br>11 WINTER ST<br>YARMOUTH         ME        04096 | Tom Scola<br>36 Eastern Ave<br>Gloucester         MA        01930 |
| Trace Register, Inc.<br>119 1st Avenue South<br>Suite #440<br>Seattle, WA 98104 | Tribune Seafood Limited - C/O T65045<br><br>P.O. Box 55811<br>Boston    MA         02205-5811 | Trillium Drivers<br>P.O Box 671854<br>Detroit   MI        48267-1854 |
| Troiano Waste Services, Inc<br>PO BOX 3541<br>Portland  ME        04104-3541 | Tycho Poly Inc.<br>101 Hanlan Rd<br>Woodbridge, ON L4L 395 Canada | Tytan International, LLC<br>801 Carpenters Crossing<br>Folcroft  PA         19032 |
| Ubaldo Chach Julian<br>1423 Pleasant Street Apt 1<br>New Bedford         MA        02740 | Uline<br>Attn: Accounts Receivable<br>PO BOX 88741<br>Chicago   IL         60680-1741 | Ultra Source LLC<br>1414 West 29th Street<br>Kansas City         MO       64108-3604 |

| | | |
|---|---|---|
| Unifirst Corporation<br>P.O Box 650481<br>Dallas   TX        75265-0481 | United States Department of Commerce<br>National Marine Fisheries Service<br><br>55 Great Republic Drive<br><br>Gloucester       MA       01930 | UNITIL<br>P.O BOX 981077<br>BOSTON      MA       02298-1010 |
| US Cellular<br>DEPT. 0205<br>PALATINE IL       60055-0205 | USA Container Freezer & Refrigeration, LLC<br>75 Neal Court<br>Plainville CT       06062 | VERNO d'EON FISHING SUPPLIES LTD<br><br>P.O BOX 70<br>MIDDLE WEST PUBNICO<br>NS - Canada       B0W 2M0 |
| Verrill Dana<br>c/o Roger Clement<br>1 Portland Square - 10th Floor<br>Portland ME       04101 | Vessel Services, Inc.<br>1 Portland Fish Pier<br>Portland ME       04101 | Village of Tenants Harbor<br>3 School Street<br>Tenants Harbor      ME       04860 |
| Vital Delivery Solutions LLC<br>P. O Box 1075<br>WILLISTON       VT       05495 | Volk Packaging Corporation<br>11 Morin Street<br>Biddeford       ME       04005 | Preti Flaherty, LLP<br>Attn: Bodie B. Colwell, Esq.<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546 |
| WD Matthews<br>901 Center St<br>Auburn   ME       04210 | Wedgeport Lobsters Limited<br>P.O Box 400<br>Lower Wedgeport   NS<br>Canada   B0W 2B0 | Wells Fargo Equipment Finance, Inc.<br>600 South 4th Street<br>MAC N9300-100<br>Minneapolis       MN       55412 |
| Wells Fargo Vendor Financial Services, LLC<br>PO Box 070241<br>Philadelphia       PA       19176-0241 | Whitecap International Seafood Exporters<br><br>591 North Avenue<br>Wakefield       MA       01880 | William Lunt<br>P.O Box 198<br>Tenants Harbor      ME       04860 |
| WNDK Limited Liability Company<br>c/o John Norton, Lr.<br>P.O Box 389<br>Portland ME       04112 | Worldwide Perishables Enterprises LLC<br><br>195 Cottage Street<br>Chelsea   MA       02150 | WQS, LLC<br>15720 Brixham Hill Ave     Suite 320<br>Charlotte NC       28277 |
| Wright Express Fleet Services   WEX Bank<br><br>P.O Box 4337<br>Carol Stream       IL       60197-6293 | Zep Manufacturing Co.<br>P.O Box 3338<br>Boston   MA       02241-0389 | Zoro Tools, Inc.<br>ATTN: Cash Processing<br>P.O Box 5233<br>Janesville WI       53547-5233 |
| Mark White<br>110 Roaring Brook Rd<br>Portland, ME 04103 | Mechanical Services, Inc.<br>c/o Christopher M. Leger, Esq.<br>P.O. Box 66<br>Caribou, ME 04736 | Pacific Packaging Products, Inc.<br><br>24 Industrial Way<br><br>Wilmington, MA 01887 |
| East Coast Seafood, LLC<br>c/o Guy P. Young Jr.<br>100 International Dr, 22nd Floor<br>Baltimore, MD 21201 | Dentons Bingham Greenebaum LLP<br>c/o Andrew Helman, Esq.<br>One City Center; Suite 11100<br>Portland, ME, 04101 | Dentons Bingham Greenebaum LLP<br>c/o Kyle Smith, Esq.<br>One City Center; Suite 11100<br>Portland, ME, 04101 |

| | | |
|---|---|---|
| Aaron P. Burns, Esq. | David C. Johnson, Esq. | Brendan T. Barry, Esq. |
| Pearce, Dow & Burns, LLP | Marcus Clegg | Marcus Clegg |
| P.O. Box 108 | 16 Middle Street, Suite 501A | 16 Middle Street, Suite 501A |
| Portland, ME 04112-0108 | Portland, ME, 04101 | Portland, ME, 04101 |