# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

### DEBTORS' NOTICE REGARDING MOOTNESS AND WAIVER OF FIRST ADDENDUM TO ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that on October 20, 2025, Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc., the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), entered into, and filed with this Court, that certain Asset Purchase Agreement [Dkt. No. 242-1] (the "**APA**") between the Debtors and Aquashell USA, LLC ("**Purchaser**").

**PLEASE TAKE FURTHER NOTICE** that included with the APA, the Debtors filed that certain First Addendum to Asset Purchase Agreement [Dkt. No. 242-1 at 164-65] (the "**First Addendum**")[2] between the Debtors and Purchaser.

**PLEASE TAKE FURTHER NOTICE** that the Third-Party Obligors are no longer requiring an order granting releases of the Third-Party Causes of Action as a condition of the Third-Party Obligors incurring the Third-Party Obligations under the APA (each term as defined in the First Addendum), and, therefore, the First Addendum has been rendered moot based on the Third-Party Obligors no longer seeking the relief set forth therein.

**PLEASE TAKE FURTHER NOTICE** that to the extent still required, the Debtors hereby state that they waive the closing condition set forth in Paragraph 1 of the First Addendum.

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] A fully executed version of the First Addendum was filed on October 21, 2025 [Dkt. No. 243].

| | |
|---|---|
| Dated:   October 28, 2025 | Respectfully submitted,<br>**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**<br><br>*/s/ Adam R. Prescott*<br>D. Sam Anderson<br>Adam R. Prescott<br>100 Middle Street<br>PO Box 9729<br>Portland, Maine 04104<br>Telephone: (207) 774-1200<br>Facsimile: (207) 774-1127<br>sanderson@bernsteinshur.com<br>aprescott@bernsteinshur.com<br><br>*Counsel to the Debtors and Debtors in Possession* |