# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 25-20160**<br><br>**(Jointly Administered)** |

### ORDER GRANTING SALE MOTION RELATING TO CERTAIN ASSETS OF COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC. AND ART'S LOBSTER CO., INC.

Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc. and Art's Lobster Co., Inc., the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the Motion for Entry of: (I) Order (A) Approving Bid Procedures, (B) Scheduling Auction and Sale Hearing, (C) Approving Form and Manner of Notice Thereof, (D) Approving Procedures for Assumption and Assignment of Contracts and Leases; and (E) Granting Related Relief; and (II) Order (A) Approving Sale of Substantially All Assets Free and Clear; (B) Authorizing Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Dkt. No. 112] (the "**Sale Motion**")[2] and the notice relating to the Sale Motion [Dkt. No. 255] (the "**Sale Notice**"). At the hearing on the Sale Motion (the "**Sale Hearing**"), counsel for the Debtors and/or counsel for Aquashell USA, LLC, an Indiana limited liability company (together with any assignee, as permitted by the APA, referred to herein collectively as the "**Purchaser**") made offers of proof as

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

[2] Capitalized terms used, but not defined in this Sale Order, shall have the meanings ascribed to such terms in the APA as defined herein.

to the fact that Purchaser is a good faith purchaser for value. No party objected to the Sale Transactions. This Court being fully advised and having determined that the legal and factual bases set forth in the Sale Motion and at the Sale Hearing establish just cause for the relief herein granted,

**IT IS HEREBY FOUND AND DETERMINED THAT:**

A.      This Court has jurisdiction over the Sale Motion pursuant to 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue of the above-captioned jointly administered cases and the Sale Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

B.      The statutory predicates for the relief sought in the Sale Motion are §§ 105(a), 363 and 365 of title 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**"), Rules 2002, 6004, 6006, 9013 and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and the applicable local rules of procedure of this Court (the "**Local Rules**").

C.      Proper, timely, adequate and sufficient notice of: (i) the Sale Motion; (ii) the Sale Hearing; (iii) the transactions described in the Asset Purchase Agreement attached hereto as **Exhibit A** and incorporated herein by reference (the "**APA**" and the transactions arising out of the APA, the "**Sale Transactions**"); and (iv) the assumption and assignment of executory contracts and leases (the "**Assumed Contracts**") has been provided in accordance with the Bankruptcy Code, Bankruptcy Rules, and Local Rules. Such notice was good, sufficient, and appropriate under the particular circumstances of these chapter 11 cases, and no other or further notice of the Sale Motion, the Sale Hearing, the Sale Transactions, or matters relating to the Assumed Contracts is or shall be required.

D.      As demonstrated by: (i) the testimony and other evidence proffered or adduced at the Sale Hearing; and (ii) the representations of counsel made on the record at the Sale Hearing, the Debtors have marketed the assets being sold pursuant to the APA (the "**Assets**") and conducted the sale process in compliance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, as well as in accordance with the bid procedures (the "**Bid Procedures**") set forth in this Court's Order granting the bid procedures motion filed by the Debtors [Dkt. No. 164], the same was modified by subsequent orders of this Court.

E.      No consents or approvals, other than those provided for in the APA, are required for the Debtors to consummate the Sale Transactions described in the APA.

F.      The Debtors have demonstrated both: (i) good, sufficient, and sound business purposes and justifications for the Sale Transactions; and (ii) compelling circumstances for the Sale Transactions pursuant to § 363(b) of the Bankruptcy Code prior to, and outside of, a confirmed chapter 11 plan.

G.      A reasonable opportunity to object or be heard with respect to the Sale Motion and the relief requested therein has been afforded to all interested persons and entities.  All objections to the Sale Motion, if any, have either been resolved or overruled.

H.      The APA was negotiated, proposed, and entered into by the Debtors and Purchaser without collusion, in good faith, and from arm's-length bargaining positions.  Neither the Debtors, nor Purchaser, have engaged in any conduct that would cause or permit the APA to be avoided under § 363(n) of the Bankruptcy Code.

I.      Purchaser is a good faith purchaser under § 363(m) of the Bankruptcy Code and, as such, is entitled to all of the protections afforded thereby.  Purchaser will be acting in good faith within the meaning of § 363(m) in closing the Sale Transactions.

J.      The consideration provided by Purchaser for the Assets pursuant to the APA: (i) is fair and reasonable; (ii) is the highest and best offer for the Assets received by the Debtors, as determined in accordance with the Bid Procedures; (iii) will provide a greater recovery for the Debtors' creditors than would be provided by any other practical available alternative; and (iv) constitutes reasonably equivalent value and fair consideration under the Bankruptcy Code and under the laws of the United States and/or the laws of any state of the United States.

K.      The Sale Transactions must be approved and consummated promptly to maximize the value of the Debtors' businesses and the Assets.

L.      The transfer of the Assets to Purchaser will be a legal, valid, and effective transfer, and will vest Purchaser with all right, title, and interest of the Debtors in and to the Assets, free and clear of all liens, claims, encumbrances and interests including, without limitation, any: (i) that purport to give to any party a right or option to effect any forfeiture, modification, right of first refusal, or termination of the Debtors' or Purchaser's interest in the Assets, or any similar rights; and (ii) relating to taxes arising under or out of, in connection with, or in any way relating to the operation of the Debtors' businesses prior to the Closing Date.

M.      Purchaser would not have entered into the APA and would not consummate the Sale Transactions, thus adversely affecting the Debtors and their creditors, if the Sale Transactions were not free and clear of all liens, claims, encumbrances and interests of any kind or nature whatsoever, except those expressly assumed by Purchaser in the APA (the "**Assumed Liabilities**").

N.      The Debtors may sell the Assets free and clear of all liens, claims, encumbrances and interests of any kind or nature whatsoever because, in each case, one or more of the standards set forth in § 363(f)(1)-(5) of the Bankruptcy Code has been satisfied.  Notwithstanding anything

to the contrary in this order or the APA, the Assets, together with funds in the Debtors' accounts, are "**Collateral**" to the extent provided for by the terms of the Final Order: (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; and (III) Granting Related Relief (Dkt. No. 131, as extended by subsequent Orders entered at docket numbers 234 and 257, the "**Cash Collateral Order**") and the proceeds of the Collateral that are subject to (i) the first priority lien of KeyBank, N.A. ("**KeyBank**"); and (ii) the first priority lien of Camden National Bank shall be indefeasibly paid to KeyBank and Camden National Bank, respectively, at the closing of the sale until payment in full of KeyBank's and Camden National Bank's allowed secured claims, as set forth in Paragraph 7, below.

O.      Except for the Assumed Liabilities as defined in § 2.3 of the APA, the transfer of the Assets to Purchaser will not subject Purchaser to any liability whatsoever with respect to the operation of Debtors' businesses or by reason of such transfer under the laws of the United States or any state of the United States, based, in whole or in part, directly or indirectly, in any theory of law or equity, including, without limitation, any theory of equitable law, antitrust or successor or transferee liability.

P.      The only Assumed Contracts to be assigned to the Purchaser are the following real property leases: Sublease Agreement between Portland Fish Exchange and Cozy Harbor Seafood, Inc. dated September 1, 2019.  The Debtors have demonstrated that it is an exercise of their sound business judgment to assign the Assumed Contracts to Purchaser in connection with the consummation of the Sale Transactions, and the assignment of the Assumed Contracts, if any, is in the best interests of the Debtors and their creditors.  The Assumed Contracts being assigned to Purchaser are an integral part of the Assets being purchased by Purchaser and, accordingly, such

assignment of the Assumed Contracts is reasonable, enhances the value of Debtors' estates, and does not constitute unfair discrimination.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

## General Provisions

1.      The Sale Motion is granted, as further described herein.

2.      As noted above, there were no objections to the Sale Motion that were not later withdrawn.

## Compliance with Bid Procedures

3.      The Debtors have complied with the Bid Procedures and conducted the sale process substantially in accordance therewith.

## Approval of the APA

4.      The APA and all of the terms and conditions thereof are hereby approved.

5.      Pursuant to § 363(b) of the Bankruptcy Code, the Debtors are authorized to consummate the Sale Transactions in accordance with the terms and conditions of the APA immediately upon entry of this Sale Order.

6.      The Debtors are authorized to execute and deliver, and are empowered to perform under, consummate and implement the APA, together with all additional instruments and documents that may be reasonably necessary or desirable to implement the APA, and to take all further actions as may be requested by Purchaser for the purpose of assigning, transferring, granting, conveying and conferring to Purchaser, the Assets, or as may be necessary or appropriate to the performance of the obligations as contemplated by the APA.

**Transfer of Assets to Purchaser**

7.     Pursuant to §§ 105(a) and 363(f) of the Bankruptcy Code, the Assets shall be transferred to Purchaser and, upon consummation of the APA (the "**Closing**" and the date of the Closing, the "**Closing Date**"), shall be free and clear of all liens, claims, encumbrances and interests of any kind or nature whatsoever, other than any Assumed Liabilities, with all such interests of any kind or nature whatsoever to attach to the proceeds of the Sale Transactions in the order of their priority, with the same validity, force and effect which they now have against the Assets.  The Debtors are hereby authorized and directed to pay from the proceeds of the sale and from funds in the Debtors' accounts the amounts set forth below:

(a)     **Claim of KeyBank**:

(i)     Principal: $4,916,066.00

(ii)     Interest (through Nov. 8, 2025): $122,484.00

(iii)     Unused exposure on Standby Letter of Credit: $35,395.00[3]

(iv)     Legal fees (Verrill Dana, LLP):[4] $101,200.85.00

(v)     Professional Fees (Scouler, LLC):[5] $125,207.50.00

TOTAL:     $5,300,353.35

---

[3]  KeyBank issued, and the Debtors indemnified KeyBank on, Standby Letter of Credit # S328340 i/f/o the Portland Fish Exchange.  This item will be eliminated from the payoff schedule if the Debtors cause the Portland Fish Exchange to cancel the Letter of Credit before it is drawn.  Alternatively, the Debtors may establish a cash collateral account to secure their obligation to KeyBank if Portland Fish Exchange draws on the letter of credit before it expires on October 14, 2026.

[4] Any objection to this particular component of KeyBank's asserted secured claim must be filed on or before November 14, 2025.  Notwithstanding the opportunity for objection, the Debtors are authorized and directed to pay, at closing, KeyBank's actual fees and expenses through October 29, 2025 (which, as noted above, are $101,200.85).

[5] Any objection to this particular component of KeyBank's asserted secured claim must be filed on or before November 14, 2025.  Notwithstanding the opportunity for objection, the Debtors are authorized and directed to pay, at closing, KeyBank's professional fees and expenses for Scouler, LLC through October 28, 2025 (which, as noted above, are $125,207.50).

    (b)    **Claim of Camden National Bank**:

    (i)    Principal: $331,311.14

    (ii)    Interest: $5,114.62 (through November 7, 2025)

    (iii)    Fees: $10.00

    (iv)    Legal Fees and Costs: $21,031.60[6]

    TOTAL: $357,467.36

8.    Except as expressly permitted or otherwise specifically provided by the APA or this Sale Order, all persons and entities, including, but not limited to, all debt security holders, equity security holders, governmental, tax, and regulatory authorities, lenders, trade and other creditors, holding interests of any kind or nature whatsoever against or in the Debtors or the Assets (whether legal or equitable, secured or unsecured, matured or unmatured, contingent or non-contingent, senior or subordinated), arising under or out of, in connection with, or in any way relating to the Debtors, the Assets, the operation of the Debtors' businesses prior to the Closing Date, or the transfer of the Assets to Purchaser, hereby are forever barred, estopped, and permanently enjoined from asserting claims of any kind or nature against Purchaser, its successors or assigns.

9.    The transfer of the Assets to Purchaser pursuant to the APA constitutes a legal, valid, and effective transfer of the Assets, and shall vest Purchaser with all right, title, and interest of the Debtors in and to the Assets, free and clear of all liens, claims, encumbrances and interests of any kind or nature whatsoever.

---

[6] Any objection to this component of Camden National Bank's asserted secured claim must be filed on or before November 14, 2025. Notwithstanding the opportunity for objection, the Debtors are authorized and directed to pay, at closing, Camden National Bank's legal fees and costs (which, as noted above, are $21,031.60).

## **Assumption and Assignment of Assumed Contracts**

10.     The assumption by the Debtors and the assignment to Purchaser of the Assumed Contracts is hereby authorized.

11.     The Debtors are hereby authorized and directed in accordance with §§ 105(a) and 365 of the Bankruptcy Code (as applicable) to execute and deliver to Purchaser such documents or other instruments as may be necessary to assign and transfer the Assumed Contracts to Purchaser, and to pay any cure costs relating to such Assumed Contracts.

12.     The Assumed Contracts shall be transferred to, and remain in full force and effect for the benefit of, Purchaser, in accordance with their respective terms, notwithstanding any provision in any such Assumed Contract (including those of the type described in §§ 365(b)(2) and (f) of the Bankruptcy Code) that prohibits, restricts, or conditions such assignment or transfer and, pursuant to § 365(k) (as applicable), the Debtors shall be relieved from any further liability with respect to any Assumed Contract after such assignment to Purchaser.

13.     Each non-debtor party to any Assumed Contract hereby is forever barred, estopped, and permanently enjoined from asserting any claim: (a) against any of the Debtors or Purchaser for any default existing as of the Closing Date, whether declared or undeclared or known or unknown; or (b) against Purchaser, any counterclaim, defense, setoff or any other claim asserted or assertable against any of the Debtors.

14.     The failure of the Debtors or Purchaser to enforce at any time one or more terms or conditions of any Assumed Contract shall not be a waiver of such terms or conditions, or of Purchaser's rights to enforce every term and condition of any Assumed Contract.

**Additional Provisions**

15.     On the Closing Date, each of the Debtors' creditors is authorized and directed to execute such documents and take all other actions as may be necessary to release its interest in any of the Assets, if any, as such interests may have been recorded or may otherwise exist.

16.     This Sale Order shall be: (a) effective as a determination that, on the Closing Date, all interests and title of any kind or nature whatsoever of the Debtors in the Assets prior to the Closing, have been unconditionally released and conveyed to Purchaser and that the conveyances described herein have been effected; and (b) binding upon and shall govern the acts of all entities, including, without limitation, all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, registrars of deeds, administrative agencies, governmental departments, secretaries of state, federal, state, and local officials, and all other persons and entities who may be required by operation of law, the duties of their office, or contract, to accept, file, register or otherwise record or release any documents or instruments, or who may be required to report or insure any title or state of title in or to any of the Assets.

17.     Each and every federal, state, and local governmental agency or department is hereby directed to accept any and all documents and instruments necessary and appropriate to consummate the Sale Transactions.  To the fullest extent permitted by applicable law, the transfers made pursuant to the APA and this Order shall not be taxed under, and shall be exempt from, any law imposing a stamp, sale, transfer, recording or other similar tax imposed by any governmental entity.

18.     If any person or entity that has filed financing statements, mortgages, mechanic's liens, lis pendens, or other documents or agreements evidencing interests with respect to the Debtors or the Assets shall not have delivered to the Debtors prior to the Closing Date, in proper form for filing and executed by the appropriate parties, termination statements, instruments of

satisfaction, releases of all interests which the person or entity has with respect to Assets, then the

Debtors are hereby authorized to execute and file such statements, instruments, releases and other

documents on behalf of the person or entity with respect to the Assets; provided, however, that

regardless of whether such persons or entities or the Debtors execute and file any such releases,

Purchaser is hereby authorized to file, register, or otherwise record a certified copy of this Sale

Order, which, once filed, registered, or otherwise recorded, shall constitute conclusive evidence of

the release of all interests in the Assets of any kind or nature whatsoever.

19.     All entities that are presently, or on the Closing Date may be, in possession of some

or all of the Assets are hereby directed to surrender possession of the Assets to Purchaser on the

Closing Date.

20.     Except for the Assumed Liabilities, Purchaser shall have no liability or

responsibility for any liability or other obligation of the Debtors arising under or relating to the

Assets.  Without limiting the generality of the foregoing, and except as otherwise specifically

provided herein and in the APA, Purchaser shall not be liable for any cure costs or claims against

the Debtors or any of their predecessors or affiliates, and Purchaser shall have no successor or

vicarious liabilities of any kind or character, whether known or unknown, as of the Closing Date,

now existing or hereafter arising, whether fixed or contingent, with respect to the Debtors or any

obligations of the Debtors arising prior to the Closing Date, including, but not limited to, liabilities

on account of any taxes arising, accruing, or payable under, out of, in connection with, or in any

way relating to the operation of the Debtors' businesses prior to the Closing Date.

21.     Under no circumstances shall Purchaser be deemed a successor of or to any of the

Debtors. Except for the Assumed Liabilities, the sale, transfer, assignment and delivery of the

Assets shall not be subject to any liens, claims, encumbrances or interests, all of which shall remain

with, and continue to be obligations of, the Debtors.  Except for persons holding Assumed

Liabilities, all persons holding liens, claims, encumbrances or interests against or in the  Debtors

or the Assets of any kind or nature whatsoever shall be, and hereby are, forever barred, estopped,

and permanently enjoined from asserting, prosecuting, or otherwise pursuing such liens, claims,

encumbrances or interests of any kind or nature whatsoever against Purchaser, its property, its

successors and assigns, or the Assets.

22.     This Court retains jurisdiction to enforce and implement the terms and provisions

of the APA, all amendments thereto, any waivers and consents thereunder, and of each of the

agreements executed in connection therewith in all respects, including, but not limited to, retaining

jurisdiction to: (a) compel delivery of the Assets to Purchaser; (b) resolve any disputes arising

under or related to the APA, except as otherwise provided therein; and (c) interpret, implement,

and enforce the provisions of this Sale Order.

23.     Nothing contained in any plan of liquidation confirmed in any of these chapter 11

cases or any order of this Court confirming any such plans shall conflict with or derogate from the

provisions of the APA or the terms of this Sale Order.

24.     The transactions contemplated by the APA are undertaken by Purchaser, as a

purchaser in good faith, as that term is used in § 363(m) of the Bankruptcy Code.

25.     The terms and provisions of the APA and this Sale Order shall be binding in all

respects upon, and shall inure to the benefit of, the Debtors, their estates, and their creditors,

Purchaser, and its respective affiliates, successors and assigns, and shall be binding in all respects

upon any affected third-parties including, but not limited to, all persons asserting interests in the

Assets, notwithstanding any subsequent appointment of any trustee(s) under any chapter of the

Bankruptcy Code, as to which trustee(s) such terms and provisions likewise shall be binding.

12

26.     The failure specifically to include any particular provision of the APA in this Sale Order shall not diminish or impair the effectiveness of such provision, it being the intent of the Court that the APA be authorized and approved in its entirety.

27.     The APA and any related agreements, documents or other instruments may be modified, amended, or supplemented by the parties thereto, in a writing signed by both parties, and in accordance with the terms thereof, without further order of this Court; provided that any such modification, amendment or supplement does not have a materially adverse effect on any of the Debtors' estates.

28.     Notwithstanding Bankruptcy Rules 6004(h) and 6006(d), this Sale Order shall not be automatically stayed, but shall be effective and enforceable immediately upon entry on the docket.

29.     Except as set forth in Paragraph 7 above, the Debtors shall not disburse any proceeds of the Sale Transactions until further order of the Court, entered after notice and opportunity for hearing.  The rights of KeyBank and/or Camden National Bank to seek orders authorizing and directing the disbursement of sale proceeds beyond that set forth in Paragraph 7 above are preserved.

30.     Nothing in this Sale Order grants, or authorizes the grant of, releases of Third-Party Causes of Action (as that term is defined and used in the Debtors' Notice Regarding Mootness and Waiver of First Addendum to Asset Purchase Agreement, Dkt. No. 266).

Dated:  October 31, 2025

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine

## EXHIBIT A

**Asset Purchase Agreement**

## ASSET PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT dated as of October 20, 2025 (the "**Effective Date**"), is by and between: (a) Cozy Harbor Seafood, Inc. ("**Cozy Harbor**"), Casco Bay Lobster Co., Inc. ("**Casco Bay**") and Art's Lobster, Co., Inc. ("**Art's Lobster**" and, together with Cozy Harbor and Casco Bay, the "**Sellers**"); and (b) Aquashell USA, LLC, an Indiana limited liability company, or its assignee ("**Purchaser**" and Purchaser, together with Sellers, the "**Parties**").

## RECITALS

**WHEREAS**, Sellers own certain personal property, hold various permits and licenses, hold certain leasehold interests and are parties to certain executory contracts relating to operating seafood processing businesses in the State of Maine (collectively, the "**Business**"); and

**WHEREAS**, on July 1, 2025, Sellers each filed a voluntary petition for relief commencing a case (the "**Chapter 11 Cases**") under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Maine (the "**Bankruptcy Court**"), under the lead Case No. 25-20160, which Chapter 11 Cases are being jointly administered for procedural purposes only; and

**WHEREAS**, Sellers desire to sell to Purchaser, and Purchaser desires to purchase from Sellers, the Assets,[1] all in the manner and subject to the terms and conditions set forth herein and in the Sale Order.

**NOW THEREFORE**, in consideration of the mutual benefits to be derived from this Agreement and of the representations, warranties, conditions, agreements and promises contained herein and for other good and valuable consideration, the Parties hereby agree as follows:

## ARTICLE I
## DEFINITIONS

1.1     **Definitions**.  As used in this Agreement, the following terms have the following meanings:

"**Agreement**" shall mean this Asset Purchase Agreement, including the Schedules and Exhibits attached hereto.

"**Assets**" shall have the meaning set forth in Section 2.1 of this Agreement.

"**Assumed Contracts**" shall mean any and all executory contracts and/or leases assumed by any of the Sellers and assigned to Purchaser pursuant to the terms of this Agreement and the Sale Order, to include leases and/or subleases (as the case may be) for the existing facilities operated by Sellers, including for the Union Wharf, Portland Fish Pier, Tenants Harbor and St. John Street locations, but subject, in the case of the Tenants Harbor and St. John Street locations,

---

[1] Unless specifically defined when initially used in this Agreement, capitalized terms shall have the meaning ascribed to such terms in Article I of this Agreement.

to Section 8.2(f) of this Agreement and subject, in the case of the Union Wharf location, to Section 8.2(g) of this Agreement.

"**Assumed Liabilities**" shall have the meaning set forth in Section 2.3 of this Agreement.

"**Bankruptcy Code**" shall have the meaning set forth in the above Recitals.

"**Bankruptcy Court**" shall have the meaning set forth in the above Recitals.

"**Business Day**" means any day of the year, other than any Saturday, Sunday or any day on which banks located in Portland, Maine are closed for business.

"**Chapter 11 Cases**" shall have the meaning set forth in the above Recitals.

"**Claims**" shall have the meaning set forth in the Bankruptcy Code and jurisprudence interpreting the Bankruptcy Code and shall include, among other things, any and all claims or rights based on successor, tort and/or products liability.

"**Closing**" shall have the meaning set forth in Section 2.6 of this Agreement.

"**Closing Conditions**" shall mean the conditions to Closing set forth in Article VIII of this Agreement.

"**Closing Date**" shall have the meaning set forth in Section 2.6 of this Agreement.

"**Deposit**" shall have the meaning set forth in Section 2.4(a) of this Agreement.

"**Encumbrance**" means any lien, interest, encumbrance, claim, right, demand, charge, mortgage, deed of trust, option, pledge, security interest or similar interest, title defect, hypothecation, easement, right of way, restrictive covenant, condition, restriction, encroachment, rights of first refusal, preemptive right, judgment, conditional sale or other title retention agreements and other imposition, imperfection or defect of title or restriction on transfer or use of any nature whatsoever, whether secured or unsecured, choate or inchoate, filed or unfiled, scheduled or unscheduled, recorded or unrecorded, contingent or non-contingent, material or non-material, known or unknown.

"**Environmental Laws**" shall mean all applicable Laws relating to pollution or protection of human health or the environment (including, without limitation, ambient air, indoor air, water, surface water, groundwater, wetlands, sediment, land surface, soil or subsurface) or natural resources (including, without limitation, applicable Laws relating to the storage, transfer, transportation, investigation, cleanup, treatment, use of, or release or threatened release into the environment of, any Hazardous Substances).

"**Environmental Liabilities**" shall mean and include any claims, judgments, damages (including, but not limited to, punitive damages, property damage, and/or natural resource damages), losses, penalties, fines, liabilities (including, but not limited to, liabilities for personal or bodily injury), Encumbrances, violations, responsibilities, costs and expenses (including attorneys' fees) of investigation, remediation, cleanup, corrective action, monitoring, or defense

2

of any matter arising (whether at law or in equity) under any Environmental Laws or in any way relating to: (i) the environment (including any surface or subsurface physical medium or natural resource such as air, land, soil, wetlands, sediment, surface waters, ground waters, stream and river and biota); (ii) the use, generation, storage, treatment, disposal, processing, transportation, handling, release, emission or remediation of Hazardous Substances; or (iii) impacts on human health and safety resulting from the foregoing, of whatever kind or nature, including, without limitation, noise and odor, by any party, Government Authority or other entity, whether or not resulting from the violation of, or noncompliance with, Environmental Laws.

"**Escrow Agent**" shall have the meaning set forth in Section 2.4(a) of this Agreement.

"**Excluded Assets**" shall have the meaning set forth in Section 2.2 of this Agreement.

"**Filing Date**" shall mean July 1, 2025, the date the Sellers commenced the Chapter 11 Cases.

"**Final Order**" shall mean an order of the Bankruptcy Court that has not been reversed, vacated or stayed and: (i) as to which the time to appeal, petition for certiorari or move for review or rehearing has expired and as to which no appeal, petition for certiorari or other proceeding for review or rehearing is pending; or (ii) if an appeal, writ of certiorari, reargument or rehearing has been filed or sought, the order has been affirmed by the highest court to which such order was appealed or certiorari has been denied, or reargument or rehearing shall have been denied or resulted in no modification of such order and the time to take any further appeal or to seek certiorari or further reargument or rehearing has expired.

"**Governmental Authorities**" shall mean and include any agency, board, bureau, executive, court, commission, department, tribunal, instrumentality or administration of the United States or any State, and any local or other governmental body in a State.

"**Governmental Permits**" shall mean and include all licenses, permits, approvals, consents, certificates, waivers, exemptions, orders and other authorizations from any and all Governmental Authorities.

"**Hazardous Substance**" means any substance or material defined in or governed by any Environmental Law as a dangerous, toxic or hazardous pollutant, contaminant, chemical, waste, material or substance, and also expressly includes ureaformaldehyde, polychlorinated biphenyls, dioxin, lead, mold, radon, asbestos, asbestos containing materials, nuclear fuel or waste, radioactive materials, explosives, perfluoroalkyl and polyfluoroalkyl substances, their precursors and any transformation, breakdown, co-products, additives or derivative products, carcinogens and oil, petroleum and petroleum products, including, but not limited to, crude oil or any fraction thereof, natural gas, natural gas liquids, gasoline and synthetic gas, or any other waste, material, substance, pollutant or contaminant which would subject the owner or operator of any Assets transferred hereunder to any damages, penalties or liabilities under any applicable Environmental Laws.

"**Intellectual Property**" shall mean all: (i) trademarks (including, without limitation, LOBSTER TONIGHT and LOBSTER TONIGHT (and design)), service marks, trade names, logos and corporate names and registrations and applications for registration, together with all of

the goodwill associated therewith; (ii) registered copyrights; (iii) computer software (other than general commercial software), data, databases and documentation thereof; and (iv) domain names and URLs used by Sellers in the course of their Business.

"**Inventory**" shall mean inventory of commercial seafood products, including ingredients, raw materials, work-in-process and finished goods (the "**Seafood Inventory**") as well as inventory of packaging and packaging supplies (the "**Packaging Inventory**").

"**Laws**" (and each, a "**Law**") means all federal, state, provincial, local or foreign laws, statutes, common law, rules, codes, regulations, restrictions, ordinances, orders, decrees, approvals, directives, judgments, rulings, injunctions, writs and awards of, or issued, promulgated, enforced or entered by, any and all Governmental Authorities, or courts of competent jurisdiction, or other legal requirement or rule of law, including common law.

"**Licenses and Permits**" shall mean those licenses and permits being assigned to Purchaser by Sellers and identified on **Schedule LP** attached hereto.

"**Personal Property**" means any and all tangible and intangible personal property of any kind or nature owned by Sellers, including, without limitation, books and records, equipment, machinery, furniture, boats, spare parts, supplies, accounts receivable, rights to security deposits under leases and subleases, and Intellectual Property, but excluding Inventory and Licenses and Permits. A non-exclusive list of certain tangible personal property (including, specifically, equipment and machinery) is set forth on **Schedule PP** attached hereto.

"**Purchase Price**" shall have the meaning set forth in Section 2.5 of this Agreement.

"**Sale Order**" shall mean the order entered by the Bankruptcy Court approving the sale of the Assets pursuant to this Agreement and under the applicable provisions of the Bankruptcy Code, including 11 U.S.C. § 363(b), (f) and (m).

## ARTICLE II
## PURCHASE AND SALE OF ASSETS

2.1      **Purchase and Sale**.  Excepting the Excluded Assets, upon the terms and subject to the conditions set forth herein, on the Closing Date, Sellers shall sell and deliver to Purchaser, and Purchaser shall purchase from Sellers, all of Sellers' rights, title and interests in the Personal Property, Inventory, Assumed Contracts accepted by Purchaser, and the Licenses and Permits (the "**Assets**"), in each case free and clear of any and all Encumbrances, Claims, rights, remedies or interests, except as specifically permitted herein, as approved for sale, transfer and assignment pursuant to the Sale Order.  The Personal Property and Inventory shall be transferred and conveyed to Purchaser pursuant to the terms of a Quitclaim Bill of Sale substantially in the form attached hereto as **Exhibit A**. Rights to the Assumed Contracts and the Licenses and Permits shall be transferred and conveyed to Purchaser pursuant to the terms of an Assignment and Assumption Agreement substantially in the form attached hereto as **Exhibit B**.  **The Assets shall not include the Excluded Assets**.

4

2.2     **Excluded Assets**.  Notwithstanding anything else to the contrary set forth in this Agreement, the Assets shall not include, and Purchaser shall not buy or have any liability or obligation with respect to, any of the following (collectively, the "**Excluded Assets**"):

(a)     Cash of Sellers;

(b)     Any and all causes of action of Sellers, whether known or unknown on the Closing Date, including any and all causes of action arising under chapter 5 of the Bankruptcy Code, but excluding those causes of action relating to Assumed Contracts, which causes of action shall be included in the Assets;

(c)     Except as set forth in Section 9.1(b)(vii) solely with respect to damage or destruction of any Assets occurring after the entry of the Sale Order, Sellers' rights and interests under any insurance policies;

(d)     Any and all: (i) employment, consulting, advisory or service agreements, plans, commitments, arrangements, understandings or other contracts, unless assumed hereunder; (ii) leases or consignment agreements and arrangements, unless assumed hereunder; (iii) employee benefit, deferred compensation and/or severance agreements, plans, commitments, arrangements or understandings including, without limitation, all stock option, stock purchase, bonus, incentive and similar agreements, plans, commitments, arrangements or understandings; (iv) collective bargaining agreements, commitments, arrangements or understandings with employees; and (v) agreements, obligations and liabilities with respect to or relating to any "pension plan" or "welfare plan" (as such terms are defined in ERISA); and

(e)     All utility deposits.

2.3     **Assumption and Assignment of Liabilities**.  Purchaser shall not assume any liabilities or obligations of Sellers, except for those specific liabilities and obligations from and after the Closing as to the Licenses and Permits and the leases and subleases (as applicable) referenced and included in the Assumed Contracts (the "**Assumed Liabilities**"); provided that Purchaser shall not assume any liability or obligations of Sellers in relation to Sellers' noncompliance with the Assumed Contracts or the Licenses and Permits that arose on or prior to the Closing Date (including any applicable cure costs), and/or to the extent provided for by the terms of the Sale Order.

2.4     **Deposit**.

(a)     Prior to the Effective Date, Purchaser has delivered to Monument Title Company ("**Escrow Agent**"), as escrow agent, the sum equal to Two Hundred Eighty Thousand Dollars ($280,000.00) (the "**Deposit**"). The Deposit, which shall not accrue interest, shall be credited as a partial payment of the Purchase Price payable at the Closing. The Deposit shall, at all times prior to its release or return in accordance with the terms of this Agreement, be held by Escrow Agent in escrow and shall only be released in accordance with the terms of this Agreement and that certain Deposit Escrow Agreement by and among Sellers, Purchaser and Escrow Agent executed by such parties as of even date herewith.  Sellers shall be responsible for paying the costs of the Escrow Agent.

(b)     In the event that: (i) the Parties terminate this Agreement pursuant to Section 9.1(a); (ii) Purchaser terminates this Agreement pursuant to Section 9.1(b); or (iii) Sellers terminate this Agreement pursuant to Section 9.1(c)(i), then the Deposit shall be returned immediately and in full to Purchaser.  If this Agreement is terminated by Sellers pursuant to Section 9.1(c)(ii), then the Deposit shall be delivered immediately to Sellers. Delivery of the Deposit to Sellers in accordance with the foregoing sentence shall constitute full compensation of any and all losses and expenses incurred by Sellers, shall constitute liquidated damages, and Sellers will have no right to pursue any other remedies, it being acknowledged that recourse to the Deposit will constitute Sellers' sole and exclusive remedy.

2.5     **Purchase Price**.  The purchase price for the Assets (the "**Purchase Price**") shall consist of **Six Million Five Hundred Four Thousand Nineteen and 00/100 Dollars ($6,504,019.00)** (the "**Base Price**"), subject to adjustment as set forth below, in cash or by means of a completed federal funds wire transfer to an account or accounts designated by Sellers in writing not later than one (1) Business Day prior to the Closing Date, provided that the Purchase Price shall be subject to all prorations and adjustments set forth in this Agreement, including, without limitation, those set forth in Section 8.7.  In addition, it is acknowledged that the Base Price referenced above is based on Purchaser having allocated a value of $2,015,099 to Sellers' accounts receivable, $2,738,920 to Sellers' Inventory and $1,750,000 to the Personal Property of Sellers.  The foregoing value attributable to accounts receivable is based upon the values provided by Sellers to Purchaser as of October 11, 2025, with the accounts receivable as of such date shown on **Schedule AR** attached hereto and the foregoing value attributable to Inventory is based upon the values provided by Sellers to Purchaser as of October 11, 2025, with a summary of Inventory as of such date shown on **Schedule INV** attached hereto.  At or about Closing, the Base Price shall be adjusted from the foregoing values for accounts receivable and Inventory in accordance with the following formula: (i) 90% of the value of the actual accounts receivable not more than 90 days past due as of the Closing and less any setoffs which may be asserted by the account debtor (the "**Valued Receivables**"); and (ii) 85% of the value of the actual Seafood Inventory which is good, usable and saleable, with such Inventory valued at the lower of cost or selling price**.**  For the foregoing purposes, "good, usable and saleable" Seafood Inventory shall consist of all Seafood Inventory, except for such Seafood Inventory whose "best end date" as of the Closing Date does not extend more than twelve (12) months after the Closing Date (such Seafood Inventory which is not considered "good, usable and saleable" referenced herein as the "**Old Inventory**").  The Parties shall cooperate with one another in determining the foregoing values, with Purchaser having the right to inspect and count Inventory prior to Closing to arrive at the adjusted figures, which will result in an adjustment to the Purchase Price, either plus or minus, as the case may be.  Any dispute with respect to the foregoing shall be settled by the Bankruptcy Court. The term "Dollars" or "$" as used in this Agreement refers to United States Dollars.  The Purchase Price shall be allocated to the three (3) separate Sellers premised on the value of the Assets attributable to each of the respective Sellers (the "**Purchase Price Allocation**").   The Purchase Price Allocation is set forth on **Schedule 2.5** hereto.

To the extent that within the ninety (90) day period after the Closing Purchaser collects accounts receivable which are not Valued Receivables, then Purchaser will remit to Sellers 75% of the amounts so collected no later than thirty (30) days after such amounts are collected.  Further, to the extent that Purchaser sells the Old Inventory and collects payment for same from customers

at any time within the six (6) month period after the Closing, then Purchaser will remit to Sellers 75% of the amounts so collected. Purchaser agrees to use diligent efforts to collect the foregoing receivables, but Purchaser is not required to institute litigation to collect such receivables. In addition, Purchaser will use reasonable good faith efforts to sell the Old Inventory, but such efforts will not require Purchaser to prioritize the sales of such Old Inventory over the sale of other Inventory.

2.6     **Closing**.  The closing (the "**Closing**") shall occur at a date and time mutually agreeable between Purchaser and Sellers that is on or before the Outside Closing Date (defined below), provided the Sale Order has been entered by the Bankruptcy Court and becomes a Final Order; provided, however, that Purchaser, in its sole discretion, may elect to close prior to the Sale Order becoming a Final Order.  The Closing shall be an escrow-style closing through the Escrow Agent.  Sellers and Purchaser shall, no later than 5:00 P.M. (Portland, Maine time) on the Business Day immediately preceding Closing, each deliver to the Escrow Agent all documents, agreements, instruments, certificates, payments and other items required to be delivered by such Party in connection with the transactions contemplated by this Agreement to be held in escrow pending consummation of the Closing on the Closing Date (defined below).  Notwithstanding the foregoing, Purchaser shall deliver to Escrow Agent the balance of the Purchase Price no later than 12:00 P.M. (Portland, Maine time) on the date of Closing (the "**Closing Date**").

2.7     **As Is/Where Is**.  Other than with respect to title, Purchaser shall acquire the Assets on an "**AS IS**," "**WHERE IS**" and "**WITH ALL DEFECTS**" basis, without any express or implied warranties of any kind or nature, except as specifically set forth herein, and as approved for sale, transfer and assignment pursuant and subject to the Sale Order.

## ARTICLE III
## REPRESENTATIONS AND WARRANTIES OF SELLERS

As an inducement to Purchaser to enter into this Agreement and to consummate the transactions contemplated hereby, Sellers hereby represent and warrant to Purchaser as follows, conditioned upon and subject to the entry of the Sale Order:

3.1     **Organization and Authority**.  Sellers are duly organized and validly existing under the Laws of the jurisdiction of their organization and, subject to any required approval of the Bankruptcy Court and any required approval of applicable Governmental Authorities listed on **Schedule 3.3** hereto, have the power and authority to enter into the transactions contemplated by this Agreement.

3.2     **Authority and Binding Agreement**.  This Agreement has been duly authorized, executed and delivered by Sellers and, subject to the approval of the Bankruptcy Court, is the valid and binding obligation of Sellers.

3.3     **Consents and Approvals**.  No consent, approval or authorization of, or declaration, filing, or registration with, any Governmental Authorities is required to be made or obtained by Sellers in connection with the execution, delivery and performance of this Agreement and the consummation of the transactions contemplated herein, except for: (a) consents, approvals, or authorizations of, or declarations or filings with, the Bankruptcy Court; (b) the filing of such

7

assignments or other conveyance documents as may be required to transfer Sellers' interests in any Assets, the title to which is governed by filing in the public records; (c) the filing of such documents as may be necessary to reflect the release of any Encumbrances that are a matter of public record; and (d) any consents, approvals, or authorizations of any Governmental Authority, which consents, approvals or authorizations are identified on **Schedule 3.3** hereto.

3.4     **Title to and Condition of Assets**.  Sellers have good title to the Assets and will transfer the Assets free and clear of all liabilities, Encumbrances (including tax liens and environmental liens), Claims, rights and interests of any kind whatsoever, all to the extent provided for by the terms of this Agreement and the Sale Order.  The current liens on the Assets, which will be released as of the Closing by virtue of the Sale Order, are identified on **Schedule 3.4** hereto.

3.5     **Service Contracts**.  There are no service, maintenance, repair, management, leasing, construction, or supply contracts or other contracts (other than the applicable real estate leases and subleases) affecting all or any portion of the Assets which will be binding upon Purchaser after Closing.

3.6     **Compliance with Law**.  Except as set forth in **Schedule 3.6,** Sellers have not received any written notice that the Assets or any portion thereof are in violation of any Environmental Law or any building, health, traffic, environmental, flood control or other applicable Laws of any Governmental Authorities having jurisdiction over the Assets, nor are Sellers aware of any facts which would result in such a violation.

3.7     **Litigation**.  Other than the Sale Order and the transfer and/or issuance of Licenses and Permits required in relation hereto, there is no action, suit, inquiry, proceeding or investigation by or before any court or Governmental Authority pending, or, to the knowledge of Sellers, threatened against Sellers that questions or challenges the validity of this Agreement or in connection with the transactions contemplated thereby.  Other than the Sale Order and the transfer and/or issuance of Licenses and Permits required in relation hereto, as of the date hereof, to Sellers' knowledge, there are no circumstances or facts that would prevent Sellers from engaging in the transactions contemplated in this Agreement.

3.8     **Environmental Matters**.

(a)     Except as disclosed in **Schedule 3.8(a)** hereto, Sellers are in compliance with and have no liability under Environmental Laws and have no Environmental Liabilities.

(b)     Except as disclosed in **Schedule 3.8(b)**, and without limiting the generality of the foregoing, Sellers hold and are in compliance with all permits, licenses and other authorizations that are required pursuant to Environmental Laws, and all such authorizations have been validly issued and are currently in full force and effect.

(c)     Sellers have complied or will have complied by the Closing Date with all applicable consent or notice requirements under Environmental Laws relating to the lawful transfer to Purchaser of such authorizations.  A list of all such authorizations is included in **Schedule 3.8(c)** hereto.

(d)     Except as described in **Schedule 3.8(d)** hereto, there is no civil, administrative, or criminal proceeding pending or, to Sellers' knowledge, threatened against any of the Sellers: (i) under any Environmental Laws; or (ii) to revoke, suspend, adversely modify or terminate any of the Licenses and Permits or declare any of the Licenses and Permits invalid.

## ARTICLE IV
## REPRESENTATIONS AND WARRANTIES OF PURCHASER

Purchaser hereby represents and warrants to Sellers as follows:

4.1     **Organization and Authority**.  Purchaser is duly organized and validly existing under the Laws of the jurisdiction of its organization and has the power and authority and all necessary approvals of all Governmental Authorities to enter into the transactions contemplated by this Agreement.  Purchaser is duly qualified to do business in each jurisdiction where Purchaser does business.

4.2     **Authority and Binding Agreement**.  This Agreement has been duly authorized, executed and delivered by Purchaser and, subject to the approval of the Bankruptcy Court, is the valid and binding obligation of Purchaser.

4.3     **Consents and Approvals**.   No consent, approval or authorization of, or declaration, filing, or registration with, any Governmental Authority is required to be made or obtained by Purchaser in connection with the execution, delivery and performance of this Agreement and the consummation of the transactions contemplated herein, except for: (a) consents, approvals, or authorizations of, or declarations or filings with, the Bankruptcy Court; (b) the filing of such assignments or other conveyance documents as may be required to transfer Sellers' interests in any Assets, the title to which is governed by filing in the public records; (c) consents and approvals necessary to transfer the Licenses and Permits being transferred to Purchaser hereunder; and (d) consents, approvals, authorizations, declarations, filings or registrations which, if not obtained, individually or in the aggregate, would not have a material adverse effect on the transactions contemplated in this Agreement.

4.4     **Litigation**.  There is no action, suit, inquiry, proceeding or investigation by or before any court or Governmental Authority pending, or, to the knowledge of Purchaser, threatened against Purchaser that questions or challenges the validity of this Agreement or in connection with the transactions contemplated thereby.  As of the date hereof, to Purchaser's knowledge, there are no circumstances or facts that would prevent Purchaser from engaging in the transactions contemplated in this Agreement, subject to entry of the Sale Order.

4.5     **WHERE-IS/AS-IS**.  Purchaser acknowledges that Purchaser has not been induced to execute this Agreement by any act, statement or representation of Sellers or their agents, employees or other representatives not expressly set forth in this Agreement.

4.6     **Financing**.  At the Closing, Purchaser shall have sufficient immediately available funds to pay the Purchase Price and all other amounts payable pursuant to this Agreement, the other agreements contemplated herein, and the transactions contemplated herein and thereby.  Upon the consummation of the transactions contemplated herein, Purchaser shall not be insolvent,

be left with unreasonably small capital, or have incurred debts beyond its ability to pay such debts as they mature.

## ARTICLE V
## COVENANTS PRIOR TO AND IN FURTHERANCE OF CLOSING

5.1    **Affirmative and Negative Covenants Pending Closing**.  Except as expressly set forth below, during the period from the date hereof to the Closing Date:

(a)    **Sellers' Covenants**.

(i)    **Affirmative Covenants Pending Closing**.  Sellers covenant and agree that Sellers shall, unless otherwise agreed to in writing by Purchaser:

(1)    **Maintenance**.  Maintain the Assets owned or operated by Sellers consistent with Sellers' standard practice, subject only to ordinary wear and tear, and use its best efforts to maintain its existing relationships with its customers, vendors, employees and contractors.

(2)    **Court Orders**.  Subject to the provisions hereof, in consultation with Purchaser, use Sellers' reasonable best efforts to secure all required approvals from the Bankruptcy Court for the sale of the Assets pursuant to the terms hereof, and shall otherwise use Sellers' best efforts to cause the consummation of the transactions contemplated by this Agreement in accordance with the terms and conditions hereof.

(3)    **Notification of Certain Matters**.  To the extent not prohibited by Law, Sellers shall immediately notify Purchaser of: (i) any material adverse change relating to the Assets or the value or use thereof; (ii) any governmental or third party complaint, investigation or hearing (or communications indicating that any are contemplated); and (iii) any environmental enforcement actions, rulings or orders under any applicable Environmental Laws, including, without limitation, any remediation or clean-up orders, issued with respect to any of the Sellers or the Assets.

(ii)    **Negative Covenants Pending Closing**.  Except as expressly permitted herein, or as required by Law, subject to the limitations of the Bankruptcy Code or as provided for by the terms of any order entered by the Bankruptcy Court, without the consent of Purchaser, Sellers shall not:

(1)    directly or indirectly: (a) sell, assign or create any right, title or interest whatsoever in or to the Assets or any portion thereof other than the sale of Inventory  in the ordinary course of business consistent with past practices, (b) take any action, create, commit, permit to exist or suffer any acts which would cause the creation of any Encumbrance, or (c) enter into any agreement to do any of the foregoing without Purchaser's prior written consent; or

        (2)     abandon or permit to lapse any rights to the Assets, or enter into any settlement regarding the breach or infringement, misappropriation, dilution or other violation of, or challenge the title to, any such Assets.

        (b)    **Purchaser's Covenants**.  Purchaser agrees that it shall use its good faith efforts to take, or cause to be taken, all actions reasonably requested by Sellers to assist in obtaining entry of the Sale Order, such as furnishing affidavits, non-confidential financial information or other documents or information for filing with the Bankruptcy Court.

    5.2    **Consents and Further Actions**.  Subject to the terms and conditions herein provided, Sellers and Purchaser covenant and agree to use their good faith efforts to take, or cause to be taken, all actions, or do, or cause to be done, all things, necessary, proper or advisable under applicable Laws to consummate and make effective the transactions contemplated in this Agreement, including all closing conditions to be satisfied.  This Section 5.2 shall survive until fully performed or until such performance is expressly waived in writing by the other Party.

    5.3    **Tax Cooperation and Exchange of Information**.  Each Party hereto shall provide the other Party with such cooperation and information as may be reasonably requested in filing any tax return, amended tax return, or claim for refund, determining any liabilities for taxes or a right to refund of taxes, or participating in or conducting any audit or other proceeding with respect to taxes relating to the transactions contemplated hereby.  Such cooperation and information shall include providing copies of relevant tax returns or portions thereof, together with accompanying schedules and related work papers and documents relating to rulings or other determinations by taxing authorities.

    5.4    **Public Announcement**.  The Parties shall consult with each other before issuing, and provide each other the opportunity to review and comment upon, any press release or other public statements with respect to this Agreement or the transactions contemplated hereby.  Except as may be required by applicable Law or the Bankruptcy Court, the Parties shall not cause or permit the issuance of any such release or any such public statement without the consent of all of the Parties hereto, which consent shall not be unreasonably withheld or delayed.

**ARTICLE VI**
**RESTRICTIVE COVENANTS APPLICABLE TO MAJORITY OWNERS OF SELLERS**

    6.1    **Confidentiality**.  If the Closing is consummated, the majority owners of Sellers, namely, John Norton and Joseph Donovan (the "**Owners**") shall not, and shall cause their respective affiliates not to, directly or indirectly, for so long as such information no longer constitutes a trade secret under applicable Law, without the prior written consent of Purchaser, disclose to any Person (other than each other and their respective affiliates) any confidential information concerning the Assets or the business conducted by Purchaser; provided, however, that the foregoing restriction shall not apply to any information that (a) is or becomes generally available to, or known by, the public (other than as a result of disclosure in violation of this Section 6.1), (b) is or becomes generally available to the Owners from a source other than Purchaser (provided that such source is not known by the Owners to be bound by a duty of confidentiality with the Purchaser) or (c) the Owners can establish was independently developed by the Owners (other than by or in connection with the Sellers' business prior to the Closing),

11

without use of any confidential information concerning the Assets or the business of the Purchaser.

6.2 **Competition**. For a period of two (2) years after the Closing, the Owners, directly or indirectly, shall not: (a) engage in any "**Competing Business**", which shall mean a business which has as a principal purpose commercial seafood operations for processing and distribution of fresh and frozen seafood, including lobster, cold-water crab, cold-water shrimp and fish fillets, including haddock, cod, flounder and salmon, in the United States, Canada, Mexico, China, Japan and Europe, or (b) invest in, own, manage, operate, finance, control, advise, render services to or guarantee the obligations of any Person engaged in or planning to become engaged in a Competing Business; provided, however, that the Owners may purchase or otherwise acquire up to (but not more than) five percent (5%) of any class of the securities of any Person (but may not otherwise participate in the activities or operations of such Person) if such securities are listed on any national or regional securities exchange or have been registered under Section 12(g) of the Securities Exchange Act of 1934, as amended.

6.3 **Non-Solicitation of Customers, Vendors and Suppliers**. For a period of five (5) years after the Closing, the Owners, directly or indirectly, shall not: (a) cause, induce or encourage any actual, prospective or former customer, vendor, supplier or independent contractor of the Business, or any other Person who has had a business relationship with the Business, to terminate or modify any such Person's relationship with the Business in a manner that is adverse to the Business or to Purchaser following the acquisition of the Assets by Purchaser; and (b) induce, or attempt to induce, any customer, vendor, supplier or independent contractor or other Person transacting business with the Business or Purchaser (including any Person who was a customer, vendor, supplier or independent contractor or other Person transacting business with the Business or Purchaser within the twelve (12) months preceding such inducement or attempted inducement) to reduce or cease doing business with the Business or Purchaser or in any way interfere with the relationship between any such customer, vendor, supplier or independent contractor or business relation, on the one hand, and the Business or Purchaser, on the other hand.

6.4 **Non-Solicitation of Employees**. For a period of five (5) years after the Closing, the Owners, directly or indirectly, shall not: (a) solicit or provide any direct or indirect offer or inducement to any Person who becomes a hired employee of Purchaser on the Closing Date (each such Person a "**Former Seller Employee**") for the purpose of inducing or causing any Former Seller Employee to leave the employment of Purchaser if hired at Closing, and (b) employ or provide any compensation or remuneration of any kind to a Former Seller Employee.

6.5 **Breach by Owners**. If any Owner breaches, or threatens to commit a breach of, any provision of this Article VI, Purchaser will have the right and remedy (a) to have such provision specifically enforced by any court having jurisdiction, it being acknowledged and agreed that any such breach or threatened breach may cause irreparable injury to Purchaser and that money damages may not provide an adequate remedy to Purchaser, and (b) to recover from Owners all monetary damages suffered by Purchaser as a result of any acts or omissions constituting a breach of this Article VI, and each such right and remedy will be independent of the others, severally enforceable and in addition to, and not in lieu of, any other rights and remedies available to Purchaser at Law or in equity.

6.6    **Severability.**   Each Owner acknowledges that the restrictions contained in this Article VI are reasonable and necessary to protect the legitimate interests of Purchaser and constitute a material inducement to Purchaser to enter into and consummate the transactions contemplated hereby.  In the event that any Owner has violated any of the covenants contained in this Article VI, then the Restricted Period with respect to such covenant will automatically be extended by a period of time equal in length to the period during which such violation occurred. In the event that any covenant contained in this Article VI is ever adjudicated to exceed the temporal, geographic or other limitations permitted by applicable Law in any jurisdiction, then any court is expressly empowered and instructed to reform such covenant, and such covenant will be deemed reformed, in such jurisdiction to reflect the maximum temporal, geographic, product or other limitations permitted by applicable Law.  If reformation is not permitted under applicable Law and the court of competent jurisdiction deems any provision in this Article VI to be legally invalid or unenforceable, the court may also sever such provision from this Agreement and allow for the enforcement of the other provisions hereof.  To that end, the Owners acknowledge that the covenants and other provisions contained in this Article VI are severable and distinct covenants and provisions.  For the avoidance of doubt, the invalidity or unenforceability of any such covenant or provision as written will not invalidate or render unenforceable the remaining covenants or provisions of this Article VI, and any such invalidity or unenforceability in any jurisdiction will not invalidate or render unenforceable such covenant or provision in any other jurisdiction.

6.7    **Consideration.**  In consideration for the promises of Owners set forth in this Article VI, at Closing Purchaser will pay the sum of Five Thousand Dollars ($5,000) to each Owner.

### ARTICLE VII
### BANKRUPTCY PROCESS

7.1    **Court Actions**.  Sellers shall comply (or obtain an order from a competent court waiving compliance) with all applicable Laws including, without limitation, requirements under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the local rules of procedure of the Bankruptcy Court.

### ARTICLE VIII
### CONDITIONS PRECEDENT TO CLOSING

8.1    **Conditions to Sellers' Obligation to Close**.  Sellers' obligations to consummate the transactions contemplated by this Agreement are subject to the satisfaction or waiver, at or prior to the Closing Date, of each of the following conditions (any or all of which may be waived in writing by Sellers in whole or in part to the extent permitted by applicable Law):

(a)    **Representations and Warranties; Covenants**.

(i)    Purchaser shall have performed in all material respects all agreements and covenants required hereby to be performed by Purchaser prior to or on the Closing Date, and all representations and warranties of Purchaser contained in this Agreement and any related transaction documents shall have been true and correct in all material respects when made and shall be true and correct in all material respects at and as of the Closing Date, as if such representations and warranties were made at and as of the Closing Date (except for those representations

13

and warranties that, by their terms, apply only as of an earlier date, which will be true and correct as of such date), and Purchaser shall have delivered to Sellers a certificate, dated as of the Closing Date and signed by an authorized representative of Purchaser, to that effect.

(ii)      Purchaser shall have performed, in all material respects, all agreements and covenants required by this Agreement to be performed by it prior to or on the Closing Date, and Sellers shall have received a certificate, dated as of the Closing Date and signed by an authorized representative of Purchaser, to that effect.

(b)      **No Injunction**.  No injunction, stay or restraining order shall be in effect prohibiting the consummation of the transactions contemplated by this Agreement.

(c)      **Sale Order**.  The Bankruptcy Court shall have entered the Sale Order which Sale Order shall authorize the sale of the Assets free and clear of all Claims and Encumbrances (including, without limitation, by specific reference to all filed security interests) and otherwise be in form and substance acceptable to Sellers in its sole discretion, and such Sale Order shall have become a Final Order (except as modified or amended in any immaterial respect or with the consent of Purchaser, which consent may be withheld in its sole discretion for material modifications and amendments).

(d)      **Purchaser's Deliveries**.  Purchaser shall have paid the Purchase Price (and any other amounts due hereunder, if any) and shall have duly executed and delivered to Sellers each of the documents, instruments and agreements required to be delivered pursuant to this Agreement.

(e)      **Governmental Permits**.  All Governmental Permits required to be obtained in connection with the consummation of the transactions contemplated by this Agreement shall have been obtained and be in full force and effect.

8.2      **Conditions to Purchaser's Obligation to Close**.  Purchaser's obligation to consummate the transactions contemplated in this Agreement is subject, at the option of Purchaser, to the satisfaction or waiver, at or prior to the Closing Date, of each of the following conditions (any or all of which may be waived in writing by Purchaser in whole or in part to the extent permitted by applicable Law):

(a)      **Representations and Warranties; Covenants**.

(i)      Sellers shall have performed in all material respects all agreements and covenants required hereby to be performed by Sellers prior to or at the Closing Date, and all representations and warranties of Sellers contained in this Agreement and any related transaction documents shall have been true and correct in all material respects when made and shall be true and correct in all material respects at and as of the Closing Date, as if such representations and warranties were made at and as of the Closing Date (except for those representations and warranties that, by their terms, apply only as of an earlier date, which will be true and correct as of such date), and Sellers shall have delivered to Purchaser a certificate, dated as

14

of the Closing Date and signed by an authorized representative of Sellers, to that effect.

(ii)     Sellers shall have performed, in all material respects, all agreements and covenants required by this Agreement to be performed by Sellers prior to or at the Closing Date, and Sellers shall have delivered to Purchaser a certificate, dated as of the Closing Date and signed by an authorized representative of Sellers, to that effect.

(b)     **Sellers' Deliveries**.  Sellers shall have duly executed and delivered to Purchaser each of the documents, instruments and agreements required to be delivered by Sellers pursuant to this Agreement.

(c)     **Material Adverse Change**.  No material adverse change with respect to the physical condition of the Assets (ordinary wear and tear excepted) or any Law applicable to the Assets or Purchaser's intended use thereof, shall have occurred between the Effective Date and the Closing Date.

(d)     **Sale Order**.  The Bankruptcy Court shall have entered the Sale Order which Sale Order shall authorize the sale of the Assets free and clear of all Claims and Encumbrances (including, without limitation, by specific reference to all filed security interests), and otherwise be in form and substance acceptable to Purchaser in its sole discretion, and the Sale Order shall have become a Final Order (except as modified or amended in any immaterial respect or with the consent of Sellers, which consent may be withheld in its sole discretion for material modifications and amendments).

(e)     **No Injunction or Challenge**.  No injunction, stay or restraining order shall be in effect prohibiting the consummation of the transactions contemplated in this Agreement.  No Law, ordinance or regulation shall have been enacted, and no order, judgment, or decree shall have been enacted or rendered by a Governmental Authority or any other Person (and not subsequently dismissed, settled, withdrawn or terminated, nor shall any petition, complaint, or action have been filed or be pending that seeks such order, judgment or decree) which would prevent the consummation of the transaction at the Closing of, or restrain or invalidate, the transactions contemplated by this Agreement.

(f)     **Affiliate Real Estate**.  Purchaser shall have entered into agreements with the owners of the Tenants Harbor and St. John Street leased locations on the following terms and conditions which shall be applicable as of Closing.  For a period of ninety (90) days after the Closing (the "**Option Period**"), Purchaser will have an option to purchase each location free and clear of all Encumbrances with the conveyance by general warranty deed for a purchase price of $4,250,000 in the case of the St. John Street location and $1,500,000 in the case of the Tenants Harbor location, for a total aggregate purchase price of $5,750,000, with the closing thereof to take place within thirty (30) days after Purchaser has provided written notice of the exercise of such options.  The exercise of such options to purchase will be subject to Purchaser being satisfied with the environmental and structural condition of the location and improvements on the premises, an ALTA survey and policies of title insurance with such endorsements as Purchaser may require.  At the

15

Closing, the existing leases for the Tenants Harbor and St. John Street locations will be amended to provide for an extension of the terms of such leases to 2032, at initial rental rates of $24,800 per month for St. John Street and $8,600 per month for Tenants Harbor, with Purchaser having the option to extend such leases for two additional 5-year terms. The rental rates will increase by 3% annually.  Such leases will constitute triple net leases. If Purchaser does not provide notice of its election to purchase such properties from their owners on or before the last day of the Option Period, such leases will remain in effect and Purchaser will continue its tenancies thereunder on the foregoing terms.  During the Option Period, the owners may continue to market the locations for sale to prospective buyers, but the owners may not enter into any agreements or understandings which could affect or impair the option referenced herein.

(g)      **Union Wharf Real Estate**.  Purchaser shall have entered into a sublease for the Union Wharf location with the consent of the ultimate landlord thereof for the leasing of such location on a triple net basis for an initial term expiring on May 31, 2030, with Purchaser having the option to extend such lease for two additional 5-year terms, with an initial rental rate until May 31, 2026 of $15,153.66 per month (plus the $400 per month water discharge fee charged by the City of Portland), with such rent increasing thereafter by 3% annually.

(h)      **Employment or Service Agreements with Owners; Other Employees**. Purchaser will have offered to the Owners the opportunity to enter into employment or consulting arrangements.   In addition, Purchaser's anticipates hiring other existing employees of Sellers to enable Purchaser to continue operations after Closing in the ordinary course.

8.3      **Access to Information**.

(a)      Sellers agree that, between the date this Agreement is executed and the earlier of the Closing Date and the date on which this Agreement is terminated in accordance with Section 9.1, Purchaser shall be entitled, through its representatives, to have such reasonable access to and make such reasonable investigation and examination of the books and records, assets, accountants, auditors, counsel and operations of Sellers as Purchaser may reasonably request, provided, however, that Sellers shall not be obligated to provide information that they are not permitted to provide under applicable Law.  Any such investigations and examinations shall be conducted during regular business hours upon reasonable advance notice and under reasonable circumstances, including Sellers' right to have its representatives accompany Purchaser and its representatives at the time of any on-site inspection or examination and shall be subject to restrictions under applicable Law.  Pursuant to this Section 8.3, Sellers shall furnish to Purchaser and its representatives such financial and operating data and other information as such persons reasonably request. Sellers shall use commercially reasonable efforts to cause their representatives to reasonably cooperate with Purchaser and Purchaser's representatives in connection with such investigations and examinations.  Purchaser and its representatives shall be permitted to contact, or engage in discussions or otherwise communicate with Sellers' landlords, clients, suppliers and other Persons with which Sellers have material commercial dealings, provided, that Purchaser must obtain the prior written consent of Sellers, which written

consent shall not be unreasonably withheld or delayed, to initiate such communications and give Sellers the opportunity to be present therefor.

(b)     No information received pursuant to an investigation made under this Section 8.3 shall be deemed to: (i) qualify, modify, amend or otherwise affect any representations, warranties, covenants or other agreements of Sellers or Purchaser set forth in this Agreement or any certificate or other instrument delivered to Purchaser in connection with the transactions contemplated hereby; (ii) limit or restrict the remedies available to the Parties under applicable Law arising out of a breach of this Agreement or otherwise available at Law or in equity; or (iii) limit or restrict the ability of either Party to invoke or rely on the conditions to the obligations of the Parties to consummate the transactions contemplated by this Agreement set forth in this Article VIII.

(c)     From and after the Closing Date, upon reasonable request by Sellers, Purchaser shall provide Sellers with copies of all books and records that comprise or are related to the Assets for the purposes of: (a) preparing any tax returns; (b) enforcing rights or obligations of Sellers under this Agreement; or (c) complying with the requirements of, or responding to inquiries by, any Governmental Authorities; provided, however, that, for the avoidance of doubt, the foregoing shall not require Purchaser to take any such action if: (i) such action may result in a waiver or breach of any attorney/client privilege; (ii) such action could adversely affect Purchaser's business; or (iii) such action could reasonably be expected to result in violation of applicable Law or Order.  Purchaser agrees to maintain the files or records which are contemplated by this Agreement for two (2) years following the Closing Date.

8.4     **Deliveries at Closing**.

(a)     **Deliveries by Sellers**.  Not less than two (2) days prior to the Closing Date, Sellers, at their sole cost and expense, shall deliver or cause to be delivered to Escrow Agent the following documents and instruments, each effective as of the Closing Date and executed by Sellers, in addition to the other items required by this Agreement to be delivered by Sellers:

(i)     A certified copy of the Sale Order;

(ii)     The Quitclaim Bill of Sale substantially in the form attached hereto as **Exhibit A** and the Assignment and Assumption Agreement substantially in the form attached hereto as **Exhibit B**;

(iii)     A written waiver by Sellers releasing any and all claims against Purchaser arising under chapter 5 of the Bankruptcy Code, which written waiver shall be in the form attached hereto as **Exhibit C**;

(iv)     Any applicable local, state or federal transfer tax forms;

(v)     All other documents, closing statements, affidavits, instruments, evidence of authority, and writings required by Sellers pursuant to this Agreement or otherwise reasonably requested by Purchaser to deliver the Assets free and clear

17

of any Encumbrances, Claims, rights or interests, each in form and substance reasonably satisfactory to Purchaser and Sellers;

(vi)      Two (2) originals of the Non-Foreign Affidavit in the form of **Exhibit D** attached hereto, each executed by Sellers;

(vii)      A duly executed counterpart of the settlement statement prepared by Escrow Agent, setting forth the Purchase Price and the apportionments and adjustments required pursuant to this Agreement (the "**Settlement Statement**"); and

(viii)      Bringdown certificates of Sellers executed by a duly authorized officer of Sellers, in a form reasonably satisfactory to Purchaser.

(b)      **Deliveries by Purchaser**.  Not less than two (2) days prior to the Closing Date, Purchaser, at its sole cost and expense, shall deliver or cause to be delivered into escrow the following documents and instruments, each effective as of the Closing Date and executed by Purchaser, in addition to the other items and payments required by this Agreement to be delivered by Purchaser:

(i)      The Purchase Price (and any other amounts due hereunder, if any) less the Deposit, in cash or by means of a completed federal funds wire transfer, provided that notwithstanding the foregoing requirements of Section 8.4(b), Purchaser shall deliver to Escrow Agent the balance of the Purchase Price no later than 12:00 P.M. (Portland, Maine time) on the date of Closing Date, but not prior;

(ii)      A duly executed counterpart of the Settlement Statement; and

(iii)      All other documents, closing statements, affidavits, instruments and writings reasonably required to be delivered by Purchaser or its designee at or prior to the Closing Date pursuant to this Agreement, each in form and substance reasonably satisfactory to Purchaser and Sellers.

8.5      **Possession**.  On the Closing Date, possession of the Assets shall be delivered to Purchaser.

8.6      **Closing Costs**.  Except as hereinafter specifically provided, Sellers and Purchaser shall allocate all closing costs between them in accordance with standard practice in Portland, Maine.  Sellers and Purchaser shall each be responsible for preparing such documents as they are obligated to deliver under this Agreement and for their own legal expenses.  Sellers and Purchaser agree to allocate closing costs as follows:

(a)      All transfer taxes, sales taxes and similar charges, if any, applicable to the transfer of the Assets to Purchaser shall be paid by Sellers (or result in a reduction of the Purchase Price).

(b)      Each of Sellers and Purchaser shall pay their own legal fees.

(c)     Escrow fees shall be paid by Sellers.

(d)     Other costs associated with the Closing and transactions contemplated under the Agreement shall be allocated as provided elsewhere in this Agreement.  Sellers may request that the Bankruptcy Court waive all transfer, sales, stamp and other transfer taxes due and owing as result of transfer of Assets from Sellers to Purchaser.  The Parties agree to be bound by the Bankruptcy Court's ruling on this request.

8.7   **Expenses**.  Except to the extent specifically provided otherwise in this Agreement, taxes, assessments, improvement bonds, utility costs, and other expenses affecting the Assets shall be prorated between Purchaser and Sellers as of the Closing Date to the extent attributable to any period prior to the Closing in a manner consistent with Maine commercial practices.  The terms of this Section 8.7 shall survive Closing.

**ARTICLE IX**
**TERMINATION**

9.1   **Termination**.  This Agreement may be terminated and the transactions contemplated hereby may be abandoned, and there shall thereafter be no liability of any Party to the other Party hereunder, as follows:

(a)     **Mutual Consent**.  Upon the mutual written consent of Sellers and Purchaser.

(b)     **By Purchaser**

(i)     By Purchaser, if any of the conditions in Section 8.2 hereof is not satisfied or expressly waived by Purchaser in writing; or

(ii)     By Purchaser, in the event of a material violation or material breach by Sellers of Sellers' agreements, covenants, representations or warranties contained in this Agreement and, to the extent such breach is reasonably capable of cure within such period, such breach has not been cured by Sellers within ten (10) Business Days after written notification by Purchaser; or

(iii)     by Purchaser, if the Bankruptcy Court enters an order granting stay relief with respect to any material portion of the Assets; or

(iv)     By Purchaser, if the Sale Order, in form and substance acceptable to Purchaser in its sole discretion, is not entered by the Bankruptcy Court on or before October 31, 2025, or if the Sale Order is appealed, reversed, vacated, or stayed; or

(v)     By Purchaser, if the Closing does not occur on or before November 7, 2025 (or on such other extended date upon which the Parties mutually agree in writing) (the "**Outside Closing Date**"); or

19

(vi) By Purchaser if, prior to the Closing, a material amount of the Assets (or any portion material to Purchaser's use thereof) or the real estate to be leased or purchased by Purchaser are destroyed or substantially damaged by fire, explosion, act of God, collapse or other casualty; provided, however, that Purchaser may elect to close and accept the Assets with no reduction in the Purchase Price and, in that event, any insurance proceeds (or proceeds of such condemnation proceeding) subsequently recovered by Sellers or their affiliates on account of such loss shall be transferred to Purchaser; or

(c) **By Sellers**.

(i) By Sellers in the event that a higher or better offer is received and accepted by Sellers, approved by the Bankruptcy Court, and results in the closing of such transaction, in which event this Agreement shall be deemed, without further action, to have been automatically terminated by Sellers on the date of the approval of such sale by the Bankruptcy Court.  In such event, the Deposit shall be returned to Purchaser in accordance with Section 2.4(b) hereof; or

(ii) By Sellers, in the event of a material violation or material breach by Purchaser of its agreements, covenants, representations or warranties contained in this Agreement; provided that such violation or breach shall not have been waived or cured within ten (10) days following receipt by Purchaser of written notice of such breach from Sellers.

(d) **Effect of Termination**.  In the event of valid termination of this Agreement pursuant to this Section 9.1, written notice thereof shall forthwith be given to the other Party, and all further obligations of the Parties hereunder shall immediately and without further action terminate, except that the obligations set forth in Section 5.4 shall survive in full force and effect, as shall any other provisions of this Agreement which are specifically designated to survive termination.

## ARTICLE X
## MISCELLANEOUS

10.1 **Entire Agreement**.  This Agreement, the Schedules, the Exhibits and the Sale Order, together with the non-disclosure agreement previously executed and delivered by Purchaser, contain the entire agreement among the Parties with respect to the transactions contemplated by this Agreement and supersede all prior agreements or understandings among the Parties.

10.2 **Other Governmental Authorities**.  In the event any Party receives notice from any Governmental Authority that other notices, applications, filings or Governmental Permits are required with respect to this Agreement or the transactions contemplated hereby, Purchaser and Sellers shall make such notices, applications or filings and seek such Governmental Permits, unless they decide, in good faith, that such compliance is not necessary.

10.3    **Additional Actions and Documents**.  At and after the Closing, and without further consideration, Purchaser and/or Sellers (as applicable) shall promptly execute and deliver such further instruments of conveyance, assignment and transfer, and take such other actions as any Party may reasonably request in order to convey, assign and transfer to Purchaser all of Sellers' rights, title and interest in and to the Assets, or to clarify, identify or more precisely describe the Assets intended to be conveyed.

10.4    **RESERVED**.

10.5    **Descriptive Headings; Certain Interpretations**.

(a)    Section headings are descriptive and for convenience only and shall not control or affect the meaning or construction of any provision of this Agreement.

(b)    Except as otherwise expressly provided in this Agreement, the following rules of interpretation apply to this Agreement:  (i) the singular includes the plural and the plural includes the singular; (ii) "or" and "either" are not exclusive and "include" and "including" are not limiting; (iii) a reference to any agreement or other contract includes any schedules and exhibits thereto and permitted supplements and amendments thereof; (iv) a reference to a Person includes a natural person or entity and its permitted successors and assigns; and (v) a reference in this Agreement to an Article, Section, Schedule or Exhibit is to the Article, Section, Schedule or Exhibit of this Agreement.

10.6    **Successors and Assigns**.  This Agreement is made solely and specifically by and for the benefit of the Parties, and their respective successors and assigns.  Purchaser shall be entitled to assign its rights hereunder to an affiliate or an entity related to Purchaser; provided, however, that such assignment shall not relieve Purchaser of its obligations hereunder.

10.7    **Notices**.  All notices, requests, and other communications hereunder must be in writing and shall be deemed to have been duly given only if delivered via electronic mail and/or by overnight courier to the Parties at the following addresses and electronic mail addresses below:

If to Sellers, addressed to:

John Norton
Joseph Donovan
75 St. John Street
Portland, Maine 04102
Email: jnorton@cozyharbor.com
Email: joedonovan@cozyharbor.com

With copies (which shall not constitute notice hereunder) to:

D. Sam Anderson, Esq.
Adam Prescott, Esq.
Bernstein Shur

21

100 Middle Street
Portland, ME 04104-5029
(207) 228-7178
Email:  sanderson@bernsteinshur.com
Email:  aprescott@bernsteinshur.com

If to Purchaser, addressed to:

Hal P. Harlan
c/o Harlan Development Company, LLC
7597 E. U.S. Highway 36
Avon, IN  46123
(317) 409-4136
Email:  halpharlan@harlancompanies.com

With a copy to (which shall not constitute notice hereunder to):

Bose McKinney & Evans LLP
Attention: James P. Moloy
11 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5287
Email:  jmoloy@boselaw.com

Bose McKinney & Evans LLP
Attention: Roberts E. Inveiss
11 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5373
Email:  rinveiss@boselaw.com

All such Notices shall be deemed given one (1) Business Day after delivery by overnight courier or by electronic mail.  Any Party from time to time may change its address or other information for the purpose of notices to that Party by giving notice specifying the change to the other Parties.

10.8    **Expenses**.  Except as otherwise expressly provided herein, each Party shall bear its own costs with respect to the drafting and negotiation of this Agreement, any court or regulatory proceedings related thereto, the consummation of the transactions contemplated hereby, and such Party's compliance with all its agreements and conditions contained herein, including, without limitation, all legal and accounting fees and disbursements and all costs of obtaining necessary consents.  The provisions of this Section 10.8 shall survive the Closing or earlier termination of this Agreement.

10.9    **Brokerage Commissions and Fees**.  Purchaser warrants and represents that no brokerage commissions or fees are due any broker as a result of Purchaser's actions in connection with the transactions contemplated by this Agreement and Purchaser agrees that should any claim be made for commissions or fees by any broker engaged by Purchaser against any of the Sellers,

22

Purchaser shall indemnify and hold Sellers harmless from and against any and all such claims in connection therewith. Sellers warrant and represent that, other than brokers retained pursuant to a Bankruptcy Court Order, no brokerage commissions or fees are due to any brokers and Sellers agree that Sellers shall indemnify and hold Purchaser harmless from and against any and all such claims in connection therewith. Notwithstanding anything contained herein to the contrary, the provisions of this Section 10.9 shall survive the Closing or any earlier termination of this Agreement.

10.10 **Waiver**. Any term, provision or condition of this Agreement may be waived, or the time for its performance may be extended, at any time by the Party which is entitled to the benefit thereof. To be effective, each such waiver shall be in writing, shall specifically refer to this Agreement and the term, provision or condition being waived, and shall be executed by an authorized officer of the Party granting such waiver. The failure of any Party hereto to enforce at any time any provision of this Agreement shall not be construed to be a waiver of such provision, nor to affect in any way the validity of this Agreement or any part hereof or the right of any Party thereafter to enforce each and every such provision. No waiver of any breach of this Agreement shall be held to constitute a waiver of any other or subsequent breach. Notwithstanding the foregoing, a waiver hereunder by Sellers of any material term or condition shall not be effective without an order of the Bankruptcy Court in relation to such waiver.

10.11 **Amendment**. This Agreement may be modified or amended only in a writing duly executed by or on behalf of all Parties hereto.

10.12 **Counterparts; Facsimile Signatures**. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. This Agreement may be executed and delivered via PDF.

10.13 **Continuing Jurisdiction**. The Parties agree that the Bankruptcy Court shall retain jurisdiction over the enforcement of this Agreement, including the performance of the obligations and transactions contemplated hereunder.

10.14 **Choice of Law**. This Agreement shall be construed, interpreted and the rights of the Parties determined in accordance with the Laws of the State of Maine, without regard to conflicts of law principles thereof, except with respect to matters of Law concerning the internal corporate affairs of any corporation, company or limited liability company that is a party to or the subject of this Agreement, and as to those matters the Law of the jurisdiction of incorporation or organization of such entity shall govern.

10.15 **No Partnership or Joint Venture**. Nothing contained in this Agreement shall be deemed to create a partnership, joint venture, or any other relationship other than that of a seller and a purchaser between the Parties hereto.

10.16 **No Third-Party Beneficiaries**. Nothing herein expressed or implied is intended or shall be construed to confer upon or give to any Person, other than the Parties hereto and their respective permitted successors and assigns, any rights or remedies under or by reason of this Agreement. It is the explicit intention of the Parties hereto that no person or entity other than the Parties hereto and their successors and permitted assigns is or shall be entitled to bring any action to enforce any provision of this Agreement against any Party hereto, and the assumptions,

indemnities, covenants, undertakings and agreements set forth in this Agreement shall be solely for the benefit of, and shall be enforceable only by, the Parties hereto or their respective successors and permitted assigns.

10.17 **Prevailing Agreement Between the Parties**.  In the event of any conflict between the provisions of this Agreement and the provisions of any other transaction document, other than the Sale Order, the provisions of this Agreement shall prevail in the determination of the respective rights and obligations of the Parties as between themselves.  In the event of any conflict between any provision of this Agreement and the Sale Order, the terms of the Sale Order shall govern.

*[Signature page follows.]*

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be duly authorized, executed and delivered.

COZY HARBOR SEAFOOD, INC.

By:
Name:  John Norton
Title:  President

CASCO BAY LOBSTER CO., INC.

By:
Name:  John Norton
Title:  President

ART'S LOBSTER CO., INC.

By:
Name:  John Norton
Title:  President

AQUASHELL USA, LLC

By:
Name:  Hal P. Harlan
Title:  President

The undersigned execute this Agreement below solely for the purpose of agreeing to the terms of Article VI.

John Norton

Joseph Donovan

**SCHEDULE LP**
**LICENSES AND PERMITS**

**SCHEDULE PP**
**PERSONAL PROPERTY**

**SCHEDULE AR**
**ACCOUNTS RECEIVABLE**

**SCHEDULE INV**
**INVENTORY**

**SCHEDULE 2.5**
**PURCHASE PRICE ALLOCATION**

**SCHEDULE 3.3**
**GOVERNMENTAL AUTHORITIES CONSENTS AND APPROVALS**

**SCHEDULE 3.6**
**COMPLIANCE WITH LAWS**

**SCHEDULE 3.8(A)**
**ENVIRONMENTAL LAWS AND LIABILITIES**

**SCHEDULE 3.8(B)**
**COMPLIANCE WITH ENVIRONMENTAL LAWS**

**SCHEDULE 3.8(C)**
**NOTICE REQUIREMENTS UNDER ENVIRONMENTAL LAWS**

**SCHEDULE 3.8(D)**
**PENDING OR THREATENED CLAIMS RELATING TO ENVIRONMENTAL CLAIMS
AND/OR LICENSING AND PERMITS**

**EXHIBIT A**
**QUITCLAIM BILL OF SALE**

**EXHIBIT B**
**ASSIGNMENT AND ASSUMPTION AGREEMENT**

**EXHIBIT C**
**RELEASE OF CERTAIN CLAIMS**

**EXHIBIT D**
**NON-FOREIGN AFFIDAVIT**

# SCHEDULE LP
# LICENSES AND PERMITS

See attached (to the extent legally assignable)

507582.1



# State of Maine

Department of Agriculture, Conservation & Forestry
Division of Quality Assurance & Regulations
28 State House Station, Augusta, ME 04333-0028
(207) 287-3841

SERIAL NUMBER

167296

| 1-7762 | December 16, 2004 | January 31, 2026 |
|---|---|---|
| LICENSE NUMBER | DATE OF ISSUE | DATE OF EXPIRATION |

*This certifies that*

**Arts Lobsters Inc**

**Arts Lobsters Inc**

**PO Box 242**

**Tenants Harbor, ME 04860-**

**FUEL**

Location:  **Barters Point RD, St George**

*This certificate is valid only between the date issued and expiration date appearing herein. Only the named holder at the location for which issued may use it.*

*The person named herein is authorized to sell or manufacture food products, fuel and/or sell or repair weighing and measuring devices as permitted by law for the listed authorizations.*

*This certificate and/or each type of authorization represented is subject to suspension, revocation or cancellation as authorized by Maine Revised Statutes.*

LICENSE TYPE                    DESCRIPTION OF LICENSE AUTHORIZATIONS                  FEE

| License Type | Authorizations | | Fee |
|---|---|---|---|
| Retail Fuel | Nozzles: 1 | | 20.00 |
| | | | |
| | **TOTAL:** | | 20.00 |



Department of Agriculture, Conservation &
Forestry

*Amanda Beal*

Commissioner

Division of Quality Assurance

*[signature]*

Director

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood Inc.
opened by rinveiss @ 503.576... at 3.31.5...
on Sep 29, 2025 at 3.31.5...
IP: 38.109.176.130



# State of Maine

Department of Agriculture, Conservation & Forestry
Division of Quality Assurance & Regulations
28 State House Station, Augusta, ME 04333-0028
(207) 287-3841

SERIAL NUMBER

164722

| 2-25260 | September 24, 2024 | December 19, 2025 |
|---|---|---|
| LICENSE NUMBER | DATE OF ISSUE | DATE OF EXPIRATION |

This certificate is valid only between the date issued and expiration date appearing herein. Only the named holder at the location for which issued may use it.

*This certifies that*
**Cozy Harbor Fish Pier**
**Cozy Harbor Seafood**
**PO Box 389**

**Portland, ME 04112-**

**COMMERCIAL FOOD PROCESSOR**

Location:    4 Portland Fish Pier, Portland

The person named herein is authorized to sell or manufacture food products, fuel and/or sell or repair weighing and measuring devices as permitted by law for the listed authorizations.

This certificate and/or each type of authorization represented is subject to suspension, revocation or cancellation as authorized by Maine Revised Statutes.

| LICENSE TYPE | DESCRIPTION OF LICENSE AUTHORIZATIONS | FEE |
|---|---|---|

| License Type | Authorizations | Fee |
|---|---|---|
| Commercial Food Processor | Crabmeat | 50.00 |
| | Seafood (raw) | |
| | Seafood (Ready to Eat) | |
| | Vacuum-Packed Products | |
| | | |
| | **TOTAL:** | 50.00 |

Department of Agriculture, Conservation & Forestry

*Amanda Beal*

Commissioner

Division of Quality Assurance

*Celeste Poulin*

Director

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood Inc.
opened by rinveiss@bcsgrlaw.com at 3:52:2
on Sep 29, 2025 at 3:52.2
IP: 38.109.176.130



# State of Maine

Department of Agriculture, Conservation & Forestry
Division of Quality Assurance & Regulations
28 State House Station, Augusta, ME 04333-0028
(207) 287-3841

SERIAL NUMBER

167571

| 2-17327 | December 30, 2024 | February 28, 2026 |
|---|---|---|
| LICENSE NUMBER | DATE OF ISSUE | DATE OF EXPIRATION |

This certificate is valid only between the date issued and expiration date appearing herein. Only the named holder at the location for which issued may use it.

The person named herein is authorized to sell or manufacture food products, fuel and/or sell or repair weighing and measuring devices as permitted by law for the listed authorizations.

This certificate and/or each type of authorization represented is subject to suspension, revocation or cancellation as authorized by Maine Revised Statutes.

*This certifies that*

Cozy Harbor Seafood Inc
Cozy Harbor Seafood Inc
PO Box 389

Portland, ME 04112-

## FOOD STORAGE WAREHOUSE

Location:   35 Union Wharf, Portland

### DESCRIPTION OF LICENSE AUTHORIZATIONS

| LICENSE TYPE | | Authorizations | FEE |
|---|---|---|---|
| **License Type** | | | |
| Food Storage Warehouse | 0 to 10 | Seafood (raw) | 20.00 |
| | | **TOTAL:** | 20.00 |

Department of Agriculture, Conservation &
Forestry

*Amanda Beal*

Commissioner

Division of Quality Assurance



Director

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood Inc.
opened by rinveiss@bernsteinshur.law
on Sep 29, 2025 at 3:32:44
IP: 38.109.176.130



**State** State of Maine Quality Maine's Products

# State of Maine

Department of Agriculture, Conservation & Forestry
Division of Quality Assurance & Regulations
28 State House Station, Augusta, ME 04333-0028
(207) 287-3841

SERIAL NUMBER

167572

| 1-2553 | December 30, 2024 | February 28, 2026 |
|---|---|---|
| LICENSE NUMBER | DATE OF ISSUE | DATE OF EXPIRATION |

*This certifies that*

**Cozy Harbor Seafood Inc**
**Cozy Harbor Seafood Inc**
**PO Box 389**

Portland, ME 04112-

## COMMERCIAL FOOD PROCESSOR

Location:   75 St John ST, Portland

This certificate is valid only between the date issued and expiration date appearing herein. Only the named holder at the location for which issued may use it.

The person named herein is authorized to sell or manufacture food products, fuel and/or sell or repair weighing and measuring devices as permitted by law for the listed authorizations.

This certificate and/or each type of authorization represented is subject to suspension, revocation or cancellation as authorized by Maine Revised Statutes.

DESCRIPTION OF LICENSE AUTHORIZATIONS          FEE

| License Type | Authorizations | Fee |
|---|---|---|
| | | 50.00 |
| Commercial Food Processor | Crabmeat | |
| | Seafood (raw) | |
| | Seafood (Ready to Eat) | |
| | Vacuum-Packed Products | |
| | **TOTAL:** | 50.00 |

LICENSE TYPE

Department of Agriculture, Conservation & Forestry

*Amanda Beal*

Commissioner

Division of Quality Assurance

*Celeste J. Poulin*

Director

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood Inc.
opened by rinveis.sonilaw.com
on Sep 29, 2025 at 3:33:1
IP: 38.109.176.130

**MAINE MARINE LICENSE DEALER—2023**

| Maine Department of Marine Resources License | |
|---|---|

LANDINGS #35558

ISSUED: 4/1/2025

WHOLESALE WITH LOBSTER SUPPLEMENTAL (WLS) #2599-2

EXPIRES: 3/31/2026

PERMITS: HERRING - PBP - RECONSIGNMENT - SHRIMP - LOBSTER BAIT

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

| Name | Address | City | State |
|---|---|---|---|
| Casco Bay Lobster | Pier Line | Long Island | ME |

License must be in possession when engaged in activities covered by this license. By knowing and cooperating with your local Marine Patrol Officer, you can help us protect your industry. Failure to submit to an inspection, or a conviction or adjudication of a violation of a licensed activity may result in loss of license. Making any false statements on the application of this license is punishable under Title 17-A, MRS, Section 453.

**MAINE DEPARTMENT OF MARINE RESOURCES**
21 State House Station
Augusta, ME 04333
Phone: 207-624-6550
www.maine.gov/dmr

Maine Operation Game Thief: Anonymous Reporting Hotline
1-800-ALERT-US (1-800-253-7887)
"Protecting all of Maine's natural resources"

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood Inc.
opened by rinveiss @ boselaw.com
on Sep 29, 2025 at 3:33:52 PM
IP: 38.109.176.130



**MAINE DEPARTMENT OF MARINE RESOURCES**
**21 STATE HOUSE STATION**
**AUGUSTA, ME 04333**

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

**Maine Department of Marine Resources License**

LANDINGS #35558

ISSUED: 4/1/2025

WHOLESALE WITH LOBSTER SUPPLEMENTAL (WLS) #2599-1

EXPIRES: 3/31/2026

PERMITS: HERRING - PBP - RECONSIGNMENT - SHRIMP - LOBSTER BAIT

--------------------------------------------------------------------

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

--------------------------------------------------------------------

| Name | Address | City | State |
|------|---------|------|-------|
| Arts Lobster | 6 Boatyard Road | Tenants Harbor | ME |

License must be in possession when engaged in activities covered by this license.  By knowing and cooperating with your local Marine Patrol Officer, you can help us protect your industry. Failure to submit to an inspection, or a conviction or adjudication of a violation of a licensed activity may result in loss of license. Making any false statements on the application of this license is punishable under Title 17-A, MRS, Section 453.

MAINE DEPARTMENT OF MARINE RESOURCES
21 State House Station
Augusta, ME  04333
Phone:  207-624-6550
www.maine.gov/dmr

Maine Operation Game Thief: Anonymous Reporting Hotline
1-800-ALERT-US (1-800-253-7887)
"Protecting all of Maine's natural resources"

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood Inc
opened by rinveiss @ boselaw.com
on Sep 29, 2025 at 3:34:14 PM
IP: 38.109.176.130



**MAINE DEPARTMENT OF MARINE RESOURCES**
**21 STATE HOUSE STATION**
**AUGUSTA, ME 04333**

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

**Maine Department of Marine Resources License**

LANDINGS
#35558

ISSUED:
4/1/2025

WHOLESALE WITH LOBSTER (WL.) #2599

EXPIRES: 3/31/2026

PERMITS: HERRING - PBP - RECONSIGNMENT - SHRIMP -
LOBSTER BAIT

-----------------------------------------------

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

| Name | Address | City | State |
|------|---------|------|-------|
| Cozy Harbor Seafood | 75 St Johns Street | Portland | ME |

License must be in possession when engaged in activities covered by this license. By knowing and cooperating with your local Marine Patrol Officer, you can help us protect your industry. Failure to submit to an inspection, or a conviction or adjudication of a violation of a licensed activity may result in loss of license. Making any false statements on the application of this license is punishable under Title 17-A, MRS, Section 453.

**MAINE DEPARTMENT OF MARINE RESOURCES**
21 State House Station
Augusta, ME  04333
Phone:  207-624-6550
www.maine.gov/dmr

Maine Operation Game Thief: Anonymous Reporting Hotline
1-800-ALERT-US (1-800-253-7887)
"Protecting all of Maine's natural resources"

Please refer to DMR's Chapter 8 (https://www.maine.gov/dmr/
rules-enforcement/regulations-rules) for reporting requirements
associated with this license.

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood
opened by rinveiss @ bose...
on Sep 29, 2025 at 3:34:42
IP: 38.109.176.130



**MAINE DEPARTMENT OF MARINE RESOURCES**
**21 STATE HOUSE STATION**
**AUGUSTA, ME 04333**

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

**Maine Department of Marine Resources License**

LANDINGS #35558   LOBSTER PROCESSOR (LPL) #76
ISSUED: 4/1/2025    EXPIRES: 3/31/2026

---

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

---

| Name | Address | City | State |
|------|---------|------|-------|
| Cozy Harbor Seafood | 75 St Johns Street | Portland | ME |

License must be in possession when engaged in activities covered by this license.  By knowing and cooperating with your local Marine Patrol Officer, you can help us protect your industry.  Failure to submit to an inspection, or a conviction or adjudication of a violation of a licensed activity may result in loss of license.  Making any false statements on the application of this license is punishable under Title 17-A, MRS, Section 453.

MAINE DEPARTMENT OF MARINE RESOURCES
21 State House Station
Augusta, ME  04333
Phone:  207-624-6550
www.maine.gov/dmr

Maine Operation Game Thief: Anonymous Reporting Hotline
1-800-ALERT-US (1-800-253-7887)
"Protecting all of Maine's natural resources"

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood Inc.
opened by rinveiss @ boselaw.com
on Sep 29, 2025 at 3:35:15 PM
IP: 38.109.176.130



STRICTLY CONFIDENTIAL
Cozy Harbor Seafood Inc.
opened by rinveiss @ boselaw.com
on Sep 29, 2025 at 3:35:15 PM
IP: 38.109.176.130

**MAINE DEPARTMENT OF MARINE RESOURCES**
**21 STATE HOUSE STATION**
**AUGUSTA, ME 04333**

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112



# Portland Water District
### F R O M   S E B A G O   L A K E   T O   C A S C O   B A Y

August 31, 2023

Mr. Joseph Donovan
Cozy Harbor Seafood Inc.
P.O. Box 389 DTS
Portland, ME 04112

Dear Mr. Donovan,

Please find enclosed your renewed Industrial Discharge Permit.  The permit is valid from **September 1, 2023 to August 31, 2026** for the wastewater discharge at **Cozy Harbor Seafood Inc.**, located at 75 St. John Street in Portland.

In preparing this permit we reviewed monitoring data collected over the previous permit term and also considered monitoring data from our treatment facility as well as federal and local discharge limitations. Based on this analysis, we considered whether or not Cozy Harbor requires permit-specific limits, conditions, monitoring or pretreatment requirements for any parameters in order to ensure compliance with the Clean Water Act. Cozy Harbor is responsible for meeting all of the conditions in this discharge permit. This cover letter summarizes some, but not all, of the important aspects of the permit. Please review the permit carefully in its entirety.

Shown below are the parameters that Cozy Harbor St. John Street must monitor for on a regular basis. Please see the Special Conditions Section of this permit for complete sampling and analysis details:

| Discharge Limits | Daily Maximum | Monthly Average Limit | Frequency |
|---|---|---|---|
| Biochemical Oxygen Demand | N/A | Report Only | |
| Total Suspended Solids | N/A | Report Only | |
| Discharge Flow | Report Only in Gallons/Day | | |
| Arsenic | 0.220 mg/L | | Quarterly |
| pH Standard Units, S.U. | <5.0 prohibited >12.5 prohibited | N/A | |
| Caustic Alkalinity* | 1,000 mg/L | | |

*Caustic Alkalinity analysis is required on grab samples with pH > 10.3 S.U.

**Arsenic Limit:**
The discharge limit for Cozy Harbor Seafood (and all other seafood processors in Portland) is 0.220 mg/L.

**Quarterly Monitoring Requirement for BOD and TSS:**
BOD and TSS limits for industries discharging to the East End wastewater treatment facility in Portland are allocated to industries in pounds/day. Historical monitoring data for each industry is reviewed for concentration and loading values for these parameters to assess whether or not monitoring and/or permit limits are necessary. Generally, the higher and more variable the historical values are, and the more they are in excess of de minimus values, the more necessary monitoring and permit limits are.

| Monitoring Date | Flow (MGD) | BOD Concentration (mg/L) | TSS Concentration (mg/L) | BOD Load (lbs/day) | TSS Load (lbs/day) |
|---|---|---|---|---|---|
| 9/29/2020* | 0.04 | 259 | 282 | 90 | 99 |
| 10/12/2020 | 0.03 | 340 | 58 | 98 | 17 |
| 1/14/2021 | 0.04 | 220 | 30 | 74 | 10 |
| 5/26/2021 | 0.02 | 570 | 150 | 114 | 30 |
| 7/12/2021 | 0.06 | 320 | 200 | 148 | 92 |
| 8/31/2021* | 0.05 | 546 | 156 | 235 | 67 |
| 10/13/2021 | 0.05 | 430 | 91 | 190 | 40 |
| 6/2/2022 | 0.06 | 460 | 120 | 221 | 58 |
| 8/16/2022 | 0.07 | 550 | 70 | 312 | 40 |
| 8/23/2022* | 0.05 | 583 | 138 | 265 | 63 |
| 10/18/2022 | 0.05 | 190 | 27 | 75 | 11 |
| 5/30/2023 | 0.04 | 670 | 130 | 205 | 40 |
| 8/1/2023 | 0.03 | 320 | 44 | 88 | 12 |
| Average: | | 420 mg/L | 115 mg/L | 163 lbs/day | 45 lbs/day |
| De Minimis Values: | | 250 mg/L | 300 mg/L | 2275 lbs/day | 1975 lbs/day |

*Note:* *Control Authority Monitoring Events on 9/29/20, 8/31/21, and 8/23/22.

Based on discharge history, PWD has determined that Cozy Harbor St. John Street is a moderate strength BOD discharger and a low strength TSS discharger. Cozy Harbor's average BOD load is less than the de minimis loading value of 2275 lbs/day, but the average BOD concentration is above the de minimis concentration value of 250 mg/L. The average TSS is below both the de minimus loading and concentration values (1975 lbs/day and 300 mg/L, respectively). However, the potential exists for high-strength BOD or TSS discharge due to the nature of shellfish processing wastewater. Because of this, Cozy Harbor is required to continue quarterly monitoring for BOD and TSS (and to report results in pounds/day), however the BOD/TSS monitoring requirement is report-only. There are no discharge limits for these parameters.

The lack of a BOD and TSS discharge limit **does not** relieve Cozy Harbor Seafood from any pretreatment requirements. Cozy Harbor shall continue to operate all existing pretreatment equipment (See Special Conditions Section 7). Any changes to operational procedures or pretreatment equipment must be reported to and approved by the Portland Water District at least 45 days prior to the

implementation of the modifications.  No change to Cozy Harbor's wastewater discharge may be made unless reported to and approved by the Portland Water District (see General Conditions section III).
As a reminder, pounds of a pollutant are calculated using two factors – flow and concentration – and the following formula:

$$\text{Loading (lbs/day)} = \text{Flow (MGD)} \times \text{Concentration (mg/L)} \times 8.34$$

If the BOD/TSS load from the facility increases significantly then permit limits for this facility will be readdressed.

**Flow Monitoring:**
Wastewater flow measurements must be determined in a manner outlined in Cozy Harbor St. John Street's Flow Measurement Proposal dated 9/7/18.  Per the September 2018 Flow Monitoring Proposal Cozy Harbor will take daily water meter readings and calculate discharge flow by taking the difference in the readings of subsequent days.

**Certification Statements:**
Please note that your discharge permit requires all reports to include the following statement, signed by an authorized representative of your company:

*"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted.  Based on my inquiry of the person or persons who manage the system, or those persons responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fines and imprisonment for knowing violations."*

In addition, Cozy Harbor Seafood must certify all flow readings with the following statement:

*"I certify under penalty of law that the wastewater flow reported is consistent with the flow monitoring plan on file with PWD. The flow reflects industrial operating conditions during the entire course of wastewater batch discharge."*

Cozy Harbor is required to abide by the City of Portland's Rules and Regulations for Use of the Sewer System.  You may view these rules by visiting the city website at www.portlandmaine.gov.

Please do not hesitate to contact me at 207-523-5436 or by email at pretreatment@pwd.org with questions or requests for further information.

Sincerely,

Kristen L. Ness

Environmental Compliance Coordinator
Portland Water District

Cc:    Ben Pearson, Compliance Coordinator, City of Portland
       Paul Hunt, Environmental Services Manager, Portland Water District

**Cozy Harbor St John Street**
**Industrial Wastewater Discharge Permit**

**SPECIAL CONDITIONS**

**Effective September 1, 2023 – August 31, 2026**

**Cozy Harbor**
## SPECIAL CONDITIONS

1. PERMITTEE CLASSIFICATION ...................................................................................3-4

2. EVERY OTHER MONTH SELF MONITORING REQUIREMENT........................................4-5

3. REPORTING DUE DATES .........................................................................................5-6

4. SAMPLE LOCATION ................................................................................................ 6

5. NOTIFICATION OF VIOLATIONS ...............................................................................6-7

6. WASTEWATER PRETREATMENT FACILITY .................................................................7-8

7. PERMIT TERMS ACCEPTANCE CLAUSE ..................................................................... 8

8. IMPLEMENTATION SCHEDULE.................................................................................. 8

<u>**SPECIAL CONDITIONS**</u>

2

Discharge Limitations and Monitoring Requirements:
During the period beginning **September 1, 2023** and lasting
through **August 31, 2026** the following discharges are authorized:

# 1. PERMITTEE CLASSIFICATION

The permittee is a SIGNIFICANT industrial user as defined by the
Portland Water District and City of Portland and must comply
with the federal pretreatment standards found in 40 CFR part
403. The permittee shall not discharge any pollutant which
exceeds the limits set forth by the applicable local
pretreatment standard. All local limits apply to Cozy Harbor St.
John Street's discharge. Local limit standards are defined in
the Portland Water District's Rules and Regulations for Use of
the Wastewater System (Section 7.8, Schedule B), as well as in
the City of Portland's Rules and Regulations for Use of the
Sewer System (Section 8, Schedule A).

Historically Cozy Harbor Seafood was considered a CATEGORICAL
industrial user governed by the standard: 40 CFR 408, Canned and
Preserved Seafood Processing, Subpart K: Northern Shrimp
Processing in the Contiguous States. Cozy Harbor did not process
shrimp during the previous permit term and, due to shellfish
harvesting regulations, it is unclear when the next shrimp
harvest will occur. Since the facility does not currently handle
shrimp they are no longer considered categorical. If shrimp
processing resumes during this permit term the categorical
designation will apply again. 40 CFR 408.116 does not promulgate
additional monitoring requirements or numerical limits, so the
impact of resuming shrimp processing would be a change in
permittee classification only. No additional monitoring would be
required as a result of the categorical re-designation.

Shown below are the local limits, permit limits and ordinance
limits for parameters Cozy Harbor St. John Street is required to
monitor for on a regular basis (see Special Conditions Sections
2, 3 and 4). BOD and TSS are report only, with no numerical
limit.

| Discharge Limits | Daily Maximum | Monthly Average Limit |
|---|---|---|
| Biochemical Oxygen Demand (BOD), lbs/day | N/A | Report Only |
| Total Suspended Solids (TSS), lbs/day | N/A | Report Only |
| Discharge Flow, Gallons Per Day, GPD | Report Only | |
| Arsenic, mg/L | 0.220 mg/L | N/A |

| | | |
|---|---|---|
| pH, Standard Units, S.U. | <5.0 prohibited<br><br>>12.5 prohibited<br>(see EPA Hazardous Waste Rules 40 CFR 261.22) | N/A |
| Caustic Alkalinity mg/L | 1,000 | N/A |

*Caustic Alkalinity analysis is required on grab samples with pH > 10.3 S.U.*

## 2. QUARTERLY SELF MONITORING REQUIREMENT

The permittee will provide the Portland Water District with results of the analysis of BOD, TSS, Discharge Flow, Arsenic, pH, and Caustic Alkalinity (as needed, see table below) on a wastewater discharge sample every quarter (see Special Conditions Section 4 for sample location). The wastewater flow for the composite period must be reported with each sampling event to allow calculation of BOD and TSS pollutant loading in pounds/day using the following formula:

**Pollutant Loading (lbs/day) = Concentration (mg/L) * Flow (MGD) * 8.34**

All analyses must be done by a laboratory certified in the State of Maine. A copy of the original lab report and all chain of custody paperwork must be submitted. The parameters must be analyzed according to the following schedule:

| Parameter | Frequency of Monitoring | Sample Type |
|---|---|---|
| BOD, lbs/day | Quarterly | 24-Hour Composite |
| TSS, lbs/day | Quarterly | 24-Hour Composite |
| Flow (GPD) | Quarterly | 24-Hour Composite |
| Arsenic | Quarterly | 24-Hour Composite |
| pH S.U.* | Quarterly | Grab |
| Caustic Alkalinity mg/L | Quarterly (As required) | From pH Grab Sample |
| *pH less than 5.0 standard units is prohibited; any pH result over 10.3 standard units MUST be accompanied by a result for caustic (hydroxide) alkalinity from the same sample. pH above 12.5 standard units is prohibited (see EPA hazardous waste rules at 40 CFR 261.22) | | |

Composite samples may be collected over a time interval shorter than 24-hours but only if the permittee can certify that no process or cleaning activities occurred during the time period not covered by the composite sample. If process discharge does not occur around the clock, the composite sample may be collected over the course of a single daily process discharge. If the composite sample covers less than 24-hours, the permittee must include the following certification statement with the report:

*"I certify under penalty of law that process discharge does not occur around the clock and that the composite sample collected during this sampling event captured an entire day's worth of process discharge (including cleaning and sanitation activities if applicable). There was no discharge to the sewer system during the time period not covered by the composite sample other than domestic waste."*

The following certification statement must be submitted with <u>all</u> monitoring reports and correspondence:

*"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fines and imprisonment for knowing violations."*

The following certification statement must be submitted with all flow monitoring results:

*"I certify under penalty of law that the wastewater flow reported is consistent with the flow monitoring plan on file with PWD. The flow reflects industrial operating conditions during the entire course of the composite sample collection."*

Certification statements must be signed by a responsible company official. The Portland Water District has a list of authorized signers for Cozy Harbor on file. Unsigned reports or those signed by an unauthorized representative will be rejected. See General Conditions Section XVI for more information.

The monitoring reports will be due according to the schedule specified in Special Conditions Section 3.

## 3. REPORTING DUE DATES

The permittee shall submit self-monitoring reports quarterly to the Portland Water District on the due dates specified below for each year covered by the permit. The permit term begins on September 1, 2023 and ends on August 31, 2026. The reporting schedule is as follows:

<u>**Quarterly Self-Monitoring Reports**</u>

| <u>Sample Collection During:</u> | <u>Report Due By:</u> |
|---|---|
| July - September 2023 | October 15, 2023 |
| October - December 2023 | January 15, 2024 |
| January - March 2024 | April 15, 2024 |
| April - June 2024 | July 15, 2024 |

5

| | |
|---|---|
| July – September 2024 | October 15, 2024 |
| October – December 2024 | January 15, 2025 |
| January – March 2025 | April 15, 2025 |
| April – June 2025 | July 15, 2025 |
| July – September 2025 | October 15, 2025 |
| October – December 2025 | January 15, 2026 |
| January – March 2026 | April 15, 2026 |
| April – June 2026 | July 15, 2026 |
| July – September 2026 | October 15, 2026 |

Quarterly reports shall include, at a minimum: a cover letter on company letterhead with authorized signature (see General Condition Section XVI), properly completed DMR form (attached), appropriate certification statements (see Special Condition #2), actual approved and complete laboratory analysis reports from all laboratories involved, and properly completed chain of custody documents.

Copies of actual laboratory analysis data sheets and all chain of custody information must be kept by the permittee for a minimum of 3 years (see General Conditions XVII). Through an initiative to reduce paper storage, PWD encourages the submission of electronic (digital) reports to the email address pretreatment@pwd.org, provided an original document could be obtained as necessary.

All monitoring reports must conform to General Condition Section XIV of this permit.

## 4. SAMPLE LOCATION

Sampling of the wastewater discharge, unless otherwise specified, shall be collected from the manhole located at the end of a small parking area on the side of the building along St. John Street, directly across from Barber Foods.

## 5. NOTIFICATION OF VIOLATIONS

If sampling performed by Cozy Harbor Seafood (or contracted laboratory) indicates a violation, Cozy Harbor must notify the Portland Water District within 24 hours of becoming aware of the violation. The notification shall follow guidelines as described in General Condition XVIII and XX. Following notification of a violation, PWD will issue a Notice of Violation. Cozy Harbor may be required to repeat the sampling and submit the results, and/or provide other response(s) as required by the deadline(s) established by PWD in the Notice of Violation.

Contact information for notification of violations is as follows: By phone at (207)774-5961 or by email at pretreatment@pwd.org. A voice message left at the above number OR an email to the above email address will be considered

6

adequate notification, as long as it is within 24 hours of industry awareness of the violation.  Please follow up all voice messages with an email as well.

PWD will sample the facility discharge at least once per year. If sampling by the Portland Water District indicates a violation, the PWD shall notify the permittee. Resampling by the permittee may be required.

Any violations of this permit may result in enforcement actions as outlined in the Portland Water District Industrial Pretreatment Program Enforcement Response Plan. A copy of the plan is available at PWD's website at https://www.pwd.org/industrial-pretreatment-portland.

## 6. WASTEWATER PRETREATMENT FACILITY

A.   The permittee shall at all times maintain in good working order and operate at maximum efficiency all wastewater treatment and/or control facilities.

*Cozy Harbor St. John Street treats wastewater by passing it through floor drains screened with filter baskets. From the drains all of the wastewater goes to a single point where a rotary screen/screen filtration unit treats the water before it enters an internal sump. This is pumped to the outside sample manhole and into the City sewer collection system. Solids are removed off-site by licensed waste haulers.*

B.   If applicable, the permittee shall collect all waste flows and discharge them into its Wastewater Treatment Facility in such a manner as to maximize removal of pollutants, unless authorization to the contrary is obtained by the Portland Water District.

C.   If accurate flow measurements of discharge are required, the permittee shall install flow-measuring facilities of a design approved by the Portland Water District. Final plans and specifications must be submitted to the Portland Water District and approved prior to the construction of the facility.

*Wastewater flow measurements must be determined in a manner outlined in Cozy Harbor Seafood's Flow Measurement Proposal dated 9/7/18. The proposal is on file with the Portland Water District and is in effect until superseded by another approved proposal from Cozy Harbor. Per the September 2018 proposal, Cozy Harbor is estimating flow by taking daily reads of the incoming plant water meters and calculating the difference between the meter reads on subsequent days.*

7

D.   If applicable, in order to maintain compliance with the
effluent limitations and prohibitions of this permit, the
permittee shall either:

   1.   Provide an alternative power source sufficient to
        operate the waste control facilities; or, if such
        alternative power source is not in existence,

   2.   Halt, reduce, or otherwise control production and/or
        all discharges upon the reduction, loss, or failure of
        the primary source of power to the wastewater control
        facilities.

## 7. PERMIT TERMS ACCEPTANCE CLAUSE

Cozy Harbor shall be deemed to agree to all of the terms of this
permit upon its acceptance of this permit. See General
Conditions Section IV for information concerning the permit
appeals process.

## 8. IMPLEMENTATION SCHEDULE

If installation or substantial modification of pretreatment or
other facilities are required by state or federal laws or by the
Portland Water District, then an implementation schedule for
compliance acceptable to the Portland Water District shall be
developed.

   *No such schedule is required as of the date of this permit.*

8

## PORTLAND WATER DISTRICT DISCHARGE MONITORING REPORT

**Facility or discharge location: COZY HARBOR – St. John Street**

| | |
|---|---|
| Name:              Cozy Harbor Seafood | Expiration Date of Permit:    August 31, 2026 |
| Address:          P.O. Box 389 | Report Due Dates:    1/15, 4/15, 7/15, 10/15 |
| City State/Zip Code: Portland, ME 04112 | Date Sample Taken: |
| Telephone Number:  (207) 879-2665 x 215 | Date Submitted: |

**\*\*MUST INCLUDE FLOW DATA BELOW\*\***

| PARAMETER | | CONCENTRATION | UNITS | FREQUENCY of ANALYSIS | SAMPLE TYPE | COMPLIANCE (Yes/No) | NOTES |
|---|---|---|---|---|---|---|---|
| BOD | Calculated | | lbs/day | | | | Load (lbs/day)= Conc (mg/L) * Flow (MGD) * 8.34 |
| | Permit Condition | Report only | | | | | |
| TSS | Calculated | | lbs/day | | 24 Hr Composite | | |
| | Permit Condition | Report only | | | | | |
| Flow | Reported | | GPD | Quarterly | | | \*\* Must Include Flow Data\*\* Flow (GPD) = HCF * 748 |
| Arsenic | Reported | | mg/L | | | | |
| | Permit Condition | 0.220 | | | | | |
| pH | Reported | | S.U. | | Grab | | *Results over 10.3 must be accompanied by a report of caustic alkalinity. |
| | Permit Condition | 5-10.3* | | | | | |
| Caustic Alkalinity | Reported | | mg/L | As required | FROM pH GRAB ONLY | | |
| | Permit Condition | 1000 | | | | | |

**\*\*A COPY OF THE ORIGINAL LAB ANALYSIS MUST BE INCLUDED WITH THIS REPORT\*\***

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who managed the system, or those persons directly responsible for gathering the information, the information submitted is to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information including the possibility of fines and imprisonment for knowing violations.

I certify under penalty of law that the wastewater flow reported is consistent with the flow monitoring plan on file with PWD. The flow reflects industrial operating conditions during the entire course of wastewater batch discharge.

SIGN HERE: _____         DATE: _____

# General Conditions – Portland
## TABLE OF CONTENTS
### Updated 8/29/18

| SECTION | | PAGE NO. |
|---|---|---|
| I. | DEFINITIONS | 2 |
| II. | DUTY TO COMPLY | 3 |
| III. | FACILITY MODIFICATION | 3 |
| IV. | PERMIT MODIFICATION | 3 |
| V. | STATEMENT OF NON-TRANSFERRABILITY | 3 |
| VI. | RE-APPLICATION | 4 |
| VII. | ACCESSIBILITY | 4 |
| VIII. | OTHER REGULATORY REQUIREMENTS | 4 |
| IX. | SEVERABILITY CLAUSE | 4 |
| X. | RELIEF FROM PENALTIES | 4 |
| XI. | DISCHARGE LIMITATIONS | 4 |
| XII. | PROHIBITED DISCHARGES | 4-5 |
| XIII. | MONITORING AND REPORTING STATEMENT | 6 |
| XIV. | MONITORING/SAMPLING REQUIREMENTS | 6-7 |
| XV. | PRETREATMENT FACILITIES OPERATION | 7 |
| XVI. | SIGNATORY AUTHORIZATION | 7 |
| XVII. | RECORDS RETENTION | 7 |
| XVIII. | NONCOMPLIANCE REQUIREMENTS | 8 |
| XIX. | UNSPECIFIED DISCHARGE | 8 |
| XX. | SPILL NOTIFICATION | 8-9 |
| XXI. | CONFIDENTIALITY | 9 |
| XXII. | PENALTIES FOR VIOLATION | 9 |
| XXIII. | COST REIMBURSEMENT | 9 |

1

I.  **DEFINITIONS**

Unless the context clearly indicates otherwise, the meaning of terms or abbreviations used in this discharge permit shall be as defined in the City of Portland Rules and Regulations for use of the Wastewater System and Section 24 of the City's Code of Ordinances or as defined below.

**FOR THE PURPOSE OF THIS PERMIT, THE FOLLOWING DEFINITIONS SHALL APPLY:**

1. Grab Sample:  An individual sample collected in a period of less than 15 minutes.

2. Composite Sample:  A sample consisting of a minimum of eight grab samples collected at regular intervals over a normal operating day (unless otherwise specified) and combined proportional to flow, or a sample continuously collected proportional to flow over a normal operating day.

3. Daily Maximum:  The maximum value not to be exceeded during any 24 hour period.

4. Daily Average:  The value of a composite sample or the mean value of the analysis of the specified number of samples collected at regular intervals over a normal operating day.

5. Designee:  The person or organization selected to manage and administer the Industrial Pretreatment Program. As of May 1st, 2018, the Portland Water District is the City of Portland's designee.

6. Average:  The arithmetic average.

7. Continuous:  Continuous monitoring of the characteristic in question.

8. 30 Day Average:  Average of all daily values obtained from samples taken within thirty (30) consecutive days.  Also known as monthly average.

9. Caustic Alkalinity:  A specified portion of the total alkalinity; Commonly referred to as hydroxide alkalinity in the literature.

10. Organic Scan:  Testing for all toxic organic compounds listed on the latest EPA priority pollutant list; including pesticides and PCBs.

11. BOD:  5-day biochemical oxygen demand.

12. COD:  Chemical oxygen demand.

13. TSS:  Total suspended solids.

14. Mg/L:  Milligrams per liter.

15. µg/L:  Micrograms per liter.

16. GPM:  Gallons per minute.

17. MGD:  Million gallons per day.

II.  **DUTY TO COMPLY**

    A.  All discharges authorized herein shall comply with the City of Portland Rules and Regulations for use of the Wastewater System and the City of Portland's Sewer Use Ordinance (Section 24 of the City's Code of Ordinances) and with the terms and conditions of this permit.  The discharge of any pollutant more frequently than, or at a level in excess of, that identified and authorized by this permit, the Sewer Use Ordinance and the Rules and Regulations for use of the Wastewater System shall constitute a violation of the terms and conditions of this permit.  Such a violation may result in the imposition of penalties as provided for in the City of Portland Sewer Use Ordinance and the Rules and Regulations for use of the Wastewater System, and/or Federal Clean Water Act (PL 92-500 and its amendments).

    B.  In addition, all permittees must comply with "CMR Chapter 528 Pretreatment Program" and the Federal Pretreatment standards found in Title 40 of the Code of Federal Regulations, Part 403 (typically referred to as 40 CFR Part 403).  If the permittee is defined as a Categorical user, they must also comply with the applicable Federal Categorical Pretreatment standards.

III.  **FACILITY MODIFICATION**

Modifications, additions, expansions and/or closures that cause a substantial change in the volume and/or character of wastewater discharged to the treatment works must be reported to the City of Portland and its designee, in writing, *at least forty-five (45) days prior to the proposed modification*.  This permit may then be modified or reissued to reflect such changes.  No change in the permittee's discharge may be made unless reported to and approved by the City of Portland and its designee.  In no case shall new connections, increased flows, or significant changes in effluent quantity and/or quality be permitted if such will cause violation of the effluent limits specified herein.

IV.  **PERMIT MODIFICATION**

    A.  After notice and opportunity for a hearing as provided by Section 24-57 of the City's Code of Ordinances and/or Section 5.3 of the City of Portland Rules and Regulations for use of the Wastewater System, this permit may be modified, suspended, or revoked in whole or in part during its term for causes including the following:

        1.  Violation of any terms or conditions of this permit.
        2.  Obtaining a permit by misrepresentation or failure to disclose fully all relevant facts.
        3.  A change in conditions or the existence of a condition which requires either a temporary or permanent reduction or elimination of the authorized discharge.
        4.  Promulgation of a more stringent pretreatment standard by State or Federal agencies having jurisdiction over receiving waters.  Permits modified under this section may include implementation schedules, self-monitoring requirements, revised effluent limitations and other provisions necessary to assure compliance.

    B.  Revisions - The City of Portland or its designee reserves the right to make appropriate revisions to this permit in order to establish any appropriate effluent limitations, schedule or compliance, or other provisions which may be authorized under Federal, State or City acts in order to bring all such discharges into compliance with these acts.

V.  **STATEMENT OF NON-TRANSFERABILITY**

This permit may not be transferred to the permittee's successor or assigns.  In the event of any change in control or ownership of the facility which is the source of the permitted discharge, the new owner shall be required to apply for a new permit for the discharge *at least sixty (60) days prior to the transfer*.  This permit, upon such transfer, shall be void.

3

VI.   **RE-APPLICATION**

If the permittee desires to continue to discharge after the expiration of this permit, it shall reapply on the application forms then in use *at least sixty (60) days before this permit expires.  Under no circumstances shall the permittee continue to discharge after the expiration of the permit.*

VII.   **ACCESSIBILITY**

The permittee shall permit the City of Portland or its designee and/or other duly authorized Department of Public Works or Portland Water District personnel upon the presentation of proper credentials:

1. To have access to all points of user's facility and grounds;
2. To have access to and copy any records required to be kept under the terms and conditions of this permit;
3. To inspect any monitoring equipment or monitoring method required by this permit; or,
4. To measure and/or sample any intake, wastewater facility, or effluent so covered under the terms and conditions of this permit.

VIII.   **OTHER REGULATORY REQUIREMENTS**

This permit does not preclude obtaining any other required Federal, State, or Local permits.

IX.   **SEVERABILITY CLAUSE**

The provisions of this permit are severable, and the validity of any condition or subdivision thereof shall not make void any other condition or subdivision thereof.

X.   **RELIEF FROM PENALTIES**

Nothing in this permit shall be construed to relieve the permittee from civil or criminal penalties for noncompliance, whether or not noncompliance is due to accident, equipment breakdown, labor dispute, or natural disasters.

XI.   **DISCHARGE LIMITATIONS**

A. The discharge from Categorical users must conform to the limitations established by the applicable Federal Categorical Pretreatment standard(s); except as may be otherwise authorized or limited by this permit.  See "Special Conditions, Section 1" for details.

B. The permittee is authorized to discharge wastewater whose effluent characteristics shall not exceed the values listed in Section 24-47 of the City's Sewer Use Ordinance and / or Schedule "A" of the City of Portland Rules and Regulations for use of the Wastewater System as may be specified herein.

C. All limitations are conditional and may be revised should the concentrations prove detrimental to the proper operation and maintenance of the Treatment Facilities.  Upon notification to reduce the specified concentrations, the permittee shall be responsible for all costs incurred at the Treatment Facilities, resulting from excessive discharge concentrations.

XII.   **PROHIBITED DISCHARGES**

A. The permittee shall not discharge any prohibited waste identified in section 24-47(a) of the City's Sewer Use Ordinance and / or Section 2.2 of the City of Portland Rules and Regulations for use of the Wastewater System.

4

B. Slug discharges are prohibited. A slug discharge is defined as any discharge of a non-routine, episodic nature, including, but not limited, to an accidental spill or a non-customary batch discharge. For the purpose of this permit, any discharge of wastewaters whose characteristics are identified in Section 24-47 (a) of the City's Code of Ordinances and / or Section 2.2 of the City of Portland Rules and Regulations for use of the Wastewater System shall be considered a slug discharge and require immediate notification to the City of Portland or its designee. (See Section XVIII for notification requirements.)

C. General Prohibitions:
An Industrial User may not introduce into the Publicly Owned Treatment Works (POTW) any pollutants which cause Pass Through or Interference.

1. Pass Through is defined as a discharge which exits the POTW into waters of the United States in quantities or concentrations which, alone or in conjunction with a discharge or discharges from other sources, is a cause of a violation of any requirement of the National Pollutant Discharge Elimination System (NPDES) permit (including an increase in the magnitude or duration of a violation).

2. Interference is defined as a discharge which, alone or in conjunction with a discharge or discharges from other sources, both:

   (a) Inhibits or disrupts the POTW treatment processes or operations, or its sludge processes, use, or disposal; and

   (b) therefore is a cause of a violation of any requirement of the POTW NPDES permit (including an increase in the magnitude or duration of a violation) or of the prevention of sewage sludge use or disposal in compliance with the following statutory provisions and regulations or permits issued thereunder (or more stringent state or local regulations): Section 405 of the Clean Water Act, The Solid Waste Disposal Act (SWDA) (including Title II, more commonly referred to as the Resource Conservation and Recovery Act (RCRA), and including State regulations contained in any State sludge management plan prepared pursuant to subtitle D of the SWDA), the Clean Air Act, the Toxic Substances Control Act, and the Marine Protection, Research and Sanctuaries Act.

D. Specific Prohibitions:
In addition, the following pollutants shall not be introduced into the POTW:

(1) Pollutants which create a fire or explosion hazard in the POTW, including, but not limited to, waste streams with a closed cup flashpoint of less than 140 degrees Fahrenheit or 60 degrees Centigrade using the test methods specified in 40 CFR 261.21.

(2) Pollutants which will cause corrosive structural damage to the POTW, but in no case discharges with pH lower than 5.0 standard units or equal to or greater than 12.5 standard units;

(3) Solid or viscous pollutants in amounts which will cause obstruction to the flow in the POTW resulting in Interference;

(4) Any pollutant, including oxygen demanding pollutants (BOD, etc.) released in a Discharge at a flow rate and/or pollutant concentration which will cause Interference with the POTW.

(5) Wastewater having a temperature greater than 140 degrees F (60 degrees C), or which will inhibit biological activity or cause damage in the Facility resulting in interference, but in no case wastewater which causes the temperature at the introduction into the treatment plant to exceed 40 degrees Centigrade (104 degrees Fahrenheit).

(6) Petroleum oil, nonbiodegradable cutting oil, or products of mineral oil origin in amounts that will cause interference or pass through;

(7) Pollutants which result in the presence of toxic gases, vapors, or fumes within the POTW in a quantity that may cause acute worker health and safety problems;

(8) Any trucked or hauled pollutants, except at discharge points designated by the POTW.

Additional discharge prohibitions can be found in Section 2.2 of the Rules and Regulations for Use of the Sewer System.

5

XIII. **MONITORING AND REPORTING STATEMENT**

This permit shall be subject to such monitoring requirements as may be reasonably required by the City of Portland or its designee, including the installation, use, and maintenance of monitoring equipment or methods, including, when appropriate, biological monitoring methods. The permittee shall provide the City of Portland or its designee with periodic monitoring reports as required in the special conditions section of this permit.

XIV. **MONITORING/SAMPLING REQUIREMENTS**

A. At each connection between the permittee's sewer system and the City's collection system, the permittee, if required by the City of Portland or its designee, shall install a flow meter(s), sampling station, or other device(s) that shall measure, sample and record the quantity/quality of wastewater flow from the industry at the times required by the monitoring schedule. All monitoring devices and sampling stations must be approved by the City of Portland or its designee. The permittee shall accept the estimates of quantities of wastewater flow as established by the City of Portland or its designee during all periods in which the meters fail to measure the wastewater flow correctly.

B. The permittee shall calibrate and perform maintenance procedures on all monitoring and analytical instruments at regular intervals to ensure accuracy of measurement.

C. The permittee shall provide the above records and shall demonstrate the accuracy of the monitoring devices upon request of the City of Portland or its designee.

D. Monitoring and sampling shall be conducted as follows:

1. Samples and measurements taken as required herein shall be representative of the typical volume and nature of the monitored discharge.
2. The sampling, preservation, handling and analytical methods used shall conform to the requirements of 40 CFR 136.
3. The results of the above monitoring requirements shall be reported at the frequencies stated in the Special Conditions section of this permit.
4. Any reports or records of monitoring activities and results shall include for all samples:
   (a) The date, exact place, method, and time of sampling and the names of the person or persons taking the samples;
   (b) The dates analyses were performed;
   (c) Who performed the analyses;
   (d) The analytical techniques/methods used, including sampling, handling, and preservation techniques; and
   (e) The results of such analyses.
5. All correspondence regarding monitoring facilities should be directed to:

   **Portland Water District**
   **c/o Pretreatment Program Supervisor**
   **PO Box 3553**
   **Portland, ME 04104**
   **(207) 774-5961**

   **Or preferably by email at <u>pretreatment@pwd.org</u>**

6. Results of any effluent monitoring for any pollutant more frequently than required by this permit shall be submitted to the City of Portland or its designee.

7. Information and data provided to the City of Portland or its designee, unless otherwise specified, shall be available to the public without restriction.

## XV. PRETREATMENT FACILITIES OPERATION

All pretreatment facilities shall be operated in a manner consistent with the City of Portland Sewer Use Ordinance, the Rules and Regulations for use of the Wastewater System and any applicable Federal, State, or local regulations and guidelines. The permittee shall at all times maintain in good working order and operate as efficiently as possible any facilities or systems of control installed or utilized to achieve compliance with the terms and conditions of this permit.

## XVI. SIGNATORY AUTHORIZATION

A. All reports shall be signed:

1. By a responsible corporate officer, if the permittee submitting the reports is a corporation. For the purpose of this paragraph, a responsible corporate officer means

   (i) a president, secretary, treasurer, or vice-president of the corporation in charge of a principal business function, or any other person who performs a similar policy or decision-making function for the corporation, or

   (ii) the manager of one or more manufacturing, production, or operation facilities employing more than 250 persons or having gross annual sales or expenditures exceeding $25 million (in second-quarter 1997 dollars), if authority to sign documents has been assigned or delegated to the manager in accordance with corporate procedures.

2. By a general partner or proprietor if the permittee submitting the reports is a partnership or sole proprietorship respectively.

3. By a duly authorized representative of the individual designated in paragraph 1 or 2 of this section if:

   (i) The authorization is made in writing by the individual described in paragraph 1 or 2;

   (ii) The authorization specifies either an individual or a position having responsibility for the overall operation of the facility from which the Industrial Discharge originates, such as the position of plant manager, operator of a well, or well field superintendent, or a position of equivalent responsibility, or having overall responsibility for environmental matters for the company; and

   (iii) the written authorization is submitted to the City of Portland or its designee.

4. If an authorization under paragraph 3 of this section is no longer accurate because a different individual or position has responsibility for the overall operation of the facility, or overall responsibility for environmental matters for the company, a new authorization satisfying the requirements of paragraph 3 of this section must be submitted to the City of Portland or its designee prior to or together with any reports to be signed by an authorized representative.

B. Approved signatory authorization forms must be on file with the City of Portland or its designee.

## XVII. RECORDS RETENTION

All records and information resulting from any effluent monitoring activities, including all records of analyses performed, and calibration and maintenance of instrumentation and recordings from continuous monitoring and instrumentation shall be retained for a minimum of three (3) years.

7

XVIII.    **NONCOMPLIANCE REQUIREMENTS**

*The permittee shall immediately notify the City of Portland Director of Public Works in care of the Compliance Coordinator, or its designee if they are unable to comply with any of the conditions of this permit.* The telephone number for notification is 774-5961 and the email address is **pretreatment@pwd.org.** Oral notification must be received *within twenty-four (24) hours* of knowledge of the violation. *Within five (5) days* of such noncompliance and oral notification, the permittee shall provide the City of Portland or its designee a detailed written report specifying (at a minimum) the following information:

1.  The nature of the violation;
2.  When and how the permittee became aware of the violation and the cause of noncompliance;
3.  Anticipated time the condition of noncompliance is expected to continue, or if such conditions have been corrected, the duration of the period of noncompliance;
4.  Steps taken by the permittee to reduce and eliminate the noncomplying discharge; and
5.  Steps to be taken by the permittee to prevent recurrence of the condition of noncompliance.

*Failure to make such notification may result in penalties; see Section XXII of this permit.*

XIX.    **UNSPECIFIED DISCHARGE**

Other materials ordinarily produced or used in operation of this facility which have not been specifically identified may be discharged provided

1.  They are not
    (a)  Designated as toxic or hazardous under the provisions of Sections 307 and 311 respectively of the Federal Water Pollution Act, Title 38, Section 420 Maine Revised Statues, or other applicable State Laws; or as identified in Section 24-47 (a) of the City's Code of Ordinances and / or Section 2.2 of the City of Portland Rules and Regulations for Use of the Wastewater System.
    (b)  In violation of Federal standards or requirements.
    (c)  Known to be hazardous or toxic by the permittee.

2.  The discharge of such materials shall not interfere with the operation of the treatment facilities of the City of Portland or their ability to treat such materials to the extent covered by the City's permit to discharge.  (See Section XII for more detail.)

XX.    **SPILL NOTIFICATION**

*The permittee shall immediately notify the City of Portland Director of Public Works in care of the Compliance Coordinator, or its designee* upon the occurrence of an accidental discharge of substances prohibited by Section 24-47 (a) of the City's Code of Ordinances and/or Section 2.2 of the City of Portland Rules and Regulations for use of the Wastewater System or any slug discharges or spills that may enter the public sewer. **The telephone number for notification is 774-5961 and the email address is pretreatment@pwd.org.** *Notification must occur within twenty-four (24) hours of knowledge of the spill.* The notification shall include the location of discharge, volume, and corrective action taken. The permittee's notification of accidental releases in accordance with this section does not relieve it of other reporting requirements that arise under local, State, or Federal Laws, or from liability for costs to the City associated with corrective actions.

*Within five (5) days* following an accidental discharge, the permittee shall submit to the City of Portland or its designee a detailed written report.  The report shall specify:

1.  Description of the upset, slug load or accidental discharge, the cause thereof, and the impact on the permittee's compliance status.  The description should also include location of discharge, type, concentration and volume of waste.

8

2. Duration of noncompliance, including exact dates and time of noncompliance and, if the noncompliance is continuing, the time by which compliance is reasonably expected to occur.
3. All steps taken or to be taken to reduce, eliminate, and/or prevent recurrence of such an upset, slug load, accidental discharge, or other conditions of noncompliance.

*Failure to make such notification may result in penalties; see Section XXII of this permit.*

XXI.    **CONFIDENTIALITY**

Records or information submitted to the City of Portland may be claimed to be confidential by the submitter. All such claims of confidentiality shall be handled in accordance with 40 CFR 403.14, to the extent permitted by Maine law.

XXII.    **PENALTIES FOR VIOLATION**

A. From Section 24-56 of the City's Sewer Use Ordinance and/or Section 5.2 of the City of Portland Rules and Regulations for use of the Wastewater System

"Any person failing to comply with or violating any provision of this article shall be served by the public works authority with written notice stating the nature of the failure or violation and providing a reasonable time limit for the satisfactory correction thereof. Such person shall, within the period of time stated in such notice, permanently cease or correct all such failures or violations. Any person who shall continue any failure or violation beyond the time limit required for compliance in any notice given pursuant to this section shall be guilty of an offense. Any person violating any of the provisions of this article shall be liable to the city and shall be assessed a civil penalty of a minimum of one thousand dollars ($1,000.00) per day for each violation of industrial pretreatment standards and requirements, and in addition, shall be liable for any expense, loss or damage occasioned by the city by reason of such violation. The City may seek injunctive relief for the purposes of enforcing this article."

B. In addition, violations of discharge limits, and/or reporting due dates as established in this permit may cause the permittee to be placed in significant non-compliance with the Portland Water District and City of Portland's Pretreatment Program.

C. At least annually the City of Portland or its designee must provide public notification in the largest daily newspaper of all industrial discharge permittees who were classified as being in significant non-compliance during the previous twelve months. Publication costs to meet this requirement shall be reimbursed to the city as part of the permit issuance fee as provided in Section 24-50 of the City's Sewer Use Ordinance.

XXIII.    **COST REIMBURSEMENT**

The permittee shall reimburse the Portland Water District, the City of Portland and their agents for expenditures incurred for the special handling, monitoring, treatment or disposal of the wastewater from their facility. This includes, but is not limited to, additional costs for maintaining the treatment plant, additional costs for disposal of sewage sludge and costs of additional wastewater monitoring and analyses as long as these costs are attributable to the wastewater discharge of the permittee.

9

**Portland
Water
District**

*From Sebago Lake to Casco Bay*

November 14, 2024

Mr. Roland Jacques
Cozy Harbor – Fish Pier
PO Box 389
Portland, ME  04112

Dear Mr. Jacques,

Please find enclosed your renewed Industrial Discharge Permit. The permit is valid for a period from October 2, 2024 to October 1, 2027 for the discharge at the Cozy Harbor Seafood Inc. located at 4 Portland Fish Pier in Portland.

In preparing this permit, we reviewed monitoring data collected over the previous permit term and also considered the monitoring data from our treatment facility, as well as local and federal discharge limitations. Based on this analysis, we considered whether or not Cozy Harbor – Fish Pier requires permit-specific limits, conditions, monitoring or pretreatment requirements for any parameters in order to ensure compliance with the Clean Water Act. Cozy Harbor – Fish Pier is responsible for meeting all of the conditions in this discharge permit.

Specifics regarding due dates, monitoring and reporting requirements, and certification statements can be found Sections 2, 3, and 4 of the Special Conditions of this permit.

Cozy Harbor – Fish Pier is required to abide by the City of Portland's Rules and Regulations for Use of the Sewer System. You may view these rules by visiting the city website at https://www.portlandmaine.gov/2386/Rules-and-Regulations.

Please do not hesitate to contact me at 207-523-5436 or by email at pretreatment@pwd.org with questions or requests for further information.

Sincerely,

*Kirsten L. Ness*

Kirsten Ness
Environmental Compliance Coordinator
Portland Water District

Cc:    Joseph Donovan, Technical Manager, Cozy Harbor
        Kevin Burnsteel, FSQA Manager, Cozy Harbor
        Paul Hunt, Environmental Manager, Portland Water District
        Ben Pearson, Compliance Coordinator, City of Portland



# CITY OF PORTLAND

## DEPARTMENT OF PUBLIC WORKS

### AUTHORIZATION TO DISCHARGE INDUSTRIAL WASTEWATER TO THE
### CITY OF PORTLAND AND PORTLAND WATER DISTRICT TREATMENT FACILITIES

**Company Name:** Cozy Harbor Seafood, Inc.          **Effective Date:** October 2, 2024

**Mailing Address:** P. O. Box 389                           **Expiration Date:** October 1, 2027

Portland, Maine 04112

Cozy Harbor Seafood is hereby authorized by the City of Portland to discharge wastewater from their 4 Portland Fish Pier Facility into the City of Portland wastewater collection and treatment facilities subject to the general and specific conditions attached hereto, Section 24 of the City's Code of Ordinances and the Rules & Regulations for the Use of the Wastewater System, and applicable Federal and State laws.

**Date:** October 2, 2024                    Approved by: _____

Michael Murray, Director
Department of Public Works

# PORTLAND WATER DISTRICT DISCHARGE MONITORING REPORT

Facility or discharge location: Cozy Harbor – Fish Pier

Address: 4 Portland Fish Pier, Portland, ME 04101



| Date Sample Taken: | | Permit Expiration Date: | October 1, 2027 |
|---|---|---|---|
| Date Submitted: | | Report Due Dates: | 1/15, 4/15, 7/15, 10/15 |

| PARAMETER | | RESULT | UNITS | COMPLIANCE (Yes/No) | SAMPLE TYPE | FREQUENCY of ANALYSIS | NOTES |
|---|---|---|---|---|---|---|---|
| BOD | Calculated | | lbs/day | | | | Load (lbs/day) = Concentration (mg/L) * Flow (MGD) * 8.34 |
| | Permit Condition | Report only | | | | | |
| TSS | Calculated | | lbs/day | | 24 Hour Composite | | |
| | Permit Condition | Report only | | | | | |
| Flow | Reported | | GPD | | | | Flow (GPD) = HCF*748 |
| Arsenic | Reported | | mg/L | | | Quarterly | |
| | Permit Condition | 0.220 | | | | | |
| Total Oil and Grease | Reported | | mg/L | | | | Must be analyzed by EPA Method 1664A or equivalent. |
| | Permit Condition | 500 | | | | | |
| Non-Polar Oil and Grease | Reported | | mg/L | | Grab | | Must be analyzed by EPA Method 1664A or equivalent. Not required if total oil and grease is less than 100 mg/L |
| | Permit Condition | 100 | | | | | |
| pH | Reported | | S.U. | | | | *Results over 10.3 must be accompanied by a report of caustic alkalinity. |
| | Permit Condition | 5.0-10.3* | | | | | |
| Caustic Alkalinity | Reported | | mg/L | | FROM pH GRAB ONLY | As required | |
| | Permit Condition | 1000 | | | | | |

## A COPY OF THE ORIGINAL LAB ANALYSIS MUST BE INCLUDED WITH THIS REPORT

*I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who managed the system, or those persons directly responsible for gathering the information, the information submitted is to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information including the possibility of fines and imprisonment for knowing violations.*

*I certify under penalty of law that the wastewater flow reported is consistent with the flow monitoring plan on file with PWD. The flow reflects industrial operating conditions during the entire course of wastewater batch discharge.*

| SIGN HERE: | | DATE: | |
|---|---|---|---|

## Cozy Harbor - Fish Pier
### Industrial Wastewater Discharge Permit

SPECIAL CONDITIONS

Effective October 2, 2024 – October 1, 2027

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood Inc.
opened by rinveiss @ boselaw.com
on Sep 29, 2025 at 3:37:50 PM
IP: 38.109.176.130

# Cozy Harbor - Fish Pier
## SPECIAL CONDITIONS

1. PERMITTEE CLASSIFICATION .................................................................................... 3

2. QUARTERLY SELF MONITORING REQUIREMENTS ................................................ 4

3. FLOW MONITORING ................................................................................................... 5

4. REPORTING DUE DATES ........................................................................................... 5

5. SAMPLE LOCATION .................................................................................................... 6

6. NOTIFICATION OF VIOLATIONS ................................................................................ 6

7. WASTEWATER PRETREATMENT FACILITY .............................................................. 7

8. PERMIT ACCEPTANCE CLAUSE ............................................................................... 7

9. IMPLEMENTATION SCHEDULE .................................................................................. 7

## SPECIAL CONDITIONS

Discharge Limitations and Monitoring Requirements:
During the period beginning October 2, 2024 and lasting through October 1, 2027 the
following discharges are authorized:

## 1. PERMITTEE CLASSIFICATION

The permittee is a CATEGORICAL industrial user and shall not discharge any pollutant that
exceeds the limits set forth by the applicable federal or local pretreatment standard. Cozy
Harbor Fish Pier is governed by the following categorical standards: 40 CFR 408, Subpart U:
Canned and Preserved Seafood Processing Point Source Category, Non-Alaskan
Conventional Bottom Fishing Processing Subcategory.

The Canned and Preserved Seafood Processing Point Source Category requires analysis of
BOD, TSS, pH, and Oil and Grease. This category does not promulgate any numerical limits
for these parameters.

In addition, the permittee is a SIGNIFICANT industrial user as defined by the Portland Water
District and must comply with the federal pretreatment standards found in 40 CFR 403. The
permittee shall not discharge any pollutant that exceeds the limits set forth by the
applicable local limit standard.  All local limits apply to Cozy Harbor Fish Pier's end of pipe
discharge.

Shown below are the local and ordinance limits for parameters Cozy Harbor Fish Pier is
required to monitor for on a regular basis (see Special Conditions Sections 2, 3 and 4).

| Discharge Limits | Daily Maximum | Monthly Average Limit |
|---|---|---|
| Biochemical Oxygen Demand, lbs/day | N/A | Report Only |
| Total Suspended Solids, lbs/day | N/A | Report Only |
| Discharge Flow, gallons per day | Report only | |
| Arsenic, Total mg/L | 0.220 | N/A |
| Oil & Grease, Total mg/L | 500 | N/A |
| Oil and Grease, Non-Polar mg/L<br>*Analysis requirement may by waived if total oil and grease result is less than 100 mg/L* | 100 | N/A |
| pH<br>Standard Units, S.U. | <5.0 prohibited<br>>12.5 prohibited | N/A |
| Caustic Alkalinity, mg/L<br>*Analysis required on grab samples with pH > 10.3 S.U.* | 1000 | N/A |

3

## 2. QUARTERLY SELF MONITORING REQUIREMENTS

The permittee shall provide the Portland Water District with the results of the analysis of BOD, TSS, Flow, Arsenic, Total Oil and Grease, Non-Polar Oil and Grease, pH, and Caustic Alkalinity (as needed, see table below) on an end-of-pipe sample (see Special Conditions section 5 for sample location definition). The wastewater flow for the composite sample period must also be reported to allow calculation of BOD and TSS load (in pounds/day) using the following formula:

$$\text{Pounds of pollutant (lbs/day)} = \text{Concentration (mg/L)} * \text{Flow (MGD)} * 8.34$$

All analyses for quarterly self-monitoring must be done by a laboratory certified in the state of Maine. A copy of the original lab report and all chain of custody paperwork must be submitted. The parameters must be analyzed according to the following schedule:

| Parameter | Frequency of Monitoring | Sample Type (Grab or Composite) |
|---|---|---|
| BOD, lbs/day | Quarterly | 24-hour Composite |
| TSS, lbs/day | | |
| Flow, GPD | | |
| Arsenic, mg/L | | |
| Total Oil and Grease, mg/L | | Grab |
| Non-Polar Oil and Grease, mg/L<br>*Analysis requirement may by waived if total oil and grease result is less than 100 mg/L* | | |
| pH, S.U.<br>*Results over 10.3 must be accompanied by a report of caustic alkalinity.* | | |
| Caustic Alkalinity, mg/L<br>*Caustic (hydroxide) alkalinity required on pH grab samples with a pH result over 10.3 standard units.* | As needed | From pH Grab ONLY |

Composite samples may be collected over a time interval shorter than 24-hours but only if the permittee can certify that no process or cleaning activities occurred during the time period not covered by the composite sample. If process discharge does not occur around the clock, the composite sample may be collected over the course of a single daily process discharge. If the composite sample covers less than 24-hours, the permittee must include the following certification statement with the report:

*"I certify under penalty of law that process discharge does not occur around the clock and that the composite sample collected during this sampling event captured an entire day's worth of process discharge (including cleaning and sanitation activities if applicable). There was no discharge to the sewer system during the time period not covered by the composite sample other than domestic waste."*

The following certification statement must be submitted with <u>all</u> monitoring reports and correspondence:

*"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fines and imprisonment for knowing violations."*

The following certification statement must be submitted with all flow monitoring results:

*"I certify under penalty of law that the wastewater flow reported is consistent with the flow monitoring plan on file with PWD. The flow reflects industrial operating conditions during the entire course of composite sample collection."*

Certification statements must be signed by a responsible company official. The Portland Water District has a list of authorized signers on file for Cozy Harbor Fish Pier. Unsigned reports or those signed by an unauthorized representative will be rejected.  See General Conditions Section XVI for more information.

The monitoring reports will be due according to the schedule specified in Special Conditions #4.

## 3. FLOW MONITORING
Cozy Harbor Fish Pier shall measure wastewater discharge flow in a manner consistent with the Flow Measurement Proposal dated 9/7/18 (see Special Conditions section 7).

## 4. REPORTING DUE DATES
The permittee shall submit self-monitoring reports quarterly to the Portland Water District on the due dates specified below for each year covered by the permit. The permit dates are October 2, 2024 to October 1, 2027.

| Quarterly Self-Monitoring Reports | |
|---|---|
| Sample Collected During: | Report Due By: |
| 4th Quarter (October-December) 2024 | January 15, 2025 |
| 1st Quarter (January-March) 2025 | April 15, 2025 |
| 2nd Quarter (April-June) 2025 | July 15, 2025 |
| 3rd Quarter (July-September) 2025 | October 15, 2025 |
| 4th Quarter (October-December) 2025 | January 15, 2026 |
| 1st Quarter (January-March) 2026 | April 15, 2026 |
| 2nd Quarter (April-June) 2026 | July 15, 2026 |
| 3rd Quarter (July-September) 2026 | October 15, 2026 |

| 4th Quarter (October-December) 2026 | January 15, 2027 |
| 1st Quarter (January-March) 2027 | April 15, 2027 |
| 2nd Quarter (April-June) 2027 | July 15, 2027 |
| 3rd Quarter (July-September) 2027 | October 15, 2027 |

Quarterly self-monitoring reports shall include, at a minimum:
1. A cover letter on company letterhead with authorized signature (see General Condition Section XVI)
2. Appropriate certification statements (see Special Condition #2)
3. Actual approved and complete laboratory analysis reports from all laboratories involved and properly completed chain of custody documents

Copies of actual laboratory reports and all chain of custody information must be kept by the permittee for a minimum of 3 years. Through an initiative to reduce paper storage, PWD encourages the submission of electronic (digital) reports to the email address pretreatment@pwd.org, provided an original document could be obtained as necessary.

All monitoring reports must conform to General Condition Section XIV of this permit.

## 5. SAMPLE LOCATION
Sampling of the wastewater discharge, unless otherwise specified, must be performed at the sampling manhole in the Cozy Harbor Fish Pier parking lot. The manhole is located to the right of the main entrance as you face the building.

## 6. NOTIFICATION OF VIOLATIONS
If sampling performed by Cozy Harbor Fish Pier (or contracted laboratory) indicates a violation, Cozy Harbor Fish Pier must notify PWD within 24 hours of becoming aware of the violation. The notification shall follow guidelines as described in General Condition Section XVIII and XX. Following 24-hour notification, PWD will issue a Notice of Violation. Cozy Harbor Fish Pier may be required to repeat the sampling and submit the results, and/or provide other response(s) as required by the deadline(s) established by PWD in the Notice of Violation.

Contact information for notification of violations is as follows: By phone at (207)761-8300 or by email at pretreatment@pwd.org. A voice message left at the above number OR an email to the above email address will be considered adequate notification, as long as it is within 24 hours of industry awareness of the violation. If possible, please follow up all voice messages with an email as well.

The Portland Water District will also sample the facility discharge at least once per year. If sampling by the Portland Water District indicates a violation, PWD shall notify the permittee. Resampling by the permittee may be required.

Any violations of this permit may result in enforcement actions as outlined in the Portland Industrial Pretreatment Program Enforcement Response Plan. A copy of the plan is available on PWD's website at https://www.pwd.org/industrial-pretreatment-portland.

## 7. WASTEWATER PRETREATMENT FACILITY

**A.** The permittee shall at all times maintain in good working order and operate at maximum efficiency all wastewater treatment and/or control facilities.

*Cozy Harbor Fish Pier has screening on drains in the process area.*

**B.** If applicable, the permittee shall collect all waste flows and discharge them into its Wastewater Treatment Facility in such a manner as to maximize removal of pollutants, unless authorization to the contrary is obtained by the Director of Public Works or his/her authorized representative.

**C.** If accurate flow measurements of discharge are required, the permittee shall install flow-measuring facilities of a design approved by the City of Portland and the Portland Water District. Final plans and specifications must be submitted to the Portland Water District and approved prior to the construction of the facility.

*Wastewater flow measurements must be determined in a manner outlined in Cozy Harbor Fish Pier's Flow Measurement Proposal dated 9/7/18. The proposal is on file with the Portland Water District and is in effect until superseded by another approved proposal from Cozy Harbor Fish Pier. Per the September 2018 Flow Monitoring Proposal, Cozy Harbor Fish Pier will take daily water meter readings and calculate discharge flow by determining the difference in the readings of subsequent days.*

**D.** In order to maintain compliance with the effluent limitations and prohibitions of this permit, the permittee shall either:

1. Provide an alternative power source sufficient to operate the waste control facilities; or, if such alternative power source is not in existence,

2. Halt, reduce, or otherwise control production and/or all discharges upon the reduction, loss, or failure of the primary source of power to the wastewater control facilities.

## 8. PERMIT ACCEPTANCE CLAUSE

Cozy Harbor Fish Pier shall be deemed to agree to all of the terms of this permit upon its receipt of the permit. See General Conditions Section IV for information concerning the permit appeals process.

## 9. IMPLEMENTATION SCHEDULE

If installation or substantial modification of pretreatment or other facilities are required by state or federal laws or by the Portland Water District, then an implementation schedule for compliance acceptable to the Portland Water District shall be developed.

*No such schedule is required as of the date of this permit.*

# General Conditions – Portland
## TABLE OF CONTENTS
Updated 8/29/18

SECTION                                                              PAGE NO.

I.      DEFINITIONS                                                  2
II.     DUTY TO COMPLY                                               3
III.    FACILITY MODIFICATION                                        3
IV.     PERMIT MODIFICATION                                          3
V.      STATEMENT OF NON-TRANSFERRABILITY                            3
VI.     RE-APPLICATION                                               4
VII.    ACCESSIBILITY                                                4
VIII.   OTHER REGULATORY REQUIREMENTS                                4
IX.     SEVERABILITY CLAUSE                                          4
X.      RELIEF FROM PENALTIES                                        4
XI.     DISCHARGE LIMITATIONS                                        4
XII.    PROHIBITED DISCHARGES                                        4-5
XIII.   MONITORING AND REPORTING STATEMENT                           6
XIV.    MONITORING/SAMPLING REQUIREMENTS                             6-7
XV.     PRETREATMENT FACILITIES OPERATION                           7
XVI.    SIGNATORY AUTHORIZATION                                      7
XVII.   RECORDS RETENTION                                            7
XVIII.  NONCOMPLIANCE REQUIREMENTS                                   8
XIX.    UNSPECIFIED DISCHARGE                                        8
XX.     SPILL NOTIFICATION                                           8-9
XXI.    CONFIDENTIALITY                                              9
XXII.   PENALTIES FOR VIOLATION                                      9
XXIII.  COST REIMBURSEMENT                                           9

STRICTLY CONFIDENTIAL
Cozen O'Leafood Inc.
opened by XXXX XXXX XXXX-XXXX at 3:37:50 PM
on XXX XX XXXX 88.XXX.176.130 boselaw.com

1

I. **DEFINITIONS**

Unless the context clearly indicates otherwise, the meaning of terms or abbreviations used in this discharge permit shall be as defined in the City of Portland Rules and Regulations for use of the Wastewater System and Section 24 of the City's Code of Ordinances or as defined below.

## FOR THE PURPOSE OF THIS PERMIT, THE FOLLOWING DEFINITIONS SHALL APPLY:

1. Grab Sample:  An individual sample collected in a period of less than 15 minutes.

2. Composite Sample:  A sample consisting of a minimum of eight grab samples collected at regular intervals over a normal operating day (unless otherwise specified) and combined proportional to flow, or a sample continuously collected proportional to flow over a normal operating day.

3. Daily Maximum:  The maximum value not to be exceeded during any 24 hour period.

4. Daily Average:  The value of a composite sample or the mean value of the analysis of the specified number of samples collected at regular intervals over a normal operating day.

5. Designee:  The person or organization selected to manage and administer the Industrial Pretreatment Program. As of May 1st, 2018, the Portland Water District is the City of Portland's designee.

6. Average:  The arithmetic average.

7. Continuous:  Continuous monitoring of the characteristic in question.

8. 30 Day Average:  Average of all daily values obtained from samples taken within thirty (30) consecutive days. Also known as monthly average.

9. Caustic Alkalinity:  A specified portion of the total alkalinity; Commonly referred to as hydroxide alkalinity in the literature.

10. Organic Scan:  Testing for all toxic organic compounds listed on the latest EPA priority pollutant list; including pesticides and PCBs.

11. BOD:  5-day biochemical oxygen demand.

12. COD:  Chemical oxygen demand.

13. TSS:  Total suspended solids.

14. Mg/L:  Milligrams per liter.

15. μg/L:  Micrograms per liter.

16. GPM:  Gallons per minute.

17. MGD:  Million gallons per day.

2

II. **DUTY TO COMPLY**

   A.  All discharges authorized herein shall comply with the City of Portland Rules and Regulations for use of the Wastewater System and the City of Portland's Sewer Use Ordinance (Section 24 of the City's Code of Ordinances) and with the terms and conditions of this permit. The discharge of any pollutant more frequently than, or at a level in excess of, that identified and authorized by this permit, the Sewer Use Ordinance and the Rules and Regulations for use of the Wastewater System shall constitute a violation of the terms and conditions of this permit. Such a violation may result in the imposition of penalties as provided for in the City of Portland Sewer Use Ordinance and the Rules and Regulations for use of the Wastewater System, and/or Federal Clean Water Act (PL 92-500 and its amendments).

   B.  In addition, all permittees must comply with "CMR Chapter 528 Pretreatment Program" and the Federal Pretreatment standards found in Title 40 of the Code of Federal Regulations, Part 403 (typically referred to as 40 CFR Part 403). If the permittee is defined as a Categorical user, they must also comply with the applicable Federal Categorical Pretreatment standards.

III. **FACILITY MODIFICATION**

Modifications, additions, expansions and/or closures that cause a substantial change in the volume and/or character of wastewater discharged to the treatment works must be reported to the City of Portland and its designee, in writing, *at least forty-five (45) days prior to the proposed modification*. This permit may then be modified or reissued to reflect such changes. No change in the permittee's discharge may be made unless reported to and approved by the City of Portland and its designee. In no case shall new connections, increased flows, or significant changes in effluent quantity and/or quality be permitted if such will cause violation of the effluent limits specified herein.

IV. **PERMIT MODIFICATION**

   A.  After notice and opportunity for a hearing as provided by Section 24-57 of the City's Code of Ordinances and/or Section 5.3 of the City of Portland Rules and Regulations for use of the Wastewater System, this permit may be modified, suspended, or revoked in whole or in part during its term for causes including the following:

      1.  Violation of any terms or conditions of this permit.
      2.  Obtaining a permit by misrepresentation or failure to disclose fully all relevant facts.
      3.  A change in conditions or the existence of a condition which requires either a temporary or permanent reduction or elimination of the authorized discharge.
      4.  Promulgation of a more stringent pretreatment standard by State or Federal agencies having jurisdiction over receiving waters. Permits modified under this section may include implementation schedules, self-monitoring requirements, revised effluent limitations and other provisions necessary to assure compliance.

   B.  Revisions - The City of Portland or its designee reserves the right to make appropriate revisions to this permit in order to establish any appropriate effluent limitations, schedule or compliance, or other provisions which may be authorized under Federal, State or City acts in order to bring all such discharges into compliance with these acts.

V. **STATEMENT OF NON-TRANSFERABILITY**

This permit may not be transferred to the permittee's successor or assigns. In the event of any change in control or ownership of the facility which is the source of the permitted discharge, the new owner shall be required to apply for a new permit for the discharge *at least sixty (60) days prior to the transfer*. This permit, upon such transfer, shall be void.

3

VI.   **RE-APPLICATION**

If the permittee desires to continue to discharge after the expiration of this permit, it shall reapply on the application forms then in use *at least sixty (60) days before this permit expires.  Under no circumstances shall the permittee continue to discharge after the expiration of the permit.*

VII.  **ACCESSIBILITY**

The permittee shall permit the City of Portland or its designee and/or other duly authorized Department of Public Works or Portland Water District personnel upon the presentation of proper credentials:

1. To have access to all points of user's facility and grounds;
2. To have access to and copy any records required to be kept under the terms and conditions of this permit;
3. To inspect any monitoring equipment or monitoring method required by this permit; or,
4. To measure and/or sample any intake, wastewater facility, or effluent so covered under the terms and conditions of this permit.

VIII. **OTHER REGULATORY REQUIREMENTS**

This permit does not preclude obtaining any other required Federal, State, or Local permits.

IX.   **SEVERABILITY CLAUSE**

The provisions of this permit are severable, and the validity of any condition or subdivision thereof shall not make void any other condition or subdivision thereof.

X.    **RELIEF FROM PENALTIES**

Nothing in this permit shall be construed to relieve the permittee from civil or criminal penalties for noncompliance, whether or not noncompliance is due to accident, equipment breakdown, labor dispute, or natural disasters.

XI.   **DISCHARGE LIMITATIONS**

A. The discharge from Categorical users must conform to the limitations established by the applicable Federal Categorical Pretreatment standard(s); except as may be otherwise authorized or limited by this permit.  See "Special Conditions, Section 1" for details.

B. The permittee is authorized to discharge wastewater whose effluent characteristics shall not exceed the values listed in Section 24-47 of the City's Sewer Use Ordinance and / or Schedule "A" of the City of Portland Rules and Regulations for use of the Wastewater System as may be specified herein.

C. All limitations are conditional and may be revised should the concentrations prove detrimental to the proper operation and maintenance of the Treatment Facilities.  Upon notification to reduce the specified concentrations, the permittee shall be responsible for all costs incurred at the Treatment Facilities, resulting from excessive discharge concentrations.

XII.  **PROHIBITED DISCHARGES**

A. The permittee shall not discharge any prohibited waste identified in section 24-47(a) of the City's Sewer Use Ordinance and / or Section 2.2 of the City of Portland Rules and Regulations for use of the Wastewater System.

4

B.  Slug discharges are prohibited.  A slug discharge is defined as any discharge of a non-routine, episodic nature, including, but not limited, to an accidental spill or a non-customary batch discharge. For the purpose of this permit, any discharge of wastewaters whose characteristics are identified in Section 24-47 (a) of the City's Code of Ordinances and / or Section 2.2 of the City of Portland Rules and Regulations for use of the Wastewater System shall be considered a slug discharge and require immediate notification to the City of Portland or its designee.  (See Section XVIII for notification requirements.)

C.  General Prohibitions:
An Industrial User may not introduce into the Publicly Owned Treatment Works (POTW) any pollutants which cause Pass Through or Interference.

1.  Pass Through is defined as a discharge which exits the POTW into waters of the United States in quantities or concentrations which, alone or in conjunction with a discharge or discharges from other sources, is a cause of a violation of any requirement of the National Pollutant Discharge Elimination System (NPDES) permit (including an increase in the magnitude or duration of a violation).

2.  Interference is defined as a discharge which, alone or in conjunction with a discharge or discharges from other sources, both:

(a)  Inhibits or disrupts the POTW treatment processes or operations, or its sludge processes, use, or disposal; and

(b)  therefore is a cause of a violation of any requirement of the POTW NPDES permit (including an increase in the magnitude or duration of a violation) or of the prevention of sewage sludge use or disposal in compliance with the following statutory provisions and regulations or permits issued thereunder (or more stringent state or local regulations): Section 405 of the Clean Water Act, The Solid Waste Disposal Act (SWDA) (including Title II, more commonly referred to as the Resource Conservation and Recovery Act (RCRA), and including State regulations contained in any State sludge management plan prepared pursuant to subtitle D of the SWDA), the Clean Air Act, the Toxic Substances Control Act, and the Marine Protection, Research and Sanctuaries Act.

D.  Specific Prohibitions:
In addition, the following pollutants shall not be introduced into the POTW:
(1)  Pollutants which create a fire or explosion hazard in the POTW, including, but not limited to, waste streams with a closed cup flashpoint of less than 140 degrees Fahrenheit or 60 degrees Centigrade using the test methods specified in 40 CFR 261.21.
(2)  Pollutants which will cause corrosive structural damage to the POTW, but in no case discharges with pH lower than 5.0 standard units or equal to or greater than 12.5 standard units;
(3)  Solid or viscous pollutants in amounts which will cause obstruction to the flow in the POTW resulting in Interference;
(4)  Any pollutant, including oxygen demanding pollutants (BOD, etc.) released in a Discharge at a flow rate and/or pollutant concentration which will cause Interference with the POTW.
(5)  Wastewater having a temperature greater than 140 degrees F (60 degrees C), or which will inhibit biological activity or cause damage in the Facility resulting in interference, but in no case wastewater which causes the temperature at the introduction into the treatment plant to exceed 40 degrees Centigrade (104 degrees Fahrenheit).
(6)  Petroleum oil, nonbiodegradable cutting oil, or products of mineral oil origin in amounts that will cause interference or pass through;
(7)  Pollutants which result in the presence of toxic gases, vapors, or fumes within the POTW in a quantity that may cause acute worker health and safety problems;
(8)  Any trucked or hauled pollutants, except at discharge points designated by the POTW.

Additional discharge prohibitions can be found in Section 2.2 of the Rules and Regulations for Use of the Sewer System.

5

XIII.   **MONITORING AND REPORTING STATEMENT**

This permit shall be subject to such monitoring requirements as may be reasonably required by the City of Portland or its designee, including the installation, use, and maintenance of monitoring equipment or methods, including, when appropriate, biological monitoring methods. The permittee shall provide the City of Portland or its designee with periodic monitoring reports as required in the special conditions section of this permit.

XIV.   **MONITORING/SAMPLING REQUIREMENTS**

A.   At each connection between the permittee's sewer system and the City's collection system, the permittee, if required by the City of Portland or its designee, shall install a flow meter(s), sampling station, or other device(s) that shall measure, sample and record the quantity/quality of wastewater flow from the industry at the times required by the monitoring schedule. All monitoring devices and sampling stations must be approved by the City of Portland or its designee. The permittee shall accept the estimates of quantities of wastewater flow as established by the City of Portland or its designee during all periods in which the meters fail to measure the wastewater flow correctly.

B.   The permittee shall calibrate and perform maintenance procedures on all monitoring and analytical instruments at regular intervals to ensure accuracy of measurement.

C.   The permittee shall provide the above records and shall demonstrate the accuracy of the monitoring devices upon request of the City of Portland or its designee.

D.   Monitoring and sampling shall be conducted as follows:

1.   Samples and measurements taken as required herein shall be representative of the typical volume and nature of the monitored discharge.
2.   The sampling, preservation, handling and analytical methods used shall conform to the requirements of 40 CFR 136.
3.   The results of the above monitoring requirements shall be reported at the frequencies stated in the Special Conditions section of this permit.
4.   Any reports or records of monitoring activities and results shall include for all samples:
   (a)  The date, exact place, method, and time of sampling and the names of the person or persons taking the samples;
   (b)  The dates analyses were performed;
   (c)  Who performed the analyses;
   (d)  The analytical techniques/methods used, including sampling, handling, and preservation techniques; and
   (e)  The results of such analyses.
5.   All correspondence regarding monitoring facilities should be directed to:

**Portland Water District
c/o Pretreatment Program Supervisor
PO Box 3553
Portland, ME 04104
(207) 774-5961**

**Or preferably by email at pretreatment@pwd.org**

6.   Results of any effluent monitoring for any pollutant more frequently than required by this permit shall be submitted to the City of Portland or its designee.

6

7.  Information and data provided to the City of Portland or its designee, unless otherwise specified, shall be available to the public without restriction.

## XV.    PRETREATMENT FACILITIES OPERATION

All pretreatment facilities shall be operated in a manner consistent with the City of Portland Sewer Use Ordinance, the Rules and Regulations for use of the Wastewater System and any applicable Federal, State, or local regulations and guidelines.  The permittee shall at all times maintain in good working order and operate as efficiently as possible any facilities or systems of control installed or utilized to achieve compliance with the terms and conditions of this permit.

## XVI.    SIGNATORY AUTHORIZATION

A.  All reports shall be signed:

1.  By a responsible corporate officer, if the permittee submitting the reports is a corporation. For the purpose of this paragraph, a responsible corporate officer means

(i)  a president, secretary, treasurer, or vice-president of the corporation in charge of a principal business function, or any other person who performs a similar policy or decision-making function for the corporation, or

(ii)  the manager of one or more manufacturing, production, or operation facilities employing more than 250 persons or having gross annual sales or expenditures exceeding $25 million (in second-quarter 1997 dollars), if authority to sign documents has been assigned or delegated to the manager in accordance with corporate procedures.

2.  By a general partner or proprietor if the permittee submitting the reports is a partnership or sole proprietorship respectively.

3.  By a duly authorized representative of the individual designated in paragraph 1 or 2 of this section if:

(i)  The authorization is made in writing by the individual described in paragraph 1 or 2;

(ii)  The authorization specifies either an individual or a position having responsibility for the overall operation of the facility from which the Industrial Discharge originates, such as the position of plant manager, operator of a well, or well field superintendent, or a position of equivalent responsibility, or having overall responsibility for environmental matters for the company; and

(iii)  the written authorization is submitted to the City of Portland or its designee.

4.  If an authorization under paragraph 3 of this section is no longer accurate because a different individual or position has responsibility for the overall operation of the facility, or overall responsibility for environmental matters for the company, a new authorization satisfying the requirements of paragraph 3 of this section must be submitted to the City of Portland or its designee prior to or together with any reports to be signed by an authorized representative.

B.  Approved signatory authorization forms must be on file with the City of Portland or its designee.

## XVII.    RECORDS RETENTION

All records and information resulting from any effluent monitoring activities, including all records of analyses performed, and calibration and maintenance of instrumentation and recordings from continuous monitoring and instrumentation shall be retained for a minimum of three (3) years.

XVIII.    **NONCOMPLIANCE REQUIREMENTS**

*The permittee shall immediately notify the City of Portland Director of Public Works in care of the Compliance Coordinator, or its designee if they are unable to comply with any of the conditions of this permit.* The **telephone number for notification is 774-5961 and the email address is pretreatment@pwd.org.** Oral notification must be received *within twenty-four (24) hours* of knowledge of the violation. *Within five (5) days* of such noncompliance and oral notification, the permittee shall provide the City of Portland or its designee a detailed written report specifying (at a minimum) the following information:

1. The nature of the violation;
2. When and how the permittee became aware of the violation and the cause of noncompliance;
3. Anticipated time the condition of noncompliance is expected to continue, or if such conditions have been corrected, the duration of the period of noncompliance;
4. Steps taken by the permittee to reduce and eliminate the noncomplying discharge; and
5. Steps to be taken by the permittee to prevent recurrence of the condition of noncompliance.

*Failure to make such notification may result in penalties; see Section XXII of this permit.*

XIX.    **UNSPECIFIED DISCHARGE**

Other materials ordinarily produced or used in operation of this facility which have not been specifically identified may be discharged provided

1. They are not
   (a) Designated as toxic or hazardous under the provisions of Sections 307 and 311 respectively of the Federal Water Pollution Act, Title 38, Section 420 Maine Revised Statues, or other applicable State Laws; or as identified in Section 24-47 (a) of the City's Code of Ordinances and / or Section 2.2 of the City of Portland Rules and Regulations for Use of the Wastewater System.
   (b) In violation of Federal standards or requirements.
   (c) Known to be hazardous or toxic by the permittee.

2. The discharge of such materials shall not interfere with the operation of the treatment facilities of the City of Portland or their ability to treat such materials to the extent covered by the City's permit to discharge. (See Section XII for more detail.)

XX.    **SPILL NOTIFICATION**

*The permittee shall immediately notify the City of Portland Director of Public Works in care of the Compliance Coordinator, or its designee* upon the occurrence of an accidental discharge of substances prohibited by Section 24-47 (a) of the City's Code of Ordinances and/or Section 2.2 of the City of Portland Rules and Regulations for use of the Wastewater System or any slug discharges or spills that may enter the public sewer. The **telephone number for notification is 774-5961 and the email address is pretreatment@pwd.org.** *Notification must occur within twenty-four (24) hours of knowledge of the spill.* The notification shall include the location of discharge, volume, and corrective action taken. The permittee's notification of accidental releases in accordance with this section does not relieve it of other reporting requirements that arise under local, State, or Federal Laws, or from liability for costs to the City associated with corrective actions.

*Within five (5) days* following an accidental discharge, the permittee shall submit to the City of Portland or its designee a detailed written report. The report shall specify:

1. Description of the upset, slug load or accidental discharge, the cause thereof, and the impact on the permittee's compliance status. The description should also include location of discharge, type, concentration and volume of waste.

8

2. Duration of noncompliance, including exact dates and time of noncompliance and, if the noncompliance is continuing, the time by which compliance is reasonably expected to occur.

3. All steps taken or to be taken to reduce, eliminate, and/or prevent recurrence of such an upset, slug load, accidental discharge, or other conditions of noncompliance.

*Failure to make such notification may result in penalties; see Section XXII of this permit.*

XXI.    **CONFIDENTIALITY**

Records or information submitted to the City of Portland may be claimed to be confidential by the submitter. All such claims of confidentiality shall be handled in accordance with 40 CFR 403.14, to the extent permitted by Maine law.

XXII.   **PENALTIES FOR VIOLATION**

A. From Section 24-56 of the City's Sewer Use Ordinance and/or Section 5.2 of the City of Portland Rules and Regulations for use of the Wastewater System

"Any person failing to comply with or violating any provision of this article shall be served by the public works authority with written notice stating the nature of the failure or violation and providing a reasonable time limit for the satisfactory correction thereof. Such person shall, within the period of time stated in such notice, permanently cease or correct all such failures or violations. Any person who shall continue any failure or violation beyond the time limit required for compliance in any notice given pursuant to this section shall be guilty of an offense. Any person violating any of the provisions of this article shall be liable to the city and shall be assessed a civil penalty of a minimum of one thousand dollars ($1,000.00) per day for each violation of industrial pretreatment standards and requirements, and in addition, shall be liable for any expense, loss or damage occasioned by the city by reason of such violation. The City may seek injunctive relief for the purposes of enforcing this article."

B. In addition, violations of discharge limits, and/or reporting due dates as established in this permit may cause the permittee to be placed in significant non-compliance with the Portland Water District and City of Portland's Pretreatment Program.

C. At least annually the City of Portland or its designee must provide public notification in the largest daily newspaper of all industrial discharge permittees who were classified as being in significant non-compliance during the previous twelve months. Publication costs to meet this requirement shall be reimbursed to the city as part of the permit issuance fee as provided in Section 24-50 of the City's Sewer Use Ordinance.

XXIII.  **COST REIMBURSEMENT**

The permittee shall reimburse the Portland Water District, the City of Portland and their agents for expenditures incurred for the special handling, monitoring, treatment or disposal of the wastewater from their facility. This includes, but is not limited to, additional costs for maintaining the treatment plant, additional costs for disposal of sewage sludge and costs of additional wastewater monitoring and analyses as long as these costs are attributable to the wastewater discharge of the permittee.

### Maine Department of Marine Resources License

LANDINGS #35558

ISSUED: 4/1/2025

WHOLESALE WITH LOBSTER SUPPLEMENTAL (WLS) #2599-A

EXPIRES: 3/31/2026

PERMITS: HERRING - PBP - RECONSIGNMENT - SHRIMP - LOBSTER BAIT

--------------------------------------------------------------

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

| Name | Address | City | State |
|------|---------|------|-------|
| Cozy Harbor Seafood | 4 Portland Fish Pier | Portland | ME |

License must be in possession when engaged in activities covered by this license. By knowing and cooperating with your local Marine Patrol Officer, you can help us protect your industry. Failure to submit to an inspection, or a conviction or adjudication of a violation of a licensed activity may result in loss of license. Making any false statements on the application of this license is punishable under Title 17-A, MRS, Section 453.

MAINE DEPARTMENT OF MARINE RESOURCES
21 State House Station
Augusta, ME  04333
Phone:  207-624-6550
www.maine.gov/dmr

Maine Operation Game Thief: Anonymous Reporting Hotline
1-800-ALERT-US (1-800-253-7887)
"Protecting all of Maine's natural resources"

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood Inc.
opened by rinveiss @ boselaw.com
on Sep 29, 2025 at 3:39:03 PM
IP: 38.109.176.130



**MAINE DEPARTMENT OF MARINE RESOURCES**
**21 STATE HOUSE STATION**
**AUGUSTA, ME 04333**

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

**Maine Department of Marine Resources License**

| | |
|---|---|
| LANDINGS #35558 | WHOLESALE WITH LOBSTER SUPPLEMENTAL (WLS) #2599-B |
| ISSUED: 4/1/2025 | EXPIRES: 3/31/2026 |
| | PERMITS: HERRING - PBP - RECONSIGNMENT - SHRIMP - LOBSTER BAIT |

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

| Vessel ID | Boat Name | Boat Length | Federal Permit No. | ME Reg/Documentation # |
|---|---|---|---|---|
| 560475 | REDFISH II | 55 | no value | 560475 |

License must be in possession when engaged in activities covered by this license.  By knowing and cooperating with your local Marine Patrol Officer, you can help us protect your industry.  Failure to submit to an inspection, or a conviction or adjudication of a violation of a licensed activity may result in loss of license. Making any false statements on the application of this license is punishable under Title 17-A, MRS, Section 453.

MAINE DEPARTMENT OF MARINE RESOURCES
21 State House Station
Augusta, ME  04333
Phone:  207-624-6550
www.maine.gov/dmr

Maine Operation Game Thief: Anonymous Reporting Hotline
1-800-ALERT-US (1-800-253-7887)
"Protecting all of Maine's natural resources"



**MAINE DEPARTMENT OF MARINE RESOURCES**
**21 STATE HOUSE STATION**
**AUGUSTA, ME 04333**

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

**Maine Department of Marine Resources License**

LANDINGS #35558

ISSUED: 4/1/2025

WHOLESALE WITH LOBSTER SUPPLEMENTAL (WLS) #2599-C

EXPIRES: 3/31/2026

PERMITS: HERRING - PBP - RECONSIGNMENT - SHRIMP - LOBSTER BAIT

---

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

---

| Make | Model | Year | Color | Plate | VIN |
|------|-------|------|-------|-------|-----|
| WESTERN STAR | N/A | 2016 | WHITE | 928112 | 5KJJAXDV6GPHJ2830 |

License must be in possession when engaged in activities covered by this license. By knowing and cooperating with your local Marine Patrol Officer, you can help us protect your industry. Failure to submit to an inspection, or a conviction or adjudication of a violation of a licensed activity may result in loss of license.
Making any false statements on the application of this license is punishable under Title 17-A, MRS, Section 453.

MAINE DEPARTMENT OF MARINE RESOURCES
21 State House Station
Augusta, ME 04333
Phone: 207-624-6550
www.maine.gov/dmr

Maine Operation Game Thief: Anonymous Reporting Hotline
1-800-ALERT-US (1-800-253-7887)
"Protecting all of Maine's natural resources"

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood, LLC
opened by rinveiss @ boselaw.com
on Sep 29, 2025 at 3:41:21 PM
IP: 38.109.176.130



**MAINE DEPARTMENT OF MARINE RESOURCES**
**21 STATE HOUSE STATION**
**AUGUSTA, ME 04333**

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

**Maine Department of Marine Resources License**

LANDINGS
#35558

ISSUED:
4/1/2025

WHOLESALE WITH LOBSTER SUPPLEMENTAL (WLS) #2599-D

EXPIRES: 3/31/2026

PERMITS: HERRING - PBP - RECONSIGNMENT - SHRIMP -
LOBSTER BAIT

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

| Vessel ID | Boat Name | Boat Length | Federal Permit No. | ME Reg/Documentation # |
|-----------|-----------|-------------|--------------------|------------------------|
| 511134 | REDFISH | 0 | no value | 511134 |

License must be in possession when engaged in activities covered by this license.  By knowing and cooperating with your local Marine Patrol Officer, you can help us protect your industry.  Failure to submit to an inspection, or a conviction or adjudication of a violation of a licensed activity may result in loss of license.
Making any false statements on the application of this license is punishable under Title 17-A, MRS, Section 453.

MAINE DEPARTMENT OF MARINE RESOURCES
21 State House Station
Augusta, ME  04333
Phone:  207-624-6550
www.maine.gov/dmr

Maine Operation Game Thief: Anonymous Reporting Hotline
1-800-ALERT-US (1-800-253-7887)
"Protecting all of Maine's natural resources"

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood, LLC
opened by rinveiss @ boselaw.com
on Sep 29, 2025 at 3:41:54 PM
IP: 38.109.176.130



**MAINE DEPARTMENT OF MARINE RESOURCES**
**21 STATE HOUSE STATION**
**AUGUSTA, ME 04333**

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

**Maine Department of Marine Resources License**

LANDINGS
#35558

ISSUED:
4/1/2025

WHOLESALE WITH LOBSTER SUPPLEMENTAL
(WLS) #2599-E

EXPIRES: 3/31/2026

PERMITS: HERRING - PBP - RECONSIGNMENT - SHRIMP -
LOBSTER BAIT

-------------------------------------------------

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

-------------------------------------------------

| Name | Address | City | State |
|------|---------|------|-------|
| Cozy Harbor Seafood | 35 Union Wharf | Portland | ME |

License must be in possession when engaged in activities covered by this license. By knowing and cooperating with your local Marine Patrol Officer, you can help us protect your industry. Failure to submit to an inspection, or a conviction or adjudication of a violation of a licensed activity may result in loss of license. Making any false statements on the application of this license is punishable under Title 17-A, MRS, Section 453.

MAINE DEPARTMENT OF MARINE RESOURCES
21 State House Station
Augusta, ME  04333
Phone:  207-624-6550
www.maine.gov/dmr

Maine Operation Game Thief: Anonymous Reporting Hotline
1-800-ALERT-US (1-800-253-7887)
"Protecting all of Maine's natural resources"

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood Inc.
opened by rinveiss @ boselaw.com
on Sep 29, 2025 at 3:42:26 PM
IP: 38.109.176.130



MAINE DEPARTMENT OF MARINE RESOURCES
21 STATE HOUSE STATION
AUGUSTA, ME 04333

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

**Maine Department of Marine Resources License**

LANDINGS
#35558

ISSUED:
4/1/2025

WHOLESALE WITH LOBSTER SUPPLEMENTAL (WLS) #2599-F

EXPIRES: 3/31/2026

PERMITS: HERRING - PBP - RECONSIGNMENT - SHRIMP - LOBSTER BAIT

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

| Make | Model | Year | Color | Plate | VIN |
|------|-------|------|-------|-------|-----|
| INTERNATIONAL | N/A | 2016 | WHITE | 959-675 | 1HTMMMML6GH160934 |

License must be in possession when engaged in activities covered by this license.  By knowing and cooperating with your local Marine Patrol Officer, you can help us protect your industry.  Failure to submit to an inspection, or a conviction or adjudication of a violation of a licensed activity may result in loss of license.
Making any false statements on the application of this license is punishable under Title 17-A, MRS, Section 453.

MAINE DEPARTMENT OF MARINE RESOURCES
21 State House Station
Augusta, ME  04333
Phone:  207-624-6550
www.maine.gov/dmr

Maine Operation Game Thief: Anonymous Reporting Hotline
I-800-ALERT-US (1-800-253-7887)
"Protecting all of Maine's natural resources"

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood Inc.
opened by rinveiss @ boselaw.com
on Sep 29, 2025 at 3:43:20 PM
IP: 38.109.176.130



**MAINE DEPARTMENT OF MARINE RESOURCES**
**21 STATE HOUSE STATION**
**AUGUSTA, ME 04333**

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

**Maine Department of Marine Resources License**

LANDINGS
#35558

ISSUED:
4/1/2025

WHOLESALE WITH LOBSTER SUPPLEMENTAL (WLS) #2599-H

EXPIRES: 3/31/2026

PERMITS: HERRING - PBP - RECONSIGNMENT - SHRIMP -
LOBSTER BAIT

------------------------------------------------

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

------------------------------------------------

| Make | Model | Year | Color | Plate | VIN |
|------|-------|------|-------|-------|-----|
| KENWORTH | T370 | 2020 | WHITE | 959642 | 2NKHLJ0X6LM395028 |

License must be in possession when engaged in activities covered by this license. By knowing and cooperating with your local Marine Patrol Officer, you can help us protect your industry. Failure to submit to an inspection, or a conviction or adjudication of a violation of a licensed activity may result in loss of license.
Making any false statements on the application of this license is punishable under Title 17-A, MRS, Section 453.

MAINE DEPARTMENT OF MARINE RESOURCES
21 State House Station
Augusta, ME 04333
Phone: 207-624-6550
www.maine.gov/dmr

Maine Operation Game Thief: Anonymous Reporting Hotline
1-800-ALERT-US (1-800-253-7887)
"Protecting all of Maine's natural resources"

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood Inc.
opened by rinveiss @ boselaw.com
on Sep 29, 2025 at 3:44:14 PM
IP: 38.109.176.130



**MAINE DEPARTMENT OF MARINE RESOURCES**
**21 STATE HOUSE STATION**
**AUGUSTA, ME 04333**

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

**Maine Department of Marine Resources License**

LANDINGS #35558

WHOLESALE WITH LOBSTER SUPPLEMENTAL (WLS) #2599-I

ISSUED: 4/1/2025

EXPIRES: 3/31/2026

PERMITS: HERRING - PBP - RECONSIGNMENT - SHRIMP - LOBSTER BAIT

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112

| Make | Model | Year | Color | Plate | VIN |
|------|-------|------|-------|-------|-----|
| KENWORTH | T370 | 2020 | WHITE | 960911 | 2NKHLJ04LM391592 |

License must be in possession when engaged in activities covered by this license.  By knowing and cooperating with your local Marine Patrol Officer, you can help us protect your industry.  Failure to submit to an inspection, or a conviction or adjudication of a violation of a licensed activity may result in loss of license.
Making any false statements on the application of this license is punishable under Title 17-A, MRS, Section 453.

MAINE DEPARTMENT OF MARINE RESOURCES
21 State House Station
Augusta, ME  04333
Phone:  207-624-6550
www.maine.gov/dmr

Maine Operation Game Thief: Anonymous Reporting Hotline
1-800-ALERT-US (1-800-253-7887)
"Protecting all of Maine's natural resources"

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood Inc.
opened by rinveiss @ boselaw.com
on Sep 29, 2025 at 3:44:46 PM
IP: 38.109.176.130



**MAINE DEPARTMENT OF MARINE RESOURCES**
**21 STATE HOUSE STATION**
**AUGUSTA, ME 04333**

COZY HARBOR SEAFOOD INC
PO BOX 389
PORTLAND, MAINE 04112



## Greater Atlantic Federal Dealer Permit

Issued pursuant to: 16 U.S.C. 1801 et seq and 5101

**United States Department of Commerce**
National Oceanic and Atmospheric Administration
National Marine Fisheries Service
55 Great Republic Drive
Gloucester, MA 01930-2276
Telephone: (978) 282-8438

NOAA form-88-156A

## 2025 Fishing Year Permit



COZY HARBOR SEAFOOD INC
JOHN S NORTON
75 SAINTS JOHN STREET
PORTLAND, ME 04102

*Greater Atlantic Federal Permit Number:* **3396**
*Date Issued:* **07-APR-25**
*Effective Date:* **08-APR-25**
*Expiration Date:* **31-DEC-25**

## Fisheries Permitted

SEA SCALLOP - DEALER - 2025

NE MULTISPECIES DEALER - 2025

AMERICAN LOBSTER DEALER - 2025

MONKFISH DEALER - 2025

ATLANTIC HERRING DEALER-2025

SPINY DOGFISH DEALER - 2025

RED CRAB DEALER - 2025

JONAH CRAB DEALER - 2025

STRICTLY CONFIDENTIAL
Cozy Harbor Seafood @ boselaw.com
opened by rinveiss
on Sep 29, 2025 at 3:45.26 PM
IP: 38.109.176.130

# Federal Dealer Permit Conditions and Information

1.  This permit is valid only for the person to whom, or other business entity to which, it is issued as named on the reverse side. This permit must be maintained upon such dealer's premises at all times. Greater Atlantic Region federal seafood dealer permits cannot be assigned, transferred or leased to another person or business entity. This permit supersedes any Greater Atlantic Region federal seafood dealer permit(s) previously issued to the owner named on the reverse.

2.  This permit authorizes the purchase or receipt of federally managed species to be conducted by the registered person or business only as noted on the reverse side.

3.  The permit(s) listed on the reverse side are effective on the effective date(s) shown. Each permit continues in effect until the expiration date printed on the reverse side, unless otherwise suspended, sanctioned or revoked. Any change in the ownership of the business entity, mailing address, telephone/fax number, permitted fisheries (and for any at-sea processor vessels or at-sea dealer vessels, a change in the ownership of the business entity and/or state vessel registration number) must be reported to the Regional Administrator within fifteen (15) days of such change(s). Failure to report any change(s) in permit application information within this time period shall cause this permit to be rendered null and void. Application for a new permit must be made if the permit expires, ownership changes, or permit is rendered null and void for any reason, including revocation.

4.  This permit may be revoked or suspended if the dealer on the reverse side does not operate in accordance with appropriate laws and regulations pertaining to the fisheries for which the dealer is permitted.

5.  Inquiries regarding reissued permits, permit effective dates, or reporting the loss of a dealer permit should be directed to the Greater Atlantic Region Permit Office at (978) 282-8438 at the issuing office noted on the reverse side.

6.  If a federal management measure differs from a fisheries management measure required by state law, any dealer issued a federal dealer permit must comply with the more restrictive requirement.

7.  Inquiries regarding submission of permit applications and other information required to support a permit application should be directed to the Greater Atlantic Region Permit Office at (978) 282-8438.

8.  Inquiries regarding pertinent federal fishing regulations should be directed to the Sustainable Fisheries Division at (978) 281-9315.

9.  Access to a previous owner's confidential data or purchase records will not be granted to the buyer unless there is written evidence specifying that the seller has authorized the release of the dealer's purchase and catch records to the buyer.

# SCHEDULE PP
# <u>PERSONAL PROPERTY</u>

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*ART'S LOBSTER COMPANY - Dec. 28, 2024*

Assets: 30 of 30 Included    Sort #1: Asset A/C#
Include: All Assets
Method: BOOK - Std Conventi

| Date Acq | Date Sold | Description | Meth/Life | Cost | To Date | Net Book Value |
|---|---|---|---|---|---|---|
| **Asset A/C#: 143-0 - EQUIPMENT** | | | | | | |
| 10/29/1998 | | Aerebo System with two generators | SLP / 5 | 1,500.00 | 1,500.00 | 0.00 |
| 10/29/1998 | | Eight 3000# Moorings | SLP / 5 | 10,000.00 | 10,000.00 | 0.00 |
| 10/29/1998 | | 2000 gal Diesel Storage Tank | SLP / 5 | 11,250.00 | 11,250.00 | 0.00 |
| 7/1/2000 | | Mast & Boom with Hydraulic Hoist | SLP / 5 | 3,113.25 | 3,113.25 | 0.00 |
| 7/1/2000 | | Aluminum Skiff | SLP / 5 | 500.00 | 500.00 | 0.00 |
| 7/1/2000 | | Bait Cooler | SLP / 15 | 14,600.00 | 14,600.00 | 0.00 |
| 7/1/2001 | | 6.6 HP Outboard Engine | SLP / 5 | 800.00 | 800.00 | 0.00 |
| 7/1/2004 | | 2004 Additions | SLP / 5 | 13,168.74 | 13,168.74 | 0.00 |
| 4/21/2007 | | Equipment | SLP / 5 | 5,300.00 | 5,300.00 | 0.00 |
| 5/19/2007 | | Equipment | SLP / 5 | 5,830.00 | 5,830.00 | 0.00 |
| 8/11/2007 | | Equipment | SLP / 5 | 2,094.75 | 2,094.75 | 0.00 |
| 9/23/2008 | | R4R Rotator | SLP / 5 | 4,470.97 | 4,470.97 | 0.00 |
| 6/8/2009 | | 2007 Komatsu FG25T-16 Serial #214050 500# Capacity | SLP / 5 | 17,700.00 | 17,700.00 | 0.00 |
| 6/17/2010 | | 2010 Fuel System | SLP / 5 | 43,958.40 | 43,958.40 | 0.00 |
| 12/14/2010 | | 10' x 24' FLOAT | SLP / 7 | 6,000.00 | 6,000.00 | 0.00 |
| 7/10/2011 | | BAIT SHED COOLING UNIT | SLP / 7 | 6,309.93 | 6,309.93 | 0.00 |
| 5/13/2012 | | 2 NEW MOORINGS | SLP / 5 | 3,675.00 | 3,675.00 | 0.00 |
| 6/1/2013 | | TAKE OUT BOOM | SLP / 3 | 212.31 | 212.31 | 0.00 |
| 7/23/2016 | | New Hoist | SLP / 6 | 9,490.35 | 9,490.35 | 0.00 |
| 12/12/2017 | | Cunningham Security System | SLP / 7 | 10,801.36 | 10,801.36 | 0.00 |
| 4/5/2019 | | Bait Chopping Equipment | SLP / 5 | 6,342.38 | 6,342.38 | 0.00 |
| 5/20/2019 | | Bait Chopper Set Cost | SLP / 5 | 3,600.33 | 3,600.33 | 0.00 |
| 4/16/2022 | | Bait Cooler | SLP / 10 | 23,990.06 | 6,597.27 | 17,392.79 |
| 8/23/2023 | | Repair/Replacement of Damaged Fuel Tank | SLP / 10 | 25,066.22 | 3,551.05 | 21,515.17 |
| 7/12/2024 | | Repair and Replacement of Damaged Sump Pump | SLP / 10 | 7,317.76 | 365.89 | 6,951.87 |
| Asset A/C# totals: 143-0 - EQUIPMENT ( 25 assets ) | | | | 237,111.81 | 191,251.98 | 45,859.83 |
| | | | | | | |
| **Asset A/C#: 145-0 - LEASEHOLD IMPROVEMENTS** | | | | | | |
| 5/20/2021 | | PAVING 6 BOATYARD RD | SLP / 10 | 31,910.00 | 11,700.33 | 20,209.67 |
| 2/12/2024 | | Walk In Cooler & Installation | SLP / 10 | 21,645.00 | 1,984.13 | 19,660.87 |
| 5/22/2024 | | Replaced Wiring Damaged In Ice Storm | SLP / 10 | 3,465.19 | 231.01 | 3,234.18 |
| 5/30/2024 | | Wharf Repairs Storm Damage | SLP / 10 | 113,270.00 | 7,551.33 | 105,718.67 |
| 7/12/2024 | | Flood Lights | SLP / 10 | 1,192.64 | 59.63 | 1,133.01 |
| Asset A/C# totals: 145-0 - LEASEHOLD IMPROVEMENTS ( 5 assets ) | | | | 171,482.83 | 21,526.43 | 149,956.40 |
| Grand Totals: ( 30 assets ) | | | | 408,594.64 | 212,778.41 | 195,816.23 |

Totals for Cost, 'To Date', and NBV do not include disposed assets if date sold is before the current period.

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*CASCO BAY LOBSTER COMPANY - Dec. 28, 2024*

Assets:  33 of 33 Included          Sort #1:  Asset A/C#
Include:  All Assets
Method:  BOOK - Std Conventik

| Date Acq | Date Sold | Description | Math/Life | Cost | Acc. Dep'n | Net Book Value |
|---|---|---|---|---|---|---|
| **Asset A/C#: 143-0 - EQUIPMENT** | | | | | | |
| 7/1/1989 | | Boat | SLP / 10 | 15,000.00 | 15,000.00 | 0.00 |
| 8/12/1995 | | 1995 Additions Redfish rebuild | SLP / 5 | 4,100.00 | 4,100.00 | 0.00 |
| 7/1/1996 | | 1996 Additions Redfish rebuild | SLP / 5 | 14,297.00 | 14,297.00 | 0.00 |
| 7/6/2000 | | Gantry | SLP / 5 | 4,500.00 | 4,500.00 | 0.00 |
| 7/6/2000 | | Mooring | SLP / 5 | 2,500.00 | 2,500.00 | 0.00 |
| 7/16/2003 | | Carolina Skiff | SLP / 5 | 3,040.00 | 3,040.00 | 0.00 |
| 7/15/2006 | | 2006 Additions Fuel Tank | SLP / 5 | 4,788.04 | 4,788.04 | 0.00 |
| 9/9/2006 | | 2006 Additions  Fuel Tank | SLP / 5 | 6,117.94 | 6,117.94 | 0.00 |
| 9/8/2007 | | 2007 Additions Fuel System | SLP / 7 | 4,514.00 | 4,514.00 | 0.00 |
| 10/6/2007 | | 2007 Additions Fuel System | SLP / 7 | 15,389.65 | 15,389.65 | 0.00 |
| 12/1/2007 | | 2007 Additions Fuel System | SLP / 7 | 10,446.89 | 10,446.89 | 0.00 |
| 6/14/2008 | | Bait Cooler | SLP / 7 | 10,000.00 | 10,000.00 | 0.00 |
| 8/8/2008 | | Bait Cooler Refrigerated | SLP / 5 | 8,862.50 | 8,862.50 | 0.00 |
| 8/25/2008 | | 40' Aluminum Ramp | SLP / 5 | 6,918.00 | 6,918.00 | 0.00 |
| 12/24/2008 | | 40' x 20' Lobster Buying Station | SLP / 5 | 0.00 | 0.00 | 0.00 |
| 12/24/2008 | | Overhead Hoist, Crane & Rail | SLP / 5 | 0.00 | 0.00 | 0.00 |
| 12/24/2008 | | 2000# Rail | SLP / 5 | 0.00 | 0.00 | 0.00 |
| 12/24/2008 | | Misc Equipment | SLP / 5 | 0.00 | 0.00 | 0.00 |
| 12/24/2008 | | Generator | SLP / 5 | 0.00 | 0.00 | 0.00 |
| 12/24/2008 | | Float | SLP / 5 | 0.00 | 0.00 | 0.00 |
| 7/29/2009 | | Video Surveillance System | SLP / 5 | 3,781.75 | 3,781.75 | 0.00 |
| 8/9/2009 | | Float Scale 18"x18" 300 lb qs base & 2300 instrume | SLP / 5 | 2,100.00 | 2,100.00 | 0.00 |
| 1/21/2011 | | FOUR 4-TON MOORINGS | SLP / 5 | 10,080.00 | 10,080.00 | 0.00 |
| 3/17/2011 | | 2011 Redfish Rebuild | SLP / 5 | 23,933.59 | 23,933.59 | 0.00 |
| 6/19/2015 | | Rebuild Hoist | SLP / 5 | 6,484.06 | 6,484.06 | 0.00 |
| 8/21/2015 | | Evinrude Outboard boat motor | SLP / 7 | 4,485.00 | 4,485.00 | 0.00 |
| 7/23/2016 | | Security Camera | SLP / 3 | 565.49 | 565.49 | 0.00 |
| 6/30/2016 | | New Hoist | SLP / 5 | 3,687.35 | 3,687.35 | 0.00 |
| 6/30/2018 | | Bait Cooler Life Extension | SLP / 5 | 8,742.39 | 8,742.39 | 0.00 |
| 5/3/2019 | | Stainless Steel bait chopper | SLP / 5 | 3,500.00 | 3,500.00 | 0.00 |
| 5/20/2019 | | Redfish II | SLP / 7 | 116,000.00 | 93,903.00 | 22,097.00 |
| 9/23/2019 | | Upgrades to Redfish II | SLP / 7 | 31,959.70 | 24,352.00 | 7,607.70 |
| 3/14/2020 | | Upgrade Red Fish II | SLP / 7 | 7,432.40 | 5,133.00 | 2,299.40 |
| **Asset A/C# totals: 143-0 - EQUIPMENT ( 33 assets )** | | | | 333,203.75 | 301,199.65 | 32,004.10 |
| **Grand Totals: ( 33 assets )** | | | | 333,203.75 | 301,199.65 | 32,004.10 |

Totals for Cost, "To Date", and NBV do not include disposed assets if date sold is before the current period.

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included    Sort #1: Asset A/C#
Include: All Assets
Method: BOOK - Std Conventions Applied

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|---|---|---|---|---|---|---|---|
| **Asset A/C#: 143-0 - EQUIPMENT** | | | | | | | |
| 7/1/1985 | | Baader 185 Groundfish Machine | SLP / 5 | 138,253.00 | 0.00 | 138,253.00 | 0.00 |
| 7/1/1985 | | Baader 427 Heading Machine. | SLP / 5 | 22,330.00 | 0.00 | 22,330.00 | 0.00 |
| 7/1/1985 | | Baader 47 Skinning Machine | SLP / 5 | 13,800.00 | 0.00 | 13,800.00 | 0.00 |
| 7/1/1985 | | Baader 47 Skinning Machines | SLP / 5 | 13,800.00 | 0.00 | 13,800.00 | 0.00 |
| 7/1/1985 | | Baader 60 Blade Sharpener | SLP / 5 | 4,670.00 | 0.00 | 4,670.00 | 0.00 |
| 7/1/1985 | | Baader SS Skinner Table | SLP / 5 | 1,335.00 | 0.00 | 1,335.00 | 0.00 |
| 7/1/1985 | | Baader 694 Mince Machine | SLP / 5 | 15,747.00 | 0.00 | 15,747.00 | 0.00 |
| 7/1/1985 | | Baader SS De-Ice Tank | SLP / 5 | 11,860.00 | 0.00 | 11,860.00 | 0.00 |
| 7/1/1986 | | Graco Pressure Foam Station | SLP / 5 | 1,500.00 | 0.00 | 1,500.00 | 0.00 |
| 7/1/1986 | | Cryovac Shrink Tank | SLP / 5 | 1,650.00 | 0.00 | 1,650.00 | 0.00 |
| 7/1/1986 | | Fish Descaling Machine | SLP / 5 | 1,650.00 | 0.00 | 1,650.00 | 0.00 |
| 7/1/1986 | | SS Hydro Selves | SLP / 5 | 7,900.00 | 0.00 | 7,900.00 | 0.00 |
| 7/1/1986 | | Cryovac Bag Loader | SLP / 5 | 6,800.00 | 0.00 | 6,800.00 | 0.00 |
| 7/1/1986 | | SS Fillet Chill & Wash Tank | SLP / 5 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| 7/1/1987 | | SS Baader 12 Station Trim Line | SLP / 5 | 41,430.00 | 0.00 | 41,430.00 | 0.00 |
| 7/1/1989 | | Waste Water Transfer Pumps | SLP / 5 | 800.00 | 0.00 | 800.00 | 0.00 |
| 7/1/1989 | | Smith Vacuum Machine | SLP / 5 | 14,650.00 | 0.00 | 14,650.00 | 0.00 |
| 7/1/1989 | | Waste Water Transfer Pumps | SLP / 5 | 800.00 | 0.00 | 800.00 | 0.00 |
| 7/1/1989 | | Waste Water Transfer Pumps | SLP / 5 | 800.00 | 0.00 | 800.00 | 0.00 |
| 7/1/1989 | | Hydro Sieve FRP | SLP / 5 | 6,000.00 | 0.00 | 6,000.00 | 0.00 |
| 7/1/1996 | | 100 Penco Personnel Lockers | SLP / 5 | 10,000.00 | 0.00 | 10,000.00 | 0.00 |
| 7/1/1996 | | Lucent Partners Phone System | SLP / 5 | 9,173.00 | 0.00 | 9,173.00 | 0.00 |
| 7/1/1996 | | Diversy Chlorine Meter System | SLP / 5 | 2,350.00 | 0.00 | 2,350.00 | 0.00 |
| 7/1/1996 | | Partitions | SLP / 5 | 24,564.00 | 0.00 | 24,564.00 | 0.00 |
| 7/1/1996 | | 5 SS Poly Work Tables | SLP / 5 | 4,000.00 | 0.00 | 4,000.00 | 0.00 |
| 7/1/1996 | | Cooler/Freezer Refrigeration | SLP / 5 | 34,150.00 | 0.00 | 34,150.00 | 0.00 |
| 7/1/1996 | | Process Storage Freezer | SLP / 5 | 14,900.00 | 0.00 | 14,900.00 | 0.00 |
| 1/30/1997 | | Security System | SLP / 5 | 4,633.00 | 0.00 | 4,633.00 | 0.00 |
| 7/1/1997 | | 200 Buckhorn Food Chill Trays | SLP / 5 | 5,500.00 | 0.00 | 5,500.00 | 0.00 |
| 7/1/1997 | | Hollymatic 500 gal Vacuum Tumbler | SLP / 7 | 7,100.00 | 0.00 | 7,100.00 | 0.00 |
| 7/1/1997 | | SS Six Station Cutting Table | SLP / 7 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included   Sort #1: Asset A/C#
Include: All Assets
Method: BOOK - Std Conventions Applied

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|-----------|-------------|----------------|
| 7/1/1997 | | 800 Dyno Lobster Crates | SLP / 5 | 28,000.00 | 0.00 | 28,000.00 | 0.00 |
| 7/1/1997 | | SS McCann Lobster Table | SLP / 7 | 1,550.00 | 0.00 | 1,550.00 | 0.00 |
| 7/1/1997 | | Pallet Rack System | SLP / 5 | 2,800.00 | 0.00 | 2,800.00 | 0.00 |
| 7/1/1997 | | Boiler Chemical Metering System | SLP / 7 | 1,225.00 | 0.00 | 1,225.00 | 0.00 |
| 7/1/1997 | | Boiler Chemical Metering System | SLP / 7 | 1,225.00 | 0.00 | 1,225.00 | 0.00 |
| 7/1/1997 | | Steam Exhaust Blower | SLP / 7 | 1,250.00 | 0.00 | 1,250.00 | 0.00 |
| 7/1/1997 | | Steam Exhaust Blower | SLP / 7 | 1,250.00 | 0.00 | 1,250.00 | 0.00 |
| 7/1/1997 | | Waste Push Cart | SLP / 5 | 975.00 | 0.00 | 975.00 | 0.00 |
| 7/1/1997 | | Waste Push Cart | SLP / 5 | 975.00 | 0.00 | 975.00 | 0.00 |
| 7/17/1997 | | IPL Lobster Transport System | SLP / 5 | 7,300.00 | 0.00 | 7,300.00 | 0.00 |
| 7/17/1997 | | SS CMP Lobster Glazing Tank | SLP / 7 | 7,825.00 | 0.00 | 7,825.00 | 0.00 |
| 7/17/1997 | | SS CMP Lobster Glazing Tank | SLP / 7 | 7,825.00 | 0.00 | 7,825.00 | 0.00 |
| 6/16/1998 | | Lobster Line (XLease) | SLP / 7 | 77,558.00 | 0.00 | 77,558.00 | 0.00 |
| 7/1/1998 | | Software | SLP / 3 | 20,735.00 | 0.00 | 20,735.00 | 0.00 |
| 7/1/1998 | | 4 Dyno Air Actuated Fish Bins - Thawing | SLP / 7 | 4,400.00 | 0.00 | 4,400.00 | 0.00 |
| 4/17/1999 | | Koch VSP Machine (XLease) | SLP / 7 | 47,077.00 | 0.00 | 47,077.00 | 0.00 |
| 7/1/1999 | | 2 Nitro Exhaust Blowers | SLP / 5 | 2,000.00 | 0.00 | 2,000.00 | 0.00 |
| 12/1/1999 | | Union Wharf Lobster Tanks, Etc. | SLP / 5 | 29,423.00 | 0.00 | 29,423.00 | 0.00 |
| 6/30/2000 | | Live Lobster System | SLP / 7 | 19,873.00 | 0.00 | 19,873.00 | 0.00 |
| 8/10/2000 | | Cryochem Liquid Nitro Freezing Tunnel | SLP / 7 | 22,500.00 | 0.00 | 22,500.00 | 0.00 |
| 8/10/2000 | | Cryochem Liquid Nitro Freezing Tunnel | SLP / 7 | 22,500.00 | 0.00 | 22,500.00 | 0.00 |
| 8/10/2000 | | Liquid Nitro Storage Tank | SLP / 15 | 35,592.50 | 0.00 | 35,592.50 | 0.00 |
| 8/10/2000 | | Liquid Nitro Storage Tank | SLP / 15 | 35,592.50 | 0.00 | 35,592.50 | 0.00 |
| 1/15/2001 | | Weighpack Conveyor (Lease 251) | SLP / 7 | 15,645.00 | 0.00 | 15,645.00 | 0.00 |
| 1/15/2001 | | Weighpack Heat Sealer (Lease 251) | SLP / 7 | 12,585.00 | 0.00 | 12,585.00 | 0.00 |
| 1/15/2001 | | Weighpack Net-Weigher (Lease 251) | SLP / 7 | 32,440.00 | 0.00 | 32,440.00 | 0.00 |
| 1/31/2001 | | Key Inspection Shaker (Lease 251) | SLP / 7 | 22,095.00 | 0.00 | 22,095.00 | 0.00 |
| 9/26/2001 | | 2 Bench Scales | SLP / 5 | 2,523.72 | 0.00 | 2,523.72 | 0.00 |
| 12/30/2001 | | Drill Press | SLP / 5 | 313.90 | 0.00 | 313.90 | 0.00 |
| 6/21/2002 | | Bait Processing System (Lease 259) | SLP / 5 | 32,313.76 | 0.00 | 32,313.76 | 0.00 |
| 8/1/2002 | | Bait Cooler (Lease 260) | SLP / 15 | 72,844.01 | 0.00 | 72,844.01 | 0.00 |
| 8/1/2002 | | Marel M2000 Grader (Lease 263) | SLP / 7 | 71,734.80 | 0.00 | 71,734.80 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|---|---|---|---|---|---|---|---|
| 8/15/2002 | | Port Clyde Co-op Bait Cooler | SLP / 5 | 15,354.40 | 0.00 | 15,354.40 | 0.00 |
| 9/16/2002 | | P&E Procut 2000 Lob C & R Machine (Lease 262) | SLP / 7 | 31,984.43 | 0.00 | 31,984.43 | 0.00 |
| 11/29/2002 | | Lobster Claw Scoring Saw | SLP / 7.0002 | 750.00 | 0.00 | 750.00 | 0.00 |
| 1/13/2003 | | SS Boot Racks | SLP / 5 | 4,000.00 | 0.00 | 4,000.00 | 0.00 |
| 1/14/2003 | | Gloucester SS 10' Fabric Insp Belt | SLP / 6.9999 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| 1/21/2003 | | Inspection Belt Drive (Raw Shrimp Insp Belt) | SLP / 6.9998 | 1,323.95 | 0.00 | 1,323.95 | 0.00 |
| 3/3/2003 | | Nimlock 10' Exhibit Booth W/ Graphics | SLP / 5 | 5,297.78 | 0.00 | 5,297.78 | 0.00 |
| 3/3/2003 | | Nimlock 10' exhibit Booth w/ Graphics | SLP / 5 | 5,297.78 | 0.00 | 5,297.78 | 0.00 |
| 7/21/2003 | | Xactic - 35 Cu Ft Insulated Bulk Boxes (15) | SLP / 5 | 5,635.00 | 0.00 | 5,635.00 | 0.00 |
| 10/14/2003 | | Econoseal Twinseal Packaging Machine | SLP / 7 | 12,500.00 | 0.00 | 12,500.00 | 0.00 |
| 12/11/2003 | | SS Mixing Tank | SLP / 6.9999 | 1,500.00 | 0.00 | 1,500.00 | 0.00 |
| 12/11/2003 | | Laitram PCA Peeler | SLP / 7 | 15,000.00 | 0.00 | 15,000.00 | 0.00 |
| 12/11/2003 | | Laitram CTX Steam Cooker | SLP / 7 | 16,000.00 | 0.00 | 16,000.00 | 0.00 |
| 12/11/2003 | | Laitram PCA Peeler | SLP / 7 | 31,955.71 | 0.00 | 31,955.71 | 0.00 |
| 12/11/2003 | | Laitram PCA Peeler | SLP / 7 | 31,955.71 | 0.00 | 31,955.71 | 0.00 |
| 12/11/2003 | | Laitram PCA Peeler | SLP / 7 | 31,955.71 | 0.00 | 31,955.71 | 0.00 |
| 12/12/2003 | | SS Brine Tank w/ Conveyor | SLP / 6.9999 | 500.00 | 0.00 | 500.00 | 0.00 |
| 12/12/2003 | | SS Feed Tank w/ Conveyor | SLP / 7.0001 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| 12/29/2003 | | Model C Cleaner | SLP / 7 | 10,740.00 | 0.00 | 10,740.00 | 0.00 |
| 1/1/2004 | | Laitram TK Feed Tank | SLP / 6.9999 | 2,593.69 | 0.00 | 2,593.69 | 0.00 |
| 1/1/2004 | | Laitram TK Feed Tank | SLP / 6.9999 | 2,593.69 | 0.00 | 2,593.69 | 0.00 |
| 1/1/2004 | | Laitram TK Feed Tank | SLP / 6.9999 | 2,593.69 | 0.00 | 2,593.69 | 0.00 |
| 1/1/2004 | | Laitram TK Feed Tank | SLP / 6.9999 | 2,593.69 | 0.00 | 2,593.69 | 0.00 |
| 1/1/2004 | | Kronberg Post Grading Machine | SLP / 7 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| 1/1/2004 | | SS Brine Mixing Tank | SLP / 7 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| 1/1/2004 | | Laitram Inspection Belt | SLP / 6.9999 | 3,187.00 | 0.00 | 3,187.00 | 0.00 |
| 1/1/2004 | | Laitram Inspection Belt | SLP / 6.9999 | 3,187.00 | 0.00 | 3,187.00 | 0.00 |
| 1/21/2004 | | Baader De-Ice Shrimp conversion | SLP / 7 | 18,854.82 | 0.00 | 18,854.82 | 0.00 |
| 1/22/2004 | | Glaze Belt Upgrade | SLP / 7.0003 | 647.18 | 0.00 | 647.18 | 0.00 |
| 1/22/2004 | | Gooseneck Conveyor Upgrade | SLP / 7.0001 | 1,110.56 | 0.00 | 1,110.56 | 0.00 |
| 1/22/2004 | | Key Inspectioon Shaker Upgrade | SLP / 7 | 1,497.50 | 0.00 | 1,497.50 | 0.00 |
| 1/22/2004 | | Tunnell Upgrade | SLP / 7 | 6,029.35 | 0.00 | 6,029.35 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|-----------|-------------|----------------|
| 1/23/2004 | | Laitram Thermo Control & Upgrade | SLP / 5 | 2,405.56 | 0.00 | 2,405.56 | 0.00 |
| 1/31/2004 | | Xactic - 35 cu ft Insl Bulk Boxes (73) | SLP / 5 | 23,335.00 | 0.00 | 23,335.00 | 0.00 |
| 2/2/2004 | | Zajac 30' SS Distribution Conveyor | MAN / 10 | 18,976.97 | 0.00 | 18,976.97 | 0.00 |
| 2/17/2004 | | Laitram Thermo Control & Upgrade | SLP / 7 | 17,177.82 | 0.00 | 17,177.82 | 0.00 |
| 2/19/2004 | | Metcon Repower | SLP / 7.0001 | 613.00 | 0.00 | 613.00 | 0.00 |
| 3/5/2004 | | Weigh Pack Upgrade | SLP / 6.9999 | 1,584.92 | 0.00 | 1,584.92 | 0.00 |
| 3/30/2004 | | Marel M2000 Keypad | SLP / 6.9998 | 818.56 | 0.00 | 818.56 | 0.00 |
| 6/8/2004 | | Industrial Curtains | SLP / 7 | 3,300.00 | 0.00 | 3,300.00 | 0.00 |
| 7/15/2004 | | Blackberry 7780 PDA | SLP / 2 | 600.00 | 0.00 | 600.00 | 0.00 |
| 7/15/2004 | | Blackberry 7780 PDA | SLP / 2 | 600.00 | 0.00 | 600.00 | 0.00 |
| 7/22/2004 | | IPL Lobster Transport System | SLP / 5 | 13,552.00 | 0.00 | 13,552.00 | 0.00 |
| 7/29/2004 | | Pneumatic Pin Bone Remover Ergo Light | SLP / 7 | 5,370.68 | 0.00 | 5,370.68 | 0.00 |
| 8/20/2004 | | CMP 6 Station SS Tail Grading Table Upgrade | SLP / 5.0001 | 1,445.92 | 0.00 | 1,445.92 | 0.00 |
| 10/13/2004 | | Lock MET 30 Metal Detector | SLP / 7 | 21,400.00 | 0.00 | 21,400.00 | 0.00 |
| 11/1/2004 | | CMP Paddle Feed Tank | SLP / 7 | 10,797.05 | 0.00 | 10,797.05 | 0.00 |
| 11/1/2004 | | Other Equipment Shrimp Equipment Rebuild | SLP / 5 | 49,354.36 | 0.00 | 49,354.36 | 0.00 |
| 11/17/2004 | | CSE FTF938 LN2 Freezer | MAN / 15 | 95,717.64 | 0.00 | 95,717.64 | 0.00 |
| 11/30/2004 | | Laitram TK48 Feed Tank | MAN / 10 | 17,234.00 | 0.00 | 17,234.00 | 0.00 |
| 12/6/2004 | | Laitram PCA Rebuild | SLP / 7 | 18,502.37 | 0.00 | 18,502.37 | 0.00 |
| 12/14/2004 | | Key SS Vibratory Dewatering Conveyer | MAN / 10 | 12,243.00 | 0.00 | 12,243.00 | 0.00 |
| 12/21/2004 | | KM 1180 Roller Grader | MAN / 10 | 108,010.00 | 0.00 | 108,010.00 | 0.00 |
| 12/22/2004 | | KM 640 Glazing Belt | MAN / 10 | 22,097.00 | 0.00 | 22,097.00 | 0.00 |
| 12/23/2004 | | KM Hardening Belt | SLP / 7 | 5,945.00 | 0.00 | 5,945.00 | 0.00 |
| 1/2/2005 | | Baader De-Ice Shrimp Upgrade | SLP / 7 | 2,276.41 | 0.00 | 2,276.41 | 0.00 |
| 1/5/2005 | | Zajac 30' SS Distribution Conveyor Upgrade | SLP / 7 | 2,800.00 | 0.00 | 2,800.00 | 0.00 |
| 1/5/2005 | | CSE FTF938 LN2 Freezer Ventilation | SLP / 7 | 13,044.00 | 0.00 | 13,044.00 | 0.00 |
| 1/19/2005 | | Weighpack Auto Weighing System Upgrade | SLP / 7 | 4,606.56 | 0.00 | 4,606.56 | 0.00 |
| 1/24/2005 | | Hewey Welding Inv#354 (conveyor upgrade) | SLP / 7 | 1,171.68 | 0.00 | 1,171.68 | 0.00 |
| 1/24/2005 | | Hewey Welding Inv#358 (window cladding) | SLP / 7 | 1,504.20 | 0.00 | 1,504.20 | 0.00 |
| 1/24/2005 | | Hyland Co-Inv#1/5/05 new nitro line to 2 freezer | SLP / 7 | 2,407.58 | 0.00 | 2,407.58 | 0.00 |
| 1/24/2005 | | Hewey Welding Inv#358 (nitro tunnel duct work) | SLP / 7 | 10,629.06 | 0.00 | 10,629.06 | 0.00 |
| 2/2/2005 | | Computer Network Routers | SLP / 5 | 4,999.00 | 0.00 | 4,999.00 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Moth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 2/4/2005 | | Shrimp Line Electrical Equipment | SLP / 7 | 4,537.73 | 0.00 | 4,537.73 | 0.00 |
| 2/4/2005 | | Shrimp Line Electrical Equipment | SLP / 7 | 4,537.73 | 0.00 | 4,537.73 | 0.00 |
| 2/4/2005 | | Shrimp Line Electrical Equipment | SLP / 7 | 4,537.74 | 0.00 | 4,537.74 | 0.00 |
| 2/9/2005 | | CSE FTF936 LN2 Freezer Upgrade | SLP / 7 | 1,330.00 | 0.00 | 1,330.00 | 0.00 |
| 2/9/2005 | | NITCO Inv#335307 SERVICE REPAIR ROTATOR | SLP / 7 | 3,282.29 | 0.00 | 3,282.29 | 0.00 |
| 2/23/2005 | | Freezer Air Door | SLP / 7 | 1,450.00 | 0.00 | 1,450.00 | 0.00 |
| 3/4/2005 | | Electronic Variable Shrimp Line Controllers | SLP / 7 | 13,685.46 | 0.00 | 13,685.46 | 0.00 |
| 3/20/2005 | | V#PPC001 IV#295/683-MISSING INVOICE PLATES? | SLP / 7 | 2,940.60 | 0.00 | 2,940.60 | 0.00 |
| 3/29/2005 | | Weighpack Inv#019505 Loadcell | SLP / 7 | 1,410.81 | 0.00 | 1,410.81 | 0.00 |
| 3/29/2005 | | Laitram PCA Peeler Upgrade | SLP / 7 | 6,017.54 | 0.00 | 6,017.54 | 0.00 |
| 3/29/2005 | | Laitram PCA Peeler Upgrade | SLP / 7 | 6,017.54 | 0.00 | 6,017.54 | 0.00 |
| 3/29/2005 | | Laitram PCA Peeler Upgrade | SLP / 7 | 6,017.55 | 0.00 | 6,017.55 | 0.00 |
| 3/29/2005 | | Laitram PCA Peeler Upgrade | SLP / 7 | 6,017.55 | 0.00 | 6,017.55 | 0.00 |
| 4/28/2005 | | Exactics 18 CU (3@$279) | SLP / 5 | 837.00 | 0.00 | 837.00 | 0.00 |
| 5/11/2005 | | CMP 24 Stn SS Meat Picking Table 90 Cnvyr Upgr | SLP / 7 | 2,595.00 | 0.00 | 2,595.00 | 0.00 |
| 5/13/2005 | | Procut 2000 Roller Upgrade | SLP / 7 | 1,579.54 | 0.00 | 1,579.54 | 0.00 |
| 5/16/2005 | | Lobster Tank Improvements UW SHRIMP CONVERSION | SLP / 5 | 5,022.82 | 0.00 | 5,022.82 | 0.00 |
| 5/25/2005 | | 180 55 gallon poly drums | SLP / 5 | 1,620.00 | 0.00 | 1,620.00 | 0.00 |
| 7/28/2005 | | 120 55 gallon poly drums | SLP / 5 | 1,080.00 | 0.00 | 1,080.00 | 0.00 |
| 8/6/2005 | | Procut 2000 Roller Upgrade | SLP / 7 | 9,669.32 | 0.00 | 9,669.32 | 0.00 |
| 8/18/2005 | | Computer Windows Server | SLP / 5 | 7,096.85 | 0.00 | 7,096.85 | 0.00 |
| 9/1/2005 | | Multiton Galvanized Pallet Jacks | SLP / 5 | 3,138.00 | 0.00 | 3,138.00 | 0.00 |
| 9/7/2005 | | BASE Computer Terminal | SLP / 5 | 1,795.00 | 0.00 | 1,795.00 | 0.00 |
| 9/22/2005 | | Diagraphy Linx Electronic Coder | SLP / 7 | 12,769.93 | 0.00 | 12,769.93 | 0.00 |
| 9/23/2005 | | Lightning ATP Detector | SLP / 7 | 3,812.38 | 0.00 | 3,812.38 | 0.00 |
| 10/7/2005 | | PC Connection-Software | SLP / 5 | 1,738.00 | 0.00 | 1,738.00 | 0.00 |
| 10/7/2005 | | Safestore cabinet & corrosion resistant enclosure | SLP / 5 | 1,095.91 | 0.00 | 1,095.91 | 0.00 |
| 10/12/2005 | | CSE FTF936 LN2 Freezer Upgrade | SLP / 7 | 4,329.00 | 0.00 | 4,329.00 | 0.00 |
| 11/26/2005 | | Packaging Eq PPC Inv#433/247 PRINTING PLATE | SLP / 7 | 5,068.48 | 0.00 | 5,068.48 | 0.00 |
| 11/29/2005 | | V#B001 Inv#130356 | SLP / 7 | 633.97 | 0.00 | 633.97 | 0.00 |
| 11/29/2005 | | V#B001 Inv#130404 | SLP / 7 | 1,160.81 | 0.00 | 1,160.81 | 0.00 |
| 11/29/2005 | | V#B001 Inv#130294 | SLP / 7 | 1,576.18 | 0.00 | 1,576.18 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Moth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|-----------|-------------|----------------|
| 11/29/2005 | | V#B001 Inv#130455 | SLP / 7 | 2,499.85 | 0.00 | 2,499.85 | 0.00 |
| 11/30/2005 | | PPC Inv#121654 210028 PRINTING PLATES | SLP / 7 | 6,770.16 | 0.00 | 6,770.16 | 0.00 |
| 11/30/2005 | | KM FISH MACHINERY A/S | SLP / 7 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/14/2005 | | WF Lobster Box Printing Plates | SLP / 7 | 3,598.24 | 0.00 | 3,598.24 | 0.00 |
| 1/6/2006 | | CONTROLLED ENVIRONMENT STRUCTURES | SLP / 7 | 5,000.00 | 0.00 | 5,000.00 | 0.00 |
| 1/11/2006 | | MOL BELTING COMPANY | SLP / 5 | 500.00 | 0.00 | 500.00 | 0.00 |
| 1/12/2006 | | TRASK-DECROW MACHINERY | SLP / 5 | 3,285.00 | 0.00 | 3,285.00 | 0.00 |
| 1/12/2006 | | MOL BELTING COMPANY | SLP / 5 | 5,844.89 | 0.00 | 5,844.89 | 0.00 |
| 1/12/2006 | | NORTHEAST MECHANICAL CORP. ANNUAL OVERHAUL | SLP / 5 | 1,381.34 | 0.00 | 1,381.34 | 0.00 |
| 1/12/2006 | | NORTHEAST MECHANICAL CORP. ANNUAL OVERHAUL | SLP / 5 | 1,381.34 | 0.00 | 1,381.34 | 0.00 |
| 1/23/2006 | | MATERIAL HANDLING SALES, INC. PALLET JACKS | SLP / 5 | 1,607.38 | 0.00 | 1,607.38 | 0.00 |
| 1/23/2006 | | HI-TECH INSULATION SERVICES | SLP / 5 | 3,095.00 | 0.00 | 3,095.00 | 0.00 |
| 1/23/2006 | | HASCALL & HALL HR KNEE WALL | SLP / 5 | 3,968.00 | 0.00 | 3,968.00 | 0.00 |
| 1/23/2006 | | HEWEY WELDING & FABRICATION | SLP / 5 | 4,941.95 | 0.00 | 4,941.95 | 0.00 |
| 1/23/2006 | | SEACOAST ELECTRIC CO | SLP / 5 | 6,812.40 | 0.00 | 6,812.40 | 0.00 |
| 1/23/2006 | | HEWEY WELDING & FABRICATION | SLP / 5 | 8,468.52 | 0.00 | 8,468.52 | 0.00 |
| 1/23/2006 | | CONTROLLED ENVIRONMENT STRUCTURES | SLP / 7 | 11,965.00 | 0.00 | 11,965.00 | 0.00 |
| 1/25/2006 | | LAITRAM MACHINERY INC | SLP / 5 | 1,981.83 | 0.00 | 1,981.83 | 0.00 |
| 1/28/2006 | | SEACOAST ELECTRIC CO | SLP / 5 | 1,209.12 | 0.00 | 1,209.12 | 0.00 |
| 1/28/2006 | | LAITRAM MACHINERY INC | SLP / 5 | 2,423.40 | 0.00 | 2,423.40 | 0.00 |
| 1/28/2006 | | LAITRAM MACHINERY INC | SLP / 5 | 2,990.67 | 0.00 | 2,990.67 | 0.00 |
| 1/28/2006 | | HEWEY WELDING & FABRICATION | SLP / 5 | 3,451.15 | 0.00 | 3,451.15 | 0.00 |
| 1/28/2006 | | CRYOGENIC SYSTEMS EQUIPMENT, INC. | SLP / 5 | 5,674.92 | 0.00 | 5,674.92 | 0.00 |
| 2/1/2006 | | SEACOAST ELECTRIC CO | SLP / 5 | 2,836.37 | 0.00 | 2,836.37 | 0.00 |
| 2/1/2006 | | KM FISH MACHINERY A/S | SLP / 7 | 43,554.73 | 0.00 | 43,554.73 | 0.00 |
| 2/13/2006 | | SEACOAST ELECTRIC CO | SLP / 5 | 700.66 | 0.00 | 700.66 | 0.00 |
| 2/13/2006 | | SEACOAST ELECTRIC CO | SLP / 5 | 968.56 | 0.00 | 968.56 | 0.00 |
| 2/13/2006 | | SEACOAST ELECTRIC CO | SLP / 5 | 1,902.47 | 0.00 | 1,902.47 | 0.00 |
| 2/14/2006 | | SEACOAST ELECTRIC CO    . | SLP / 5 | 752.91 | 0.00 | 752.91 | 0.00 |
| 2/14/2006 | | WEIGHPACK SYSTEMS INC. | SLP / 5 | 1,439.00 | 0.00 | 1,439.00 | 0.00 |
| 2/14/2006 | | LAITRAM MACHINERY INC | SLP / 5 | 2,423.40 | 0.00 | 2,423.40 | 0.00 |
| 2/14/2006 | | SEACOAST ELECTRIC CO | SLP / 5 | 4,518.07 | 0.00 | 4,518.07 | 0.00 |

13 PERIODS ABBREVIATED DEPRECIATION REPORT
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 2/16/2006 | | SEACOAST ELECTRIC CO | SLP / 5 | 1,388.55 | 0.00 | 1,388.55 | 0.00 |
| 2/25/2006 | | Telephone to Equipment | SLP / 5 | 1,238.95 | 0.00 | 1,238.95 | 0.00 |
| 2/25/2006 | | SEACOAST ELECTRIC CO | SLP / 5 | 2,278.80 | 0.00 | 2,278.80 | 0.00 |
| 2/25/2006 | | SEACOAST ELECTRIC CO | SLP / 5 | 2,406.12 | 0.00 | 2,406.12 | 0.00 |
| 3/2/2006 | | HOLLAND WELDING & FABRICATION INC. | SLP / 5 | 4,000.00 | 0.00 | 4,000.00 | 0.00 |
| 3/14/2006 | | HEWEY WELDING & FABRICATION | SLP / 5 | 923.00 | 0.00 | 923.00 | 0.00 |
| 3/24/2006 | | KM FISH MACHINERY A/S cooker | MAN / 7 | 12,100.11 | 0.00 | 12,100.11 | 0.00 |
| 3/24/2006 | | NORTHEAST MECHANICAL CORP. BOILER | SLP / 5 | 725.55 | 0.00 | 725.55 | 0.00 |
| 3/24/2006 | | NORTHEAST MECHANICAL CORP. BOILER | SLP / 5 | 725.55 | 0.00 | 725.55 | 0.00 |
| 3/25/2006 | | HYLAND COMPANY | SLP / 5 | 1,112.75 | 0.00 | 1,112.75 | 0.00 |
| 3/25/2006 | | HYLAND COMPANY | SLP / 5 | 1,112.75 | 0.00 | 1,112.75 | 0.00 |
| 4/3/2006 | | NORTHEAST MECHANICAL CORP. BOILER | SLP / 5 | 4,923.20 | 0.00 | 4,923.20 | 0.00 |
| 4/3/2006 | | NORTHEAST MECHANICAL CORP. BOILER | SLP / 5 | 4,923.20 | 0.00 | 4,923.20 | 0.00 |
| 8/16/2006 | | P & E MANUFACTURING LTD | SLP / 5 | 1,922.18 | 0.00 | 1,922.18 | 0.00 |
| 11/17/2006 | | TRI-CHEM, INC CABINETS | SLP / 5 | 5,371.21 | 0.00 | 5,371.21 | 0.00 |
| 11/18/2006 | | SEBAGO SCALES | SLP / 5 | 2,553.64 | 0.00 | 2,553.64 | 0.00 |
| 11/18/2006 | | SEBAGO SCALES | SLP / 5 | 2,553.64 | 0.00 | 2,553.64 | 0.00 |
| 11/29/2006 | | BILLINGS & COLE | SLP / 5 | 1,500.00 | 0.00 | 1,500.00 | 0.00 |
| 12/7/2006 | | BILLINGS & COLE | SLP / 5 | 1,500.00 | 0.00 | 1,500.00 | 0.00 |
| 12/13/2006 | | Ziegra Ice Machine | SLP / 5 | 6,859.89 | 0.00 | 6,859.89 | 0.00 |
| 12/19/2006 | | W.W. GRAINGER INC. PUMP GRINDER 2 HP | SLP / 5 | 1,613.43 | 0.00 | 1,613.43 | 0.00 |
| 12/21/2006 | | NORTHLAND INDUSTRIAL TRUCK CO., INC | SLP / 5 | 1,939.35 | 0.00 | 1,939.35 | 0.00 |
| 12/23/2006 | | P & E MANUFACTURING LTD | SLP / 5 | 2,954.16 | 0.00 | 2,954.16 | 0.00 |
| 12/23/2006 | | LAITRAM MACHINERY INC | SLP / 5 | 694.67 | 0.00 | 694.67 | 0.00 |
| 12/23/2006 | | LAITRAM MACHINERY INC | SLP / 5 | 2,271.40 | 0.00 | 2,271.40 | 0.00 |
| 12/23/2006 | | LAITRAM MACHINERY INC | SLP / 5 | 3,059.46 | 0.00 | 3,059.46 | 0.00 |
| 12/28/2006 | | W.W. GRAINGER INC. RADIO 2 W UHF | SLP / 5 | 1,097.46 | 0.00 | 1,097.46 | 0.00 |
| 12/28/2006 | | CONTROLLED ENVIRONMENT STRUCTURES | SLP / 5 | 5,000.00 | 0.00 | 5,000.00 | 0.00 |
| 12/28/2006 | | EQUIPMENT PURHCASE/IMMERSION MODIFICATION DEPOSIT | MAN / 7 | 15,000.00 | 0.00 | 15,000.00 | 0.00 |
| 12/29/2006 | | INTRALOX LLC | SLP / 5 | 4,096.26 | 0.00 | 4,096.26 | 0.00 |
| 12/29/2006 | | 8 SS ADJUSTABLE HEIGHT WORKBENCHS WITH LOWER SHELF | SLP / 5 | 4,638.59 | 0.00 | 4,638.59 | 0.00 |
| 12/30/2006 | | TRI-CHEM, INC CABINETS | SLP / 5 | 1,910.47 | 0.00 | 1,910.47 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 12/30/2006 | | TRI-CHEM, INC CABINETS | SLP / 5 | 1,146.85 | 0.00 | 1,146.85 | 0.00 |
| 12/30/2006 | | TRI-CHEM, INC CABINETS | SLP / 5 | 1,146.85 | 0.00 | 1,146.85 | 0.00 |
| 12/31/2006 | | KEYSTONE MANUFACTURING METAL BREAK | SLP / 5 | 3,911.01 | 0.00 | 3,911.01 | 0.00 |
| 1/1/2007 | | METTLER-TOLEDO SAFELINE, INC two metal detectors | MAN / 7 | -7,326.00 | 0.00 | -7,326.00 | 0.00 |
| 1/1/2007 | | METTLER-TOLEDO SAFELINE, INC two metal detectors | MAN / 7 | -7,200.05 | 0.00 | -7,200.05 | 0.00 |
| 1/1/2007 | | RIGHTWAY ELECTRICAL SERVICES, INC | SLP / 5 | 1,023.80 | 0.00 | 1,023.80 | 0.00 |
| 1/1/2007 | | HEWEY WELDING & FABRICATION | SLP / 5 | 1,057.00 | 0.00 | 1,057.00 | 0.00 |
| 1/1/2007 | | RIGHTWAY ELECTRICAL SERVICES, INC | SLP / 5 | 1,076.20 | 0.00 | 1,076.20 | 0.00 |
| 1/1/2007 | | W.W. GRAINGER INC. | SLP / 5 | 2,081.93 | 0.00 | 2,081.93 | 0.00 |
| 1/1/2007 | | MCMASTER CARR | SLP / 5 | 3,567.43 | 0.00 | 3,567.43 | 0.00 |
| 1/1/2007 | | HEWEY WELDING & FABRICATION | SLP / 5 | 3,634.52 | 0.00 | 3,634.52 | 0.00 |
| 1/1/2007 | | MENTOR GROUP | SLP / 5 | 5,656.60 | 0.00 | 5,656.60 | 0.00 |
| 1/1/2007 | | XACTICS | SLP / 5 | 6,000.00 | 0.00 | 6,000.00 | 0.00 |
| 1/1/2007 | | MENTOR GROUP | SLP / 5 | 6,710.12 | 0.00 | 6,710.12 | 0.00 |
| 1/1/2007 | | STIRLING EQUIPMENT & SYSTEMS, INC. | SLP / 5 | 10,795.00 | 0.00 | 10,795.00 | 0.00 |
| 1/1/2007 | | BUTLER BROTHERS INDUSTRIAL SUPPLY | SLP / 5 | 11,035.92 | 0.00 | 11,035.92 | 0.00 |
| 1/1/2007 | | SEBAGO SCALES | SLP / 5 | 11,334.59 | 0.00 | 11,334.59 | 0.00 |
| 1/1/2007 | | XACTICS | SLP / 5 | 14,425.00 | 0.00 | 14,425.00 | 0.00 |
| 1/1/2007 | | EQUIPMENT PURHCASE/IMMERSION MODIFICATION DEPOSIT | SLP / 5 | 15,000.00 | 0.00 | 15,000.00 | 0.00 |
| 1/1/2007 | | METTLER-TOLEDO SAFELINE, INC two metal detectors | MAN / 7 | 20,827.00 | 0.00 | 20,827.00 | 0.00 |
| 1/1/2007 | | METTLER-TOLEDO SAFELINE, INC two metal detectors | MAN / 7 | 20,876.00 | 0.00 | 20,876.00 | 0.00 |
| 1/1/2007 | | NORTHLAND INDUSTRIAL TRUCK CO., INC | SLP / 5 | 6,914.55 | 0.00 | 6,914.55 | 0.00 |
| 2/1/2007 | | KM FISH MACHINERY A/S | MAN / 7 | 114.98 | 0.00 | 114.98 | 0.00 |
| 2/1/2007 | | KM FISH MACHINERY A/S | MAN / 7 | 400.53 | 0.00 | 400.53 | 0.00 |
| 2/1/2007 | | BUTLER BROTHERS INDUSTRIAL SUPPLY | SLP / 5 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| 2/1/2007 | | KM FISH MACHINERY A/S | MAN / 7 | 911.41 | 0.00 | 911.41 | 0.00 |
| 2/1/2007 | | MCMASTER CARR | SLP / 5 | 1,760.77 | 0.00 | 1,760.77 | 0.00 |
| 2/1/2007 | | MENTOR GROUP CONVEYOR UPGRADE | SLP / 5 | 3,812.20 | 0.00 | 3,812.20 | 0.00 |
| 2/1/2007 | | CONTROLLED ENVIRONMENT STRUCTURES | SLP / 5 | 4,900.00 | 0.00 | 4,900.00 | 0.00 |
| 2/1/2007 | | HEWEY WELDING & FABRICATION | SLP / 5 | 5,856.77 | 0.00 | 5,856.77 | 0.00 |
| 2/1/2007 | | NORTHEAST MECHANICAL CORP. | SLP / 5 | 7,047.87 | 0.00 | 7,047.87 | 0.00 |
| 2/1/2007 | | KM FISH MACHINERY A/S | MAN / 7 | 41,641.50 | 0.00 | 41,641.50 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included          Sort #1: Asset A/C#
Include: All Assets
Method: BOOK - Std Conventions Applied

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 2/1/2007 | | DOCK & DOOR HANDLING SYSTEMS ramp | SLP / 5 | 3,671.92 | 0.00 | 3,671.92 | 0.00 |
| 3/1/2007 | | LAITRAM MACHINERY INC | SLP / 5 | 1,027.94 | 0.00 | 1,027.94 | 0.00 |
| 3/1/2007 | | AMERICAN STEEL AND ALUMINUM CORP | SLP / 5 | 1,285.67 | 0.00 | 1,285.67 | 0.00 |
| 3/1/2007 | | LAITRAM MACHINERY INC | SLP / 5 | 1,561.32 | 0.00 | 1,561.32 | 0.00 |
| 3/1/2007 | | HEWEY WELDING & FABRICATION | SLP / 5 | 1,578.00 | 0.00 | 1,578.00 | 0.00 |
| 3/1/2007 | | C&H DISTRIBUTORS, INC. | SLP / 5 | 2,289.23 | 0.00 | 2,289.23 | 0.00 |
| 3/1/2007 | | HEWEY WELDING & FABRICATION | SLP / 5 | 2,396.00 | 0.00 | 2,396.00 | 0.00 |
| 3/1/2007 | | SPARKS BELTING COMPANY | SLP / 5 | 3,170.31 | 0.00 | 3,170.31 | 0.00 |
| 3/1/2007 | | DIVERSIFIED PUMP AND COMPRESSOR | SLP / 5 | 5,603.13 | 0.00 | 5,603.13 | 0.00 |
| 3/1/2007 | | BUTLER BROTHERS INDUSTRIAL SUPPLY STRAPPER | SLP / 5 | 11,035.92 | 0.00 | 11,035.92 | 0.00 |
| 3/1/2007 | | KM FISH MACHINERY A/S | MAN / 7 | 13,271.54 | 0.00 | 13,271.54 | 0.00 |
| 3/1/2007 | | METTLER-TOLEDO SAFELINE, INC | MAN / 7 | 14,526.05 | 0.00 | 14,526.05 | 0.00 |
| 3/1/2007 | | KM FISH MACHINERY A/S | MAN / 7 | 27,153.37 | 0.00 | 27,153.37 | 0.00 |
| 3/1/2007 | | KM FISH MACHINERY A/S | MAN / 7 | 110,572.46 | 0.00 | 110,572.46 | 0.00 |
| 3/1/2007 | | NORTHEAST MECHANICAL CORP. | SLP / 5 | 729.50 | 0.00 | 729.50 | 0.00 |
| 3/1/2007 | | NORTHEAST MECHANICAL CORP. | SLP / 5 | 729.50 | 0.00 | 729.50 | 0.00 |
| 4/1/2007 | | INTRALOX LLC | SLP / 5 | 1,776.13 | 0.00 | 1,776.13 | 0.00 |
| 4/1/2007 | | LEAVITT & PARRIS, INC | SLP / 5 | 2,948.20 | 0.00 | 2,948.20 | 0.00 |
| 4/1/2007 | | MATERIAL HANDLING SALES, INC. | SLP / 5 | 3,680.56 | 0.00 | 3,680.56 | 0.00 |
| 4/1/2007 | | CROWN LIFT TRUCKS | SLP / 5 | 42,783.20 | 0.00 | 42,783.20 | 0.00 |
| 5/1/2007 | | NORTHEAST MECHANICAL CORP. | SLP / 5 | 1,459.00 | 0.00 | 1,459.00 | 0.00 |
| 5/1/2007 | | HAYES PUMP INC. | SLP / 5 | 2,448.43 | 0.00 | 2,448.43 | 0.00 |
| 6/1/2007 | | RAFEAL'S TRUCKING | SLP / 5 | 2,320.00 | 0.00 | 2,320.00 | 0.00 |
| 6/1/2007 | | SAEPLAST CANADA | SLP / 5 | 339.30 | 0.00 | 339.30 | 0.00 |
| 6/1/2007 | | LAITRAM MACHINERY INC | SLP / 5 | 2,115.83 | 0.00 | 2,115.83 | 0.00 |
| 6/1/2007 | | SAEPLAST CANADA | SLP / 5 | 5,020.00 | 0.00 | 5,020.00 | 0.00 |
| 9/1/2007 | | BONAR INDUSTRIES INC. bubbler | SLP / 5 | 5,559.30 | 0.00 | 5,559.30 | 0.00 |
| 9/1/2007 | | SPARKS BELTING COMPANY | SLP / 5 | 1,296.00 | 0.00 | 1,296.00 | 0.00 |
| 10/1/2007 | | KX ENTERPRISES LTD. | SLP / 5 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| 10/1/2007 | | KX ENTERPRISES LTD. | SLP / 5 | 2,500.00 | 0.00 | 2,500.00 | 0.00 |
| 11/1/2007 | | GF ROOM STANDS, NUMBER 1 SUMP COVER | SLP / 5 | 2,633.92 | 0.00 | 2,633.92 | 0.00 |
| 11/1/2007 | | MISC CHARGES | SLP / 5 | 4,000.00 | 0.00 | 4,000.00 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Moth/Llfo | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|-----------|-------------|----------------|
| 12/1/2007 | | CCA/WESCO#7581 COMMERCIAL EQUIPMENT | SLP / 5 | 1,899.00 | 0.00 | 1,899.00 | 0.00 |
| 12/29/2007 | | F.W. WEBB COMPANY DRAINS | SLP / 5 | 364.00 | 0.00 | 364.00 | 0.00 |
| 12/29/2007 | | F.W. WEBB COMPANY DRAINS | SLP / 5 | 1,831.54 | 0.00 | 1,831.54 | 0.00 |
| 12/29/2007 | | SAEPLAST CANADA DEFROSTING SYSTEMS | SLP / 5 | 24.80 | 0.00 | 24.80 | 0.00 |
| 12/29/2007 | | HEWEY WELDING & FABRICATION | SLP / 5 | 975.75 | 0.00 | 975.75 | 0.00 |
| 12/29/2007 | | LAITRAM MACHINERY INC | SLP / 5 | 1,211.44 | 0.00 | 1,211.44 | 0.00 |
| 12/29/2007 | | HEWEY WELDING & FABRICATION | SLP / 5 | 1,213.40 | 0.00 | 1,213.40 | 0.00 |
| 12/29/2007 | | HEWEY WELDING & FABRICATION | SLP / 5 | 1,256.55 | 0.00 | 1,256.55 | 0.00 |
| 12/29/2007 | | CONTROLLED ENVIRONMENT STRUCTURES | SLP / 5 | 1,500.00 | 0.00 | 1,500.00 | 0.00 |
| 12/29/2007 | | ZAJAC, LLC | SLP / 5 | 1,875.78 | 0.00 | 1,875.78 | 0.00 |
| 12/29/2007 | | HEWEY WELDING & FABRICATION | SLP / 5 | 3,640.00 | 0.00 | 3,640.00 | 0.00 |
| 12/29/2007 | | SAEPLAST CANADA DEFROSTING SYSTEMS | SLP / 5 | 4,977.12 | 0.00 | 4,977.12 | 0.00 |
| 12/29/2007 | | HI-TECH INSULATION SERVICES | SLP / 5 | 5,341.79 | 0.00 | 5,341.79 | 0.00 |
| 12/29/2007 | | CONTROLLED ENVIRONMENT STRUCTURES | SLP / 5 | 9,680.00 | 0.00 | 9,680.00 | 0.00 |
| 12/29/2007 | | CONTROLLED ENVIRONMENT STRUCTURES | SLP / 5 | 17,540.00 | 0.00 | 17,540.00 | 0.00 |
| 12/29/2007 | | SAEPLAST CANADA DEFROSTING SYSTEMS | SLP / 5 | 37,800.00 | 0.00 | 37,800.00 | 0.00 |
| 12/29/2007 | | LAITRAM MACHINERY INC | SLP / 5 | 42,160.44 | 0.00 | 42,160.44 | 0.00 |
| 12/29/2007 | | NORTHEAST MECHANICAL CORP. TANK SYSTEM | SLP / 5 | 2,320.50 | 0.00 | 2,320.50 | 0.00 |
| 12/29/2007 | | NORTHEAST MECHANICAL CORP. TANK SYSTEM | SLP / 5 | 2,320.50 | 0.00 | 2,320.50 | 0.00 |
| 12/30/2007 | | CUSTOM GRATE | SLP / 5 | 5,755.94 | 0.00 | 5,755.94 | 0.00 |
| 12/30/2007 | | KM FISHY | SLP / 5 | 10,060.09 | 0.00 | 10,060.09 | 0.00 |
| 12/30/2007 | | STAINLESS STEEL DEFROST TUB & CLOSED TOP LID | SLP / 5 | 22,951.35 | 0.00 | 22,951.35 | 0.00 |
| 2/1/2008 | | ELECTRICAL WORK 12-9-07 TO 02-01-08 | SLP / 1 | 12,917.62 | 0.00 | 12,917.62 | 0.00 |
| 2/19/2008 | | STAINLESS PAINT REDUCER M2 MOUNTING POSITION | SLP / 5 | 2,203.16 | 0.00 | 2,203.16 | 0.00 |
| 4/7/2008 | | KYOCERA PRINTER/COPIER/SCANNER | SLP / 3 | 3,710.70 | 0.00 | 3,710.70 | 0.00 |
| 4/22/2008 | | FEED WATER TANK AND PIPING | SLP / 5 | 5,736.00 | 0.00 | 5,736.00 | 0.00 |
| 5/21/2008 | | CISCO CATALYST 3560 FAST ETHERNET SWITCH | SLP / 3 | 1,876.00 | 0.00 | 1,876.00 | 0.00 |
| 5/22/2008 | | SONY ADVANCED INTELLIGENT TAP DRIVE | SLP / 3 | 2,655.00 | 0.00 | 2,655.00 | 0.00 |
| 5/23/2008 | | ?DELL COMPUTER EQUIPMENT | SLP / 3 | 1,980.62 | 0.00 | 1,980.62 | 0.00 |
| 5/24/2008 | | 4 COMPUTERS | SLP / 3 | 2,662.81 | 0.00 | 2,662.81 | 0.00 |
| 7/31/2008 | | GOWNING ROOM WORK | SLP / 5 | 9,120.00 | 0.00 | 9,120.00 | 0.00 |
| 9/18/2008 | | MET-2460NFS SHELF 24X60 SOLID & MET 74PS POST 74"S | SLP / 5 | 2,293.20 | 0.00 | 2,293.20 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets:  1,175 of 1,175 Included
Include:  All Assets
Method:  BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 9/19/2008 | | ZEBRA PRINTER | SLP / 3 | 2,532.63 | 0.00 | 2,532.63 | 0.00 |
| 11/30/2008 | | PRODUCTION DATABASE-2-OPTIPLEX 755 SMALL FORM FACT | SLP / 5 | 1,445.85 | 0.00 | 1,445.85 | 0.00 |
| 11/30/2008 | | PRODUCTION DATABASE-2-OPTIPLEX 740 DESKTOPS | SLP / 5 | 1,644.30 | 0.00 | 1,644.30 | 0.00 |
| 11/30/2008 | | PRODUCTION DATABASE-12-WATERPROOF KEYBOARDS, MIGHT | SLP / 5 | 3,083.00 | 0.00 | 3,083.00 | 0.00 |
| 11/30/2008 | | 5 SAGE PRO 200 V5.0 LICENSES W/SOFTWARE ASSURANCE | SLP / 3 | 6,557.78 | 0.00 | 6,557.78 | 0.00 |
| 11/30/2008 | | PRODUCTION DATABASE-12-17 ND1750 INTEGRATED THIN C | SLP / 5 | 5,606.87 | 0.00 | 5,606.87 | 0.00 |
| 12/6/2008 | | 4500# CAPACITY 24 VOLT WALKIE PALLET JACK-CROWN LE | SLP / 5 | 6,020.66 | 0.00 | 6,020.66 | 0.00 |
| 12/6/2008 | | 4500# CAPACITY 24 VOLT WALKIE PALLET JACK-CROWN LE | SLP / 5 | 6,020.66 | 0.00 | 6,020.66 | 0.00 |
| 12/8/2008 | | OFFICE RECONFIGURATION | SLP / 7 | 26,137.54 | 0.00 | 26,137.54 | 0.00 |
| 12/17/2008 | | 10 MICROSOFT ACCESS 2007 LICENSES | SLP / 3 | 2,467.50 | 0.00 | 2,467.50 | 0.00 |
| 12/17/2008 | | 3 STAINLESS STEEL TABLES 24"X24"X30"H | SLP / 5 | 2,688.56 | 0.00 | 2,688.56 | 0.00 |
| 12/18/2008 | | PRODUCTION DATABASE-NEW TERMINAL SERVICER WITH DRI | SLP / 5 | 10,784.45 | 0.00 | 10,784.45 | 0.00 |
| 12/22/2008 | | 15' SELF CONTAINED COMPACTOR | SLP / 7 | 26,711.00 | 0.00 | 26,711.00 | 0.00 |
| 12/27/2008 | | 5 105SL 203 DPI ZEBRANET PRINTERS & PRINTSERVER | SLP / 3 | 13,384.20 | 0.00 | 13,384.20 | 0.00 |
| 12/27/2008 | | 5 HEATER AND NEMA ENCLOSURE PRINTERS | SLP / 3 | 4,194.75 | 0.00 | 4,194.75 | 0.00 |
| 12/27/2008 | | 2 ITTK TUTHILL AIR BLOWERS | MAN / 5 | 9,326.37 | 0.00 | 9,326.37 | 0.00 |
| 12/28/2008 | | COMPUTER TERMINAL STANDS DATABASE 2 TABLES AND 4 W | SLP / 3 | 3,387.20 | 0.00 | 3,387.20 | 0.00 |
| 12/28/2008 | | HONDA SNOWBLOWER HS724WA | SLP / 3 | 1,815.45 | 0.00 | 1,815.45 | 0.00 |
| 1/2/2009 | | SHED | SLP / 5 | 1,395.00 | 0.00 | 1,395.00 | 0.00 |
| 1/5/2009 | | 3 UNHEATED AIR CURTAINS | SLP / 3 | 6,436.83 | 0.00 | 6,436.83 | 0.00 |
| 1/22/2009 | | 12 REPUBLIC STORAGE SYSTEM LOCKERS(BLUE) | SLP / 7 | 3,030.00 | 0.00 | 3,030.00 | 0.00 |
| 4/9/2009 | | CL II ROTATOR ASSEMBLY(FACTORY RECONDITIONED R4R) | SLP / 7 | 3,681.25 | 0.00 | 3,681.25 | 0.00 |
| 6/11/2009 | | FREEZER DOUBLE DOOR CABINET(USED) & FAN MOTORS | SLP / 7 | 38,999.26 | 0.00 | 38,999.26 | 0.00 |
| 6/11/2009 | | INDOOR EXPANDABLE WALK-IN STORAGE COOLER 11'X7'X9' | SLP / 7 | 19,480.00 | 0.00 | 19,480.00 | 0.00 |
| 7/12/2009 | | UNHEATED AIR CURTAIN(2) | SLP / 5 | 1,757.64 | 0.00 | 1,757.64 | 0.00 |
| 8/9/2009 | | 2 M2200 PL 3000 SCALES | SLP / 5 | 8,540.00 | 0.00 | 8,540.00 | 0.00 |
| 8/9/2009 | | EZ LIFT C300 FILM LOADER IP65 CONTROLS & FORK ATTA | SLP / 5 | 14,285.00 | 0.00 | 14,285.00 | 0.00 |
| 8/9/2009 | | 1 M2200 PL 3000 SCALES | SLP / 5 | 2,135.00 | 0.00 | 2,135.00 | 0.00 |
| 8/9/2009 | | 1 M2200 PL 3000 SCALES | SLP / 5 | 2,135.00 | 0.00 | 2,135.00 | 0.00 |
| 8/9/2009 | | 1M2200 PL3000 MAREL SCALE | SLP / 5 | 4,270.00 | 0.00 | 4,270.00 | 0.00 |
| 8/9/2009 | | 2 WORK TABLES STAINLESS STEEL TOPS 30"X72" | SLP / 5 | 1,998.12 | 0.00 | 1,998.12 | 0.00 |
| 9/25/2009 | | CHLORINE METER | SLP / 5 | 3,605.10 | 0.00 | 3,605.10 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included　　Sort #1: Asset A/C#
Include: All Assets
Method: BOOK - Std Conventions Applied

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|---|---|---|---|---|---|---|---|
| 10/1/2009 | | SINGLE CHAMBER VACUUM | SLP / 5 | 11,963.06 | 0.00 | 11,963.06 | 0.00 |
| 10/5/2009 | | ULTRAVAC 550 STJ | SLP / 3 | 5,735.50 | 0.00 | 5,735.50 | 0.00 |
| 10/5/2009 | | ULTRAVAC 550 STJ | SLP / 3 | 5,735.50 | 0.00 | 5,735.50 | 0.00 |
| 10/23/2009 | | DOCK LEVELER CFP | SLP / 5 | 24,486.00 | 0.00 | 24,486.00 | 0.00 |
| 11/1/2009 | | PALLET JACK CFP | SLP / 3 | 6,365.40 | 0.00 | 6,365.40 | 0.00 |
| 11/16/2009 | | CHLORING METER CFP | SLP / 5 | 3,142.90 | 0.00 | 3,142.90 | 0.00 |
| 11/16/2009 | | CFP COPIER | SLP / 3 | 3,512.25 | 0.00 | 3,512.25 | 0.00 |
| 11/16/2009 | | DELL COMPUTERS-CFP | SLP / 3 | 4,313.41 | 0.00 | 4,313.41 | 0.00 |
| 11/16/2009 | | DEFROST BINS CFP | SLP / 5 | 6,215.00 | 0.00 | 6,215.00 | 0.00 |
| 11/16/2009 | | PLATFORM SCAL SYSTEM CFP | SLP / 3 | 10,292.14 | 0.00 | 10,292.14 | 0.00 |
| 11/16/2009 | | BRC PHONE SYSTEM CFP | SLP / 5 | 12,148.16 | 0.00 | 12,148.16 | 0.00 |
| 11/16/2009 | | FURNITURE CFP | SLP / 5 | 19,561.01 | 0.00 | 19,561.01 | 0.00 |
| 11/16/2009 | | BUMP DOORS CFP | SLP / 5 | 24,145.40 | 0.00 | 24,145.40 | 0.00 |
| 11/16/2009 | | WALKIN COOLER CFP | SLP / 7 | 38,696.28 | 0.00 | 38,696.28 | 0.00 |
| 11/28/2009 | | HOSE REALS CFP | SLP / 5 | 9,825.57 | 0.00 | 9,825.57 | 0.00 |
| 11/28/2009 | | HOSE REALS STJ | SLP / 5 | 9,825.56 | 0.00 | 9,825.56 | 0.00 |
| 11/29/2009 | | FISH BUBBLER TRAYS CFP | SLP / 5 | 3,884.32 | 0.00 | 3,884.32 | 0.00 |
| 11/30/2009 | | DOCK LEVELER STJ | SLP / 5 | 25,519.75 | 0.00 | 25,519.75 | 0.00 |
| 12/3/2009 | | ROTARY SEALER STJ | SLP / 5 | 14,495.00 | 0.00 | 14,495.00 | 0.00 |
| 12/15/2009 | | crown pw3520-60watkldpallet STJ | SLP / 4 | 11,523.20 | 0.00 | 11,523.20 | 0.00 |
| 12/15/2009 | | crown shr5520-30 walklest STJ | SLP / 4 | 22,854.88 | 0.00 | 22,854.88 | 0.00 |
| 12/18/2009 | | 60 HP HURST STEAM FIRETUBE BOILER | SLP / 7 | 87,820.00 | 0.00 | 87,820.00 | 0.00 |
| 12/25/2009 | | LOCKERS CFP | SLP / 5 | 5,969.00 | 0.00 | 5,969.00 | 0.00 |
| 12/25/2009 | | ROTARY SCREEN CFP | SLP / 5 | 26,500.00 | 0.00 | 26,500.00 | 0.00 |
| 12/25/2009 | | ICE MACHINE CFP(1ST PAY) | SLP / 5 | 59,904.00 | 0.00 | 59,904.00 | 0.00 |
| 12/25/2009 | | SOP LINE DIP /SPRAY GLAZE | MAN / 7 | 13,592.33 | 0.00 | 13,592.33 | 0.00 |
| 12/25/2009 | | DOUBLE AUTOMATIC BATCH WATER COOKER | MAN / 7 | 126,323.82 | 0.00 | 126,323.82 | 0.00 |
| 12/25/2009 | | PUSH BACK RACKS CFP (1ST PAY) | SLP / 7 | 8,127.00 | 0.00 | 8,127.00 | 0.00 |
| 12/25/2009 | | COMPRESSED AIR SYSTEM | SLP / 7 | 9,320.60 | 0.00 | 9,320.60 | 0.00 |
| 12/25/2009 | | BRINE TANK STJ | SLP / 3 | 5,542.80 | 0.00 | 5,542.80 | 0.00 |
| 12/25/2009 | | DOUBLE ACTION MIXER | SLP / 3 | 11,698.00 | 0.00 | 11,698.00 | 0.00 |
| 12/25/2009 | | LINX 4900 CODING MACHINE | SLP / 5 | 10,316.08 | 0.00 | 10,316.08 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 12/25/2009 | | PORTABLE HYDRAULIC DUMPER STJ | SLP / 5 | 21,723.08 | 0.00 | 21,723.08 | 0.00 |
| 12/25/2009 | | ROTARY SCREEN STJ | SLP / 5 | 41,620.00 | 0.00 | 41,620.00 | 0.00 |
| 1/3/2010 | | SMALL ROTARY SCREEN BASE | SLP / 5 | 3,882.48 | 0.00 | 3,882.48 | 0.00 |
| 1/11/2010 | | SOP LINE DIP /SPRAY GLAZE | MAN / 7 | 36,840.90 | 0.00 | 36,840.90 | 0.00 |
| 1/14/2010 | | INSULATED CONTAINER | SLP / 5 | 9,345.00 | 0.00 | 9,345.00 | 0.00 |
| 1/14/2010 | | S-SERIES MIXER MODEL MS5P1 | SLP / 3 | 4,025.49 | 0.00 | 4,025.49 | 0.00 |
| 1/14/2010 | | LARGE ROTARY SCREEN BASES | SLP / 5 | 4,616.64 | 0.00 | 4,616.64 | 0.00 |
| 1/23/2010 | | PUSH BACK RACKS CFP (REFUND NEXT YEAR) | SLP / 7 | -467.45 | 0.00 | -467.45 | 0.00 |
| 1/23/2010 | | LINX 4900 CODING MACHINE | SLP / 5 | 1,029.00 | 0.00 | 1,029.00 | 0.00 |
| 1/24/2010 | | 3 30 LB SCALES CSOP SHRIMP SCALES | MAN / 5 | 3,769.50 | 0.00 | 3,769.50 | 0.00 |
| 1/24/2010 | | SOP SHRIMP MACHINERY WIRING AND POWER | MAN / 5 | 8,079.09 | 0.00 | 8,079.09 | 0.00 |
| 1/25/2010 | | SHRIMP CONVEYOR PANEL UPGRADE | MAN / 5 | 9,312.00 | 0.00 | 9,312.00 | 0.00 |
| 1/29/2010 | | WIRING ICE MACHINE, 2 NEW ROOFTOP CONDENSER UNITS, | SLP / 5 | 7,361.16 | 0.00 | 7,361.16 | 0.00 |
| 3/20/2010 | | STAINLESS STEEL MOBILE SECURITY CAGE WITH INTERIOR | SLP / 7 | 3,652.35 | 0.00 | 3,652.35 | 0.00 |
| 3/21/2010 | | COMPRESSED AIR SYSTEM | SLP / 7 | 14,385.39 | 0.00 | 14,385.39 | 0.00 |
| 3/21/2010 | | PUSH BACK RACKS CFP | SLP / 7 | 6,643.90 | 0.00 | 6,643.90 | 0.00 |
| 3/21/2010 | | COMPRESSED AIR SYSTEM | SLP / 7 | 39,111.48 | 0.00 | 39,111.48 | 0.00 |
| 4/17/2010 | | ICE MACHINE CFP(2ND PAY) | SLP / 5 | 29,952.00 | 0.00 | 29,952.00 | 0.00 |
| 4/28/2010 | | ROTATOR | SLP / 5 | 3,465.00 | 0.00 | 3,465.00 | 0.00 |
| 5/1/2010 | | BRC PHONE SYSTEM STJ | SLP / 5 | 21,500.00 | 0.00 | 21,500.00 | 0.00 |
| 5/4/2010 | | STAINLESS STEEL ENCLOSED WORK STATION | SLP / 5 | 2,741.50 | 0.00 | 2,741.50 | 0.00 |
| 7/2/2010 | | BADDER 47 SKINNING MACHINE | SLP / 5 | 8,000.00 | 0.00 | 8,000.00 | 0.00 |
| 10/3/2010 | | BRC PHONE SYSTEM STJ | SLP / 5 | 5,209.90 | 0.00 | 5,209.90 | 0.00 |
| 10/3/2010 | | Sensaphone | SLP / 3 | 1,746.64 | 0.00 | 1,746.64 | 0.00 |
| 11/30/2010 | | 8 INSULATED CONTAINER DEFROST INSERTS | SLP / 5 | 10,816.25 | 0.00 | 10,816.25 | 0.00 |
| 1/22/2011 | | KM 1125 FINISH PRODUCT GRADER CNP LINE | MAN / 5 | 92,674.85 | 0.00 | 92,674.85 | 0.00 |
| 1/22/2011 | | KM HARDENING CONVEYOR EXTENSTION SOP LINE | MAN / 5 | 12,206.10 | 0.00 | 12,206.10 | 0.00 |
| 4/16/2011 | | METAL DETECTOR REFURBISH | MAN / 5 | 2,900.00 | 0.00 | 2,900.00 | 0.00 |
| 5/15/2011 | | SPRAY FOAM INSULATION ON 2 10'X82" STEAM HOODS | SLP / 5 | 1,000.00 | 0.00 | 1,000.00 | 0.00 |
| 5/15/2011 | | PAINT CURBS&DRAINS-FACILITY UPGRADE & REPAIR CFP | SLP / 5 | 3,286.34 | 0.00 | 3,286.34 | 0.00 |
| 5/15/2011 | | WIRING FOR 2 CTX COOKERS&2 EXHAUST FANS | SLP / 5 | 4,439.32 | 0.00 | 4,439.32 | 0.00 |
| 5/15/2011 | | CEILING - 2011 REBUILD PROJECT SJS | SLP / 7 | 5,722.03 | 0.00 | 5,722.03 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|---|---|---|---|---|---|---|---|
| 5/15/2011 | | MECHANICAL - 2011 REBUILD PROJECT SJS | SLP / 7 | 81,085.41 | 0.00 | 81,085.41 | 0.00 |
| 5/15/2011 | | SUPPORT CAPITALIZED - 2011 REBUILD PROJECT SJS | SLP / 7 | 9,145.18 | 0.00 | 9,145.18 | 0.00 |
| 5/15/2011 | | WIRING - 2011 REBUILD PROJECT SJS | SLP / 5 | 12,979.14 | 0.00 | 12,979.14 | 0.00 |
| 5/15/2011 | | CTX EXHAUST FAN COOKER | SLP / 5 | 4,843.00 | 0.00 | 4,843.00 | 0.00 |
| 5/25/2011 | | WASHDOWN HOSE REEL SERIES 886 & BRACKETS | SLP / 5 | 5,690.85 | 0.00 | 5,690.85 | 0.00 |
| 5/26/2011 | | ABB VIDEOGRAPHIC RECORDER | SLP / 3 | 2,102.00 | 0.00 | 2,102.00 | 0.00 |
| 6/6/2011 | | FIBERGLASS SCAFFOLDING | SLP / 5 | 1,978.00 | 0.00 | 1,978.00 | 0.00 |
| 6/11/2011 | | 1 COOKER ALCOVE | SLP / 5 | 7,394.26 | 0.00 | 7,394.26 | 0.00 |
| 6/11/2011 | | 2 COOKER EXHAUST HOODS | MAN / 5 | 11,544.39 | 0.00 | 11,544.39 | 0.00 |
| 6/11/2011 | | CENTRAL FOAMING & SANITATION SYSTEM FOAM PIPING | SLP / 5 | 29,226.31 | 0.00 | 29,226.31 | 0.00 |
| 6/11/2011 | | 2 KRACK MNFG MEDIUM PROFILE EVAPORATORS | SLP / 7 | 17,533.52 | 0.00 | 17,533.52 | 0.00 |
| 6/15/2011 | | HIGH RISK COOLER | SLP / 7 | 3,508.84 | 0.00 | 3,508.84 | 0.00 |
| 6/15/2011 | | HOLDING FREEZER REBUILD | SLP / 7 | 8,935.87 | 0.00 | 8,935.87 | 0.00 |
| 6/27/2011 | | 2 TRASH HOPPERS TRUCK TILT 1 CU YD | SLP / 5 | 2,082.36 | 0.00 | 2,082.36 | 0.00 |
| 9/20/2011 | | 1 STAINLESS STEEL WORKTABLES 30"DX96"WX30"H | SLP / 5 | 6,478.44 | 0.00 | 6,478.44 | 0.00 |
| 10/2/2011 | | STAINLESS STEEL TANK INSERT-SHRINK TANK | SLP / 3 | 2,750.00 | 0.00 | 2,750.00 | 0.00 |
| 10/15/2011 | | 3 WORKHORSE SS T-316 600LB COLUMN DUMPERS PORTABLE | SLP / 5 | 52,182.63 | 0.00 | 52,182.63 | 0.00 |
| 10/15/2011 | | 40 WORKHORSE SS T-304 600 LB HD V-MAG CARTS | SLP / 5 | 32,913.62 | 0.00 | 32,913.62 | 0.00 |
| 10/15/2011 | | DOUBLE DOOR CABINET FREEZER | SLP / 7 | 44,121.00 | 0.00 | 44,121.00 | 0.00 |
| 10/17/2011 | | STAINLESS STEEL PALLET JACK ECO 1-55 | SLP / 3 | 2,144.04 | 0.00 | 2,144.04 | 0.00 |
| 10/26/2011 | | 2 ENDURA STEEL SS WORKTABLES 30"DX96"WX30"H | SLP / 3 | 3,300.00 | 0.00 | 3,300.00 | 0.00 |
| 10/27/2011 | | SONY VAIO LAPTOP | SLP / 3 | 5,789.29 | 0.00 | 5,789.29 | 0.00 |
| 10/29/2011 | | STAINLESS STEEL BENCH QS2424 | SLP / 3 | 1,821.86 | 0.00 | 1,821.86 | 0.00 |
| 12/1/2011 | | SOP COOKER HOOD(FABRICATION AND INSTALLATION) | MAN / 5 | 8,980.00 | 0.00 | 8,980.00 | 0.00 |
| 12/11/2011 | | HEATER INSTALLATIONS | SLP / 7 | 11,687.88 | 0.00 | 11,687.88 | 0.00 |
| 12/12/2011 | | WS3A60 B PUMP FOR PIT | SLP / 3 | 5,568.50 | 0.00 | 5,568.50 | 0.00 |
| 12/16/2011 | | CHLORINE LMI PUMP, TUBING, PARTS | SLP / 3 | 2,735.28 | 0.00 | 2,735.28 | 0.00 |
| 12/16/2011 | | 2 CHLORINE LMI PUMPS, TUBING & PARTS | SLP / 3 | 5,470.57 | 0.00 | 5,470.57 | 0.00 |
| 12/16/2011 | | 5 GPS UNITS FOR TRUCKS | SLP / 3 | 2,944.31 | 0.00 | 2,944.31 | 0.00 |
| 4/17/2012 | | TRENTON CONDENSING UNIT(PACKING FREEZER) | SLP / 5 | 6,551.63 | 0.00 | 6,551.63 | 0.00 |
| 4/23/2012 | | EZ LIFT ROLLSTOCK & MATERIAL HANDLING SYSTEM | SLP / 5 | 14,595.00 | 0.00 | 14,595.00 | 0.00 |
| 6/8/2012 | | IMPELLER 260MM MX & WEAR RING400SS AM240-260 VOLUT | SLP / 5 | 2,681.88 | 0.00 | 2,681.88 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 7/1/2012 | | SHIPCO FEED WATER TANK | SLP / 3 | 7,013.08 | 0.00 | 7,013.08 | 0.00 |
| 7/1/2012 | | OFFICE FURNITURE UNION WHARF | SLP / 5 | 4,973.75 | 0.00 | 4,973.75 | 0.00 |
| 8/1/2012 | | 2 CUSTOM SS SHELVES ON ROLLING COASTERS | SLP / 3 | 5,449.96 | 0.00 | 5,449.96 | 0.00 |
| 8/7/2012 | | HIGH RISK SHELVING CARTS | SLP / 5 | 4,969.96 | 0.00 | 4,969.96 | 0.00 |
| 8/20/2012 | | STAINLESS STEEL CLEAN ROOM TABLE 30X96X34 | SLP / 5 | 7,162.40 | 0.00 | 7,162.40 | 0.00 |
| 9/1/2012 | | 2 DRY WELLS & 1 BRASS INSERT DRY WELL | SLP / 3 | 2,874.99 | 0.00 | 2,874.99 | 0.00 |
| 9/1/2012 | | SJS OFFICE RECONFIGURATION | SLP / 3 | 4,204.42 | 0.00 | 4,204.42 | 0.00 |
| 10/1/2012 | | 39 YARD SELF CONTAINED COMPACTOR MODEL 265X39 | SLP / 5 | 42,622.07 | 0.00 | 42,622.07 | 0.00 |
| 10/1/2012 | | BUTCHER BELT INFEED TO GRADER FOR FRONT ENDS | SLP / 3 | 2,630.00 | 0.00 | 2,630.00 | 0.00 |
| 10/1/2012 | | BIRO FIXED HEAD MEAT SAW (BAND SAW) W SS WHEEL SET | SLP / 5 | 6,965.18 | 0.00 | 6,965.18 | 0.00 |
| 10/19/2012 | | SLANT SAW UPGRADE SS WHEELS | SLP / 5 | 3,750.00 | 0.00 | 3,750.00 | 0.00 |
| 11/2/2012 | | BIRO FIXEDHEAD MEAT SAW 3HP MOTOR | SLP / 5 | 7,472.43 | 0.00 | 7,472.43 | 0.00 |
| 11/12/2012 | | SS TABLE UPGRADE(FABRICATE OLD TABLE INTO 2 TABLES | SLP / 5 | 3,129.00 | 0.00 | 3,129.00 | 0.00 |
| 12/1/2012 | | HEAVY DUTY SS 5 DRAWER CABINET MOBILE 125# CAP. | SLP / 3 | 2,787.89 | 0.00 | 2,787.89 | 0.00 |
| 12/1/2012 | | OFFICE FURNITURE | SLP / 3 | 1,937.21 | 0.00 | 1,937.21 | 0.00 |
| 12/1/2012 | | PHONE SYSTEM UW 6 LINES,8 DIG PHONES,4 ANALOG ETC | SLP / 5 | 7,871.22 | 0.00 | 7,871.22 | 0.00 |
| 12/1/2012 | | COMPACTOR 8 YD FRONT LOAD ACCU PAK 5HP UNIT | SLP / 5 | 13,330.75 | 0.00 | 13,330.75 | 0.00 |
| 12/18/2012 | | AIRSHIRZ LITEBX-2 PAIR | SLP / 3 | 4,114.69 | 0.00 | 4,114.69 | 0.00 |
| 1/22/2013 | | ARIENS SNOWBLOWER | SLP / 3 | 3,044.99 | 0.00 | 3,044.99 | 0.00 |
| 1/22/2013 | | ARIENS SNOWBLOWER | SLP / 3 | 3,044.99 | 0.00 | 3,044.99 | 0.00 |
| 2/1/2013 | | 2 DOME CAMERAS | SLP / 5 | 532.80 | 0.00 | 532.80 | 0.00 |
| 2/1/2013 | | SS BALDOR ELECTRIC LONG SHAFT NEW MOTORS 16 | SLP / 5 | 24,454.34 | 0.00 | 24,454.34 | 0.00 |
| 3/1/2013 | | HOSHIZAKI SUSHI BAR WITH BUILT IN REFRIGERATOR | SLP / 5 | 6,125.00 | 0.00 | 6,125.00 | 0.00 |
| 6/1/2013 | | 2007 FUEL SYSTEM | SLP / 3 | 2,049.44 | 0.00 | 2,049.44 | 0.00 |
| 6/1/2013 | | 2007 FUEL SYSTEM | SLP / 3 | 2,657.94 | 0.00 | 2,657.94 | 0.00 |
| 6/1/2013 | | GANGWAY & 4 FLOATS | SLP / 3 | 12,127.27 | 0.00 | 12,127.27 | 0.00 |
| 6/1/2013 | | WHEELS FOR COOKER-SS V GROOVED CASTERS 8 | SLP / 5 | 2,178.10 | 0.00 | 2,178.10 | 0.00 |
| 6/1/2013 | | 3 PASS DOORS(JAMS AND HARDWARE) FIBERGLASS | SLP / 5 | 10,980.00 | 0.00 | 10,980.00 | 0.00 |
| 6/1/2013 | | 3 WORKHORSE PORTABLE COLUMN DUMPERS | SLP / 5 | 55,537.00 | 0.00 | 55,537.00 | 0.00 |
| 6/1/2013 | | HP STORAGE WORKS ULTRIUM 920 TAPE DRIVE EXTERNAL | SLP / 5 | 2,523.15 | 0.00 | 2,523.15 | 0.00 |
| 6/1/2013 | | CONCRETE WORK-NEW COMPACTOR EQUIPMENT | SLP / 7 | 5,529.00 | 0.00 | 5,529.00 | 0.00 |
| 6/1/2013 | | GRADER MARELEC M3/6-6025-DH N 4243 LOBSTER | SLP / 5 | 36,120.49 | 0.00 | 36,120.49 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Moth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|---|---|---|---|---|---|---|---|
| 6/1/2013 | | VCR CARRIAGE REPLACEMENT(LIFT) | SLP / 5 | 4,400.00 | 0.00 | 4,400.00 | 0.00 |
| 6/1/2013 | | 20 VMAG CARTS WITH DRAINS(10-500LB, 10-400LB) | SLP / 5 | 14,660.00 | 0.00 | 14,660.00 | 0.00 |
| 6/1/2013 | | HONEYWELL HRDP 16CH 2TB HARD DRIVE DVR CCTV SJS | SLP / 5 | 2,723.00 | 0.00 | 2,723.00 | 0.00 |
| 6/1/2013 | | TUB DUMPER FOR BAIT | SLP / 5 | 7,500.00 | 0.00 | 7,500.00 | 0.00 |
| 6/1/2013 | | BUTCHER CONVEYOR | SLP / 7 | 11,870.00 | 0.00 | 11,870.00 | 0.00 |
| 6/1/2013 | | CLAW/LEG/BODY CONVEYOR | SLP / 7 | 12,984.50 | 0.00 | 12,984.50 | 0.00 |
| 6/1/2013 | | RAW LOBSTER CONVEYOR | SLP / 7 | 9,332.09 | 0.00 | 9,332.09 | 0.00 |
| 6/1/2013 | | LOBSTER LINE IN SERVICE COSTS 2013 | SLP / 7 | 48,780.58 | 0.00 | 48,780.58 | 0.00 |
| 6/10/2013 | | HURST BOILER OVERHAUL | SLP / 3.5 | 6,312.32 | 0.00 | 6,312.32 | 0.00 |
| 6/15/2013 | | SOCKET/LEG COOLING TANK | SLP / 7 | 7,913.04 | 0.00 | 7,913.04 | 0.00 |
| 6/17/2013 | | TAIL TANK 1/2 | SLP / 7 | 12,179.11 | 0.00 | 12,179.11 | 0.00 |
| 6/17/2013 | | TAIL TANK 2/2 | SLP / 7 | 12,179.11 | 0.00 | 12,179.11 | 0.00 |
| 6/24/2013 | | CLAW  & ARM COOLING TANK | SLP / 7 | 9,947.72 | 0.00 | 9,947.72 | 0.00 |
| 6/26/2013 | | GRADER & MAREL SCALE MAJOR REPAIR WORK | SLP / 3 | 2,645.00 | 0.00 | 2,645.00 | 0.00 |
| 6/30/2013 | | CLAW KNUCKLE PICKING LINE | SLP / 7 | 106,632.54 | 0.00 | 106,632.54 | 0.00 |
| 7/2/2013 | | CCTV UNIT AT UNION WHARF | SLP / 5 | 1,080.00 | 0.00 | 1,080.00 | 0.00 |
| 7/7/2013 | | SOCKET/LEG CONVEYOR | SLP / 7 | 34,712.42 | 0.00 | 34,712.42 | 0.00 |
| 7/7/2013 | | WASTE BELT CONVEYOR | SLP / 7 | 15,981.37 | 0.00 | 15,981.37 | 0.00 |
| 7/14/2013 | | WASTE INCLINE BELT | SLP / 7 | 5,307.00 | 0.00 | 5,307.00 | 0.00 |
| 7/24/2013 | | CCVT UNIT AT CFP | SLP / 5 | 2,930.00 | 0.00 | 2,930.00 | 0.00 |
| 7/29/2013 | | BRINE SINK | SLP / 7 | 5,165.00 | 0.00 | 5,165.00 | 0.00 |
| 7/29/2013 | | CART(FOR GLUE MACHINE) | SLP / 7 | 2,435.00 | 0.00 | 2,435.00 | 0.00 |
| 8/1/2013 | | 25 WORKHORSE 600LB V-MAG CARTS | SLP / 5 | 20,382.49 | 0.00 | 20,382.49 | 0.00 |
| 8/1/2013 | | PROXIMITY SENSOR 30MM DC PNP XS6 | SLP / 3 | 1,192.72 | 0.00 | 1,192.72 | 0.00 |
| 8/8/2013 | | AJAX BOILER MAJOR REPAIR | SLP / 3 | 3,055.02 | 0.00 | 3,055.02 | 0.00 |
| 9/8/2013 | | CONTROL MODULES LOBSTER LINE | SLP / 7 | 8,024.95 | 0.00 | 8,024.95 | 0.00 |
| 9/8/2013 | | MINCE MACHINE UPGRADE | SLP / 7 | 4,610.00 | 0.00 | 4,610.00 | 0.00 |
| 9/8/2013 | | DURA DRIVE PLUS NEW LOBSTER LINE | SLP / 7 | 2,145.90 | 0.00 | 2,145.90 | 0.00 |
| 9/8/2013 | | DURA DRIVE PLUS NEW LOBSTER LINE | SLP / 7 | 2,144.17 | 0.00 | 2,144.17 | 0.00 |
| 9/13/2013 | | TELESCOPE BELT TAKE UP STAINLESS STEEL | SLP / 5 | 2,680.42 | 0.00 | 2,680.42 | 0.00 |
| 9/13/2013 | | EVAPORATOR OVERHAUL | SLP / 5 | 3,114.16 | 0.00 | 3,114.16 | 0.00 |
| 9/15/2013 | | BURKERT 316L TYPE 2712 HIGH PRESSURE VALVE | SLP / 3 | 1,833.54 | 0.00 | 1,833.54 | 0.00 |

13 PERIODS ABBREVIATED DEPRECIATION REPORT
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included          Sort #1: Asset A/C#
Include: All Assets
Method: BOOK - Std Conventions Applied

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|---|---|---|---|---|---|---|---|
| 9/25/2013 | | 600 DPI PRINTER 110X14 (1 PRINTER) | SLP / 3 | 3,988.00 | 0.00 | 3,988.00 | 0.00 |
| 9/27/2013 | | METAL DETECTOR MODULE | SLP / 3 | 1,410.00 | 0.00 | 1,410.00 | 0.00 |
| 10/1/2013 | | CLAW & ARM COOLING TANK MODULE 2 | SLP / 7 | 769.76 | 0.00 | 769.76 | 0.00 |
| 10/1/2013 | | CLAW & KNUCKLE PICKING LINE MODULE 2 | SLP / 7 | 2,813.47 | 0.00 | 2,813.47 | 0.00 |
| 10/1/2013 | | WASTE BELT CONVEYOR MODULE 2 | SLP / 7 | 4,488.74 | 0.00 | 4,488.74 | 0.00 |
| 10/4/2013 | | SS WORK STAND AND 1 ADJ HEIGHT SS TOP WORKTABLES | SLP / 5 | 1,179.54 | 0.00 | 1,179.54 | 0.00 |
| 11/1/2013 | | MAREL SCALE MAJOR REPAIR | SLP / 3 | 5,342.00 | 0.00 | 5,342.00 | 0.00 |
| 11/1/2013 | | BUSCH VACUUM PUMP RA0083.E506.1001 OVERHAUL | SLP / 3 | 1,820.90 | 0.00 | 1,820.90 | 0.00 |
| 11/1/2013 | | FAIRBANKS MODEL QS 9X9 BENCH SCALE | SLP / 3 | 1,318.75 | 0.00 | 1,318.75 | 0.00 |
| 11/14/2013 | | OVERHAUL BUSCH VACUUM PUMP MODEL RA0100E5761021 | SLP / 3 | 2,253.82 | 0.00 | 2,253.82 | 0.00 |
| 11/21/2013 | | INSTALL ELECTRICAL FOR COMPACTOR | SLP / 7 | 1,352.88 | 0.00 | 1,352.88 | 0.00 |
| 12/1/2013 | | LOBSTER LINE MISC ADJUSTMENTS 2013 | SLP / 7 | 5,233.00 | 0.00 | 5,233.00 | 0.00 |
| 12/1/2013 | | SOCKET/LEG CONVEYOR MODULE 2 | SLP / 7 | 15,601.44 | 0.00 | 15,601.44 | 0.00 |
| 12/11/2013 | | OptiPlex 71010 Desktop Computer | SLP / 3 | 948.40 | 0.00 | 948.40 | 0.00 |
| 12/11/2013 | | OptiPlex 71010 Desktop Computer | SLP / 3 | 948.40 | 0.00 | 948.40 | 0.00 |
| 12/20/2013 | | PACKING STATION HR | SLP / 7 | 11,368.37 | 0.00 | 11,368.37 | 0.00 |
| 1/1/2014 | | Cozy Harbor Seafood Website | SLP / 3 | 33,193.75 | 0.00 | 33,193.75 | 0.00 |
| 3/15/2014 | | BUTCHER TABLE MODIFICATIONS FISH LINE | SLP / 3 | 1,118.70 | 0.00 | 1,118.70 | 0.00 |
| 3/15/2014 | | 5 FISH STANDS FABRICATION/LABOR | SLP / 5 | 2,404.20 | 0.00 | 2,404.20 | 0.00 |
| 6/1/2014 | | MARALEC PRODUCTION MANAGEMENT SOFTWARE | SLP / 3 | 2,543.45 | 0.00 | 2,543.45 | 0.00 |
| 6/1/2014 | | SECURITY SYSTEM UPGRADE 2014 | SLP / 5 | 956.00 | 0.00 | 956.00 | 0.00 |
| 6/1/2014 | | 2014 TRIM LINE REBUILD | SLP / 5 | 14,505.79 | 0.00 | 14,505.79 | 0.00 |
| 6/1/2014 | | 2014 LOBSTER LINE REBUILD | SLP / 5 | 8,137.77 | 0.00 | 8,137.77 | 0.00 |
| 7/2/2014 | | Fish Processing Machinery Overhaul | SLP / 5 | 4,550.01 | 0.00 | 4,550.01 | 0.00 |
| 7/7/2014 | | Fish Line 6 2' 120V High Pressure Lights | SLP / 5 | 1,772.40 | 0.00 | 1,772.40 | 0.00 |
| 8/15/2014 | | Metal Detector | SLP / 3 | 3,704.49 | 0.00 | 3,704.49 | 0.00 |
| 9/23/2014 | | ALL-TECH Weighing Systems | SLP / 5 | 1,719.66 | 0.00 | 1,719.66 | 0.00 |
| 9/25/2014 | | Condensate tank | SLP / 3 | 3,400.00 | 0.00 | 3,400.00 | 0.00 |
| 9/25/2014 | | Clutch-Fish Processing Equipment | SLP / 5 | 1,827.25 | 0.00 | 1,827.25 | 0.00 |
| 9/25/2014 | | Gearbox & Clutch-Fish Processing Equipment | SLP / 5 | 3,439.08 | 0.00 | 3,439.08 | 0.00 |
| 10/28/2014 | | Metal Detection Equipment 2014 P11 | SLP / 5 | 4,314.95 | 0.00 | 4,314.95 | 0.00 |
| 11/5/2014 | | General Electric Lighting 80 Units | SLP / 7 | 1,148.69 | 0.00 | 1,148.69 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included          Sort #1: Asset A/C#
Include: All Assets
Method: BOOK - Std Conventions Applied

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 12/11/2014 | | 2014-P12 Rebuild vacuum sealer | SLP / 3 | 1,731.22 | 0.00 | 1,731.22 | 0.00 |
| 12/24/2014 | | Fish Processor 427/185 Protective coating | SLP / 3 | 2,984.00 | 0.00 | 2,984.00 | 0.00 |
| 12/26/2014 | | 2014-P13 New pump | SLP / 3 | 3,800.00 | 0.00 | 3,800.00 | 0.00 |
| 1/12/2015 | | 2015-P01 Baader - Machine 185 CFP | SLP / 3 | 1,078.34 | 0.00 | 1,078.34 | 0.00 |
| 2/4/2015 | | 2015-P02 Machine 185 Baader In# 179117 | SLP / 7 | 2,032.78 | 0.00 | 2,032.78 | 0.00 |
| 6/1/2015 | | Steam Cooker | SLP / 7 | 25,000.00 | 0.00 | 25,000.00 | 0.00 |
| 6/1/2015 | | Steam Cooker | SLP / 7 | 4,456.08 | 0.00 | 4,456.08 | 0.00 |
| 6/1/2015 | | New Cooker parts | SLP / 5 | 1,352.95 | 0.00 | 1,352.95 | 0.00 |
| 6/1/2015 | | New Cooker parts | SLP / 7 | 130.27 | 0.00 | 130.27 | 0.00 |
| 6/1/2015 | | New Cooker | SLP / 5 | 5,500.00 | 0.00 | 5,500.00 | 0.00 |
| 6/1/2015 | | 2015-P01 Laitran Machinery - New Cooker Parts | SLP / 5 | 120.09 | 0.00 | 120.09 | 0.00 |
| 6/1/2015 | | 2015-P01 McMaster Carr - New Cooker part | SLP / 5 | 418.08 | 0.00 | 418.08 | 0.00 |
| 6/1/2015 | | Elevator Hose replacement and Installation | SLP / 7 | 1,300.44 | 0.00 | 1,300.44 | 0.00 |
| 6/1/2015 | | Weighing Equipment | SLP / 7 | 5,337.30 | 0.00 | 5,337.30 | 0.00 |
| 6/1/2015 | | CFP Trim Line | SLP / 7 | 1,584.75 | 0.00 | 1,584.75 | 0.00 |
| 6/1/2015 | | CFP Cameras | SLP / 7 | 4,322.75 | 0.00 | 4,322.75 | 0.00 |
| 6/1/2015 | | Chill Tank | SLP / 5 | 6,718.43 | 0.00 | 6,718.43 | 0.00 |
| 6/1/2015 | | Cooker | SLP / 5 | 5,690.96 | 0.00 | 5,690.96 | 0.00 |
| 6/1/2015 | | CFP Pump | SLP / 5 | 1,404.60 | 0.00 | 1,404.60 | 0.00 |
| 6/1/2015 | | Freezer Lights | SLP / 5 | 1,359.46 | 0.00 | 1,359.46 | 0.00 |
| 6/1/2015 | | Lobster Line | SLP / 5 | 15,735.22 | 0.00 | 15,735.22 | 0.00 |
| 7/3/2015 | | IPL Creates | SLP / 5 | 75,524.96 | 0.00 | 75,524.96 | 0.00 |
| 7/3/2015 | | Dock Door Upgrade | SLP / 5 | 3,966.26 | 0.00 | 3,966.26 | 0.00 |
| 7/3/2015 | | Dock Door Upgrade | SLP / 5 | 2,997.03 | 0.00 | 2,997.03 | 0.00 |
| 7/3/2015 | | Upgrade Bartender Software | SLP / 5 | 1,505.00 | 0.00 | 1,505.00 | 0.00 |
| 7/3/2015 | | Lobster Line | SLP / 7 | 6,184.15 | 0.00 | 6,184.15 | 0.00 |
| 7/27/2015 | | Manufacturing Controls Project | SLP / 5 | 58,720.62 | 0.00 | 58,720.62 | 0.00 |
| 7/27/2015 | | Sever & Switch Project | SLP / 5 | 40,550.30 | 0.00 | 40,550.30 | 0.00 |
| 7/27/2015 | | Backup Power Supply | SLP / 5 | 1,046.17 | 0.00 | 1,046.17 | 0.00 |
| 7/27/2015 | | New Cooker steam line | SLP / 5 | 2,504.79 | 0.00 | 2,504.79 | 0.00 |
| 8/8/2015 | | Metal Dectector Touch Screen | SLP / 7 | 4,346.34 | 0.00 | 4,346.34 | 0.00 |
| 8/8/2015 | | Baader 47 Rebuild | SLP / 7 | 3,055.05 | 0.00 | 3,055.05 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|-----------|-------------|----------------|
| 8/21/2015 | | New Lockers - St. John Street | SLP / 7 | 8,845.70 | 0.00 | 8,845.70 | 0.00 |
| 8/21/2015 | | Pallet Jack rebuild | SLP / 5 | 1,745.63 | 0.00 | 1,745.63 | 0.00 |
| 8/21/2015 | | Baader 185 | SLP / 3 | 2,193.82 | 0.00 | 2,193.82 | 0.00 |
| 9/9/2015 | | Stainless Steel Strapping Machine | SLP / 7 | 12,600.00 | 0.00 | 12,600.00 | 0.00 |
| 11/15/2015 | | Lighting Mixer Rebuild | SLP / 7 | 1,477.10 | 0.00 | 1,477.10 | 0.00 |
| 11/15/2015 | | 2 Custom Stainless Steel Carts | SLP / 7 | 1,877.00 | 0.00 | 1,877.00 | 0.00 |
| 12/7/2015 | | Dell OptiPlex | SLP / 5 | 2,961.64 | 0.00 | 2,961.64 | 0.00 |
| 12/7/2015 | | LOMA Metal Detector | SLP / 5 | 27,727.00 | 0.00 | 27,727.00 | 0.00 |
| 1/6/2016 | | Chill Tank Modification | SLP / 5 | 1,910.00 | 0.00 | 1,910.00 | 0.00 |
| 2/29/2016 | | Modine Heaters | SLP / 7 | 17,692.00 | 0.00 | 17,692.00 | 0.00 |
| 3/12/2016 | | CFP Strapping Machine Base | SLP / 7 | 1,050.92 | 0.00 | 1,050.92 | 0.00 |
| 4/20/2016 | | New cooker computer | SLP / 3 | 5,045.26 | 0.00 | 5,045.26 | 0.00 |
| 4/22/2016 | | New crossover conveyor | SLP / 5 | 2,230.82 | 0.00 | 2,230.82 | 0.00 |
| 4/29/2016 | | New touch screen | SLP / 5 | 4,341.68 | 0.00 | 4,341.68 | 0.00 |
| 4/29/2016 | | Pump life extension | SLP / 3 | 4,444.89 | 0.00 | 4,444.89 | 0.00 |
| 4/29/2016 | | Lobster Line Expansion | SLP / 3 | 42,069.86 | 0.00 | 42,069.86 | 0.00 |
| 4/30/2016 | | New Cooler lighting | SLP / 5 | 5,760.00 | 0.00 | 5,760.00 | 0.00 |
| 5/2/2016 | | New strapping machine | SLP / 5 | 18,011.50 | 0.00 | 18,011.50 | 0.00 |
| 5/2/2016 | | Cafeteria Tables (3) | SLP / 7 | 4,207.31 | 0.00 | 4,207.31 | 0.00 |
| 5/13/2016 | | Crossover Conveyor | SLP / 5 | 12,751.08 | 0.00 | 12,751.08 | 0.00 |
| 5/27/2016 | | Additional Crossover Conveyor | SLP / 3 | 2,792.80 | 0.00 | 2,792.80 | 0.00 |
| 5/27/2016 | | Boiler Pump | SLP / 3 | 2,054.57 | 0.00 | 2,054.57 | 0.00 |
| 5/27/2016 | | Addition Strapping Machine | SLP / 3 | 1,050.92 | 0.00 | 1,050.92 | 0.00 |
| 5/27/2016 | | Dell Computer | SLP / 3 | 2,077.97 | 0.00 | 2,077.97 | 0.00 |
| 5/27/2016 | | Pflow Lift | SLP / 3 | 1,639.07 | 0.00 | 1,639.07 | 0.00 |
| 5/27/2016 | | Loma Metal Detector | SLP / 3 | 18,958.75 | 0.00 | 18,958.75 | 0.00 |
| 5/27/2016 | | New Nitrogen plumbing | SLP / 5 | 18,008.11 | 0.00 | 18,008.11 | 0.00 |
| 6/25/2016 | | New Diagraph Power Supply | SLP / 3 | 2,446.00 | 0.00 | 2,446.00 | 0.00 |
| 6/25/2016 | | New Profile PDU Chasis Assembly | SLP / 3 | 3,087.62 | 0.00 | 3,087.62 | 0.00 |
| 6/25/2016 | | Mince waste belt | SLP / 3 | 1,740.82 | 0.00 | 1,740.82 | 0.00 |
| 6/25/2016 | | 2 All- Tech Scales | SLP / 3 | 3,630.45 | 0.00 | 3,630.45 | 0.00 |
| 6/25/2016 | | Additional LOMA Metal Detector | SLP / 5 | 15,678.00 | 0.00 | 15,678.00 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 6/25/2016 | | Additional Crossover Conveyor | SLP / 3 | 1,401.82 | 0.00 | 1,401.82 | 0.00 |
| 6/25/2016 | | Forklift | SLP / 7 | 27,838.18 | 0.00 | 27,838.18 | 0.00 |
| 7/15/2016 | | New Forklift | SLP / 7 | 16,458.00 | 0.00 | 16,458.00 | 0.00 |
| 7/15/2016 | | New Camera | SLP / 3 | 814.00 | 0.00 | 814.00 | 0.00 |
| 7/15/2016 | | New Camera | SLP / 3 | 472.99 | 0.00 | 472.99 | 0.00 |
| 7/15/2016 | | New Boot Racks | SLP / 7 | 5,040.00 | 0.00 | 5,040.00 | 0.00 |
| 7/15/2016 | | Bench Scale | SLP / 5 | 4,550.21 | 0.00 | 4,550.21 | 0.00 |
| 7/15/2016 | | Freezer & Exhaust | SLP / 7 | 66,405.00 | 0.00 | 66,405.00 | 0.00 |
| 7/15/2016 | | New Baader BA601 Mince Machine | SLP / 7 | 70,891.00 | 0.00 | 70,891.00 | 0.00 |
| 8/20/2016 | | Marel Platform Land Scales | SLP / 5 | 11,971.75 | 0.00 | 11,971.75 | 0.00 |
| 8/20/2016 | | Additional Freezer | SLP / 5 | 2,945.00 | 0.00 | 2,945.00 | 0.00 |
| 8/20/2016 | | Multivac T600L | SLP / 5 | 204,417.83 | 0.00 | 204,417.83 | 0.00 |
| 9/9/2016 | | Marel Platform Land Scales - calibration | SLP / 5 | 2,805.00 | 0.00 | 2,805.00 | 0.00 |
| 9/21/2016 | | 16 Channel, 3TB DVR and 8 new cameras | SLP / 5 | 9,205.48 | 0.00 | 9,205.48 | 0.00 |
| 11/10/2016 | | Ice Machine | SLP / 3 | 7,077.68 | 0.00 | 7,077.68 | 0.00 |
| 11/10/2016 | | Mixer | SLP / 3 | 4,727.23 | 0.00 | 4,727.23 | 0.00 |
| 11/10/2016 | | Lobster Line | SLP / 3 | 1,673.75 | 0.00 | 1,673.75 | 0.00 |
| 11/10/2016 | | Column Dumpster | SLP / 3 | 2,407.37 | 0.00 | 2,407.37 | 0.00 |
| 11/10/2016 | | 183 Machine | SLP / 3 | 7,656.74 | 0.00 | 7,656.74 | 0.00 |
| 11/10/2016 | | Low Risk Freezer Tunnel | SLP / 3 | 1,881.85 | 0.00 | 1,881.85 | 0.00 |
| 11/10/2016 | | Cooler Lighting | SLP / 3 | 1,161.51 | 0.00 | 1,161.51 | 0.00 |
| 11/10/2016 | | Specialty Lobster Line | SLP / 3 | 734.62 | 0.00 | 734.62 | 0.00 |
| 11/10/2016 | | New Patient Jacks (2) | SLP / 3 | 3,768.98 | 0.00 | 3,768.98 | 0.00 |
| 12/15/2016 | | Cunningham Security System Update | SLP / 3 | 3,022.64 | 0.00 | 3,022.64 | 0.00 |
| 12/15/2016 | | Boiler Upgrade | SLP / 3 | 1,960.26 | 0.00 | 1,960.26 | 0.00 |
| 12/15/2016 | | Stainless Steel Water Header | SLP / 3 | 1,454.97 | 0.00 | 1,454.97 | 0.00 |
| 12/15/2016 | | BioControl with Credit | SLP / 3 | 1,319.03 | 0.00 | 1,319.03 | 0.00 |
| 2/15/2017 | | Liquid Nitrogen Tunnel life extension | SLP / 3 | 3,512.45 | 0.00 | 3,512.45 | 0.00 |
| 3/30/2017 | | Marelec Life Extension | SLP / 3 | 7,756.42 | 0.00 | 7,756.42 | 0.00 |
| 5/5/2017 | | Reznor Unit on Roof - Life extension | SLP / 7 | 15,970.00 | 0.00 | 15,970.00 | 0.00 |
| 6/2/2017 | | Conveyor Overhaul | SLP / 3 | 8,328.32 | 0.00 | 8,328.32 | 0.00 |
| 6/2/2017 | | Cooler Overhaul | SLP / 3 | 4,661.24 | 0.00 | 4,661.24 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|---|---|---|---|---|---|---|---|
| 6/2/2017 | | New Tank Installation | SLP / 3 | 2,333.97 | 0.00 | 2,333.97 | 0.00 |
| 6/2/2017 | | Lobster QA Database Project | SLP / 3 | 3,800.00 | 0.00 | 3,800.00 | 0.00 |
| 6/3/2017 | | New Computer Equipment | SLP / 3 | 6,614.27 | 0.00 | 6,614.27 | 0.00 |
| 7/3/2017 | | Lobster Setup 2017 | SLP / 1 | 12,944.13 | 0.00 | 12,944.13 | 0.00 |
| 7/3/2017 | | Boot Racks | SLP / 3 | 2,508.92 | 0.00 | 2,508.92 | 0.00 |
| 7/3/2017 | | Crown Fork Lift Life Extension | SLP / 3 | 2,082.96 | 0.00 | 2,082.96 | 0.00 |
| 7/3/2017 | | Busch Vacuum Pump Life Extension | SLP / 3 | 2,127.59 | 0.00 | 2,127.59 | 0.00 |
| 8/1/2017 | | New belts and motors for front end of Lobster Line | SLP / 3 | 9,923.04 | 0.00 | 9,923.04 | 0.00 |
| 8/1/2017 | | Tank Expansion | SLP / 3 | 10,287.98 | 0.00 | 10,287.98 | 0.00 |
| 8/1/2017 | | New Hose Reels | SLP / 3 | 1,960.44 | 0.00 | 1,960.44 | 0.00 |
| 8/25/2017 | | Cooker Life Extension | SLP / 3 | 2,320.00 | 0.00 | 2,320.00 | 0.00 |
| 8/25/2017 | | Setup and  Calibrate New Scale | SLP / 7 | 4,985.00 | 0.00 | 4,985.00 | 0.00 |
| 8/25/2017 | | Fabrication & Installation of Stainless Steel Pan in High Risk Room | SLP / 7 | 3,009.40 | 0.00 | 3,009.40 | 0.00 |
| 9/23/2017 | | New Stainless Steel Nitrogen Line Guard | SLP / 7 | 1,048.00 | 0.00 | 1,048.00 | 0.00 |
| 9/23/2017 | | New Dell Computer Equipment | SLP / 7 | 5,636.66 | 0.00 | 5,636.66 | 0.00 |
| 10/20/2017 | | New Computer Equipment | SLP / 7 | 1,675.28 | 0.00 | 1,675.28 | 0.00 |
| 10/20/2017 | | New Scale | SLP / 7 | 5,203.15 | 0.00 | 5,203.15 | 0.00 |
| 10/20/2017 | | New Brackets | SLP / 7 | 2,080.00 | 0.00 | 2,080.00 | 0.00 |
| 10/20/2017 | | New Bench | SLP / 7 | 1,913.60 | 0.00 | 1,913.60 | 0.00 |
| 10/20/2017 | | Upgrade Work Table  & Wash Station | SLP / 7 | 3,348.05 | 0.00 | 3,348.05 | 0.00 |
| 11/17/2017 | | Metal Detector | SLP / 5 | 30,655.00 | 0.00 | 30,655.00 | 0.00 |
| 11/17/2017 | | Cooler Life Extension | SLP / 3 | 3,288.40 | 0.00 | 3,288.40 | 0.00 |
| 11/17/2017 | | Recondition BAADER skining machine | SLP / 5 | 11,404.06 | 0.00 | 11,404.06 | 0.00 |
| 11/17/2017 | | Area52 Claw Cutting System | SLP / 7 | 165,000.00 | 0.00 | 165,000.00 | 0.00 |
| 11/17/2017 | | Area52 Tail Cutting System | SLP / 7 | 85,000.00 | 0.00 | 85,000.00 | 0.00 |
| 11/17/2017 | | Conveyor Life Extension | SLP / 5 | 17,681.00 | 0.00 | 17,681.00 | 0.00 |
| 11/17/2017 | | Upgrade Label Printer | SLP / 3 | 5,040.00 | 0.00 | 5,040.00 | 0.00 |
| 11/17/2017 | | Scale life extension | SLP / 3 | 3,186.00 | 0.00 | 3,186.00 | 0.00 |
| 11/17/2017 | | Part of Lobster Line Upgrade | SLP / 3 | 1,790.77 | 0.00 | 1,790.77 | 0.00 |
| 11/17/2017 | | Part of Coveyor Upgrade | SLP / 3 | 1,993.35 | 0.00 | 1,993.35 | 0.00 |
| 11/17/2017 | | Chiller System | SLP / 7 | 211,878.53 | 0.00 | 211,878.53 | 0.00 |
| 12/12/2017 | | Lobster Tail & Claw Machines Additions | SLP / 7 | 17,705.52 | 178.52 | 17,705.52 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Moth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|---|---|---|---|---|---|---|---|
| 12/12/2017 | | Computer Containment/Protection Equipment | SLP / 7 | 4,268.07 | 42.87 | 4,268.07 | 0.00 |
| 12/12/2017 | | Life Extension for Scales by Mettler Toledo | SLP / 3 | 2,502.37 | 0.00 | 2,502.37 | 0.00 |
| 12/12/2017 | | Stainless Steel Cross Members and Legs | SLP / 5 | 2,083.00 | 0.00 | 2,083.00 | 0.00 |
| 12/12/2017 | | Ice Machine | SLP / 3 | 2,351.51 | 0.00 | 2,351.51 | 0.00 |
| 12/12/2017 | | Fish Cutter 185 | SLP / 3 | 2,297.11 | 0.00 | 2,297.11 | 0.00 |
| 12/12/2017 | | Trim Line | SLP / 3 | 2,439.51 | 0.00 | 2,439.51 | 0.00 |
| 12/12/2017 | | Fish Scales | SLP / 3 | 1,635.24 | 0.00 | 1,635.24 | 0.00 |
| 12/12/2017 | | Metal Detector | SLP / 5 | 2,631.84 | 0.00 | 2,631.84 | 0.00 |
| 12/12/2017 | | Chiller | SLP / 5 | 3,753.66 | 0.00 | 3,753.66 | 0.00 |
| 12/12/2017 | | Cabinet Freezer | SLP / 3 | 1,253.90 | 0.00 | 1,253.90 | 0.00 |
| 12/12/2017 | | CTX Belt | SLP / 5 | 3,878.92 | 0.00 | 3,878.92 | 0.00 |
| 12/12/2017 | | Hose Reels | SLP / 3 | 8,901.87 | 0.00 | 8,901.87 | 0.00 |
| 12/12/2017 | | Tail Grader | SLP / 3 | 1,690.00 | 0.00 | 1,690.00 | 0.00 |
| 12/12/2017 | | Breaker Belt | SLP / 3 | 2,393.17 | 0.00 | 2,393.17 | 0.00 |
| 12/12/2017 | | Freezer Cabinet Lifts | SLP / 5 | 9,144.35 | 0.00 | 9,144.35 | 0.00 |
| 2/14/2018 | | Cunningham Security Camera | SLP / 5 | 1,459.96 | 0.00 | 1,459.96 | 0.00 |
| 4/13/2018 | | Equipment Upgrades | SLP / 5 | 5,008.79 | 0.00 | 5,008.79 | 0.00 |
| 5/4/2018 | | Homa Pump | SLP / 5 | 9,681.23 | 0.00 | 9,681.23 | 0.00 |
| 5/4/2018 | | New Printer | SLP / 3 | 2,235.10 | 0.00 | 2,235.10 | 0.00 |
| 5/4/2018 | | Life Extension Marel Scales | SLP / 3 | 7,104.06 | 0.00 | 7,104.06 | 0.00 |
| 5/4/2018 | | Chiller | SLP / 7 | 8,393.81 | 92.24 | 7,993.00 | 400.81 |
| 5/4/2018 | | Area 52 Blanching Conveyor | SLP / 5 | 1,685.00 | 0.00 | 1,685.00 | 0.00 |
| 5/4/2018 | | Cunningham Security System Update | SLP / 5 | 8,414.41 | 0.00 | 8,414.41 | 0.00 |
| 5/4/2018 | | Citek Control System | SLP / 5 | 6,441.79 | 0.00 | 6,441.79 | 0.00 |
| 5/4/2018 | | PRC Belt | SLP / 3 | 3,532.00 | 0.00 | 3,532.00 | 0.00 |
| 5/4/2018 | | Sparks Motors and hardware | SLP / 3 | 3,982.67 | 0.00 | 3,982.67 | 0.00 |
| 6/2/2018 | | Area 52 Blanching Conveyor | SLP / 5 | 14,580.99 | 0.00 | 14,580.99 | 0.00 |
| 6/2/2018 | | Engineering Project | SLP / 5 | 41,336.00 | 0.00 | 41,336.00 | 0.00 |
| 6/2/2018 | | Area 52 Blanching Conveyor | SLP / 5 | 24,950.60 | 0.00 | 24,950.60 | 0.00 |
| 6/2/2018 | | Finish Tail Take Away Conveyor | SLP / 5 | 23,420.80 | 0.00 | 23,420.80 | 0.00 |
| 6/2/2018 | | Lobster Grader Take Away Belt | SLP / 5 | 13,496.98 | 0.00 | 13,496.98 | 0.00 |
| 6/2/2018 | | Stainless Steel Table with Roller System | SLP / 5 | 2,930.00 | 0.00 | 2,930.00 | 0.00 |

13 PERIODS ABBREVIATED DEPRECIATION REPORT
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|---|---|---|---|---|---|---|---|
| 6/2/2018 | | Modification of Thru the Wall Conveyor | SLP / 5 | 5,466.19 | 0.00 | 5,466.19 | 0.00 |
| 6/2/2018 | | New Dell Computer Equipment | SLP / 3 | 3,765.79 | 0.00 | 3,765.79 | 0.00 |
| 6/2/2018 | | Eight Station De-vainer Suction Line | SLP / 5 | 5,500.00 | 0.00 | 5,500.00 | 0.00 |
| 6/2/2018 | | Marel 2200 Grader Ser. No. A017971 | SLP / 5 | 16,940.99 | 0.00 | 16,940.99 | 0.00 |
| 6/2/2018 | | Boiler Life Extension | SLP / 3 | 7,695.48 | 0.00 | 7,695.48 | 0.00 |
| 6/2/2018 | | New Computer Equipment | SLP / 5 | 1,890.70 | 0.00 | 1,890.70 | 0.00 |
| 6/2/2018 | | Life Extension of 2 New Boston Pumps | SLP / 3 | 7,361.55 | 0.00 | 7,361.55 | 0.00 |
| 6/30/2018 | | SSI Mid Range Printer | SLP / 5 | 2,295.00 | 0.00 | 2,295.00 | 0.00 |
| 6/30/2018 | | New Stainless Steel equipment enclosures | SLP / 5 | 4,230.00 | 0.00 | 4,230.00 | 0.00 |
| 6/30/2018 | | Blancher | SLP / 5 | 5,005.00 | 0.00 | 5,005.00 | 0.00 |
| 6/30/2018 | | New: 3 modems & 3 routers | SLP / 5 | 3,095.37 | 0.00 | 3,095.37 | 0.00 |
| 8/25/2018 | | Area 52 Blanching Conveyor | SLP / 5 | 19,235.58 | 0.00 | 19,235.58 | 0.00 |
| 8/25/2018 | | Metal Detector | SLP / 3 | 4,130.00 | 0.00 | 4,130.00 | 0.00 |
| 8/25/2018 | | Mettler Toledo Bench Scale Serial Number: B826046652 | SLP / 3 | 1,610.40 | 0.00 | 1,610.40 | 0.00 |
| 9/21/2018 | | Upgrade Camera System | SLP / 3 | 3,912.77 | 0.00 | 3,912.77 | 0.00 |
| 9/21/2018 | | Dell Computer Equipment | SLP / 3 | 1,619.23 | 0.00 | 1,619.23 | 0.00 |
| 10/20/2018 | | Life extension CFP Trash Compactor | SLP / 3 | 3,345.34 | 0.00 | 3,345.34 | 0.00 |
| 10/20/2018 | | Additional Life extension CFP Trash Compactor | SLP / 3 | 2,411.77 | 0.00 | 2,411.77 | 0.00 |
| 11/17/2018 | | Trane Life Extension | SLP / 3 | 2,570.00 | 0.00 | 2,570.00 | 0.00 |
| 11/17/2018 | | Marel Life Extension | SLP / 3 | 5,968.82 | 0.00 | 5,968.82 | 0.00 |
| 12/15/2018 | | Mettler-Toledo scales life extension | SLP / 3 | 1,391.99 | 0.00 | 1,391.99 | 0.00 |
| 12/15/2018 | | Upgrade database software | SLP / 3 | 15,865.00 | 0.00 | 15,865.00 | 0.00 |
| 1/12/2019 | | Trane Upgrade | SLP / 3 | 964.00 | 0.00 | 964.00 | 0.00 |
| 1/12/2019 | | Hach Equipment Life Extension | SLP / 3 | 1,963.16 | 0.00 | 1,963.16 | 0.00 |
| 2/15/2019 | | Ungrade Blanche Tank w/ ball valve | SLP / 3 | 2,158.00 | 0.00 | 2,158.00 | 0.00 |
| 2/15/2019 | | Overhaul Pump Model RA0100.E506.1001 | SLP / 3 | 2,404.87 | 0.00 | 2,404.87 | 0.00 |
| 2/15/2019 | | Overhaul Pump Model RA0165.d506.1001 | SLP / 3 | 4,816.86 | 0.00 | 4,816.86 | 0.00 |
| 2/15/2019 | | Armagard Enclosure at CFP | SLP / 5 | 4,155.00 | 0.00 | 4,155.00 | 0.00 |
| 2/15/2019 | | Overhaul Multivac Machine | SLP / 3 | 3,085.15 | 0.00 | 3,085.15 | 0.00 |
| 3/15/2019 | | Trane Equipment Life Extension | SLP / 3 | 6,219.16 | 0.00 | 6,219.16 | 0.00 |
| 3/15/2019 | | New Desk from Creative Office Pavillian | SLP / 7 | 1,864.77 | 20.48 | 1,552.00 | 312.77 |
| 3/15/2019 | | Ultra Source Life Extension - Vacuum Sealer | SLP / 3 | 3,266.04 | 0.00 | 3,266.04 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|-----------|-------------|----------------|
| 3/15/2019 | | Neederman Hose Reels - Life Extension | SLP / 3 | 10,154.92 | 0.00 | 10,154.92 | 0.00 |
| 4/5/2019 | | Marel Life Extension | SLP / 3 | 7,700.78 | 0.00 | 7,700.78 | 0.00 |
| 4/5/2019 | | Design & Build Removable Stainless Steel Wall | SLP / 7 | 8,180.00 | 89.96 | 6,721.00 | 1,459.00 |
| 4/5/2019 | | Life Extension Air Compressor | SLP / 3 | 1,133.23 | 0.00 | 1,133.23 | 0.00 |
| 4/5/2019 | | Gear Reducer | SLP / 3 | 3,162.07 | 0.00 | 3,162.07 | 0.00 |
| 4/5/2019 | | Dell Computer Equipment | SLP / 5 | 2,148.43 | 0.00 | 2,148.43 | 0.00 |
| 4/5/2019 | | Marelec Life Extension | SLP / 3 | 736.73 | 0.00 | 736.73 | 0.00 |
| 4/5/2019 | | Upgrade to Lobster Line | SLP / 5 | 4,720.00 | 0.00 | 4,720.00 | 0.00 |
| 4/5/2019 | | Stainless Steel Lift Upgrade | SLP / 3 | 1,120.00 | 0.00 | 1,120.00 | 0.00 |
| 4/5/2019 | | Conveyor Life Extension | SLP / 3 | 1,840.00 | 0.00 | 1,840.00 | 0.00 |
| 5/3/2019 | | UltraSource Vacuum Machine life extension | SLP / 3 | 3,266.04 | 0.00 | 3,266.04 | 0.00 |
| 5/3/2019 | | Compactor life extension | SLP / 3 | 2,438.83 | 0.00 | 2,438.83 | 0.00 |
| 5/3/2019 | | Lobster Line Improvements | SLP / 3 | 7,280.00 | 0.00 | 7,280.00 | 0.00 |
| 6/1/2019 | | Latrain Lobster Cooker Life Extension | SLP / 3 | 7,538.01 | 0.00 | 7,538.01 | 0.00 |
| 6/1/2019 | | 3   ICS4-9 Bench Scales | SLP / 5 | 9,813.64 | 0.00 | 9,813.64 | 0.00 |
| 6/1/2019 | | Conveyor additions and life extension | SLP / 3 | 5,810.00 | 0.00 | 5,810.00 | 0.00 |
| 6/1/2019 | | 2184 IPL Totes with Beckets | SLP / 3 | 73,305.30 | 0.00 | 73,305.30 | 0.00 |
| 6/29/2019 | | Upgrade Mincing Machine Conveyor | SLP / 3 | 2,628.91 | 0.00 | 2,628.91 | 0.00 |
| 6/29/2019 | | Upgrade Telephone System | SLP / 3 | 1,468.35 | 0.00 | 1,468.35 | 0.00 |
| 6/29/2019 | | Upgrade SJS Chiller Compressor | SLP / 5 | 12,756.99 | 0.00 | 12,756.99 | 0.00 |
| 6/29/2019 | | Upgrade Lobster Tank | SLP / 3 | 2,600.00 | 0.00 | 2,600.00 | 0.00 |
| 6/29/2019 | | Upgrade Ice Machine | SLP / 3 | 4,977.81 | 0.00 | 4,977.81 | 0.00 |
| 7/26/2019 | | Life Extension Metal Detector | SLP / 3 | 1,780.00 | 0.00 | 1,780.00 | 0.00 |
| 8/24/2019 | | Laitram Machinery life extension | SLP / 3 | 5,307.70 | 0.00 | 5,307.70 | 0.00 |
| 8/24/2019 | | Mutivac C400 life extension | SLP / 3 | 2,442.45 | 0.00 | 2,442.45 | 0.00 |
| 9/23/2019 | | T300 Upgrade | SLP / 3 | 3,880.55 | 0.00 | 3,880.55 | 0.00 |
| 9/23/2019 | | Upgrade CFP Compressor | SLP / 5 | 8,838.60 | 0.00 | 8,838.60 | 0.00 |
| 9/23/2019 | | Area 52 Leg machine upgrade | SLP / 3 | 2,463.19 | 0.00 | 2,463.19 | 0.00 |
| 9/23/2019 | | Stainless Steel platforms @ Union Wharf | SLP / 7 | 11,200.00 | 123.04 | 8,533.00 | 2,667.00 |
| 9/23/2019 | | Union Wharf Tank & Chill Project | SLP / 7 | 413,558.06 | 4,544.68 | 315,093.00 | 98,465.06 |
| 11/15/2019 | | Stainles Steel rolling table | SLP / 3 | 1,646.70 | 0.00 | 1,646.70 | 0.00 |
| 11/15/2019 | | Life extension pallet jack | SLP / 3 | 1,752.33 | 0.00 | 1,752.33 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Moth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 11/15/2019 | | Stainless Steel stand | SLP / 3 | 1,130.00 | 0.00 | 1,130.00 | 0.00 |
| 11/15/2019 | | UW Stainless Steel Equipment | SLP / 3 | 3,200.00 | 0.00 | 3,200.00 | 0.00 |
| 11/15/2019 | | Scale & Label System | SLP / 5 | 36,377.60 | 0.00 | 36,377.60 | 0.00 |
| 11/15/2019 | | Life Extension skinner | SLP / 3 | 3,378.16 | 0.00 | 3,378.16 | 0.00 |
| 11/15/2019 | | T600 | SLP / 5 | 40,768.60 | 0.00 | 40,768.60 | 0.00 |
| 11/15/2019 | | T300 | SLP / 5 | 105,206.00 | 0.00 | 105,206.00 | 0.00 |
| 11/15/2019 | | Lobster Tail/Claw Machine | SLP / 3 | 13,983.68 | 0.00 | 13,983.68 | 0.00 |
| 11/15/2019 | | Leg Extraction System | SLP / 5 | 114,009.16 | 0.00 | 114,009.16 | 0.00 |
| 11/15/2019 | | Blanch Hood | SLP / 3 | 21,333.80 | 0.00 | 21,333.80 | 0.00 |
| 12/14/2019 | | Upgrade Union Wharf Security System | SLP / 3 | 5,968.71 | 0.00 | 5,968.71 | 0.00 |
| 12/14/2019 | | Upgrade CFP Security System | SLP / 3 | 2,084.12 | 0.00 | 2,084.12 | 0.00 |
| 12/14/2019 | | SJS New Server Hard Drive | SLP / 5 | 2,806.30 | 39.62 | 2,806.30 | 0.00 |
| 12/14/2019 | | Upgrade CFP Refrigeration | SLP / 3 | 1,760.38 | 0.00 | 1,760.38 | 0.00 |
| 12/14/2019 | | Life extension of heat exchanger | SLP / 3 | 2,459.42 | 0.00 | 2,459.42 | 0.00 |
| 12/14/2019 | | Union Wharf Pumps | SLP / 3 | 4,811.73 | 0.00 | 4,811.73 | 0.00 |
| 12/14/2019 | | Union Wharf Tank and Chill project addition | SLP / 5 | 32,052.00 | 452.20 | 32,052.00 | 0.00 |
| 12/14/2019 | | Life extension compressor | SLP / 3 | 1,275.38 | 0.00 | 1,275.38 | 0.00 |
| 12/14/2019 | | Scale upgrade | SLP / 3 | 4,584.55 | 0.00 | 4,584.55 | 0.00 |
| 12/14/2019 | | Software Upgrade | SLP / 3 | 5,600.00 | 0.00 | 5,600.00 | 0.00 |
| 12/14/2019 | | BSC Gearbox | SLP / 3 | 5,056.00 | 0.00 | 5,056.00 | 0.00 |
| 12/14/2019 | | Motorized Impellor | SLP / 3 | 1,885.92 | 0.00 | 1,885.92 | 0.00 |
| 12/14/2019 | | Loma Life Extension | SLP / 3 | 4,250.00 | 0.00 | 4,250.00 | 0.00 |
| 12/14/2019 | | Additional T300 | SLP / 3 | 6,000.00 | 0.00 | 6,000.00 | 0.00 |
| 1/11/2020 | | CFP Ice Machine life extension | SLP / 3 | 1,009.53 | 0.00 | 1,009.53 | 0.00 |
| 1/11/2020 | | Scales life extension | SLP / 3 | 2,551.80 | 0.00 | 2,551.80 | 0.00 |
| 1/11/2020 | | Scales & Labeling system upgrade | SLP / 3 | 6,982.30 | 0.00 | 6,982.30 | 0.00 |
| 1/11/2020 | | Cunningham Security System upgrade | SLP / 3 | 6,166.74 | 0.00 | 6,166.74 | 0.00 |
| 2/1/2020 | | Crab Line Buildout Project | SLP / 10 | 217,049.98 | 1,669.68 | 106,716.00 | 110,333.98 |
| 2/8/2020 | | Dell Computer Equipment | SLP / 3 | 2,455.52 | 0.00 | 2,455.52 | 0.00 |
| 2/8/2020 | | Trask-Decrow Pump | SLP / 3 | 1,961.28 | 0.00 | 1,961.28 | 0.00 |
| 2/8/2020 | | Upgrade CFP Security System | SLP / 3 | 4,166.73 | 0.00 | 4,166.73 | 0.00 |
| 2/8/2020 | | Upgrade Multivac | SLP / 3 | 4,771.52 | 0.00 | 4,771.52 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|---|---|---|---|---|---|---|---|
| 4/4/2020 | | 2 Armagard Enclosures | SLP / 3 | 3,970.00 | 0.00 | 3,970.00 | 0.00 |
| 4/4/2020 | | Computer Equipment | SLP / 3 | 2,074.00 | 0.00 | 2,074.00 | 0.00 |
| 4/4/2020 | | ZT610 Printer | SLP / 3 | 4,624.00 | 0.00 | 4,624.00 | 0.00 |
| 4/13/2020 | | Complete Trade Show Exhibit | SLP / 5 | 25,304.85 | 389.28 | 24,040.00 | 1,264.85 |
| 5/1/2020 | | Separation Table Project | SLP / 10 | 31,440.84 | 241.80 | 14,672.00 | 16,768.84 |
| 5/1/2020 | | Stunner Project | SLP / 10 | 44,834.41 | 344.80 | 20,921.00 | 23,913.41 |
| 5/2/2020 | | Life extension SJS gas vents | SLP / 3 | 1,719.74 | 0.00 | 1,719.74 | 0.00 |
| 5/2/2020 | | Upgrade high risk equipment | SLP / 3 | 2,310.00 | 0.00 | 2,310.00 | 0.00 |
| 5/2/2020 | | Upgrade lobster line | SLP / 3 | 2,315.00 | 0.00 | 2,315.00 | 0.00 |
| 5/2/2020 | | Upgrade door jam | SLP / 3 | 2,195.00 | 0.00 | 2,195.00 | 0.00 |
| 5/2/2020 | | Upgrade CFP dumpster | SLP / 3 | 2,200.00 | 0.00 | 2,200.00 | 0.00 |
| 5/2/2020 | | Conveyor Belts | SLP / 3 | 2,644.61 | 0.00 | 2,644.61 | 0.00 |
| 5/2/2020 | | Upgrade of SJS front door | SLP / 3 | 1,174.52 | 0.00 | 1,174.52 | 0.00 |
| 5/2/2020 | | Union Wharf tank upgrade | SLP / 3 | 2,452.04 | 0.00 | 2,452.04 | 0.00 |
| 5/2/2020 | | Upgrade Union Wharf tanks | SLP / 3 | 1,554.07 | 0.00 | 1,554.07 | 0.00 |
| 5/2/2020 | | Upgrade lobster line | SLP / 3 | 2,570.03 | 0.00 | 2,570.03 | 0.00 |
| 5/30/2020 | | Upgrade Security System @ SJS | SLP / 3 | 2,934.18 | 0.00 | 2,934.18 | 0.00 |
| 5/30/2020 | | Dell Computer Equipment | SLP / 3 | 4,613.49 | 0.00 | 4,613.49 | 0.00 |
| 5/30/2020 | | Upgrade Metal Detector | SLP / 3 | 4,288.94 | 0.00 | 4,288.94 | 0.00 |
| 5/30/2020 | | Stainless steel chute | SLP / 3 | 1,760.00 | 0.00 | 1,760.00 | 0.00 |
| 6/27/2020 | | Crab Software | SLP / 3 | 5,760.00 | 0.00 | 5,760.00 | 0.00 |
| 6/27/2020 | | Intercom/Video at SJS front door (for COVID-19 entry control) | SLP / 3 | 1,931.76 | 0.00 | 1,931.76 | 0.00 |
| 6/27/2020 | | Upgrade Ice Machines CFP | SLP / 3 | 1,939.90 | 0.00 | 1,939.90 | 0.00 |
| 6/27/2020 | | Lobster Line Upgrades | SLP / 3 | 6,173.17 | 0.00 | 6,173.17 | 0.00 |
| 6/27/2020 | | Upgrade Time Clock System | SLP / 3 | 1,050.99 | 0.00 | 1,050.99 | 0.00 |
| 7/25/2020 | | Upgrade Lobster Line | SLP / 3 | 14,065.00 | 0.00 | 14,065.00 | 0.00 |
| 7/25/2020 | | Lexan Dividers for breakroom | SLP / 3 | 4,260.00 | 0.00 | 4,260.00 | 0.00 |
| 7/25/2020 | | Overhaul Busch vacuum pump | SLP / 3 | 2,336.17 | 0.00 | 2,336.17 | 0.00 |
| 7/25/2020 | | Upgrade Lobster Line | SLP / 3 | 1,736.45 | 0.00 | 1,736.45 | 0.00 |
| 7/25/2020 | | Pump | SLP / 3 | 1,525.83 | 0.00 | 1,525.83 | 0.00 |
| 7/25/2020 | | Overhaul Goulds pump | SLP / 3 | 1,242.27 | 0.00 | 1,242.27 | 0.00 |
| 7/25/2020 | | Upgrade Lobster Line | SLP / 3 | 2,040.00 | 0.00 | 2,040.00 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|---|---|---|---|---|---|---|---|
| 7/25/2020 | | Cisco Catalyst 2960-X 48Port Web Mng | SLP / 3 | 3,412.93 | 0.00 | 3,412.93 | 0.00 |
| 8/22/2020 | | Life extension Area 52 Claw System | SLP / 3 | 1,352.85 | 0.00 | 1,352.85 | 0.00 |
| 8/22/2020 | | Blanch tank life extension | SLP / 3 | 2,646.42 | 0.00 | 2,646.42 | 0.00 |
| 8/22/2020 | | Steam valve upgrade | SLP / 3 | 1,784.96 | 0.00 | 1,784.96 | 0.00 |
| 8/22/2020 | | Custom stainless steel stand | SLP / 3 | 1,870.00 | 0.00 | 1,870.00 | 0.00 |
| 8/22/2020 | | Ajax boiler upgrade | SLP / 3 | 8,439.30 | 0.00 | 8,439.30 | 0.00 |
| 8/22/2020 | | Upgrade BAADER 047 | SLP / 3 | 25,000.00 | 0.00 | 25,000.00 | 0.00 |
| 8/27/2020 | | Life Extension Claw Machine | SLP / 5 | 2,268.81 | 34.96 | 2,005.00 | 263.81 |
| 8/27/2020 | | PCBAC, PegaFOOD Main-Board | SLP / 3 | 1,013.85 | 0.00 | 1,013.85 | 0.00 |
| 8/27/2020 | | PBCA Work | SLP / 3 | 194.40 | 0.00 | 194.40 | 0.00 |
| 8/31/2020 | | PCBA Repair | SLP / 3 | 1,336.95 | 0.00 | 1,336.95 | 0.00 |
| 10/15/2020 | | Freezer Fan SJS | SLP / 5 | 2,445.54 | 37.56 | 2,078.00 | 367.54 |
| 10/15/2020 | | Life Extension Maintenance | SLP / 5 | 3,251.13 | 50.00 | 2,763.00 | 488.13 |
| 11/17/2020 | | Safety Switches for Butcher Line | SLP / 5 | 869.00 | 13.44 | 725.00 | 144.00 |
| 12/1/2020 | | Service on 8Yd Versa Pack | SLP / 5 | 397.50 | 6.20 | 327.00 | 70.50 |
| 12/7/2020 | | Life Extension IRN30 | SLP / 5 | 3,503.16 | 53.96 | 2,862.00 | 641.16 |
| 12/15/2020 | | Scale Repair | SLP / 3 | 2,342.90 | 0.00 | 2,342.90 | 0.00 |
| 12/22/2020 | | Zebra Printer ZT510 | SLP / 5 | 2,235.10 | 34.44 | 1,825.00 | 410.10 |
| 12/29/2020 | | Equipment | SLP / 10 | 4,265.90 | 32.80 | 1,744.00 | 2,521.90 |
| 4/18/2021 | | 50' Hose & Socket | SLP / 5 | 323.75 | 5.00 | 244.00 | 79.75 |
| 5/1/2021 | | 4 Dell Monitors | SLP / 5 | 818.89 | 12.56 | 601.00 | 217.89 |
| 5/1/2021 | | Overhaul to one Bush Vaccuum Pump RA0100.E506.1001 | SLP / 5 | 2,189.18 | 33.72 | 1,606.00 | 583.18 |
| 5/1/2021 | | Overhaul one Busch Vacuum Pump RA0100.E506.1001 | SLP / 5 | 2,278.74 | 35.04 | 1,672.00 | 606.74 |
| 5/7/2021 | | Calibration of LOMA Machines | SLP / 5 | 4,365.00 | 67.20 | 3,201.00 | 1,164.00 |
| 5/10/2021 | | 2 Safeline MD Repair | SLP / 5 | 7,681.00 | 118.20 | 5,632.00 | 2,049.00 |
| 5/12/2021 | | VIZIO TV | SLP / 5 | 389.98 | 6.00 | 286.00 | 103.98 |
| 5/17/2021 | | 1092 LOBSTER CRATES | SLP / 5 | 60,485.98 | 930.52 | 44,356.00 | 16,129.98 |
| 5/24/2021 | | Dell Monitors | SLP / 5 | 895.02 | 13.76 | 656.00 | 239.02 |
| 5/26/2021 | | Programming and Set Up for Scales | SLP / 5 | 3,069.74 | 47.24 | 2,251.00 | 818.74 |
| 6/30/2021 | | Stunner Feed Belt APF B930 DD | SLP / 3 | 3,438.95 | 0.00 | 3,438.95 | 0.00 |
| 10/31/2021 | | Area52 C&A L Shape Conveyor | SLP / 10 | 34,795.94 | 267.72 | 11,310.00 | 23,485.94 |
| 10/31/2021 | | Area52 Claw and Arm | SLP / 10 | 60,384.37 | 464.48 | 19,624.00 | 40,760.37 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|---|---|---|---|---|---|---|---|
| 10/31/2021 | | Area52 Leg Machine | SLP / 10 | 58,497.25 | 450.00 | 19,012.00 | 39,485.25 |
| 10/31/2021 | | BA 185 Cutting Machine | SLP / 10 | 18,212.93 | 140.04 | 5,918.00 | 12,294.93 |
| 10/31/2021 | | BA 605 Mincer | SLP / 10 | 76,338.91 | 587.24 | 24,810.00 | 51,528.91 |
| 10/31/2021 | | Belt Washer System | SLP / 10 | 72,377.61 | 556.76 | 23,523.00 | 48,854.61 |
| 10/31/2021 | | Blacklight Inspection Station | SLP / 10 | 190.00 | 1.48 | 62.00 | 128.00 |
| 10/31/2021 | | Butcher Line Automation 2021 | SLP / 10 | 3,759.69 | 28.96 | 1,222.00 | 2,537.69 |
| 10/31/2021 | | CFP Cutter Table | SLP / 10 | 1,263.52 | 9.72 | 410.00 | 853.52 |
| 10/31/2021 | | Communication Server and Phones | SLP / 10 | 11,842.05 | 91.04 | 3,848.00 | 7,994.05 |
| 10/31/2021 | | CTX Cooker #2 | SLP / 10 | 107,412.37 | 826.24 | 31,859.00 | 75,553.37 |
| 10/31/2021 | | Electric Stunner Life Extension | SLP / 10 | 6,646.50 | 51.20 | 2,161.00 | 4,485.50 |
| 10/31/2021 | | Eurdlb Pan Wahser | SLP / 10 | 23,451.00 | 180.44 | 7,621.00 | 15,830.00 |
| 10/31/2021 | | Exit Waste Belt Conveyor | SLP / 10 | 6,189.60 | 47.56 | 2,012.00 | 4,177.60 |
| 10/31/2021 | | HH Brine Conveyor | SLP / 10 | 32,247.30 | 248.04 | 10,481.00 | 21,766.30 |
| 10/31/2021 | | HR Chill Tank Bodies Conveyor | SLP / 10 | 3,500.31 | 26.96 | 1,138.00 | 2,362.31 |
| 10/31/2021 | | HR Freezer Tunnel | SLP / 10 | 26,388.34 | 203.00 | 8,577.00 | 17,811.34 |
| 10/31/2021 | | Koald Freezer Infeed Convertor | SLP / 10 | 130,369.49 | 1,002.80 | 42,370.00 | 87,999.49 |
| 10/31/2021 | | Lob Rinse and Inspection Conveyor | SLP / 10 | 41,524.10 | 319.44 | 13,494.00 | 28,030.10 |
| 10/31/2021 | | Marel Grader Upgrade | SLP / 10 | 7,352.61 | 56.52 | 2,389.00 | 4,963.61 |
| 10/31/2021 | | New Picking Station | SLP / 10 | 138,502.45 | 1,065.44 | 45,013.00 | 93,489.45 |
| 10/31/2021 | | Picker Pan Extension Roller Conveyor | SLP / 10 | 3,119.62 | 24.00 | 1,014.00 | 2,105.62 |
| 10/31/2021 | | PSS Scale Stations | SLP / 10 | 4,126.00 | 31.76 | 1,342.00 | 2,784.00 |
| 10/31/2021 | | T300 #274390 Tooling | SLP / 10 | 35,153.20 | 270.44 | 11,424.00 | 23,729.20 |
| 10/31/2021 | | T300 #274930 Extra Service and Install | SLP / 10 | 3,384.32 | 26.00 | 1,099.00 | 2,285.32 |
| 10/31/2021 | | T300 Bell Mark Printer | SLP / 10 | 46,579.56 | 358.28 | 15,138.00 | 31,441.56 |
| 10/31/2021 | | T600 #219526 | SLP / 10 | 29,388.89 | 226.04 | 9,552.00 | 19,836.89 |
| 10/31/2021 | | Truck Loading System | SLP / 10 | 43,651.88 | 335.76 | 11,637.00 | 32,014.88 |
| 10/31/2021 | | Waste Compactor Life Extension | SLP / 10 | 24,454.36 | 188.04 | 7,946.00 | 16,508.36 |
| 10/31/2021 | | Weigh & Inspection Stations | SLP / 10 | 69,906.80 | 537.76 | 22,721.00 | 47,185.80 |
| 10/31/2021 | | Redfish II Improvements | SLP / 10 | 6,559.74 | 50.48 | 2,132.00 | 4,427.74 |
| 12/28/2021 | | Submersible Pump Model CFP100C-CB1 | SLP / 10 | 4,468.00 | 34.44 | 1,378.00 | 3,090.00 |
| 1/14/2022 | | Conveyor Belt Sanitation System | SLP / 10 | 11,056.20 | 85.04 | 2,318.00 | 8,738.20 |
| 2/21/2022 | | Baader 185/147 Life Exentsion | SLP / 10 | 5,172.02 | 39.76 | 1,508.00 | 3,664.02 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 2/21/2022 | | Ice Cooler Life Extension | SLP / 10 | 10,805.24 | 83.20 | 2,701.00 | 8,104.24 |
| 2/21/2022 | | Life Extension Parts for Baader 185 | SLP / 10 | 2,500.00 | 19.24 | 729.00 | 1,771.00 |
| 2/21/2022 | | Life Extension Loma Machinery | SLP / 10 | 1,870.00 | 14.44 | 545.00 | 1,325.00 |
| 2/21/2022 | | Life Extension Mincer | SLP / 10 | 2,831.43 | 21.76 | 826.00 | 2,005.43 |
| 2/21/2022 | | Life Extension Air Compressor | SLP / 10 | 1,752.30 | 13.48 | 511.00 | 1,241.30 |
| 3/8/2022 | | Life Extension Labor Baader 185 | SLP / 10 | 4,333.32 | 33.28 | 1,227.00 | 3,106.32 |
| 4/13/2022 | | Safeline Part | SLP / 10 | 2,019.00 | 15.52 | 555.00 | 1,464.00 |
| 4/16/2022 | | Multivac Part Life Ext | SLP / 10 | 3,192.83 | 24.52 | 877.00 | 2,315.83 |
| 4/16/2022 | | Baader Perforated Drum 1.3mm Reinforced | SLP / 10 | 14,830.00 | 114.04 | 4,078.00 | 10,752.00 |
| 4/26/2022 | | Machine Improvement | SLP / 5 | 9,580.55 | 147.44 | 5,269.00 | 4,311.55 |
| 4/26/2022 | | Machine Improvement | SLP / 5 | 6,013.30 | 92.52 | 3,308.00 | 2,705.30 |
| 4/26/2022 | | Door Repairs & Maintenance | SLP / 10 | 17,827.69 | 137.20 | 4,403.00 | 13,424.69 |
| 5/14/2022 | | Multivac Part Life Ext. | SLP / 10 | 2,941.13 | 22.58 | 784.00 | 2,157.13 |
| 6/11/2022 | | Ingersol Rand Machine Service | SLP / 5 | 3,416.00 | 52.52 | 1,765.00 | 1,651.00 |
| 6/11/2022 | | Repairs and Maintenance Reclass - See Detail | SLP / 10 | 148,845.54 | 1,129.68 | 29,936.00 | 118,909.54 |
| 8/23/2022 | | Trask Decrow Repairs/Parts | SLP / 10 | 6,789.20 | 52.24 | 1,641.00 | 5,148.20 |
| 8/23/2022 | | Fork Lift Battery | SLP / 10 | 7,020.52 | 54.00 | 1,697.00 | 5,323.52 |
| 10/1/2022 | | 2 Vacuum Repair | SLP / 10 | 5,071.30 | 39.00 | 1,141.00 | 3,930.30 |
| 10/26/2022 | | Mettler Toledo Parts & Maintenance | SLP / 10 | 6,127.41 | 47.20 | 1,379.00 | 4,748.41 |
| 12/1/2022 | | Lobster Conveyor Install | SLP / 5 | 6,343.85 | 97.56 | 2,644.00 | 3,699.85 |
| 12/1/2022 | | Truck Rail | SLP / 5 | 1,569.00 | 24.20 | 654.00 | 915.00 |
| 12/1/2022 | | 4 Bait Coolers | SLP / 5 | 69,980.00 | 1,076.68 | 29,158.00 | 40,822.00 |
| 12/1/2022 | | Life Extension BAADER 185 | SLP / 5 | 9,406.66 | 144.72 | 3,919.00 | 5,487.66 |
| 12/1/2022 | | Hurst Boiler Burner | SLP / 5 | 45,678.79 | 702.76 | 19,033.00 | 26,645.79 |
| 12/1/2022 | | Scale Upgrades | SLP / 5 | 17,556.00 | 270.04 | 7,315.00 | 10,241.00 |
| 12/1/2022 | | Compressor Maintenance | SLP / 5 | 14,496.87 | 223.00 | 6,040.00 | 8,456.87 |
| 12/1/2022 | | New Batter for Forklift | SLP / 5 | 7,142.23 | 109.80 | 2,975.00 | 4,167.23 |
| 12/1/2022 | | Wiring for Bait Freezers | SLP / 5 | 12,633.17 | 194.44 | 5,265.00 | 7,368.17 |
| 12/1/2022 | | Rigging for Bait Freezer Install | SLP / 5 | 5,995.50 | 92.24 | 2,498.00 | 3,497.50 |
| 12/28/2022 | | Mettler Toledo Parts/Maintenance | SLP / 10 | 3,776.29 | 29.04 | 787.00 | 2,989.29 |
| 12/31/2022 | | LI Claw Machine Life Extension | SLP / 10 | 39,184.68 | 301.44 | 8,159.00 | 31,025.68 |
| 1/23/2023 | | Maintenance Label Machine | SLP / 10 | 3,884.00 | 29.80 | 776.00 | 3,108.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|-----------|-------------|----------------|
| 3/13/2023 | | LE TDM Machine | SLP / 5 | 2,555.30 | 39.28 | 937.00 | 1,618.30 |
| 5/8/2023 | | Rice Lake 9201 Scale | SLP / 5 | 8,925.00 | 137.28 | 2,975.00 | 5,950.00 |
| 5/15/2023 | | Conversion of Tail Machine to Claw/Tail | SLP / 10 | 26,508.59 | 203.96 | 4,618.00 | 21,890.59 |
| 5/16/2023 | | Touch Screen | SLP / 5 | 4,251.83 | 65.44 | 1,417.00 | 2,834.83 |
| 5/24/2023 | | TDM Life Extension | SLP / 5 | 3,825.68 | 58.80 | 1,275.00 | 2,550.68 |
| 5/30/2023 | | Yamada Pump G15PT11 | SLP / 5 | 680.98 | 10.48 | 227.00 | 453.98 |
| 6/12/2023 | | IQ3 STACK L.24VDC,R/Y/G/H/PATL | SLP / 5 | 851.91 | 13.04 | 269.00 | 582.91 |
| 6/22/2023 | | 185 drive pully assembly | SLP / 5 | 4,807.44 | 73.96 | 1,522.00 | 3,285.44 |
| 9/15/2023 | | New Computers/Servers Phase 1 | SLP / 5 | 3,485.06 | 53.56 | 929.00 | 2,556.06 |
| 9/15/2023 | | Life Extension Waste System | SLP / 10 | 9,750.00 | 75.00 | 1,300.00 | 8,450.00 |
| 11/4/2023 | | Life Extension Area52 Machines | SLP / 10 | 9,622.86 | 74.00 | 1,122.00 | 8,500.86 |
| 11/17/2023 | | LOMA Life Extension | SLP / 5 | 2,562.19 | 39.44 | 597.00 | 1,965.19 |
| 11/17/2023 | | Scale Service - Life Extension | SLP / 5 | 2,394.05 | 36.80 | 559.00 | 1,835.05 |
| 11/20/2023 | | XFP 100C-CB1.4 | SLP / 5 | 5,619.00 | 86.48 | 1,311.00 | 4,308.00 |
| 11/29/2023 | | Computers/Servers Phase 3 | SLP / 5 | 9,751.24 | 150.00 | 2,275.00 | 7,476.24 |
| 12/2/2023 | | Ingersol Rand Machine Maintenance | SLP / 10 | 2,672.33 | 20.52 | 289.00 | 2,383.33 |
| 12/2/2023 | | Pump Overhaul | SLP / 5 | 3,067.00 | 47.20 | 664.00 | 2,403.00 |
| 12/2/2023 | | Belt Replacements x4 | SLP / 5 | 10,069.55 | 154.96 | 2,182.00 | 7,887.55 |
| 12/2/2023 | | Computers/Server Phase 2 | SLP / 5 | 8,963.20 | 137.96 | 1,942.00 | 7,021.20 |
| 12/20/2023 | | Life Extension Ultrasource Equip. | SLP / 5 | 2,014.75 | 31.00 | 437.00 | 1,577.75 |
| 3/29/2024 | | Rebuilding Hants Hill Inspection Control Panel | SLP / 5 | 2,944.00 | 49.10 | 491.00 | 2,453.00 |
| 4/3/2024 | | 5HP Regenerative Blower | SLP / 5 | 2,188.19 | 32.80 | 328.00 | 1,860.19 |
| 4/3/2024 | | Conveyor Rollers x4 | SLP / 5 | 3,163.88 | 47.50 | 475.00 | 2,688.88 |
| 4/16/2024 | | New Server Installation | SLP / 5 | 14,000.00 | 210.00 | 2,100.00 | 11,900.00 |
| 4/16/2024 | | Conveyor Table Frame Design & Assembly | SLP / 5 | 4,215.55 | 63.20 | 632.00 | 3,583.55 |
| 4/23/2024 | | Air Compressor Repair | SLP / 5 | 6,910.79 | 115.24 | 1,037.00 | 5,873.79 |
| 4/26/2024 | | 2024 Doosan G25E-7 Lift Truck | SLP / 5 | 39,301.92 | 655.00 | 5,895.00 | 33,406.92 |
| 4/26/2024 | | Belt 6715367 | SLP / 5 | 4,983.98 | 83.12 | 748.00 | 4,235.98 |
| 4/29/2024 | | Hinge System for D-800 Compactor | SLP / 5 | 1,326.94 | 22.12 | 199.00 | 1,127.94 |
| 4/29/2024 | | Vacuum Pump Overhaul | SLP / 5 | 3,916.00 | 65.24 | 587.00 | 3,329.00 |
| 4/30/2024 | | Area 52 Machine Leg Plate Weight Kit and Labor | SLP / 5 | 4,247.42 | 70.76 | 637.00 | 3,610.42 |
| 4/30/2024 | | Zebra ZD421 Wireless Printer x2 | SLP / 5 | 1,609.69 | 30.12 | 271.00 | 1,538.69 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 4/30/2024 | | Zebra ZT610 Printer | SLP / 5 | 2,856.95 | 47.64 | 429.00 | 2,427.95 |
| 4/30/2024 | | Caster Swivel Wheels x16 | SLP / 5 | 2,796.59 | 46.52 | 419.00 | 2,377.59 |
| 4/30/2024 | | 0.5 HP Washdown Motor | SLP / 5 | 1,232.87 | 20.52 | 185.00 | 1,047.87 |
| 5/1/2024 | | Magnet Driven Pump | SLP / 5 | 3,189.56 | 47.24 | 425.00 | 2,764.56 |
| 5/1/2024 | | Flange Water Line Replacement | SLP / 5 | 2,509.43 | 37.24 | 335.00 | 2,174.43 |
| 5/14/2024 | | Power Products System Life Extension | SLP / 5 | 9,159.49 | 135.64 | 1,221.00 | 7,938.49 |
| 5/14/2024 | | Conveyor Roller, 4 Gauge Cable, Ball Bearings | SLP / 5 | 4,652.23 | 68.88 | 620.00 | 4,032.23 |
| 5/16/2024 | | Trask-Decrow Equipment LE | SLP / 5 | 5,619.00 | 83.24 | 749.00 | 4,870.00 |
| 5/24/2024 | | Scale Table Fabrication | SLP / 5 | 3,500.00 | 58.41 | 467.00 | 3,033.00 |
| 5/28/2024 | | Left Hand Mechanical Interlock | SLP / 5 | 1,772.86 | 29.50 | 236.00 | 1,536.86 |
| 5/29/2024 | | Lobster Belt | SLP / 5 | 3,504.97 | 58.41 | 467.00 | 3,037.97 |
| 5/30/2024 | | Wireless Network Expansion | SLP / 10 | 2,538.73 | 21.16 | 169.00 | 2,369.73 |
| 5/31/2024 | | Siemens Washdown HMI x2 | SLP / 5 | 7,096.93 | 118.25 | 946.00 | 6,150.93 |
| 5/31/2024 | | 1280 Main Board & Programming | SLP / 5 | 1,370.00 | 22.91 | 183.00 | 1,187.00 |
| 5/31/2024 | | Pallet Truck | SLP / 5 | 5,187.83 | 86.50 | 692.00 | 4,495.83 |
| 6/3/2024 | | Lobster Grading Software, Scale, and Indicator | SLP / 5 | 16,500.00 | 240.66 | 1,925.00 | 14,575.00 |
| 6/5/2024 | | Blois Automation Life Extension Parts | SLP / 5 | 4,387.58 | 64.00 | 512.00 | 3,875.58 |
| 6/14/2024 | | UV Filter, Pressure Gauges, O-Rings | SLP / 5 | 2,190.22 | 32.00 | 256.00 | 1,934.22 |
| 6/17/2024 | | Squeezing Belt | SLP / 5 | 1,512.73 | 25.16 | 176.00 | 1,336.73 |
| 6/20/2024 | | New Chute and Racks | SLP / 5 | 5,605.00 | 93.42 | 654.00 | 4,951.00 |
| 6/26/2024 | | Load Cells and CW90 Indicators for UW Scales x3 | SLP / 5 | 5,999.73 | 100.00 | 700.00 | 5,299.73 |
| 6/26/2024 | | RS Spring Wire SS Solid Pin | SLP / 5 | 1,740.96 | 29.00 | 203.00 | 1,537.96 |
| 7/5/2024 | | Dell Desktop | SLP / 5 | 2,484.61 | 35.42 | 248.00 | 2,236.61 |
| 7/5/2024 | | Leg Meat Conveyor and Cover | SLP / 5 | 39,331.00 | 561.84 | 3,933.00 | 35,398.00 |
| 7/12/2024 | | EZ Lift Forklift | SLP / 5 | 18,933.00 | 270.42 | 1,893.00 | 17,040.00 |
| 7/14/2024 | | MMA Repairs | SLP / 5 | 3,700.75 | 61.65 | 370.00 | 3,330.75 |
| 7/16/2024 | | Gear Box & Shaft for Butchering Table | SLP / 5 | 1,327.20 | 22.15 | 133.00 | 1,194.20 |
| 7/19/2024 | | Digital Control Panel and Parts | SLP / 5 | 3,068.23 | 51.15 | 307.00 | 2,761.23 |
| 7/22/2024 | | Computer Workstation | SLP / 5 | 4,468.50 | 74.50 | 447.00 | 4,021.50 |
| 8/1/2024 | | Bi-Flow Conveyor | SLP / 5 | 21,166.50 | 294.00 | 1,764.00 | 19,402.50 |
| 8/11/2024 | | Cooking Racks | SLP / 5 | 12,265.00 | 204.40 | 1,022.00 | 11,243.00 |
| 8/19/2024 | | Pallet Truck x2 | SLP / 5 | 5,047.56 | 84.20 | 421.00 | 4,626.56 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|---|---|---|---|---|---|---|---|
| 8/26/2024 | | AR Computer | SLP / 5 | 1,790.12 | 29.80 | 149.00 | 1,641.12 |
| 8/28/2024 | | Server PowerEdge T440 | SLP / 5 | 5,844.33 | 97.40 | 487.00 | 5,357.33 |
| 9/8/2024 | | Chiller System Union | SLP / 5 | 3,329.77 | 55.50 | 222.00 | 3,107.77 |
| 9/9/2024 | | LMI Metering Pump | SLP / 5 | 2,514.46 | 42.00 | 168.00 | 2,346.46 |
| 9/12/2024 | | Pallet Truck | SLP / 5 | 5,036.60 | 84.00 | 336.00 | 4,700.60 |
| 9/30/2024 | | Heat Exchanger and Fan Motor | SLP / 5 | 10,024.64 | 167.00 | 668.00 | 9,356.64 |
| 10/2/2024 | | Ozone Unit | SLP / 5 | 10,518.35 | 131.50 | 526.00 | 9,992.35 |
| 10/7/2024 | | Vacuum Valve x2 | SLP / 5 | 1,869.12 | 31.00 | 93.00 | 1,776.12 |
| 10/31/2024 | | CFP Supervisor Computer | SLP / 5 | 1,579.16 | 26.34 | 79.00 | 1,500.16 |
| 11/4/2024 | | New Screw Conveyor and Parts | SLP / 5 | 6,216.20 | 103.50 | 207.00 | 6,009.20 |
| 11/7/2024 | | Crab Line Modifications | SLP / 5 | 3,352.00 | 56.00 | 112.00 | 3,240.00 |
| 11/15/2024 | | Fish Pier Belts | SLP / 5 | 4,470.39 | 74.50 | 149.00 | 4,321.39 |
| 11/15/2024 | | UW Electrical Wiring | SLP / 5 | 2,511.09 | 42.00 | 84.00 | 2,427.09 |
| 12/3/2024 | | Solid State Relay & Tranducer | SLP / 5 | 2,274.47 | 38.00 | 38.00 | 2,236.47 |
| 12/5/2024 | | Regenerative Blower | SLP / 5 | 2,228.88 | 37.00 | 37.00 | 2,191.88 |
| 12/5/2024 | | Compressed Air Filters | SLP / 5 | 2,664.64 | 44.00 | 44.00 | 2,620.64 |
| Asset A/C# totals: 143-0 - EQUIPMENT  ( 1,007 assets ) | | | | 11,320,311.63 | 31,143.14 | 9,496,630.21 | 1,823,681.42 |
| | | | | | | | |
| **Asset A/C#: 145-0 - LEASEHOLD IMPROVEMENTS** | | | | | | | |
| 11/30/1996 | | Paving | SLP / 15 | 4,960.00 | 0.00 | 4,960.00 | 0.00 |
| 1/15/2004 | | Leasehold Improvement | SLP / 15 | 26,382.00 | 0.00 | 26,382.00 | 0.00 |
| 12/15/2006 | | Leasehold Improvement | SLP / 15 | 8,914.66 | 0.00 | 8,914.66 | 0.00 |
| 7/24/2008 | | Gowning Room, R.P. Waltz | SLP / 15 | 4,527.00 | 0.00 | 4,527.00 | 0.00 |
| 7/25/2008 | | Gowning Room, Hascall & Hall | SLP / 15 | 11,201.00 | 0.00 | 11,201.00 | 0.00 |
| 8/14/2008 | | Conference Room | SLP / 15 | 7,854.00 | 0.00 | 7,854.00 | 0.00 |
| 11/16/2009 | | LEASEHOLD IMPROVEMENT-CFP CITY BILL | SLP / 5 | 218,297.60 | 0.00 | 218,297.60 | 0.00 |
| 11/16/2009 | | ELECTRICAL/CABLING/LIGHTS CFP | SLP / 5 | 14,704.00 | 0.00 | 14,704.00 | 0.00 |
| 11/16/2009 | | FLOOR CFP | SLP / 5 | 70,948.00 | 0.00 | 70,948.00 | 0.00 |
| 4/18/2010 | | HR WALL | SLP / 15 | 18,749.00 | 96.20 | 18,438.00 | 311.00 |
| 5/15/2011 | | LOBSTER TANKS | SLP / 9 | 11,286.00 | 0.00 | 11,286.00 | 0.00 |
| 5/15/2011 | | HOOD SUPPORTS - 2011 REBUILD PROJECT SJS | SLP / 14 | 5,353.25 | 29.44 | 5,221.00 | 132.25 |
| 5/15/2011 | | MECHANICAL - 2011 REBUILD PROJECT SJS | SLP / 14 | 1,234.65 | 6.76 | 1,203.00 | 31.65 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Moth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|---|---|---|---|---|---|---|---|
| 6/17/2011 | | SPRINKLER HEADS FOR SPRINKLER SYSTEM | SLP / 14 | 24,105.41 | 132.48 | 23,390.00 | 715.41 |
| 6/1/2013 | | CONCRETE WORK COOLER FLOOR | SLP / 10 | 11,745.00 | 0.00 | 11,745.00 | 0.00 |
| 6/1/2013 | | FLOOR WORK PRODUCTION | SLP / 10 | 65,435.34 | 0.00 | 65,435.34 | 0.00 |
| 6/1/2013 | | MEZZANINE STAIRS | SLP / 10 | 13,623.75 | 0.00 | 13,623.75 | 0.00 |
| 6/1/2013 | | SAFTEY HATCH CONCRETE CUT | SLP / 10 | 890.00 | 0.00 | 890.00 | 0.00 |
| 6/1/2013 | | CONCRETE STAIRS WAREHOUSE DOOR | SLP / 10 | 4,116.95 | 0.00 | 4,116.95 | 0.00 |
| 6/24/2013 | | CURB TREAMENTS CFP | SLP / 10 | 12,780.14 | 0.00 | 12,780.14 | 0.00 |
| 7/29/2013 | | FLOOR WORK | SLP / 10 | 3,151.83 | 0.00 | 3,151.83 | 0.00 |
| 7/29/2013 | | FLOOR WORK KNEE WALLS | SLP / 10 | 3,220.49 | 0.00 | 3,220.49 | 0.00 |
| 10/18/2013 | | LOADING DOCK BUMP DOORS-OVERHAUL | SLP / 3 | 3,891.37 | 0.00 | 3,891.37 | 0.00 |
| 11/5/2013 | | EXIT ALARMS | SLP / 7 | 1,646.61 | 0.00 | 1,646.61 | 0.00 |
| 3/15/2014 | | SUMP PIT AND COVE MAJOR REPAIR | SLP / 7 | 6,750.00 | 0.00 | 6,750.00 | 0.00 |
| 7/22/2014 | | Leasehold Improvements to 35 Union Wharf | SLP / 7 | 5,064.34 | 0.00 | 5,064.34 | 0.00 |
| 8/23/2014 | | Add deck over tanks at 35 Union | SLP / 5 | 1,619.04 | 0.00 | 1,619.04 | 0.00 |
| 6/1/2015 | | Leasehold Improvements | SLP / 7 | 28,634.96 | 0.00 | 28,634.96 | 0.00 |
| 6/1/2015 | | Cafe | SLP / 7 | 14,918.37 | 0.00 | 14,918.37 | 0.00 |
| 6/1/2015 | | Changing Room | SLP / 7 | 6,872.98 | 0.00 | 6,872.98 | 0.00 |
| 7/27/2015 | | Upgrade Lighting | SLP / 5 | 1,905.04 | 0.00 | 1,905.04 | 0.00 |
| 7/27/2015 | | New Exhaust Fan | SLP / 5 | 1,182.66 | 0.00 | 1,182.66 | 0.00 |
| 8/21/2015 | | Loading Dock Electrical Upgrade | SLP / 7 | 3,309.55 | 0.00 | 3,309.55 | 0.00 |
| 10/12/2015 | | New door at CFP | SLP / 7 | 5,600.44 | 0.00 | 5,600.44 | 0.00 |
| 11/15/2015 | | CFP New Wall | SLP / 7 | 4,467.00 | 0.00 | 4,467.00 | 0.00 |
| 12/7/2015 | | Rebuild Cooler Doors | SLP / 5 | 2,761.40 | 0.00 | 2,761.40 | 0.00 |
| 3/31/2016 | | Leg Mince Electrical | SLP / 5 | 3,900.00 | 0.00 | 3,900.00 | 0.00 |
| 4/4/2016 | | New Exterior Lights | SLP / 5 | 2,850.00 | 0.00 | 2,850.00 | 0.00 |
| 4/19/2016 | | New Floor in conference room | SLP / 5 | 1,928.00 | 0.00 | 1,928.00 | 0.00 |
| 4/22/2016 | | New dock door | SLP / 5 | 2,734.96 | 0.00 | 2,734.96 | 0.00 |
| 5/10/2016 | | New Drains | SLP / 3 | 2,984.95 | 0.00 | 2,984.95 | 0.00 |
| 5/12/2016 | | New wall & door | SLP / 7 | 20,506.28 | 0.00 | 20,506.28 | 0.00 |
| 5/27/2016 | | Loading Dock Improvements | SLP / 7 | 19,972.64 | 0.00 | 19,972.64 | 0.00 |
| 7/15/2016 | | Leasehold Improvements on Loading Docks & Floors | SLP / 7 | 31,657.07 | 0.00 | 31,657.07 | 0.00 |
| 11/10/2016 | | New Signs | SLP / 3 | 2,171.50 | 0.00 | 2,171.50 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Moth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 11/10/2016 | | New Steam Pipe | SLP / 3 | 3,670.40 | 0.00 | 3,670.40 | 0.00 |
| 2/15/2017 | | Dock & Door life extension | SLP / 3 | 1,828.34 | 0.00 | 1,828.34 | 0.00 |
| 5/5/2017 | | Leasehold Improvements | SLP / 3 | 17,364.00 | 0.00 | 17,364.00 | 0.00 |
| 6/2/2017 | | Improvements to bathrooms & hand washing area | SLP / 3 | 4,896.96 | 0.00 | 4,896.96 | 0.00 |
| 6/2/2017 | | New Entry Area Flooring | SLP / 3 | 2,970.00 | 0.00 | 2,970.00 | 0.00 |
| 7/3/2017 | | New Walls in Bathroom & Sink Areas | SLP / 3 | 2,460.50 | 0.00 | 2,460.50 | 0.00 |
| 7/3/2017 | | New Ductwork | SLP / 3 | 3,600.00 | 0.00 | 3,600.00 | 0.00 |
| 12/12/2017 | | Floor Drain Expansion | SLP / 5 | 1,478.00 | 0.00 | 1,478.00 | 0.00 |
| 12/12/2017 | | Insulation | SLP / 7 | 4,598.00 | 46.24 | 4,598.00 | 0.00 |
| 12/12/2017 | | Emergency Lights | SLP / 5 | 2,448.58 | 0.00 | 2,448.58 | 0.00 |
| 12/12/2017 | | New Electrical Panel | SLP / 10 | 3,456.26 | 26.56 | 2,451.00 | 1,005.26 |
| 4/13/2018 | | Freezer Door | SLP / 5 | 5,990.00 | 0.00 | 5,990.00 | 0.00 |
| 5/4/2018 | | New Stainless Steel Drain Baskets | SLP / 5 | 2,404.70 | 0.00 | 2,404.70 | 0.00 |
| 5/4/2018 | | Roof Life Extension | SLP / 5 | 2,488.00 | 0.00 | 2,488.00 | 0.00 |
| 5/4/2018 | | Light Fixture Gaskets | SLP / 5 | 2,695.47 | 0.00 | 2,695.47 | 0.00 |
| 5/4/2018 | | New Insulation | SLP / 5 | 1,117.21 | 0.00 | 1,117.21 | 0.00 |
| 6/2/2018 | | New Connectivity Point Wiring | SLP / 5 | 2,616.29 | 0.00 | 2,616.29 | 0.00 |
| 6/2/2018 | | Blanching System piping & Insulation | SLP / 5 | 2,021.73 | 0.00 | 2,021.73 | 0.00 |
| 6/30/2018 | | New Low Risk Floor | SLP / 5 | 67,927.87 | 0.00 | 67,927.87 | 0.00 |
| 11/17/2018 | | Eastern Fire Equipment Life Extension | SLP / 5 | 3,056.18 | 0.00 | 3,056.18 | 0.00 |
| 12/15/2018 | | Leasehold door Improvements at CFP | SLP / 5 | 2,312.88 | 0.00 | 2,312.88 | 0.00 |
| 12/15/2018 | | Flow meter | SLP / 5 | 2,726.88 | 0.00 | 2,726.88 | 0.00 |
| 12/15/2018 | | Update SJS Lighting | SLP / 5 | 5,648.37 | 0.00 | 5,648.37 | 0.00 |
| 12/15/2018 | | Trane life extension | SLP / 3 | 4,374.76 | 0.00 | 4,374.76 | 0.00 |
| 1/12/2019 | | Stainless Steel Grate Drain | SLP / 5 | 1,198.00 | 0.00 | 1,198.00 | 0.00 |
| 1/12/2019 | | Materials for High Risk Room | SLP / 3 | 1,536.69 | 0.00 | 1,536.69 | 0.00 |
| 2/15/2019 | | Isolation Valves | SLP / 3 | 433.84 | 0.00 | 433.84 | 0.00 |
| 3/15/2019 | | CFP Wall Project | SLP / 5 | 1,077.99 | 0.00 | 1,077.99 | 0.00 |
| 3/15/2019 | | Union Wharf - New Lobster Tank | SLP / 7 | 16,863.00 | 185.28 | 14,053.00 | 2,810.00 |
| 3/15/2019 | | Union Wharf - New Oil Tank Shelter | SLP / 7 | 9,168.81 | 100.76 | 7,642.00 | 1,526.81 |
| 4/5/2019 | | Plant LED Lighting | SLP / 5 | 667.65 | 0.00 | 667.65 | 0.00 |
| 4/5/2019 | | Water Proof Lighting in High Risk | SLP / 5 | 6,635.00 | 0.00 | 6,635.00 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 4/5/2019 | | New Floors Under Ice Machines | SLP / 7 | 9,704.28 | 106.56 | 7,970.00 | 1,734.28 |
| 5/3/2019 | | Pave SJS parking lot | SLP / 7 | 12,000.00 | 131.80 | 9,713.00 | 2,287.00 |
| 5/3/2019 | | CFP Loading Dock Improvements | SLP / 5 | 6,024.07 | 0.00 | 6,024.07 | 0.00 |
| 5/3/2019 | | Pendent Heads added to freezer area | SLP / 5 | 2,989.55 | 0.00 | 2,989.55 | 0.00 |
| 5/3/2019 | | New floor drain @ SJS | SLP / 7 | 1,060.00 | 11.56 | 856.00 | 204.00 |
| 5/3/2019 | | Blower motor mounts | SLP / 5 | 3,650.98 | 0.00 | 3,650.98 | 0.00 |
| 6/1/2019 | | Dock & Door Life Extension | SLP / 3 | 1,756.17 | 0.00 | 1,756.17 | 0.00 |
| 6/1/2019 | | Replacement of Piping & Repairs | SLP / 5 | 13,890.29 | 0.00 | 13,890.29 | 0.00 |
| 6/1/2019 | | Relocate electrical supply for equipment | SLP / 3 | 1,041.66 | 0.00 | 1,041.66 | 0.00 |
| 6/1/2019 | | Relocate electrical supply for equipment | SLP / 3 | 5,344.75 | 0.00 | 5,344.75 | 0.00 |
| 6/1/2019 | | Receptacles for touch screens | SLP / 3 | 1,658.49 | 0.00 | 1,658.49 | 0.00 |
| 6/1/2019 | | Gas Valve Replacement | SLP / 3 | 1,537.49 | 0.00 | 1,537.49 | 0.00 |
| 6/29/2019 | | Upgrade Union Wharf wiring | SLP / 3 | 1,110.51 | 0.00 | 1,110.51 | 0.00 |
| 6/29/2019 | | Build Lean-to at Union Wharf | SLP / 3 | 2,120.23 | 0.00 | 2,120.23 | 0.00 |
| 6/29/2019 | | Upgrade SJS Wiring | SLP / 3 | 3,105.64 | 0.00 | 3,105.64 | 0.00 |
| 6/29/2019 | | Upgrade SJS Freezer | SLP / 3 | 3,061.68 | 0.00 | 3,061.68 | 0.00 |
| 7/26/2019 | | CHS Dock Life Extension | SLP / 3 | 6,979.72 | 0.00 | 6,979.72 | 0.00 |
| 8/24/2019 | | Life extension Fish Pier Cooler | SLP / 3 | 1,678.15 | 0.00 | 1,678.15 | 0.00 |
| 9/23/2019 | | Expansion tank life extension SJS | SLP / 3 | 3,597.42 | 0.00 | 3,597.42 | 0.00 |
| 9/23/2019 | | Upgrade Union Wharf Fire Alarm System | SLP / 7 | 16,005.30 | 175.80 | 12,192.00 | 3,813.30 |
| 9/23/2019 | | Dock & Door Upgrades @ Union Wharf | SLP / 5 | 2,630.65 | 0.00 | 2,630.65 | 0.00 |
| 9/23/2019 | | Stainless Steel Door frame @ CFP | SLP / 7 | 2,260.00 | 24.80 | 1,723.00 | 537.00 |
| 9/23/2019 | | Boiler Life Extension @ SJS | SLP / 5 | 3,917.64 | 0.00 | 3,917.64 | 0.00 |
| 9/23/2019 | | Union Wharf pump upgrades | SLP / 5 | 4,288.08 | 0.00 | 4,288.08 | 0.00 |
| 9/23/2019 | | Lobster tank upgrade @ Union Wharf | SLP / 3 | 2,100.00 | 0.00 | 2,100.00 | 0.00 |
| 9/23/2019 | | Door Life Extension | SLP / 3 | 1,116.67 | 0.00 | 1,116.67 | 0.00 |
| 10/18/2019 | | 2 stainless steel door frames @ CFP | SLP / 5 | 2,000.00 | 0.00 | 2,000.00 | 0.00 |
| 10/18/2019 | | Boiler Life Extension @ CFP | SLP / 5 | 2,206.37 | 0.00 | 2,206.37 | 0.00 |
| 11/15/2019 | | SJS Electrical Upgrade | SLP / 3 | 3,200.00 | 0.00 | 3,200.00 | 0.00 |
| 11/15/2019 | | SJS Drain Upgrage | SLP / 3 | 8,515.90 | 0.00 | 8,515.90 | 0.00 |
| 11/15/2019 | | Stainless Steel drain covers | SLP / 3 | 2,000.00 | 0.00 | 2,000.00 | 0.00 |
| 11/15/2019 | | Fish Pier Truck outlet | SLP / 3 | 1,160.00 | 0.00 | 1,160.00 | 0.00 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Moth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|
| 11/15/2019 | | CFP Wall Project | SLP / 5 | 11,184.58 | 0.00 | 11,184.58 | 0.00 |
| 11/15/2019 | | SJS Freezer | SLP / 5 | 29,917.26 | 0.00 | 29,917.26 | 0.00 |
| 11/15/2019 | | SJS Boiler Conversion to low pressure | SLP / 5 | 49,740.00 | 0.00 | 49,740.00 | 0.00 |
| 11/15/2019 | | Quonset Hut Soil Survey | SLP / 5 | 7,200.00 | 0.00 | 7,200.00 | 0.00 |
| 12/14/2019 | | Upgrade Union Wharf electrical system | SLP / 5 | 5,748.53 | 81.01 | 5,748.53 | 0.00 |
| 12/26/2019 | | Hand Dryer Repair | SLP / 5 | 1,677.00 | 23.76 | 1,677.00 | 0.00 |
| 5/2/2020 | | Install water lines to loading dock for low risk trailer (covid-19) | SLP / 3 | 1,845.46 | 0.00 | 1,845.46 | 0.00 |
| 6/27/2020 | | Upgrade SJS electrical for Low Risk entry (during COVID-19) | SLP / 3 | 6,844.79 | 0.00 | 6,844.79 | 0.00 |
| 6/27/2020 | | UV light in entry way from cafeteria to office | SLP / 3 | 1,063.00 | 0.00 | 1,063.00 | 0.00 |
| 8/22/2020 | | Addition of interanl window between low & high risk | SLP / 3 | 3,125.00 | 0.00 | 3,125.00 | 0.00 |
| 4/30/2021 | | Plumbing Parts/Equipment | SLP / 5 | 929.59 | 14.28 | 697.00 | 232.59 |
| 5/25/2021 | | Packing Cooler LED Lights | SLP / 10 | 2,800.00 | 21.52 | 1,027.00 | 1,773.00 |
| 10/31/2021 | | High Risk Room Improvements 2021 (See notes) | SLP / 10 | 18,723.24 | 144.00 | 6,084.00 | 12,639.24 |
| 10/31/2021 | | High Risk Floor Improvements 2021 | SLP / 10 | 59,061.84 | 454.28 | 19,195.00 | 39,866.84 |
| 10/31/2021 | | Floor Grate Repairs CFP | SLP / 10 | 1,740.00 | 13.44 | 566.00 | 1,174.00 |
| 10/31/2021 | | Modifications for Scale Tables CFP | SLP / 10 | 3,080.34 | 23.72 | 1,001.00 | 2,079.34 |
| 10/31/2021 | | Pipe Trench Drain into Main Line | SLP / 10 | 813.60 | 6.24 | 263.00 | 550.60 |
| 10/31/2021 | | Repairs to Leaking Water Main | SLP / 10 | 1,291.63 | 9.96 | 419.00 | 872.63 |
| 10/31/2021 | | P Trap Repairs on Floor Drain | SLP / 10 | 1,322.14 | 10.20 | 429.00 | 893.14 |
| 10/31/2021 | | Move 3 Bay Sink | SLP / 10 | 5,551.54 | 42.72 | 1,804.00 | 3,747.54 |
| 7/9/2022 | | Dock Leveler CFP | SLP / 10 | 10,493.61 | 80.72 | 2,123.00 | 8,370.61 |
| 7/9/2022 | | Inst Container | SLP / 10 | 5,722.50 | 44.00 | 1,205.00 | 4,517.50 |
| 7/9/2022 | | High Speed Door | SLP / 10 | 17,827.69 | 137.20 | 3,607.00 | 14,220.69 |
| 7/9/2022 | | Rebuild Stairs SJS | SLP / 10 | 10,968.68 | 84.44 | 2,210.00 | 8,758.68 |
| 7/9/2022 | | Drain Grate | SLP / 10 | 3,584.25 | 27.52 | 745.00 | 2,839.25 |
| 7/9/2022 | | Upgrade Power SJS | SLP / 10 | 5,224.74 | 40.20 | 1,072.00 | 4,152.74 |
| 12/1/2022 | | Concrete Work SJS | SLP / 5 | 18,892.44 | 290.56 | 7,671.00 | 11,221.44 |
| 5/30/2024 | | Office Rooftop HVAC Replacement | SLP / 5 | 20,490.00 | 341.50 | 2,732.00 | 17,758.00 |
| 6/4/2024 | | Pump Line Valve Installation | SLP / 5 | 18,933.00 | 276.16 | 2,209.00 | 16,724.00 |
| 6/26/2024 | | 120V Circut Installation | SLP / 5 | 1,771.08 | 29.58 | 207.00 | 1,564.08 |
| | | **Asset A/C# totals: 145-0 - LEASHOLD IMPROVEMENTS  ( 139 assets )** | | **1,373,821.01** | **3,271.25** | **1,204,757.14** | **169,063.87** |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|-----------|-------------|----------------|
| **Asset A/C#: 146-0 - VEHICLES** | | | | | | | |
| 6/4/2004 | | 2004 Great Dane Trailer | SLP / 7 | 52,737.00 | 0.00 | 52,737.00 | 0.00 |
| 6/4/2004 | | 2004 Great Dane Trailer | SLP / 7 | 52,737.00 | 0.00 | 52,737.00 | 0.00 |
| 8/13/2008 | | Toyota Pickup | SLP / 5 | 34,177.70 | 0.00 | 34,177.70 | 0.00 |
| 8/13/2008 | | Toyota Pickup | SLP / 5 | 22,481.75 | 0.00 | 22,481.75 | 0.00 |
| 6/24/2010 | | 2005 Freightiner T120 IFUJBBCKX5LU81008 | SLP / 5 | 43,980.18 * | 0.00 | 43,980.18 | 0.00 |
| 9/16/2010 | | 2011 GREAT DANE TRAILER 48' WITH CARRIER ULTRA VIN | SLP / 5 | 66,233.67 | 0.00 | 66,233.67 | 0.00 |
| 11/23/2010 | | ALUMINUM TRUCK TRACKS 32' | SLP / 5 | 3,605.00 | 0.00 | 3,605.00 | 0.00 |
| 6/23/2015 | | Western Star 5KJJAXDV6GPHJ2830 (Tractor) #9 | SLP / 5 | 131,297.99 | 0.00 | 131,297.99 | 0.00 |
| 7/27/2015 | | International #11 | SLP / 7 | 108,023.58 | 0.00 | 108,023.58 | 0.00 |
| 11/10/2016 | | Upgrade Clutch 2005 Freightliner T120 IFUJBBCKX5LU81008 #7 | SLP / 3 | 3,213.37 | 0.00 | 3,213.37 | 0.00 |
| 7/3/2017 | | Great Dane Reefer Life Extension | SLP / 3 | 1,956.82 | 0.00 | 1,956.82 | 0.00 |
| 7/3/2017 | | 2005 Freight Liner Life Extension | SLP / 3 | 3,258.08 | 0.00 | 3,258.08 | 0.00 |
| 2/14/2018 | | Life Extension for Trailer R-01 | SLP / 5 | 3,549.03 | 0.00 | 3,549.03 | 0.00 |
| 6/30/2018 | | Life extension Trailer R-01 Vin: 1GRAA76254B702964 | SLP / 5 | 3,110.61 | 0.00 | 3,110.61 | 0.00 |
| 5/3/2019 | | Tractor #7 Life extension | SLP / 3 | 6,342.47 | 0.00 | 6,342.47 | 0.00 |
| 6/12/2019 | | Kenworth Box Truck #12 Vin: 2NKHLJ0X4LM391592 | SLP / 5 | 177,348.70 | 0.00 | 177,348.70 | 0.00 |
| 7/10/2019 | | Kenworth Box Truck #13 VIN: 2NKHLJ0X6LM395028 | SLP / 5 | 176,686.66 | 0.00 | 176,686.66 | 0.00 |
| 8/24/2019 | | Trailer R-01 life extension | SLP / 3 | 6,518.56 | 0.00 | 6,518.56 | 0.00 |
| 9/23/2019 | | Life extension trailer R-01 | SLP / 3 | 1,038.29 | 0.00 | 1,038.29 | 0.00 |
| 12/14/2019 | | 2020 Toyota Tundra | SLP / 5 | 52,776.62 | 744.42 | 52,776.62 | 0.00 |
| 6/27/2020 | | Life extension Truck #11 | SLP / 3 | 1,927.51 | 0.00 | 1,927.51 | 0.00 |
| 7/25/2020 | | Life extension tractor #7 | SLP / 3 | 4,774.94 | 0.00 | 4,774.94 | 0.00 |
| 8/22/2020 | | Trailer life extension - R01 | SLP / 3 | 1,932.30 | 0.00 | 1,932.30 | 0.00 |
| 8/22/2020 | | Trailer life extension R01 | SLP / 3 | 1,360.87 | 0.00 | 1,360.87 | 0.00 |
| 9/2/2020 | | Trailer R03 Repair | SLP / 5 | 5,079.11 | 78.20 | 4,403.00 | 676.11 |
| 7/9/2022 | | Recon Intl Truck | SLP / 10 | 4,488.87 | 34.52 | 898.00 | 3,590.87 |
| 11/25/2022 | | Life Extension Truck # | SLP / 10 | 14,851.75 | 114.24 | 2,970.00 | 11,881.75 |
| 1/9/2023 | | Truck #13 Life Extension | SLP / 5 | 716.44 | 11.00 | 286.00 | 430.44 |
| 1/17/2023 | | Truck Life Extension | SLP / 5 | 2,107.56 | 32.48 | 844.00 | 1,263.56 |
| **Asset A/C# totals: 146-0 - VEHICLES ( 29 assets )** | | | | 986,312.43 | 1,014.86 | 988,469.70 | 17,842.73 |
| **Grand Totals: ( 1,175 assets )** | | | | 13,680,445.07 | 35,429.25 | 11,669,857.05 | 2,010,588.02 |

**13 PERIODS ABBREVIATED DEPRECIATION REPORT**
*COZY HARBOR SEAFOOD - Dec. 28, 2024*

Assets: 1,175 of 1,175 Included
Include: All Assets
Method: BOOK - Std Conventions Applied

Sort #1: Asset A/C#

| Date Acq | Date Sold | Description | Meth/Life | Cost | 12/28/2024 | Acc. Dep'n. | Net Book Value |
|----------|-----------|-------------|-----------|------|------------|-------------|----------------|

Totals for Cost, 'To Date', and NBV do not include disposed assets if date sold is before the current period.

# SCHEDULE AR
# ACCOUNTS RECEIVABLE

# Cozy Harbor Seafood
## A/R Aging Summary
### As of October 11, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| AD Maiora LLC | | 108.58 | | | | 108.58 |
| Blount Fine Foods | 33,120.00 | | | | | 33,120.00 |
| C.B.S Lobster, Inc | | | | | | 0.00 |
| DBA Mango Tree Supermarket | | 3,225.00 | | | | 3,225.00 |
| Delhaize America | | 148.75 | -217.50 | -433.50 | -1,149.00 | -1,651.25 |
|   SCH - Hannaford Brothers | 223,253.25 | 60,133.36 | | 661.74 | 11,434.82 | 295,483.17 |
|   SP - Hannaford Brothers | 531,822.75 | 82,142.86 | 397.50 | 394.00 | 17,555.50 | 632,312.61 |
| Total Delhaize America | $ 755,076.00 | $ 142,424.97 | $ 180.00 | $ 622.24 | $ 27,841.32 | $ 926,144.53 |
| Dennis Food Service | 57,192.00 | | | | | 57,192.00 |
| East Coast Seafood | 34,500.00 | | | | | 34,500.00 |
| Employee Purchases | 171.85 | | | | | 171.85 |
| Fisher King Seafood LTD | 36,180.00 | | | | | 36,180.00 |
| Harbor Fish Market | 3,600.00 | 2,700.00 | | | | 6,300.00 |
| John Armstrong | | | | | | 0.00 |
| Monarch Trading LLC | | 134,911.00 | | | | 134,911.00 |
| Nova Seafoods | 4,200.00 | | | | | 4,200.00 |
| Nutrilink Limited | 554,969.00 | | | | | 554,969.00 |
| Ocean Explorer LLC | 4.59 | | | | | 4.59 |
| Performance Food Group | | | | | | 0.00 |
|   Northcenter Food Service | 30,556.80 | 12,772.80 | | | | 43,329.60 |
| Total Performance Food Group | $ 30,556.80 | $ 12,772.80 | $ 0.00 | $ 0.00 | $ 0.00 | $ 43,329.60 |
| Red Hook Lobster Pound | 28,264.50 | | | | | 28,264.50 |
| Safeway Inc | | 19,680.00 | | | | 19,680.00 |
| Sea Salt, LLC | 25,020.00 | 36,008.00 | 2,050.00 | 16,593.00 | | 79,671.00 |
| South Bristol Co-Op | | | | 36.00 | | 36.00 |
| Supreme Lobster and Seafood Company | 30,127.50 | 21,352.50 | | | | 51,480.00 |
| Taylor Lobster Company | 89,517.00 | 159,060.00 | | | 15,960.00 | 264,537.00 |
| Two Cousins Fish Market | 780.00 | 3,042.00 | | | | 3,822.00 |
| Val's Ocean Pacific Seafood Inc. | | 954.00 | | | | 954.00 |
| TOTAL | $ 1,683,279.24 | $ 536,238.85 | $ 2,230.00 | $ 17,251.24 | $ 43,801.32 | $ 2,282,800.65 |

**AR less 90   $ 2,238,999.33**

Monday, Oct 13, 2025 11:49:33 AM GMT-7

# SCHEDULE INV

## <u>INVENTORY</u>

**Inventory as of 10/11/25**

| | |
|---|---:|
| Cozy Harbor | |
| Whole Fish | 43,883.00 |
| Frozen Fish | 24,305.10 |
| Lobster | 2,473,470.69 |
| Aging Lobster | 74,140.00 |
| Crab | 731,698.81 |
| Arts Lobsters | 41,730.00 |
| Arts Bait | 11,911.20 |
| Arts Fuel | 2,061.49 |
| CBL Bait | 26,290.35 |
| CBL Fuel | 842.24 |
| | |
| Less: Aged/Expired Inventory | 208,074.00 |
| **Total Inventory** | **3,222,258.88** |

Note:  No value ascribed to Packaging Inventory (listing attached) and
no adjustment to Purchase Price as to Packaging Inventory on hand
at Closing.

STRICTLY CONFIDENTIAL — Copy Not For Distribution — Opened with on 9.12.50.0 PM

| Part Number | Item | COST | Inventory #RJ | Expense #Inactv | Acct# | Description | PRODUCT TYPE | 9 | 9 (9-6-25) | VALUE | DIFFERENCE PRIOR PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C0501 | Crab Meat 7oz tray pack Sleeve VSP | $0.15 | 124-S | A | | Crab Meat 7oz VSP Retail Sleeve | Crab Frozen | | 40,800 | $6,070 | $170 |
| C3001 | Crab meat  2# Printed Pouch, UHB 8x12 | $0.54 | 124-S | A | | Crab Claws and Arms Retail 2lbs Bag | Crab Frozen | | 2,600 | $870 | $435 |
| F0001 | CHOWDER BOX | $0.46 | 124-1 | IA | | 10# FROZEN FISH CHOWDER BOXES | FISH FROZEN | | 0 | $0 | $0 |
| F1502 | FISH MASTER 10# COZY | $1.35 | 124-1 | A | | 10# FRESH FISH COZY WAX BOX PPC | FISH FRESH | | 0 | $0 | $0 |
| F1504 | FISH MASTER IQF | $0.00 | 124-1 | A | | IQF FLOUNDER MASTER CASE + 2 x 8 IQF Shrimp | FISH FROZEN | | 0 | $0 | $0 |
| F1505 | FISH MASTER 10# | $0.99 | 124-1 | A | | 10# FRESH FISH GENERIC WAX BOX | FISH FRESH | | 0 | $0 | $0 |
| F1509 | WAX OUTER FOR 1 CONTAINER/LID | $2.13 | 124-1 | A | | WAX OUTER FOR 1 CONTAINER/LID | FISH FRESH | | 763 | $1,650 | $0 |
| F2007 | BASE PPC | $0.77 | 124-1 | A | | 10# FRESH FISH SNAP CONTAINER | FISH FRESH | | 0 | $0 | $0 |
| F2008 | LID PPC | $0.91 | 124-1 | A | | 10/2030# FRESH FISH SNAP COVER | FISH FRESH | | 0 | $0 | $0 |
| F2009 | BASE PPC | $1.07 | 124-1 | A | | 10# FRESH FISH CONTAINER | FISH FRESH | | 0 | $0 | $0 |
| F2010 | #10 SALMON CONTAINER | $0.93 | 124-1 | A | | #10 LONG SALMON CONTAINER | FISH FRESH | | 0 | $0 | $0 |
| F2013 | #10 SALMON CONTAINER LID | $0.70 | 124-1 | A | | #10 LONG SALMON CONTAINER LID | FISH FRESH | | 0 | $0 | $0 |
| F2014 | Coolseal Master Base 10 # | $0.78 | 124-1 | A | | 10# 6KG FISH BOX BASE WHITE G7274 | FISH FRESH | | 2,400 | $1,872 | $0 |
| F2015 | Coolseal Master Lid 10# | $0.70 | 124-1 | A | | 10# 6KG FISH BOX FULL LID WHITE A5147 | FISH FRESH | | 2,400 | $1,680 | $0 |
| F2016 | Coolseal Master Base 5 # | $0.82 | 124-1 | A | | 04 5KG FISH BOX BASE WHITE G7274 | FISH FRESH | | 0 | $0 | $0 |
| F2017 | Coolseal Master Lid 5# | $0.50 | 124-1 | A | | 04 5KG FISH BOX FULL LID WHITE A6147 | FISH FRESH | | 0 | $0 | $0 |
| F2018 | Coolseal Master Base salmon | $0.78 | 124-1 | A | | FISH FISH BOX BASE WHITE G7274 | FISH FRESH | | 2,000 | $1,560 | $0 |
| F2019 | Coolseal Master Lid SALMON | $0.70 | 124-1 | A | | FISH FISH BOX FULL LID WHITE A5147 | FISH FRESH | | 1,800 | $1,260 | ($140) |
| F3013 | CRYOVAC 10 LB BAG COZY | $0.47 | 124-1 | A | | 10# FRESH FISH CRYOVAC COZY PRINTED 10# 13X19 10K OTR | FISH FRESH | | 0 | $0 | $0 |
| F3016 | BLUE LINEN 50312SHD | $0.26 | 124-1 | IA | | 10# FRESH FISH MASTER LINER | FISH FRESH | | 2,800 | $736 | $0 |
| F3017 | blue liner sheet 50312X | $0.70 | 124-1 | A | | 10# FRESH FISH POLY SHEET, BLUE TINT | FISH FRESH | | 0 | $0 | $0 |
| F3017 | 5# Plain BAG 10 k OTR | $0.32 | 124-1 | A | | 5# FRESH FISH CRYOVAC PLAIN 5# 9X19 10K OTR | FISH FRESH | | 0 | $0 | $0 |
| F3019 | CASE LINER FOR 20E251 | $0.40 | 124-1 | A | | CASE LINER FOR 20E251 | FRESH FISH | | 0 | $0 | $0 |
| F8500 | Non Heat Treated Fish Pallet  48x40 | $15.73 | 124-1 | A | | Non Heat Treated Fish Pallet  48x40 | FRESH FISH | | 0 | $0 | $0 |
| G9001 | BUTCHER GLOVE | $29.56 | 129-0 | A | | BUTCHER'S HYGRON GLOVES | SUPPLIES PROCESSING | | 144 | $4,254 | ($2,127) |
| G9002 | GLOVE CUTTER | $1.38 | 129-0 | A | | CUTTERS GLOVES-ORANGE WEB LARGE | SUPPLIES PROCESSING | | 12 | $17 | $15 |
| G9007 | NITRIL GLOVES, BLUE, L | $0.05 | 129-0 | A | | NITRIL GLOVES, BLUE, L | SUPPLIES PROCESSING | | 1,000 | $49 | ($293) |
| G9008 | NITRIL GLOVES, BLUE, M | $0.05 | 129-0 | A | | NITRIL GLOVES, BLUE, M | SUPPLIES PROCESSING | | 4,000 | $195 | ($290) |
| G9010 | NITRIL GLOVES, BLUE, XL | $0.05 | 129-0 | A | | NITRIL GLOVES, BLUE, XL | SUPPLIES PROCESSING | | 6,000 | $293 | ($317) |
| G9011 | NITRIL GLOVES LG GREEN N-DEX | $0.15 | 129-0 | A | | NITRIL GLOVES, GREEN, L | SUPPLIES PROCESSING | | 7,000 | $1,047 | ($598) |
| G9012 | NITRIL GLOVES, MD GREEN N-DEX | $0.15 | 129-0 | A | | NITRIL GLOVES, PURPLE, M | SUPPLIES PROCESSING | | 5,000 | $744 | ($374) |
| G9013 | NITRIL GLOVES S GREEN N-DEX | $0.15 | 129-0 | A | | NITRIL GLOVES, PURPLE, S | SUPPLIES PROCESSING | | 0 | $0 | $0 |
| G9014 | NITRIL GLOVES XL GREEN N-DEX | $0.14 | 129-0 | A | | NITRIL GLOVES, PURPLE, XL | SUPPLIES PROCESSING | | 6,000 | $897 | $886 |
| G9513 | BLUE APRON 2 MIL | $0.10 | 129-0 | A | | APRON BLUE 3 MIL | SUPPLIES PROCESSING | | 2,000 | $199 | ($172) |
| G9514 | BLUE APRON | $0.14 | 129-0 | A | | APRON, BLUE (35X45, 6 MIL) | SUPPLIES PROCESSING | | 144 | $262 | $0 |
| G9515 | WHITE APRON | $1.82 | 129-0 | A | | APRON, WHITE (35X45, 8 MIL) | SUPPLIES PROCESSING | | 144 | $262 | ($525) |
| G9516 | BEARDNETBLUE | $0.03 | 129-0 | A | | BEARD NET, BLUE | SUPPLIES PROCESSING | | 5,000 | $149 | $56 |
| G9517 | BEARDNETWHITE | $0.03 | 129-0 | A | | BEARD NET, WHITE | SUPPLIES PROCESSING | | 6,000 | $179 | ($30) |
| G9518 | EARPLUGS | $34.00 | 129-0 | A | | EAR PLUGS | SUPPLIES PROCESSING | | 0 | $0 | $0 |
| G9520 | BLUE BOOTIES | $0.10 | 129-0 | A | | FOOT COVER, BLUE | SUPPLIES PROCESSING | | 3,000 | $302 | $0 |
| G9520 | WHITE BOOTIES | $0.10 | 129-0 | A | | FOOT COVER, WHITE | SUPPLIES PROCESSING | | 1,300 | $131 | ($320) |
| G9521 | HAIRNETBLUE | $0.04 | 129-0 | A | | HAIRNET, BLUE | SUPPLIES PROCESSING | | 4,000 | $174 | $0 |
| G9531 | HAIRNETWHITE | $0.04 | 129-0 | A | | HAIRNET, WHITE | SUPPLIES PROCESSING | | 7,000 | $305 | ($109) |
| G9533 | SLEEVES, WHITE | $0.04 | 129-0 | A | | SLEEVES, WHITE | SUPPLIES PROCESSING | | 6,000 | $253 | ($321) |
| G9534 | HAIRNETGREEN | $0.03 | 129-0 | A | | HAIRNET, GREEN | SUPPLIES PROCESSING | | 0 | $0 | $0 |
| G9535 | SLEEVES, BLUE | $0.04 | 129-0 | A | | SLEEVES, BLUE | SUPPLIES PROCESSING | | 2,000 | $84 | ($84) |
| J8020 | Industrial Grade Salt | $8.75 | 129-0 | A | | | INGREDIENT | | 0 | $0 | $0 |
| J9005 | TRIPOLYPHOSPHATE | $88.50 | 129-0 | A | | TRIPOLY PHOSPHATE | INGREDIENT | | 0 | $0 | $0 |
| J9006 | SALT-50# BAG | $14.00 | 129-0 | A | | FOOD SALT TOP FLO #50 BAGS | INGREDIENT | | 149 | $2,086 | $264 |
| J9007 | SALT BULK (2200#) | $184.00 | 129-0 | A | | BULK CARGILL SALT - BATT (2200 LB) | INGREDIENT | | 0 | $0 | $0 |
| J9020 | #50 Indusrial PURITY SALT | $11.75 | 129-0 | IA | 577-0 | #50 INDUSTRIAL PURITY SALT, 49BAGS/PALLET | INGREDIENT | | 0 | $0 | $0 |
| J9501 | AJAX | $0.96 | 129-0 | A | 577-0 | AJAX, OXBLCH 21OZ | XJANITORIAL | | 0 | $0 | $0 |
| J9503 | SANITIZER | $23.89 | 129-0 | A | | ALCOHOL SANITIZER SPRAY | SUPPLIES PROCESSING | | 48 | $1,147 | $669 |
| J9505 | DZ-7 | $23.84 | 129-0 | A | 577-0 | DZ-7 DISINFECTANT | XJANITORIAL | | 6 | $143 | $143 |
| J9506 | FOAM-CHLOR | $12.18 | 129-0 | A | 577-0 | FOAM-CHLOR | XJANITORIAL | | 0 | $0 | $0 |
| J9507 | HANDDIP | $24.76 | 129-0 | A | | HAND DIP, ZEP-A-DINE | SUPPLIES PROCESSING | | 2 | $50 | $50 |
| J9508 | HANDSOAP | $30.99 | 129-0 | A | | HAND SOAP, 1gal, FF | SUPPLIES PROCESSING | | 0 | $0 | ($279) |
| J9509 | HANDSOAP | $17.84 | 129-0 | A | | HAND SOAP , Fa Anti-microbial | SUPPLIES PROCESSING | | 9 | $161 | $56 |
| J9510 | CLEANER | $89.32 | 129-0 | A | | MEASURE UP #1 GLASS CLEANER | XJANITORIAL | | 6 | $416 | $277 |
| J9511 | PAPER TOWELS | $10.45 | 129-0 | A | 577-0 | PAPER TOWELS | XJANITORIAL | | 3 | $33 | $33 |
| J9513 | FS AMINE Z sanitizer 85gl | $820.22 | 129-0 | A | 577-0 | QUATERNARY SANITIZER (ZEPAMINE) | XJANITORIAL | | 0 | $0 | $0 |
| J9515 | SCRUBADGREEN | $0.90 | 129-0 | A | 577-0 | SCRUB PAD, GREEN (NYLON, FIBER SCOURING PAD) | XJANITORIAL | | 46 | $41 | $30 |
| J9516 | TRASHBAGSML | $0.30 | 129-0 | A | | TRASH BAGS, SMALL | XJANITORIAL | | 1 | $0 | ($0) |
| J9518 | TOILET PAPER | $47.06 | 129-0 | A | 577-0 | TOILET PAPER, 2-PLY | XJANITORIAL | | 1 | $0 | ($594) |

| Part Number | Item | COST | Inventory #RJ | Inactive | Expense Acct # | Description | PRODUCT TYPE | 9 | 9 (9-4-25) | VALUE | DIFFERENCE PRIOR PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J9519 | TRASH BAGS | $0.26 | 129-0 | A | 877-0 | TRASH BAGS, LARGE | XJANITORIAL | 0 | $0 | $0 | $0 |
| J9520 | ZEP LEMONEX | $10.10 | 129-0 | A | 877-0 | ZEP LEMONEX | XJANITORIAL | 0 | $44 | $0 | $0 |
| J9524 | ACTIVATOR | $9.15 | 129-0 | A | 877-0 | Mister Mist Air Sanitizer | XJANITORIAL | 5 | $44 | $18 | $18 |
| J9525 | FS AMINE Z sanitizer 5gl | $77.91 | 129-0 | A | 877-0 | FS AMINE Z sanitizer 5gl | XJANITORIAL | 0 | $0 | ($174) | ($174) |
| J9526 | 80QT CENTER PULL TOWELS, WHITE | $44.48 | 129-0 | A | 877-0 | 80QT CENTER PULL TOWELS, WHITE | XJANITORIAL | 0 | $0 | ($444) | ($444) |
| J9527 | 800 BU CENTER PULL TOWELS, BLUE | $61.78 | 129-0 | A | 877-0 | 800 BU CENTER PULL TOWELS, BLUE | XJANITORIAL | 0 | $0 | $0 | $0 |
| J9528 | TRASH BAGS-BUE | $0.26 | 129-0 | A | 877-0 | TRASH BAGS, LARGE BLUE | XJANITORIAL | 0 | $0 | ($174) | ($174) |
| J9529 | MINERAL OIL | $28.80 | 129-0 | A | 877-0 | MINERAL OIL Formula 237639) | XJANITORIAL | 0 | $0 | $0 | $0 |
| J9530 | FS FOAMING ACID | $32.42 | 129-0 | A | 877-0 | FS FOAMING ACID | XJANITORIAL | 36 | $1,167 | $778 | $778 |
| J9532 | FS ACID CLEANER | $10.70 | 129-0 | A | 877-0 | FS ACID CLEANER | XJANITORIAL | 38 | $407 | $32 | $32 |
| J9531 | FS FORMULA 388 L | $29.26 | 129-0 | 1A | 877-0 | FS FORMULA 344 L | XJANITORIAL | 5 | $142 | ($142) | ($142) |
| J9533 | ZEP-OVEN BRITE | $7.33 | 129-0 | 1A | 877-0 | ZEP-OVEN BRITE | XJANITORIAL | 28 | $205 | ($222) | ($222) |
| J9540 | FS FORMULA 4509 | $604.84 | 129-0 | 1A | 877-0 | FS FORMULA 4509 | XJANITORIAL | 1 | $605 | ($907) | ($907) |
| L0502 | LOBCUPSLEEVE | $0.21 | 124-3 | A | | 7OZ LOB MEAT FROZEN CUP PRINTED SLEEVE | LOB MEAT FROZEN | 6,600 | $1,386 | $0 | $0 |
| L0503 | LOBTAILBOX INNER twin pack | $0.65 | 124-3 | A | | 8OZ LOB TAIL TWIN PACK PRINTED CARTON-old | LOB TWIN PACK | 18,225 | $11,846 | $0 | $0 |
| L0504 | WCLOBBOXEU-2006 - NOT USED NO COST | $0.00 | 124-3 | A | | WHOLE COOKED LOB CARTON EURO 2006  11.5 INCH | LOB WC | 9,690 | $0 | $0 | $0 |
| L0505 | LOBTAILBOX INNER Splits 86101 | $0.42 | 124-3 | A | | 8OZ LOB TAIL SPLITS PACK PRINTED CARTON | LOB TWIN PACK | 20,440 | $8,593 | $0 | $0 |
| L0506 | LOBTAILBOX INNER Prime Cuts 86102 | $0.42 | 124-3 | A | | 8OZ LOB TAIL PRIME PACK PRINTED CARTON | LOB TWIN PACK | 28,000 | $11,761 | $0 | $0 |
| L0508 | WCLOBBOXEU 2007 | $0.00 | 124-3 | A | | WHOLE COOKED LOB CARTON EURO 2007  12 INCH | LOB WC | 726 | $0 | $0 | $0 |
| L0509 | LOBTAILBOX INNER twin pack 86100 new | $0.42 | 124-3 | A | | 8OZ LOB TAIL TWIN PACK PRINTED CARTON | LOB TWIN PACK | 38,280 | $16,078 | $0 | $0 |
| L0510 | LOBTAIL Sleeve twin pack | $0.00 | 124-3 | A | | | LOB TWIN PACK | 0 | $0 | $0 | $0 |
| L0511 | LOBCUPSLEEVE-CK new 86506 2017 | $0.12 | 124-3 | A | | 7OZ LOB MEAT FROZEN CUP  SLEEVE CK new 2017 | LOB MEAT FROZEN | 0 | $0 | $0 | $0 |
| L0512 | LOBCUPSLEEVE-TCK-New 88529 2017 | $0.14 | 124-3 | A | | 7OZ LOB MEAT FROZEN CUP  SLEEVE TCK new 2017 | LOB MEAT FROZEN | 24,081 | $3,264 | ($653) | ($653) |
| L0513 | Lobster Tail Sleeve Twin Tails 86103 new 2017 | $0.37 | 124-3 | A | | Lobster Tail Sleeve Twin Tails 86103 new 2017 | LOB TWIN PACK | 0 | $0 | $0 | $0 |
| L0513A | Lobster Tail Sleeve Twin Tails 86103 new 2021 | $0.37 | 124-3 | A | | Lobster Tail Sleeve Twin Tails 86103 new 2021 | LOB TWIN PACK | 80,100 | $18,417 | $0 | $0 |
| L0514 | Lobster Tail Sleev Splits 86104 new 2017 | $0.31 | 124-3 | A | | 8OZ LOB TAIL Sleev Splits 86104 new 2017 | LOB TWIN PACK | 44,400 | $13,586 | $0 | $0 |
| L0515 | Lobster Meat 7oz tray pack Sleeve 86530 VBP | $0.19 | 124-3 | A | | Lobster Meat 7oz tray pack Sleeve 86530 VBP | LOB MEAT FROZEN | 28,500 | $5,084 | ($1,844) | ($1,844) |
| L0512 | Volk Tail Tray Plain-304427 | $1.20 | 124-3 | A | | Volk Tail Tray PLAIN TRAY | LOB TAIL RAW | 726 | $929 | ($1,161) | ($1,161) |
| L1013 | 8lb Tail Tray-Volk | $0.84 | 124-3 | A | | 8lb Tail Tray-Volk | LOB TAIL RAW | 39,020 | $32,777 | $116 | $116 |
| L1015 | FHD56 W/30 CELL 11" APART (3/36) | $13.19 | 124-0 | A | | FHD56 W30 CELL 11" APART (336) | | 0 | $1,345 | ($317) | ($317) |
| L1020 | 10# LOB TAIL RAW MASTER ORION PRINTED | $1.10 | 124-0 | A | | 10# LOB TAIL RAW MASTER ORION PRINTED | LOB TAIL 10# RAW | 360 | $396 | $0 | $0 |
| L1810 | LOBTAILMST, Product of USA | $0.83 | 124-0 | A | | 10# LOB TAIL RAW MASTER Plain | LOB TAIL 10# RAW | 0 | $0 | $0 | $0 |
| L1814 | plain TAILMST | $0.83 | 124-0 | A | | 10# LOB TAIL RAW MASTER PLAIN | LOB TAIL 10# RAW | 0 | $0 | $0 | $0 |
| L1815 | 10# Tail Master | $0.83 | 124-0 | A | | 10# LOB TAIL RAW MASTER HB PRINTED | LOB TAIL 10# RAW | 0 | $0 | $0 | $0 |
| L1520 | 10# LOB TAIL RAW MASTER CBL new 2017 | $0.00 | 124-3 | A | | RAW TAIL MASTERS CBL new 2017 | LOB TAIL 10# RAW | 0 | $0 | $0 | $0 |
| L1521 | ORION 6X2 MASTER | $0.76 | 124-3 | A | | 6 X 2 LOB MEAT FROZEN ORION MEAT MASTER | LOB MEAT FROZEN | 0 | $0 | $0 | $0 |
| L1522 | ORION MEAT TRAY | $0.00 | 124-3 | A | | 6 X 2 LOB MEAT FROZEN WAXED TRAY | LOB MEAT FROZEN | 0 | $0 | $0 | $0 |
| L1523 | CUPMASTER-IMSLVE 18/7 CHS | $0.63 | 124-3 | A | | 7OZ LOB MEAT FROZEN CUP MASTER 18/7 | LOB MEAT FROZEN | 2,430 | $1,531 | $144 | $144 |
| L1524 | APOLLO 6X2 MASTER | $0.00 | 124-3 | A | | 6 X 2 LOB MEAT FROZEN APOLLO MEAT MASTER | LOB MEAT FROZEN | 0 | $0 | $0 | $0 |
| L1525 | LOB TAIL TWIN PACK | $0.00 | 124-3 | 1A | | 8OZ LOB TAIL TWIN PACK MASTER 24/8 | LOB TAIL RAW | 0 | $0 | $0 | $0 |
| L1526 | 131 Meat Master, 6x2 POC | $0.50 | 124-3 | 1A | | | LOB MEAT FROZEN | 0 | $0 | $0 | $0 |
| L1527 | Small Meat Trays 700/pallet | $0.00 | 124-3 | A | | Small Meat Trays 700/pallet | LOB MEAT FROZEN | 900 | $1,049 | $1,049 | $1,049 |
| L1528 | WC LOBSTER BULK | $1.01 | 124-3 | A | | WC LOB BULK INSERT PADS | LOB WC | 0 | $0 | $0 | $0 |
| L1529 | WCLOBMASTER | $1.01 | 124-3 | A | | WC LOB MASTER COZY PRINTED, 11.5" | LOB WC | 2,544 | $2,566 | $0 | $0 |
| L1530 | LOB MEAT | $0.00 | 124-3 | A | | 24/7 LOBSTER MEAT BOX | LOB MEAT FROZEN | 0 | $0 | $0 | $0 |
| L1534 | WCLOBMASTER-Large | $0.00 | 124-3 | A | | WC LOB MASTER COZY PRINTED, 12" | LOB WC | 0 | $0 | $0 | $0 |
| L1535 | LOB TAIL BOX | $0.00 | 124-3 | A | | ORION TAIL BODY BASE | LOB BODY | 0 | $0 | $0 | $0 |
| L1538 | 6X2 PRZ LOBSTER MEAT BOX PLAIN | $0.83 | 124-0 | A | | 6X2 PRZ LOBSTER MEAT BOX PLAIN | lob meat | 355 | $340 | $300 | $300 |
| L1540 | 8X4 LOBSTER MEAT PLAIN BOX(MINCED) | $0.85 | 124-0 | A | | 8X4 LOBSTER MEAT PLAIN BOX(MINCED) | lob meat | 0 | $0 | $0 | $0 |
| L1542 | L07-40 Agility Tail Master, POC | $1.27 | 124-0 | A | | 40# LOB TAIL RAW MASTER  PRINTED | LOB TAIL 40# RAW | 0 | $0 | $0 | $0 |
| L1843 | ORIONTAIL 40# MST | $0.82 | 124-0 | 1A | | 40# LOB TAIL RAW MASTER (MINCED) | LOB TAIL 40# RAW | 0 | $0 | $0 | $0 |
| L1843a | ORIONTAIL 20# MST - NOT USED NO COST | $0.00 | 124-0 | 1A | | 20# LOB TAIL RAW MASTER Plain 2103 | LOB TAIL 40# RAW | 1,023 | $3,661 | $0 | $0 |
| L1844 | TAIL 40# MST LARGE | $2.18 | 124-3 | 1A | | 40# LOB TAIL RAW MASTER Plain 2103 | LOB TAIL 40# RAW | 1,680 | $3,661 | $0 | $0 |
| L1546 | ORION CLAW AND ARM 10/2# | $1.04 | 124-3 | 1A | | ORION 8 X 5 PLAN WHITE 10/2# CLAW AND ARM | LOB C&A 20# COOKED | 5,240 | $5,449 | $0 | $0 |
| L1547 | Whole Frozen Lobster Master new 2013 | $1.04 | 124-3 | 1A | | Whole Frozen Lobster Master new 2013 | LOBSTER whole FROZEN | 5,935 | $6,334 | $788 | $788 |
| L1547 | PLAIN MEAT MASTER 6 X 2 | $0.63 | 124-3 | 1A | | ORION PLAIN LOBSTER MEAT MASTER | LOBSTER MEAT FROZEN | 0 | $0 | $0 | $0 |
| L1548 | COZY PRINTED LOBSTER MEAT MASTER | $0.84 | 124-3 | 1A | | COZY PRINTED LOBSTER MEAT MASTER | LOBSTER MEAT FROZEN | 0 | $0 | $0 | $0 |
| L1849 | Nautofish PRINTED LOBSTER MEAT MASTER | $0.84 | 124-3 | 1A | | Nautofish PRINTED LOBSTER MEAT MASTER-97073 | LOBSTER MEAT FROZEN | 0 | $0 | $0 | $0 |
| L1850 | Empire PRINTED LOBSTER MEAT MASTER | $0.84 | 124-3 | 1A | | Empire PRINTED LOBSTER MEAT MASTER-84283 | LOBSTER MEAT FROZEN | 0 | $0 | $0 | $0 |
| L1852 | Homard printed lob meat master | $0.84 | 124-3 | 1A | | Homard printed lob meat master | LOBSTER MEAT FROZEN | 0 | $0 | $0 | $0 |
| L1852 | Northern Lights printed lob meat master | $0.00 | 124-3 | 1A | | Northern Lights printed lob meat master | LOBSTER MEAT FROZEN | 0 | $0 | $0 | $0 |
| L1553 | Orion Lob Scored Claw & Arm Mstr Box (594x314x167) | $0.00 | 124-3 | 1A | | Orion Lob Scored Claw & Arm Mstr Box (594x314x167) | LOBSTER MEAT FROZEN | 0 | $0 | $0 | $0 |
| L1554 | Morrisons Whole split dressed master | $1.23 | 124-3 | 1A | | Morrisons whole split dressed master | Lobster whole cooked | 225 | $299 | $0 | $0 |
| L1555 | Lukes Frozen Master | $1.10 | 124-3 | 1A | | Lukes frozen master-poc | LOBSTER MEAT FROZEN | 0 | $0 | $0 | $0 |

| Part Number | Item | COST | Inventory #RJ | Inactive | Expense Acct# | Description | PRODUCT TYPE | 9 | 9 (9-6-25) | VALUE | DIFFERENCE PRIOR PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| L1556 | Whole Cook Lobster inner tray-2013 | $0.48 | 124-3 | IA | | Whole cook inner Tray-dry | Lobster whole coooked | 9,640 | | $4,399 | $0 |
| L1557 | Retail master 16 pack Shipper | $2.10 | 124-3 | | | Retailmaster 16 pack Shipper Volk | Lobster Raw retail tail | 8,251 | | $17,327 | $504 |
| L1558 | Retail master 16 pack insert Divider | $0.85 | 124-3 | | | Retail master 16 pack insert Divider Volk | Lobster Raw Retail tail | 4,944 | | $4,333 | $0 |
| L1559 | Retail master 10 pack Shipper | $0.80 | 124-3 | | | Retail master 10 pack Shipper | Lobster Raw Retail tail | 0 | | $0 | $0 |
| L1560 | Casco bay Lobster 6X2 MASTER (new 2017) | $0.68 | 124-3 | IA | | 6 X 2 LOB MEAT FROZEN CBL MEAT MASTER (new 2017) | LOB MEAT FROZEN | 600 | | $396 | $0 |
| L1562 | Casco bay Lobster Tail Master (New 2017) | $0.92 | 124-3 | IA | | 10# LOB TAIL RAW MASTER CBL PRINTED (New 2017) | LOB TAIL 10# RAW | 0 | | $0 | $0 |
| L1562 | Retail VBP Meat Master 18PK | $1.32 | 124-3 | | | Retail VBP Tail Master 18PK (7J6X2) | Lobster Raw Retail tail | 1,350 | | $1,648 | $1,648 |
| L1563 | Retail vbp Tail Master 12PK | $0.86 | 124-3 | | | CK V8P 6 x 2 Meat Master | NBW 8/2021 Bulk VBP Meat master 6 X 2 | 3,150 | | $1,733 | $0 |
| L1564 | CK V8P 6 x 2 Meat Master | $1.46 | 124-3 | | | 40ths MASTER (8X5lb) | VOLK | 3,841 | | $5,786 | $384 |
| L1569 | 40ths MASTER (8X5lb) | $0.58 | 124-3 | | | Retail VBP Tail Master 18PK -7 rear away top | | 3,554 | | $640 | $36 |
| L1570 | Retail VBP Tail Master 18PK -7 rear away top | $1.10 | 124-3 | | | 5 lb Lobster Tail Master | Packaged | 42,245 | | $44,444 | $1,320 |
| L1571 | 5 lb Lobster Tail Master | $1.10 | 124-3 | | | New 6 x 2 12 lb Copy Printed Meat Master | VOLK | 200 | | $213 | ($178) |
| L1572 | New 6 x 2 12 lb Copy Printed Meat Master | $0.75 | 124-3 | | | New 6 x 2 12 lb Plain Meat Master | VOLK | 0 | | $0 | $0 |
| L1574 | New York 80lb Leaka NY80B | $3.82 | 124-3 | | | New York 80lb Leaka NY80B | Packaged | 0 | | $0 | $0 |
| L1576 | New York 50lb Leaka NY50LP LeakProff | $3.82 | 124-3 | | | New York 50lb Leaka NY50LP LeakProff | Packaged | 0 | | $0 | $0 |
| L1577 | Cover For NY80/NY30 | $1.47 | 124-3 | | | Cover For NY80/NY30 | Packaged | 791 | | $3,676 | $392 |
| L1578 | 8kg Export Box W/15 | $4.71 | 124-3 | | | 8kg Export Box W/15 | Packaged | 420 | | $1,701 | $1,761 |
| L1579 | Ezpack 30lb WAX KRA | $4.05 | 124-3 | | | Ezpack 30lb WAX KRA | Packaged | 960 | | $5,050 | $5,909 |
| L1580 | 24 Cat Ez Divider | $5.26 | 124-3 | | | 24 Cat Ez Divider | Packaged | 1590 | | $4,726 | $1,270 |
| L1581 | 30 Cat Ez Divider | $6.35 | 124-3 | | | 30 Cat Ez Divider | Packaged | 409 | | $1,733 | $0 |
| L1582 | 20 Cat Ez Divider | $6.35 | 124-3 | | | 20 Cat Ez Divider | Packaged | 724 | | $4,597 | $4,597 |
| L1583 | 8kg Lobster export Wax Ali Short Lid W/16 Coil | $4.61 | 124-3 | | | 8kg Lobster export Wax Ali Short Lid W/16 Coil | Packaged | 0 | | $0 | $0 |
| L2033 | 10# LOB TAIL RAW BLUE NETTING, BL 11.75X23.25 | $0.30 | 124-3 | IA | | 10# LOB TAIL RAW BLUE NETTING, BL, 11.75X23.25 | MASTERNET | 0 | | $0 | $0 |
| L2036 | 7OZ LOB MEAT FROZEN RETAIL CONTAINER USA | $0.60 | 124-3 | IA | | 7OZ LOB MEAT FROZEN RETAIL CONTAINER USA | LOB MEAT FROZEN | 29,000 | | $5,320 | $1,350 |
| L2037 | COZY 7 oz 200 gram L2# | $0.09 | 124-3 | | | 7OZ LOB MEAT FROZEN RETAIL US USA | LOB MEAT FROZEN | 27,000 | | $2,477 | $551 |
| L2039 | BULK LOBSTER SALAD | $0.00 | 124-3 | | | Lobster salad Tub 48 OUNCE | VALUE ADDED | 0 | | $0 | $0 |
| L2040 | WC LOB RED NETTING | $0.00 | 124-3 | | | LOB RED NETTING 17" rm30lb-17=1000-us | LOB WC | 113,000 | | $3,679 | $0 |
| L2041 | 5# Blue Netting Maternel Costco | $0.14 | 124-3 | | | 5# Blue Netting Maternel Costco | MASTERNET | 100,600 | | $14,070 | $0 |
| L2053 | Tray Pack Tray C30778 | $0.34 | 124-3 | | | Lobster Twin Pack Tray Black 9.75X8.75X1.81 | Sealed air | 9,740 | | $740 | $211 |
| L2054 | Tray Pack Tray C8117B (w/Pad) | $0.35 | 124-3 | | | Fish case ready pack tray clear 8 7/8"X10 3/4"X1 1/4" | Sealed Air | 9,376 | | $1,388 | $0 |
| L2055 | Tray Pack Tray S3755-B2 (3 Sealant) T-300 | $0.35 | 124-3 | | | Lobstel Meat Pack Tray Black 7"X4.5"X1 30" | Sealed air | 10,800 | | $2,300 | ($3,200) |
| L3043 | RAW 10# TAIL BAG 2.5 MIL | $0.25 | 124-3 | IA | | 10# LOB TAIL RAW CLEAR TAIL BAG 18X36X2.5 MIL | LOB TAIL 10# RAW | 0 | | $0 | ($4,160) |
| L3044 | RAW 10# TAIL BAG 3 MIL | $0.29 | 124-3 | IA | | 10# LOB TAIL RAW CLEAR TAIL BAG 18X36X3 MIL | LOB TAIL 10# RAW | 0 | | $0 | $0 |
| L3042 | 12 OUNCE RETAIL LOB MEAT | $0.20 | 124-3 | IA | | 12 OUNCE LOB MEAT FRESH BAG 10KOTR | LOB MEAT FRESH | 0 | | $0 | $0 |
| L3044 | 2# LOB MEAT - FRESH MEAT PRINTED 10 K POUCH | $0.20 | 124-3 | IA | | 2# LOB MEAT FRESH COZY PRINTED 10K OTR | LOB MEAT FRESH | 0 | | $0 | ($178) |
| L3045 | Lob meat 2# Plain Pouch, UHB 8x12 | $0.30 | 124-3 | | | Plain ultra high Barrier vacuum pouch | LOB MEAT FROZEN | 160 | | $63 | $0 |
| L3046 | Lob Meat 2# Printed Pouch, HB 8x12 | $0.31 | 124-3 | | | Lob Case Fully Cooked High Barrier 2 lb-blue | LOB MEAT FROZEN | 0 | | $0 | $0 |
| L3047 | 12 X 18 POLY | $0.16 | 124-3 | A | | Lob Case Minced High Barrier-5 lb Plain | LOB MEAT FROZEN | 0 | | $0 | $0 |
| L3048 | SINGLE 4 X 5 OR 4 X 10 PLAIN POUCH | $0.09 | 124-3 | | | 2# LOB MEAT FROZEN COZY PRINTED VACUUM BAG | LOB MEAT FROZEN | 32,000 | | $960 | $960 |
| L3049 | CRAB CLAW 8 X 10 | $0.06 | 124-3 | | | CRAB CLAW SCORED FULLY COOKED | LOB CRAB CLAW | 0 | | $0 | $0 |
| L3050 | LOB CLAW 10 X 16 | $0.06 | 124-3 | | | LOB CLAW CAP ON FULLY COOKED | LOB CAPPED CLAW | 0 | | $0 | $0 |
| L3051 | Lobster Split Tray (12-3/16x4-7/8x1-5/8) | $0.20 | 124-3 | | | Lobster Split Tray (12-3/16x4-7/8x1-5/8) | C and C | 0 | | $0 | $0 |
| L3051A | Lobster Split Tray (12-3/16x4-7/8x1-5/8) | $0.26 | 124-3 | | | Lobster Split Tray (12-3/16x4-7/8x1-5/8) | Scottish shellfish-Morrisons | 0 | | $0 | $0 |
| L3052 | Lobster Split Lid (12-3/16x4-7/8x1-5/8) | $0.26 | 124-3 | | | Lobster Split Lid (12-3/16x4-7/8x1-5/8) | C and C | 16 | | $1 | $1 |
| L3053 | 7 X9 POLY BAG PLAIN | $0.09 | 124-3 | | | LOB MEAT 1# VACUUM plain | | 0 | | $0 | $0 |
| L3057 | LOB CLAW AND ARM | $0.00 | 124-3 | A | | LOB CLAW AND ARM ORION | LOB C&A | 0 | | $0 | $0 |
| L3058 | WC LOB BAG PLAIN | $0.00 | 124-3 | | | WHOLE COOKED LOB POLY BAG PLAIN | LOB WC | 33,000 | | $3,834 | $3,834 |
| L3059 | WC LOB BAG PRINTED | $0.00 | 124-3 | | | WHOLE COOKED LOB POLY BAG PRINTED | LOB WC | 0 | | $0 | $0 |
| L3060 | 2# PLAIN LOB MEAT-4 MIL | $0.18 | 124-3 | | | 4 MIL VAC POUCH 1M/CASE 8 X 12 | LOBSTER MEAT FROZEN | 0 | | $0 | $0 |
| L3061 | 12X16X4 MIL POLY BAG,5 lb plan | $0.18 | 124-3 | A | | 5 lb MINCED LOB MEAT POLY BAG, 12X18 | LOBSTER MEAT FROZEN | 0 | | $0 | $0 |
| L3062 | LOB CLAW AND ARM | $0.30 | 124-3 | A | | LOB CLAW AND ARM GUSSETTED | LOB C&A | 0 | | $0 | $0 |
| L3063 | LOB CLAW 10 X 12 X 0 MIL | $0.17 | 124-3 | A | | LOB CLAW AND ARM FULLY COOKED U-LINE | LOB CLAW AND ARM | 0 | | $0 | $0 |
| L3064 | Lob Heat 1# Printed Pouch, HB 7 x9 | $0.18 | 124-3 | A | | lob meat printed bag, 7x9, 1 lb | | 12,000 | | $1,909 | $0 |
| L3065 | Lob meat 2# Generic Pouch, UHB 12 X 16 | $0.20 | 124-3 | A | | pre printed with "Keep frozen..." new 2011 | LOBSTER MEAT FROZEN | 28,000 | | $6,169 | $220 |
| L3066 | Lob meat 5# Generic Pouch, UHB 12 X 16 | $0.22 | 124-3 | A | | pre printed with "Keep frozen..." new 2011 | LOBSTER MEAT FROZEN | 42,400 | | $5,923 | $0 |
| L3068 | Lob Minced 5# Printed Pouch, UHB 12 X 16 | $0.34 | 124-3 | A | | 5 Color Fully Cooked ultra High Barrier 2 lb-blue | LOBSTER MEAT FROZEN | 92,200 | | $31,901 | $0 |
| L3069 | Lob Meat 1# Printed Pouch, UHB 7 x9 | $0.18 | 124-3 | A | | 1 Color Minced Ultra High Barrier | LOBSTER MEAT FROZEN | 83,200 | | $4,330 | ($38) |
| L3070 | PE VACUUM POUCH 5 X 6 5 2 MIL | $0.18 | 124-3 | A | | Lob Case Fully Cooked ultra High Barrier 1 lb-green | LOBSTER MEAT FROZEN | 0 | | $0 | $0 |
| L3071 | Lob Leg Meat 2# Printed Pouch, UHB 8-white | $0.24 | 124-3 | A | | 5 Color Fully Cooked ultra high Barrier 2 lb-white | LOB MEAT FROZEN | 26,400 | | $6,864 | ($208) |
| L3072 | Lobster retail 6.5 x 9 x 4mil wicketed new 2013 | $0.08 | 124-3 | | | Lobster retail 8.5 x 9 x 4mil wicketed new 2013 | LOB MEAT FROZEN | 0 | | $0 | $0 |
| L3073 | 12 x 15 1mil Polybag 1M/ct (picker bags) | $0.04 | 124-3 | | | 8x12 4mil Polybag 1M/ct (picker bags) | LOB WC | 2,000 | | $89 | $84 |
| L3074 | 8x16 4mil Polybag 1M/ct (WC bags) | $0.13 | 124-3 | | | 8x16 4mil Polybag 1M/ct (WC bags) | LOB WC | 0 | | $0 | $0 |

| Part Number | Item | COST | Inventory Act #RJ | Active Inactive | Expense Acct# | Description | PRODUCT TYPE | 9 | 9 (9-6-25) | VALUE | DIFFERENCE PRIOR PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| L3075 | Lob Meat  2# Printed Pouch, Casco Bay 2017 | $0.11 | 124-3 | IA | | Casco bay 2# meat new 2017 | LOBSTER MEAT FROZEN | | 31,395 | $7,531 | $3,432 |
| L3082 | 15# Blue Printed Mince Bag Custom Coax | $0.17 | 124-3 | A | | 5# Blue Printed Mince Bag Custom Coax 12X16 60 gauge | LOB Mince | | 30,000 | $5,101 | $2,084 |
| L3083 | Tray Pack Film 310 mm x 457 mm Barrier T-600 | $348.00 | 124-3 | A | | Tray Pack film Barrier | Sealed air | | 0 | $0 | $0 |
| L3084 | Tray Pack Film 360 mm x 457 mm OTR T-600 | $348.00 | 124-3 | A | | Tray Pack film OTR | Sealed air | | 25 | $8,920 | $0 |
| L3085 | FILM V834HB 480X809 | $348.00 | 124-3 | A | | FILM V834HB 450X809 | Sealed air | | 25 | $8,650 | $0 |
| L3087 | New Roll Film Plain | $314.23 | 124-3 | A | | New Roll Film Plain 410mm x 457m Plain V834HB | Sealed air | | 0 | $0 | $0 |
| L3088 | New Roll Film | $290.55 | 124-3 | A | | New Roll Film 410mm x 457M VF310X2 | Sealed air | | 0 | $0 | $0 |
| L3100 | 16X18 bag FOR 8# TAILS | $195.00 | 124-3 | A | | 16X 18" 2mm bags for 3# Tails | ULINE | | 0 | $0 | $0 |
| L3102 | 7x9 Plain OTR Fresh Bag | $0.02 | 124-3 | A | | 7x9 Plain OTR Fresh Bag HP2700 | Sealed air | | 3,000 | $57 | $57 |
| L8500 | HEAT TREATED HARD WOOD PALLETS 48X40 | $21.84 | 124-3 | A | | HEAT TREATED HARD WOOD PALLETS 48X40 | Pallet One | | 320 | $7,031 | ($5,256) |
| L8501 | SMALL PALLETS CANADIAN LOBSTER | $19.16 | 124-3 | A | | CANADIAN LOBSTER PALLETS | | | 0 | $0 | $0 |
| L9501 | CLAW BANDS PER POUND | $2.88 | 124-3 | A | | RUBBER CLAW BANDS | LOB LIVE | | 0 | $0 | ($570) |
| L9504 | 2 LB GEL PACKS | $12.21 | 124-3 | A | | 2# GEL PACKS 18 COUNT | LOB LIVE | | 1 | $12 | ($3110) |
| L9505 | 10X15 Absorbant Pad | $0.58 | 124-3 | A | | 10X15 Absorbant Pad | LOB LIVE | | 295 | $171 | $169 |
| L9506 | 14x20 1/4 Urethane PAD | $0.00 | 124-3 | A | | 14x20 1/4 Urethane PAD | LOB LIVE | | 0 | $0 | $0 |
| L9507 | 10x15 1/4 Urethane Pad | $0.00 | 124-3 | IA | | 10x15 1/4 Urethane Pad | LOB LIVE | | 0 | $0 | $0 |
| P1500 | WAX BULK BIN | $25.00 | 124-3 | A | | 48 X 40 X 40 NBULK WASTE BIN | SUPPLIES PACKAGING | | 19 | $475 | $125 |
| P3001 | Generic Cups 8oz | $0.30 | 124-3 | A | | Generic cups 8 oz - Plastic Packaging V08SPPNAT | SUPPLIES PACKAGING | | 4,650 | $1,343 | $288 |
| P3002 | Generic Cups 16oz | $0.34 | 124-3 | A | | Generic cups 16 oz - Plastic Packaging V16SPPNAT | SUPPLIES PACKAGING | | 1,000 | $337 | $0 |
| P3003 | Generic Lids Universal | $0.31 | 124-3 | A | | Generic LidN Universal - Plastic Packaging VPPUTILIDNAT | SUPPLIES PACKAGING | | 1,050 | $323 | $107 |
| P3004 | Generic Lid Tempered | $0.17 | 124-3 | A | | Generic Lid Tempered - Plastic Packaging VPP153ZNAT | SUPPLIES PACKAGING | | 4,000 | $662 | ($132) |
| P3005 | PE VACUUM POUCH 8X15 | $0.00 | 124-3 | IA | | PE VACUUM POUCH 8X15 | LOB MEAT FROZEN | | 0 | $0 | $0 |
| P3002 | PE VACUUM POUCH 7X9 | $0.16 | 124-3 | IA | | PE VACUUM POUCH 7X9 | LOB MEAT FROZEN | | 0 | $0 | $0 |
| P3003 | PE VACUUM POUCH 8X12 | $0.07 | 124-3 | IA | | PE VACUUM POUCH 8X12-standard no wickets | LOB MEAT FROZEN | | 0 | $0 | $0 |
| P3005 | EXACTIC LINER  46 X 42 X 72 | $2.11 | 124-3 | A | 405-2 | EXACTIC LINER  46 X 42 X 72 | SHRIMP RAW | | 0 | $0 | $0 |
| P3012 | 6'X8 Poly | $0.00 | 124-3 | A | | 6'X8 Poly | Lobster Supplies | | 0 | $0 | $0 |
| P3013 | Pallet Covers 50x 42 x 44 | $0.00 | 124-3 | A | | Pallet Covers 50x 42 x 44 1.5 mil | SUPPLIES PACKAGING | | 150 | $125 | $60 |
| P3014 | TOTE LINER 48 X 46 X 72 | $126.36 | 124-3 | A | 404-1 | WASTE TOTE LINER 46 X 46 X 72 | FISH FRESH | | 2 | $253 | ($9,224) |
| P3015 | Pallet Covers 48x 42 x 48 | $108.50 | 124-3 | A | | Pallet Covers 45 x 42 x 48 2 MIL | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P4502 | AIRBOX 25 | $0.00 | 124-3 | A | 405-1 | No25 | | | 0 | $0 | $0 |
| P4503 | 40# AIRBOX | $7.48 | 124-3 | A | | 40# AIR BOX COMPLETE | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P4504 | 60# AIRBOX | $7.99 | 124-3 | A | | 60# AIR BOX COMPLETE | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P4505 | STYRO SET , 10# | $3.79 | 124-3 | A | | STYROFOAM BASE AND LID SET 12# | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P4510 | STYRO SET , 15# | $5.32 | 124-3 | A | | STYROFOAM BASE AND LID SET 15# | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P4515 | STYRO SET, 20# | $3.99 | 124-3 | A | | STYROFOAM BASE AND LID SET 20# | SUPPLIES PACKAGING | | 68 | $271 | $271 |
| P4513 | STYRO SET , 25# NEW ITEM JULY 2021 | $6.67 | 124-3 | A | | STYROFOAM BASE AND LID SET 25# | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P4530 | Styro set  Salmon X8155 A3H | $3.10 | 124-3 | A | | | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P5000 | POLYP TT TAGS T8TT2X20POLY | $0.05 | 124-3 | A | | POLYP TT TAGS T8TT2X20POLY; 2"WX20LX6.5 MIL | SUPPLIES PACKAGING | | 2,490 | $125 | $0 |
| P5001 | INSERTRECT | $0.03 | 124-1 | A | | INSERT RECT FISH THROW-INB | FISH FRESH | | 0 | $0 | $0 |
| P5003 | DIAGRAPHINK 450 | $0.57 | 124-3 | A | | 4.33 x 894" WAX RIBIN FLEX RIBBONS | SUPPLIES PACKAGING | | 3 | $63 | $63 |
| P9001 | Bell-Mark T-300/600 Ink New 2021 White-IJ5052 | $103.80 | 124-3 | A | | Bell-Mark T-300/600 Ink New 2021 White-IJ5052 | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P9002 | Bell-Mark T-200/800 Ink New 2021 Black-IJ 5057 | $116.46 | 124-3 | A | | Bell-Mark T-300/600 Ink New 2021 Black-IJ 5057 | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P9003 | Bell-Mark T-300/600 Wipes New 2021 AS6966 | $32.78 | 124-3 | A | | Bell-Mark T-300/600 Wipes New 2021 AS6969 | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P5507 | BBE LABEL | $135.70 | 124-3 | A | | LABEL, BBE | SUPPLIES PACKAGING | | 8 | $266 | $266 |
| P5515 | GELPACK3 | $0.73 | 124-3 | A | | GEL PACK, 3# | WAREHOUSE | | 0 | $0 | $0 |
| P5516 | 3x6 LABEL WHITE | $0.04 | 124-3 | A | | LABEL, WHITE, 3x6 | SUPPLIES PACKAGING | | 4,660 | $177 | $124 |
| P5518 | 4x6 LABEL WHITE | $0.04 | 124-3 | A | | LABEL, WHITE, 4X6 | SUPPLIES PACKAGING | | 32 | $0 | $0 |
| P5519 | 4x6 LABEL YELLOW | $0.00 | 124-3 | IA | | LABEL, YELLOW, 4X6 | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P5520 | LARGE DATE TAPE, BLUE | $0.00 | 124-3 | IA | | LARGE DATE TAPE, BLUE | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P5521 | LARGE DATE TAPE, GREEN | $0.00 | 124-3 | A | | LARGE DATE TAPE, GREEN | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P5522 | LARGE DATE TAPE, PINK | $0.00 | 124-3 | A | | LARGE DATE TAPE, PINK | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P5523 | LARGE DATE TAPE, RED | $0.00 | 124-3 | A | | LARGE DATE TAPE, RED | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P5524 | LARGE DATE TAPE, WHITE | $0.00 | 124-3 | A | | LARGE DATE TAPE, WHITE | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P5525 | LARGE DATE TAPE, YELLOW | $0.00 | 124-3 | A | | LARGE DATE TAPE, YELLOW | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P5526 | LINX INK, 500ml | $15.00 | 124-0 | IA | | LINX INK, 500ml | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P5527 | LINX SOLVENT | $0.00 | 124-0 | IA | | LINX SOLVENT | SUPPLIES PACKAGING | | 0 | $0 | $0 |
| P5519 | WILD HARVESTED CANADA LABEL | $0.04 | 124-0 | IA | | WILD HARVESTED CANADA LABEL | SUPPLIES PACKAGING | | 0 | $0 | $0 |

| Part Number | Item | COST | Inventory #RJ | Act Active Inactive | Expense Acct # | Description | PRODUCT TYPE | 0 | 9 (9-6-25) | VALUE | DIFFERENCE PRIOR PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| P5530 | WILD HARVESTED USA LABEL | $0.04 | 124-0 | IA | | WILD HARVESTED USA LABEL | SUPPLIES PACKAGING | 0 | | $0 | $0 |
| P5536 | BEST IF USED BY | $0.04 | 124-0 | A | | LABEL, BEST IF USED BY | SUPPLIES PACKAGING | 0 | | $0 | $0 |
| P5537 | 4x4 LABEL WHITE-AGILITY | $0.04 | 124-0 | A | | LABEL, WHITE, 4X4 | SUPPLIES PACKAGING | 0 | | $0 | $0 |
| P5538 | 4x4 LABEL YELLOW-AGILITY | $0.00 | 124-0 | A | | LABEL, YELLOW, 4X4 | SUPPLIES PACKAGING | 0 | | $0 | $0 |
| P5539 | 2 x 20 2 wide receiving labels | $0.14 | 124-0 | A | | LABEL 2 x 20 2 wide | SUPPLIES PACKAGING | 0 | | $0 | $0 |
| P5540 | Labels 4 X 1.5 (Keep Frozen Tray Pack) | $0.01 | 124-0 | A | | Labels 4 X 1.5 (Keep Frozen Tray Pack) | SUPPLIES PACKAGING | 16,000 | | $160 | $160 |
| P5541 | Label 4X2 (harbor Banks CK inrlel label) | $0.00 | 124-0 | A | | Label 4X2 (harbor Banks CK inrlel label) | SUPPLIES PACKAGING | 0 | | $0 | $0 |
| P5542 | RETAIL CRAB LABEL 8oz | $0.24 | 124-0 | A | | RETAIL CRAB LABEL 8oz | SUPPLIES PACKAGING | 3 | | $1 | $1 |
| P8500 | HEAT TREATED HARD WOOD PALLETS (Standard) 48X40 | $12.41 | 124-0 | IA | | HEAT TREATED HARD WOOD PALLETS (Standard) 48X40 | SUPPLIES PACKAGING | 0 | | $0 | $0 |
| P9933 | STRAPPING 9 INCH | $112.78 | 124-0 | A | | STRAPPING | SUPPLIES PACKAGING | 13 | | $1,466 | $1,410 |
| P9934 | STRETCHWRAP | $14.83 | 124-0 | IA | | STRETCH WRAP | SUPPLIES PACKAGING | 32 | | $475 | $326 |
| P9935 | STRETCHWRAPcut | $14.38 | 124-0 | IA | | STRETCHWRAP | SUPPLIES PACKAGING | 9 | | $137 | $137 |
| P9936 | TAPELARGE | $14.68 | 124-0 | IA | | TAPE, LARGE | SUPPLIES PACKAGING | 3 | | $44 | $44 |
| P9937 | TAPESMALL | $2.22 | 124-0 | IA | | TAPE, SMALL | SUPPLIES PACKAGING | 0 | | $0 | $0 |
| P9939 | STRETCHWRAP RED | $12.00 | 124-0 | IA | | | SUPPLIES PACKAGING | 0 | | $0 | $0 |
| P9540 | STRAPPING 9 INCH CORE | $38.20 | 124-0 | IA | | STRAPPING 9 INCH | SUPPLIES PACKAGING | 0 | | $0 | $0 |
| P9541 | GLUE TABS-HOT MELT GLUE | $3.25 | 124-0 | IA | | LOBSTER CARTON GLUE | SUPPLIES PACKAGING | 0 | | $0 | $0 |
| P9542 | TAPESMALL TAMPER EVIDENT | $6.88 | 124-0 | IA | | TAPE, SMALL-TAMPER EVIDENT | SUPPLIES PACKAGING | 0 | | $0 | $0 |
| S0500 | A/P SOP 8 KG MASTER BOTTOMS (PLAIN) - NOT USED NO COST | $0.00 | 124-2 | IA | | A/P SOP 5 KG MASTER BOTTOMS (PRINTED) | A/P SOP 5 KG MASTER BOTTOMS | 29,380 | | $0 | $0 |
| S0501 | A/P SOP 5 KG MASTER TOPS (PRINTED) | $0.00 | 124-2 | IA | | A/P SOP 5 KG MASTER TOPS (PRINTED) | SHRIMP SOP | 0 | | $0 | $0 |
| S0502 | A/P SOP 8 KG MASTER BOTTOMS (PRINTED) - NOT USED NO COST | $0.00 | 124-2 | IA | | A/P SOP 5 KG MASTER BOTTOMS (PLAIN) | SHRIMP SOP | 29,680 | | $0 | $0 |
| S0503 | A/P SOP 5 KG MASTER TOPS (PLAIN) - NOT USED NO COST | $0.00 | 124-2 | IA | | A/P SOP 5 KG MASTER TOPS (PLAIN) | SHRIMP SOP | 28,650 | | $0 | $0 |
| S1503 | ARCTIC PRIDE MASTER  8 x 10.5 in - NOT USED NO COST | $0.00 | 124-2 | IA | | 4 X 5 CAP SHRIMP MASTER (OR 2 X 5 KG) -NEW | SHRIMP CAP | 9,313 | | $0 | $0 |
| S1504 | ARCTIC PRIDE MASTER 10 x 9 6 N old | $0.00 | 124-2 | IA | | 4 X 5 CAP SHRIMP MASTER (OR 2 X 5 KG) | SHRIMP CAP | 0 | | $0 | $0 |
| S1507 | IQF 8oz SHRIMP MASTER | $0.00 | 124-2 | IA | | 8 OZ CAP SHRIMP RETAIL MASTER 24/8 | SHRIMP CAP | 0 | | $0 | $0 |
| S1508 | SLIP SHEET | $1.00 | 124-2 | IA | | PALLET SLIP SHEETS | WAREHOUSE | 450 | | $450 | $328 |
| S1514 | ARCTIC PRIDE MASTER plain | $0.00 | 124-2 | IA | | 4 X 5 CAP SHRIMP MASTER (OR 2 X 5 KG) | SHRIMP CAP | 0 | | $0 | $0 |
| S1515 | IQF GENERIC MASTER 24 X 15090r | $0.00 | 124-2 | IA | | IQF GENERIC MASTER 24 X 15090r | SHRIMP CAP | 0 | | $0 | $0 |
| S2516 | ARCTIC PRIDE MASTER-BROWN - NOT USED NO COST | $0.00 | 124-2 | IA | | 4 X 5 CAP SHRIMP MASTER (OR 2 X 5 KG) -BROWN | SHRIMP CAP | 4,800 | | $0 | $0 |
| S3016 | IQF HLESS SHRIMP MASTER PLAIN | $0.00 | 124-2 | IA | | NEW PLAIN 4 X 5 CAP SHRIMP MASTER (OR 2 X 5 KG) | SHRIMP CAP | 0 | | $0 | $0 |
| S3015 | 2# TAIL BAG 80/70 | $0.00 | 124-2 | IA | | 2# HEADLESS SHRIMP PRINTED BAGS | SHRIMP HLESS | 0 | | $0 | $0 |
| S3016 | ARCTIC PRIDE PRINTED 5 lb - NOT USED NO COST | $0.00 | 124-2 | IA | | 5# cap SHRIMP ARTIC PRIDE BLUE | SHRIMP CAP | 26,800 | | $0 | $0 |
| S3018 | A/P 8Kg BLUE BAG 21 x 12 x 4 (gusseted) 3 mil - NOT USED NO COST | $0.00 | 124-2 | IA | | 5KG CAP SHRIMP BLUE POLY BAG | SHRIMP CAP | 93,600 | | $0 | $0 |
| S3019 | 5OZSHRIMP BAG | $0.00 | 124-2 | IA | | 5 OZ CAP SHRIMP COZY RETAIL BAG | SHRIMP CAP | 0 | | $0 | $0 |
| S3020 | SOP BAG | $0.32 | 124-2 | IA | | SOP BOX BLUE LINER 27X21X25 | SHRIMP SOP | 800 | | $554 | ($517) |
| S3023 | casco bay 5 lb bags - NOT USED NO COST | $0.00 | 124-2 | IA | | casco bay 5 lb bags | SHRIMP SOP | 43,600 | | $0 | $0 |
| S3024 | plain 8# blue tint - NOT USED NO COST | $0.00 | 124-2 | IA | | SHRIMP MEATBAG plain 8# blue tint | SHRIMP MEAT FROZEN | 27,200 | | $0 | $0 |
| S3026 | plain 5KG blue tint | $0.00 | 124-2 | IA | | SHRIMP MEATBAG plain 5 kg blue tint | SHRIMP MEAT FROZEN | 0 | | $0 | $0 |
| S3037 | Blue SOP Liner Plain | $0.00 | 124-2 | IA | | Blue SOP Liner Plain | SHRIMP MEAT FROZEN | 1 | | $0 | $0 |
| S6500 | HEAT TREATED HARD WOOD PALLETS(EURO) 1000X1200 | $21.45 | 124-2 | IA | | HEAT TREATED HARD WOOD PALLETS(EURO) 1000X1200 | lobster | 0 | | $0 | $0 |
| V0506 | Canadian Pellets | $15.65 | 124-3 | IA | | 32 x 42 | lobster | 0 | | $0 | $0 |
| V0506 | Heal Kit Throw In Recipe Card | $0.00 | 124-3 | IA | | Meal Kit Throw In Recipe Card | VALUE ADDED | 4 | | $0 | $0 |
| V0509 | Case Ready Fish Label Norway Haddock | $0.03 | 124-3 | IA | | Case Ready Fish Label Norway Haddock | VALUE ADDED | 4 | | $0 | $0 |
| V0510 | Case Ready Fish Label Wild Caught Cod | $0.03 | 124-3 | IA | | Case Ready Fish Label Wild Caught Cod | VALUE ADDED | 4 | | $0 | $0 |
| V0511 | Case Ready Fish Label Farm Raised Salmon | $0.03 | 124-3 | IA | | Case Ready Fish Label Farm Raised Salmon | VALUE ADDED | 4 | | $0 | $0 |
| V0512 | Case Ready Fish Label Wild Caught Flounder | $0.03 | 124-3 | IA | | Case Ready Fish Label Wild Caught Flounder | VALUE ADDED | 4 | | $0 | $0 |
| V0513 | Case Ready Fish Label Wild Caught Ocean Perch | $0.03 | 124-3 | IA | | Case Ready Fish Label Wild Caught Ocean Perch | VALUE ADDED | 4 | | $0 | $0 |
| V0514 | Printed Lobster Tonight Band Neopolitan | $0.01 | 124-3 | IA | | Printed Lobster Tonight Band Neopolitan | VALUE ADDED | 0 | | $0 | $0 |
| V0515 | Printed Lobster Tonight Band Alfredo | $0.01 | 124-3 | IA | | Printed Lobster Tonight Band Alfredo | VALUE ADDED | 0 | | $0 | $0 |
| V1504 | Printed Lobster Tonight Slider Meal Kit Unit | $0.05 | 124-3 | IA | | Printed Lobster Tonight Slider Meal Kit Unit | VALUE ADDED | 0 | | $0 | $0 |

STRICTLY CONFIDENTIAL — COMPANY OWNED, Lobster Tonight Inc.
Opened by nullsop 20–http://id-309.176.30.pm
On Sep 20, id-309.176.30.pm (P. 12:3.pm)

| Part Number | Item | COST | Inventory Act #RU | Active Inactive | Expense Acct # | Description | PRODUCT TYPE | | 9 (9-6-25) | VALUE | DIFFERENCE PRIOR PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V1505 | Printed Lobster Tonight Alfredo Meal Kit Unit | $0.00 | 124-3 | IA | | Printed Lobster Tonight Alfredo Meal Kit Unit | VALUE ADDED | | 0 | $0 | $0 |
| V1506 | Printed Lobster Tonight Neapolitan Meal Kit Unit | $0.00 | 124-3 | IA | | Printed Lobster Tonight Neapolitan Meal Kit Unit | VALUE ADDED | | 0 | $0 | $0 |
| V1507 | Plain Meal Kit Master Box | $0.09 | 124-3 | IA | | Plain Meal Kit Master Box | VALUE ADDED | | 0 | $0 | $0 |
| V1508 | Lobster Tonight Meal Kit 10 pc Master 19061224 | $0.80 | 124-3 | IA | | Lobster Tonight Meal Kit 10 pc Master 19061224 | VALUE ADDED | | 0 | $0 | $0 |
| V1509 | Case Ready Tray Pack VSP Master Fish | $0.70 | 124-3 | IA | | Case Ready Tray Pack VSP Master 18 PK for tray C81178 | VALUE ADDED | | 0 | $0 | $0 |
| V2001 | PRINTED 250 MIL PLASTIC CONTAINER | $0.11 | 124-3 | IA | | PRINTED 250 MIL PLASTIC CONTAINER | VALUE ADDED | | 0 | $0 | $0 |
| V2003 | PRINTED 250 MIL PLASTIC CONTAINER LID | $0.09 | 124-3 | IA | | PRINTED 250 MIL PLASTIC CONTAINER LID | VALUE ADDED | | 0 | $0 | $0 |
| V2504 | Lobster Tonight Meal Kit Tamper Evident Tub T554D | $0.10 | 124-3 | IA | | Lobster Tonight Meal Kit Tamper Evident Tub T554D 3935010 | VALUE ADDED | | 0 | $0 | $0 |
| V2085 | Tray Pack Film 450 mm x 609mm OTR VF310K T-300 | $820.00 | 124-3 | A | | Tray Pack Film 450 mm x 609mm OTR VF310K T-300 | Sealed air | | 1 | $820 | $820 |
| V3086 | Tray Pack Film 430 mm x 609mm Barrier V834HB T-300 | $933.87 | 124-3 | A | | Tray Pack Film 430 mm x 609mm Barrier V834HB T-300 | Sealed air | | 6 | $6,063 | ($633) |
| L3047A | 14x18 OO Custom Co-Ex | $0.00 | 124-0 | A | 408-3 | | | | 0 | $0 | $0 |
| L3047A | Sealed Air 13x18 OTR Plain Bags | $0.44 | 124-3 | A | | Sealed Air 13x18 OTR Plain Bags | Sealed air | | 23,750 | $10,450 | ($275) |
| L3044A | Sealed Air 8x12 OTR Plain Bags | $0.20 | 124-3 | A | | Sealed Air 8x12 OTR Plain Bags | Sealed air | | 5,000 | $1,000 | ($1,000) |
| J9536 | Black Trash Bags | $0.63 | 128-0 | A | 577-0 | Black Trash Bags | Bulter | | 700 | $459 | $374 |
| 77 | Eco-Wipes | $19.24 | 128-0 | A | 577-0 | Eco-Wipes | | | 0 | $0 | ($692) |
| J9534 | Applaud Hand Soap | $28.46 | 128-0 | A | 577-0 | Applaud Hand Soap | | | 14 | $463 | ($797) |
| J9314 | Blue Scouring Pads | $1.70 | 128-0 | A | 577-0 | Blue Scouring Pads | | | 80 | $136 | $102 |
| M9510 | Sodium Hypochlorite 12.5% (Gal) | $131.55 | 128-0 | A | 577-0 | Sodium Hypochlorite 12.5% (Gal) | | | 4 | $525 | $203 |
| XYZ | Various Sanitation Supplies - NOT USED NOT COST | $0.00 | 128-0 | A | 577-0 | See Note | | | 0 | $0 | $0 |
| P4515 | Styrofoam Base and Lid | $3.99 | 124-3 | IA | | Styrofoam Base and Lid | Pack Edge Inc. | | 242 | $963 | ($997) |
| L2059 | Black Tray 6.78X8.78X2 C8072BX | $0.38 | 124-3 | A | | Black Tray Cryovac | Sealed air | | 33,944 | $13,466 | $1,111 |
| M9504 | Chlorine Gran | $54.00 | 128-0 | A | 577-0 | Chlorine Gran | Harcros Chemicals Inc. | | 2 | $108 | $0 |
| L3086 | 410 X 609 New Film | $499.23 | 124-3 | A | | 410 X 609 New Film | Sealed air | | 33 | $15,483 | $15,483 |
| L5500 | Pre printed 14oz Frz CK label | $169.23 | 124-3 | A | | Pre Printed 3X5  14 oz Frozen CK Retail Label | JB MCCarthy | | | | |
| | TOTALS | | | | | | | | 1,644,225 | $466,273.21 | $18,322.54 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total General Ledger | | | | | | | | | | | |
| 124-0 | Inventory Packaging | | | | | | | | | $10,513.35 | |
| 124-1 | Inventory Fish Packaging | | | | | | | | | $9,580.51 | |
| 124-2 | Inventory Shrimp | | | | | | | | | $0 | |
| 124-3 | Inventory Lobster Packaging | | | | | | | | | $423,013.78 | |
| 124-5 | Inventory Crab Packaging | | | | | | | | | $8,949.63 | |
| 128-0 | Inventory Ingredients | | | | | | | | | $2,008.00 | |
| 128-0 | Inventory Supplies | | | | | | | | | $10,128.74 | |
| | | | | | | | | | | $466,273.21 | |

*Schedule 2.5*

**PURCHASE PRICE ALLOCATION**

| *Assets:* | *Allocation of Purchase Price:* |
|---|---|
| Class I – cash and general deposit accounts (including savings and checking accounts) other than certificates of deposit held in banks, savings and loan associations, and other depository institutions. | $0.00 |
| Class II – actively traded personal property within the meaning of section 1092(d)(1) and Regulations section 1.1092(d)-1 (determined without regard to section 1092(d)(3)). In addition, Class II assets include certificates of deposit and foreign currency even if they are not actively traded personal property. Class II assets do not include stock of seller's affiliates, whether or not actively traded, other than actively traded stock described in section 1504(a)(4). Examples of Class II assets include U.S. Government securities and publicly traded stock. | $0.00 |
| Class III – Assets that the taxpayer marks to market at least annually for federal income tax purposes and debt instruments (including accounts receivable). However, Class III assets do not include:<br>• Debt instruments issued by persons related at the beginning of the day following the acquisition date to the target under section 267(b) or 707;<br>• Contingent debt instruments subject to Regulations sections 1.1275-4 and 1.483-4, or section 988, unless the instrument is subject to the noncontingent bond method of Regulations section 1.1275-4(b) or is described in Regulations section 1.988-2(b)(2)(i)(B)(2); and<br>• Debt instruments convertible into the stock of the issuer or other property. | $2,015,099.00 |
| Class IV – stock in trade of the taxpayer or other property of a kind that would properly be included in the inventory of the taxpayer if on hand at the close of the tax year, or property held by the taxpayer primarily for sale to customers in the | $2,738,920.00 |

| | |
|---|---|
| ordinary course of its trade or business. | |
| Class V – All assets other than Class I, II, III, IV, VI, and VII assets. Note. Furniture and fixtures, buildings, land, vehicles, and equipment that constitute all or part of a trade or business (defined earlier) are generally Class V assets | $1,750,000.00 |
| Class VI – All section 197 intangibles (as defined in section 197) except goodwill and going concern value. Section 197 intangibles include: • Workforce in place; • Business books and records, operating systems, or any other information base, process, design, pattern, know-how, formula, or similar item; • Any customer-based intangible; • Any supplier-based intangible; • Any license, permit, or other right granted by a government unit; • Any covenant not to compete entered into in connection with the acquisition of an interest in a trade or a business; and • Any franchise, trademark, or trade name (however, see exception below for certain professional sports franchises) | $0.00 |
| Class VII – Goodwill and going concern value (whether or not the goodwill or going concern value qualifies as a section 197 intangible). | $0.00 |
| ***Total:*** | $6,504,019.00 |

**Note:  Class III and Class IV values subject to adjustment in accordance with Section 2.5 of the Agreement.**

# DISCLOSURE SCHEDULE

This DISCLOSURE SCHEDULE has been prepared in connection with that certain ASSET PURCHASE AGREEMENT, dated October _____, 2025 (the "**Effective Date**"), by and among COZY HARBOR SEAFOOD, INC., a Maine business corporation ("**Cozy Harbor**"), CASCO BAY LOBSTER CO., INC., a Maine business corporation ("**Casco Bay**"), and ART'S LOBSTER CO., INC., a Maine business corporation ("**Art's Lobster**" and, together with Cozy Harbor and Casco Bay, collectively, "**Sellers**" and, each, a "**Seller**"), and AQUASHELL USA, LLC, an Indiana limited liability company, or its assignee (collectively, "**Purchaser**" and, together with Sellers, collectively, the "**Parties**") (together with any and all amendments, restatements, supplements, and other modifications thereto, collectively, the "**APA**"). This Disclosure Schedule constitutes the "Disclosure Schedule" referenced in the APA. Any and all capitalized terms that are used but not otherwise defined in this Disclosure Schedule shall have the meanings ascribed to them, if any, in the APA.

The information set forth in the APA and the representations and warranties of Sellers that are set forth in the APA, which include, without limitation, Article III thereof, are made subject to the exceptions and qualifications set forth in this Disclosure Schedule. This Disclosure Schedule is qualified in its entirety by reference to specific provisions of the APA, and is not intended to constitute, and shall not be construed to constitute, separate representations or warranties of Sellers. The section numbers used herein refer to the corresponding Sections in the APA. All headings and subheadings have been inserted herein for convenience of reference only and shall not amend or otherwise modify, and shall not be construed to amend or otherwise modify, the express description hereof as set forth in the APA. Any information disclosed in this Disclosure Schedule under any section number shall be deemed to be disclosed and incorporated into the Disclosure Schedule under any other section to the extent the relevance of such information to such other section would be reasonably apparent to a reader of such information.

*[See Attached.]*

<u>*Section 3.3*</u>

*Governmental Authorities Consents and Approvals*

None.

<u>*Section 3.4*</u>

*Title to and Condition of Assets*

<u>Cozy Harbor Seafood, Inc.</u>

1.  UCC-1 Financing Statement No. 2019121810950082, dated December 16, 2019, as continued by UCC-3 Financing Statement (Continuation) No. 20240813109000001, dated August 13, 2024, as filed with the Secretary of State for the State of Maine, listing Cozy Harbor Seafood, Inc. as debtor and Wells Fargo Equipment Finance, Inc. as secured party, covering the following collateral of debtor:
    -   The Equipment described on Schedule A to Contract #301233-401 attached hereto and made a part hereof, together with all replacements, substitutions, parts, improvements, repairs, and accessories, and all additions incorporated therein or affixed thereto being referred to herein as the "Equipment".

2.  UCC-1 Financing Statement No. 20211222109000090, dated December 22, 2021, as filed with the Secretary of State for the State of Maine, listing Cozy Harbor Seafood, Inc. as debtor and Camden National Bank as secured party, covering the following collateral of debtor:
    -   One (1) Poole Metal Fabrication Picker Pan Extension Roller Conveyor, One (1) Harris Hill Automation HH Brine Conveyor, One (1) Wash Tank Scale Cart Packing Table, One (1) Koald Design Freezer Infeed Conveyor System, Nine (9) 1280 Scale Indicators, Five (5) 30 lb. Scale Platforms, Four (4) 10 lb. Scale Platforms, One (1) Progressive Scale & Label System Weigh and Inspection Station, One (1) High Risk Product Rinse and Inspection System, One (1) Turnkey Custom Automation System, One (1) Area 52 and Bin Return Conveyor, One (1) Multivac T300 Bell-Mark Printer # 274390, One (1) Multivac T300 #274390 Tooling and One (1) Multivac T600 #219526 Tooling, One (1) Roller Rack, Four (4) Area 52 Single Belt Assembly Claw System Conveyors, One (1) Blem 5 12-GFS DC Brushless Motor, Four (4) S10-Z16 Conv. Drive Sprockets, One (1) HH A52 C&A L Shape Conveyor, One Hundred Fifty (150) 3 Inch Stainless Steel Blades, One Hundred Fifty (150) 4 Inch Stainless Steel Blades, One (1) Ion Networking ESI-200 Communications Server with Phones and Attachments, One (1) 015-30000 Infeed Conveyor with Stand Alone WashDown, One (1) Soda Blast Lobster Stinger Conveyor, Two (2) White Skinning Machine Squeezing Belts, One (1) Supplement Sensor, One (1) Dishwasher, Conveyor Type with attachments, One (1) Pan Dish Rack, One (1) Soiled Dish table, One (1) Clean Dish table, One (1) Scraper Knife Right, One (1) Scraper Knife Left, One (1) 1 5/8 inch Diameter Stainless Steel Roller Conveyor, Three (3) PSS Scale Stations, Six (6) Harris Hill Automation and Poole Metal Fabrication Lobster Rinse and Inspection Conveyors, One (1) Area 52 Leg Machine, One (1) Area 52 Claw and Arm, One (1) JS Boatworks Waste Compactor Life Extension, One (1) Euridib Pan Washer MD3 M115EK, One (1) JS Boatworks Electric Stunner Life Extension, Six (6) BaaderBA605 Mincers and BA605 Mincer Setup Machine, Two (2) Baader BA 185 Cutting Machines, Belt Washer System, CTX Cooker # 2, Area 52 Leg Machine, BA185 Cutting Machine, BA605 Mincer, Exit Waste Belt Conveyor, New Picking Stations, Truck Loading / Unloading System, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and

proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

3.  UCC-1 Financing Statement No. 20220929109000095, dated September 29, 2022, as filed with the Secretary of State for the State of Maine, listing Cozy Harbor Seafood, Inc. as debtor and Keybank, N.A. as secured party, covering the following collateral of debtor:
    -   all accounts and inventory.

Casco Bay Lobster Co., Inc.

4.  UCC-1 Financing Statement No. 20220929109000100, dated September 29, 2022, as filed with the Secretary of State for the State of Maine, listing Casco Bay Lobster Co., Inc. as debtor and Keybank, N.A. as secured party, covering the following collateral of debtor:
    -   all accounts and inventory.

Art's Lobster Co., Inc.

5.  UCC-1 Financing Statement No. 20220929109000098, dated September 29, 2022, as filed with the Secretary of State for the State of Maine, listing Art's Lobster Co., Inc. as debtor and Keybank, N.A. as secured party, covering the following collateral of debtor:
    -   all accounts and inventory.

### Section 3.6

*Compliance with Laws*

None.

———————————————————

*Section 3.8*

*Environmental Matters*

*Section 3.8(a)*

*Environmental Laws and Liabilities*

None, to the best of Seller's knowledge and belief.

———————————————

*Section 3.8(b)*

*Compliance with Environmental Laws*

None, to the best of Seller's knowledge and belief.

———————————————

*Section 3.8(c)*

*Notice Requirements under Environmental Laws*

None, to the best of Seller's knowledge and belief.

———————————————

*Schedule 3.8(d)*

*Pending or Threatened Claims relating to Environmental Claims and/or Licensing and Permits*

None, to the best of Seller's knowledge and belief.

———————————————

5074851.4


EXHIBIT

A

## BILL OF SALE AND GENERAL ASSIGNMENT

THIS BILL OF SALE AND GENERAL ASSIGNMENT (this "**Bill of Sale**") is made as of this _____ day of October, 2025 by: (a) Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc., Chapter 11 debtors in possession under Lead Case No. 25-20160 pending in the U.S. Bankruptcy Court for the District of Maine (the "**Bankruptcy Court**") (collectively, "**Sellers**") and; (b) _____ ("**Purchaser**").

## RECITALS

**A.**      Sellers own and operate certain seafood processing businesses and facilities located in various parts of the State of Maine (the "**Businesses**").

**B.**      In order to operate the Businesses, Sellers each own certain personal property assets, including Inventory, equipment and goodwill (the personal property assets that are the subject of the Purchase Agreement (defined below), the "**Assets**").

**C.**      Sellers and Purchaser have entered into that certain Asset Purchase Agreement dated as of October __, 2025 (the "**Purchase Agreement**"), with respect to, among other things, the acquisition of the Assets from Sellers.

**D.**      The Purchase Agreement requires Sellers to convey all of Sellers' right, title and interest in, to and under the Assets to Purchaser.

**E.**      On October __, 2025, the Sale Order (as defined in the Purchase Agreement) was entered by the Bankruptcy Court.

**NOW, THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Sellers hereby agree as follows:

1.      Unless the context otherwise requires, all capitalized terms used, but not otherwise defined herein, shall have the respective meanings provided in the Purchase Agreement.

2.      Sellers do hereby unconditionally, absolutely, and irrevocably grant, bargain, sell, transfer, assign, convey, set over and deliver unto Purchaser all of Sellers' right, title and interest in and to any and all of the Assets, free and clear of all Claims and Encumbrances.

3.      Sellers grant, bargain, sell, transfer, assign, convey, set over and deliver the Assets to Purchaser on an "**AS IS**," "**WHERE IS**" and "**WITH ALL DEFECTS**" basis without any express or implied warranties of any kind or nature, except as to title and otherwise as specifically set forth in the Purchase Agreement, and as approved for sale, transfer and assignment pursuant and subject to the Sale Order.

4.      This Bill of Sale shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, legal representatives, successors and assigns.

5. This Bill of Sale and the legal relations of the parties hereto shall be governed by and construed and enforced in accordance with the laws of the State of Maine, without regard to its principles of conflicts of law.

 IN WITNESS WHEREOF, Sellers have hereto executed this Agreement as of the date set forth above.

COZY HARBOR SEAFOOD, INC.

By:_____
Name:  John Norton
Title:  President

CASCO BAY LOBSTER CO., INC.

By:_____
Name:  John Norton
Title:  President

ART'S LOBSTER CO., INC.

By:_____
Name:  John Norton
Title:  President



**EXHIBIT**

**B**

## ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS ASSIGNMENT AND ASSUMPTION AGREEMENT (this "<u>Assignment</u>") is made and entered into as of the ___ day of October, 2025 (the "<u>Effective Date</u>"), by and between (a) Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc. and Art's Lobster, Co., Inc., Chapter 11 debtors in possession under Lead Case No. 25-20160 pending in the U.S. Bankruptcy Court for the District of Maine (the "<u>Bankruptcy Court</u>") (collectively, the "<u>Sellers</u>"); and (b) Aquashell USA, LLC, an Indiana limited liability company, or its assignee ("<u>Purchaser</u>" and Purchaser, together with Sellers, the "<u>Parties</u>").  All capitalized terms used but not defined herein shall have the meanings given to such terms in the Purchase Agreement (as defined below).

R E C I T A L S

This Assignment is premised on the following understandings of the parties:

A.     Sellers and Purchaser are parties to that certain Asset Purchase Agreement, dated as of October ____, 2025 (the "<u>Purchase Agreement</u>"), pursuant to which Sellers have agreed, among other things, to sell, assign, transfer and convey to Buyer the Assets.

B.     In connection with the sale and purchase of the Assets, Sellers have agreed to assign to Purchaser all of Sellers' right, title and interest in and to, and Purchaser has agreed to assume from Sellers all of Sellers' obligations and liabilities under, the Assumed Contracts as well as the other Assumed Liabilities.

C.     Sellers also have agreed to assign to Purchaser the Licenses and Permits.

D.     On October _, 2025, the Sale Order (as defined in the Purchase Agreement) was entered by the Bankruptcy Court.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound, the parties agree as follows:

1.     <u>Assignment</u>. Sellers, for themselves, their successors and assigns, hereby convey, sell, assign, set over and transfer to the Purchaser as of the Effective Date, all right, title and interest in and to the Assigned Contracts and the Licenses and Permits. Such assignment is being made pursuant to the terms of, and subject to the limitations set forth in, the Purchase Agreement and in accordance with the Sale Order.

2.     <u>Assumption</u>. In accordance with the Purchase Agreement, the Purchaser, for itself, its successors and assigns, hereby assumes and agrees to observe, keep, carry out, perform and satisfy the liabilities arising solely on or after the Effective Date under the Assumed Contracts, as well as the other Assumed Liabilities referenced in the Purchase Agreement and in accordance with the Sale Order.

3.     <u>Purchase Agreement Governs; Sale Order</u>.  This Assignment is delivered pursuant to, and is subject to the express representations, warranties, covenants, and agreements set forth in the Purchase Agreement.  To the extent that any provision of this Assignment is inconsistent

with the provisions of the Purchase Agreement, the provisions of the Purchase Agreement shall govern, subject to the Sale Order.

4.     <u>Further Assurances</u>. Sellers covenant with Purchaser and Purchaser covenants with Sellers that each will execute or procure any additional documents reasonably necessary to establish the rights of the other hereunder.

5.     <u>Counterparts</u>. This Assignment may be executed by the parties in counterparts, in which event the signature pages thereof shall be combined in order to constitute a single original document.  A signed copy of this Assignment delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Assignment.

6.     <u>Binding Effect</u>. This Assignment shall be binding upon, and, shall inure to the benefit of Sellers, Purchaser and their respective successors and assigns.

7.     <u>Governing Law; Jurisdiction</u>.  This Assignment shall be governed, construed and interpreted by, and in accordance with, the laws of the State of Maine, excluding choice of law rules.

*[signature page follows]*

Executed as of the first date above written.

Sellers:

COZY HARBOR SEAFOOD, INC.

By:_____
Name: John Norton
Title:  President

CASCO BAY LOBSTER CO., INC.

By:_____
Name: John Norton
Title:  President

ART'S LOBSTER CO., INC.

By:_____
Name: John Norton
Title:  President

Purchaser:

AQUASHELL USA, LLC

By:_____
Name:
Title:

5074855.3

[Signature Page to Assignment and Assumption Agreement]



**RELEASE**

      This RELEASE (the "**Release**") is entered into and granted as of this ___ day of October, 2025, by Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc. and Art's Lobster Co., Inc. (collectively, the "**Sellers**") in favor of _____ ("**Purchaser**").

      **WHEREAS**, Sellers and Purchaser have identified certain assets that Purchaser desires to purchase from Sellers (the "**Purchased Assets**") pursuant to that certain Asset Purchase Agreement dated October __, 2025 (the "**Asset Purchase Agreement**");

      **WHEREAS**, pursuant to Section 8.4(a)(iii) of the Asset Purchase Agreement, it is a closing obligation of Sellers to release certain claims against Purchaser;

      **NOW, THEREFORE**, in consideration of the foregoing, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by the parties hereto, each of Sellers hereby agrees as follows:

      1.    **General Release by Releasors**.  Each of Sellers and their chapter 11 estates hereby releases and forever discharges Purchaser from any and all actions, suits, claims and demands, whether known or unknown, arising under Chapter 5 of the Bankruptcy Code.

      2.    **Choice of Law**.  This Release shall be construed, interpreted and the rights of the parties determined in accordance with the Laws of the State of Maine, without regard to conflicts of law principles thereof, except to the extent a matter is determined by bankruptcy law, in which case, bankruptcy law shall apply.

*[Signature pages to follow]*

5.     This Bill of Sale and the legal relations of the parties hereto shall be governed by and construed and enforced in accordance with the laws of the State of Maine, without regard to its principles of conflicts of law.

IN WITNESS WHEREOF, Sellers have hereto executed this Agreement as of the date set forth above.

COZY HARBOR SEAFOOD, INC.

By:_____
Name:  John Norton
Title:  President

CASCO BAY LOBSTER CO., INC.

By:_____
Name:  John Norton
Title:  President

ART'S LOBSTER CO., INC.

By:_____
Name:  John Norton
Title:  President