**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: | Chapter 11 |
| **COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.** | Case No. 25-20160 |
| | (Jointly Administered) |
| Debtors.[1] | |

**NOTICE OF HEARING**

Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc. (collectively, the "**Debtors**"), have filed the *First and Final Application for Compensation and Reimbursement of Expenses for Corporate Finance Associates New England LLC and Corporate Finance Securities, Inc. as Business Broker and Transaction Advisor to the Debtors, for the Period of July 1, 2025, through November 26, 2025* (the "**Fee Application**").

A hearing on the Fee Application is set to take place at the United States Bankruptcy Court, 202 Harlow Street, 3rd Floor, Bangor, ME 04401, on **February 12, 2026, at 1:00 p.m.** (the "**Hearing**"). Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Bangor; (b) by video from the United States Bankruptcy Court located at 537 Congress Street, Portland, Maine, or (c) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules. If you intend to participate in the Hearing via telephone, you are required to register with CourtCall at 1-866-582-6878, no later than 3:00 p.m. the last business day prior to the Hearing.

Through the Fee Application, Corporate Finance Associates New England LLC and Corporate Finance Securities, Inc. are seeking entry of an order allowing and authorizing the Debtors to pay, on a final basis, compensation for professional services in the amount of **$331,204.84** and reimbursement of expenses in the amount of **$560.39**, for the period of July 1, 2025, through November 26, 2025. This is Corporate Finance Associates New England LLC and Corporate Finance Securities, Inc.'s first and final fee application in these cases.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

Objections to the relief requested in the Fee Application must be filed with the Bankruptcy Court and served **on or before February 3, 2026**. If you are not able to access the CM/ECF filing system, your response should be served upon the Court at:

Monica M. Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
MC Smith Federal Building
202 Harlow Street, 3rd Floor
Bangor, Maine 04401

- and –

Adam R. Prescott, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, ME 04104-5029

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Fee Application being granted and may enter an order granting the requested relief without further notice or hearing.

Dated: January 13, 2026

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
D. Sam Anderson, Esq.
Adam R. Prescott, Esq.
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Counsel to the Debtors and Debtors in Possession*