**Exhibit A**
**Billing Detail**

**PURDY POWERS & COMPANY**

*130 Middle Street*
*Portland, ME 04101*
*(207) 775-3496*

| | | |
|---|---|---|
| *Cozy Harbor Seafood, Inc.* | Services Through: | 9/27/2025 |
| *P.O. Box 389* | | |
| *Portland, ME 04112* | Invoice No. | 91370 |
| | Client No. | 217035 |

For professional services rendered in connection with the following:

| | |
|---|---|
| 8/25/2025 Mike Nelson - Accounting work and information accumulation related to tax return - 1 hr | $185.00 |
| 8/25/2025 Marc Powers - Tax return preparation administration - .5 hr | $212.50 |
| 8/26/2025 Maria Happnie - Accounting work and information accumulation related to tax return - 1.1 hr | $275.00 |
| 8/27/2025 Marc Powers - Phone call with John Norton, Adam and Sam, update PP&C team on call - 2 hr | $850.00 |
| 8/27/2025 Mike Nelson - Preparation of tax return - 4.5 hr | $832.50 |
| 8/27/2025 Maria Happnie - Preparation of tax return - .5 hr | $125.00 |
| 9/4/2025 Maria Happnie - Preparation of tax return - 1 hr | $250.00 |
| 9/4/2025 Mike Nelson - Preparation of tax return - .5 hr | $92.50 |
| 9/4/2025 Maria Happnie - Preparation of tax return - .9 hr | $225.00 |
| 9/9/2025 Corwin Brown - Preparation of tax return - 1.5 hrs | $337.50 |
| 9/10/2025 Corwin Brown - Preparation of tax return - 5.8 hrs | $1,293.75 |
| 9/11/2025 Derek Markgren - Review of tax return - 2.3 hours | $787.50 |

*A finance charge of 1.5% per month will be assessed on past due balances.*

Client No: 217035
Page: 2

| Date | Description | Amount |
|---|---|---|
| 9/11/2025 | Operations - Processing of tax return - .4 hr | $26.75 |
| 9/10/2025 | Maria Happnie - Consultation related to IRS notice - .3 hr | $75.00 |
| 9/10/2025 | Corwin Brown - Consultation related to IRS notice - .3 hr | $56.25 |
| 9/23/2025 | Marc Powers - Consultation related to IRS notice - .5 hr | $212.50 |
| 9/23/2025 | Marc Powers - Tax questions with Sam Anderson re: IRS - .5 hrs | $212.50 |
| 9/15/2025 | Corwin Brown - Consultation related to tax consequences on sale of business - .8 hr | $168.75 |
| 9/16/2025 | Corwin Brown - Consultation related to tax consequences on sale of business - 2 hr | $450.00 |
| 9/17/2025 | Corwin Brown - Consultation related to tax consequences on sale of business - .3 hr | $56.25 |
| 9/18/2025 | Marc Powers - Consultation on sale with client, review tax calculation - 1.5 hr | $637.50 |
| 9/18/2025 | Derek Markgren - Consultation related to tax consequences on sale of business - .3 hr | $87.50 |

Invoice Total: $7,449.25
Current Amount Due: $7,449.25



*130 Middle Street*
*Portland, ME 04101*
*(207) 775-3496*

| | | |
|---|---|---|
| *Cozy Harbor Seafood, Inc.* | *Services Through:* | 10/25/2025 |
| *P.O. Box 389* | | |
| *Portland, ME 04112* | *Invoice No.* | 91895 |
| | *Client No.* | 217035 |

For professional services rendered in connection with the following:

9/29/2025 – Derek Markgren – Consultation related to tax return - .3 hrs -     $87.50

9/30/2025 – Operations – Preparation of documents for Auction - .8 hrs -     $60.00

10/9/2025 – Marc Powers – Consultation related to business sale - .5 hrs -     $212.50

|  |  |
|---:|---:|
| Invoice Total: | $360.00 |
| Prior Balance: | $7,449.25 |
| Current Amount Due: | $7,809.25 |

*A finance charge of 1.5% per month will be assessed on past due balances.*