UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

### NOTICE OF HEARING REGARDING ADEQUACY OF DISCLOSURE STATEMENT

      Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc., the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"). have filed the following documents: (i) Debtors' Joint Chapter 11 Plan of Liquidation Dated January 16, 2026; and (ii) Joint Disclosure Statement with Respect to Debtors' Joint Chapter 11 Plan of Liquidation Dated January 16, 2026 (the "**Disclosure Statement**").

      A hearing regarding approval of the Disclosure Statement is set to take place on **February 26, 2026, at 1:00 PM** at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine (the "**Hearing**"). Any party wishing to participate in the Hearing may do so (a) in person in the courtroom in Bangor; (b) by video from the United States Bankruptcy Court located at 537 Congress Street, Portland, Maine, or (c) by telephone pursuant to the Court's Administrative Procedures for Telephonic Participation set forth in Appendix B to the Court's Local Rules. If you intend to participate in the Hearing via telephone, you are required to register with CourtCall at 1-866-582-6878.

      If you do not want the Bankruptcy Court to approve the Disclosure Statement, or if you want the Bankruptcy Court to consider your views on the Disclosure Statement, then **on or before February 19, 2026,** you or your attorney must file with the Bankruptcy Court a written response explaining your position. If you are not able to access the CM/ECF Filing System, your response should be served upon the Bankruptcy Court and counsel to the Debtor as follows:

Monica M. Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
202 Harlow Street, 3rd Floor
Bangor, ME 04401

- and -

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors was, prior to the sale of substantially all of the Debtors' assets, 75 St. John Street, Portland, ME 04102.

1

Sam Anderson, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, Maine 04104

If you do have to mail your response to the Bankruptcy Court for filing, you must mail it early enough so that the Bankruptcy Court will receive it on or before the date stated above.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one.  If you do not have an attorney, you may wish to consult one.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose approval of the Disclosure Statement and may enter an order granting the requested relief without further notice or hearing.

If you do not have a copy of the Disclosure Statement, you may request one from the Debtors' attorney for no charge by submitting a written request to: Sam Anderson, Esq., Bernstein, Shur, Sawyer & Nelson, P.A., 100 Middle Street, P.O. Box 9729, Portland, Maine 04104-5029, or at sanderson@bernsteinshur.com.

Dated: January 20, 2026                              **BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

<u>/s/ D. Sam Anderson</u>
D. Sam Anderson
Adam R. Prescott
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com

*Counsel to the Debtors*