# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **COZY HARBOR SEAFOOD, INC.;** <br> **CASCO BAY LOBSTER CO., INC., and;** <br> **ART'S LOBSTER CO., INC.,** | **Case No. 25-20160** <br><br> **(Jointly Administered)** |
| Debtors.[1] | |

### CONSENTED-TO MOTION TO EXTEND THE DEADLINE FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO OBJECT TO THE JOINT DISCLOSURE STATEMENT WITH RESPECT TO THE DEBTORS' JOINT CHAPTER 11 PLAN OF LIQUIDATION DATED JANUARY 16, 2026

The Official Committee of Unsecured Creditors (the "Committee") of Cozy Harbor Seafood, Inc. ("Cozy Harbor"), Casco Bay Lobster Co., Inc. ("Casco Bay"), and Art's Lobster Co., Inc. ("Art's Lobster" and, collectively with Cozy Harbor and Casco Bay, the "Debtors") files this motion (the "Motion") requesting entry of an order extending the deadline for the Committee to object (the "Objection Deadline") to entry of an order determining that the *Joint Disclosure Statement with Respect to the Debtors' Joint Chapter 11 Plan of Liquidation dated January 16, 2026* [Dkt. No. 311] (the "Disclosure Statement") contains adequate information such that disclosure and solicitation for or against confirmation of the *Debtors' Joint Chapter 11 Plan of Liquidation dated January 16, 2026* [Dkt. No. 396] (the "Plan") is appropriate.

The Committee has consulted with counsel to the Debtors regarding the relief sought by this Motion, and the Debtors consent to an extension of the Objection Deadline through and

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors is 75 St. John Street, Portland, ME 04102.

including **February 24, 2026**. In further support of this Motion, the Committee respectfully states as follows:

1. The relief requested in this Motion is predicated upon Rule 9006 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules") and Rules 9006-1 and 9013-3 of the Local Rules of the United States Bankruptcy Court for the District of Maine (the "Local Rules").

1. On July 1, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On August 13, 2025, the United States Trustee (the "U.S. Trustee") appointed the Committee pursuant to section 1102 of the Bankruptcy Code [Dkt. No. 139].

3. On January 16, 2026, the Debtors filed their Disclosure Statement and Plan.

4. A hearing on the adequacy of the Disclosure Statement is set for February 26, 2026. [Dkt. No. 314]. Presently, the Objection Deadline is set for February 19, 2026.

5. In an effort to consensually resolve certain issues regarding the adequacy of disclosures in the Disclosure Statement, the Committee and the Debtors are engaged in ongoing discussions regarding the adequacy of information contained in the Disclosure Statement.

6. To that end, the Debtors have agreed to an extension of the Objection Deadline with respect to the Committee in order to permit further discussion among the parties. Further, the Committee has agreed and intends to share with the Debtors a working draft of an objection to the Disclosure Statement in order to support further discussions and, ideally, limit and narrow the issues necessitating resolution by the Court. The Committee submits that no party will be prejudiced by the consensual relief requested herein.

Based on the foregoing, the Committee respectfully requests that the Court enter an order: (i) granting the Motion; (ii) extending the Objection Deadline with respect to the Committee

25439137.v1

through and including **February 24, 2026**; and (iii) granting such other relief as the Court deems appropriate under the circumstances.

| | |
|---|---|
| Dated: February 19, 2026 | */s/ Andrew C. Helman*<br>Andrew C. Helman<br>Kyle D. Smith<br>Dentons Bingham Greenebaum LLP<br>One City Center, Suite 11100<br>Portland, ME 04101<br>Phone: (207) 810-4955<br>Email: andrew.helman@dentons.com<br>          kyle.smith@dentons.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

<u>*CONSENTED TO*</u>:

*/s/ Adam R. Prescott*
Adam R. Prescott
100 Middle Street, PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com

*Counsel to the Debtors*

## **CERTIFICATE OF SERVICE**

       I, Andrew C. Helman, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service.

Dated: February 19, 2026

                                        */s/ Andrew C. Helman*
                                        Andrew C. Helman

                                        *Counsel for the Official Committee of Unsecured Creditors*