# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF Maine

In Re. Cozy Harbor Seafood, Inc. §  Case No. 25-20160
§
§ Lead Case No. 25-20160
Debtor(s) §

☒ Jointly Administered

## Amended Monthly Operating Report                                  Chapter 11

Reporting Period Ended: 12/31/2025                    Petition Date: 07/01/2025

Months Pending: 6                                     Industry Classification: 3 1 1 7

Reporting Method:      Accrual Basis ●      Cash Basis ○

Debtor's Full-Time Employees (current):                0

Debtor's Full-Time Employees (as of date of order for relief):   94

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Adam R. Prescott                          Adam R. Prescott
Signature of Responsible Party                Printed Name of Responsible Party

02/24/2026
Date

                                              100 Middle Street, Portland, Maine 04101
                                              Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                  1

Debtor's Name: Cozy Harbor Seafood, Inc.  Case No. 25-20160

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---:|---:|
| a. Cash balance beginning of month | $2,055,243 | |
| b. Total receipts (net of transfers between accounts) | $1,878,145 | $27,461,131 |
| c. Total disbursements (net of transfers between accounts) | $1,839,231 | $26,101,625 |
| d. Cash balance end of month (a+b-c) | $2,094,157 | |
| e. Disbursements made by third party for the benefit of the estate | $-369 | $-2,431,799 |
| f. Total disbursements for quarterly fee calculation (c+e) | $1,838,862 | $23,669,826 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---:|
| a. Accounts receivable (total net of allowance) | $124,464 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ⦿   Market ○   Other ○   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $17,539 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $17,539 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $1,168,765 |
| m. Prepetition unsecured debt | $3,395,222 |
| n. Total liabilities (debt) (j+k+l+m) | $4,581,525 |
| o. Ending equity/net worth (e-n) | $-4,581,525 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---:|---:|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $6,136,505 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $5,658,568 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $477,937 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---:|---:|
| a. Gross income/sales (net of returns and allowances) | $44,208 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $27,338 | |
| c. Gross profit (a-b) | $16,869 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $70,879 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-54,009 | $-192,736 |

UST Form 11-MOR (12/01/2021)    2

Debtor's Name  Cozy Harbor Seafood, Inc.                                    Case No.  25-20160

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $80,066 | $299,501 | $80,066 | $337,826 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Bernstein, Shur, Sawyer & Nelson | Lead Counsel | $0 | $219,434 | $0 | $219,434 |
| ii | Opus Consulting (Fin Advisor) | Financial Professional | $80,066 | $80,066 | $80,066 | $80,066 |
| iii | Opus Consulting (Controller) | Financial Professional | $0 | $0 | $0 | $38,325 |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Cozy Harbor Seafood, Inc.    Case No. 25-20160

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

Debtor's Name: Cozy Harbor Seafood, Inc.  Case No. 25-20160

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Case 25-20160   Doc 332   Filed 02/24/26   Entered 02/24/26 13:03:35   Desc Main
Document   Page 6 of 14

| Debtor's Name | Cozy Harbor Seafood, Inc. | | | | | Case No. | 25-20160 |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name  Cozy Harbor Seafood, Inc.                              Case No. 25-20160

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  Cozy Harbor Seafood, Inc.  Case No. 25-20160

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6: Postpetition Taxes** | | **Current Month** | **Cumulative** |
|---|---|---:|---:|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $2,876 | $159,423 |
| d. | Postpetition employer payroll taxes paid | $2,876 | $159,423 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $7,028 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $7,028 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ● No ○ | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ● No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● No ○ N/A ○ | |
| i. | Do you have: Worker's compensation insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ | |

Debtor's Name  Cozy Harbor Seafood, Inc.  Case No. 25-20160

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ John S. Norton Jr.  
Signature of Responsible Party  
Authorized Party  
Title

John S. Norton Jr.  
Printed Name of Responsible Party  
02/24/2026  
Date

Case 25-20160    Doc 332    Filed 02/24/26    Entered 02/24/26 13:03:35    Desc Main
Document    Page 10 of 14

Debtor's Name  Cozy Harbor Seafood, Inc.                                      Case No.  25-20160


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                                10

| Debtor's Name | Cozy Harbor Seafood, Inc. | Case No. | 25-20160 |
|---|---|---|---|



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Cozy Harbor Seafood, Inc.                                    Case No.  25-20160


PageThree


PageFour

## Cozy Harbor Seafood, Inc.
## Transaction Report - Cash Receipts
### December 1-31, 2025

| Transaction date | Transaction type | Num | Name | Memo/Description | Account full name | Item split account | Amount |
|---|---|---|---|---|---|---|---|
| 12/01/2025 | | | | Proceeds of asset sale | | | 310,911.45 |
| 12/01/2025 | Journal Entry | Cash 2025-12-01 | | | 1010 CHS Key Bank Operating | | 734.50 |
| 12/03/2025 | Journal Entry | Cash 2025-12-03 | | | 1010 CHS Key Bank Operating | | 17,268.27 |
| 12/04/2025 | Journal Entry | Cash 2025-12-04 | | | 1010 CHS Key Bank Operating | | 44,862.05 |
| 12/04/2025 | Journal Entry | Cash 2025-12-04 | | | 1010 CHS Key Bank Operating | | 767.87 |
| 12/05/2025 | Journal Entry | Cash 2025-12-05 | | | 1010 CHS Key Bank Operating | | 118,543.50 |
| 12/08/2025 | Journal Entry | cash 12-8-25 | | | 1010 CHS Key Bank Operating | | 4,224.00 |
| 12/09/2025 | Journal Entry | Cash 25-12-09 | | Cash 25-12-09 | 1010 CHS Key Bank Operating | | 201,544.36 |
| 12/11/2025 | Journal Entry | Cash 12-11-25 | | | 1010 CHS Key Bank Operating | | 112,446.77 |
| 12/12/2025 | Journal Entry | Cash 12-12-25 | | | 1010 CHS Key Bank Operating | | 1,890.00 |
| 12/16/2025 | Journal Entry | Cash 12-16-25 | | Cash 12-16-25 | 1010 CHS Key Bank Operating | | 121,003.55 |
| 12/16/2025 | Journal Entry | Cash 12-16-25 | | Cash 12-16-25 | 1010 CHS Key Bank Operating | | 734.50 |
| 12/18/2025 | Journal Entry | Cash 12-18-25 | | | 1010 CHS Key Bank Operating | | 43,734.75 |
| 12/18/2025 | Journal Entry | Cash 12-19-25 | | | 1010 CHS Key Bank Operating | | 16,924.35 |
| 12/22/2025 | Journal Entry | Cash 12-22-25 | | | 1010 CHS Key Bank Operating | | 1,630.80 |
| 12/23/2025 | Journal Entry | Cash 2025-12-23 | | | 1010 CHS Key Bank Operating | | 102,317.74 |
| 12/26/2025 | Journal Entry | Cash 2025-12-26 | | | 1010 CHS Key Bank Operating | | 26,294.00 |
| 12/29/2025 | Journal Entry | Cash 2025-12-29 | | | 1010 CHS Key Bank Operating | | 22,974.20 |
| 12/30/2025 | Journal Entry | Cash 2025-12-30 | | | 1010 CHS Key Bank Operating | | 275,661.25 |
| 12/31/2025 | Journal Entry | Cash 2025-12-31 | | | 1010 CHS Key Bank Operating | | 12,276.00 |
| 12/31/2025 | Deposit | | Key Bank - POST | INTEREST ADJUSTMENT CREDIT | 1010 CHS Key Bank Operating | Miscellaneous Income | 0.02 |
| 12/31/2025 | Deposit | | | INTEREST PAYMENT | 1010 CHS Key Bank Operating | Miscellaneous Income | 4,207.66 |
| 12/31/2025 | Journal Entry | YE 25 Cash Clean up | | to clear old stale checks | 1010 CHS Key Bank Operating | | 35.00 |
| 12/31/2025 | Journal Entry | YE 25 Cash Clean up | | to clear old stale checks | 1010 CHS Key Bank Operating | | 499.00 |
| 12/31/2025 | Journal Entry | YE 25 Cash Clean up | | to clear old stale checks | 1010 CHS Key Bank Operating | | 111.14 |
| 12/31/2025 | Journal Entry | YE 25 Cash Clean up | | to clear old stale checks | 1010 CHS Key Bank Operating | | 134.18 |
| 12/31/2025 | Journal Entry | YE 25 Cash Clean up | | to clear old stale checks | 1010 CHS Key Bank Operating | | 229.16 |
| 12/02/2025 | Payment | A12022025 | Bite Into Maine | | 1011 CHS Key Bank FBO Account | Accounts Receivable Trade | 4,644.00 |
| 12/02/2025 | Payment | A12022025 | Arctic Fisheries Ltd. | | 1011 CHS Key Bank FBO Account | Accounts Receivable Trade | 18,216.00 |
| 12/02/2025 | Payment | 2000388838 | Delhaize America | | 1011 CHS Key Bank FBO Account | Accounts Receivable Trade | 413,324.75 |
| | | | | | | **Total** | **1,878,144.82** |
| | | | | | | **Accounting Adjustment** | **1,008.48** |
| | | | | | | **Net Total** | **1,877,136.34** |

## Cozy Harbor Seafood, Inc.
## Transaction Report - Disbursements
### December 1-31, 2025

| Transaction date | Transaction type | Num | Name | Memo/Description | Account full name | Item split account | Amount |
|---|---|---|---|---|---|---|---|
| 12/01/2025 | | | | Secured creditors | | | -310,911.45 |
| 12/02/2025 | Expense | | Adp Inc. - POST | WIRE WITHDRAWAL ADP 5847 | 1010 CHS Key Bank Operating | Payroll Clearing Account | -26,124.84 |
| 12/02/2025 | Expense | | Adp Inc. - POST | WIRE WITHDRAWAL ADP 8675 | 1010 CHS Key Bank Operating | Payroll Clearing Account | -5,831.95 |
| 12/02/2025 | Expense | | Adp Inc. - POST | WIRE WITHDRAWAL ADP 5847 | 1010 CHS Key Bank Operating | Payroll Clearing Account | -3,109.13 |
| 12/02/2025 | Expense | | Adp Inc. - POST | WIRE WITHDRAWAL ADP 8675 | 1010 CHS Key Bank Operating | Payroll Clearing Account | -1,138.58 |
| 12/04/2025 | Journal Entry | Cash 2025-12-04 | | | 1010 CHS Key Bank Operating | | -325.80 |
| 12/04/2025 | Journal Entry | Cash 2025-12-04 | | | 1010 CHS Key Bank Operating | | -767.87 |
| 12/07/2025 | Expense | | True Commerce Inc. - POST | | 1010 CHS Key Bank Operating | Computers & Software | -229.17 |
| 12/08/2025 | Expense | | Key Bank - POST | NOV ANALYSIS SERVICE CHG | 1010 CHS Key Bank Operating | Bank Fees | -3,595.92 |
| 12/09/2025 | Journal Entry | AR payout 12-10-25 | | | 1010 CHS Key Bank Operating | | -500,000.00 |
| 12/11/2025 | Expense | | | WIRE WITHDRAWAL HARLAN AQUASHELL 0547 | 1010 CHS Key Bank Operating | Due to Aquashell | -281,012.80 |
| 12/11/2025 | Journal Entry | Cash 12-11-25 | | | 1010 CHS Key Bank Operating | | -2,790.17 |
| 12/15/2025 | Expense | | Intuit QuickBooks | INTUIT * QBOOKS ONL | 1010 CHS Key Bank Operating | Computers & Software | -275.00 |
| 12/16/2025 | Expense | | | WIRE WITHDRAWAL HARLAN AQUASHELL 0547 | 1010 CHS Key Bank Operating | Due to Aquashell | -316,625.21 |
| 12/18/2025 | Expense | | Opus Consulting Partners LLC - POST | COZYHARBOR CASH DISB | 1010 CHS Key Bank Operating | Professional Fees | -5,066.50 |
| 12/19/2025 | Bill Payment (Check) | 76867 | Araho transfer - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -49.38 |
| 12/19/2025 | Bill Payment (Check) | 76868 | Doug's Fresh Express - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -84.00 |
| 12/19/2025 | Bill Payment (Check) | 76869 | International C Food Inc., - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -328.25 |
| 12/19/2025 | Bill Payment (Check) | 76870 | JOHN NORTON - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -490.33 |
| 12/19/2025 | Bill Payment (Check) | 76871 | Messer LLC - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -1,716.04 |
| 12/19/2025 | Bill Payment (Check) | 76872 | Troiano Waste Services, Inc - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -7,548.04 |
| 12/19/2025 | Bill Payment (Check) | 76874 | JOHN NORTON - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -5,000.00 |
| 12/19/2025 | Bill Payment (Check) | 76875 | Joseph Donovan - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -5,000.00 |
| 12/19/2025 | Bill Payment (Check) | 76876 | UNITIL - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -3,651.46 |
| 12/19/2025 | Bill Payment (Check) | A12192025WWP-POST | Worldwide Perishables Enterprises LLC - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -828.75 |
| 12/19/2025 | Bill Payment (Check) | A12192025BD-POST | Baader North America Corp. - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -384.91 |
| 12/19/2025 | Bill Payment (Check) | A12192025AMCS-POST | AMCS OpCo LLC - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -36.65 |
| 12/19/2025 | Bill Payment (Check) | A12192025AT-POST | Allegiance Trucks Leasing, LLC - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -1,178.48 |
| 12/19/2025 | Expense | | Ion Networking - POST | IONNETWORKING PURCHASE | 1010 CHS Key Bank Operating | Miscellaneous Expense | -361.97 |
| 12/22/2025 | Expense | | | WIRE WITHDRAWAL HARLAN AQUASHELL 0547 | 1010 CHS Key Bank Operating | Due to Aquashell | -181,662.65 |
| 12/23/2025 | Bill Payment (Check) | A12232025LL-POST | Lineage Logistics, LLC | Payments approved by the Court 12172025 | 1010 CHS Key Bank Operating | Accounts Payable Trade | -62.04 |
| 12/23/2025 | Bill Payment (Check) | A12232025LL2-POST | Lineage Logistics PFS, LLC | 120001 | 1010 CHS Key Bank Operating | Accounts Payable Trade | -34,079.23 |
| 12/23/2025 | Bill Payment (Check) | o12232025ACD-POST | Acadia Insurance - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -4,958.00 |
| 12/23/2025 | Bill Payment (Check) | O12232025ACD2-POST | Acadia Insurance - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -2,272.00 |
| 12/23/2025 | Bill Payment (Check) | O12232025ACD3-POST | Acadia Insurance - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -1,774.00 |
| 12/23/2025 | Expense | | Bill.com | BILL.COM LLC BILLING BILL.COM 02B5SHFHEC10 | 1010 CHS Key Bank Operating | Computers & Software | -55.00 |
| 12/29/2025 | Bill Payment (Check) | 76877 | Downeast Energy - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -250.77 |
| 12/29/2025 | Bill Payment (Check) | 76878 | Flores & Associates - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -93.75 |
| 12/29/2025 | Bill Payment (Check) | 76879 | Vital Delivery Solutions LLC - POST | | 1010 CHS Key Bank Operating | Accounts Payable Trade | -262.08 |
| 12/29/2025 | Bill Payment (Check) | O12292025ION-POST | Ion Networking - POST | Cozy Operating -- 12-29-2025 Confirmation aVLtVpYstpgV3CrV | 1010 CHS Key Bank Operating | Accounts Payable Trade | -67.50 |
| 12/31/2025 | Expense | | | WIRE WITHDRAWAL HARLAN AQUASHELL 0547 | 1010 CHS Key Bank Operating | Due to Aquashell | -128,453.74 |
| 12/31/2025 | Journal Entry | YE 25 Cash Clean up | | to clear old stale checks | 1010 CHS Key Bank Operating | | -42.90 |
| 12/16/2025 | Journal Entry | Cash 12-16-25 | | Cash 12-16-25 | 1015 CHS Key Bank Utility Assurance Account DIP | | -734.50 |
| | | | | | | **Total** | **-1,839,230.81** |
| | | | | | | **Intercompany** | **-325.80** |
| | | | | | | **Accounting Adjustment** | **-42.90** |
| | | | | | | **Net Total** | **-1,838,862.11** |