UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>Cozy Harbor Seafood, Inc.,<br>Casco Bay Lobster Co., Inc., and<br>Art's Lobster Co., Inc.,<br><br>Debtors | Chapter 11<br>Case No. 25-20160<br>(Jointly Administered) |

### ORDER DENYING, IN PART, DEBTORS' MOTION
### TO EXTEND DEADLINE AND RESCHEDULE HEARING

The Debtors' Consented-To Motion to (A) Enlarge the Deadline for the Official Committee of Unsecured Creditors to Object to the Joint Disclosure Statement and (B) Continue Disclosure Statement Hearing [Dkt. No. 330] is denied, in part, as follows. The hearing on the disclosure statement will be held as scheduled on February 26, 2026, at 1:00 p.m. The deadline for the Official Committee to file any objection is extended to February 27, 2026. At the February 26 hearing, the Court will consider whether to extend the Official Committee's deadline further.

Dated: February 24, 2026

                                                                                                Michael A. Fagone
                                                                                                United States Bankruptcy Judge
                                                                                                District of Maine

1