**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC.,**<br><br>Debtor. | Chapter 11<br><br>Case No. 25-20160 |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Jerome D. Gerard, State Tax Assessor of Maine Revenue Services, a party in interest in the above-captioned Chapter 11 case, and requests that copies of all notices, papers, and orders served or given, or required to be served or given, be given to and served upon the undersigned counsel at the address set forth below via ECF and mailings for non-ECF materials.

Dated: February 26, 2026
Augusta, Maine

Respectfully submitted,

/s/Thomas A. Knowlton

Thomas A. Knowlton
Deputy Attorney General
Attorney for State Tax Assessor
Office of Attorney General
6 State House Station
Augusta, Maine 04333
(207) 626-8832
Thomas.A.Knowlton@maine.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC.,**<br><br>Debtor. | Chapter 11<br><br>Case No. 25-20160 |

CERTIFICATE OF SERVICE

I, Thomas A. Knowlton, Attorney for the State Tax Assessor, hereby certify that I have this day made service electronically on all the parties listed on the Notice of Electronic Filing pursuant to the Bankruptcy Court's ECF system of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS and of this Certificate of Service. I also hereby certify that I have served the individuals and entities indicated below pursuant to the Bankruptcy Court's ECF system.

D. Sam Anderson, Esq., Debtor's Counsel

Adam R. Prescott, Esq., Debtor's Counsel

Official Committee of Unsecured Creditors

Office of the U.S. Trustee

Dated: February 26, 2026

Respectfully submitted,

/s/Thomas A. Knowlton
Thomas A. Knowlton
Deputy Attorney General
Attorney for State Tax Assessor
Office of Attorney General
6 State House Station
Augusta, Maine 04333
(207) 626-8832
Thomas.A.Knowlton@maine.gov