UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>Cozy Harbor Seafood, Inc.,<br>Casco Bay Lobster Co., Inc., and<br>Art's Lobster Co., Inc.,<br><br>Debtors | Chapter 11<br>Case No. 25-20160<br>(Jointly Administered) |

## ORDER TO SHOW CAUSE AT HEARING ABOUT WHETHER CASES SHOULD BE CONVERTED TO CASES UNDER CHAPTER 7

As discussed on the record at the hearing on February 26, 2026, the Court will hold a nonevidentiary hearing at 1:00 p.m. on March 12, 2026, about whether cause exists to convert some or all of the jointly administered chapter 11 cases of the above-listed debtors (Case Nos. 25-20160, 25-20161, 25-20162) to cases under chapter 7 and, if so, whether such conversion would be in the best interests of creditors and the bankruptcy estates. *See* 11 U.S.C. § 1112(b); *see also, e.g.*, id. § 1112(b)(4)(A). The hearing will be held at the United States Bankruptcy Court, 202 Harlow Street, Bangor, Maine. Parties may participate in the hearing in person in the Bangor Courtroom, by video from the Portland Courtroom, or by telephone.

Any interested party may, but is not required to, file a written response to this Order before the hearing. Responses may also be raised at the hearing. In general, responses should address the concerns raised at the hearing on February 26 about the utility of the debtors' cases continuing under chapter 11 toward seeking confirmation of a liquidating plan—particularly one that introduces administrative complexity and removes transparency from a process that seemingly could otherwise be achieved under chapter 7, where an independent (and bonded) trustee would be incentivized not only to attempt to marshal the assets of the debtors but to succeed in doing so, *see, e.g.*, 11 U.S.C. §§ 326, 330, 704(a)(1).

1

Further, expenses incurred by the bankruptcy estates for legal services in connection with seeking plan confirmation may factor into the Court's analysis. Accordingly, no later than March 11, 2026, counsel to the debtors and counsel to the official committee of unsecured creditors must each file a status report briefly describing and estimating amounts spent toward the plan confirmation process so far. The status report is intended only to inform the Court's discussion at the hearing on March 12 and will not be treated as immutable when the Court later considers requests from counsel for compensation to be awarded.

Dated: February 27, 2026

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine