**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-20160<br><br>(Jointly Administered) |

## DEBTORS' STATUS REPORT REGARDING ORDER TO SHOW CAUSE

Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc. (collectively, the "**Debtors**"), respectfully submit the following status report in response to this Court's *Order to Show Cause at Hearing About Whether Cases Should be Converted to Cases under Chapter 7* [Dkt. No. 345] and state as follows:

- The Debtors do not intend to move forward with seeking confirmation of the *Debtors' Joint Chapter 11 Plan of Liquidation dated January 16, 2026* (the "**Plan**") or any alternative plan in these cases.

- In lieu of seeking confirmation of the Plan, the Debtors intend to propose for consideration by this Court at the March 12, 2026 hearing a schedule that would address the following matters: (1) deadline for Debtors to file a motion for authority to disburse certain cash on hand (which is currently approximately $1.6 million) to fund certain portions of undisputed administrative expense claims, including Section 503(b)(9) claims; (2) deadline for Chapter 11 professionals to file final fee applications; (3) hearing date(s) regarding the foregoing; and (4) date for conversion of Chapter 11 cases to cases under Chapter 7 after the foregoing matters are resolved.

- Specifically, the Debtors believe that due to the amount of cash on hand, the foregoing schedule would provide prompt payment toward a significant amount of claims in the cases, while also maximizing the funds available for creditors by disbursing funds in Chapter 11 (where the U.S. Trustee fees would be materially less than the Chapter 7 trustee's fees for disbursing the same funds).

---

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. Prior to the sale of substantially all of the debtors' assets, the principal place of business for the debtors was 75 St. John Street, Portland, ME 04102.

- The Debtors have conferred with the Committee regarding the concepts herein, and it remains unclear to the Debtors what the Committee's position is, if any, on these matters.

- The Debtors estimate that Bernstein Shur has incurred approximately $18,000-$20,000 in fees related to confirmation issues since the petition date, which work includes drafting the disclosure statement and Plan, working with Opus on related exhibits and strategy, and conferring with various parties about the Plan. This estimate is based on unbilled time in "Task Code 12 – Plan and Disclosure Statement." Actual time may vary once all unbilled time is reviewed for purposes of a final fee application.

Dated:   March 11, 2026

        Respectfully submitted,
        **BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

        */s/ Adam R. Prescott*
        D. Sam Anderson, Esq.
        Adam R. Prescott, Esq.
        100 Middle Street, PO Box 9729
        Portland, Maine 04104
        Telephone: (207) 774-1200
        Facsimile: (207) 774-1127
        sanderson@bernsteinshur.com
        aprescott@bernsteinshur.com

        Counsel to the Debtors and Debtors in Possession

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed on the court's CM/ECF system on March 11, 2026, which sent notice to all parties receiving electronic notice in these cases.

Date: March 11, 2026        */s/ Adam R. Prescott*
        Adam R. Prescott