**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:**<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>**Debtors.** [1] | **Chapter 11**<br><br>**Case No. 25-20160**<br><br>**(Jointly Administered)** |

**THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS' STATUS REPORT REGARDING ORDER TO SHOW CAUSE**

The Official Committee of Unsecured Creditors (the "Committee") of Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc. (the "Debtors"), by and through undersigned counsel, files the following status report in response to this Court's *Order to Show Cause at Hearing About Whether Cases Should be Converted to Cases under Chapter 7* [Dkt. No. 345] and respectfully states as follows:

The Debtors and Committee conferred regarding conversion versus confirmation of a chapter 11 plan and the Debtors' proposal to file a motion seeking allowance and distribution of fund certain portions of undisputed administrative expense claims. The Committee has no objection to conversion of these cases.

The Committee does not yet have a position on the Debtors' proposal for a pre-conversion distribution of funds. The Committee is currently evaluating this issue in light of the benefits of distributions to creditors now with statutory fees that may be substantially less versus the con of

[1] The last four digits of the federal taxpayer identification numbers for the debtors are as follows: Cozy Harbor Seafood, Inc.: 8494; Casco Bay Lobster Co., Inc.: 0247; and Art's Lobster Co., Inc.: 1363. The principal place of business for the debtors, prior to the sale of substantially all of the debtors' assets, is 75 St. John Street, Portland, ME 04102.

reducing the amount of funds available to a chapter 7 trustee in light of the Committee's view that there are causes of action against insiders and affiliates requiring further diligence.

The Committee estimates that Dentons has incurred approximately $16,000 in fees related to the plan confirmation process to date. Services performed by Dentons in connection with these fees include, without limitation, the following: review and analysis of the Debtor's *Joint Disclosure Statement with Respect to the Debtors' Joint Chapter 11 Plan of Liquidation dated January 16, 2026* [Dkt. No. 311] (the "Disclosure Statement") and *Joint Chapter 11 Plan of Liquidation dated January 16, 2026* [Dkt. No. 396] (the "Plan"), including draft forms of both documents shared with the Committee in advance of their filing; communications to and with the Committee regarding the Plan, Disclosure Statement, and process for approval and confirmation; drafting and researching an objection to the Disclosure Statement; and, communications to and with the Debtors, their counsel, and other parties regarding the Plan and Disclosure Statement and various related issues and proposed modifications to the Disclosure Statement and Plan. The foregoing fee estimate is preliminary and based on unbilled time that has not yet been reviewed by undersigned counsel for customary adjustments in the exercise of reasonable billing judgment.

Dated: March 11, 2026

*/s/ Andrew C. Helman*

Andrew C. Helman
Kyle D. Smith
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME 04101
Phone: (207) 810-4955
Email: andrew.helman@dentons.com
kyle.smith@dentons.com

*Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I, Andrew C. Helman, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system as identified on the Electronic Service List set forth below.

Dated: March 11, 2026

*/s/ Andrew C. Helman*

Andrew C. Helman
Kyle D. Smith
One City Center, Suite 11100
Portland, ME 04101
Phone: (207) 810-4955
Email: andrew.helman@dentons.com
kyle.d.smith@dentons.com

*Counsel for the Official Committee of Unsecured Creditors*