## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

|  |  |
|---|---|
| In re:<br><br>Cozy Harbor Seafood, Inc.,<br>Casco Bay Lobster Co., Inc., and<br>Art's Lobster Co., Inc.,<br><br>  Debtors | Chapter 11<br>Case No. 25-20160<br>(Jointly Administered) |

### ORDER CONVERTING CASES TO CASES UNDER CHAPTER 7
### AND CONTINUING JOINT ADMINISTRATION OF THE CASES

On March 12, 2026, the Court held a hearing on its Order to Show Cause [Dkt. No. 345], which focused on whether cause exists to convert the jointly administered chapter 11 cases of the above-listed debtors (Case Nos. 25-20160, 25-20161, 25-20162) to cases under chapter 7 and, if so, whether such conversion would be in the best interests of creditors and the bankruptcy estates.  *See* 11 U.S.C. § 1112(b).   Having further considered the prehearing status reports filed by the debtors and the official committee of unsecured creditors, as well as the arguments of counsel at the hearing, the Court concludes that cause exists to convert the cases to cases under chapter 7 and that such conversion is in the best interests of creditors and the estates. Accordingly, the cases are so converted effective immediately.   Under chapter 7, the cases will continue to be jointly administered for procedural purposes only, in general accordance with the Court's prior order directing joint administration [Dkt. No. 28].[1]

Dated: March 20, 2026

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine

---

[1] Going forward, "Chapter 11" will be replaced with "Chapter 7" in the caption described in paragraph 3 of that prior order.   And paragraph seven of the order should be understood to require that "[t]he Debtors and the Clerk shall maintain separate claim registries in each of their respective chapter [7] cases."

1