**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>COZY HARBOR SEAFOOD, INC.,<br>CASCO BAY LOBSTER CO., INC. and<br>ART'S LOBSTER CO., INC.<br><br>Debtors. | Chapter 7<br><br>Case No. 25-20160<br>(Jointly Administered) |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION PURSUANT TO 11 U.S.C. §§
348(c) AND 365(d)(1) TO (I) PAY CERTAIN NON-ESTATE FUNDS, (II) ASSUME
TRANSITION SERVICES AGREEMENT AND (III) GRANT EXPEDITED
DETERMINATION AND LIMITED NOTICE**

Upon consideration of the Motion to Pay Certain Non-Estate Funds and Accept Transition Services Agreement [D.E. _____] (the "Motion"), filed by Jeffrey Piampiano, Esq., Chapter 7 Trustee in the above-captioned case (the "Trustee"), on April 2, 2026, and after due and appropriate prior notice of the Motion to all interested parties, and after a hearing before me on the Motion or in the absence of any timely filed objection to the Motion, and for other good cause shown and demonstrated for the relief requested in the Motion, the Court finding that cause exists for the relief sought in the Motion, it is therefore hereby

**ORDERED, ADJUDGED, AND DECREED**

that the Motion be, and hereby is, GRANTED in all respects.  The Trustee is hereby authorized to remit funds compromising the HA Funds (as that term is defined in the Motion) to Harlan Aquashell and to accept the rights and obligations under the TSA, as reflected in and modified by the Motion, and to perform thereunder. This Order shall be effective immediately.

Date: _____

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine

6