**Exhibit B**
**Biographies**

**D. SAM ANDERSON**

Sam Anderson is a co-chair of BSSN's Business Restructuring & Insolvency Practice Group. Sam's practice focuses primarily on representing debtors in chapter 11 reorganization proceedings. Sam's practice has focused most recently on representing both paper mills and real estate holding companies in chapter 11, including debtors in single asset real estate cases, and representing companies in the hospitality industry through reorganizations and asset sales.

Additionally, Sam has considerable experience working on individual chapter 11 reorganizations. He has extensive experience representing creditors in chapter 11 proceedings, including representing landlords as creditors in these proceedings. Sam has a wide range of experience in representing clients in pre-bankruptcy and bankruptcy related matters, including representing clients in valuation disputes, preference litigation, fraudulent transfer litigation, stay relief, asset sales under the Bankruptcy Code, plan confirmation and other matters arising under bankruptcy law. He also has experience representing plaintiffs and defendants in commercial litigation in both state and federal courts. Sam was previously employed in firms in Philadelphia, Pennsylvania and Portland, Maine.

**JAMES KEENAN**

James Keenan is a shareholder and is Chair of Bernstein Shur's Intellectual Property Practice Group. James's experience includes trademark law, copyright and publicity rights, franchise and licensing agreements. James has been employed at Bernstein Shur for over two decades and has managed over 3,000 trademark applications and registrations across more than 100 countries. James received his J.D. from Boston College Law School, and his B.A. from Bowdoin College.

**JOHN J. MORAN**

John Moran is a shareholder and a member of Bernstein Shur's Business Law Practice Group. John has been employed at Bernstein Shur since 2016 and has focused on private mergers and acquisitions, outside general counsel services, hospitality and leisure, health care law, and licensing and regulatory compliance. John received his J.D. from the University of Maine School of Law and his B.A. from the University of Maine.

**ADAM PRESCOTT**

Adam is a member of BSSN's Business Restructuring and Insolvency Practice Group. Adam's experience includes chapter 11 reorganizations and asset sales and acquisitions, as well as other bankruptcy-related matters, including preference litigation, claim objections, cash collateral and adequate protection disputes, relief from stay litigation, and numerous other areas of bankruptcy law and litigation. As part of his bankruptcy practice, Adam regularly appears in court

to represent clients, and he also frequently drafts motions, objections, and other pleadings for clients, including in bankruptcy appeals before the U.S. District Court for the District of Maine and the First Circuit Court of Appeals. In addition to his bankruptcy practice, Adam maintains a diverse litigation and appellate practice, which has included representing clients in federal and state courts across the country.

Adam earned his J.D. from the William & Mary School of Law, and his B.S. in Economics from Trinity College in Hartford, Connecticut. While in law school, Adam interned for the Honorable Jon D. Levy at the Maine Supreme Judicial Court. After law school, Adam clerked for the Honorable Rudolph Contreras at the United States District Court for the District of Columbia. Prior to joining BSSN, Adam worked as a Senior Associate at WilmerHale in Washington, D.C.

**PETER J. VAN HEMEL**

Peter Van Hemel is a chair of BSSN's Real Estate Practice Group. Peter specializes in real estate and energy law, boundary and easement disputes, and conservation transactions. John received his J.D. from the Boston University School of Law and his B.A. from the College of William and Mary.

**PAIGE EGGLESTON**

Paige Eggleston is an associate in the Labor & Employment and Municipal practice groups at Bernstein Shur. After several years at mid-sized firm in Portland, she joined Bernstein Shur in May 2025. Paige is a 2021 graduate of the University of Maine School of Law, and a 2013 graduate of the University of Maine with a degree in English, minor in Psychology, and Honors College distinction.

**KENNETH LAUGHTON**

Kenneth is an associate attorney with BSSN's Business Restructuring & Insolvency Practice Group. Kenneth supports BSSN shareholders with respect to a range of bankruptcy-related matters, including reorganization and asset sales, cash collateral and adequate protection disputes, claim objections, and other areas of bankruptcy law and litigation. As part of his bankruptcy practice, Kenneth has appeared before the United States Bankruptcy Court for the District of Maine.

Kenneth earned his J.D. from Northeastern University School of Law, and his B.A. in International Studies from American University in Washington, D.C. While in law school, Kenneth interned for the Honorable Elspeth B. Cypher of the Massachusetts Supreme Judicial Court. After law school, Kenneth clerked for the Honorable Kenneth V. Desmond of the Massachusetts Appeals Court and the Honorable Elizabeth N. Dewar of the Massachusetts Supreme Judicial Court.

**KATHERINE FLYNN**

Katherine is a paralegal in the Business Restructuring and Insolvency Practice Group and has worked at BSSN since June 2025. She holds a B.A. in Political Science from the University of Maine.

**EVELYN KITCHEN**

Evelyn is a paralegal in the Business Restructuring and Insolvency Practice Group and has worked at BSSN since March 2026. She holds a B.A. in Criminology and Sociology from Assumption University.

**GISELLE PAQUETTE**

Giselle is a senior corporate paralegal in the Business Law Practice Group.

**LAURA UNFRICHT**

Laura is a paralegal in the Business Restructuring and Insolvency Practice Group.  Laura has worked as a paralegal since 2001, joining BSSN in October 2025.  She holds a B.A. in English from St. Lawrence University.