**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IN RE:<br>COZY HARBOR SEAFOOD, INC.,<br>CASCO BAY LOBSTER CO., INC.,<br>and ART'S LOBSTER CO., INC.,<br><br>Debtors | Chapter 7<br><br><br><br><br>Case No. 25-20160 |

## HEARING NOTICE FOR FEE APPLICATION

TO CREDITORS AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Bernstein, Shur, Sawyer & Nelson, P.A. (the "**Applicant**" or "**BSSN**"), as counsel to Cozy Harbor Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc. (the "**Debtors**"), has filed the *Second Interim and Final Application for Compensation and Reimbursement of Expenses for Bernstein, Shur, Sawyer & Nelson, P.A. as Counsel to the Debtors for the (A) Second Interim Period of October 18, 2025, Through March 21, 2026 and (B) Final Period of July 1, 2025, Through March 21, 2026* [DE 367] (the "**Application**").

The Applicant serves as:

☒ **Attorney for the Debtors**
☐ Attorney for the trustee
☐ Accountant for the estate
☐ Other:

This is the Applicant's **Second Interim and Final Application for Compensation** in these cases.

By the Application, BSSN seeks approval of fees and expenses on an interim basis in the total amount of **$119,514.45**, which is comprised of **$119,497.50** for professional services and **$16.95** for reimbursement of expenses incurred during the **second interim period** of October 18, 2025, through March 21, 2026.

By the Application, BSSN seeks approval of fees and expenses on a final basis in the total amount of **$338,948.57**, which is comprised of **$330,978.00** for professional services and **$7,970.57** for reimbursement of expenses incurred during the **final period** of July 1, 2025, through March 21, 2026.

If the Applicant has been awarded compensation already in these cases, it was for the following time periods and in the following amounts:

From July 1, 2025, through October 17, 2025, in the amount of **$219,434.12**.

**A HEARING HAS BEEN SCHEDULED** to take place at the U.S. Bankruptcy Court, 202 Harlow Street, Bangor, Maine 04401, on **April 30, 2026, at 1:00 p.m.**

For detailed information refer to the Application on file at the U.S. Bankruptcy Court Clerk's Office.

Objections to the Application must be filed **on or before April 23, 2026**, with a copy to:

Monica Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
MC Smith Federal Building
202 Harlow Street, 3rd Floor
Bangor, ME 04401

-and-

Adam R. Prescott, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle St., PO Box 9729
Portland, Maine 04104-5029

If you fail to respond in accordance with this notice, the Application may be granted by default without further notice or hearing.

Dated: April 2, 2026

Respectfully submitted,

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam Prescott*

Adam R. Prescott, Esq.
D. Sam Anderson, Esq.
100 Middle Street PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com
sanderson@bernsteinshur.com

Counsel to the Debtors