UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| In re:<br><br>Cozy Harbor Seafood, Inc.,<br>Casco Bay Lobster Co., Inc., and<br>Art's Lobster Co., Inc.,<br><br>Debtors | Chapter 7<br>Case No. 25-20160<br>(Jointly Administered) |

## ORDER GRANTING, IN PART, CHAPTER 7 TRUSTEE'S MOTION

On April 2, 2026, the chapter 7 trustee filed a Motion Pursuant to 11 U.S.C. §§ 348(c) and 365(d)(1) to (I) Pay Certain Non-Estate Funds, (II) Assume Transition Services Agreement and (III) Grant Expedited Determination and Limited Notice [Dkt. No. 366]. On April 9, 2026, the Court held an expedited hearing on the matter. As discussed at the hearing, the Transition Services Agreement is being terminated as of April 9, 2026, and, accordingly, the trustee withdrew his request to assume the Transition Services Agreement.[1] That left only the trustee's request to pay certain non-estate funds to Harlan Aquashell Seafoods US Inc., along with requests for related relief. For reasons set forth on the record at the hearing, the trustee's remaining requests are granted, in part, as follows.

1. The chapter 7 trustee is authorized to pay, as soon as reasonably practicable, $620,000.00 of the HA Funds (as defined in the motion) to Harlan Aquashell Seafoods US Inc.

2. On April 30, 2026, at 1:00 p.m., the Court will hold a continued hearing on the remaining related requests for relief.

3. Notwithstanding any rule to the contrary, this Order is not stayed and is effective immediately.

Dated: April 10, 2026

Michael A. Fagone
United States Bankruptcy Judge
District of Maine

---

[1] Harlan Aquashell Seafoods US Inc. also agreed, through counsel, that it is not aware of or asserting any defaults by the debtors under the Transition Services Agreement.

1