10/24 LOCAL FORM 5

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

---

IN RE:

COZY HARBOR SEAFOOD, INC.,
CASCO BAY LOBSTER CO., INC., and
ART’S LOBSTER CO., INC.,

Debtor(s)

Chapter 7

Case No. 25-20160

---

**HEARING NOTICE FOR FEE APPLICATION**

TO CREDITORS AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that Opus Consulting Partners has filed an Application for Compensation in this case. The Applicant serves as

☐ Attorney for the debtor(s)
☐ Attorney for the trustee
☐ Accountant for the estate
☒ Other: Fractional Chief Financial Officer to the Debtor

This is the Applicant’s First and Final Application for Compensation in this case. The Applicant is seeking approval from the Court for fees in the amount of $60,090.00 and expenses in the amount of $53.06, for work done in this case from July 28, 2025 through March 31, 2026.

If the Applicant has been awarded compensation already in this case, it was for the following time periods and in the following amounts:

*Note: If there is more than one prior award, simply add more lines here.*

**A HEARING HAS BEEN SCHEDULED** to take place at the U.S. Bankruptcy Court, 202 Harlow Street, Bangor, ME 04401, on **May 22, 2026 at 9:00 a.m.**

For detailed information refer to the fee application on file at the U.S. Bankruptcy Court Clerk’s Office.

Objections must be filed on or before May 15, 2026 with a copy to:

Monica Bigley, Clerk of Court
United States Bankruptcy Court for the District of Maine
MC Smith Federal Building
202 Harlow Street, 3rd Floor
Bangor, ME 04401

-and-

Adam R. Prescott, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle St., PO Box 9729
Portland, Maine 04104-5029

If you fail to respond in accordance with this notice, the Application may be granted by default without further notice or hearing.

Dated: April 24, 2026

Respectfully submitted,
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*

Adam R. Prescott, Esq.
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com

*Counsel to the Debtors*