UNITED STATES BANKRUPTCY COURT

DISTRICT OF MAINE

In Re. Art's Lobster Co, Inc. §
§
§
Debtor(s) §

Case No. 25-20162

Lead Case No. 25-20160

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/20/2026

Petition Date: 07/01/2025

Months Pending: 9

Industry Classification: 3 1 1 7

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 4

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Adam R. Prescott
Signature of Responsible Party

05/06/2026
Date

Adam R. Prescott
Printed Name of Responsible Party

100 Middle Street, Portland, Maine
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Art's Lobster Co, Inc. Case No. 25-20162

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $3,612 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $1,763,795 |
| c. | Total disbursements (net of transfers between accounts) | $0 | $1,771,811 |
| d. | Cash balance end of month (a+b-c) | $3,612 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $-5,814 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $0 | $1,765,998 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ◉ Market ○ Other ○ (attach explanation)) | $0 |
| d | Total current assets | $3,612 |
| e. | Total assets | $3,612 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $878 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $878 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $18,897 |
| m. | Prepetition unsecured debt | $17,654 |
| n. | Total liabilities (debt) (j+k+l+m) | $37,428 |
| o. | Ending equity/net worth (e-n) | $-33,816 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $-1,865,120 |

Debtor's Name Art's Lobster Co, Inc. Case No. 25-20162

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name Art's Lobster Co, Inc. Case No. 25-20162

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name Art's Lobster Co, Inc. Case No. 25-20162

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name Art's Lobster Co, Inc. Case No. 25-20162

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $7,605 |
| d. | Postpetition employer payroll taxes paid | $0 | $7,605 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $7,702 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $7,500 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ◯ No ◉

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ◯ No ◉

c. Were any payments made to or on behalf of insiders? — Yes ◯ No ◉

d. Are you current on postpetition tax return filings? — Yes ◉ No ◯

e. Are you current on postpetition estimated tax payments? — Yes ◉ No ◯

f. Were all trust fund taxes remitted on a current basis? — Yes ◉ No ◯

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ◯ No ◉

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ◯ No ◯ N/A ◉

i. Do you have:
- Worker's compensation insurance? — Yes ◉ No ◯
  - If yes, are your premiums current? — Yes ◉ No ◯ N/A ◯ (if no, see Instructions)
- Casualty/property insurance? — Yes ◉ No ◯
  - If yes, are your premiums current? — Yes ◉ No ◯ N/A ◯ (if no, see Instructions)
- General liability insurance? — Yes ◉ No ◯
  - If yes, are your premiums current? — Yes ◉ No ◯ N/A ◯ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ◉ No ◯

k. Has a disclosure statement been filed with the court? — Yes ◉ No ◯

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ◉ No ◯

Debtor's Name Art's Lobster Co, Inc. Case No. 25-20162

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ John S. Norton Jr. | John S. Norton Jr. |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Authorized Party | 05/06/2026 |
| Title | Date |

Debtor's Name Art's Lobster Co, Inc. Case No. 25-20162

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

# Art's Lobster Co, Inc.

## Transaction Report - Cash Receipts

March 1-20, 2026

| Transaction date | Transaction type | Num | Name | Memo/Description | Account full name | Item split account | Amount |
|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - |
| | | | | | Total | | 0.00 |

# Art's Lobster Co, Inc.
## Transaction Report - Disbursements
### March 1-20, 2026

| Transaction date | Transaction type | Num | Name | Memo/Description | Account full name | Item split account | Amount |
|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - |
| | | | | | **Total** | | **0.00** |

# Art's Lobster Co, Inc.
## Balance Sheet
### As of March 20, 2026

| Distribution account | Total |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| 1010 CHS Key Bank Operating | 0.00 |
| 1011 CHS Key Bank FBO Account | 0.00 |
| 1040 CBL Key Bank Operating | 0.00 |
| 1050 ART Key Bank Operating | 3,611.66 |
| 1059 ART Key Bank Operating Reconciling Items | 0.00 |
| **Total for 1050 ART Key Bank Operating** | **$3,611.66** |
| 1070 Art's Camden National Bank | 0.00 |
| 1075 ART Sovereign Bank | 0.00 |
| 1090 Employee Clearing Account | 0.00 |
| **Total for Bank Accounts** | **$3,611.66** |
| Accounts Receivable | |
| 1100 Accounts Receivable Trade | 292.60 |
| 1119 AR Sale | -292.60 |
| **Total for 1100 Accounts Receivable Trade** | **$0.00** |
| **Total for Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| 10110 Undeposited Funds | 0.00 |
| 1330 Prepaid Workers Compensation | 0.00 |
| Inventory | 0.00 |
| 1201 Inventory Live Lobster | 0.00 |
| 1202 Inventory Fish | 0.00 |
| 1203 Inventory Frozen Lobster | 0.00 |
| Other Inventory | |
| 1221 Inventory Bait | 0.00 |
| 1222 Inventory Fuel | 0.00 |
| 1224 Inventory Other | 0.00 |
| **Total for Other Inventory** | **$0.00** |
| **Total for Inventory** | **$0.00** |
| **Total for Other Current Assets** | **$0.00** |
| **Total for Current Assets** | **$3,611.66** |
| Fixed Assets | |
| 1430 Equipment | 0.00 |
| 1450 Leasehold Improvements | 0.00 |
| Accumulated Depreciation | |
| 1530 Acc Depreciation - Equipment | 0.00 |
| 1550 Acc Depreciation - Leasehold Improvements | 0.00 |
| **Total for Accumulated Depreciation** | **$0.00** |
| **Total for Fixed Assets** | **$0.00** |
| **Total for Assets** | **$3,611.66** |
| Liabilities and Equity | |
| Liabilities | |

| | | |
|---|---|---|
| Current Liabilities | | |
| Accounts Payable | | |
| 2100 Accounts Payable Trade | 32,314.86 | |
| **Total for Accounts Payable** | **$32,314.86** | |
| Other Current Liabilities | | |
| 2200 Maine Sales Tax | 877.76 | |
| 2201 ME Family Leave Ins | 0.00 | |
| 2290 Payroll Clearing Account | 0.00 | |
| 2450 Accrued Expenses | 0.00 | |
| Maine Revenue Services Payable | 0.00 | |
| Out Of Scope Agency Payable | 0.00 | |
| Related Party Due To/From | | |
| 2902 Due To/From CHS/Arts | 735,833.15 | ****Intercompany balances do not represent* |
| 2910 Due To/From CBL/Arts | 39,500.13 | *true assets/liabilities, not collectable/payable* |
| 2912 Due To/From ART/SBSL | 1,031.31 | |
| **Total for Related Party Due To/From** | **$776,364.59** | |
| **Total for Other Current Liabilities** | **$777,242.35** | |
| **Total for Current Liabilities** | **$809,557.21** | |
| **Total for Liabilities** | **$809,557.21** | |
| Equity | | |
| 2710 Common Stock | 100,000.00 | |
| Opening balance equity | -11,409.81 | |
| 2700 Retained Earnings | -889,586.74 | |
| Net Income | -4,949.00 | |
| **Total for Equity** | **-$805,945.55** | |
| **Total for Liabilities and Equity** | **$3,611.66** | |

# Art's Lobster Co, Inc.
## Profit and Loss
### July 2, 2025-March 20, 2026

| Distribution account | March 2026 | Total |
|---|---|---|
| Income | | |
| 3013 Sales Live Lobster | | 1,267.60 |
| 3017 Sales Fuel | | 346.49 |
| Services | | -217.45 |
| **Total for Income** | | **$1,396.64** |
| Cost of Goods Sold | | |
| A - Product COGS | | |
| 4011 Purchases Fish | | |
| 4012 Purchases Lobster | | 1,751,430.83 |
| 4016 Purchases Bait | | -28,073.04 |
| 4017 Purchases Fuel | | -8,261.72 |
| 4103 Purchases - Ingredients Lobster | | 630.90 |
| 4900 Purchases - Sternmen | | 0.00 |
| **Total for A - Product COGS** | | **$1,715,726.97** |
| B - Other Direct Costs | | |
| 4137 Salt - Bait | | 587.50 |
| **Total for B - Other Direct Costs** | | **$587.50** |
| C - Labor Cost | | |
| C1 - Direct Labor | | |
| 4163 Direct Labor - Lobster | | 55,614.82 |
| **Total for C1 - Direct Labor** | | **$55,614.82** |
| C3 - Payroll Taxes | | |
| 4813 Taxes - Payroll Lobster | | 5,046.64 |
| **Total for C3 - Payroll Taxes** | | **$5,046.64** |
| **Total for C - Labor Cost** | | **$60,661.46** |
| **Total for Cost of Goods Sold** | | **$1,776,975.93** |
| **Gross Profit** | | **-$1,775,579.29** |

# Art's Lobster Co, Inc.
## Profit and Loss
### July 2, 2025-February 28, 2026

| Distribution account | February 2026 | Total |
|---|---|---|
| Expenses | | |
| 5100 Salaries & Wages - Executive Management | | 31,295.00 |
| 5270 Bank Fees | | 18.00 |
| 5340 Contributions & Donations | | -797.50 |
| 5510 Insurance - Health | | 0.00 |
| 5590 Miscellaneous Expense | | -2,578.66 |
| 5593 Miscellaneous Expense - Lobster | | 2,578.66 |
| 5600 Office Supplies | | 53.10 |
| 5603 Office Supplies - Lobster | | 25.19 |
| 5610 Postage & Delivery Charges | | 16.38 |
| 5670 Professional Fees | | -18.00 |
| 5685 Rent - Bait | | 12,400.00 |
| 5686 Rent - Property Taxes | | 7,499.91 |
| 5720 Repairs & Maintenance Building - Overall | | |
| 5723 Repair & Maintenance - Building - Lobster | | 360.00 |
| **Total for 5720 Repairs & Maintenance Building - Overall** | | **$360.00** |
| 5740 Repairs & Mainentance Equipment - Overall | | |
| 5743 Repair & Maintenance Equipment - Lobster | | 1,029.53 |
| **Total for 5740 Repairs & Mainentance Equipment - Overall** | | **$1,029.53** |
| 5763 Supplies - Lobster | | 592.96 |
| 5767 Supplies - Bait | | 5,790.40 |
| 5810 Taxes - Payroll | | 2,558.07 |
| 5903 Telephone - Lobster | | 2,077.92 |
| 5947 Waste & Rubbish Removal - Bait | | 590.00 |
| 5953 Utilities Electric - Lobster | | 7,567.18 |
| 5973 Utilities Fuel - Lobster | | 204.84 |
| **Total for Expenses** | | **$71,262.98** |

# Art's Lobster Co, Inc.
## Profit and Loss
### July 2, 2025-February 28, 2026

| Distribution account | February 2026 | Total |
|---|---|---|
| **Net Operating Income** | | **-$1,846,842.27** |
| Other Income | | |
| 6500 Miscellaneous Income | | -1,970.99 |
| 7000 Intercompany Sales | | |
| 7010 Intercompany Sales CHS/ARTS | | 1,897,648.50 |
| **Total for 7000 Intercompany Sales** | | **$1,897,648.50** |
| **Total for Other Income** | | **$1,895,677.51** |
| Other Expenses | | |
| 6585 Bankruptcy Fees | | 14,089.00 |
| Depreciation | | |
| 5383 Depreciation - Lobster | | 4,629.78 |
| **Total for Depreciation** | | **$4,629.78** |
| **Total for Other Expenses** | | **$18,718.78** |
| **Net Other Income** | | **$1,876,958.73** |
| **Net Income** | **0.00** | **$30,116.46** |

# Art's Lobster Co, Inc.
## A/P Aging Detail Report
**As of March 20, 2025**

| Date | Transaction type | Num | Vendor display name | Business full name | Open balance |
|---|---|---|---|---|---|
| - | - | - | - | - | - |
| | | | | **Total** | **-** |

# Art's Lobster Co, Inc.
## A/R Aging Detail Report
### As of March 20, 2025

| Date | Transaction type | Num | Customer full name | Business full name | Due date | Open balance |
|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - |
| | | | | | **Total** | **-** |

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**March 31, 2026**


xxxx6885

31 T 968 00000 R EM AO
ART'S LOBSTER CO., INC.
DEBTOR IN POSSESSION 25-20162
PO BOX 389
PORTLAND ME 04112-0389

*Questions or comments?*
*Call 1-800-821-2829*
*Dial 711 for TTY/TRS*

**Notice of Amendments to our *Deposit Account Agreement and Funds Availability Policy* effective June 1, 2026.**

**What's Changing**
We're amending **Section 25: Arbitration Provision.** Specifically, we're clarifying when arbitration does and does not apply to collection actions. Here's what we're adding to Section 25, paragraph 3: *In addition, notwithstanding this Arbitration Provision, collection actions against you for debts owed to us (e.g., on an overdrawn account) are not subject to this arbitration provision unless either (i) you request that we switch to arbitration, or (ii) you assert a Claim against us during a collection action and we then request a switch to arbitration.*

Commercial Transaction xxxx6885
ART'S LOBSTER CO., INC.
DEBTOR IN POSSESSION 25-20162

| | |
|---|---|
| Beginning balance 2-28-26 | $3,611.66 |
| **Ending balance 3-31-26** | **$3,611.66** |

**Fees and charges**

*See your Account Analysis statement for details.*

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively “advances”) from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the “Average Daily Balance” of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

## BALANCING YOUR ACCOUNT

**Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.**

**INSTRUCTIONS**

❶ **Verify and check off in your check register each deposit, check or other transaction shown on this statement.**

**Enter into your check register and SUBTRACT:**

- **Checks or other deductions shown on our statement that you have *not* already entered.**
- **The “Service charges”, if any, shown on your statement.**

**Enter into your check register and ADD:**

- **Deposits or other credits shown on your statement that you have *not* already entered.**
- **The “Interest earned” shown on your statement, if any.**

❹ **List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➔ | $ |

❺ **List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➔ | $ |

❻ **Enter ending balance shown on your statement.**
$

❼ **Add 5 and 6 and enter total here.**
$

❽ **Enter total from 4.**
$

❾ **Subtract 8 from 7 and enter difference here.**
$

**This amount should agree with your check register balance.**

xxxx6885 - 01961
3565

Cozy Harbor Seafood

**1050 ART Key Bank Operating, Period Ending 03/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 04/29/2026

Reconciled by: OPUS Consulting

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 3,611.66 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 3,611.66 |
| | |
| Register balance as of 03/31/2026 | 3,611.66 |