**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Cozy Harbor Seafood, Inc.,<br>Casco Bay Lobster Co., Inc., and<br>Art's Lobster Co., Inc.,<br><br>Debtors | Chapter 7<br>Case No. 25-20160<br>(Jointly Administered) |

**ORDER DENYING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER ESTABLISHING ADMINISTRATIVE EXPENSE CLAIM BAR DATE AND FOR OTHER, RELATED RELIEF**

On May 22, 2026, the Court held a hearing on the Chapter 7 trustee's above-referenced motion [Dkt. No. 399]. Having considered the motion and the arguments of counsel at the hearing, the Court denies the motion but will, in due course on its own, set appropriate deadlines and procedures for entities to file requests for payment of administrative expenses. *See* Fed. R. Bankr. P. 1019(f)(1), (3). Before the Court takes further action on the matter, however, the debtors must comply with certain post-conversion requirements. Specifically, by no later than July 6, 2026, the debtors must file the papers required under Federal Rule of Bankruptcy Procedure 1019(e) and Local Rule 1019-1.

Dated: June 12, 2026

Michael A. Fagone
United States Bankruptcy Judge
District of Maine