| Balance Sheet | As of 3/19/2026 | Notes |
|---|---|---|
| **Assets** | | |
| Cash | 2,145,847 | |
| Receivables | - | |
| Inventory | | |
| Other Current Assets | 133,669 | Prepaid insurance and related expenses. At time of conversion, no receipt plans were realized or finalized. |
| Other Assets | 147,612 | Cash value of owners life insurance and investements in related entities. |
| **Total Assets** | **2,427,128** | |
| | | |
| **Liabilities** | | |
| Postpetition Payables | 594 | |
| Due to Buyer (collected on their behalf) | 641,345 | |
| Postpetition Taxes Payable | | |
| Total Postpetition Debt | 641,939 | |
| Prepetition Secured Debt | - | |
| Prepetition Priority Debt | 1,168,765 | |
| Prepetition unsecured Debt | 3,304,397 | |
| **Total Liabilities** | **5,115,101** | |
| **Ending Net Worth** | **(2,687,973)** | |

| **Cash Summary** | |
|---|---|
| Beginning Balance | 734,650 |
| Inflows | 25,967,887 |
| Transfers associated Debtor | |
| **Total Inflows** | **25,967,887** |
| | |
| Expenditures | 22,757,245 |
| Transfers to associated Debtors | 2,433,002 |
| Accounting Adjustments | 7,788 |
| **Total Outflows** | **25,198,035** |
| | |
| Receipts for benefit of Buyer | 4,237,335 |
| Distribution of Collections for benefit of Buyer | (3,595,990) |
| **Net** | **641,345** |
| | |
| **Ending Cash Balance** | **2,145,847** |

| Post Petition Accounts Payable | | | | | |
|---|---|---|---|---|---|
| **Vendor** | **Debtor Entity** | **Invoice Number** | **Invoice Date** | **Product/Service** | **Amount** |
| Flores & Associates | Cozy Harbor | 810389 | 11/1/2025 | Employee Benefits Service Admin | 593.75 |

| Creditor | Entity | Total Claim | Priority Claim | General Unsecured Claim |
|---|---|---|---|---|
| Atlantic Coast Seafood, Inc. | CHS | 36,904 | 16,666 | 20,238 |
| Baader North America Corp | CHS | 8,912 | 1,468 | 7,444 |
| Base Seafood Auction | CHS | 25,247 | 10,227 | 15,020 |
| Beaver Enterprises, Inc. | CHS | 3,024 | 1,210 | 1,814 |
| Belt Power LLC | CHS | 3,195 | 2,244 | 952 |
| Butler Brothers Industrial Supply | CHS | 17,919 | 8,248 | 9,672 |
| Cape Ann Seafood Exchange | CHS | 17,504 | 5,010 | 12,494 |
| Channel Fish Processing Co., Inc. | CHS | 38,589 | 30,954 | 7,635 |
| Chep USA | CHS | 607 | 607 | |
| Cool Seal USA | CHS | 25,108 | 7,604 | 17,504 |
| Cryovac Sealed Air Corporation | CHS | 9,162 | 6,362 | 2,800 |
| East Coast Seafood, LLC | CHS | 1,309,600 | 863,980 | 445,620 |
| F.W. Webb Company | CHS | 760 | 474 | 286 |
| F/V Timberwolf | CHS | 27,663 | 12,500 | 15,163 |
| Grainger | CHS | 3,322 | 685 | 2,637 |
| Graybar Electric Company, Inc. | CHS | 301 | 301 | |
| Harcros Chemical Inc. | CHS | 997 | 701 | 296 |
| Jamison Door Company | CHS | 1,237 | 1,237 | |
| Maine Hardware | CHS | 995 | 307 | 687 |
| Maine Marine Supply | CHS | 1,672 | 563 | 1,109 |
| McMaster-Carr Supply Company | CHS | 9,227 | 3,654 | 5,572 |
| Messer LLC | CHS | 35,008 | 17,998 | 17,010 |
| Northern Ocean Sea Products LLC | CHS | 284,245 | 73,578 | 210,667 |
| Packaging Products Corp | CHS | 3,103 | 1,164 | 1,940 |
| Packedge | CHS | 95,082 | 42,554 | 52,528 |
| Pallet One | CHS | 13,044 | 13,044 | |
| Retail Services Co. - SVL Inc. | CHS | 11,407 | 6,577 | 4,829 |
| Robinson's Wharf, Inc. | CHS | 5,670 | 3,510 | 2,160 |
| Sea Salt LLC | CHS | 17,761 | | 17,761 |
| South Bristol Fisherman's Co-Op | CHS | 36 | 36 | |
| Staples | CHS | 264 | 137 | 128 |
| Tribune Seafood Corporation | CHS | 17,178 | 17,178 | |
| Volk Packaging Corporation | CHS | 40,762 | 17,467 | 23,295 |
| Zoro Tools, Inc. | CHS | 1,313 | 524 | 789 |
| Allegiance Trucks | CHS | 229 | | 229 |
| Amato's Sandwich Shops, Inc. | CHS | 50 | | 50 |
| AMCS OpCo LLC | CHS | 3,027 | | 3,027 |
| Applied Refridgeration Services | CHS | 6,508 | | 6,508 |
| Aqua Production Systems | CHS | 2,020 | | 2,020 |
| Araho Transfer | CHS | 1,497 | | 1,497 |
| Arbutus Cove Enterprises | CHS | 69,558 | | 69,558 |
| Area 52 | CHS | 39,048 | | 39,048 |
| Atlantic Recylcing Equipment | CHS | 5,012 | | 5,012 |
| Cape Bald Packers | CHS | 206,000 | | 206,000 |
| Central Maine Power | CHS | 13,671 | | 13,671 |
| Cintas | CHS | 405 | | 405 |
| City of Portland | CHS | 795 | | 795 |

| Creditor | Entity | Total Claim | Priority Claim | General Unsecured Claim |
|---|---|---|---|---|
| Coface North American Insurance Company | CHS | 202 | | 202 |
| Corporate Billing | CHS | 22,621 | | 22,621 |
| Crosspack, Inc. | CHS | 9,350 | | 9,350 |
| Crown Lift Trucks | CHS | 8,494 | | 8,494 |
| Crow's Nest Property | CHS | 1,269 | | 1,269 |
| Cunningham Security Systems | CHS | 2,014 | | 2,014 |
| Dead River Company | CHS | 1,941 | | 1,941 |
| Doug's Fresh Express | CHS | 213 | | 213 |
| Downeast Energy | CHS | 60 | | 60 |
| Equitable Payment Center | CHS | 3,822 | | 3,822 |
| F/V Max & Emma | CHS | 10,000 | | 10,000 |
| FedEx | CHS | 1,420 | | 1,420 |
| FFE Transportation Services, Inc. | CHS | 1,653 | | 1,653 |
| Financial Authority of Maine | CHS | 337,500 | | 337,500 |
| Fisherman's Wharf Gloucester | CHS | 22,442 | | 22,442 |
| Flores & Associates | CHS | 94 | | 94 |
| Food Prep Solutions | CHS | 409 | | 409 |
| Frederick Safety Services | CHS | 351 | | 351 |
| Freightliner of Maine | CHS | 5,199 | | 5,199 |
| Galway Transport, Inc. | CHS | 6,645 | | 6,645 |
| Hall Internet Marketing | CHS | 948 | | 948 |
| Hamilton Marine | CHS | 171 | | 171 |
| Harbor Fish Market | CHS | 243 | | 243 |
| Hygenia, LLC | CHS | 1,437 | | 1,437 |
| Independent Fisheries Limited | CHS | 99,622 | | 99,622 |
| Industrial Calibration | CHS | 1,416 | | 1,416 |
| International C Food, Inc. | CHS | 1,412 | | 1,412 |
| Intral Worldwide, LLC | CHS | 4,725 | | 4,725 |
| Ion Networking | CHS | 7,464 | | 7,464 |
| J.K. Marine d/b/a Louisbourg Seafood Ltd | CHS | 803,400 | | 803,400 |
| Johnson Controls | CHS | 1,915 | | 1,915 |
| Katahdin Analytical Services | CHS | 3,708 | | 3,708 |
| KCV Trailer Rentals | CHS | 4,492 | | 4,492 |
| Kyocera | CHS | 529 | | 529 |
| Laitram Machinery, Inc. | CHS | 3,144 | | 3,144 |
| Logtek, Inc. | CHS | 5,506 | | 5,506 |
| Loma Systems, Inc. | CHS | 4,475 | | 4,475 |
| MA Division of Marine Fisheries | CHS | 260 | | 260 |
| Maine Scale, LLC | CHS | 10,995 | | 10,995 |
| Marel Inc. | CHS | 15,035 | | 15,035 |
| Marine Stewardship Council International Ltd | CHS | 267 | | 267 |
| Mark White Fractional CFO | CHS | 5,450 | | 5,450 |
| Matheson Tri-Gas Inc. | CHS | 136 | | 136 |
| Matrix Sciences International, Inc. | CHS | 3,621 | | 3,621 |
| Mechanical Services, Inc. | CHS | 33,359 | | 33,359 |
| Miner, LTD. | CHS | 429 | | 429 |
| Modern Pest Services | CHS | 635 | | 635 |

| Creditor | Entity | Total Claim | Priority Claim | General Unsecured Claim |
|---|---|---|---|---|
| NEPW Logistics Inc | CHS | 24,578 | | 24,578 |
| New England Kenworth | CHS | 8,052 | | 8,052 |
| NWD Inc. | CHS | 122 | | 122 |
| Office of the Attorney General, Commonwealth of Massachusetts | CHS | 2 | | 2 |
| Portland Plastic Pipe | CHS | 394 | | 394 |
| City of Portland - PWD | CHS | 41,749 | | 41,749 |
| Portland Water District | CHS | 8,792 | | 8,792 |
| Power Products System | CHS | 2,606 | | 2,606 |
| Progressive Scale & Label Systems, LLC | CHS | 3,844 | | 3,844 |
| Pyramid Transport & Cold Storage | CHS | 550 | | 550 |
| Quadient Finance USA, Inc. | CHS | 249 | | 249 |
| Quadient Leasing USA, Inc. | CHS | 209 | | 209 |
| Ross Industries, Inc. | CHS | 5,295 | | 5,295 |
| SEDNA Technologies | CHS | 1,898 | | 1,898 |
| Stavis Seafoods LLC | CHS | 13,099 | | 13,099 |
| Taylor Lobster Company LLC | CHS | 2,160 | | 2,160 |
| Taylor Services LLC | CHS | 880 | | 880 |
| TCN Holdings, LLC d/b/a ODORITE Co. | CHS | 319 | | 319 |
| The Cote Corporation | CHS | 6,775 | | 6,775 |
| Tom Renehan | CHS | 500 | | 500 |
| Tom Scola | CHS | 770 | | 770 |
| Tribune Seafood Limited | CHS | 657 | | 657 |
| Trillium Drivers | CHS | 1,755 | | 1,755 |
| Troiano Waster Services, Inc. | CHS | 29,748 | | 29,748 |
| Uline | CHS | 2,380 | | 2,380 |
| Ultra Source LLC | CHS | 665 | | 665 |
| Unifirst Corporation | CHS | 17,512 | | 17,512 |
| UNITIL | CHS | 284 | | 284 |
| US Cellular | CHS | 127 | | 127 |
| USA Container Freexer & Refridgeration, LLC | CHS | 3,300 | | 3,300 |
| Verno d'Eon Fishing Supplies Ltd | CHS | 133 | | 133 |
| Vital Delivery Solutions LLC | CHS | 597 | | 597 |
| WEX Bank | CHS | 1,278 | | 1,278 |
| WD Matthews | CHS | 262 | | 262 |
| Wedgeport Lobsters Limited | CHS | 59,552 | | 59,552 |
| Wells Fargo Vendor Financial Services | CHS | 396 | | 396 |
| Whitecap International Seafood Exporters | CHS | 342,375 | | 342,375 |
| Worldwide Perishables Enterprises LLC | CHS | 1,672 | | 1,672 |
| WQS Food Verification | CHS | 7,592 | | 7,592 |
| Zep | CHS | 14,909 | | 14,909 |
| **Total** | | **4,473,162** | **1,168,765** | **3,304,397** |

**Professional Fees**

| Firm | Role | Approved as of 3/19/26 | Paid as of 3/19/26 | Approved as of 6/30/26 | Paid as of 6/30/26 |
|---|---|---|---|---|---|
| Bernstein, Shur, Sawyer, & Nelson | Ch 11 Lead Counsel | 219,434 | 219,434 | 338,949 | 338,949 |
| Opus Consulting | Ch 11 Financial Advisor | 80,066 | 80,066 | 124,511 | 124,511 |
| Opus Consulting | Controller | - | 38,325 | 60,143 | 60,143 |
| Corporate Finance Associates | Business Broker | 331,765 | 331,765 | 331,765 | 331,765 |
| Drummond Woodsum | Ch 7 Lead Counsel | | | | |
| Dentons | Creditor's Committee Counsel | | | | |
| **Total** | | **631,265** | **669,590** | **855,368** | **855,368** |

| Notes to Report | | |
|---|---|---|
| **Item** | **Amount** | **Notes** |
| Maine Secretary of State general unsecured claim | 2,626 | Balance was paid by 3rd party buyer (Aquashell) to register purchased vehicles. |
| PNC Equipment Finance general unsecured claim | 24,018 | Balance was paid by 3rd party buyer (Aquashell) to purchase lift truck. Balance was a lease. Creditor had threatened to reposess asset. |