**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC.,**<br><br>Debtor. | Chapter 7<br><br>Case No. 25-20160 |

NOTICE OF WITHDRAWAL OF COUNSEL

The undersigned counsel provides notice of his withdrawal as counsel for Jerome D. Gerard, State Tax Assessor of Maine Revenue Services. The undersigned counsel is leaving the employment of the State of Maine, Office of the Attorney General, effective July 31, 2026. Assistant Attorney General John P. Burke, Jr. has entered his appearance and will represent the State Tax Assessor moving forward.

Dated: July 16, 2026

Respectfully submitted,

/s/Thomas A. Knowlton
Thomas A. Knowlton
Deputy Attorney General
Attorney for State Tax Assessor
Office of Attorney General
6 State House Station
Augusta, Maine 04333
(207) 626-8832
Thomas.A.Knowlton@maine.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>**COZY HARBOR SEAFOOD, INC.,**<br><br>Debtor. | Chapter 7<br><br>Case No. 25-20160 |

CERTIFICATE OF SERVICE

I, Thomas A. Knowlton, hereby certify that I have made service electronically on all the parties listed on the Notice of Electronic Filing pursuant to the Bankruptcy Court's ECF system of the foregoing Notice of Withdrawal of Counsel and of this Certificate of Service. I also certify that all parties listed in Local Bankruptcy Rule 9010-1(d)(4) have been served with this Notice of Withdrawal of Counsel and of this Certificate of Service via either the Bankruptcy Court's ECF system or U.S. First-Class Mail. I also hereby certify that I have served the following parties via U.S. First Class Mail:

James P. Moloy
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204

Dated: July 16, 2026

/s/Thomas A. Knowlton
Thomas A. Knowlton
Deputy Attorney General
Attorney for State Tax Assessor
Office of Attorney General
6 State House Station
Augusta, Maine 04333
(207) 626-8832
Thomas.A.Knowlton@maine.gov