# EXHIBIT B

(Proposed Order)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| COZY HARBOR SEAFOOD, INC., | ) | |
| CASCO BAY LOBSTER CO., INC. and | ) | |
| ART'S LOBSTER CO., INC. | ) | Case No. 25-20160 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING CONSENTED TO MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF EAST COAST SEAFOOD, LLC**

Upon consideration of the *Consented to Motion for Allowance and Payment of Administrative Expenses Claim of East Coast Seafood, LLC* [Dkt. No ______] (the "Motion") seeking allowance of a $863,980.00 administrative expense claim, all as more fully described in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been served, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and determined that the legal and factual bases set forth therein establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. East Coast Seafood, LLC's administrative expense under Section 503(b)(9) Claim is deemed ALLOWED in the amount of $863,980.00 (the "Allowed Administrative Claim").

3. Within five (5) days of entry of this Order, the Trustee shall pay the Allowed Administrative Claim to East Coast Seafood, LLC.

4. East Coast Seafood shall be bound by the provisions of sections 15 and 16 of the Motion.

5. This order shall be binding upon all parties, the Trustee and any successor or assigns.

6. This Court shall retain the exclusive jurisdiction to interpret, implement, and enforce the provisions of this Order.

Date: __________________

______________________________
Michael A. Fagone
United States Bankruptcy Judge
District of Maine