**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:**<br><br>**COZY HARBOR SEAFOOD, INC., CASCO BAY LOBSTER CO., INC., and ART'S LOBSTER CO., INC.,**<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 25-20160**<br><br>**Jointly Administered** |

# CERTIFICATE OF SERVICE

I, Kyle D. Smith, being over the age of eighteen and an employee at Dentons, certify that on August 20, 2026, I caused the *Notice of Hearing on the First and Final Application for Compensation and Reimbursement of Expenses of Dentons as Counsel to the Official Committee of Unsecured Creditors for the Period of August 22, 2025 through March 20, 2026* (the "Notice") [Dkt. No. 441-3] to be filed on the Court's CM/ECF system, which provided notice to all parties requesting CM/ECF notice in this case.

I further certify that on August 20, 2026, I caused the Notice to be served upon the parties set forth in the attachment hereto via e-mail.

I further certify that on August 20, 2026, I caused the Notice to be served upon the parties set forth in the attachment hereto via U.S. First Class Mail.

Date: August 20, 2026

*/s/ Kyle D. Smith*

Andrew C. Helman
Kyle D. Smith
DENTONS BINGHAM GREENEBAUM LLP
One City Center, Suite 11100
Portland, Maine 04101
(207) 810-4955
andrew.helman@dentons.com
kyle.d.smith@dentons.com

# SERVICE LIST

**The Notice was served on the following parties via email on August 20, 2026:**

| Name | Service Contact (Email) | Date of Service |
|---|---|---|
| Cozy Harbor Seafood, Inc., Casco Bay Lobster Co., Inc., and Art's Lobster Co., Inc. | sanderson@bernsteinshur.com; aprescott@bernsteinshur.com | 8/20/2026 |
| Trustee, Jeffrey T. Piampiano, Esq. | kfisher@dwmlaw.com; jpiampiano@dwmlaw.com | 8/20/2026 |
| East Coast Seafood, LLC | lboots@verrill-law.com; awalker@foley.com | 8/20/2026 |
| J.K. Marine dba Louisbourg Seafood Ltd | derrick.k@louisbourgseafoods.ca; damien.b@louisbourgseafoods.ca | 8/20/2026 |
| Whitecap International Seafood Exporters | egerber@whitecapseafoods.com | 8/20/2026 |
| Northern Ocean Sea Products, LLC | joyce@northernoceanmarine.com; deke@northernoceanmarine.com | 8/20/2026 |
| Cape Bald Packers | dallain@capebaldpackers.com | 8/20/2026 |
| Independent Fisheries Limited | office@independentfisheries.ca | 8/20/2026 |
| Packedge | eatkins@packedgeinc.com | 8/20/2026 |
| Sea Salt, LLC | shawn.seasalt@gmail.com | 8/20/2026 |
| Arbutus Cove Enterprises | admin@arbutuscove.net | 8/20/2026 |
| Wedgeport Lobsters Limited | tammy@wedgeportlobsters.ca | 8/20/2026 |
| Area 52 | info@area52.ca | 8/20/2026 |
| Camden National Bank | abutler@camdennational.bank; kfisher@dwmlaw.com | 8/20/2026 |
| Mechanical Services Inc. | info@mechanicalservices.com; cleger@kelleyleger.com | 8/20/2026 |
| Atlantic Coast Seafood, Inc. | shelli@atlanticcoastsfd.com; tory@atlanticcoastsfd.com | 8/20/2026 |
| Volk Packaging Corporation | klaverriere@volkboxes.com; bcolwell@preti.com | 8/20/2026 |
| Channel Fish Processing, Co., Inc. | BBrennan@channelfish.com | 8/20/2026 |
| Acadia Insurance | joan.gallant@acadia-ins.com | 8/20/2026 |

| | | |
|---|---|---|
| Portland Fish Exchange | jberg@pfex.org;<br>rvanmeter@pfex.org | 8/20/2026 |
| BASE Seafood Auction | carina@baseseafood.com;<br>Cassie@baseseafood.com | 8/20/2026 |
| CoolSeal USA | mjaeck@coolsealusa.com | 8/20/2026 |
| Seth Mayberry | smayberry4746@gmail.com | 8/20/2026 |
| C.B.S Lobster & Bait, Inc. | cbslobster13@yahoo.com | 8/20/2026 |
| Vessel Services, Inc. | office@vesselservicesinc.com | 8/20/2026 |
| Village of Tenants Harbor | t.elwell@stgeorgemaine.com | 8/20/2026 |
| City of Portland | treasury@portlandmaine.gov;<br>ajames@portlandmaine.gov;<br>rcreswell@creswelllaw.com | 8/20/2026 |
| William Lunt | luntlobster@gmail.com;<br>paulalunt@gmail.com | 8/20/2026 |
| Tytan International, LLC | info@tytanintl.com | 8/20/2026 |
| Cunningham Security Systems | info@cunninghamsecurity.com | 8/20/2026 |
| Maritime Energy | info@maritimeenergy.com | 8/20/2026 |
| Crown Lift Trucks | amy.jackson@crown.com | 8/20/2026 |
| Charter Communications | resibankruptcy@charter.com | 8/20/2026 |
| Midcoast Marine Supply | mmsthomaston@yahoo.com | 8/20/2026 |
| Office of the Maine State Treasurer | state.treasurer@maine.gov | 8/20/2026 |
| Belinda Anderson | banderson@cozyharbor.com | 8/20/2026 |
| Key Bank | rclement@verrill-law.com; sdoil@verrill-law.com | 8/20/2026 |
| TD Bank, N.A. | aburns@pearcedow.com | 8/20/2026 |
| Internal Revenue Service | scott.miller@irs.gov | 8/20/2026 |
| Maine Revenue Services | compliancebk.mrs@maine.gov;<br>Thomas.A.Knowlton@maine.gov;<br>John.Burke@maine.gov | 8/20/2026 |
| Office of the U.S. Attorney | usame-bankruptcynotice@usdoj.gov | 8/20/2026 |
| Office of the U.S. Trustee | Ann.Marie.Dirsa@usdoj.gov;<br>heather.sprague@usdoj.gov;<br>sandra.nicholls@usdoj.gov | 8/20/2026 |
| Joseph Donovan | kmcdonald@mpmlaw.com | 8/20/2026 |

| | | |
|---|---|---|
| Counsel on behalf of the Official Committee of Unsecured Creditors | Andrew.helman@dentons.com; kyle.d.smith@dentons.com | 8/20/2026 |
| Aquashell USA, LLC | btb@marcusclegg.com; bankruptcy@marcusclegg.com; dcj@marcusclegg.com; jmoloy@boselaw.com | 8/20/2026 |
| Sparks Belting | JMeeuwenberg@sparksmol.com | 8/20/2026 |

**The Notice was served upon the following parties via U.S. First Class Mail on August 20, 2026:**

See attached mailing matrix.

Label Matrix for local noticing
0100-2
Case 25-20160
District of Maine
Portland
Thu Aug 20 12:39:48 EDT 2026

City of Portland
389 Congress Street
Portland, ME 04101-3529

Cozy Harbor Seafood, Inc.
P.O. Box 389
Portland, ME 04112-0389

Mechanical Services, Inc.
400 Presumpscot Street
Portland, ME 04103-5292

Portland Fish Pier Authority
6 Portland Fish Pier
Portland, ME 04101-4620

(p)TD BANKNORTH NA
70 GRAY ROAD
FALMOUTH ME 04105-2019

537 Congress Street
Portland, ME 04101-3318

35 UNION LLC
P.O. Box 389
Portland, ME 04112-0389

AMCS OpCo LLC
292 Centennial Road
Toledo, OH 43617

Acadia Insurance
P.O. Box 9010
Westbrook, ME 04098-5010

Al Butler
190 Water Street
P.O Box 178
Gardiner, ME 04345-0178

Alan A Post
PO Box 4
South Thomaston, ME 04858-0004

Alex Ausplund
340 Wallston Road
Tenants Harbor, ME 04860-5226

Allegiance Trucks
351 North Street
Saco, ME 04072-1842

Amato's Sandwich Shops, Inc
312 Saint John Street 2nd Floor
Portland, ME 04102-3020

Anthem Blue Cross Blue Shield
2 Gannett Dr
South Portland, ME 04106-6911

Applied Refrigeration Services
7C Commons Ave
Windham, ME 04062-5293

Aqua Production Systems
4036 Gairloch Rd
Union Center
Nova Scotia - Canada B0K1S0

Araho Transfer
7 Fid Kennedy Ave
Boston, MA 02210-2351

Arbutus Cove Enterprises
650 Herald Street
Victoria BC - Canada V8W1S7

Arche Advisors, Inc.
50 E 100 S#201
St. George, UT 84770-2316

Area 52
163 Zack Rd
Lustes Mountain NB - Canada E1G2V1

Area52 LTD
163 Zack Rd
Moncton, NB, Canada

Art's Lobster Co., Inc.
75 St. John Street
Portland, ME 04102-3013

Atlantic Coast Seafood, Inc
42-44 Boston Fish Pier
Boston, MA 02210-2008

Atlantic Recycling Equipment
13 Jessie Doe Road
Rollinsford, NH 03869

BAADER North America Corporation
2955 Fairfax Trafficway
Kansas City, KS 66115-1317

BASE Seafood Auction
62 Hassey Street
New Bedford, MA 02740-7209

Baader North America Corp.
505 Hwy. 82 W.Ste A
Indianola, MS 38751-2032

Bangor Savings Bank
20 Marginal Way
Portland, ME 04101-1915

Beaver Enterprises, Inc
204 Park Street
Rockland, ME 04841

Belinda Anderson
P.O. Box 10
Tenants Harbor, ME 04860-0010

Belt Power LLC
2197 Canton Road
Suite 208
Marietta, GA 30066-7303

Brendan G. Newell
7 Creek Lane
Damariscotta, ME 04543-4537

Brent Nappi
1 Shady Lane
Falmouth, ME 04105-1415

Butler Brothers Industrial Supply
2001 Lisbon Street
Lewiston, ME 04240-1311

C.B.S. Lobster & Bait, Inc
52 Union Wharf
Portland, ME 04101-4607

COOLSEAL USA, INC.
232 J STREET
PERRYSBURG, OH 43551-4416

(p)CORPORATE BILLING
ATTN JANICE HEARD
PO BOX 1726
DECATUR AL 35602-1726

Camden National Bank
2 Elm Street
Camden, ME 04843-1947

Cape Ann Seafood Exchange
c/o Sallyport Commercial Finance
P.O. Box 4776 Dept #100
Houston, TX 77210-4776

Cape Bald Packers
2618 Acadie Road
Cap-Pele NB - Canada E4N 1E3

Casco Bay Lobster Co., Inc.
75 St. John Street
Portland, ME 04102-3013

Central Maine Power
P.O BOX 847810
BOSTON, MA 02284-7810

Channel Fish Processing Co Inc
200 Commerce Dr
Braintree, MA 02184-7145

Charter Communications
P.O. Box 6030
Carol Stream, IL 60197-6030

Chep USA
15226 Collections Center Dr
Chicago, IL 60693-0001

Cintas
P.O Box 631025
Cincinnati, OH 45263-1025

(p)CITY OF PORTLAND
389 CONGRESS ST
ROOM 211
PORTLAND ME 04101-3595

City of Portland
Department of Public Works
212 Canco Road Suite B
Portland, ME 04103-4283

Coastal Carriers, Inc
28 Tichnor Court
Scituate, MA 02066-3914

Coface North America Insurance Company
P.O. Box 70280
Lockbox 10116
Philadelphia, PA 19176-0280

Consolidated Communications
P.O. Box 11021
Lewiston, ME 04243-9472

Corporate Payment Systems
P.O Box 790428
St. Louis, MO 63179-0428

Crosspack, Inc.
2 Alden Lane
Scarborough, ME 04074-9625

Crow's Nest Property
7 Wright Way
Falmouth, ME 04105-1977

Crown Equipment Corporation
c/o Sebaly Shillito + Dyer
Attn: Christopher S. Baxter
220 E. Monument Ave., Ste. 500
Dayton, OH 45402-1267

Crown Lift Trucks
165 Innovation Way
Scarborough, ME 04074-6502

Cryovac LLC
2415 Cascade Pointe Blvd
Charlotte, NC 28208-6899

Cryovac Sealed Air Corporation
2415 Cascade Pointe Blvd
Charlotte, NC 28208-6899

Cunningham Security Systems
325 US Route 1
Falmouth, ME 04105-1309

Curtis Thaxter, LLC
200 Middle Street
Suite 1001
Portland, ME 04101-6412

Dale Carson
P. O. Box 441
Tenants Harbor, Maine 04860-0441

Damien Barry
77 Kings Rd.
Sydney, Nova Scotia, Canada B1S1A2

Darrell Olsen
P.O. Box 24
Port Clyde, ME 04855-0024

Dave Dyer
79 Summit Terrace
North Yarmouth, ME 04097-6053

David Hupper
20 Hupper Lane
Tenants Harbor, ME 04860-5671

David Johnson
299 Fern Avenue
Long Island, ME 04050-3313

Dead River Company
P.O Box 467
Scarborough, ME 04070-0467

Department of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Doug's Fresh Express
91 Spring View Drive
Lynn, MA 01904-2033

Downeast Energy
Superior Plus Energy Services Inc.
1870 S Winton Road; Suite 200
Rochester, NY 14618-3960

Durants Wharf, Inc.
899 Cundys Harbor Road
Harpswell, ME 04079-4504

East Coast Seafood
10 North Front Street
New Bedford, MA 02740-7327

East Coast Seafood, LLC
Attn: Jon Lapierre
10 North Front Street
New Bedford, MA 02740-7327

East Coast Seafood, LLC DBA Seatrade Interna
10 North Front Street
New Bedford, MA 02740-7327

Employees
75 St. John Street
Portland, ME 04102-3013

Equitable Payment Center
P.O. Box 371405
Pittsburgh, PA 15250 - 7405

Export Development Canada
530 Technology Dr., First Floor
Irvine, CA 92618-1349

F.W Webb Company
160 Middlesex Turnpike
Bedford, MA 01730-1416

F/V Fishin Addiction
114 Macarthur Drive
New Bedford, MA 02740-7279

F/V Max & Emma
114 MacArthur Drive
New Bedford, MA 02740-7279

F/V TIMBERWOLF
114 MacArthur Drive
New Bedford, MA 02740-7279

F/V Timberwolf/Fox Harbor Fisheries
c/o Bankruptcy Collections Services
84 Herbert Avenue, Building B, Suite 202
Closter, NJ 07624-1344

FFE Transportation Services Inc
P.O. Box 847576
Dallas, TX 75284-7576

FW Webb Company
160 Middlesex Turnpike
Bedford, MA 01730-1416

FedEx
P. O Box 371461
Pittsburgh, PA 15250-7461

FedEx Corporate Services Inc.
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Fedex Corporation
942 South Shady Grove Road
Memphis, TN 38120-4117

Finance Authority of Maine
5 Community Drive
Suite 102
Augusta, ME 04330-8088

Fisherman's Wharf Gloucester
37 Rogers Street
Gloucester, MA 01930-5012

Flores & Associates
P.O. Box 1028
Allen Park, MI 48101-5028

Food Prep Solutions
P.O. Box 4777
Stamford, CT 06907-0777

Frederick Safety Services
32 Grove Street
Brewer, ME 04412-2304

Freightliner of Maine, Inc.
422 Perry Road
Bangor, ME 04401-6728

Frosty Seas
6901 NW 41st STREET
Miami, FL 33166-6814

GWI
40 Main Street, Suite 13-127
Biddeford, ME 04005-5179

Galway Transport Inc
P.O Box 419
Kennebunk, ME 04043-0419

Goodyear Commercial Tire & Services
10 Gin Rd
Scarborough, ME 04074-9567

Grainger
DEPT. 808682348
Palatine, IL 60038-0001

Graybar Electric Company, Inc
P. O Box 414426
Boston, MA 02241-4426

Guys Locksmith
1932 Broadway
South Portland, ME 04106-4031

Hall Internet Marketing
10 Mill Brook Rd
Unit 1
Saco, ME 04072-8840

Hamilton Marine
155 E. Main Street
Searsport, ME 04974-3322

Harbor Fish Market
9 Custom House Wharf
Portland, ME 04101-4708

Harcros Chemical Inc
P. O Box 74583
Chicago, IL 60696-8583

Hygiena LLC
941 Avenida Acaso
Camarillo, CA 93012-8700

IPFS Corporation
P.O Box 32144
New York, NY 10087-2144

Immigration and Customs Enforcement (ICE)
David Fife, Special Agent
One City Center, Suite 404
Portland, ME 04101-6420

Independent Fisheries Limited
1271 Little Harbour Road
Comp 2 Box 9
Sable River Nova Scotia B0T 1V0 Canada

Independent Fisheries Ltd.
1271 Little Harbour Rd.
Sable River, NS
B0T1V0

Industrial Calibration
71C Pine Rd.
Hudson, NH 03051-5354

Intact Insurance
2020, Blvd. Robert-Bourassa, Office 100,
Canada

Intact Services USA
P.O Box 371871
Pittsburgh, PA 15250-7871

International C Food Inc.,
P. O Box E - South Station
Fall River, MA 02724-0395

Intral Worldwide LLC
ATTN: Dean Scribner
1900 Crown Colony, Suite 407
Quincy, MA 02169-0980

Ion Networking
1 Percy Hawkes Road
Windham, ME 04062-4314

Ion Networking
1 Perry Hawkes Rd
Windham, ME 04062-4314

J.K. Marine dba Lousibourg Seafood Ltd
77 Kings Rd
Sydney, Nova Scotia B1S1A2 Canada

JAMISON DOOR COMPANY
55 J.V. JAMISON DRIVE
HAGERSTOWN, MD 21740-3945

JK Marine dba Louisbourg Seafood, Ltd.
P.O. Box 5609
Louisbourg NS - Canada B1C1B5

Jamison Door Company
55 Jv Jamison Drive
Hagerstown, MD 21740-3945

John Armstrong
PO Box 127
Tenants Harbor, ME 04860-0127

John Hansen
P.O. Box 426
Tenants Harbor, ME 04860-0426

Johnson Controls
DEPT. CH 10320
Palatine, IL 60055-0320

Johnson Controls Fire Protection LP
5757 N. Green Bay Avenue,
Glendale, WI 53209-4408

Joseph B. Donovan
c/o Kelly McDonald
75 Pearl St.
PO Box 9785
Portland, ME 04104-5085

Joseph Donovan
c/o Kelly McDonald
75 Pearl Street
Portland, ME 04101-4101

Joseph S.U. Bodoff
Rubin and Rudman LLP
53 State Street
Boston, MA 02109-2820

KCV Trailer Rentals
127 Pleasant Hill Rd
Scarborough, ME 04074-9869

Katahdin Analytical Services
P.O Box 540
Scarborough, ME 04070-0540

Kellie Fisher
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480

Kevin Burnsteel
162 Rossmore road
Burnswick Maine 04011
Brunswick, ME 04011-7702

KeyBank National Association
c/o Verrill Dana, LLP
Attn: Roger A. Clement
One Portland Square, 10th Floor
Portland, ME 04101-4054

Kyocera
55 Bradly Drive
Westbrook, ME 04092-2013

LITTLE BAY LOBSTER
158 SHATTUCK WAY
NEWINGTON, NH 03801-7880

Laitram Machinery INC
P.O. BOX 730443
Dallas, TX 75373-0443

Lineage Logistics PFS, LLC
P.O Box 734938
Dallas, TX 75373-4938

Lineage Logistics, LLC
Lineage/Michael Chiano
46500 Humboldt Drive
Novi, MI 48377-2434

Logtek Inc
P.O Box 744889
Atlanta, GA 30384-4889

Loma Systems Div of ITW
550 Kehoe Blvd
Carol Stream, IL 60188
Carol Stream, IL 60188-1838

Loma Systems Inc
39425 Treasury Center
Chicago, IL 60694-9400

MA Division of Marine Fisheries
30 Emerson Avenue
Gloucester, MA 01930-2555

Maine Coast Petroleum, Inc.
48 Main St.
Tenants Harbor, ME 04860

Maine Department of Agriculture, Conservatio
28 Statehouse Station
Augusta, ME 04333-0028

Maine Department of marine Resources
21 Statehouse Station
Augusta, ME 04333-0021

Maine Hardware
274 Saint John Street
Portland, ME 04102-3019

Maine Hardware, LLC
274 St John Street
Portland, ME 04102-3019

Maine Marine Supply, Inc.
David Violette, President
416 Commercial St., Suite #7
Portland, ME 04101-4792

Maine Revenue Services
51 Commerce Dr
Augusta, ME 04330-7999

Maine Revenue Services
c/o John Burke, Esq., AAG
6 State House Station
Augusta, ME 04333-0006

Maine Scale LLC
4 Washington Street North
Auburn, ME 04210-4859

Marel Inc.
1024 Airport Parkway
Gainesville, GA 30501-6814

Marine Stewardship Council International Ltd
Marine House
1 Snow Hill
London, England EC1A 2DH

Maritime Energy
P.O. Box 485
Rockland, ME 04841-0485

Mark White Fractional Cfo
110 Roaring Brook
Portland, ME 04103-3778

Massachusetts Port Authority
P.O Box 3471
Boston, MA 02241-3471

Matheson Tri-Gas Inc
P.O. Box 347297
Pittsburgh, PA 15251-4297

Matrix Sciences International, Inc.
1061 Feehanville Dr
Mount Prospect, FL 60056-6006

McMaster-Carr Supply Co
200 New Canton Way
Robbinsville NJ 08691-2343

McMaster-Carr Supply Company
P.O. Box 7690
Chicago, IL 60680-7690

Mechanical Services, Inc
c/o Christopher M. Leger, Esq.
PO Box 66
Caribou, ME 04736-0066

(p)MEMIC
261 COMMERCIAL STREET
PORTLAND ME 04101-4622

Mesa Labs
Lakewood Manufacturing Facility
12100 W 6th Ave
Lakewood, CO 80228-1252

Messer LLC
P.O Box 731114
Dallas, TX 75373-1114

Michael Ames
570 Port Clyde Road
Tenants Harbor, ME 04860-5808

Michael Floyd
18 Vernon Road
Long Island, ME 04050

Michael Johnson
283 Fern Ave.
Long Island, ME 04050

Midcoast Marine Supply
53 Bath Road
Brunswick, ME 04011-2624

Mike Hahn
20 Marginal Way
Portland, ME 04101-1915

Miner, Ltd.
18 Willey Road
Saco, ME 04072-1881

Miner, Ltd.
3235 Levis Commons Blvd
Perrysburg, OH 43551-7145

Modern Pest Services
100 PLEASANT ST
BRUNSWICK, ME 04011-2207

Multivac
DEPT. CH 17573
PALATINE, IL 60055-7573

Mutual Of Omaha Payment Processing Center
P.O. Box 2147
Omaha, NE 68103-2147

NEPW Logistics Inc
70 Quarry Road
Portland, ME 04103-3499

NHDOT E-Z Pass
P.O Box 9687
Manchester, NH 03108-9687

(p)NWD INC
ATTN AYDAN FARIAS
PO BOX 50821
NEW BEDFORD MA 02745-0028

New England Bait, LLC
1755 Indian River Road
Jonesport, ME 04649

(p)NEW ENGLAND KENWORTH
47 HALL STREET
CONCORD NH 03301-3591

New York Life Insurance Company
PO Box 130539
Dallas, TX 75313-0539

Northeast Delta Dental
One Delta Drive
P.O. Box 2002
Concord, NH 03302-2002

Northeast Laboratory Services
P.O Box 788
Waterville, ME 04903-0788

Northern Ocean Sea Products LLC
7 Parker Street 2nd Floor
Gloucester, MA 01930-3025

Northern Ocean Sea Products LLC
Attn: Mr. David H. Fyrberg
7 Parker Street
Gloucester, MA 01930-3025

O'Hara Corporation
120 Tillson Avenue Suite 100
Rockland, ME 04841-3450

Ocean Explorer
P.O. Box 6
Tenants Harbor, ME 04860-0006

Office of U.S. Trustee
537 Congress Street, Suite 300
Portland, ME 04101-3490

(p)OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON MA 02108-1598

Office of the Maine State Treasurer
39 State House Station
Burton M. Cross Building
111 Sewall Street
Augusta, ME 04333-0039

Office of the U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101-4100

Office of the U.S. Attorney
537 Congress Street
Suite 300
Portland, ME 04101-3490

Office of the United States Trustee
ATTN: Ann-Marie Dirsa
53 Pleasant Street, Suite 2300
Concord, NH 03301-3937

Office of the United States Trustee
ATTN: Heather Sprague
5 Post Office Square, Suite 1000
Boston, MA 02109-3934

PETER B. FOSTER
80 Fifth Avenue
Suite 1401
New York, NY 10011-8002

PNC Bank, National Association
c/o Foster & Wolkind, P.C.
80 Fifth Avenue, Suite 1401
New York, NY 10011-8002

PNC EQUIPMENT FINANCE
655 BUSINESS CENTER DR.SUITE 250
HORSHAM, PA 19044-3448

Pacific Packaging Products, Inc
24 Industrial Way
Wilmington, MA 01887-3434

Packaging Products Corp.
P.O Box 697
Wilmington, MA 01887-0697

Packedge
955 Portland Rd
Saco, ME 04072-9675

Pallet One - Issacson lumber Company
P.O. BOX L
Livermore Falls, ME 04254-0711

Paula Lunt
PO Box 198
Tenants Harbor, ME 04860-0198

Plastic Supply
6 Pomerleau Street
Biddeford, ME 04005-9406

Portland Fish Exchange
6 Portland Fish PIer
Portland, ME 04101-4620

Portland Plastic Pipe
444 Lincoln Street Extension
South Portland, ME 04106-5632

Portland Water District
225 Douglass St PO Box 3553
Portland, ME 04104-3553

Power Products Systems
90 Bay State Road
Wakefield, MA 01880-1095

Progressive Scale & Label Systems, LLC
P.O Box 587
Bethel, CT 06801-0587

Purdy Powers & COmpany
130 Middle Street
Portland, ME 04101-4180

Pyramid Transport & Cold Storage
100 S. Laws St
Bridgeville, DE 19933-1108

Quadient Finance USA, Inc
P.O Box 6813
Carol Stream, IL 60197-6813

Quadient Leasing USA, Inc
P.O. Box 6813
Carol Stream, IL 60197-6813

R&D Trash Removal
PO Box 130
Thomaston, ME 04861-0130

Randy J. Creswell
P.O. Box 7340
Portland, ME 04112-7340

Retail Services Co.
2108 West Broadway Unit A
South Portland, ME 04106-3357

Robinson's Wharf, Inc.
20 Hendricks Hill Road
Southport, ME 04576-3011

Ross Industries, Inc.
5321 Midland Rd
Midland, VA 22728-2135

Russell Langmaid
99 Little John Road
Yarmouth, ME 04096-5100

Ryder Transportation Services
P. O Box 96723
Chicago, IL 60693-9337

SEDNA TECHNOLOGIES
27 Parker Street
SUITE # 12251
Dartmouth, NS - Canada B2Y 4T5

SMP Robinson's Wharf LLC
20 Hendricks Hill Rd
Southport, ME 04576-3011

SVL, INC
2108 West Broadway Unit A
South Portland ME 04106-3360

Scott E. Blakeley
530 Technology Dr., First Floor
Irvine, CA 92618-1349

Sea Salt LLC
660 Main Street
Saco, ME 04072-1545

Sealed Air Corp
Brian Clubb
2415 Cascade Point Blvd
Charlotte, NC 28208-6899

Secretary of State
148 State House Station
Augusta, ME 04333-0148

Seth Mayberry
81 Totten Road
Gray, ME 04039-9689

Share-ify
585 East State Road 434
1st Floor
Longwood, FL 32750-5202

South Bristol Fisherman's Co-Op
P.O. Box 63
South Bristol, ME 04568-0063

Staples
PO BOX 70242
PHILADELPHIA, PA 19176-0242

(p)STAPLES BUSINESS ADVANTAGE THOMAS RIGGLEMA
7 TECHNOLOGY CIRCLE
COLUMBIA SC 29203-9591

State of Maine Bureau of Revenue Services
Compliance Division
P.O. Box 1060
Augusta, ME 04332-1060

Stavis Seafoods LLC
P. O Box 712122
Philadelphia, PA 19171-2122

TCN Holdings, LLC d/b/a ODORITE Co.
5 Wallace Avenue
BLDG 2
South Portland, ME 04106-6170

TD Bank, N.A.
c/o Aaron P. Burns, Esq.
PO Box 108
Portland, ME 04112-0108

TOM RENEHAN
11 WINTER ST
YARMOUTH, ME 04096-5119

Taylor Lobster Company LLC
32 Route 236
Kittery, ME 03904-5525

Taylor Services, LLC
16 Westview Drive
Raymond, ME 04071-6339

Tenants Harbor Wharf
P.O. Box 389
Portland, ME 04112-0389

The Cote Corporation
2980 Hotel Road
P.O Box 1418
Auburn, ME 04211-1418

Tom Scola
36 Eastern Ave
Gloucester, MA 01930-3004

Tribune Seafood Limited - C/O 765045
P.O. Box 55811
Boston, MA 02205-5811

Trillium Drivers
P.O Box 671854
Detroit, MI 48267-1854

Troiano Waste Services, Inc
PO BOX 3541
Portland, ME 04104-3541

Tytan International LLC
16240 W. 110th St
Lenexa, KS 66219-1312

Tytan International, LLC
801 Carpenters Crossing
Folcroft, PA 19032-2020

UNITIL
P.O BOX 981077
BOSTON, MA 02298-1077

US Cellular
DEPT. 0205
PALATINE, IL 60055-0205

USA Container Freezer & Refrigeration, LLC
75 Neal Court
Plainville, CT 06062-1622

Ubaldo Chach Julian
1423 Pleasant Street
Apt 1
New Bedford, MA 02740-6806

Uline
12575 Uline Dr
Pleasant Prairie, WI 53158-3686

Ultra Source LLC
1414 West 29th Street
Kansas City, MO 64108-3604

Unifirst Corporation
P.O Box 650481
Dallas, TX 75265-0481

United States Department of Commerce -
National Marine Fisheries Service
55 Great Republic Drive
Gloucester, MA 01930-2298

VERNO d'EON FISHING SUPPLIES LTD
P.O BOX 70
MIDDLE WEST PUBNICONS - Canada

Verrill Dana
c/o Roger Clement
One Portland Square - 10th Floor
Portland, ME 04101-4054

Vessel Services, Inc.
One Portland Fish Pier
Portland, ME 04101-4601

Village of Tenants Harbor
3 School Street
Tenants Harbor, ME 04860

Vital Delivery Solutions LLC
P.O. Box 1075
WILLISTON, VT 05495-1075

Volk Packaging Corporation
11 Morin Street
Biddeford, ME 04005-4498

Volk Packaging Corporation
c/o Bodie Colwell
Preti Flaherty
PO Box 9546
Portland, ME 04112-9546

WD Matthews
901 Center St
Auburn, ME 04210-6456

WNDK Limited Liability Company
c/o John Norton, Lr.
P.O Box 389
Portland, ME 04112-0389

WQS, LLC
15720 Brixham Hill Ave
Suite 320
Charlotte, NC 28277-4784

Wedgeport Lobsters Limited
P.O Box 400
Lower Wedgeport, NS - Canada B0W 2B0

Wells Fargo Equipment Finance, Inc.
600 South 4th Street
MAC N9300-100
Minneapolis, MN 55415-1526

Wells Fargo Vendor Financial Services, LLC
801 Walnut Street MAC F0006-052
Des Moines, IA 50309-3606

Wells Fargo Vendor Financial Services, LLC
PO Box 070241
Philadelphia, PA 19176-0241

Wex Bank
Attn: Legal / Bankruptcy
1 Hancock Street
Portland, ME 04101-4217

Whitecap International Seafood Exporters
591 North Avenue
Wakefield, MA 01880-1618

William Lunt
P.O Box 198
Tenants Harbor, ME 04860-0198

Worldwide Perishables Enterprises LLC
195 Cottage Street
Chelsea, MA 02150-3346

Wright Express Fleet Services
WEX Bank
P.O Box 4337
Carol Stream, IL 60197-4337

Zep Manufacturing Co.
P.O Box 3338
Boston, MA 02241-0389

Zoro Tools, Inc.
ATTN: Cash Processing
P.O Box 5233
Janesville, WI 53547-5233

Adam R. Prescott Esq.
Bernstein Shur Sawyer & Nelson, PA
100 Middle Street
PO Box 9729
Portland, ME 04104-5029

D. Sam Anderson Esq.
Bernstein Shur Sawyer & Nelson
100 Middle St., West Tower
Portland, ME 04101-4166

Jeffrey T. Piampiano Esq.
Chapter 7 and Subchapter V Trustee
Drummond Woodsum
84 Marginal Way Suite 600
Portland, ME 04101-2480

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

TD Bank, N.A.
P.O. Box 9540
Portland, ME 04112-9540

CORPORATE BILLING
PO BOX 1726
DECATUR, AL 35602

City of Portland
389 Congress Street
P.O. Box 544
Portland, ME 04112

Memic
P.O. Box 6900
Lewiston, ME 04243-6900

NWD Inc
P.O Box 50821
New Bedford, MA 02745

New England Kenworth
42 Wallace Avenue
South Portland, ME 04106

Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
18th Floor
Boston, MA 02108

Staples Inc
c/o Shane Anderson
PO Box 102419
Columbia, SC 29224

(d)TD Bank
1 Portland Square
Suite 4
Portland ME 04101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Aquashell USA, LLC

(u)Camden National Bank

(u)East Coast Seafood, LLC

(u)Key Bank N.A.

(u)Maine Revenue Services

(u)Official Committee of Unsecured Creditors

(u)Volk Packaging Corporation

(d)CoolSeal USA
232 J Street
Perrysburg, OH 43551-4416

(d)Portland Water District
225 Douglass St., PO Box 3553
Portland, ME 04104-3553

(d)Portland Water District
225 Douglass Street
P.O. Box 3553
Portland, ME 04104-3553

(d)Retail Services Co.
2108 West Broadway, Unit A
South Portland, ME 04106-3357

(d)USA Container, Freezer & Refrigeration, LL
75
Neal Court
Plainville, CT 06062-1622

(u)Joseph B. Donovan

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 277 |
| Bypassed recipients | 13 |
| Total | 290 |